| Tab. No. | Document | Date | P.R. | C.R. | Pages Included |
|----------|----------|------|------|------|----------------|
| **8** | Department of Commerce Deadline for PMS Allegations | 7/17/2019 | 699 | - | All |

Barcode:3865103-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-580-876
POR: 12/01/2017 – 11/30/2018
**Public Document**
E&C/OII: DJG

July 17, 2019

TO ALL INTERESTED PARTIES:

Re:  2017-2018 Administrative Review of the Antidumping Duty Order on Welded Line Pipe
from the Republic of Korea: Deadline for Submission of Factual Information Relating to
Particular Market Situation Allegations

In the most-recently completed segment of the antidumping duty order on welded line pipe
(WLP) from the Republic of Korea (Korea), the Department of Commerce (Commerce)
determined that a particular market situation (PMS) exists in Korea which distorts WLP costs of
production.[1]  On June 24, 2019, domestic interested parties California Steel Industries, TMK
IPSCO, and Welspun Tubular LLC USA (Domestic Interested Parties) submitted a letter
containing factual information relating to a PMS in Korea affecting WLP costs of production, as
well as other information for Commerce's consideration.[2]  Both the PMS finding in the prior
administrative reviews and the Domestic Interested Parties' allegations in the current review
indicate that a PMS may exist in the current segment of this proceeding with respect to WLP
costs of production, absent rebutting evidence placed on the record of the instant review by
interested parties.

Commerce has previously determined that the deadline for PMS allegations concerning cost of
production and constructed value is established by 19 CFR 351.301(c)(2)(v).[3]  19 CFR
351.301(c)(2)(v) does not establish a time limit for the submission of factual information.
Rather, 19 CFR 351.301(c)(2)(v) provides Commerce with the discretion to determine whether
to accept or reject factual information submitted in support of allegations not otherwise specified
in paragraphs 19 CFR 351.301(c)(2)(i) – (iv).

Pursuant to 19 CFR 351.301(c)(2)(v), Commerce is accepting the Domestic Interested Parties'
June 24, 2019 submission of factual information in support of the PMS allegation.   We have
determined to accept the Domestic Interested Parties' June 24, 2019 submission given the nature
of the underlying PMS allegation and supporting factual information and the fact that time
remains for interested parties to have an opportunity to submit factual information to rebut,
clarify or correct the factual information on the record of the instant review.

---

[1] *See Welded Line Pipe from the Republic of Korea: Final Results of Antidumping Duty Administrative Review and
Final Determination of No Shipments; 2016–2017*, 84 FR 27762 (June 14, 2018) (*Final Results*), and accompanying
Memorandum, "Issues and Decision Memorandum for the Final Results of the 2016-2017 Administrative Review of
the Antidumping Duty Order on Welded Line Pipe from Korea," at Comment21.
[2] *See* Letter from Domestic Interested Parties, "Welded Line Pipe from the Republic of Korea: Particular Market
Situation Allegation and Supporting  Factual Information," dated June 24, 2019.
[3] *See* Memorandum, "Less-Than-Fair Value Investigation of Certain Softwood Lumber Products from Canada:
Particular Market Situation Allegation," dated June 23, 2017, at 4 (attached to this letter).

INTERNATIONAL
**T R A D E**
ADMINISTRATION

Further, in order to analyze whether a PMS exists in Korea which distorts the WLP costs of production in this segment of the proceeding, pursuant to 19 CFR 351.301(c)(2)(v)(ii), Commerce is setting **July 31, 2019,** as the deadline for the submission of factual information to rebut, clarify or correct the factual information in the Domestic Interested Parties' June 24, 2019, letter.

If you have any questions concerning this matter, please contact David Goldberger at (202) 482-4136 or Joshua Tucker (202) 482-2044.

Sincerely,

Elizabeth Eastwood
Program Manager
AD/CVD Operations, Office II
Enforcement and Compliance

Attachment

2

Barcode:3865103-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# ATTACHMENT

Filed By: Adam Simons, Filed Date: 7/17/19 4:56 PM, Submission Status: Approved

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-122-857
Investigation
Public Document
E&C/OIV:  MC

June 23, 2017

MEMORANDUM TO:     Gary Taverman
                   Deputy Assistant Secretary
                    for Antidumping and Countervailing Duty Operations

THROUGH:           Abdelali Elouaradia
                   Director, Office IV
                   Enforcement & Compliance

                   Robert Bolling
                   Program Manager, Office IV
                   Enforcement & Compliance

FROM:              Maisha Cryor
                   International Trade Analyst, Office IV
                   Enforcement & Compliance

SUBJECT:           Less-Than-Fair-Value Investigation of Certain Softwood Lumber
                   Products from Canada:  Particular Market Situation Allegation

---

## Summary

On May 15, 2017, the Committee Overseeing Action for Lumber International Trade
Investigations or Negotiations (the petitioner) alleged that a particular market situation exists
with respect to the Canadian lumber industry. [1]  We have considered the information contained in
the petitioner's allegation and have determined:  (1) to accept the petitioner's submission of
factual information in support of its particular market situation allegation on the record under 19
CFR 351.301(c)(2)(v); and (2) that petitioner's allegation and supporting factual information
pertain to the consequences of a particular market situation as addressed by Section 504 of the
Trade Preferences Extension Act (TPEA) (*i.e.*, "the cost of materials and fabrication or other
processing of any kind does not accurately reflect the cost of production in the ordinary course of
trade") such that the Department should accept the allegation and further investigate its merits.

---

[1] *See* Letter from the petitioner to the Secretary, regarding "Certain Softwood Lumber Products from Canada:
Particular Market Situation Regarding Respondents' Cost of Production," dated May 15, 2017 (PMS allegation).

Barcode:3865103-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Particular Market Situation Under the TPEA**

Section 504 TPEA added "particular market situations" to the definition of sales and transactions, among others, that the Department would consider to be outside the "ordinary course of trade" pursuant to section 771(15) of the Act, and not used for the purposes of calculating a weighted-average dumping margin. The TPEA further amended the Act expressly to permit the Department to use an alternative calculation methodology when constructing normal value (NV), where a "particular market situation" distorts costs such that they do not "accurately reflect the cost of production in the ordinary course of trade."

Section 504 of the TPEA states, in relevant part:

   (a) Definition of Ordinary Course of Trade--Section 771(15) of the Tariff Act of 1930 (19 U.S.C. 1677(15)) is amended by adding at the end the following:

      "(C) Situations in which the administering authority determines that the particular market situation prevents a proper comparison with the export price or constructed export price."

   (c) Definition of Constructed Value--Section 773(e) of the Tariff Act of 1930 (19 U.S.C. 1677b(e)) is amended--

      (1) in paragraph (1), by striking "business" and inserting "trade"; and

      (2) by striking the flush text at the end and inserting the following:

"For purposes of paragraph (1), if a particular market situation exists such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade, the administering authority may use another calculation methodology under this subtitle or any other calculation methodology. For purposes of paragraph (1), the cost of materials shall be determined without regard to any internal tax in the exporting country imposed on such materials or their disposition that is remitted or refunded upon exportation of the subject merchandise produced from such materials."

The TPEA does not further define the term "particular market situation." Therefore, existing law and the Department's prior practice regarding the identification and treatment of particular market situations is instructive. Prior to the TPEA, in a limited number of cases, the Department found that particular market situations existed and, as a result, declined to use an entire market for purposes of calculating NV, as provided for in section 351.404(c)(2) of the Department's regulations.[2] The Department's practice in finding a particular market situation starts with a substantiated allegation from an interested party that reasonably demonstrates that such

---

[2] Examples of prior cases where the Department found a particular market situation include Notice of Final Determination of Sales at Less Than Fair Value: Fresh Atlantic Salmon from Chile, 63 FR 31411 (June 9, 1998); Mechanical Transfer Presses from Japan; Final Results of Antidumping Duty Administrative Review and Revocation of Antidumping Duty Administrative Order in Part, 63 FR 37331 (July 10, 1998); and Notice of Final Results of the Ninth Administrative Review of the Antidumping Duty Order on Certain Pasta from Italy, 72 FR 7011 (February 14, 2007).

2

situations exist.[3]  The Act, the Department's regulations, the SAA do not define what constitutes a "particular market situation."  However, the SAA provides a non-exhaustive list of examples of what might be considered a particular market situation.  For instance, a particular market situation might exist where the home market consists of a single sale, where there is government control over pricing to such an extent that home market prices cannot be considered to be competitively set, or where the demand patterns in the foreign market are different from those in the United States (*e.g.*, where substantial price changes are closely correlated with holidays occurring at different times of the year in the two markets).[4]

### Issue 1:  Whether the petitioner's submission of factual information supporting its particular market situation allegation was timely

On May 15, 2017, the petitioner submitted a particular market situation allegation claiming that certain aspects of the respondents' cost of production were distorted due to interventions by the Government of Canada (GOC). [5]  In its filing, the petitioner cited to 19 CFR 351.301(c)(2)(i) as support for its claim that the new factual information in its submission was timely submitted, within ten days, in response to supplemental Section D questionnaire responses from Resolute FP Canada Inc. (Resolute) and Tolko Marketing and Sales Ltd. and Tolko Industries Ltd. (collectively, Tolko).[6]  On May 17, 2017, Resolute,[7] Tolko,[8] Canfor Corporation (Canfor),[9] the GOC,[10] and the British Columbia Lumber Trade Council (BCLTC)[11]  filed submissions arguing, on the basis of 19 CFR 351.301(c)(2)(i), that the particular market situation allegation was untimely filed and should be rejected because the allegation was submitted more than ten days after Resolute and Tolko submitted their original Section D questionnaire responses.  On May 18, 2017, West Fraser Mills, Ltd. (West Fraser), filed a submission making similar arguments[12].

### Legal Framework

19 CFR 351.301(c)(2)(i) governs factual information submitted in support of allegations regarding market viability and the appropriateness for the sale prices in that market to serve as a basis for determining normal value.  Specifically, this subsection of the Department's regulations

---

[3] See Large Power Transformers from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2013-2014, 81 FR 14087 (March 16, 2016), and accompanying Issues and Decision Memorandum, at Comment 1.

[4] See SAA at 822.

[5] *See* PMS allegation.

[6] *See* PMS allegation at 3.

[7] *See* Letter from Resolute to the Secretary, regarding "Softwood Lumber from Canada: Response to Petitioner's Particular Market Situation Submission," dated May 17, 2017.

[8] *See* Letter from Tolko to the Secretary, regarding "Certain Softwood Lumber Products from Canada: Request to Reject Petitioner's May 15, 2017, New Factual Information Submission," dated May 17, 2017.

[9] *See* Letter from Canfor, regarding "Certain Softwood Lumber Products from Canada. Case No. A-122-857: Response to Petitioner's Particular Market Situation Submission," dated May 17, 2017.

[10] *See* Letter from GOC to the Secretary, regarding "Antidumping Duty Investigation of Certain Softwood Lumber Products from Canada: Objection to Petitioner's Untimely Submission of Particular Market Situation Allegations," dated May 17, 2017.

[11] *See* Letter from BCLTC to the Secretary, regarding "Certain Softwood Lumber Products from Canada: Timeliness Objection to Petitioner's Particular Market Situation Submission," dated May 17, 2017.

[12] *See* Letter from West Fraser to the Secretary, regarding "Certain Softwood Lumber Products from Canada, Case No. A-122-857: Response to Petitioner's Particular Market Situation Regarding Respondents' Cost of Production Filing," dated May 18, 2017).

Barcode:3865103-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

provides that "allegations regarding market viability in an antidumping investigation or administrative review, including the exceptions in 19 CFR 351.404(c)(2), are due, with all supporting factual information, 10 days after the respondent interested party files the response to the relevant section of the questionnaire, unless the Secretary alters this time limit."

19 CFR 351.301(c)(2)(v) governs factual information submitted in relation to "{o}ther allegations." Specifically, this subsection of the Department's regulations states that "an interested party may submit factual information in support of other allegations not specified in paragraphs (c)(2)(i)-(iv) of this section. Upon receipt of factual information under this subsection, the Secretary will issue a memorandum accepting or rejecting the new factual information. If the Secretary rejects the information, then, to the extent practicable, the Secretary will provide written notice stating the reasons for rejection. If the Secretary accepts the information, then the Secretary will issue a schedule providing deadlines for submission of factual information to rebut, clarify or correct the factual information."

**Analysis**

The Department has reviewed the relevant record information. 19 CFR 351.301(c)(2)(i) does not encompass the petitioner's particular market situation allegation as the allegation does not concern market viability for price-based normal values, as detailed under sections 773(a)(1)(B)(ii)(III) and 773(a)(1)(C)(iii) of the Tariff Act of 1930, as amended (the Act), and 19 CFR 351.404(c)(2). Further, we find that because the petitioner's particular market situation allegation pertains to the calculation of respondents' cost of production and constructed value, the allegation is made under section 773(e) of the Act. As such, the appropriate regulation governing the submission of factual information to support this particular market situation allegation is 19 CFR 351.301(c)(2)(v) and not 19 C.F.R. 351.301(c)(2)(i).

Unlike 19 CFR 351.301(c)(2)(i), 19 CFR 351.301(c)(2)(v) does not establish a time limit for the submission of factual information in support of allegations not otherwise specified in paragraphs (c)(2)(i)-(iv). Consequently, 19 CFR 351.301(c)(2)(v) accords the Department with discretion to determine whether to accept or reject factual information submitted in support of allegations not otherwise specified in paragraphs 19 CFR 351.301(c)(2)(i) – (iv). Accordingly, the Department determines to accept the submission of factual information submitted by the petitioner in support of its particular market situation allegation. [13]

**Recommendation**

We recommend the Department exercise its discretion under 19 CFR 351.301(c)(2)(v) by accepting on the record the petitioner's factual information, submitted in support of its particular market situation allegation as timely filed under 19 CFR 351.301(c)(2)(v). In accordance with 19 CFR 351.301(c)(2)(v), we also recommend issuing a schedule to provide deadlines for the submission of factual information to rebut, clarify or correct the information related to the particular market situation allegation.

---

[13] We have determined to accept the submission of factual information in support of petitioner's particular market situation allegation given the nature of the underlying allegation and supporting factual information and the fact that time remains on the record for interested parties to have an opportunity to submit factual information to rebut, clarify or correct the factual information.

4

Barcode:3865103-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

☒                                    ☐
Agree_____            Disagree_____

**Issue 2:  Whether the petitioner's particular market situation allegation and supporting factual information pertain to the consequences of a particular market situation as addressed by Section 504 of the TPEA**

The petitioner's particular market situation allegation asserts that the GOC's support for bioenergy programs, subsidization and involvement in Canada's electricity market, and subsidization of logs (*i.e.*, stumpage) have distorted the market for lumber by-products, such that the cost of production for lumber does not accurately reflect the cost of production in the ordinary course of trade.  Accordingly, the petitioner requests that the Department not grant a byproduct offset in determining each respondent's cost of production for softwood lumber.

Regarding bioenergy programs, the petitioner alleges that the GOC has encouraged the development of energy from biomass as a new market for lumber by-products.  In particular, the petitioner asserts that the GOC has instituted certain initiatives to develop the Canadian bioenergy industry, which, in turn, has led to an increased demand for lumber by-products, including wood chips.  The petitioner contends that biomass utilization, stimulated by GOC interventions, has become a significant factor in the economics of lumber production.

Regarding electricity, the petitioner alleges that the GOC has instituted certain energy initiatives that allow sawmills and consumers of lumber by-products to either reduce or offset their electricity costs.  The petitioner alleges that, given these interventions by the GOC, the electricity costs associated with producing lumber and lumber by-products have been decreased, which, in turn, distorts the cost of production of lumber producers.

Regarding stumpage, the petitioner alleges that lumber producers are able to obtain a steady supply of subsidized logs, which enables them to meet the increased demand for lumber and lumber by-products.

## Analysis

The Department has reviewed the particular market situation allegation and supporting factual information submitted by the petitioner and determines that the allegation and supporting factual information pertain to the "consequences of a particular market situation" as addressed by Section 504 of the TPEA such that the Department should accept the allegation and further investigate its merits.

Section 504 of the TPEA provides:  "…if a particular market situation exists such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade, the administering authority may use another calculation methodology under this subtitle or any other calculation methodology. …"

The petitioner's allegation and supporting factual information pertain to the GOC's interventions with respect to bioenergy, electricity, and stumpage, and related impacts on the cost of

5

production for lumber.  Accordingly, we determine that the petitioner's allegation and supporting factual information are consistent with the terms of Section 504 of the TPEA.

## **Recommendation**

We recommend finding that the Department should accept the petitioner's particular market situation allegation and supporting factual information because they pertain to the consequences of a particular market situation as addressed by Section 504 of the TPEA.  We also recommend finding that the Department should further investigate the merits of the petitioner's allegation, including by seeking additional information from interested parties.

☒                                          ☐

Agree_____          Disagree_____

6/23/2017

X  _____

Signed by: GARY TAVERMAN

_____
Gary Taverman
Deputy Assistant Secretary
  for Antidumping and Countervailing Duty Operations

6

| Tab. No. | Document | Date | P.R. | C.R. | Pages Included |
|---|---|---|---|---|---|
| **9** | SeAH Rebuttal Factual Information | 8/12/2019 | 727 | 355-356, 366-367 | Cover, Narrative, Appendix 7, Appendix 11, Appendix 12-G |

Barcode:3877486-01 A-580-876 REV - Administrative Review 12/1/17 - 11/30/18

# Jeffrey M. Winton PLLC
### 1900 L Street, N.W., Suite 611
### Washington, D.C. 20036
### 202.774.5500

Jeffrey M. Winton
jwinton@jmwinton.com

202.774.5503 (Direct)
202.478.1996 (Telecopy)

August 12, 2019

---

Case No.  A-580-876
Total Pages:  656
Administrative Review under
    § 751(a) of the Tariff Act for the
    Period 12/1/2017 to 11/30/2018
AD/CVD Operations Office II
Proprietary Information Deleted
    from Appendices 11 through 15
Public Version

---

BY ELECTRONIC FILING

Secretary of Commerce
Attention:  Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
1401 Constitution Avenue., NW
Washington, DC  20230

**Public Version**

Re:  Antidumping Duty Administrative Review of Welded Line Pipe from
     Korea – Submission of Factual Information Rebutting, Clarifying, or
     Correcting Petitioners' Allegation of a Particular Market Situation

Dear Secretary of Commerce,

We are writing, on behalf of SeAH Steel Corporation ("SeAH"), and in accordance

with the schedule established by the Department in this review, to submit factual

information responding to the Particular Market Situation ("PMS") allegation filed by

Schagrin Associates on behalf of certain Domestic Interested Parties ("DIPs") on June 25,

2019, in the above-referenced review.  This submission consists of two volumes of printed

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Law Office of
**JEFFREY M. WINTON PLLC**

Secretary of Commerce
August 12, 2019
Page 2

materials and two excel files.  Volume I of the printed materials corresponds to

Appendices 1 through 6, and 8 through 16; Volume II corresponds to Appendix 7; and the

excel files correspond to Appendices 13 and 14.  Copies of the printed materials in

Portable Document Format ("pdf") are being filed electronically, along with the excel files

and this cover letter, in accordance with the Department's filing requirements.

In conformity with the arguments presented in numerous other proceedings

concerning Korean steel pipe products, the DIPs contend, in this case, that the Department

should find that a "particular market situation" exists in Korea because of individual and

cumulative effects of (1) the overall distortion of the cost of production of Line Pipe as a

result of the countervailable subsidization of Korean hot-rolled coil ("HRS") products;

(2) the distortive pricing of unfairly traded Chinese hot-rolled coil; (3) anticompetitive

strategic alliances between HRS producers and downstream pipe producers; and (4) the

distortive government subsidization of electricity in Korea."[1]  In this regard, the DIPs have

explicitly linked their "particular market situation" allegation in this case to the allegation

it made in previous reviews of the antidumping order of Oil Country Tubular Goods

("OCTG") from Korea.

It should be noted, however, that the Department found in the first OCTG review that

none of these allegations, when viewed individually, actually had merit.[2]  Instead, after

---

[1] *See* DIP's June 25, 2019, Letter at 6-7.

[2] *See* OCTG First Review Issues & Decision Memorandum at 40 ("The Department
reconsidered these four allegations as a whole, based on their cumulative effect on the
Korean OCTG market through the cost of OCTG inputs. Although the Department

(continued)

PUBLIC VERSION

Law Office of
JEFFREY M. WINTON PLLC

Secretary of Commerce
August 12, 2019
Page 3

direct and unlawful interference from a White House official,[3] the Department adopted the

novel view that four times zero is somehow greater than zero.  Significantly, that

determination was reversed by the Court of International Trade, in appeals of both the first

and second OCTG reviews.  In those appeals, the Court instructed the Department to

calculate the dumping margins for SeAH and the other Korean respondent without any

PMS adjustment.[4]  There is no basis for a different result in the current proceeding.

    We also note that the DIPs' allegation concerning subsidies to the Korean producers

of hot-rolled coil is based on an outdated finding concerning POSCO in the countervailing

duty investigation of Hot-Rolled Steel from Korea.  As the Department is well aware, that

finding was based entirely on adverse facts available, and not on actual evidence of

subsidization.  And, most importantly, the Department has recently concluded its first

administrative review of the countervailing duty order on Hot-Rolled Steel from Korea for

the period from August 12 to December 31, 2016.  In that review, the Department found

subsidy rates of only 0.54 percent for POSCO (after correction of a ministerial error), 0.58

_____

(continued)
preliminarily found insufficient support for the allegations when it individually considered
them as four separate particular market situations, the Department refocused the analysis
on the totality of the conditions in the Korean market and finds that the allegations
represent, instead, facets of a single particular market situation.").

[3] We have provided, in Appendix 8, evidence concerning a communication received by the
Secretary of Commerce from a White House staffer directing the Department to reverse its
negative preliminary decision on this issue in the first review.

[4] See NEXTEEL Co., Ltd. v. United States, 355 F. Supp. 3d 1336, 1351 (Ct. Int'l Trade
2019); NEXTEEL Co., Ltd. v. United States, No. 18-00083, slip op. at 11-15 (Ct. Int'l
Trade June 17, 2019).

PUBLIC VERSION

Law Office of
JEFFREY M. WINTON PLLC

Secretary of Commerce
August 12, 2019
Page 4

percent for Hyundai Steel, and 0.56 percent for unexamined respondents.[5]  Those subsidy

rates are far too small to contribute to any meaningful distortion in Korean-market prices

for hot-rolled coil.

The DIPs' allegation also includes a request that the Department for an adjustment to

respondents' HRC costs to account for the alleged distortive effects of the PMS affecting

the Korean HRS market based on a "regression analysis" that purports to predict what the

average unit values ("AUVs") of imports of hot-rolled steel coils into Korea in 2017 would

have been at a hypothetical level of "global excess capacity."  That request is also without

merit.

In the investigation of Large Diameter Welded Pipe ("LDWP") from Korea, the

Department found that a similar regression analysis proposed by petitioners in that case

"falls short" in several key respects and does not reasonably quantify price effects for

purposes of a PMS adjustment.[6]  And, while the regression submitted by the DIPs in this

review does differ slightly from the regression considered in the LDWP investigation, it

continues to make numerous quantitative and qualitative assumptions that render it

incomplete and invalid.

---

[5] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Final Results of the Countervailing Duty Administrative Review, 2016*, 84 Fed. Reg. 28,461 (June 19, 2019); *Countervailing Duty Order on Certain Hot-Rolled Steel Flat Products From the Republic of Korea: Amended Final Results of the First Administrative Review*, 84 Fed. Reg. 35,604 (July 24, 2019).

[6] LDWP Antidumping Investigation Issues and Decision Memorandum at 17.

PUBLIC VERSION

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Law Office of
**Jeffrey M. Winton PLLC**

Secretary of Commerce
August 12, 2019
Page 5

In this regard, we have attached, for the Department's reference,[7] the following

documents: (1) the notice of the final results of the first administrative review of the

countervailing duty order on Hot-Rolled Coils from Korea; (2) the Issues and Decision

Memorandum for the final determination in that review; (3) the notice of amended final

results in that review; (4) the description of the regression analysis submitted by petitioners

in the investigation of Large Diameter Welded Pipe from Korea; (5) the relevant portions

of the Issues and Decision Memorandum for the final determination in that investigation;

(6) our analysis of mathematical errors in the DIPs' regression analysis; (7) an analysis by

an expert on data analytics of specific issues with the regression analysis submitted by the

DIPs in this case; and (8) the results of a number of alternative regression models showing

the instability of the DIPs' calculated regression coefficients over the relevant time

periods.[8]

Furthermore, even if we assume that the DIPs' "regression analysis" were valid and

did predict the Korean hot-rolled coil AUV for 2017, it would have only marginal

_____

[7] We note that determinations by the Department (including memoranda describing those
determinations) constitute official acts by the Department, not "factual information" to be
submitted and certified as accurate by the parties. Indeed, we do not believe that any party,
other than the Department itself, is capable of certifying the accuracy of such documents.

[8] A file containing the data used as the basis for the analysis by the expert on data analytics
and for our calculation of regression coefficients is provided in Appendix 14. This data
file differs from the data used in the DIPs' analysis in two respects: (1) iron ore prices
from a publicly-available source were used, in place of the proprietary data employed in
the DIPs analysis, and (2) steel scrap prices were obtained independently from a non-
public source. A comparison of the values for iron ore and steel scrap used in our analysis
and the business-proprietary values for those variables used in the DIPs' analysis is
provided in Appendix 15.

PUBLIC VERSION

Law Office of
Jeffrey M. Winton PLLC

Secretary of Commerce
August 12, 2019
Page 6

relevance to this review.  As the Department is aware, the period of review for this

segment of the proceeding is December 2017 to November 2018.  Therefore, even if the

DIPs' calculated AUV for 2017 did have some predictive capabilities, it would only be

applicable to a single month of the twelve-month period of review.  And, notably, the

actual Korean import AUV has increased significantly, from $541.54 in 2017 to $624.20 in

2018.[9]  In such circumstances, the DIPs' "regression analysis" does not provide

appropriate grounds for modifying respondents' reported costs.

Finally, we note that much of DIPs' allegation of a "Particular Market Situation" is

based on articles allegedly obtained from DIPs from various sources.  In our view, the

Department cannot rely on such articles in the absence of corroboration.  For example, the

DIPs claim that various press articles indicate that POSCO's profitability has been

adversely affected by imports of steel products from China.  However, POSCO's actual

financial results do not show such a deterioration in profits:  To the contrary, POSCO's

results indicate that its gross profits and operating profit in 2018 were higher than in any

previous year from 2013.[10]

---

[9] A table listing the Korean import AUVs for hot-rolled steel for the years 2008 to 2018 is
provided in Appendix 16.

[10] For the Department's reference, a table obtained from POSCO's website that
summarizes POSCO's financial results from 2014 to 2018 is provided in Appendix 6.
(This summary was obtained from POSCO's website at « www.posco.co.kr/homepage/
docs/eng6/jsp/irinfo/finacial/s91b5000040c.jsp ».)  Copies of POSCO's non-consolidated
financial statements for each year from 2013 to 2018 are provided in Appendices 7-A to
7-F.  (These financial statements were obtained from POSCO's website at the following
address: « www.posco.co.kr/homepage/docs/eng6/jsp/invest/archive/s91b6010010l.jsp ».)

Law Office of
JEFFREY M. WINTON PLLC

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Secretary of Commerce
August 12, 2019
Page 7

*     *     *

We request confidential treatment for this submission, which contains highly-sensitive

business proprietary information, the release of which could cause substantial harm to

SeAH.  The information for which proprietary treatment is requested has been bracketed

("[ ]") in this letter and in the enclosed appendices.  We agree to the release of this

information under an appropriately-drawn administrative protective order and are serving a

copy of this submission (in the same formats submitted to the Department) on the parties

granted access to proprietary information in this proceeding.

Please do not hesitate to contact us if you have any questions.

Sincerely,

/s/ Jeffrey M. Winton
Jeffrey M. Winton
Amrietha Nellan
Jordan Fleischer

Counsel to SeAH Steel Corporation

PUBLIC VERSION

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Company Official Certification

  I, S.K. Hong, currently employed as General Manager of SeAH Steel Corporation ("SeAH"), certify that I prepared or otherwise supervised the preparation of the attached submission, dated August 12, 2019, in the administrative review of the antidumping order on Welded Line Pipe from Korea (Case No. A-580-876) for the December 1, 2017 to November 30, 2018 review period.

  I certify that the public information and any business proprietary information of SeAH contained in this submission is accurate and complete to the best of my knowledge. I am aware that the information contained in this submission may be subject to verification or corroboration (as appropriate) by the U.S. Department of Commerce. I am also aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification.

  I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

Signature: _____ *S. K. Hong* _____
        S.K. Hong

Date: _____ *12 - Aug - 2019* _____

## Representative Certification

I, Jeffrey M. Winton of the Law Office of Jeffrey M. Winton PLLC, counsel to SeAH Steel Corporation ("SeAH"), certify that I have read the attached submission, dated August 12, 2019, in the administrative review of the antidumping order on Welded Line Pipe from Korea (Case No. A-580-876) for the December 1, 2017 to November 30, 2018 review period. In my capacity as an adviser, counsel, preparer or reviewer of this submission, I certify that the information contained in this submission is accurate and complete to the best of my knowledge.

I am aware that U.S. law (including, but not limited to, 18 U.S.C. § 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification. I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

Signature: _____

Date: August 12, 2019 _____

Barcode:3877486-01 A-580-876 REV - Admin Review 12/01/17 - 1...

*Administrative Review of the Antidumping
Order on Welded Line Pipe from Korea
for the Period 12/01/17-11/30/18
(Case No. A-580-876)*

U.S. Department of Commerce
<u>Public Certificate of Service</u>

I hereby certify that a copy of the foregoing submission is being served this 12th day of

August, 2019, by hand delivery, on the following parties:

J. David Park, Esq.
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW
Suite 500
Washington, DC 20001

Donald B. Cameron, Esq.
Morris, Manning & Martin, LLP
1401 I Street, NW
Suite 600
Washington, DC 20005

Jarrod M. Goldfeder, Esq.
Trade Pacific PLLC
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC 20003

Gregory J. Spak, Esq.
Representative of Maverick Tube Corporation
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

Timothy C. Brightbill
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

/s/ Jeffrey M. Winton
Jeffrey M. Winton

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

<u>List of Appendices</u>

1. Notice of Final Determination in First Administrative Review of Countervailing Duty Order on Hot-Rolled Coil from Korea

2. Issues and Decision Memorandum concerning Final Results of First Administrative Review of Countervailing Duty Order on Hot-Rolled Coil from Korea

3. Notice of Amended Final Determination in First Administrative Review of Countervailing Duty Order on Hot-Rolled Coil from Korea

4. Petitioners' Description of Regression Analysis in Antidumping Investigation of Large Diameter Welded Pipe from Korea

5. Excerpt from Issues and Decision Memorandum concerning Final Determination in Antidumping Investigation of Large Diameter Welded Pipe from Korea

6. Summary of POSCO's Financial Results from 2013 to 2018

7. POSCO's Unconsolidated Financial Statements from 2013-18

    A. POSCO's Unconsolidated Financial Statements for 2013-14 Fiscal Years

    B. POSCO's Unconsolidated Financial Statements for 2014-15 Fiscal Years

    C. POSCO's Unconsolidated Financial Statements for 2015-16 Fiscal Years

    D. POSCO's Unconsolidated Financial Statements for 2016-17 Fiscal Years

    E. POSCO's Unconsolidated Financial Statements for 2017-18 Fiscal Years

8. March 8, 2017, Memorandum to File regarding email from Peter Navarro to Secretary of Commerce

9. Harmonized Tariff Schedule Chapter 72-1

10. Comments on Conceptual Issues in Analytic Model Proposed by Certain Domestic Interested Parties to Estimate the Effect of Global Excess Capacity on Average-Unit Values for Korean Import of Hot-Rolled Steel Coils

11. Report by Michael T. Northeim

12. Excerpts from Textbooks and Articles

    A. Jeffrey M. Wooldridge, INTRODUCTORY ECONOMETRICS: A MODERN APPROACH, 5th Edition (2013)

    B. Tabachnick and Fidell, USING MULTIVARIATE STATISTICS (5th ed. 2007)

Barcode:3877486-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

C.    R. Cox, C. Donnelly, PRINCIPLES OF APPLIED STATISTICS (2011)

D.    C.T. Ekstrom, H. Sørensen, INTRODUCTION TO STATISTICAL DATA ANALYSIS FOR THE LIFE SCIENCES (2011)

E.    G. James, D. Witten, T. Hastie, R. Tibshirani, AN INTRODUCTION TO STATISTICAL LEARNING: WITH APPLICATIONS IN R (2013)

F.    C. Feng, H. Wang, N. Lu, and X. Tu, "Log Transformation: Application and Interpretation in Biomedical Research," 32 Statist. Med. 230 (2013)

G.    T. Mills, ANALYSING ECONOMIC DATA: A CONCISE INTRODUCTION (2013)

H.    David F. Groebner, BUSINESS STATISTICS: A DECISION-MAKING APPROACH (8th ed. 2011)

I.    G. Hahn, "The Hazards of Extrapolation in Regression Analysis," 9 Journal of Quality Technology 159 (1977)

J.    J. Durbin, G.S. Watson, "Testing for serial correlation in least squares regression. III," 58 Biometrika 1 (1971).

K.    E. Zivot, J. Wang, MODELING FINANCIAL TIME SERIES WITH S-PLUS (2d ed. 2005).

13.   Regression Results for Different Time Periods

14.   Dataset Used in Analyses

15.   Comparison of Iron Ore and Steel Scrap Values

16.   Korean Import AUVs for HS7208 2008 to 2018

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 7

POSCO's Unconsolidated Financial Statements from 2013-18

POSCO's Unconsolidated Financial Statements from 2013-18
are contained in Volume II of this submission.

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 11

Report by Michael T. Northeim

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

INVESTIGATING THE VALIDITY OF OLS FOR PREDICTING AUV

2008 – 2017 KOREA IMPORT AUV

---

ADMINISTRATIVE REVIEW OF THE ANTIDUMPING ORDER
ON WELDED LINE PIPE FROM KOREA
FOR THE 2017-18 REVIEW PERIOD

---

MICHAEL NORTHEIM

ANKURA CONSULTING

12 AUGUST 2019

CONFIDENTIAL

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



## TABLE OF CONTENTS

**I.    PROFESSIONAL BACKGROUND AND EXPERIENCE** ......................................... **2**

**II.   SCOPE OF ASSIGNMENT** ..................................................................... **2**

**III.  INFORMATION RELIED UPON** ......................................................... **2**

**IV.   GENERAL BACKGROUND OF THE CURRENT MATTER** .................................. **4**

**V.    SUMMARY OF OPINIONS** ................................................................... **5**

**VI.   BASIS & REASONING – TIME PERIOD USED** ......................................... **5**

    2008 – 2012.........................................................................................................7

    2009 – 2013.........................................................................................................8

    2010 – 2014.........................................................................................................8

    2011 – 2015.........................................................................................................9

    2012 – 2016.........................................................................................................9

    2013 – 2017........................................................................................................10

**VII.  BASIS & REASONING – ASSUMPTIONS AND TESTS** ................................... **12**

    Normality of the Error Terms........................................................................13

    Equal Variance of the Error Terms ...............................................................14

    Autocorrelation of AUV .................................................................................14

    Testing the Validity of Using Panel Data.......................................................15

    Testing the Validity of 2SLS Model ...............................................................16

**VIII. CONCLUSION** ............................................................................ **18**

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**I.    PROFESSIONAL BACKGROUND AND EXPERIENCE**

1.  I, Michael Northeim, am a Senior Associate in the Litigation and Disputes Consulting Practice in the Washington, D.C office of Ankura Consulting ("Ankura").  I have six years of experience in providing financial and economic analysis to attorneys in litigation and businesses for operational decision making.

2.  I have advised both corporations and attorneys with respect to economic, financial and analytic issues relating to damages in, among other areas, financial markets, antitrust disputes, trade disputes and public health matters.  I have also performed financial analyses relating to claims administration, international supply chains, and the foreign exchange market and have experience applying statistical analysis techniques to cross-sectional, time-series, and panel data.

3.  I have a MS degree in Analytics from NC State University's Institute of Advanced Analytics.  In addition, I have a BS degree in Economics and a BS degree in Finance, both from NC State University.

**II.    SCOPE OF ASSIGNMENT**

I have been retained by the Law Office of Jeffrey M. Winton, PLLC to examine and test the validity of a regression model submitted in a review of the antidumping order on Welded Line Pipe from Korea.

**III.    INFORMATION RELIED UPON**

* Deflated by 2017 U.S. CPI for analysis.

| Variable | Variable Name | Description | Source |
|---|---|---|---|
| Production | *Production* | Global production of crude steel, million metric tons | World Steel Association Statistical Yearbook |
| Capacity | *Capacity* | Global steelmaking capacity, million metric tons | OECD Steelmaking capacity database |
| Excess Capacity | *Excess* | Global capacity in excess of production, million metric tons | Calculated from Capacity & Production |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**PUBLIC VERSION**

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



| Variable | Variable Name | Description | Source |
|---|---|---|---|
| Uneconomic Capacity | *Uneconomic* | Global capacity in excess of highest-level annual production in prior years, million metric tons | Calculated from Capacity & Production |
| Aluminum Price* | *Alum* | Aluminum price (annual average), via LME, USD per metric ton | World Bank (series PNMALMA@WBPRICES) |
| Iron Ore Price* | *IronOre* | Iron ore, CFR spot, USD per metric ton | World Bank Commodity Price Data (The Pink Sheet) |
| Steel Scrap Price* | *Scrap* | No. 2 heavy melt steel scrap, consumer buying price, delivered, USD per metric ton | [                    ] |
| US CPI | *USCPI* | US Consumer Price Index: Total All Items for the United States, Index 2010=100, Annual Not Seasonally Adjusted.  Series was re-indexed to 2017. | Federal Reserve Bank of St. Louis (series CPALTT01USA661S) |
| Import AUV* | *real* | Import AUV for HS 7208 (total imports from world), USD per metric ton | U.N. Comtrade. |
| Steel Consumption | *Use* | Consumption of crude steel, million metric tons | World Steel Association Statistical Yearbook 2018, Table 39 at 77. |
| Exchange Rates | *iXrate* | Index of annual exchange rates reported as Local Currency Units per U.S. dollar.  Index is equal to 100 in 2008. | OECD National Accounts Statistics for all available countries. |
| Gross Fixed Capital Formation | *GFCF* | Gross fixed capital formation in constant 2010 USD. | World Bank (series NE.GDI.FTOT.ZS), reported in percent of GDP, is applied to GDP (constant 2010 USD). Data supplemented with OECD annual growth rates for four countries missing 2017 in the World Bank data. |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

ankura

## IV.     GENERAL BACKGROUND OF THE CURRENT MATTER

Domestic Interested Parties ("DIPs") allege that a "particular market situation" exists in Korea because of individual and cumulative effects of (1) the overall distortion of Welded Line Pipe cost of production as a result of the countervailable subsidization of Korean HRS products; (2) Chinese-driven global overcapacity resulting in the distortive pricing of unfairly traded Chinese hot-rolled coil ("HRS"); (3) anticompetitive strategic alliances between HRS producers and downstream pipe producers; and (4) the distortive government subsidization of electricity in Korea."[1]   The DIPs, in Exhibit 67 of their June 25, 2019, submission, have fabricated a regression analysis, with which they attempt to model and quantify the effect of global overcapacity on HRS prices[2].

$$\ln(ImportAUV_{i,t}) =$$
$$\beta_0 + \beta_1 \cdot \ln(UneconomicCapacity) + \beta_2 \cdot \ln(IronOre_t) + \beta_3 \cdot \ln(Scrap_t) +$$
$$\beta_4 \cdot \ln(ExRate_{i,t}) + \beta_5 \cdot \ln(GFCF_{i,t}) + \beta_6 \cdot \ln(Aluminum_t) + \alpha_i + \varepsilon_{i,t}$$

According to DIPs, their model relates the level of excess alleged global steel capacity to the Korean import average unit value ("AUV") in order to predict what the Korean import AUV for HRS would have been under an 85 percent global steel capacity utilization rate.  Although it is outside the scope of my analysis here, I note that the 85% benchmark used in DIP's analysis is not explained or supported by statistical analysis suggesting that this is a normal level of capacity utilization in the global steel industry. Specifically, they claim that their model predicts an AUV of $808.80 per metric ton under that utilization rate.  DIPs further claim that the Ordinary Least Squares ("OLS") regression model accounts for various facts that drive steel quantities and prices by including "control" variables, such as the global prices of iron ore, steel scrap, and aluminum.  Finally, because the coefficients of their model are statistically significant and because it returns an R-squared of 0.896, DIPs claim that their model accurately predicts what the Korean import AUV would be, but for Chinese-driven global overcapacity.

---

[1] *See* DIP's June 25, 2019, Letter at 6-7.
[2] *See id.* at Exhibit 67.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**PUBLIC VERSION**

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**ankura**

## V.    SUMMARY OF OPINIONS

The DIPs' OLS model, which purports to predict import AUVs over time for HRS, contains multiple issues that undermine the validity and reliability of the results.  These issues involve a number of the model's key assumptions and can be identified and evaluated using a variety of statistical testing methods.

Based on my investigation, I conclude that the analysis presented by the DIPs in Exhibit 67 of their June 25, 2019 submission does not represent an appropriate statistical analysis and cannot be expected to provide reliable estimates concerning the pricing behavior that it was designed to predict.  Because many of the key assumptions for an OLS model are not met, the model they have presented is not valid and no statistically-meaningful conclusions can be drawn from it. Because of these problems, it would be inappropriate to use the model to estimate the average unit value for imports of hot-rolled steel into Korea.

## VI.    BASIS & REASONING – TIME PERIOD USED

The DIPs model uses the time period of 2008 – 2017 to predict the import AUV for each of the 38 countries sampled.  However, the reasoning for selecting this period is unclear.  Between 2008 and 2010, the global economy was experiencing unprecedented contraction and volatility, which resulted in anomalous performance in many sectors, including construction and manufacturing.  This, in turn, led to significant adverse effects to the steel industry characterized by significant volatility and fluctuations.  The graph below highlights the Producer Price Index for Cold Rolled Steel Sheet and Strip, as reported by the U.S Bureau of Labor and Statistics.

5

**PUBLIC VERSION**

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



These anomalous observations can also be seen in the data used for the model, by graphing Import AUVs over time.



Smooth = 0.5

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



Smooth = 0.5

Because this time period appears outside the norm for the steel industry as a whole, using it as a starting point for a model to predict future AUVs is likely to be unreliable. In each case, the 2008 date appears to be highly atypical compared to other years, and the abrupt changes during the 2008-2010 period are substantially different from the trends both before and after this period.

To test the sensitivity of the DIP's model over time, several models were constructed using a rolling 5-year window, and the changes to the coefficients and predictions were measured.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

---

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



These results demonstrate that the time period used in the model significantly affects the estimated coefficients of the model. Table 1 illustrates these effects for two important coefficients in the present proceeding.

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 1: Summary of Estimated Coefficients**

| | | Estimated Coefficients | |
|---|---|---|---|
| Starting Year | Ending Year | Uneconomic | Iron Ore |
| 2008 | 2012 | 0.4906 | -2.3738 |
| 2009 | 2013 | 18.6713 | -21.8959 |
| 2010 | 2014 | -0.3889 | 0.2216 |
| 2011 | 2015 | -0.3452 | 0.1936 |
| 2012 | 2016 | 0.4253 | 0.0213 |
| 2013 | 2017 | 0.6112 | -0.0002 |
| | | | |
| 2008 | 2017 | -0.5512 | 0.1411 |

As shown in Table 1, the value, and even the sign of these coefficients can be quite different depending on the years chosen to be included in the analysis, and the coefficient for ln(Uneconomic) proposed by the DIPs is an outlier among all other models considered. These observations suggest 1) that the OLS model proposed by the DIPs in the proceeding does not generate stable results and 2) that the 2008 – 2017 model proposed by the DIPs is an outlier among the observed set of unstable estimates.

To further illustrate the lack of predictive power the proposed model, I have plotted the fitted, or predicted, AUVs from the above models against actual AUVs. The below example uses the 2008 – 2012 model to extrapolate AUVs during the period of 2013 to 2017. As can be seen, each additional year that the model is used to predict AUVs, the predicted values, plotted on the x-axis, trend further and further away from the actual values, plotted on the y-axis. The observation highlighted in red is Korea.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18





## VII.    BASIS & REASONING – ASSUMPTIONS AND TESTS

In order for an OLS multiple regression to be considered the appropriate least squares method for estimating parameters of a model, several assumptions should hold true.  This includes, among others, 1) normality of the error terms and 2) equal variance of the error terms.  Because the data includes a time-series component in the DIPs' proposed model, there also should not be any serial

**PUBLIC VERSION**

correlation (also known as auto-correlation) in the dependent variable over time.  Finally, because the DIPs' proposed model relies upon panel data, the assumption is that all sets of time series data (*i.e.*, the country data) are subject to similar conditions and, therefore, appropriate to be "pooled" in an OLS regression model.  The validity of each of these assumptions is tested below.

## Normality of the Error Terms

The simplest way to test for normality of error terms is to plot a QQ graph and examine the residuals.  If they closely follow a linear trend, then normality of the errors can be confirmed.  However, if the shape is not linear, such as the strong s-shaped curve seen below, then the error terms are most likely not normal.



Instead, this shape suggests a kurtosis distribution, which means that the model is not accurately predicting values at the lower or upper bounds.

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

This observation can be confirmed with a formal test for normality, the Kolmogoroz-Smirnov test. Based on the results, we must reject the null hypothesis of normality. This can affect the model's test results and is therefore an important assumption that needs to be met.



## Equal Variance of the Error Terms

A key assumption of a multiple linear regression model is that there is equal variance of the error terms, or homoscedasticity. To test for homoscedasticity, the studentized Breusch-Pagan test was used. Based on the results, we must reject the null hypothesis of homoscedasticity in favor of heteroscedasticity. This is important because without equal variance of the error terms, the standard errors of the parameter estimates are likely compromised, thus affecting the significance of the coefficients.



Alternative modeling methods to OLS can be used to address heteroscedasticity, as well as the non-normal distribution of error terms. One such method is the use of WLS (weighted least squares) over OLS. However, this was not investigated anywhere in the DIPs findings.

## Autocorrelation of AUV

To test for autocorrelation of AUVs over time, the Durbin Watson test was used. Based on the results, we must reject the null hypothesis of no autocorrelation. What is observed is a strong positive correlation of AUVs over time, which is not accounted for in the 2008 – 2017 OLS model.



Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



## Testing the Validity of Using Panel Data

Finally, because panel data is used to predict AUVs across countries over time, it is important to test the variance within countries and between countries to decide if an OLS model produces appropriate estimators.

In order to test for significant variance between countries, the Breusch-Pagan Lagrange Multiplier test was used. Based on the results, we must reject the null hypothesis that there is no significant variance between countries in favor of the conclusion that countries are significantly different. This means that an OLS regression model, which essentially averages the data from all countries to predict AUVs of one country is inappropriate and can be expected to yield unreliable results.

The below graphs plot the residuals of the predicted AUVs for each country and each year. As can be seen, the residual plots vary significantly by country, which further proves this point. In this regard, the graph for Korea appears to be relatively unique within the sample, as do the graphs for China and the USA.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

### Testing the Validity of 2SLS Model

According to DIPs, "OLS is generally superior to 2SLS - and much easier to implement - provided that the full set of OLS assumptions are met."[3]  The above sections investigate several of the assumptions of OLS and conclude where they are not met.  2SLS regression models have many of the same assumptions as OLS models including, among others, 1) normality of the error terms and 2) equal variance of the error terms.  The validity of these assumptions on the 2SLS model is tested below.

### *Normality of the Error Terms*

2SLS models should have normally-distributed error terms, same as OLS models.  As can be seen from the below QQ plot, a strong s-shaped curve is observed, implying a kurtosis, non-normal distribution of the error terms similar to what was observed with the OLS model.

---

[3] See pg. 6 at Exhibit 67

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



Based on the results of the Kolmogoroz-Smirnov test, we must reject the null hypothesis of normality. This can affect the model's test results and is therefore an important assumption that needs to be met.



*Equal Variance of the Error Terms*

2SLS models should have equal variance of the error terms, same as OLS models. Based on the results of the studentized Breusch-Pagan test, we must reject the null hypothesis of homoscedasticity in favor of heteroscedasticity.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

PUBLIC VERSION

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**ankura**

Because the 2SLS model fails to meet the necessary assumptions, similar to the OLS model proposed by DIPs, using it to confirm the results from the OLS model is not appropriate.


## VIII.     CONCLUSION

I, Michael Northeim, certify that I prepared this report, dated August 9, 2019, in the administrative review of the antidumping order on Welded Line Pipe from Korea (Case No. A-580-876) for the December 1, 2017 to November 30, 2018 review period.


My report, with supporting schedules and exhibits, is contained herein, and presents my opinion and the bases and reasons thereof.  I certify that the information contained in this report is accurate to the best of my knowledge.  I am aware that the information contained in this report may be subject to verification or corroboration (as appropriate) by the U.S. Department of Commerce.  I am also aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make materially false statements to the U.S. Government.  In addition, I am aware that, even if this report may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this report, for purposes of determining the accuracy of this certification. To the extent any additional information is produced by either party, I reserve the right to incorporate such additional information into my report.  This report was prepared solely for the above-captioned matter and should not be used for any other purpose without prior written authorization.

Signature: _____

Michael Northeim

Date: _____8/12/2019_____

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**PUBLIC VERSION**

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 12

Excerpts from Textbooks and Articles

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 12-G

T. Mills, Analysing Economic Data:
A Concise Introduction (2013)

Barcode:3877486-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**BUSINESS PROPRIETARY INFORMATION NOT SUSCEPTIBLE TO SUMMARIZATION DELETED**

**(20 PAGES)**

Case No. A-580-876
Total Pages: 462
Administrative Review under
   § 751(a) of the Tariff Act for the
   Period 12/01/2017 to 11/30/2018
Office II
No Proprietary Information in
   Volume
Public Document

In the Matter of:                  )
                               )
                               )
2017-18 ADMINISTRATIVE REVIEW OF THE  )
ANTIDUMPING DUTY ORDER ON WELDED  )
LINE PIPE FROM KOREA              )
                               )

**PUBLIC DOCUMENT**

SEAH STEEL CORPORATION SUBMISSION OF
FACTUAL INFORMATION REBUTTING, CLARIFYING, OR CORRECTING, OR CORRECTING
PETITIONER'S ALLEGATION OF A PARTICULAR MARKET SITUATION

VOLUME II

POSCO'S UNCONSOLIDATED FINANCIAL STATEMENTS FROM 2013-18
APPENDIX 7

LAW OFFICE OF JEFFREY M. WINTON PLLC
1900 L Street, N.W. Suite 611
Washington, D.C. 20036
(202) 774-5500

Counsel to SeAH Steel Corporation

August 12, 2019

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 7

POSCO's Unconsolidated Financial Statements from 2013-18

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 7-A

POSCO's Unconsolidated Financial Statements
for 2013-14 Fiscal Years

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2014 and 2013**

**(With Independent Auditors' Report Thereon)**

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

## Table of Contents

**Page**

**Independent Auditors' Report**.................................................................................................. 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................................. 3

Separate Statements of Comprehensive Income.................................................................. 5

Separate Statements of Changes in Equity ......................................................................... 6

Separate Statements of Cash Flows ................................................................................... 7

Notes to the Separate Financial Statements ....................................................................... 9

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 84

**Report on the Operations of Internal Accounting Control System** ............................... 85

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Report**

Based on a report originally issued in Korea

The Board of Directors and Shareholders
POSCO:

We have audited the accompanying separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2014 and 2013, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising a summary of significant accounting policies and other explanatory information.

*Management's Responsibility for the Separate Financial Statements*

Management is responsible for the preparation and fair presentation of these separate financial statements in accordance with Korean International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these separate financial statements based on our audits.  We conducted our audits in accordance with Korean Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the separate financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the separate financial statements.  The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the separate financial statements, whether due to fraud or error.  In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the separate financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control.  An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the separate financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2014 and 2013, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards.

*Other Matters*

The accompanying separate statement of financial position of the Company as of December 31, 2013, and the related statements of comprehensive income, changes in equity and cash flows for the year then ended, were audited by us in accordance with the previous auditing standards generally accepted in the Republic of Korea.

The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries.

Seoul, Korea
February 25, 2015

This report is effective as of February 25, 2015, the audit report date. Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto. Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

2

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Financial Position**
**As of December 31, 2014 and 2013**

| *(in millions of Won)* | **Notes** | | **December 31, 2014** | **December 31, 2013** |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 1,742,767 | 1,394,315 |
| Trade accounts and notes receivable, net | 6,22,37 | | 3,157,266 | 3,393,444 |
| Other receivables, net | 7,22,37 | | 562,930 | 281,161 |
| Other short-term financial assets | 8,22 | | 693,729 | 2,318,816 |
| Inventories | 9,34 | | 4,383,568 | 4,538,657 |
| Assets held for sale | 10 | | 1,051,177 | 1,304 |
| Other current assets | 11 | | 31,692 | 25,782 |
| **Total current assets** | | | 11,623,129 | 11,953,479 |
| Long-term trade accounts and notes receivable, net | 6,22 | | 23,841 | 4,464 |
| Other receivables, net | 7,22 | | 26,360 | 45,738 |
| Other long-term financial assets | 8,22 | | 1,794,590 | 3,362,594 |
| Investments in subsidiaries, associates and joint ventures | 12 | | 16,178,891 | 15,092,836 |
| Investment property, net | 13 | | 90,137 | 92,879 |
| Property, plant and equipment, net | 14 | | 22,323,215 | 23,240,603 |
| Intangible assets, net | 15 | | 403,907 | 438,783 |
| Other long-term assets | 11 | | 133,253 | 10,902 |
| **Total non-current assets** | | | 40,974,194 | 42,288,799 |
| **Total assets** | | ₩ | 52,597,323 | 54,242,278 |

*See accompanying notes to the separate financial statements.*

3

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## POSCO
**Separate Statements of Financial Position**
**As of December 31, 2014 and 2013, Continued**

| (in millions of Won) | Notes | | December 31, 2014 | December 31, 2013 |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,37 | ₩ | 777,401 | 735,457 |
| Short-term borrowings | 4,6,16,22 | | 1,236,290 | 1,931,283 |
| Other payables | 17,22,37 | | 1,032,496 | 791,883 |
| Other short-term financial liabilities | 18,22 | | 9,236 | 46,009 |
| Current income tax liabilities | 35 | | 304,362 | 153,278 |
| Provisions | 19 | | 47,759 | 8,501 |
| Other current liabilities | 21 | | 108,508 | 38,109 |
| **Total current liabilities** | | | 3,516,052 | 3,704,520 |
| Long-term borrowings | 4,8,16,22 | | 5,300,927 | 6,731,788 |
| Other payables | 17,22 | | 88,807 | 124,679 |
| Other long-term financial liabilities | 18,22 | | 50,574 | 231,539 |
| Defined benefit liabilities, net | 20 | | 86,158 | 100,650 |
| Deferred tax liabilities | 35 | | 1,047,666 | 1,034,102 |
| Provisions | 19 | | 31,474 | - |
| Other long-term liabilities | 21 | | 234 | 3,538 |
| **Total non-current liabilities** | | | 6,605,840 | 8,226,296 |
| **Total liabilities** | | | 10,121,892 | 11,930,816 |
| **Shareholders' Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,247,616 | 1,233,040 |
| Hybrid bonds | 24 | | 996,919 | 996,919 |
| Reserves | 25 | | 94,042 | 403,939 |
| Treasury shares | 26 | | (1,534,457) | (1,579,123) |
| Retained earnings | 27 | | 41,188,908 | 40,774,284 |
| **Total shareholders' equity** | 4 | | 42,475,431 | 42,311,462 |
| **Total liabilities and shareholders' equity** | | ₩ | 52,597,323 | 54,242,278 |

*See accompanying notes to the separate financial statements.*

4

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## POSCO
**Separate Statements of Comprehensive Income**
**For the years ended December 31, 2014 and 2013**

| (in millions of Won, except per share information) | Notes | | 2014 | 2013 |
|---|---|---|---|---|
| **Revenue** | 28,37 | ₩ | 29,218,854 | 30,543,545 |
| **Cost of sales** | 9,20,30,34,37 | | (24,955,649) | (26,494,617) |
| **Gross profit** | | | 4,263,205 | 4,048,928 |
| Selling and administrative expenses | | | | |
|    Administrative expenses | 20,22,29,30,34 | | (933,984) | (892,966) |
|    Selling expenses | 29,34 | | (979,186) | (940,829) |
| **Operating profit** | 31 | | 2,350,035 | 2,215,133 |
| Finance income and costs | | | | |
|    Finance income | 22,32 | | 1,050,794 | 967,073 |
|    Finance costs | 22,32 | | (1,014,269) | (918,360) |
| Other non-operating income and expenses | | | | |
|    Other non-operating income | 31,33,37 | | 46,864 | 140,048 |
|    Other non-operating expenses | 31,33,34,37 | | (712,031) | (418,599) |
| **Profit before income tax** | | | 1,721,393 | 1,985,295 |
| Income tax expense | 35 | | (582,435) | (402,699) |
| **Profit** | | | 1,138,958 | 1,582,596 |
| **Other comprehensive income (loss)** | | | | |
|   Items that will never be reclassified subsequently to profit or loss : Remeasurements of defined benefit plans, net of tax | 20 | | (42,464) | (8,692) |
|   Items that are or may be reclassified subsequently to profit or loss : Net changes in unrealized fair value of available-for-sale investments, net of tax | 8,22,25 | | (309,897) | 400,577 |
| **Total comprehensive income, net of tax** | | ₩ | 786,597 | 1,974,481 |
| **Basic and diluted earnings per share (in Won)** | 36 | ₩ | 13,858 | 20,052 |

*See accompanying notes to the separate financial statements.*

5

# POSCO
## Separate Statements of Changes in Equity
### For the years ended December 31, 2014 and 2013

| (in millions of Won) | | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2013 | ₩ | 482,403 | 1,227,692 | - | 3,362 | (2,391,406) | 39,842,497 | 39,164,548 |
| Comprehensive income : | | | | | | | | |
| Profit | | - | - | - | - | - | 1,582,596 | 1,582,596 |
| Other comprehensive income (loss) | | | | | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | 400,577 | - | - | 400,577 |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (8,692) | (8,692) |
| Transactions with owners of the Company, recognized directly in equity : | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (463,467) | (463,467) |
| Interim dividends | | - | - | - | - | - | (154,489) | (154,489) |
| Issuance of hybrid bonds | | - | - | 996,919 | - | - | - | 996,919 |
| Interest of hybrid bonds | | - | - | - | - | - | (24,161) | (24,161) |
| Disposal of treasury shares | | - | 5,348 | - | - | 812,283 | - | 817,631 |
| Balance as of December 31, 2013 | ₩ | 482,403 | 1,233,040 | 996,919 | 403,939 | (1,579,123) | 40,774,284 | 42,311,462 |
| | | | | | | | | |
| Balance as of January 1, 2014 | ₩ | 482,403 | 1,233,040 | 996,919 | 403,939 | (1,579,123) | 40,774,284 | 42,311,462 |
| Comprehensive income : | | | | | | | | |
| Profit | | - | - | - | - | - | 1,138,958 | 1,138,958 |
| Other comprehensive loss | | | | | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | (309,897) | - | - | (309,897) |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (42,464) | (42,464) |
| Transactions with owners of the Company, recognized directly in equity : | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (478,702) | (478,702) |
| Interim dividends | | - | - | - | - | - | (159,568) | (159,568) |
| Interest of hybrid bonds | | - | - | - | - | - | (43,600) | (43,600) |
| Disposal of treasury shares | | - | 14,576 | - | - | 44,666 | - | 59,242 |
| Balance as of December 31, 2014 | ₩ | 482,403 | 1,247,616 | 996,919 | 94,042 | (1,534,457) | 41,188,908 | 42,475,431 |

*See accompanying notes to the separate financial statements.*

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows**
**For the year ended December 31, 2014 and 2013**

| (in millions of Won) | Notes | 2014 | 2013 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 1,138,958 | 1,582,596 |
| Adjustments for : | | | |
| Costs for defined benefit plans | | 114,372 | 122,656 |
| Employee benefits | | 19,777 | - |
| Depreciation | | 2,067,793 | 1,932,002 |
| Amortization | | 74,112 | 38,067 |
| Finance income | | (773,099) | (659,054) |
| Finance costs | | 756,480 | 655,855 |
| Valuation losses of inventories | | 24,867 | 4,532 |
| Gain on disposal of property, plant and equipment | | (8,882) | (6,773) |
| Loss on disposal of property, plant and equipment | | 57,777 | 94,533 |
| Impairment loss on property, plant and equipment | | 30,334 | 5,697 |
| Loss on disposal of investments in subsidiaries, associates and joint ventures | | - | 12,295 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 209,795 | 235,794 |
| Gain on disposal of assets held for sale | | - | (67,875) |
| Other provision expense | | 89,844 | - |
| Income tax expense | | 582,435 | 402,699 |
| Others | | 86,716 | (6,546) |
| Changes in operating assets and liabilities | 39 | 197,954 | 687,980 |
| Interest received | | 97,441 | 109,073 |
| Interest paid | | (321,684) | (390,175) |
| Dividends received | | 151,150 | 232,281 |
| Income taxes paid | | (433,055) | (222,111) |
| Net cash provided by operating activities | ₩ | 4,163,085 | 4,763,526 |

*See accompanying notes to the separate financial statements.*

7

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows**
**For the year ended December 31, 2014 and 2013, Continued**

| *(in millions of Won)* | Notes | 2014 | 2013 |
|---|---|---|---|
| **Cash flows from investing activities** | 40 | | |
| Proceeds from disposal of short-term financial instruments | ₩ | 4,103,905 | 3,528,479 |
| Proceeds from disposal of long-term financial instruments | | - | 5 |
| Decrease in held-to-maturity investments | | - | 30,000 |
| Proceeds from disposal of available-for-sale investments | | 41,740 | 194,820 |
| Collection of long-term loans | | 19,751 | 14,441 |
| Proceeds from disposal of investment in subsidiaries, associates and joint ventures | | 427 | 6,114 |
| Proceeds from disposal of investment property | | 18 | - |
| Proceeds from disposal of intangible assets | | 2,347 | 1,100 |
| Proceeds from disposal of assets held for sale | | 1,291 | - |
| Acquisition of short-term financial investments | | (2,478,109) | (4,144,157) |
| Acquisition of available-for-sale investments | | (30,727) | (71,045) |
| Increase in long-term loans | | (26,451) | (3,354) |
| Acquisition of investment in subsidiaries, associates and joint ventures | | (1,209,223) | (1,193,501) |
| Acquisition of investment property | | (41) | - |
| Acquisition of property, plant and equipment | | (1,643,789) | (3,013,628) |
| Payment for cost of disposal of property, plant and equipment | | (15,346) | (14,297) |
| Acquisition of intangible assets | | (20,869) | (103,041) |
| Net cash used in investing activities | | (1,255,076) | (4,768,064) |
| **Cash flows from financing activities** | 40 | | |
| Proceeds from borrowings | | 1,429,041 | 2,431,539 |
| Increase in long-term financial liabilities | | 7,196 | 3,766 |
| Receipt of government grants | | - | 5,000 |
| Proceeds from disposal of treasury shares | | 43,188 | 14,019 |
| Proceeds from issuance of hybrid bonds | | - | 996,919 |
| Repayment of borrowings | | (3,350,330) | (3,132,803) |
| Decrease in long-term financial liabilities | | (7,125) | (3,009) |
| Decrease in derivative liabilities | | - | (23,348) |
| Payment of cash dividends | | (637,927) | (617,570) |
| Payment of interest of hybrid bonds | | (43,600) | (21,860) |
| Net cash used in financing activities | | (2,559,557) | (347,347) |
| **Effect of exchange rate changes on cash held** | | - | (6,360) |
| **Net increase (decrease) in cash and cash equivalents** | | 348,452 | (358,245) |
| **Cash and cash equivalents** | | | |
| Cash and cash equivalents at beginning of the year | | 1,394,315 | 1,752,560 |
| Cash and cash equivalents at end of the year | ₩ | 1,742,767 | 1,394,315 |

*See accompanying notes to the separate financial statements.*

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013**

## 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968, under the Commercial Code of the Republic of Korea to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since 1988. The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through seven of its overseas liaison offices.

As of December 31, 2014 and 2013, major shareholders are as follows:

| Shareholder's name | 2014 | | 2013 | |
|---|---|---|---|---|
| | Number of shares | Ownership(%) | Number of shares | Ownership(%) |
| National Pension Service | 7,203,493 | 8.26 | 6,577,907 | 7.54 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 4,394,712 | 5.04 | 4,394,712 | 5.04 |
| Saudi Arabia, Kingdom of Saudi Arabia | 2,109,593 | 2.42 | 948,477 | 1.09 |
| Hyundai Heavy Industries Co.,Ltd. and subsidiaries(*2) | 1,319,560 | 1.51 | 2,197,707 | 2.52 |
| Pohang University of Science and Technology | 1,905,000 | 2.18 | 1,905,000 | 2.18 |
| KB Financial Group Inc. and subsidiaries(*2) | 1,847,438 | 2.12 | 1,846,994 | 2.12 |
| Others | 68,407,039 | 78.47 | 69,316,038 | 79.51 |
| | 87,186,835 | 100.00 | 87,186,835 | 100.00 |

(*1) Nippon Steel & Sumitomo Metal Corporation owns American Depository Receipts (ADRs) of the Company, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.

(*2) Includes shares held by subsidiaries pursuant to Articles of Incorporation.

As of December 31, 2014, the shares of the Company are listed on the Korea Exchange, while its depository shares are listed on the New York, Tokyo and London Stock Exchanges.

## 2. Statement of Compliance

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the Act on External Audits of Corporations in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

The separate financial statements were authorized for issue by the Board of Directors on January 29, 2015, and will be submitted for approval at the shareholders' meeting to be held on March 13, 2015.

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments are measured at fair value
(b) Available-for-sale financial assets are measured at fair value
(c) Defined benefit liabilities are measured at the present value of the defined benefit obligation less the fair value of the plan asset.

**Functional and presentation currency**

These separate financial statements are presented in Korean won, which is the Company's functional currency and the currency of the primary economic environment in which the Company operates.

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.  Revisions to accounting estimates are recognized in the period prospectively.

(a) Judgements

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

• Note 8 - Other financial asset
• Note 13 - Investment property, net
• Note 14 - Property, plant and equipment, net

10

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next financial year is included in the following notes:

- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 38 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities. The Company has an established control framework with respect to the measurement of fair values. This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the department manager of finance department.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments. If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible. Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement. The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

11

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**Changes in accounting policies**

The Company has adopted the following amendments to standards and new interpretation with a date of initial application of January 1, 2014.

1) K-IFRS No. 1032, "Financial Instruments: Presentation"
2) K-IFRS No. 1036, "Impairment of Assets"
3) K-IFRS No. 2121, "Levies"

The details of changes in accounting policies are as follows.

1) Offsetting financial assets and financial liabilities
   The Company has adopted amendments to K-IFRS No. 1032, "Offsetting Financial Assets and Financial Liabilities" since January 1, 2014. The amendments clarify the meaning of 'currently has a legally enforceable right of set-off'. According to the amendments, the right to set off should not be contingent on a future event, and legally enforceable in the normal course of business, in the event of default, and in the event of insolvency or bankruptcy of the entity and all of the counterparties. The amendments also state that some gross settlement systems would be considered equivalent to net settlement if they eliminate or result in insignificant credit and liquidity risk and process receivables and payables in a single settlement process or cycle.

2) Recoverable Amount Disclosures for Non-Financial Assets
   The Company has adopted amendments to K-IFRS No. 1036 "Impairment of Assets" since January 1, 2014. The amendments require the disclosure of information about the recoverable amount of impaired assets, if that amount is based on fair value less costs of disposal. They also require the disclosure of additional information about that fair value measurement. In addition, if the recoverable amount of impaired assets based on fair value less costs of disposal was measured using a present value technique, the amendments also require the disclosure of the discount rates that have been used in the current and previous measurements.

3) Levies
   The Company has adopted K-IFRS No. 2121, "Levies" since January 1, 2014. K-IFRS No. 2121 is an Interpretation of K-IFRS No. 1037 Provisions, Contingent Liabilities and Contingent Assets, on the accounting for levies imposed by governments. K-IFRS No. 1037 sets out criteria for the recognition of a liability, one of which is the requirement for the entity to have a present obligation as a result of a past event (or "obligating event"). K-IFRS No. 2121 clarifies that the obligating event that gives rise to a liability to pay a levy is the activity described in the relevant legislation that triggers the payment of the levy.

   The interpretation does not provide guidance on the accounting for the costs arising from recognizing the liability to pay a levy. Other K-IFRSs should be applied to determine whether the recognition of a liability to pay a levy gives rise to an asset or an expense.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**Impact of changes in accounting policies**

Upon adoption of amendments to K-IFRS No. 1032 and K-IFRS No. 2121, there is no impact on the Company's prior year's separate financial statements.   Upon adoption of amendments to K-IFRS No. 1036, the Company has made the required disclosures in the annual financial statements as applicable (see note 12).

## 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.   The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".   The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027.   Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.   At the end of each reporting period, foreign currency monetary items are translated using the closing rate.   Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction. Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.  Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

The Company recognizes and measures non-derivative financial assets by the following four categories: financial assets at fair value through profit or loss, held-to-maturity financial assets, loans and receivables and available-for-sale financial assets.  The Company recognizes financial assets in the separate statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Upon initial recognition, non-derivative financial assets are measured at their fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

(a) Financial assets at fair value through profit or loss

   Financial assets are classified at fair value through profit or loss if they are held for trading or designated as such upon initial recognition.  Upon initial recognition, transaction costs are recognized in profit or loss when incurred.  Financial assets at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.

(b) Held-to-maturity financial assets

   A non-derivative financial asset with a fixed or determinable payment and fixed maturity, for which the Company has the positive intention and ability to hold to maturity, is classified as held-to-maturity financial assets.  Subsequent to initial recognition, held-to-maturity financial assets are measured at amortized cost using the effective interest method.

(c) Loans and receivables

   Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market.  Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method unless the effect of discounting is immaterial.

14

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(d) Available-for-sale financial assets

Available-for-sale financial assets are those non-derivative financial assets that are designated as available-for-sale or are not classified as financial assets at fair value through profit or loss, held-to-maturity financial assets or loans and receivables. Subsequent to initial recognition, they are measured at fair value, with changes in fair value, net of any tax effect, recorded in other comprehensive income in equity. Investments in equity instruments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured and derivatives that are linked to and must be settled by delivery of such unquoted equity instruments are measured at cost. When a financial asset is derecognized or impairment losses are recognized, the cumulative gain or loss previously recognized in other comprehensive income is reclassified from equity to profit or loss. Dividends on an available-for-sale equity instrument are recognized in profit or loss when the Company's right to receive payment is established.

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset. Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

15

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method.   The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition.   The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

When inventories are sold, the carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.   Inventories are measured at the lower of cost or net realizable value.   The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs.   The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

16

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.   Investment property is measured initially at its cost.   Transaction costs are included in the initial measurement.   Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.   The carrying amount of the replaced part is derecognized.   The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.   The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.   The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the
      Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.   The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.   Leased assets are depreciated over the shorter of the lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.   Land is not depreciated.

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current and comparative periods are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4-9 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.   Other borrowing costs are recognized in expense as incurred.   A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.   Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.   Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.   The Company immediately recognizes other borrowing costs as an expense.   To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.   The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.   The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use.   The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

| | |
|---|---|
| Intellectual property rights | 10 years |
| Development costs | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.  All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

(a) Grants related to assets

   Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

   Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease.   Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

**Impairment for financial assets**

A financial asset not carried at fair value through profit or loss is assessed at each reporting date to determine whether there is objective evidence that it is impaired.   A financial asset is impaired if objective evidence indicates that a loss event has occurred after the initial recognition of the asset, and that the loss event had a negative effect on the estimated future cash flows of that asset that can be estimated reliably.   However, losses expected as a result of future events, regardless of likelihood, are not recognized.

Objective evidence that a financial asset or group of financial assets are impaired includes:

  (a) significant financial difficulty of the issuer or obligor
  (b) a breach of contract, such as a default or delinquency in interest or principal payments
  (c) the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
  (d) it becoming probable that the borrower will enter bankruptcy or other financial reorganization
  (e) the disappearance of an active market for that financial asset because of financial difficulties

21

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(f) observable data indicating that there is a measurable decrease in the estimated future cash flows from a group of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the group.

In addition, for an investment in an equity security, a significant or prolonged decline in its fair value below its cost is objective evidence of impairment.

If there is objective evidence that financial assets are impaired, impairment losses are measured and recognized.

(a) Financial assets measured at amortized cost

An impairment loss in respect of a financial asset measured at amortized cost is calculated as the difference between its carrying amount and the present value of its estimated future cash flows discounted at the asset's original effective interest rate.   If it is not practicable to obtain the instrument's estimated future cash flows, impairment losses would be measured by using prices from any observable current market transactions.   The Company can recognize impairment losses directly or establish a provision to cover impairment losses.   If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss shall be reversed either directly or by adjusting an allowance account.

(b) Financial assets carried at cost

If there is objective evidence that an impairment loss has occurred on an unquoted equity instrument that is not carried at fair value because its fair value cannot be reliably measured, or on a derivative asset that is linked to and must be settled by delivery of such an unquoted equity instrument, the amount of the impairment loss is measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset.   Such impairment losses are not reversed.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(c) Available-for-sale financial assets

When a decline in the fair value of an available-for-sale financial asset has been recognized in other comprehensive income and there is objective evidence that the asset is impaired, the cumulative loss that had been recognized in other comprehensive income shall be reclassified from equity to profit or loss as a reclassification adjustment even though the financial asset has not been derecognized.   Impairment losses recognized in profit or loss for an investment in an equity instrument classified as available-for-sale are not reversed through profit or loss.   If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss shall be reversed, with the amount of the reversal recognized in profit or loss.

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount. Impairment losses are recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives are measured at fair value, and changes therein are recognized in profit or loss.

(a) Embedded derivatives

Embedded derivatives are separated from the host contract and accounted for separately only if the following criteria have been met: (a) the economic characteristics and risks of the host contract and the embedded derivatives are not clearly and closely related to a separate instrument with the same terms as the embedded derivative that would meet the definition of a derivative, and (b) the hybrid (combined) instrument is not measured at fair value through profit or loss.   Changes in the fair value of separable embedded derivatives from the host contract are recognized immediately in profit or loss.

(b) Other derivatives

Changes in the fair value of a derivative that is not designated as a hedging instrument are recognized immediately in profit or loss.

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities at fair value through profit or loss or other financial liabilities in accordance with the substance of the contractual arrangement and the definitions of financial liabilities.   The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities at fair value through profit or loss

Financial liabilities at fair value through profit or loss include financial liabilities held for trading or designated as upon initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

24

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Other financial liabilities

Non-derivative financial liabilities other than financial liabilities at fair value through profit or loss are classified as other financial liabilities.

Financial guarantee liabilities are initially measured at their fair values and, if not designated as financial liabilities at fair value through profit or loss, they are subsequently measured at the higher of:

1) the amount of the best estimate of the expenditure required to settle the present obligation at the end of the reporting period; and
2) the amount initially recognized less, cumulative amortization recognized on a straight-line basis over the guarantee period

At the date of initial recognition, other financial liabilities are measured at fair value minus transaction costs that are directly attributable to the acquisition.  Subsequent to initial recognition, other financial liabilities are measured at amortized cost using the effective interest method.

The Company derecognizes a financial liability from the separate statement of financial position when it is extinguished (i.e. when the obligation specified in the contract is discharged, cancelled or expires).

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service.  When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss.  If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid.   If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan.   The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value.   The fair value of plan assets is deducted.   The calculation is performed annually by an independent actuary using the projected unit credit method.

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income. The Company determines the net interest expense(income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.  The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.  Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account. No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments. When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument. When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue**

Revenue from the sale of goods, services provided and the use of assets is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates, which are not significant for all periods presented.

(a) Sale of goods

Revenue from the sale of goods in the ordinary course of activities is measured at the fair value of the consideration received or receivable, net of returns, trade discounts and volume rebates. Revenue is recognized when persuasive evidence exists, usually in the form of an executed sales agreement, that the significant risks and rewards of ownership have been transferred to the buyer, recovery of the consideration is probable, the associated costs and possible return of goods can be estimated reliably, there is no continuing management involvement with the goods, and the amount of revenue can be measured reliably. The appropriate timing for transfer of risks and rewards varies depending on the individual terms and conditions of the sales contract. For international sales, this timing depends on the type of international commercial terms of the contract.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Rental income

Rental income from investment property, net of lease incentives granted, is recognized in profit or loss on a straight-line basis over the term of the lease.

**Finance income and finance costs**

Finance income comprises interest income on funds invested (including available-for-sale financial assets), dividend income, gains on the disposal of available-for-sale financial assets and changes in the fair value of financial assets at fair value through profit or loss.   Interest income is recognized as it accrues in profit or loss, using the effective interest method. Dividend income is recognized in profit or loss on the date that the Company's right to receive payment is established.

Finance costs comprise interest expense on borrowings and changes in the fair value of financial assets at fair value through profit or loss.   Borrowing costs are recognized in profit or loss using the effective interest rate method.

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.

The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.   The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period to recover or settle the carrying amount of its assets and liabilities.

Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income. Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

**New standards and interpretations not yet adopted**

The following new standards, interpretations and amendments to existing standards have been published and are mandatory for the Company for annual periods beginning after January 1, 2014, and the Company has not early adopted them.

(a) Amendments to K-IFRS No. 1019 "Employee Benefits"

Amendments to K-IFRS No. 1019 introduced a practical expedient to accounting for defined benefit plan, when employees or third parties pay contributions if certain criteria are met. According to the amendments, the entity is permitted to recognize those contributions as a reduction of the service cost in the period in which the related service is rendered, instead of forecast future contributions from employees or third parties and attribute them to periods or service as negative benefits. This amendment is effective for the Company for annual periods beginning on or after January 1, 2015, with early adoption permitted.

Management believes the impact of the amendments on the Company's separate financial statements is not significant.

(b) Amendments to K-IFRS No. 1027 "Separate Financial Statements"

Amendments to K-IFRS No. 1027 introduced equity accounting as a third option in the entity's separate financial statements, in addition to the existing cost and fair value options. This amendment is effective for annual periods beginning on or after January 1, 2016, with early adoption permitted.

Management is in the progress of evaluating the impact of the amendments on the Company.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital. Further quantitative disclosures are included throughout these separate financial statements.

(a) Financial risk management

1) Risk management framework

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

2) Credit risk

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

32

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred but not yet identified.   The collective loss allowance is determined based on historical data of payment statistics for similar financial assets. Debt securities are analyzed individually, and an expected loss shall be directly deducted from debt securities.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.   Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk management

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategy investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

4) Market risk management

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.  The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.  The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.  In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.  Based on this policy, the Company has foreign currency borrowings from banks and hedges foreign currency risks of the foreign currency borrowings by using foreign currency swaps.

② Interest rate risk

The Company mostly borrows at fixed interest rates.  The Company's management monitors interest rate risks regularly.

③ Other market risk

Equity price risk arises from listed equity securities among available-for-sale equity securities.  Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.  Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(b) Management of capital risk

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares. The capital structure of the Company consists of equity and net debt, deducting cash and cash equivalents and current financial instruments from borrowings. The Company applied the same financial risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2014 and 2013 is as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Total borrowings | ₩ | 6,537,217 | 8,663,071 |
| Less: Cash and cash equivalents | | 1,742,767 | 1,394,315 |
| Net borrowings | | 4,794,450 | 7,268,756 |
| Total equity | ₩ | 42,475,431 | 42,311,462 |
| Net borrowings-to-equity ratio | | 11.29% | 17.18% |

35

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

### 5. Cash and Cash Equivalents

Cash and cash equivalents as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 867 | 302,434 |
| Time deposits | | 545,000 | 549,381 |
| Other cash equivalents(*1) | | 1,196,900 | 542,500 |
| | ₩ | 1,742,767 | 1,394,315 |

  (*1) Mainly includes money market trust and others.

### 6. Trade Accounts and Notes Receivable

Trade accounts and notes receivable as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,166,238 | 3,403,316 |
| Less: Allowance for doubtful accounts | | (8,972) | (9,872) |
| | ₩ | 3,157,266 | 3,393,444 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 32,247 | 7,806 |
| Less: Present value discount | | (7,396) | (3,114) |
| Less: Allowance for doubtful accounts | | (1,010) | (228) |
| | ₩ | 23,841 | 4,464 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩203,138 million as of December 31, 2013 (2014: nil), and were included in short-term borrowings.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 7. Other Receivables

Other receivables as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Short-term loans | ₩ | 4,748 | - |
| Other accounts receivable(*1) | | 564,765 | 281,667 |
| Others | | 3,950 | 10,065 |
| Less: Allowance for doubtful accounts | | (10,533) | (10,571) |
| | ₩ | 562,930 | 281,161 |
| **Non-current** | | | |
| Long-term loans | ₩ | 21,229 | 54,945 |
| Long-term other accounts receivable | | 2,334 | 2,723 |
| Others | | 2,797 | 2,523 |
| Less: Allowance for doubtful accounts | | - | (14,453) |
| | ₩ | 26,360 | 45,738 |

(*1)  Included dividends receivable amounting to ₩200,824 million from POSCO Specialty., Co. Ltd.

### 8. Other Financial Assets

(a) Other financial assets as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Short term derivatives assets held for trading | ₩ | 708 | - |
| Short-term financial instruments(*1) | | 609,584 | 2,317,867 |
| Cash deposits(*2,3) | | 83,437 | 949 |
| | ₩ | 693,729 | 2,318,816 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | 9,525 | 7,788 |
| Available-for-sale securities(equity instruments) | | 1,767,621 | 3,333,915 |
| Available-for-sale securities(others) | | 17,408 | 20,855 |
| Cash deposits(*4) | | 36 | 36 |
| | ₩ | 1,794,590 | 3,362,594 |

(*1)  Short-term financial instruments amounting to ₩5,200 million and ₩4,700 million are provided as collateral in relation to long term borrowings from National Forestry Cooperatives Federation as of December 31, 2014 and 2013, respectively.
(*2)  Deposits amounting to ₩5,465 million and ₩949 million as of December 31, 2014 and 2013, respectively, are restricted in relation to government assigned project.
(*3)  As of December 31, 2014, ₩77,972 million of deposits have been provided as collateral for disposal of investments in subsidiaries.
(*4)  The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Available-for-sale equity securities as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | 2014 | | | | | | | 2013 |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of available-for-sale investments(*7) | Accumulated impairment loss | Book value | Book value |
| **Marketable equity securities** | | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation | 238,352,000 | 2.51 | W 719,622 | 659,926 | (59,696) | - | 659,926 | 842,909 |
| SK Telecom Co., Ltd.(*1) | - | - | - | - | - | - | - | 419,933 |
| KB Financial group Inc. | 11,590,550 | 3.00 | 536,516 | 418,998 | 22,602 | (140,120) | 418,998 | 489,701 |
| Hyundai Heavy Industries Co., Ltd.(*2) | 1,477,000 | 1.94 | 343,506 | 169,855 | - | (173,651) | 169,855 | 379,589 |
| Shinhan Financial group Inc. | 4,369,881 | 0.92 | 228,778 | 194,241 | 71,605 | (106,142) | 194,241 | 206,695 |
| Hana Financial group Inc. | 2,430,498 | 0.84 | 15,633 | 77,776 | 62,143 | - | 77,776 | 106,699 |
| Others (13 companies)(*2,3) | | | 155,940 | 99,594 | 29,731 | (86,077) | 99,594 | 108,895 |
| | | | 1,999,995 | 1,620,390 | 126,385 | (505,990) | 1,620,390 | 2,554,421 |
| **Non-marketable equity securities** | | | | | | | | |
| The Siam United Steel | - | - | - | - | - | - | - | 57,643 |
| Nacional Minerios S.A.(*4) | - | - | - | - | - | - | - | 517,193 |
| Dongbu Metal Co., Ltd.(*2,5) | 3,000,000 | 10.00 | 98,242 | 17,295 | - | (80,947) | 17,295 | 85,371 |
| Others (41 companies)(*6) | | | 141,049 | 129,936 | (2,318) | (8,795) | 129,936 | 119,287 |
| | | | 239,291 | 147,231 | (2,318) | (89,742) | 147,231 | 779,494 |
| | | | W 2,239,286 | 1,767,621 | 124,067 | (595,732) | 1,767,621 | 3,333,915 |

(*1) During the year ended December 31, 2014, exchange bonds on American Depository Receipts ("ADRs") of SK Telecom Co., Ltd. were exercised. Accordingly, the Company recognized a gain on disposal of available-for-sale securities amounting to W198,671 million.

(*2) During the year ended December 31, 2014, the Company recognized W173,651 million, W729 million, W60 million and W80,947 million of impairment loss on securities of Hyundai Heavy Industries Co., Ltd., Dgenx Co., Ltd., TONGYANG NETWORKS Co., Ltd., and Dongbu Metal Co., Ltd., respectively, due to the significant decline in the fair value of the shares.

(*3) During the year ended December 31, 2014, the Company recognized an additional impairment loss of W1,105 million, W1,005 million, W1,251 million and W4,720 million on securities of UNION STEEL CO., LTD., Seoul Semiconductor Co., Ltd., PT.Krakatau Steel and Steel Flower Co., Ltd., respectively, due to the continued prolonged decline in the fair value of the shares.

(*4) The Company recognized W88,572 million of impairment loss on investment in Nacional Minerios S.A. for the year ended December 31, 2014, due to the prolonged decline in the fair value of the shares. As of December 31, 2014, the Company classified the securities as assets held for sale based on the merger agreement of Nacional Minerios S.A. with other shareholders (note 10).

(*5) Fair value is based on an analysis performed by an external professional evaluation agency.

(*6) Non-marketable equity securities whose fair values cannot be reliably measured are recorded at cost.

(*7) Represents the amount of cumulative amounts that is recorded in accumulated other comprehensive income as of December 31, 2014

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**9. Inventories**

(a) Inventories as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Finished goods | ₩ | 901,524 | 755,286 |
| Semi-finished goods | | 1,207,143 | 1,259,390 |
| By-products | | 21,439 | 13,793 |
| Raw materials | | 822,273 | 983,902 |
| Fuel and materials | | 510,508 | 520,236 |
| Materials-in-transit | | 944,966 | 1,009,996 |
| Others | | 582 | 586 |
| | | 4,408,435 | 4,543,189 |
| Less: Allowance for inventories valuation | | (24,867) | (4,532) |
| | ₩ | 4,383,568 | 4,538,657 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Beginning | ₩ | 4,532 | 370 |
| Loss on valuation of inventories | | 24,867 | 4,532 |
| Write-off | | (4,532) | (370) |
| Ending | ₩ | 24,867 | 4,532 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**10. Assets Held for Sale**

Assets held for sale as of December 31, 2014 and 2013 are as follows:

| *(in millions of Won)* | | **2014** | **2013** |
|---|---|---|---|
| Available-for-sale securities(*1) | ₩ | 580,062 | - |
| Investments in subsidiaries(*2,3) | | 468,443 | - |
| Investment in associates(*4) | | - | 1,304 |
| Property, plant and equipment (land) | | 2,672 | - |
| | ₩ | 1,051,177 | 1,304 |

(*1) In November 2014, Nacional Minerios S.A. (which was an available-for-sale investment of the Company) entered into a merger agreement with another entity through share exchange. The merger transaction was approved by the Company's Board of Directors on December 12, 2014. Pursuant to the merger agreement, the Company will dispose of its equity interests in Nacional Minerios S.A. in exchange for equity interests in the new entity. Accordingly, the Company classified its investment in Nacional Minerios S.A. as assets held for sale after recording impairment loss on the investment.

(*2) The Company determined to dispose of 52.2% of shares of POSCO Specialty Co., Ltd to SeAH Besteel Corp. by and entered into a disposal agreement. The agreement was approved by the Board of Directors on December 12, 2014, and the Company classified the investment in subsidiaries of ₩ 454,943 million as assets held for sale.

(*3) The Company determined to dispose of the shares of POSFINE Co., Ltd, an associate of the Company, to Hahn & Company PRIVATE EQUITY FUND No.1, and classified the accompanying investment in the subsidiary of ₩13,500 million as assets held for sale.

(*4) The Company determined to dispose of the shares of POSVINA Co., Ltd., a subsidiary of the Company during the year ended December 31, 2013. Disposal of the asset held-for-sale was completed during the year ended December 31, 2014, and the Company recognized an impairment loss for asset held for sale of ₩14 million.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

## 11. Other Assets

Other current assets and other long-term assets as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | **2014** | **2013** |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 9,828 | 4,871 |
| Prepaid expenses | | 21,864 | 20,911 |
| | ₩ | 31,692 | 25,782 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 6,344 | 6,980 |
| Others(*1) | | 126,909 | 3,935 |
| Less : Allowance for doubtful accounts | | - | (13) |
| | ₩ | 133,253 | 10,902 |

(*1) As of December 31, 2014, the Company recognized assets amounting to ₩123,110 million in connection with the additional payment for prior years as a result of tax audits that were finalized in 2014 based on the Company's best estimate of the tax amounts to be paid when the result of the Company's appeal is finalized.

## 12. Investments in Subsidiaries, Associates and Joint ventures

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | **2014** | **2013** |
|---|---|---|---|
| Subsidiaries | ₩ | 13,257,282 | 12,316,564 |
| Associates | | 647,973 | 825,197 |
| Joint ventures | | 2,273,636 | 1,951,075 |
| | ₩ | 16,178,891 | 15,092,836 |

There are no restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the form of cash dividends, repayment of loans or payment of advances.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Details of subsidiaries and carrying values as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | Country | Principal operations | 2014 Number of shares | 2014 Ownership (%) | 2014 Acquisition cost | 2014 Net asset value | 2014 Book value | 2013 Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| Daewoo International Corporation | Korea | Trading | 68,681,566 | 60.31 | ₩ 3,371,481 | 2,343,917 | 3,371,481 | 3,371,481 |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | Korea | Engineering and construction | 32,876,418 | 89.53 | 1,510,716 | 2,972,450 | 1,510,716 | 1,510,716 |
| POSCO Green Gas Technology | Korea | Gas production and sales | 13,652 | 100.00 | 682,600 | 679,311 | 682,600 | - |
| POSCO ENERGY CO., LTD. | Korea | Generation of electricity | 40,234,508 | 89.02 | 658,176 | 1,584,491 | 658,176 | 658,176 |
| POSCO Processing&Service | Korea | Steel sales and service | 20,340,136 | 96.01 | 624,678 | 871,481 | 624,678 | 421,927 |
| POSCO PLANTEC Co., Ltd.(*1,2) | Korea | Other structural metal product manufacturing | 110,027,475 | 60.84 | 520,588 | 215,859 | 341,293 | - |
| POSCO Specialty Steel Co., Ltd.(*3) | Korea | Manufacture and sale of specialty steel | 26,000,000 | 72.09 | 173,899 | 948,735 | 173,899 | 628,842 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing | 3,412,000 | 56.87 | 108,421 | 166,468 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | 19,700,000 | 95.00 | 103,780 | 111,011 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Manufacturing and Sales | 3,544,200 | 60.00 | 100,535 | 507,448 | 100,535 | 100,535 |
| POSMATE | Korea | Computer hardware and software distribution | 902,946 | 57.30 | 72,804 | 178,969 | 72,804 | 63,222 |
| POSCO ICT | Korea | Business facility maintenance | 99,403,282 | 65.38 | 70,990 | 422,288 | 70,990 | 70,990 |
| POSCO M-TECH(*4,5) | Korea | Steel manufacturing and Sales | 20,342,460 | 48.85 | 107,278 | 49,286 | 66,067 | 107,278 |
| POSCO Family Strategy Fund | Korea | Investment in venture companies | 400 | 60.79 | 40,000 | 53,144 | 40,000 | 40,000 |
| Busan E&E Co., Ltd.(*6) | Korea | Municipal solid waste fuel and power generation | 6,029,660 | 70.00 | 30,148 | 40,456 | 30,148 | 30,148 |
| POSHIMETAL Co., Ltd.(*8) | Korea | Steel manufacturing and sales | 10,023,000 | 65.00 | 49,452 | (5,420) | - | 49,452 |
| Others (10 companies)(*9) | | | | | 136,245 | 306,515 | 134,196 | 354,873 |
| | | | | | 8,361,791 | 11,446,409 | 8,089,784 | 7,619,841 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 813,431 | 823,714 | 855,110 | 808,492 |
| POSCO WA PTY LTD | Australia | Mine development | 589,035,511 | 100.00 | 611,248 | 450,299 | 611,248 | 446,093 |
| POSCO Maharashtra Steel Private Limited | India | Steel manufacturing and sales | 214,649,818 | 100.00 | 456,065 | 197,562 | 465,788 | 355,987 |
| POSCO AUSTRALIA PTY LTD | Australia | Steel Sales and mine development | 761,775 | 100.00 | 330,623 | 660,815 | 330,623 | 330,623 |
| POSCO Thainox Public Company Limited(*7) | Thailand | Stainless steel manufacturing | 6,620,532,219 | 84.93 | 500,740 | 296,946 | 329,756 | 340,249 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing | - | 58.60 | 283,845 | 516,449 | 284,392 | 284,753 |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 240,430 | 257,961 | 240,430 | 240,430 |
| POSCO-India Private Limited | India | Steel manufacturing and sales | 764,999,999 | 99.99 | 184,815 | 116,897 | 184,815 | 184,815 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing | 2,686,705,272 | 84.84 | 180,069 | 208,429 | 182,110 | 182,080 |
| POSCO America Corporation | USA | Trading-Steel | 415,530 | 99.45 | 167,285 | 63,571 | 167,285 | 140,381 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing | - | 85.00 | 154,691 | 26,775 | 156,778 | 157,295 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing | - | 95.65 | 144,573 | 24,477 | 145,049 | 145,288 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing | 117,187,089 | 83.64 | 130,751 | 126,283 | 131,051 | 131,291 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | 144,579,160 | 60.00 | 92,800 | 28,925 | 95,213 | 95,710 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | Thailand | Steel manufacturing | 27,000,000 | 100.00 | 90,012 | 90,450 | 90,012 | 6,020 |
| POSCO Investment Co., Ltd. | Hong Kong | Finance | 4,999,999 | 99.99 | 85,521 | 109,805 | 86,775 | 87,211 |
| POSCO JAPAN Co., Ltd. | Japan | Trading-Steel | 90,438 | 100.00 | 68,436 | 110,322 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing | - | 70.00 | 65,982 | 84,984 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 62,494 | 124,852 | 62,494 | 62,494 |
| POSCO Electrical Steel India Private Limited | India | Electrical steel manufacturing and sales | 24,120,664 | 100.00 | 57,119 | 32,234 | 58,441 | 58,662 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Trading | 1,390 | 100.00 | 50,297 | 40,755 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | 45,479 | (10,693) | 45,479 | 31,027 |
| POSCO China Dalian Plate Processing Center Co., Ltd. | China | Heavy plate processing and marketing | - | 80.00 | 32,992 | 13,321 | 32,992 | 32,992 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel transit trade | 9,360,000 | 100.00 | 32,189 | 46,664 | 32,189 | 32,189 |
| POSCO(Guangdong) Steel Co., Ltd. | China | Plate steel sheet manufacturing | - | 87.04 | 31,299 | 42,740 | 31,299 | 31,299 |
| POSCO-Uruguay S.A | Uruguay | Wood manufacturing and sales | 558,592,496 | 98.11 | 30,243 | 21,240 | 30,243 | 29,341 |
| Others (31 companies)(*9) | | | | | 333,615 | 507,590 | 333,211 | 297,286 |
| | | | | | 5,277,044 | 5,015,367 | 5,167,498 | 4,696,723 |
| | | | | | ₩ 13,638,835 | 16,461,776 | 13,257,282 | 12,316,564 |

42

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(*1)  As of December 31, 2014, there is objective evidence of impairment due to the prolonged decline in the fair value of the investment below cost.  Recoverable amount was determined based on fair value less cost to sell, which was calculated by adding a 8.8% control premium and disposal cost to the stock price as of December 31, 2014.  As a result, the Company recognized an impairment loss of ₩103,993 million as the carrying value was higher than its recoverable amount as of December 31, 2014.

(*2)  During the year ended December 31, 2014, it is classified as subsidiary from associate due to increase in percentage of ownership through capital increase.

(*3)  The Company determined to dispose of 52.2% of POSCO Specialty Steel Co., Ltd.'s share and classified the investment in a subsidiary of ₩454,943 million as assets held for sale.

(*4)  It was classified as an investment in a subsidiary as the Company has control over of more than half of the voting rights by virtue of an agreement with Postech, which has 4.72% of ownership in POSCO M-TECH Co., Ltd.

(*5)  As of December 31, 2014, there is objective evidence of impairment due to the prolonged decline in the fair value of the investment below cost. Recoverable amount was determined based on fair value less cost to sell, which was calculated by adding a 13.7% control premium and disposal cost to the stock price as of December 31, 2014. As a result, the Company recognized an impairment loss of ₩41,211 million as the carrying value was higher than its recoverable amount as of December 31, 2014.

(*6)  As of December 31, 2014, the investments in subsidiaries amounting to ₩30,148 million were provided as collateral in relation to the loan agreements of Busan E&E Co,. Ltd.

(*7)  As of December 31, 2014, there is objective evidence of impairment due to the prolonged decline in the fair value of the investment below cost. Recoverable amount was determined based on fair value less cost to sell, which was calculated by adding a 13.7% control premium and disposal cost to the stock price as of December 31, 2014. As a result, the Company recognized an impairment loss of ₩10,493 million as the carrying value was higher than its recoverable amount as of December 31, 2014.

(*8)  As of December 31, 2014, there is objective evidence of impairment due to the prolonged decline in the fair value of the investment below cost. The recoverable amount was determined based on value-in-use, which was calculated by applying 7.4% discount rate. As a result, the Company recognized impairment loss of ₩49,452 million as the carrying value was higher than its recoverable amount as of December 31, 2014.

(*9)  The Company recognized an impairment loss of ₩2,049 million and ₩404 million on POSCO LED Co., Ltd. and Motta Resources Indonesia, respectively, as the carrying value was higher than its recoverable amount as of December 31, 2014.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(c) Details of associates and carrying values as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2014 Acquisition cost | 2014 Net asset value | 2014 Book value | 2013 Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| POSCO PLANTEC Co., Ltd.(*1) | Korea | - | - | - | ₩ - | - | - | 185,786 |
| EOP POSCO Global 1st Fund | Korea | Mine investment | 169,106,080,000 | 26.97 | 169,106 | 620,916 | 169,106 | 169,106 |
| SNNC Co., Ltd. | Korea | Storage of materials | 18,130,000 | 49.00 | 100,655 | 298,351 | 100,655 | 100,655 |
| Others (4 companies)(*2) | | | | | 21,867 | 110,468 | 21,867 | 18,921 |
| | | | | | 291,628 | 1,029,735 | 291,628 | 474,468 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and Sales | 3,234,698 | 49.00 | 189,197 | 269,371 | 189,197 | 189,197 |
| 7623704 Canada Inc. | Canada | Mine investment | 114,452,000 | 10.40 | 124,341 | 1,138,122 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 11,003 | 67,539 | 11,003 | 11,003 |
| Others (9 companies) | | | | | 31,700 | 44,092 | 31,804 | 26,188 |
| | | | | | 356,241 | 1,519,124 | 356,345 | 350,729 |
| | | | | | ₩ 647,869 | 2,548,859 | 647,973 | 825,197 |

(*1) During the year ended December 31, 2014, it was reclassified from associate to subsidiary due to increase in percentage of ownership through capital increase.

(*2) The Company has recognized an impairment loss of ₩2,193 million on Hyundai Investment Network No.1 Private Equity Fund due to the prolonged decline in the market value of the shares.

(d) Details of joint ventures and carrying values as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2014 Acquisition cost | 2014 Net asset value | 2014 Book value | 2013 Book value |
|---|---|---|---|---|---|---|---|---|
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 1,225,464 | 3,377,978 | 1,225,464 | 983,569 |
| CSP - Compania Siderurgica do Pecem | Brazil | Steel manufacturing | 827,771,230 | 20.00 | 469,891 | 1,593,004 | 469,891 | 393,925 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 364,609 | 715,546 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Facilities lease | 2,010,719,185 | 50.00 | 98,962 | 199,573 | 98,962 | 98,962 |
| Others (5 companies) | | | | | 114,710 | 463,668 | 114,710 | 110,010 |
| | | | | | ₩ 2,273,636 | 6,349,769 | 2,273,636 | 1,951,075 |

(*1) As of December 31, 2014, the investments in joint ventures amounting to ₩1,225,464 million were provided as collateral in relation to loan from project financing of Roy Hill Holdings Pty Ltd.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 13. Investment Property, Net

(a) Investment property as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

|  |  | 2014 | | | 2013 | | |
|---|---|---|---|---|---|---|---|
|  |  | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 36,020 | - | 36,020 | 36,020 | - | 36,020 |
| Buildings |  | 95,568 | (45,456) | 50,112 | 95,564 | (42,882) | 52,682 |
| Structures |  | 7,009 | (3,004) | 4,005 | 7,009 | (2,832) | 4,177 |
|  | ₩ | 138,597 | (48,460) | 90,137 | 138,593 | (45,714) | 92,879 |

The fair value of investment property as of December 31, 2014 is ₩287,210 million.

(b) Changes in the carrying value of investment property for the years ended December 31, 2014 and 2013 were as follows:

   1) For the year ended December 31, 2014

*(in millions of Won)*

|  |  | Beginning | Acquisitions | Disposals | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|---|---|
| Land | ₩ | 36,020 | - | - | - | - | 36,020 |
| Buildings |  | 52,682 | 41 | (18) | (2,404) | (189) | 50,112 |
| Structures |  | 4,177 | - | - | (160) | (12) | 4,005 |
|  | ₩ | 92,879 | 41 | (18) | (2,564) | (201) | 90,137 |

   (*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.
   (*2) Mainly includes assets transferred to property, plant and equipment in relation to change in rental ratio and the purpose of use.

   2) For the year ended December 31, 2013

*(in millions of Won)*

|  |  | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 41,811 | - | (5,791) | 36,020 |
| Buildings |  | 63,697 | (2,793) | (8,222) | 52,682 |
| Structures |  | 5,018 | (186) | (655) | 4,177 |
|  | ₩ | 110,526 | (2,979) | (14,668) | 92,879 |

   (*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.
   (*2) Mainly includes assets transferred to property, plant and equipment in relation to change in rental ratio and the purpose of use.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV – Admin Review 12/1/17 – 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 14. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | 2014 | | | | | 2013 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land ₩ | 1,420,994 | - | - | - | 1,420,994 | 1,397,271 | - | - | - | 1,397,271 |
| Buildings | 5,801,650 | (3,036,496) | (4,312) | - | 2,760,842 | 5,433,167 | (2,794,762) | (631) | - | 2,637,774 |
| Structures | 4,617,918 | (1,996,823) | (8,542) | - | 2,612,553 | 4,277,603 | (1,808,087) | (470) | - | 2,469,046 |
| Machinery and equipment | 35,056,496 | (20,530,303) | (22,927) | - | 14,503,266 | 32,428,259 | (19,221,165) | (4,384) | - | 13,202,710 |
| Vehicles | 197,467 | (184,514) | - | - | 12,953 | 189,666 | (178,897) | - | - | 10,769 |
| Tools | 187,712 | (164,388) | - | - | 23,324 | 188,204 | (162,524) | - | - | 25,680 |
| Furniture and fixtures | 261,846 | (223,342) | (320) | - | 37,584 | 254,663 | (206,987) | (282) | - | 47,394 |
| Finance lease assets | 11,466 | (5,096) | - | - | 6,370 | 11,466 | (4,459) | - | - | 7,007 |
| Construction-in-progress | 950,329 | - | - | (5,000) | 945,329 | 3,447,952 | - | - | (5,000) | 3,442,952 |
| ₩ | 48,505,878 | (26,141,562) | (36,101) | (5,000) | 22,323,215 | 47,628,251 | (24,376,881) | (5,767) | (5,000) | 23,240,603 |

(b) Changes in the carrying value of property, plant and equipment for the years ended December 31, 2014 and 2013 were as follows:

1) For the year ended December 31, 2014

*(in millions of Won)*

| | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|
| Land ₩ | 1,397,271 | 39 | (392) | - | - | 24,076 | 1,420,994 |
| Buildings | 2,637,774 | 5,941 | (1,912) | (249,792) | (3,681) | 372,512 | 2,760,842 |
| Structures | 2,469,046 | 11,239 | (1,750) | (194,088) | (8,072) | 336,178 | 2,612,553 |
| Machinery and equipment | 13,202,710 | 125,297 | (29,430) | (1,574,903) | (18,543) | 2,798,135 | 14,503,266 |
| Vehicles | 10,769 | 792 | (8) | (7,884) | - | 9,284 | 12,953 |
| Tools | 25,680 | 5,795 | (54) | (15,996) | - | 7,899 | 23,324 |
| Furniture and fixtures | 47,394 | 7,150 | (5) | (21,929) | (38) | 5,012 | 37,584 |
| Finance lease assets | 7,007 | - | - | (637) | - | - | 6,370 |
| Construction-in-progress | 3,442,952 | 1,628,325 | - | - | - | (4,125,948) | 945,329 |
| ₩ | 23,240,603 | 1,784,578 | (33,551) | (2,065,229) | (30,334) | (572,852) | 22,323,215 |

(*1) The Company has recognized an impairment loss since the recoverable amounts of FINEX 1 plant and STS 1 steelmaking plant were lower than their book value.

(*2) Represents assets transferred from construction-in-progress to investment to subsidiary (KRW 558,915 million), property, plant and equipment, from investment property, to intangible assets, and to assets held-for-sale.

2) For the year ended December 31, 2013

*(in millions of Won)*

| | Beginning | Acquisitions | Disposals | Depreciation | Others(*1) | Ending |
|---|---|---|---|---|---|---|
| Land ₩ | 1,367,822 | - | (627) | - | 30,076 | 1,397,271 |
| Buildings | 2,734,839 | 7,034 | (8,628) | (241,678) | 146,207 | 2,637,774 |
| Structures | 2,113,750 | 16,624 | (5,519) | (181,725) | 525,916 | 2,469,046 |
| Machinery and equipment | 12,888,614 | 113,921 | (57,800) | (1,456,354) | 1,714,329 | 13,202,710 |
| Vehicles | 13,039 | 794 | (4) | (8,682) | 5,622 | 10,769 |
| Tools | 29,693 | 4,006 | (9) | (15,118) | 7,108 | 25,680 |
| Furniture and fixtures | 67,431 | 2,819 | (875) | (24,829) | 2,848 | 47,394 |
| Finance lease assets | 7,644 | - | - | (637) | - | 7,007 |
| Construction-in-progress | 2,943,903 | 3,009,545 | - | - | (2,510,496) | 3,442,952 |
| ₩ | 22,166,735 | 3,154,743 | (73,462) | (1,929,023) | (78,390) | 23,240,603 |

(*1) Represents assets transferred from construction-in-progress to property, plant and equipment, investment property and intangible assets.

46

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 1,227,496 | 2,894,479 |
| Borrowing costs capitalized | | 51,428 | 137,221 |
| Capitalization rate | | 4.19% | 4.74% |

## 15. Intangible Assets, Net

(a) Intangible assets as of December 31, 2014 and 2013 are as follows:

(in millions of Won)

| | | 2014 | | | | 2013 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 24,829 | (7,235) | - | 17,594 | 18,970 | (5,158) | - | 13,812 |
| Membership | | 59,949 | - | (6,795) | 53,154 | 55,672 | - | (6,795) | 48,877 |
| Development expense | | 242,747 | (114,806) | - | 127,941 | 95,514 | (66,046) | - | 29,468 |
| Port facilities usage rights | | 511,212 | (349,184) | - | 162,028 | 509,375 | (337,166) | - | 172,209 |
| Construction-in-progress | | 16,756 | - | - | 16,756 | 153,719 | - | - | 153,719 |
| Other intangible assets | | 296,112 | (269,678) | - | 26,434 | 280,804 | (260,106) | - | 20,698 |
| | ₩ | 1,151,605 | (740,903) | (6,795) | 403,907 | 1,114,054 | (668,476) | (6,795) | 438,783 |

(b) Changes in the carrying value of intangible assets for the years ended December 31, 2014 and 2013 were as follows:

1) For the year ended December 31, 2014

(in millions of Won)

| | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 13,812 | - | (217) | (2,261) | - | 6,260 | 17,594 |
| Membership(*1) | | 48,877 | 5,896 | (2,209) | - | 590 | - | 53,154 |
| Development expense | | 29,468 | 381 | - | (48,766) | - | 146,858 | 127,941 |
| Port facilities usage rights | | 172,209 | - | - | (12,018) | - | 1,837 | 162,028 |
| Construction-in-progress | | 153,719 | 16,414 | - | - | - | (153,377) | 16,756 |
| Other intangible assets | | 20,698 | 13,577 | - | (11,067) | - | 3,226 | 26,434 |
| | ₩ | 438,783 | 36,268 | (2,426) | (74,112) | 590 | 4,804 | 403,907 |

(*1) Economic useful life of membership is indefinite.

(*2) The Company reversed accumulated impairment loss up to the carrying value before recognition of any impairment loss since recoverable amounts of some memberships exceeded the carrying value, either.

(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

2) For the year ended December 31, 2013

*(in millions of Won)*

| | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 8,904 | - | (291) | (1,625) | - | 6,824 | 13,812 |
| Membership(*1) | 49,560 | 1,022 | (1,124) | - | (581) | - | 48,877 |
| Development expense | 30,092 | 1,902 | - | (16,156) | - | 13,630 | 29,468 |
| Port facilities usage rights | 87,983 | - | - | (10,265) | - | 94,491 | 172,209 |
| Construction-in-progress | 96,035 | 98,459 | - | - | - | (40,775) | 153,719 |
| Other intangible assets | 21,267 | 1,658 | - | (10,021) | - | 7,794 | 20,698 |
| | ₩ 293,841 | 103,041 | (1,415) | (38,067) | (581) | 81,964 | 438,783 |

(*1) Economic useful life of membership is indefinite.
(*2) Since the carrying amount exceeded recoverable amount, impairment loss on memberships was recognized.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

## 16. Borrowings

(a) Borrowings as of December 31, 2014 and 2013 are as follows:

| *(in millions of Won)* | 2014 | 2013 |
|---|---|---|
| **Short-term borrowings** | | |
| Short-term borrowings | ₩ - | 203,138 |
| Current portion of long-term borrowings | 236,553 | 188,381 |
| Current portion of loans from foreign financial institutions | 418 | 927 |
| Current portion of debentures | 1,000,000 | 1,540,109 |
| Less : Current portion of discount on debentures issued | (681) | (1,272) |
| | ₩ 1,236,290 | 1,931,283 |
| **Long-term borrowings** | | |
| Long-term borrowings | ₩ 447,437 | 648,251 |
| Loans from foreign financial institutions | 627 | 1,140 |
| Debentures | 4,871,627 | 6,107,973 |
| Less : Discount on debentures issued | (18,764) | (38,167) |
| Add : Premium on debentures redemption | - | 12,591 |
| | ₩ 5,300,927 | 6,731,788 |

48

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Short-term borrowings as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| Lenders | 2014 | 2013 |
|---|---|---|
| Transfers of account receivables that do not qualify for derecognition | ₩ - | 203,138 |

(c) Current portion of long-term borrowings as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2014 | 2013 |
|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others | 2006.10.31~ 2011.04.28 | 2017.03.15~ 2024.06.15 | 0.75~1.75 | ₩ 15,532 | 14,969 |
| Borrowings | Export-Import Bank of korea | 2010.02.18~ 2011.03.23 | 2015.09.23~ 2017.07.26 | 4.09~4.50 | 221,021 | 173,412 |
| Loans from foreign financial institutions | NATIXIS(*1) | 1986.03.31 | 2017.03.31 | 2.00 | 418 | 927 |
| Debentures | Domestic debentures 294 and another | 2010.08.04~ 2010.11.16 | 2015.08.04~ 2015.11.16 | 4.38~4.81 | 999,319 | 499,975 |
| Debentures | Global fund 1 and another | - | - | - | - | 1,038,862 |
| | | | | | ₩ 1,236,290 | 1,728,145 |

(*1) As of December 31, 2014, Korea Development Bank has provided guarantees to the Company for loans from foreign financial institutions.

(d) Long-term borrowings excluding current portion, as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

| | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2014 | 2013 |
|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others(*1) | 2006.10.31~ 2013.05.08 | 2017.03.15~ 2041.05.08 | 0.75~1.75 | ₩ 55,662 | 71,194 |
| Borrowings | Korea National Oil Corporation | 2007.12.27~ 2013.12.30 | 2022.06.25~ 2026.12.29 | 3 year Government bond | 14,159 | 13,593 |
| Borrowings | Export-Import Bank of korea | 2010.07.26~ 2013.07.03 | 2017.07.26~ 2018.03.23 | 4.09~4.50 | 377,616 | 563,464 |
| Loans from foreign financial institutions | NATIXIS(*2) | 1986.03.31 | 2017.03.31 | 2.00 | 627 | 1,140 |
| Debentures | Domestic debentures 297 and others | 2011.03.04~ 2013.10.04 | 2016.03.04~ 2023.10.04 | 3.35~4.65 | 2,295,585 | 3,292,417 |
| Debentures | Samurai Bond 11 and others | 2006.08.10~ 2013.12.11 | 2016.08.20~ 2021.12.22 | 0.93~5.88 | 2,557,278 | 2,789,980 |
| | | | | | ₩ 5,300,927 | 6,731,788 |

(*1) Short-term financial instruments amounting to ₩5,200 million and ₩4,700 million as of December 31, 2014 and 2013, respectively, are collateralized for long-term borrowings from the National Forestry Cooperative Federation.
(*2) As of December 31, 2014, Korea Development Bank has provided guarantees to the Company for loans from foreign financial institutions.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

### 17. Other Payables

Other payables as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 627,337 | 463,196 |
| Accrued expenses | | 386,014 | 306,723 |
| Dividend payable | | 9,523 | 9,180 |
| Finance lease liabilities | | 1,218 | 1,124 |
| Withholdings | | 8,404 | 11,660 |
| | ₩ | 1,032,496 | 791,883 |
| **Non-current** | | | |
| Long-term accounts payable | ₩ | 54,131 | 91,827 |
| Accrued expenses | | 22,767 | 22,922 |
| Finance lease liabilities | | 4,006 | 5,042 |
| Long-term withholdings | | 7,903 | 4,888 |
| | ₩ | 88,807 | 124,679 |

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Derivative liabilities | ₩ | - | 36,964 |
| Financial guarantee liabilities | | 9,236 | 9,045 |
| | ₩ | 9,236 | 46,009 |
| **Non-current** | | | |
| Derivative liabilities | ₩ | - | 175,463 |
| Financial guarantee liabilities | | 50,574 | 56,076 |
| | ₩ | 50,574 | 231,539 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

**19. Provisions**

(a) Provisions as of December 31, 2014 and 2013 are as follows:

| *(in millions of Won)* | | 2014 | | 2013 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Estimated allowance(*1) | ₩ | 8,423 | - | 8,501 | - |
| Provision for restoration(*2) | | 39,336 | 31,063 | - | - |
| Provision for litigation(*3) | | - | 411 | - | - |
| | ₩ | 47,759 | 31,474 | 8,501 | - |

(*1) Represents the provision for bonuses for executives.
(*2) Due to contamination of the land near the Company's magnesium plant located in Gangneung, the Company recognized a provision of ₩89,433 million related to restoration costs.  When estimating the related costs, the Company has assumed that it would use all of technologies and materials available to restore the land.  In addition, the Company has applied a discount rate of 3.04% to measure the present value of these costs.
(*3) The Company has recognized a provision for several litigations based on the Company's estimates.

(b) Changes in provisions for the years ended December 31, 2014 and 2013 were as follows:

1) For the year ended December 31, 2014

| *(in millions of Won)* | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Estimated allowance at the end of period | ₩ | 8,501 | 10,643 | (10,721) | 8,423 |
| Provision for restoration at the end of period | | - | 89,433 | (19,034) | 70,399 |
| Provision for litigation at the end of period | | - | 411 | - | 411 |
| | ₩ | 8,501 | 100,487 | (29,755) | 79,233 |

2) For the year ended December 31, 2013

| *(in millions of Won)* | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Estimated allowance at the end of period | ₩ | 6,239 | 12,428 | (10,166) | 8,501 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

### 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 18,229 | 15,903 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities in the statements of financial position as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,017,164 | 905,918 |
| Fair value of plan assets | | (931,006) | (805,268) |
| Net defined benefit liabilities | ₩ | 86,158 | 100,650 |

2) Changes in present value of defined benefit obligations for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 905,918 | 817,618 |
| Current service costs | | 113,688 | 118,975 |
| Interest costs | | 32,595 | 27,942 |
| Remeasurement : | | 47,604 | 11,553 |
|   - Loss from change in financial assumptions | | 36,238 | 13,555 |
|   - Loss (Gain) from change in demographic assumptions | | 11,366 | (2,002) |
| Transfer-in | | 1,959 | - |
| Benefits paid | | (84,600) | (70,170) |
| Defined benefit obligation at the end of period | ₩ | 1,017,164 | 905,918 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

3) Changes in the fair value of plan assets for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 805,268 | 677,362 |
| Interest on plan assets | | 31,911 | 24,261 |
| Remeasurement of plan assets | | (8,417) | 86 |
| Contributions to plan assets | | 146,000 | 140,000 |
| Transfer-in | | 1,959 | - |
| Benefits paid | | (45,715) | (36,441) |
| Fair value of plan assets at the end of period | ₩ | 931,006 | 805,268 |

The Company expects to make an estimated contribution of ₩146,000 million to the defined benefit plan assets in 2015.

4) The fair value of plan assets as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Debt instruments | ₩ | 125,353 | - |
| Deposits | | 749,749 | 805,202 |
| Others | | 55,904 | 66 |
| Total | ₩ | 931,006 | 805,268 |

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Current service costs | ₩ | 113,688 | 118,975 |
| Net interest costs(*1) | | 684 | 3,681 |
| | ₩ | 114,372 | 122,656 |

(*1) The actual return on plan assets amounted to ₩23,494 million and ₩24,347 million for the years ended December 31, 2014 and 2013, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Cost of sales | ₩ | 90,993 | 97,490 |
| Selling and administrative expenses | | 23,121 | 23,834 |
| Others | | 258 | 1,332 |
| Total | ₩ | 114,372 | 122,656 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

6) Actuarial gains (losses), net of tax recognized in other comprehensive income for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | **2014** | **2013** |
|---|---|---|---|
| Beginning | ₩ | (158,462) | (149,770) |
| Current actuarial losses | | (56,021) | (11,467) |
| Tax effects | | 13,557 | 2,775 |
| Ending | ₩ | (200,926) | (158,462) |

7) The principal actuarial assumptions as of December 31, 2014 and 2013 are as follows:

| | **2014** | **2013** |
|---|---|---|
| Discount rate | 2.96% | 3.95% |
| Expected future increases in salaries(*1) | 2.80% | 3.30% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past three years.

All assumptions are reviewed at the end of the reporting period. Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (73,296) | (7.2) | 91,644 | 9.0 |
| Expected future increases in salaries | | 90,883 | 8.9 | (74,078) | (7.3) |

9) As of December 31, 2014 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits paid | ₩ | 201 | 69,783 | 379,347 | 670,110 | 190,989 | 1,310,430 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining working lives of employees.

54

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 21. Other Liabilities

Other liabilities as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 88,880 | 20,912 |
| Withholding | | 18,417 | 15,905 |
| Unearned revenue | | 1,211 | 1,292 |
| | | 108,508 | 38,109 |
| **Non-current** | | | |
| Unearned revenue | | 234 | 538 |
| Others | | - | 3,000 |
| | ₩ | 234 | 3,538 |

### 22. Financial Instruments

(a) Classification of financial instruments

1) Financial assets as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Financial assets at fair value through profit or loss | | | |
| Derivatives assets held for trading | ₩ | 10,233 | 7,788 |
| Available-for-sale financial assets | | 1,785,029 | 3,354,770 |
| Loans and receivables | | 6,024,798 | 7,263,709 |
| | ₩ | 7,820,060 | 10,626,267 |

2) Financial liabilities as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Financial liabilities at fair value through profit or loss | | | |
| Derivatives liabilities held for trading | ₩ | - | 212,427 |
| Financial liabilities measured at amortized cost | | | |
| Trade accounts and notes payable | | 777,401 | 735,457 |
| Borrowings | | 6,537,217 | 8,663,071 |
| Financial guarantee liabilities(*1) | | 59,810 | 65,121 |
| Others | | 1,036,487 | 916,562 |
| | | 8,410,915 | 10,380,211 |
| | ₩ | 8,410,915 | 10,592,638 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(*1) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2014. The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | Foreign currency | | Won equivalent |
|---|---|---|---|---|
| POSCO(Guangdong) | BOA | USD | 30,000,000 | 32,976 |
| Automotive Steel Co., Ltd. | SMBC | USD | 35,000,000 | 38,472 |
| Zhangjiagang Pohang | BTMU | USD | 30,000,000 | 32,976 |
| Stainless Steel Co., Ltd. | Credit Agricole | USD | 50,000,000 | 54,960 |
| | Mizuho | USD | 50,000,000 | 54,960 |
| POSCO Maharashtra | Citi | USD | 60,000,000 | 65,952 |
| Steel Private Limited | DBS | USD | 100,000,000 | 109,920 |
| | HSBC | USD | 80,000,000 | 87,936 |
| | ING | USD | 30,000,000 | 32,976 |
| | KDB | USD | 30,000,000 | 32,976 |
| | Export-Import Bank of Korea | USD | 193,000,000 | 212,146 |
| | SCB | USD | 73,069,000 | 80,317 |
| POSCO ASSAN TST | KDB | USD | 50,000,000 | 54,960 |
| STEEL INDUSTRY | SMBC | USD | 71,392,500 | 78,475 |
| | ING | USD | 45,000,000 | 49,464 |
| | HSBC | USD | 27,000,000 | 29,678 |
| POSCO Electrical Steel | SCB | USD | 33,784,000 | 37,135 |
| India Private Limited | ING | USD | 50,000,000 | 54,960 |
| POSCO Investment Co., Ltd. | BOC | CNY | 350,000,000 | 62,031 |
| | BOA | USD | 45,000,000 | 49,464 |
| | BTMU | USD | 30,000,000 | 32,976 |
| | HSBC | USD | 50,000,000 | 54,960 |
| | ING | USD | 30,000,000 | 32,976 |
| | JP Morgan | USD | 50,000,000 | 54,960 |
| | SCB | USD | 45,000,000 | 49,464 |
| | SMBC | USD | 30,000,000 | 32,976 |
| | Mizuho | USD | 50,000,000 | 54,960 |
| POSCO MEXICO S.A. DE C.V. | BOA | USD | 40,000,000 | 43,968 |
| | HSBC | USD | 40,000,000 | 43,968 |
| | KDB | USD | 50,000,000 | 54,960 |
| | Mizuho | USD | 45,000,000 | 49,464 |
| | SMBC | USD | 109,725,000 | 120,610 |
| POSCO-VIETNAM Co., Ltd. | Export-Import Bank of Korea | USD | 196,000,000 | 215,443 |
| | HSBC | USD | 30,000,000 | 32,976 |
| | Mizuho | USD | 16,000,000 | 17,587 |
| POSCO VST CO., LTD. | ANZ | USD | 25,000,000 | 27,480 |
| | HSBC | USD | 20,000,000 | 21,984 |
| | Mizuho | USD | 20,000,000 | 21,984 |
| LLP POSUK Titanium | Kookmin Bank | USD | 15,000,000 | 16,488 |
| PT. KRAKATAU POSCO | ANZ | USD | 73,500,000 | 80,791 |
| | BOA | USD | 35,000,000 | 38,472 |
| | BTMU | USD | 119,000,000 | 130,805 |
| | Credit Suisse AG | USD | 91,000,000 | 100,027 |
| | HSBC | USD | 91,000,000 | 100,027 |
| | Export-Import Bank of Korea | USD | 567,000,000 | 623,246 |
| | Mizuho | USD | 105,000,000 | 115,416 |
| | SCB | USD | 107,800,000 | 118,494 |
| | SMBC | USD | 140,000,000 | 153,888 |
| | CTBC | USD | 21,000,000 | 23,083 |
| CSP - Compania | KDB | USD | 56,666,667 | 62,288 |
| Siderurgica do Pecem | | | | |
| | | USD | 3,381,937,167 | 3,717,424 |
| | | CNY | 350,000,000 | 62,031 |

56

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

3) Finance income and costs by category of financial instrument for the years ended December 31, 2014 and 2013 were as follows:

① For the year ended December 31, 2014

| *(in millions of Won)* | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (cost) | Dividend income | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | - | - | - | - | 2,445 | 2,445 | - |
| Available-for-sale financial assets | 298 | 41,342 | - | 226,215 | (352,040) | - | (84,185) | (309,897) |
| Loans and receivables | 92,774 | - | 65,667 | - | - | (648) | 157,793 | - |
| Financial liabilities at fair value through profit or loss | - | - | - | (24,123) | - | - | (24,123) | - |
| Financial liabilities at amortized cost | (256,636) | - | (26,749) | (38,596) | - | (257) | (322,238) | - |
| | ₩ (163,564) | 41,342 | 38,918 | 163,496 | (352,040) | 1,540 | (270,308) | (309,897) |

Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩306,833 million for the year ended December 31, 2014.

② For the year ended December 31, 2013

| *(in millions of Won)* | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (cost) | Gain and loss on valuation | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | 1,773 | - | 8,869 | - | - | 10,642 | - |
| Available-for-sale financial assets | 4,568 | - | - | 97,013 | (170,805) | 45,829 | (23,395) | 400,577 |
| Held-to-maturity investments | 367 | - | - | - | - | - | 367 | - |
| Loans and receivables | 101,737 | - | (19,619) | (80) | - | (898) | 81,140 | - |
| Financial liabilities at fair value through profit or loss | - | (195,719) | - | - | - | - | (195,719) | - |
| Financial liabilities at amortized cost | (271,020) | - | 304,629 | - | - | (314) | 33,295 | - |
| | ₩ (164,348) | (193,946) | 285,010 | 105,802 | (170,805) | 44,617 | (93,670) | 400,577 |

Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩142,383 million for the year ended December 31, 2013.

57

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Credit risk

1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk. The maximum exposure to credit risk as of December 31, 2014 and 2013 are as follows:

| *(in millions of Won)* | | **2014** | **2013** |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 1,742,767 | 1,394,315 |
| Financial assets at fair value through profit or loss | | 10,233 | 7,788 |
| Available-for-sale financial assets | | 17,408 | 20,855 |
| Loans and other receivables | | 1,100,924 | 2,471,486 |
| Trade accounts and notes receivable | | 3,157,266 | 3,393,444 |
| Long-term trade accounts and notes receivable | | 23,841 | 4,464 |
| | ₩ | 6,052,439 | 7,292,352 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures. As of December 31, 2014 and 2013, the maximum exposure to credit risk caused by financial guarantee amounted to ₩3,779,455 million and ₩3,579,693 million, respectively.

2) Impairment losses on financial assets

① Allowance for doubtful accounts as of December 31, 2014 and 2013 were as follows:

| *(in millions of Won)* | | **2014** | **2013** |
|---|---|---|---|
| Trade accounts and note receivable | ₩ | 9,982 | 10,100 |
| Other accounts receivable | | 10,533 | 10,571 |
| Long-term loans | | - | 14,453 |
| Other assets | | - | 13 |
| | ₩ | 20,515 | 35,137 |

② Impairment losses on financial assets for the years ended December 31, 2014 and 2013 were as follows:

| *(in millions of Won)* | | **2014** | **2013** |
|---|---|---|---|
| Bad debt expenses | ₩ | 19,605 | 3,980 |
| Impairment loss on available-for-sale securities | | 352,040 | 170,805 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

③ The aging and impairment losses of trade accounts and notes receivable as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | | 2013 | |
|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Impairment | Trade accounts and notes receivable | Impairment |
| Not due | ₩ | 3,025,296 | - | 3,072,283 | - |
| Over due less than 1 month | | 46,656 | 57 | 68,759 | 58 |
| 1 month - 3 months | | 12,468 | 212 | 26,657 | 674 |
| 3 months - 12 months | | 8,061 | 46 | 174,479 | 1,241 |
| Over 12 months | | 98,608 | 9,667 | 65,830 | 8,127 |
| | ₩ | 3,191,089 | 9,982 | 3,408,008 | 10,100 |

④ Changes in the allowance for doubtful accounts for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Beginning | ₩ | 35,137 | 37,241 |
| Bad debt expenses | | 19,605 | 3,980 |
| Others | | (34,227) | (6,084) |
| Ending | ₩ | 20,515 | 35,137 |

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | | Book value | Cash flow for contracts | Not later than 3 month | 3 month - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|---|
| Trade accounts payable | ₩ | 777,401 | 777,401 | 777,401 | - | - | - | - |
| Borrowings | | 6,537,217 | 7,489,767 | 171,824 | 83,008 | 1,248,159 | 4,447,408 | 1,539,368 |
| Financial guarantee liabilities(*1) | | 59,810 | 3,779,455 | 3,779,455 | - | - | - | - |
| Other financial liabilities | | 1,036,487 | 1,038,275 | 938,357 | 303 | 9,020 | 90,595 | - |
| | ₩ | 8,410,915 | 13,084,898 | 5,667,037 | 83,311 | 1,257,179 | 4,538,003 | 1,539,368 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

59

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2014 and 2013 are as follows:

*(in millions of Won)*

|  |  | 2014 | | 2013 | |
|---|---|---|---|---|---|
|  |  | **Assets** | **Liabilities** | **Assets** | **Liabilities** |
| USD | ₩ | 988,023 | 2,839,040 | 701,159 | 3,815,529 |
| JPY |  | 56,037 | 721,588 | 450,938 | 1,370,603 |
| CNH |  | - | - | 76,678 | - |
| INR |  | 365,705 | - | 34,513 | - |
| Others |  | 15,677 | 1,725 | 11,032 | 3,357 |
|  | ₩ | 1,425,442 | 3,562,353 | 1,274,320 | 5,189,489 |

2) As of December 31, 2014 and 2013, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2014 and 2013 were as follows:

*(in millions of Won)*

|  |  | 2014 | | 2013 | |
|---|---|---|---|---|---|
|  |  | **10% increase** | **10% decrease** | **10% increase** | **10% decrease** |
| USD | ₩ | (185,102) | 185,102 | (311,437) | 311,437 |
| JPY |  | (66,555) | 66,555 | (91,967) | 91,967 |
| CNH |  | - | - | 7,668 | (7,668) |
| INR |  | 36,571 | (36,571) | 3,451 | (3,451) |

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2014 and 2013 were as follows:

| *(in millions of Won)* |  | **2014** | **2013** |
|---|---|---|---|
| **Fixed rate** |  |  |  |
| Financial assets | ₩ | 2,478,673 | 3,773,978 |
| Financial liabilities |  | (6,469,632) | (8,580,517) |
|  | ₩ | (3,990,959) | (4,806,539) |
| **Variable rate** |  |  |  |
| Financial liabilities | ₩ | (67,585) | (82,554) |

2) Sensitivity analysis on the fair value of financial instruments with fixed interest rate

The Company does not account for any fixed rate financial assets and liabilities at fair value through profit or loss, and the Company does not designate derivatives (interest rate swaps) as hedging instruments under a fair value hedge accounting model. Therefore a change in interest rates at the reporting date would not affect profit or loss.

60

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

3) Sensitivity analysis on the fair value of financial instruments with variable interest rate

As of December 31, 2014 and 2013, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | | 2013 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (676) | 676 | (826) | 826 |

(f) Fair value

1) Fair value and book value

The carrying amount and the fair value of financial instruments as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | | 2013 | |
|---|---|---|---|---|---|
| | | Book value | Fair value | Book value | Fair value |
| Assets measured at fair value | | | | | |
| Available-for-sale financial assets(*1) | ₩ | 1,648,567 | 1,648,567 | 3,224,711 | 3,224,711 |
| Derivatives assets held for trading(*2) | | 10,233 | 10,233 | 7,788 | 7,788 |
| | | 1,658,800 | 1,658,800 | 3,232,499 | 3,232,499 |
| Assets measured amortized cost(*3) | | | | | |
| Cash and cash equivalents | | 1,742,767 | 1,742,767 | 1,394,315 | 1,394,315 |
| Trade accounts and note receivable, net | | 3,181,107 | 3,181,107 | 3,397,908 | 3,397,908 |
| Loans and other receivables | | 1,100,924 | 1,100,924 | 2,471,486 | 2,471,486 |
| | | 6,024,798 | 6,024,798 | 7,263,709 | 7,263,709 |
| Liabilities measured at fair value | | | | | |
| Derivatives liabilities held for trading(*2) | | - | - | 212,427 | 212,427 |
| Liabilities measured amortized cost(*3) | | | | | |
| Trade accounts and notes payable | | 777,401 | 777,401 | 735,457 | 735,457 |
| Borrowings | | 6,537,217 | 6,918,972 | 8,663,071 | 8,943,063 |
| Financial guarantee liabilities | | 59,810 | 59,810 | 65,121 | 65,121 |
| Others | | 1,036,487 | 1,036,487 | 916,562 | 916,562 |
| | ₩ | 8,410,915 | 8,792,670 | 10,380,211 | 10,660,203 |

(*1) The fair value of available-for-sale financial assets publicly traded is measured at the closing bid price quoted at the end of the reporting period.  Meanwhile, the fair value of unquoted available-for-sale financial assets is calculated using the valuation results from an external pricing service in which weighted average cost of capital of evaluated companies is used as a discount rate.  Available-for-sale financial assets which are not measured at fair value are excluded.

(*2) The fair value of derivatives is measured using valuation models such as Black-Scholes model and others in which the market yields on government bonds are used as a discount rate.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(*3)  The fair value of financial assets and liabilities measured at amortized cost is determined at the present value of estimated future cash flows discounted at the current market interest rate.   The fair value is calculated for the disclosures in the notes.   On the other hand, the Company has not performed fair value measurement for the financial assets and liabilities measured at amortized cost except borrowings sincetheir carrying amounts approximate fair value.

2) Interest rate for determining fair value

Interest rates used to discount the estimated cash flows as of December 31, 2014 and 2013 are as follows:

|  | 2014 | 2013 |
|---|---|---|
| Borrowings | 0.74%~3.69% | 0.76%~4.08% |

3) The fair value hierarchy

① The fair value of financial instruments by fair value hierarchy as of December 31, 2014 and 2013 are as follows:

  a.  December 31, 2014

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,620,390 | - | 28,177 | 1,648,567 |
| Derivatives assets held for trading | | - | 10,233 | - | 10,233 |
| | ₩ | 1,620,390 | 10,233 | 28,177 | 1,658,800 |

  b.  December 31, 2013

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 2,554,421 | - | 670,290 | 3,224,711 |
| Derivatives assets held for trading | | - | 7,788 | - | 7,788 |
| | | 2,554,421 | 7,788 | 670,290 | 3,232,499 |
| Financial liabilities | | | | | |
| Derivatives liabilities held for trading | ₩ | - | 212,427 | - | 212,427 |

62

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

② Changes in financial assets classified as level 3 for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Beginning | ₩ | 670,290 | 671,025 |
| Acquisition | | 2,675 | 6,857 |
| Other comprehensive income (loss) | | 117,804 | (4,015) |
| Impairment | | (169,519) | (3,577) |
| Disposal and others(*1) | | (593,073) | - |
| Ending | ₩ | 28,177 | 670,290 |

(*1) Included ₩580,062 million transfer to assets held for sale for the year ended December 31, 2014.

## 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2014 and 2013 are as follows:

| (Share, Won) | | 2014 | 2013 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2014, total numbers of ADRs of 51,622,460 are equivalent to 12,905,615 shares of common stock.
(*2) As of December 31, 2014 the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2014 and 2013 were as follows:

| (Share) | | 2014 | | | 2013 | | |
|---|---|---|---|---|---|---|---|
| | | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | ₩ | 87,186,835 | (7,403,211) | 79,783,624 | 87,186,835 | (9,942,391) | 77,244,444 |
| Disposal of treasury shares | | - | 209,404 | 209,404 | - | 2,539,180 | 2,539,180 |
| Ending | | 87,186,835 | (7,193,807) | 79,993,028 | 87,186,835 | (7,403,211) | 79,783,624 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(c) Capital surplus as of December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Additional paid in capital | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 783,791 | 769,215 |
| | ₩ | 1,247,616 | 1,233,040 |

### 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2014 were as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2014 | 2013 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | 2013-06-13 | 2043-06-13 | 4.30 | ₩ | 800,000 | 800,000 |
| Hybrid bond 1-2(*1) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (3,081) | (3,081) |
| | | | | ₩ | 996,919 | 996,919 |

(*1) Details of hybrid bonds as of December 31, 2014 are as follows:

| (in millions of Won) | Hybrid bond 1-1 | Hybrid bond 1-2 |
|---|---|---|
| Issue price | 800,000 | 200,000 |
| Maturity date | 30 years (The Company has a right to extend the maturity date) | 30 years (The Company has a right to extend the maturity date) |
| Interest rate | Issue date ~ 2018-06-12 : 4.3% reset every 5 years as follows; · After 5 years : return on government bond (5 years) + 1.3% · After 10 years : additionally + 0.25% according to Step-up clauses · After 25 years : additionally + 0.75% | Issue date ~ 2023-06-12 : 4.6% reset every 10 years as follows; · After 10 years : return on government bond (10 years) + 1.4% · After 10 years : additionally + 0.25% according to Step-up clauses · After 30 years : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) | Quarterly (Optional deferral of interest payment is available to the Company) |
| Others | The Company can call the hybrid bond at year 5 and interest payment date afterwards | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The Company holds the right to extend the maturity dates of the hybrid bonds and to defer interest payments for the hybrid bonds.  If interest payments for the hybrid bonds are deferred, the Company cannot declare or pay dividends attributable to common stock.  Since the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the hybrid bonds have been classified as equity instruments.   The interest accumulated but not paid on the hybrid bonds as of December 31, 2014 amounts to ₩2,301 million.

64

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**25. Reserves**

(a) Reserves as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Accumulated changes in the unrealized fair value of available-for-sale investments, net of tax | ₩ | 94,042 | 403,939 |

(b) Changes in the accumulated unrealized fair value of available-for-sale investments for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Beginning balance | ₩ | 403,939 | 3,362 |
| Changes in unrealized fair value of available-for-sale investments | | (523,168) | 467,942 |
| Reclassification to profit or loss upon disposal | | (237,708) | (93,976) |
| Impairment of available -for-sale securities | | 352,040 | 170,805 |
| Tax effects | | 98,939 | (144,194) |
| Ending balance | ₩ | 94,042 | 403,939 |

**26. Treasury Shares**

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.  The changes in treasury shares for the years ended December 31, 2014 and 2013 were as follows:

| (shares, in millions of Won) | 2014 | | 2013 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,403,211  ₩ | 1,579,124 | 9,942,391  ₩ | 2,391,406 |
| Disposal of treasury shares | (209,404) | (44,667) | (2,539,180) | (812,283) |
| Ending | 7,193,807  ₩ | 1,534,457 | 7,403,211  ₩ | 1,579,123 |

**27. Retained Earnings**

(a) Retained earnings as of December 31, 2014 and 2013 are summarized as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 1,600,000 | 1,573,333 |
| Appropriated retained earnings for business expansion | | 35,510,500 | 34,310,500 |
| Appropriated retained earnings for dividends | | 1,806,570 | 2,044,113 |
| Unappropriated retained earnings | | 1,112,336 | 1,686,836 |
| | ₩ | 41,188,908 | 40,774,284 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) Statements of appropriation of retained earnings as of December 31, 2014 and 2013 are as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings | | | |
| carried over from prior year | ₩ | 219,010 | 291,582 |
| Actuarial losses | | (42,464) | (8,692) |
| Interests of Hybrid bonds | | (43,600) | (24,161) |
| Interim dividends | | (159,568) | (154,489) |
| Dividends (ratio) per share | | | |
| ₩2,000 (40%) in 2014 | | | |
| ₩2,000 (40%) in 2013 | | | |
| Profit for the period | | 1,138,958 | 1,582,596 |
| | | 1,112,336 | 1,686,836 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 493,333 | 383,333 |
| Appropriated retained earnings for dividends | | 354,787 | 237,543 |
| | | 848,120 | 620,876 |
| **Appropriation of retained earnings** | | | |
| Cash dividends | | | |
| Dividends (ratio) per share | | 479,958 | 478,702 |
| ₩6,000 (120%) in 2014 | | | |
| ₩6,000 (120%) in 2013 | | | |
| Reserve for research and manpower development | | - | 410,000 |
| Appropriated retained earnings | | | |
| for business expansion | | 1,200,000 | 1,200,000 |
| | | 1,679,958 | 2,088,702 |
| **Unappropriated retained earnings carried** | | | |
| **forward to subsequent year** | ₩ | 280,498 | 219,010 |

## 28. Revenue

Details of revenue for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Revenues | | | |
| Sales of goods | ₩ | 29,105,087 | 30,436,474 |
| Others | | 113,767 | 107,071 |
| | ₩ | 29,218,854 | 30,543,545 |

66

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 29. Selling and Administrative Expenses

(a) Administrative expenses

Administrative expenses for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Wages and salaries | ₩ | 204,989 | 198,726 |
| Expenses related to post-employment benefits | | 24,224 | 23,994 |
| Other employee benefits | | 53,388 | 44,630 |
| Travel | | 13,599 | 14,906 |
| Depreciation | | 23,430 | 25,074 |
| Amortization | | 52,923 | 18,126 |
| Rental | | 68,859 | 54,931 |
| Repairs | | 10,918 | 13,623 |
| Advertising | | 85,486 | 89,584 |
| Research & development | | 137,433 | 150,786 |
| Service fees | | 184,215 | 183,053 |
| Vehicles maintenance | | 7,046 | 7,012 |
| Industry association fee | | 7,252 | 7,710 |
| Training | | 10,157 | 9,593 |
| Conference | | 5,209 | 4,956 |
| Bad debt expenses | | 7,976 | 3,980 |
| Others | | 36,880 | 42,282 |
| | ₩ | 933,984 | 892,966 |

(b) Selling expenses

Selling expenses for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Freight and custody expenses | ₩ | 872,594 | 842,424 |
| Operating expenses for distribution center | | 9,823 | 9,370 |
| Sales commissions | | 79,091 | 70,397 |
| Sales advertising | | 4,698 | 3,145 |
| Sales promotion | | 5,161 | 6,375 |
| Sample | | 1,649 | 1,247 |
| Sales insurance premium | | 6,170 | 7,871 |
| | ₩ | 979,186 | 940,829 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 30. Research and Development Expenditures Recognized as Expense

Research and development expenditures recognized as expenses for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 137,433 | 150,786 |
| Cost of sales | | 343,516 | 364,876 |
| | ₩ | 480,949 | 515,662 |

### 31. Reconciliation of Operating Profit

The operating profit in the Company's separate statements of comprehensive income prepared in accordance with K-IFRS differs from that in its separate statements of comprehensive income prepared in accordance with IFRS as issued by IASB. The table below sets forth a reconciliation of the Company's results from operating activities as presented in the Company's separate statements of comprehensive income prepared in accordance with K-IFRS for each of the years ended December 31, 2014 and 2013 to the operating profit as presented in the Company's separate statements of comprehensive income prepared in accordance with IFRS as issued by IASB for each of the corresponding years.

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Operating profits on the statement of comprehensive income (K-IFRS) (Note 33) | ₩ | 2,350,035 | 2,215,133 |
| Add | | | |
| Gain on disposals of property, plant and equipment | | 8,882 | 6,773 |
| Reversal of impairment loss on intangible assets | | 2,256 | - |
| Gain on disposals of investment in subsidiaries, associates and joint ventures | | - | 14,544 |
| Gain on disposals of assets held for sale | | - | 67,875 |
| Reversal of allowance for doubtful accounts | | 14,453 | - |
| Others | | 21,273 | 50,856 |
| | | 46,864 | 140,048 |
| Deduct | | | |
| Loss on disposals of property, plant and equipment | | (57,777) | (94,533) |
| Impairment loss on property, plant and equipment | | (30,334) | (5,697) |
| Loss on disposals of intangible assets | | (367) | (315) |
| Impairment loss on intangible assets | | (1,666) | (581) |
| Loss on disposals of investment in subsidiaries, associates and joint ventures | | - | (12,295) |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | (209,795) | (235,794) |
| Impairment loss on assets held for sale | | - | (1,814) |
| Other bad debt expenses | | (26,082) | - |
| Contribution to provisions | | (89,844) | - |
| Donations | | (50,654) | (40,319) |
| Others | | (245,512) | (27,251) |
| | | (712,031) | (418,599) |
| Operating profit (IFRS as issued by IASB) | ₩ | 1,684,868 | 1,936,582 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**32. Finance Income and Costs**

Details of finance income and costs for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Finance income | | | |
| Interest income | ₩ | 93,072 | 106,672 |
| Dividend income | | 348,175 | 188,212 |
| Gain on derivative transactions | | 22,973 | 9,144 |
| Gain on foreign currency transactions | | 276,374 | 299,574 |
| Gain on foreign currency translations | | 79,956 | 264,614 |
| Gain on disposals of available-for-sale investment | | 226,299 | 97,085 |
| Others | | 3,945 | 1,772 |
| | ₩ | 1,050,794 | 967,073 |
| Finance costs | | | |
| Interest expenses | ₩ | 256,636 | 271,020 |
| Loss on foreign currency transactions | | 209,787 | 261,019 |
| Loss on foreign currency translations | | 107,625 | 18,159 |
| Loss on valuation of derivatives | | - | 195,719 |
| Impairment loss on available-for-sale investment | | 352,040 | 170,805 |
| Others | | 88,181 | 1,638 |
| | ₩ | 1,014,269 | 918,360 |

69

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 33. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2014 and 2013 were as follows:

| *(in millions of Won)* | | **2014** | **2013** |
|---|---|---:|---:|
| Other non-operating income | | | |
| Gain on disposals of property, plant and equipment | ₩ | 8,882 | 6,773 |
| Reversal of impairment loss on intangible assets | | 2,256 | - |
| Gain on disposals of investment in subsidiaries, associates and joint ventures | | - | 14,544 |
| Gain on disposals of assets held for sale | | - | 67,875 |
| Reversal of allowance for doubtful accounts | | 14,453 | - |
| Others | | 21,273 | 50,856 |
| | | 46,864 | 140,048 |
| Other non-operating expenses | | | |
| Loss on disposals of property, plant and equipment | | 57,777 | 94,533 |
| Impairment loss on property, plant and equipment | | 30,334 | 5,697 |
| Loss on disposals of intangible assets | | 367 | 315 |
| Impairment loss on intangible assets | | 1,666 | 581 |
| Loss on disposals of investment in subsidiaries, associates and joint ventures | | - | 12,295 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 209,795 | 235,794 |
| Impairment loss on assets held for sale | | - | 1,814 |
| Other bad debt expenses | | 26,082 | - |
| Contribution to provisions | | 89,844 | - |
| Donations | | 50,654 | 40,319 |
| Others(*1) | | 245,512 | 27,251 |
| | ₩ | 712,031 | 418,599 |

(*1) As a result of Korea National Tax Service's periodic audit of tax payments and refunds of the Company, the Company recognized additional tax payments amounting to ₩202,739 million, primarily related to VAT, for the year ended December 31, 2014.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 34. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2014 and 2013 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2014 | 2013 |
|---|---|---:|---:|
| Changes in inventories(*1) | ₩ | (81,303) | 304,068 |
| Raw materials and consumables used | | 17,648,525 | 19,380,227 |
| Employee benefits expenses(*3) | | 1,462,675 | 1,425,008 |
| Outsourced processing cost | | 2,204,385 | 2,078,917 |
| Depreciation(*2) | | 2,067,793 | 1,932,002 |
| Amortization | | 74,112 | 38,067 |
| Electricity and water expenses | | 1,019,769 | 836,199 |
| Service fees | | 240,493 | 243,954 |
| Rental | | 87,466 | 76,152 |
| Advertising | | 85,486 | 89,584 |
| Freight and custody expenses | | 872,594 | 842,424 |
| Sales commissions | | 79,091 | 70,397 |
| Loss on disposals of property, plant and equipment | | 57,777 | 94,533 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 209,795 | 235,794 |
| Contribution to provisions | | 89,844 | - |
| Other expenses | | 1,462,348 | 1,099,685 |
| | ₩ | 27,580,850 | 28,747,011 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.
(*2) Includes depreciation of investment property.
(*3) The details of employee benefits expenses for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---:|---:|
| Wages and salaries | ₩ | 1,330,074 | 1,286,449 |
| Expenses related to post-employment benefits | | 132,601 | 138,559 |
| | ₩ | 1,462,675 | 1,425,008 |

71

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 35. Income Taxes

(a) Income tax expense for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Current income taxes | ₩ | 461,029 | 291,035 |
| Deferred income taxes | | 13,564 | 254,790 |
| Items credited directly to shareholders' equity | | 107,842 | (143,126) |
| Income tax expense | ₩ | 582,435 | 402,699 |

(b) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 1,721,393 | 1,985,295 |
| Income tax expense computed at statutory rate | | 416,115 | 480,441 |
| Adjustments: | | | |
| Tax credit | | (31,947) | (134,670) |
| Adjustments on prior year tax from tax audit | | 15,572 | - |
| Under(over) provision from prior years | | (2,957) | 2,253 |
| Tax effects due to amendments to local income tax law | | 38,249 | - |
| Investment in subsidiaries, associates and joint ventures | | 118,993 | 57,823 |
| Tax effect due to permanent differences | | 31,132 | (11,071) |
| Others | | (2,722) | 7,923 |
| | | 166,320 | (77,742) |
| Income tax expense | ₩ | 582,435 | 402,699 |
| Effective tax rate (%) | | 33.8% | 20.3% |

(c) The income taxes credited (charged) directly to equity for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Net changes in the unrealized fair value of available-for-sale securities | ₩ | 98,939 | (144,194) |
| Defined benefit plan actuarial losses | | 13,557 | 2,775 |
| Gain on disposal of treasury shares | | (4,654) | (1,707) |
| | ₩ | 107,842 | (143,126) |

72

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2014 and 2013 were as follows:

*(in millions of Won)*

| | 2014 | | | 2013 | | |
|---|---|---|---|---|---|---|
| | December 31, 2013 | Increase (decrease) | December 31, 2014 | December 31, 2012 | Increase (decrease) | December 31, 2013 |
| **Deferred income tax due to temporary differences** | | | | | | |
| Reserve for special repairs | ₩ (28,462) | 16,049 | (12,413) | (29,013) | 551 | (28,462) |
| Reserve for technology developments | (375,100) | 119,387 | (255,713) | (368,647) | (6,453) | (375,100) |
| PPE - Depreciation | (48,133) | 8,982 | (39,151) | (56,394) | 8,261 | (48,133) |
| Prepaid expenses | 27,680 | (10,253) | 17,427 | 29,781 | (2,101) | 27,680 |
| PPE - Revaluation | (1,002,798) | (210,911) | (1,213,709) | (789,056) | (213,742) | (1,002,798) |
| Loss on foreign currency translation | (174,930) | 126,516 | (48,414) | (52,508) | (122,422) | (174,930) |
| Defined benefit obligations | 184,389 | 31,757 | 216,146 | 157,559 | 26,830 | 184,389 |
| Plan assets | (194,925) | (26,291) | (221,216) | (161,152) | (33,773) | (194,925) |
| Accrued revenue | (1,932) | 1,054 | (878) | (2,575) | 643 | (1,932) |
| Impairment loss on AFS | 81,816 | 23,095 | 104,911 | 40,482 | 41,334 | 81,816 |
| Difference in acquisition costs of treasury stocks | 64,213 | (2,074) | 62,139 | 20,378 | 43,835 | 64,213 |
| Others | 144,399 | (49,229) | 95,170 | 101,809 | 42,590 | 144,399 |
| | (1,323,783) | 28,082 | (1,295,701) | (1,109,336) | (214,447) | (1,323,783) |
| **Deferred tax from tax credit** | | | | | | |
| Tax credit carry-forward | 368,053 | (154,142) | 213,911 | 266,977 | 101,076 | 368,053 |
| | 368,053 | (154,142) | 213,911 | 266,977 | 101,076 | 368,053 |
| **Deferred income taxes recognized directly to equity** | | | | | | |
| Loss (gain) on valuation of available-for-sale securities | (128,962) | 98,939 | (30,023) | 15,232 | (144,194) | (128,962) |
| Defined benefit plan actuarial losses | 50,590 | 13,557 | 64,147 | 47,815 | 2,775 | 50,590 |
| | (78,372) | 112,496 | 34,124 | 63,047 | (141,419) | (78,372) |
| | ₩ (1,034,102) | (13,564) | (1,047,666) | (779,312) | (254,790) | (1,034,102) |

73

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(e) Deferred tax assets (liabilities) as of December 31, 2014, December 31, 2013 are as follows:

| (in millions of Won) | | 2014 | | | 2013 | |
|---|---|---|---|---|---|---|
| | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to temporary differences** | | | | | | |
| Reserve for special repairs | ₩ - | (12,413) | (12,413) | - | (28,462) | (28,462) |
| Reserve for technology developments | - | (255,713) | (255,713) | - | (375,100) | (375,100) |
| PPE - Depreciation | 12,688 | (51,839) | (39,151) | 12,961 | (61,094) | (48,133) |
| Prepaid expenses | 17,427 | - | 17,427 | 27,680 | - | 27,680 |
| PPE - Revaluation | - | (1,213,709) | (1,213,709) | - | (1,002,798) | (1,002,798) |
| Loss on foreign currency translation | 74,104 | (122,518) | (48,414) | 60,196 | (235,126) | (174,930) |
| Defined benefit obligations | 216,146 | - | 216,146 | 184,389 | - | 184,389 |
| Plan assets | - | (221,216) | (221,216) | - | (194,925) | (194,925) |
| Accrued revenue | - | (878) | (878) | - | (1,932) | (1,932) |
| Impairment loss on AFS | 104,911 | - | 104,911 | 81,816 | - | 81,816 |
| Difference in acquisition costs of treasury stocks | 62,139 | - | 62,139 | 64,213 | - | 64,213 |
| Others | 186,164 | (90,994) | 95,170 | 157,303 | (12,904) | 144,399 |
| | 673,579 | (1,969,280) | (1,295,701) | 588,558 | (1,912,341) | (1,323,783) |
| **Deferred tax from tax credit** | | | | | | |
| Tax credit carry-forward | 213,911 | - | 213,911 | 368,053 | - | 368,053 |
| **Deferred income taxes recognized directly to equity** | | | | | | |
| Loss (gain) on valuation of available-for-sale securities | 15,509 | (45,532) | (30,023) | 40,404 | (169,366) | (128,962) |
| Defined benefit plan actuarial losses | 64,147 | - | 64,147 | 50,590 | - | 50,590 |
| | 79,656 | (45,532) | 34,124 | 90,994 | (169,366) | (78,372) |
| | ₩ 967,146 | (2,014,812) | (1,047,666) | 1,047,605 | (2,081,707) | (1,034,102) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

**36. Earnings per Share**

Basic and diluted earnings per share for the years ended December 31, 2014 and 2013 are as follows:

| *(in millions of Won except per share information)* | | **2014** | **2013** |
|---|---|---|---|
| Profit for the period | ₩ | 1,138,958 | 1,582,596 |
| Interests of hybrid bonds | | (33,049) | (18,314) |
| Weighted-average number of common shares outstanding(*1) | | 79,801,539 | 78,009,654 |
| Basic and diluted earnings per share | | 13,858 | 20,052 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| *(in share)* | **2014** | **2013** |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,385,296) | (9,177,181) |
| Weighted-average number of common shares outstanding | 79,801,539 | 78,009,654 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2014 and 2013, diluted earnings per share is equal to basic earnings per share.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

### 37. Related Party Transactions

(a) Significant transactions with related companies for the years ended December 31, 2014 and 2013 were as follows:

1) For the year ended December 31, 2014

*(in millions of Won)*

| | Sales and others(*1) | | | Purchase and others(*2) | | | | |
|---|---|---|---|---|---|---|---|---|
| | Sales | Others | Total | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others | Total |
| **Subsidiaries(*3)** | | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | W  22,659 | 16,789 | 39,448 | 544,202 | 247,286 | 3,689 | 30,852 | 826,029 |
| POSCO Processing & Service | 1,075,567 | 8,649 | 1,084,216 | 785,943 | - | - | 1,681 | 787,624 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 444,513 | 12 | 444,525 | - | - | 12,313 | 195 | 12,508 |
| POSCO ICT(*5) | 929 | 2,593 | 3,522 | 356 | 209,893 | 26,231 | 161,173 | 397,653 |
| POSMATE | 520 | 2,178 | 2,698 | 411 | 28 | 16,475 | 34,188 | 51,102 |
| eNtoB Corporation | - | 3 | 3 | 297,119 | 10,433 | 137 | 21,073 | 328,762 |
| POSCO CHEMTECH | 532,973 | 26,537 | 559,510 | 513,759 | 5,449 | 301,149 | 923 | 821,280 |
| POSCO M-TECH | 180 | 24 | 204 | 117,940 | 2,385 | 200,622 | 6,887 | 327,834 |
| POSCO ENERGY CO., LTD. | 177,517 | 1,230 | 178,747 | - | 2,263 | - | 20 | 2,283 |
| POSCO TMC Co., Ltd. | 240,318 | 9 | 240,327 | - | - | 1,056 | 1,611 | 2,667 |
| POSCO AST | 503,452 | 5 | 503,457 | 10,396 | - | 57,355 | 2,671 | 70,422 |
| POSHIMETAL Co., Ltd. | 11,261 | 3,660 | 14,921 | 166,442 | - | - | - | 166,442 |
| Daewoo International Corporation | 3,558,652 | 20,652 | 3,579,304 | 90,361 | - | - | 3,857 | 94,218 |
| POSCO Specialty Steel Co., Ltd. | 5,313 | 201,927 | 207,240 | 40,124 | - | 1,939 | 266 | 42,329 |
| POSCO America Corporation | 747,933 | 2 | 747,935 | - | - | - | 1,794 | 1,794 |
| POSCO Canada Ltd. | - | - | - | 141,767 | - | - | - | 141,767 |
| POSCO Asia Co., Ltd. | 2,167,148 | 89 | 2,167,237 | 169,945 | - | 10,006 | 1,969 | 181,920 |
| POSCO (Thailand) Company Limited | 55,221 | 46 | 55,267 | - | - | - | 8 | 8 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 79,783 | - | 79,783 | - | - | - | 19 | 19 |
| POSCO (Suzhou) Automotive Processing Center Co., Ltd. | 136,836 | - | 136,836 | - | - | - | 5 | 5 |
| POSCO JAPAN Co., Ltd. | 1,329,947 | 4 | 1,329,951 | 15,165 | 2,269 | 3 | 2,279 | 19,716 |
| POSCO-India Pune Processing Center. Pvt. Ltd. | 107,587 | 74 | 107,661 | - | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 287,468 | 929 | 288,397 | - | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 444,407 | 6,053 | 450,460 | - | - | - | - | - |
| DAEWOO INTERNATIONAL SINGAPORE | - | - | - | 57,742 | - | - | 11,513 | 69,255 |
| Others | 680,066 | 1,827 | 681,893 | 158,484 | 63,932 | 15,585 | 51,674 | 289,675 |
| | 12,610,250 | 293,292 | 12,903,542 | 3,110,156 | 543,938 | 646,560 | 334,658 | 4,635,312 |
| **Associates and joint ventures(*3)** | | | | | | | | |
| POSCO Plant Engineering Co., Ltd.(*4) | 15,310 | 64 | 15,374 | 3,195 | 119,369 | 15,777 | 22,751 | 161,092 |
| SNNC | 3,077 | 5,716 | 8,793 | 339,991 | - | - | 5 | 339,996 |
| POSCHROME (PROPRIETARY) LIMITED | - | - | - | 59,241 | - | - | - | 59,241 |
| PT. POSMI Steel Indonesia | 6,061 | 30 | 6,091 | - | - | - | - | - |
| POSK (Pinghu) Steel Processing Center Co., Ltd. | 2,855 | - | 2,855 | - | - | - | - | - |
| POSCO-SAMSUNG-Slovakia Processing Center | 24,059 | - | 24,059 | - | - | - | - | - |
| POSCO China Suzhou Processing Center Co., Ltd. (formerly, POSCO-SAMSUNG Suzhou Processing Center Co., Ltd.) | 1,132 | - | 1,132 | - | - | - | - | - |
| Others | 737 | 41,873 | 42,610 | 3,668 | - | - | - | 3,668 |
| | 53,231 | 47,683 | 100,914 | 406,095 | 119,369 | 15,777 | 22,756 | 563,997 |
| | W  12,663,481 | 340,975 | 13,004,456 | 3,516,251 | 663,307 | 662,337 | 357,414 | 5,199,309 |

(*1) Sales and others are mainly consist of sales of steel products to subsidiaries, associates and joint ventures.   These are priced on an arm's length basis.

(*2) Purchases and others are mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products. These are priced on an arm's length basis.

(*3) As of December 31, 2014, the Company provided guarantees to related parties (note 22).

(*4) It is reclassified from associate to subsidiary due to the additional acquisition of its shares by the Company.

(*5) Others mainly consist of service fees related to maintenance and repair of ERP System.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

2) For the year ended December 31, 2013

| (in millions of Won) | | Sales and others | | | Purchase and others | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Sales | Others | Total | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others | Total |
| **Subsidiaries** | | | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | ₩ | 16,439 | 3,421 | 19,860 | 3,042 | 2,235,798 | 5,855 | 9,242 | 2,253,937 |
| POSCO Processing & Service | | 987,424 | 8 | 987,432 | 1,215,510 | - | - | 805 | 1,216,315 |
| POSCO COATED & COLOR STEEL Co., Ltd. | | 472,353 | 25 | 472,378 | - | - | 10,648 | 98 | 10,746 |
| POSCO Plant Engineering Co., Ltd. | | 2,324 | 19 | 2,343 | 1,499 | 67,081 | 13,733 | 2,492 | 84,805 |
| POSCO ICT | | 1,210 | 195 | 1,405 | 679 | 279,660 | 31,231 | 157,126 | 468,696 |
| POSMATE | | 1,419 | 85 | 1,504 | 805 | 1,041 | 15,732 | 32,894 | 50,472 |
| eNtoB Corporation | | 10 | 10 | 10 | 234,352 | 13,241 | 149 | 20,079 | 267,821 |
| POSCO CHEMTECH | | 512,139 | 25,868 | 538,007 | 491,562 | 21,832 | 287,584 | 1,223 | 802,201 |
| POSCO M-TECH | | 11,122 | 94 | 11,216 | 158,709 | 2,336 | 220,986 | 141 | 382,172 |
| POSCO ENERGY CO., LTD. | | 104,209 | 915 | 105,124 | - | 5,178 | - | 7 | 5,185 |
| POSCO TMC Co., Ltd. | | 188,915 | 15 | 188,930 | - | - | 1,051 | 1,298 | 2,349 |
| POSCO AST | | 500,193 | 10 | 500,203 | 6,985 | - | 56,520 | 2,029 | 65,534 |
| POSHIMETAL Co., Ltd. | | 18,922 | 137 | 19,059 | 166,042 | - | - | 5 | 166,047 |
| Daewoo International Corporation | | 3,522,678 | 65 | 3,522,743 | 16,297 | - | - | 2,843 | 19,140 |
| POSCO America Corporation | | 596,681 | 1 | 596,682 | - | - | - | 339 | 339 |
| POSCO Canada Ltd. | | - | - | - | 144,329 | - | - | - | 144,329 |
| POSCO Asia Co., Ltd. | | 2,068,965 | 221 | 2,069,186 | 64,434 | 182 | - | 1,673 | 66,289 |
| POSCO (Thailand) Company Limited | | 56,210 | 56 | 56,266 | - | - | - | 85 | 85 |
| Qingdao Pohang Stainless Steel Co., Ltd. | | 58,502 | - | 58,502 | - | - | - | 14 | 14 |
| POSCO (Suzhou) Automotive Processing Center Co., Ltd. | | 129,345 | 1 | 129,346 | - | - | - | - | - |
| POSCO JAPAN Co., Ltd. | | 1,270,325 | - | 1,270,325 | 19,978 | 2 | - | 2,972 | 22,952 |
| POSCO-India Pune Processing Center. Pvt. Ltd. | | 119,503 | 7 | 119,510 | - | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | | 256,014 | 693 | 256,707 | - | - | - | 621 | 621 |
| POSCO Maharashtra Steel Private Limited | | 176,425 | 3,157 | 179,582 | - | - | - | 236 | 236 |
| DAEWOO INTERNATIONAL SINGAPORE PTE. LTD. | | - | - | - | 108,179 | - | - | - | 108,179 |
| Others | | 558,923 | 7,569 | 566,492 | 92,527 | 38,843 | 18,782 | 77,101 | 227,253 |
| | | 11,630,240 | 42,572 | 11,672,812 | 2,724,929 | 2,665,194 | 662,271 | 313,323 | 6,365,717 |
| **Associates and joint ventures** | | | | | | | | | |
| SNNC | | 1,532 | 458 | 1,990 | 402,639 | - | - | - | 402,639 |
| POSCO PLANTEC Co., Ltd. (formerly, Sungjin Geotec Co., Ltd.)(*1) | | 15,028 | 48 | 15,076 | 1,735 | 65,802 | 9,781 | 6,883 | 84,201 |
| POSCHROME (PROPRIETARY) LIMITED | | - | - | - | 66,762 | - | - | - | 66,762 |
| PT. POSMI Steel Indonesia | | 6,538 | - | 6,538 | - | - | - | - | - |
| POSK (Pinghui Steel Processing Center Co., Ltd. | | 3,786 | - | 3,786 | - | - | - | - | - |
| POSCO-SAMSUNG-Slovakia Processing Center Co., Ltd. | | 19,906 | - | 19,906 | - | - | - | - | - |
| POSCO China Suzhou Processing Center Co., Ltd. (formerly, POSCO-SAMSUNG Suzhou Steel Processing Center Co., Ltd.) | | 6,429 | - | 6,429 | - | - | - | - | - |
| Others | | 546 | 165 | 711 | 3,937 | - | 9,781 | 176 | 4,113 |
| | | 53,765 | 671 | 54,436 | 475,073 | 65,802 | 9,781 | 7,059 | 557,715 |
| | ₩ | 11,684,005 | 43,243 | 11,727,248 | 3,200,002 | 2,730,996 | 672,052 | 320,382 | 6,923,432 |

(*1) Sungjin Geotec Co., Ltd. merged with POSCO Plant Engineering Co., Ltd. and changed its name to POSCO PLANTEC Co., Ltd. in 2013.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

(b) The related account balances of significant transactions with related companies as of December 31, 2014 and 2013 are as follows:

1) December 31, 2014

*(in millions of Won)*

| | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | W        42 | 71,967 | 72,009 | - | 41,878 | - | 41,878 |
| POSCO Processing & Service | 94,790 | 92 | 94,882 | 15,202 | 867 | - | 16,069 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 69,314 | 67 | 69,381 | - | 5 | 1,936 | 1,941 |
| POSCO ICT | 13 | 103 | 116 | 920 | 70,823 | 5,425 | 77,168 |
| POSMATE | - | 1,673 | 1,673 | 600 | 2,007 | 4,828 | 7,435 |
| eNtoB Corporation | - | - | - | 12,564 | 28,432 | 43 | 41,039 |
| POSCO CHEMTECH | 49,456 | 4,283 | 53,739 | 57,610 | 9,890 | 17,864 | 85,364 |
| POSCO M-TECH | - | 37 | 37 | 7,311 | 12,231 | 22,703 | 42,245 |
| POSCO ENERGY CO., LTD. | 17,326 | 2,809 | 20,135 | - | - | 1,962 | 1,962 |
| POSCO TMC Co., Ltd. | 27,429 | 30 | 27,459 | - | 117 | 115 | 232 |
| POSCO AST | 44,281 | 54 | 44,335 | - | 2,458 | 3,364 | 5,822 |
| POSHIMETAL Co., Ltd. | 1,289 | 14 | 1,283 | - | 12,846 | - | 12,846 |
| Daewoo International Corporation | 164,029 | 3,178 | 167,207 | 8 | 210 | 1 | 219 |
| POSCO Specialty Steel Co., Ltd. | 822 | 201,823 | 202,645 | 4,800 | 140 | 184 | 5,124 |
| POSCO America Corporation | 57,164 | - | 57,164 | - | 1,511 | - | 1,511 |
| POSCO Canada Ltd. | - | - | - | - | 4,534 | - | 4,534 |
| POSCO Asia Co., Ltd. | 197,104 | 221 | 197,325 | 10,995 | - | - | 10,995 |
| POSCO (Thailand) Company Limited | 7,407 | 266 | 7,673 | - | - | - | - |
| Qingdao Pohang Stainless Steel Co., Ltd. | 14,748 | 41 | 14,789 | - | - | - | - |
| POSCO JAPAN Co., Ltd. | 42,692 | 89 | 42,781 | 344 | 1,552 | - | 1,896 |
| POSCO-India Pune Processing Center. Pvt. Ltd. | 6,401 | 5 | 6,406 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 96,800 | - | 96,800 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 364,899 | 7,714 | 372,613 | - | - | - | - |
| Others | 126,474 | 56,788 | 183,262 | 7,239 | 54,727 | 1,545 | 63,511 |
| | 1,382,460 | 351,254 | 1,733,714 | 117,593 | 244,228 | 59,970 | 421,791 |
| **Associates and jointventures** | | | | | | | |
| SNNC | 219 | 125 | 344 | 7,017 | - | - | 7,017 |
| POSCHROME (PROPRIETARY) LIMITED | - | - | - | 1,162 | - | - | 1,162 |
| LLP POSUK Titanium | - | 4,235 | 4,235 | - | - | - | - |
| Others | 258 | 18 | 276 | 234 | - | - | 234 |
| | 477 | 4,378 | 4,855 | 8,413 | - | - | 8,413 |
| | W   1,382,937 | 355,632 | 1,738,569 | 126,006 | 244,228 | 59,970 | 430,204 |

78

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

2) December 31, 2013

| (in millions of Won) | Receivables | | | Payables | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | ₩ 40 | 110,955 | 110,995 | - | 105,603 | - | 105,603 |
| POSCO Processing & Service | 103,400 | 73 | 103,473 | 17,914 | 683 | - | 18,597 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 69,260 | 65 | 69,325 | - | 59 | 1,434 | 1,493 |
| POSCO ICT | 75 | 123 | 198 | - | 51,247 | - | 51,247 |
| POSMATE | 489 | 1,533 | 2,022 | 141 | 3,274 | 1,058 | 4,473 |
| eNtoB Corporation | - | - | - | 8,057 | 10,311 | - | 18,368 |
| POSCO CHEMTECH | 46,943 | 4,313 | 51,256 | 35,829 | 6,983 | 8,663 | 51,475 |
| POSCO M-TECH | 18 | 28 | 46 | 12,020 | 21,326 | 10,799 | 44,145 |
| POSCO ENERGY CO., LTD. | 14,733 | 2,894 | 17,627 | - | 421 | - | 421 |
| POSCO TMC Co., Ltd. | 20,510 | 26 | 20,536 | - | 16 | 50 | 66 |
| POSCO AST | 85,501 | 53 | 85,554 | - | 3,004 | 5,238 | 8,242 |
| POSHIMETAL Co., Ltd. | 1,721 | 12 | 1,733 | - | 12,624 | - | 12,624 |
| Daewoo International Corporation | 148,383 | 878 | 149,261 | 9,319 | - | - | 9,319 |
| POSCO America Corporation | 57,554 | - | 57,554 | - | - | - | - |
| POSCO Canada Ltd. | - | - | - | 12,323 | - | - | 12,323 |
| POSCO Asia Co., Ltd. | 134,602 | 142 | 134,744 | 2,063 | - | - | 2,063 |
| POSCO (Thailand) Company Limited | 6,052 | 7 | 6,059 | - | - | - | - |
| Qingdao Pohang Stainless Steel Co., Ltd. | 3,329 | - | 3,329 | - | - | - | - |
| POSCO JAPAN Co., Ltd. | 73,992 | - | 73,992 | 862 | 108 | 1 | 971 |
| POSCO-India Pune Processing Center. Pvt. Ltd. | 8,117 | - | 8,117 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 100,016 | 76 | 100,092 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 55,392 | 3,218 | 58,610 | - | - | - | - |
| Others | 54,357 | 8,887 | 63,244 | 6,523 | 15,421 | 1,647 | 23,591 |
| | 984,484 | 133,283 | 1,117,767 | 105,051 | 231,080 | 28,890 | 365,021 |
| **Associates and jointventures** | | | | | | | |
| SNNC | 140 | 40 | 180 | 16,669 | - | - | 16,669 |
| POSCO PLANTEC Co., Ltd. (formerly, Sungjin Geotec Co., Ltd.) | 879 | 46 | 925 | 353 | - | - | 353 |
| POSCHROME (PROPRIETARY) LIMITED | - | 67 | 67 | - | - | - | - |
| LLP POSUK Titanium | - | 4,066 | 4,066 | - | - | - | - |
| Others | - | 17 | 17 | 319 | 2 | - | 321 |
| | 1,019 | 4,236 | 5,255 | 17,341 | 2 | - | 17,343 |
| | ₩ 985,503 | 137,519 | 1,123,022 | 122,392 | 231,082 | 28,890 | 382,364 |

(c) For the years ended December 31, 2014 and 2013, details of compensation to key management officers were as follows:

| *(in millions of Won)* | | **2014** | **2013** |
| --- | --- | --- | --- |
| Short-term benefits | ₩ | 31,984 | 31,332 |
| Long-term benefits | | 12,387 | 8,004 |
| Retirement benefits | | 6,354 | 6,296 |
| | ₩ | 50,725 | 45,632 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

79

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

### 38. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected. Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.  If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.  All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.  Internal and external lawyers are used for these assessments. In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

(b) Commitments

The Company entered into long-term contracts to purchase iron ore, coal, nickel and others. The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year. These contracts provide for periodic price adjustments based on the market price. As of December 31, 2014, 137 million tons of iron ore and 32 million tons of coal remained to be purchased under such long-term contracts.

The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005. The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

As of December 31, 2014, the Company entered into commitments with Korea National Oil Corporation for long-term foreign currency borrowings, which enables the Company to borrow up to the amount of USD 6.86 million, USD 6.58 million and USD 4.12 million. The borrowings are related to the Company's exploration of gas hydrates in Aral Sea, Uzbekistan, the exploration of gas hydrates in Namangan-Chust and the exploration of gas hydrates in Western Fergana-Chenavard, respectively. The repayment of the borrowings depends on the success of the projects. The Company is not liable for the repayment of full or part of the amount borrowed if the respective projects fail. The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.

80

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

(c) As of December 31, 2014, the Company has provided two blank checks to Korea Resources Corporation as collateral for long-term domestic borrowings, and has provided six blank promissory notes and three blank checks to Korea National Oil Corporation as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

1) Civil lawsuits with Nippon Steel & Sumitomo Metal Corporation

During the year ended December 31, 2012, Nippon Steel & Sumitomo Metal Corporation filed a civil lawsuit in the Tokyo District Court of Japan against POSCO and POSCO Japan Co., Ltd., a subsidiary of POSCO, to prohibit production and sales of grain oriented electrical steel sheets using improperly acquired trade secrets and seeking compensation from the Company of ₩907.3 billion.  Through trials up to December 31, 2014, the Company submitted its responses that the Japan court did not have jurisdiction on this lawsuit as it should be judged by Korean law and the Company developed grain oriented electrical steel sheets using the Company's own technologies. As of December 31, 2014, the court has not made any judgments on this matter. Since the Company does not believe that it has any present obligation, the Company has not recorded any provision for this lawsuit as of December 31, 2014.

2) Other lawsuits and claims

The Company is involved in 38 other lawsuits and claims for alleged damages aggregating to ₩87.2 billion as defendant as of December 31, 2014, which arose in the ordinary course of business. The Company has recognized provisions amounting to ₩400 million for 1 lawsuit based on its reliable estimate of outflow of resources. However, the Company has not recognized any provisions for other 38 lawsuits and claims since the Company believes that it does not have a present obligation as of December 31, 2014.

(e) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO Energy Co., Ltd.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

### 39. Cash Flows from Operating Activities

Changes in operating assets and liabilities for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Trade accounts and notes receivable, net | ₩ | 213,875 | 679,054 |
| Other accounts receivable | | (84,958) | 68,281 |
| Advance payments | | (4,956) | 1,162 |
| Prepaid expenses | | (317) | 18,502 |
| Inventories | | 136,875 | 860,472 |
| Long-term guarantee deposits | | (297) | (616) |
| Other long-term assets | | - | (1,120) |
| Trade accounts payable and notes payable | | 42,711 | (242,871) |
| Other accounts payable | | (65,758) | (367,521) |
| Accrued expenses | | 104,423 | (119,505) |
| Advances received | | 67,968 | (23,575) |
| Withholdings | | 2,513 | (5,058) |
| Unearned revenue | | (385) | (4,427) |
| Other long-term liabilities | | 8,109 | (1,069) |
| Derivatives liabilities | | (36,964) | - |
| Payment severance benefits | | (84,600) | (70,170) |
| Plan assets | | (100,285) | (103,559) |
| | ₩ | 197,954 | 687,980 |

### 40. Non-Cash Transactions

Significant non-cash transactions for the years ended December 31, 2014 and 2013 were as follows:

| (in millions of Won) | | 2014 | 2013 |
|---|---|---|---|
| Construction-in-progress transferred to other accounts | ₩ | 3,562,232 | 2,501,603 |
| Acquisition of short-term financial statements through issuance of treasury stocks | | - | 804,496 |
| Financial guarantee liabilities | | 7,730 | 20,812 |
| Investment in subsidiaries transferred to assets held for sale | | 468,443 | 1,304 |
| Available-for-sale investment transferred to assets held for sale | | 580,062 | - |
| Investments in subsidiary by contribution of property, plant and equipment | | 558,915 | - |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

Notice to Readers

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2014 and the review of internal accounting control system pursuant to Article 2-3 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Independent Auditors' Review Report on Internal Accounting Control System

<u>English Translation of a Report Originally Issued in Korean</u>

To the President of
POSCO:

We have reviewed the accompanying Report on the Operations of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2014. The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS. Our responsibility is to review management's assessment and issue a report based on our review. In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on the assessment on the operations of the IACS, the Company's IACS has been effectively designed and is operating as of December 31, 2014, in all material respects, in accordance with the IACS Framework issued by the Internal Accounting Control System Operation Committee."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants. Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether Report on the Operations of Internal Accounting Control System is free of material misstatement. Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances. We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in conformity with Korean International Financial Reporting Standards. Because of its inherent limitations, however, IACS may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that Report on the Operations of Internal Accounting Control System as of December 31, 2014 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2014. We did not review the Company's IACS subsequent to December 31, 2014. This report has been prepared for Korean regulatory purposes, pursuant to the External Audit Law, and may not be appropriate for other purposes or for other users.

Seoul, Korea
February 25, 2015

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2014 and 2013, Continued**

---

## Report on the Operations of Internal Accounting Control System

### English Translation of a Report Originally Issued in Korean

Report on the Operations of Internal Accounting Control System

To the Board of Directors and Audit Committee of
POSCO:

I, as the Internal Accounting Control Officer ( "IACO" ) of POSCO (the Company" ), have
assessed the status of the design and operations of the Company's internal accounting control
system( "IACS" ) as of December 31, 2014.

The Company's management, including IACO, is responsible for the design and operations of its
IACS. I, as the IACO, have assessed whether the IACS has been effectively designed and is
operating to prevent and detect any error or fraud which may cause any misstatement of the
financial statements, for the purpose of establishing the reliability of financial statement
preparation and presentation for external uses. I, as the IACO, applied the IACS Standards
established by the IACS Operations Committee for the assessment of design and operations of the
IACS.

Based on the assessment of the operations of the IACS, the Company's IACS has been effectively
designed and is operating as of December 31, 2014, in all material respects, in accordance with
the IACS Standards issued by the IACS Operations Committee.

January 27, 2015

Kwon, Oh-Joon, Chief Executive Officer

Lee, Young-Hoon, Internal Accounting Control Officer

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 7-B

POSCO's Unconsolidated Financial Statements
for 2014-15 Fiscal Years

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2015 and 2014**

**(With Independent Auditors' Report Thereon)**

## Table of Contents

**Page**

**Independent Auditors' Report**................................................................................................. 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................................. 3

Separate Statements of Comprehensive Income.................................................................. 5

Separate Statements of Changes in Equity ........................................................................... 6

Separate Statements of Cash Flows ...................................................................................... 7

Notes to the Separate Financial Statements ......................................................................... 9

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 89

**Report on the Operations of Internal Accounting Control System** ............................... 90

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Report**

Based on a report originally issued in Korea

The Board of Directors and Shareholders
POSCO:

We have audited the accompanying separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2015 and 2014, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising a summary of significant accounting policies and other explanatory information.

*Management's Responsibility for the Separate Financial Statements*

Management is responsible for the preparation and fair presentation of these separate financial statements in accordance with Korean International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these separate financial statements based on our audits. We conducted our audits in accordance with Korean Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the separate financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the separate financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the separate financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the separate financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the separate financial statements.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2015 and 2014, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards.

*Other Matters*

The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries. Accordingly, this report and the accompanying separate financial statements are for use by those knowledgeable about Korean auditing standards and their application in practice.

KPMG Samjong Accounting Corp.

Seoul, Korea
February 25, 2016

This report is effective as of February 25, 2016, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

2

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2015 and 2014

| (in millions of Won) | Notes | | December 31, 2015 | December 31, 2014 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 1,634,106 | 1,742,767 |
| Trade accounts and notes receivable, net | 6,22,36 | | 2,740,104 | 3,157,266 |
| Other receivables, net | 7,22,36 | | 246,431 | 562,930 |
| Other short-term financial assets | 8,22 | | 3,326,012 | 693,729 |
| Inventories | 9,33 | | 3,427,011 | 4,383,568 |
| Assets held for sale | 10 | | 25,892 | 1,051,177 |
| Other current assets | 15 | | 28,083 | 31,692 |
| **Total current assets** | | | 11,427,639 | 11,623,129 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 19,895 | 23,841 |
| Other receivables, net | 7,22 | | 93,757 | 26,360 |
| Other long-term financial assets | 8,22 | | 1,804,374 | 1,794,590 |
| Investments in subsidiaries, associates and joint ventures | 11 | | 15,737,287 | 16,178,891 |
| Investment property, net | 12 | | 86,752 | 90,137 |
| Property, plant and equipment, net | 13 | | 21,514,150 | 22,323,215 |
| Intangible assets, net | 14 | | 490,762 | 403,907 |
| Other long-term assets | 15 | | 134,793 | 133,253 |
| **Total non-current assets** | | | 39,881,770 | 40,974,194 |
| | | | | |
| **Total assets** | | ₩ | 51,309,409 | 52,597,323 |

*See accompanying notes to the separate financial statements.*

3

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Statements of Financial Position, Continued**
**As of December 31, 2015 and 2014**

| (in millions of Won) | Notes | | December 31, 2015 | December 31, 2014 |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 577,856 | 777,401 |
| Short-term borrowings and current installments of long-term borrowings | 4,16,22 | | 1,985,722 | 1,236,290 |
| Other payables | 17,22,36 | | 946,735 | 1,032,496 |
| Other short-term financial liabilities | 18,22 | | 25,676 | 9,236 |
| Current income tax liabilities | 34 | | 227,569 | 304,362 |
| Provisions | 19 | | 22,840 | 47,759 |
| Other current liabilities | 21 | | 31,281 | 108,508 |
| **Total current liabilities** | | | 3,817,679 | 3,516,052 |
| Long-term borrowings, excluding current installments | 4,8,16,22 | | 3,303,105 | 5,300,927 |
| Other payables | 17,22 | | 37,656 | 88,807 |
| Other long-term financial liabilities | 18,22 | | 81,496 | 50,574 |
| Defined benefit liabilities, net | 20 | | 10,472 | 86,158 |
| Deferred tax liabilities | 34 | | 994,867 | 1,047,666 |
| Long-term provisions | 19 | | 21,954 | 31,474 |
| Other long-term liabilities | 21 | | 16,623 | 234 |
| **Total non-current liabilities** | | | 4,466,173 | 6,605,840 |
| **Total liabilities** | | | 8,283,852 | 10,121,892 |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,247,581 | 1,247,616 |
| Hybrid bonds | 24 | | 996,919 | 996,919 |
| Reserves | 25 | | (30,018) | 94,042 |
| Treasury shares | 26 | | (1,533,898) | (1,534,457) |
| Retained earnings | 27 | | 41,862,570 | 41,188,908 |
| **Total equity** | 4 | | 43,025,557 | 42,475,431 |
| **Total liabilities and equity** | | ₩ | 51,309,409 | 52,597,323 |

*See accompanying notes to the separate financial statements.*

4

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2015 and 2014

| (in millions of Won, except per share information) | Notes | | 2015 | 2014 |
|---|---|---|---|---|
| **Revenue** | 28,36 | ₩ | 25,607,221 | 29,218,854 |
| **Cost of sales** | 9,20,30,33,36 | | (21,473,390) | (24,955,649) |
| **Gross profit** | | | 4,133,831 | 4,263,205 |
| Selling and administrative expenses | | | | |
| Administrative expenses | 20,22,29,30,33 | | (890,446) | (933,984) |
| Selling expenses | 29,33 | | (1,005,136) | (979,186) |
| **Operating profit** | | | 2,238,249 | 2,350,035 |
| Finance income and costs | | | | |
| Finance income | 22,31 | | 896,406 | 1,050,794 |
| Finance costs | 22,31 | | (734,569) | (1,014,269) |
| Other non-operating income and expenses | | | | |
| Other non-operating income | 32,36 | | 465,316 | 46,864 |
| Other non-operating expenses | 32,33,36 | | (1,197,119) | (712,031) |
| **Profit before income tax** | | | 1,668,283 | 1,721,393 |
| Income tax expense | 34 | | (350,012) | (582,435) |
| **Profit** | | | 1,318,271 | 1,138,958 |
| **Other comprehensive income (loss)** | | | | |
| Items that will not be reclassified subsequently to profit or loss : | | | | |
| Remeasurements of defined benefit plans, net of tax | 20 | | 38,910 | (42,464) |
| Items that are or may be reclassified subsequently to profit or loss : | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | 8,22,25 | | (124,060) | (309,897) |
| **Total comprehensive income** | | ₩ | 1,233,121 | 786,597 |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 16,067 | 13,858 |

*See accompanying notes to the separate financial statements.*

5

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Changes in Equity
## For the years ended December 31, 2015 and 2014

| (in millions of Won) | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|
| **Balance as of January 1, 2014** | ₩ 482,403 | 1,233,040 | 996,919 | 403,939 | (1,579,123) | 40,774,284 | 42,311,462 |
| **Comprehensive income :** | | | | | | | |
| Profit | - | - | - | - | - | 1,138,958 | 1,138,958 |
| Other comprehensive loss | | | | | | | |
|   Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | (42,464) | (42,464) |
|   Net changes in unrealized fair value of available-for-sale investments, net of tax | - | - | - | (309,897) | - | - | (309,897) |
| **Transactions with owners of the Company, recognized directly in equity :** | | | | | | | |
|   Year-end dividends | - | - | - | - | - | (478,702) | (478,702) |
|   Interim dividends | - | - | - | - | - | (159,568) | (159,568) |
|   Interest of hybrid bonds | - | - | - | - | - | (43,600) | (43,600) |
|   Disposal of treasury shares | - | 14,576 | - | - | 44,666 | - | 59,242 |
| **Balance as of December 31, 2014** | ₩ 482,403 | 1,247,616 | 996,919 | 94,042 | (1,534,457) | 41,188,908 | 42,475,431 |
| **Balance as of January 1, 2015** | ₩ 482,403 | 1,247,616 | 996,919 | 94,042 | (1,534,457) | 41,188,908 | 42,475,431 |
| **Comprehensive income :** | | | | | | | |
| Profit | - | - | - | - | - | 1,318,271 | 1,318,271 |
| Other comprehensive income (loss) | | | | | | | |
|   Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | 38,910 | 38,910 |
|   Net changes in unrealized fair value of available-for-sale investments, net of tax | - | - | - | (124,060) | - | - | (124,060) |
| **Transactions with owners of the Company, recognized directly in equity :** | | | | | | | |
|   Year-end dividends | - | - | - | - | - | (479,958) | (479,958) |
|   Interim dividends | - | - | - | - | - | (159,987) | (159,987) |
|   Interest of hybrid bonds | - | - | - | - | - | (43,574) | (43,574) |
|   Disposal of treasury shares | - | (35) | - | - | 559 | - | 524 |
| **Balance as of December 31, 2015** | ₩ 482,403 | 1,247,581 | 996,919 | (30,018) | (1,533,898) | 41,862,570 | 43,025,557 |

*See accompanying notes to the separate financial statements.*

6

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows**
**For the years ended December 31, 2015 and 2014**

| *(in millions of Won)* | **Notes** | **2015** | **2014** |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 1,318,271 | 1,138,958 |
| Adjustments for : | | | |
| Costs for defined benefit plans | | 119,183 | 114,372 |
| Depreciation | | 2,065,521 | 2,067,793 |
| Amortization | | 70,742 | 74,112 |
| Finance income | | (681,205) | (773,099) |
| Finance costs | | 522,190 | 756,480 |
| Loss on valuation of inventories | | 15,254 | 24,867 |
| Gain on disposals of property, plant and equipment | | (11,000) | (8,882) |
| Loss on disposals of property, plant and equipment | | 90,852 | 57,777 |
| Impairment loss on property, plant and equipment | | 70,674 | 30,334 |
| Impairment loss on investments | | | |
| in subsidiaries, associates and joint ventures | | 327,776 | 209,795 |
| Gain on disposals of assets held for sale | | (409,578) | - |
| Loss on disposals of assets held for sale | | 209,775 | 14 |
| Imparment loss on assets held for sale | | 95,737 | - |
| Contribution to provisions | | 2,174 | 89,844 |
| Income tax expense | | 350,012 | 582,435 |
| Others | | (6,280) | 106,479 |
| Changes in operating assets and liabilities | 38 | 998,125 | 197,954 |
| Interest received | | 79,847 | 97,441 |
| Interest paid | | (263,483) | (321,684) |
| Dividends received | | 629,435 | 151,150 |
| Income taxes paid | | (454,084) | (433,055) |
| Net cash provided by operating activities | ₩ | 5,139,938 | 4,163,085 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows, Continued**
**For the years ended December 31, 2015 and 2014**

*(in millions of Won)*

| | Notes | 2015 | 2014 |
|---|---|---|---|
| **Cash flows from investing activities** | 39 | | |
| Proceeds from disposal of short-term financial instruments | ₩ | 9,273,767 | 4,103,905 |
| Proceeds from disposal of long-term financial instruments | | 3 | - |
| Proceeds from disposal of available-for-sale financial assets | | 135,236 | 41,740 |
| Decrease in short-term loans | | 69,443 | - |
| Decrease in long-term loans | | 514 | 19,751 |
| Proceeds from disposal of investments in subsidiaries, associates and joint venture | | 4,713 | 427 |
| Proceeds from disposal of investment property | | - | 18 |
| Proceeds from disposal of intangible assets | | 3,570 | 2,347 |
| Proceeds from disposal of assets held for sale | | 1,294,908 | 1,291 |
| Acquisition of short-term financial instruments | | (11,879,166) | (2,478,109) |
| Increase in short-term loans | | (65,208) | - |
| Acquisition of available-for-sale investments | | (1,526) | (30,727) |
| Increase in long-term loans | | (139) | (26,451) |
| Acquisition of investment in subsidiaries, associates and joint ventures | | (451,265) | (1,209,223) |
| Acquisition of investment property | | (346) | (41) |
| Acquisition of property, plant and equipment | | (1,466,910) | (1,643,789) |
| Payment for disposal of property, plant and equipment | | (22,732) | (15,346) |
| Acquisition of intangible assets | | (37,313) | (20,869) |
| Net cash used in investing activities | | (3,142,451) | (1,255,076) |
| | | | |
| **Cash flows from financing activities** | 39 | | |
| Proceeds from borrowings | | 23,671 | 1,429,041 |
| Increase in long-term financial liabilities | | 3,850 | 7,196 |
| Proceeds from disposal of treasury shares | | - | 43,188 |
| Repayment of borrowings | | (1,453,075) | (3,350,330) |
| Decrease in long-term financial liabilities | | (4,701) | (7,125) |
| Payment of cash dividends | | (639,561) | (637,927) |
| Payment of interest of hybrid bonds | | (43,600) | (43,600) |
| Net cash used in financing activities | | (2,113,416) | (2,559,557) |
| | | | |
| **Changes in cash due to foreign currency translation** | | 7,268 | - |
| | | | |
| **Net increase (decrease) in cash and cash equivalents** | | (108,661) | 348,452 |
| | | | |
| **Cash and cash equivalents** | | | |
| Cash and cash equivalents at beginning of the period | | 1,742,767 | 1,394,315 |
| Cash and cash equivalents at end of the period | ₩ | 1,634,106 | 1,742,767 |

*See accompanying notes to the separate financial statements.*

8

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements
## As of December 31, 2015 and 2014

## 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since 1988.  The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through five overseas liaison offices.

As of December 31, 2015, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 7,885,065 | 9.04 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 4,394,712 | 5.04 |
| Pohang University of  Science and Technology | 1,905,000 | 2.18 |
| Government of Singapore | | |
| Investment Corporation Pte Ltd | 1,862,625 | 2.14 |
| KB Financial Group Inc. and subsidiaries(*2) | 1,828,207 | 2.10 |
| Others | 69,311,226 | 79.50 |
| | 87,186,835 | 100.00 |

(*1) Nippon Steel & Sumitomo Metal Corporation owns American Depository Receipts (ADRs) of the Company, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries pursuant to the Commercial Act.

As of December 31, 2015, the shares of the Company are listed on the Korea Exchange, while its depository shares are listed on the New York Stock Exchanges.


## 2. Statement of Compliance

### Statement of compliance

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the Act on External Audits of Corporations in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2015 and 2014**

The separate financial statements were authorized for issue by the Board of Directors on January 28, 2016, and will be submitted for approval at the shareholders' meeting to be held on March 11, 2016.

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments are measured at fair value

(b) Available-for-sale financial assets are measured at fair value

(c) Defined benefit liabilities are measured at the present value of the defined benefit obligation less the fair value of the plan asset.

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency and the currency of the primary economic environment in which the Company operates.

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.   Revisions to accounting estimates are recognized in the period prospectively.

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 10 - Assets held for sale
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

10

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next financial year is included in the following notes:

- Note 8 - Available-for-sale securities
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.   The Company has an established control framework with respect to the measurement of fair values.   This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the department manager of finance department.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments.   If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible.   Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.   The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

11

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

Information about the assumptions made in measuring fair values is included in the following note:

• Note 22 – Financial instruments

**Changes in accounting policies**

The Company has adopted the following amendments to standards and new interpretation with a date of initial application of January 1, 2015.

(a) K-IFRS No. 1019, "Employee Benefits"

K-IFRS No. 1019, Employee Benefits, introduced a practical expedient for companies that operate defined benefit plans and when contributions are made by employees or third parties.  According to the amendments, the Company is permitted to recognize those contributions as a reduction of the service cost in the period in which the related service is rendered, instead of forecast future contributions from employees or third parties and attribute them to periods or service as negative benefits.

**Impact of changes in accounting policies**

As management believes the impact of K-IFRS No. 1019 on the Company's prior year's consolidated financial statement is not significant, the comparative period's consolidated financial statements are not restated.

12

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

---

**3. Summary of Significant Accounting Policies**

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.  The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".  The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.  At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction.  Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.  When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.  Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.  Equity investments are excluded from cash and cash equivalents.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Non-derivative financial assets**

The Company recognizes and measures non-derivative financial assets by the following four categories: financial assets at fair value through profit or loss, held-to-maturity financial assets, loans and receivables and available-for-sale financial assets.   The Company recognizes financial assets in the separate statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Upon initial recognition, non-derivative financial assets are measured at their fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

(a) Financial assets at fair value through profit or loss

Financial assets are classified at fair value through profit or loss if they are held for trading or designated as such upon initial recognition.   Upon initial recognition, transaction costs are recognized in profit or loss when incurred.   Financial assets at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.

(b) Held-to-maturity financial assets

A non-derivative financial asset with a fixed or determinable payment and fixed maturity, for which the Company has the positive intention and ability to hold to maturity, is classified as held-to-maturity financial assets.   Subsequent to initial recognition, held-to-maturity financial assets are measured at amortized cost using the effective interest method.

(c) Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market.   Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method unless the effect of discounting is immaterial.

14

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(d) Available-for-sale financial assets

Available-for-sale financial assets are those non-derivative financial assets that are designated as available-for-sale or are not classified as financial assets at fair value through profit or loss, held-to-maturity financial assets or loans and receivables.  Subsequent to initial recognition, they are measured at fair value, with changes in fair value, net of any tax effect, recorded in other comprehensive income in equity.  Investments in equity instruments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured and derivatives that are linked to and must be settled by delivery of such unquoted equity instruments are measured at cost.  When a financial asset is derecognized or impairment losses are recognized, the cumulative gain or loss previously recognized in other comprehensive income is reclassified from equity to profit or loss.  Dividends on an available-for-sale equity instrument are recognized in profit or loss when the Company's right to receive payment is established.

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset.  Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method.   The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition.   The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value.   The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs.   The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

16

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.   Investment property is measured initially at its cost.   Transaction costs are included in the initial measurement.   Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.   The carrying amount of the replaced part is derecognized.   The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.   The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.   The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.   The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.   Leased assets are depreciated over the shorter of the lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.   Land is not depreciated.

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4-9 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.   Other borrowing costs are recognized in expense as incurred.   A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.   Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.   Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.   The Company immediately recognizes other borrowing costs as an expense.   To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.   The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.   The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

|  |  |
|---|---|
| Intellectual property rights | 7 years |
| Development costs | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.   All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

**Impairment for financial assets**

A financial asset not carried at fair value through profit or loss is assessed at each reporting date to determine whether there is objective evidence that it is impaired.   A financial asset is impaired if objective evidence indicates that a loss event has occurred after the initial recognition of the asset, and that the loss event had a negative effect on the estimated future cash flows of that asset that can be estimated reliably.   However, losses expected as a result of future events, regardless of likelihood, are not recognized.

Objective evidence that a financial asset or group of financial assets are impaired includes:

(a) significant financial difficulty of the issuer or obligor
(b) a breach of contract, such as a default or delinquency in interest or principal payments
(c) the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
(d) it becoming probable that the borrower will enter bankruptcy or other financial reorganization
(e) the disappearance of an active market for that financial asset because of financial difficulties
(f) observable data indicating that there is a measurable decrease in the estimated future cash flows from a group of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the group.

In addition, for an investment in an equity security, a significant or prolonged decline in its fair value below its cost is objective evidence of impairment.

22

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

If there is objective evidence that financial assets are impaired, impairment losses are measured and recognized.

(a) Financial assets measured at amortized cost

An impairment loss in respect of a financial asset measured at amortized cost is calculated as the difference between its carrying amount and the present value of its estimated future cash flows discounted at the asset's original effective interest rate.   If it is not practicable to obtain the instrument's estimated future cash flows, impairment losses would be measured by using prices from any observable current market transactions.   The Company can recognize impairment losses directly or establish a provision to cover impairment losses.   If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss shall be reversed either directly or by adjusting an allowance account.

(b) Financial assets carried at cost

If there is objective evidence that an impairment loss has occurred on an unquoted equity instrument that is not carried at fair value because its fair value cannot be reliably measured, or on a derivative asset that is linked to and must be settled by delivery of such an unquoted equity instrument, the amount of the impairment loss is measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset.   Such impairment losses are not reversed.

(c) Available-for-sale financial assets

When a decline in the fair value of an available-for-sale financial asset has been recognized in other comprehensive income and there is objective evidence that the asset is impaired, the cumulative loss that had been recognized in other comprehensive income shall be reclassified from equity to profit or loss as a reclassification adjustment even though the financial asset has not been derecognized.   Impairment losses recognized in profit or loss for an investment in an equity instrument classified as available-for-sale are not reversed through profit or loss.   If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss shall be reversed, with the amount of the reversal recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

---

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives are measured at fair value, and changes therein are recognized in profit or loss.

(a) Embedded derivatives

Embedded derivatives are separated from the host contract and accounted for separately only if the following criteria have been met: (a) the economic characteristics and risks of the host contract and the embedded derivatives are not clearly and closely related to a separate instrument with the same terms as the embedded derivative that would meet the definition of a derivative, and (b) the hybrid (combined) instrument is not measured at fair value through profit or loss.   Changes in the fair value of separable embedded derivatives from the host contract are recognized immediately in profit or loss.

(b) Other derivatives

Changes in the fair value of a derivative that is not designated as a hedging instrument are recognized immediately in profit or loss.

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities at fair value through profit or loss or other financial liabilities in accordance with the substance of the contractual arrangement and the definitions of financial liabilities.   The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities at fair value through profit or loss

Financial liabilities at fair value through profit or loss include financial liabilities held for trading or designated as upon initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

25

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Other financial liabilities

Non-derivative financial liabilities other than financial liabilities at fair value through profit or loss are classified as other financial liabilities.   At the date of initial recognition, other financial liabilities are measured at fair value minus transaction costs that are directly attributable to the acquisition.   Subsequent to initial recognition, other financial liabilities are measured at amortized cost using the effective interest method.   The Company derecognizes a financial liability from the consolidated statement of financial position when it is extinguished (i.e. when the obligation specified in the contract is discharged, cancelled or expires).

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service.   When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss.   If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets.   The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

26

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid.   If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan.   The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value.   The fair value of plan assets is deducted.   The calculation is performed annually by an independent actuary using the projected unit credit method.

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.   The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2015 and 2014**

---

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.   The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.   Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation.   The reimbursement shall be treated as a separate asset.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as below pursuant to the *Act on the Allocation and Trading of Greenhouse Gas Emission Permits* which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge or purchased from the market. The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and are initially measured at cost and subsequent to initial recognition, are carried at cost less accumulated impairment losses. Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government in which the future economic benefits are no longer expected to be probable.

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas. Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable. Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period. The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

29

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.  No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.  When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.  When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue**

Revenue from the sale of goods, services provided and the use of assets is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates, which are not significant for all periods presented.

(a) Sale of goods

Revenue from the sale of goods in the ordinary course of activities is measured at the fair value of the consideration received or receivable, net of returns, trade discounts and volume rebates.  Revenue is recognized when persuasive evidence exists, usually in the form of an executed sales agreement, that the significant risks and rewards of ownership have been transferred to the buyer, recovery of the consideration is probable, the associated costs and possible return of goods can be estimated reliably, there is no continuing management involvement with the goods, and the amount of revenue can be measured reliably.  The appropriate timing for transfer of risks and rewards varies depending on the individual terms and conditions of the sales contract.  For international sales, this timing depends on the type of international commercial terms of the contract.

(b) Rental income

Rental income from investment property, net of lease incentives granted, is recognized in profit or loss on a straight-line basis over the term of the lease.

30

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**Finance income and finance costs**

Finance income comprises interest income on funds invested (including available-for-sale financial assets), dividend income, gains on the disposal of available-for-sale financial assets and changes in the fair value of financial assets at fair value through profit or loss. Interest income is recognized as it accrues in profit or loss, using the effective interest method. Dividend income is recognized in profit or loss on the date that the Company's right to receive payment is established.

Finance costs comprise interest expense on borrowings and changes in the fair value of financial assets at fair value through profit or loss. Borrowing costs are recognized in profit or loss using the effective interest rate method.

**Income tax**

Income tax expense comprises current and deferred tax. Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years. The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities. The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future. The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized. However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period. Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income. Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**New standards and interpretations not yet adopted**

The following new standards, interpretations and amendments to existing standards have been published and are mandatory for the Company for annual periods beginning after January 1, 2015, and the Company has not early adopted them.

(a) Amendments to K-IFRS No. 1027 "Separate Financial Statements"

Amendments to K-IFRS No. 1027 introduced the equity method of accounting for investments in subsidiaries, associates and joint ventures as a third option in the entity's separate financial statements, in addition to the existing cost and fair value options.   This amendment is effective for annual periods beginning on or after January 1, 2016.

Management believes there is no impact of the amendments on the company's separate financial statements, because management plan not to adopt the equity method of accounting.

(b) Amendments to K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109, published in December 2015, replaces the existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement".   K-IFRS No. 1109 includes revised guidance on the classification and measurement of financial instruments, a new expected credit loss model for calculating impairment on financial assets, and new general hedge accounting requirements.   It also carries forward the guidance on recognition and derecognition of financial instruments from K-IFRS No. 1039.   K-IFRS No. 1109 is effective for annual periods beginning on or after January 1, 2018, with early adoption permitted.

As of December 31, 2015, the Company couldn't estimate the impact on its separate financial statements resulting from the application of K-IFRS No. 1109.

(c) Establishment of K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115, published in January 2016, establishes a comprehensive framework for determining whether, how much and when revenue is recognized.   It replaces existing revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts" and K-IFRS No. 2113 "Customer Loyalty Programs".   K-IFRS No. 1115 is effective for annual reporting periods beginning on or after January 1, 2018, with early adoption permitted.

As of December 31, 2015, the Company couldn't estimate the impact on its separate financial statements resulting from the application of K-IFRS No. 1115.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

(a) Financial risk management

1) Risk management framework

   The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

   The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

2) Credit risk

   Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

34

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

---

The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred but not yet identified.   The collective loss allowance is determined based on historical data of payment statistics for similar financial assets. Debt securities are analyzed individually, and an expected loss shall be directly deducted from debt securities.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.   Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk management

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategy investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

35

3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

4) Market risk management

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.   The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.   The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.   In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.   The Company has excessive foreign currency inflows converted from lack, reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rates and variable interest rate. The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

③ Other market risk

Equity price risk arises from listed equity securities among available-for-sale equity securities.   Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.   Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Management of capital risk

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.   The capital structure of the Company consists of equity and net debt, deducting cash and cash equivalents and current financial instruments from borrowings.   The Company applied the same financial risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2015 and 2014 is as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Total borrowings | ₩ | 5,288,827 | 6,537,217 |
| Less: Cash and cash equivalents | | 1,634,106 | 1,742,767 |
| Net borrowings | | 3,654,721 | 4,794,450 |
| Total equity | ₩ | 43,025,557 | 42,475,431 |
| Net borrowings-to-equity ratio | | 8.49% | 11.29% |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 5. Cash and Cash Equivalents

Cash and cash equivalents as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 1,480 | 867 |
| Time deposits | | 390,000 | 545,000 |
| Other cash equivalents(*1) | | 1,242,626 | 1,196,900 |
| | ₩ | 1,634,106 | 1,742,767 |

(*1) Mainly include money market trust and others.

### 6. Trade Accounts and Notes Receivable

Trade accounts and notes receivable as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 2,749,056 | 3,166,238 |
| Less: Allowance for doubtful accounts | | (8,952) | (8,972) |
| | ₩ | 2,740,104 | 3,157,266 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 30,034 | 32,247 |
| Less: Present value discount | | (7,852) | (7,396) |
| Less: Allowance for doubtful accounts | | (2,287) | (1,010) |
| | ₩ | 19,895 | 23,841 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

## 7. Other Receivables

Other receivables as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| **Current** | | | |
| Short-term loans | ₩ | - | 4,748 |
| Other accounts receivable | | 233,415 | 564,765 |
| Others | | 13,341 | 3,950 |
| Less: Allowance for doubtful accounts | | (325) | (10,533) |
| | ₩ | 246,431 | 562,930 |
| **Non-current** | | | |
| Long-term loans | ₩ | 24,293 | 21,229 |
| Long-term other accounts receivable | | 66,541 | 2,334 |
| Others | | 2,923 | 2,797 |
| | ₩ | 93,757 | 26,360 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 8. Other Financial Assets

(a) Other financial assets as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Current** | | | |
| Short term derivatives assets held for trading | ₩ | 12,591 | 708 |
| Available-for-sale securities (bonds) | | 15,000 | - |
| Short-term financial instruments(*1,2) | | 3,291,828 | 609,584 |
| Cash deposits(*3,4) | | 6,593 | 83,437 |
| | ₩ | 3,326,012 | 693,729 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading(*5) | ₩ | 78,292 | 9,525 |
| Available-for-sale securities (equity instruments) | | 1,723,082 | 1,767,621 |
| Available-for-sale securities (others) | | 2,967 | 17,408 |
| Cash deposits(*6) | | 33 | 36 |
| | ₩ | 1,804,374 | 1,794,590 |

(*1) Short-term financial instruments amounting to ₩1,384 million are levied in relation to pending litigations as of December 31, 2015 and 2014.

(*2) Short-term financial instruments amounting to ₩5,200 million are provided as collateral in relation to long term borrowings from National Forestry Cooperatives Federation as of December 31, 2014.

(*3) Deposits amounting to ₩6,593 million and ₩5,465 million as of December 31, 2015 and 2014, respectively, are restricted in relation to government assigned project.

(*4) As of December 31, 2014, ₩77,972 million of deposits have been provided as collateral for disposal of investments in subsidiaries.

(*5) The Company assessed the values of its put option and earn-out consideration in relation to the residual equity upon the Company's disposal of SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd). Accordingly, the Company has recognized derivatives assets for the values of both amounting to ₩63,300 million and ₩14,992 million, respectively, as of December 31, 2015.

(*6) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Available-for-sale equity securities as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | | | 2015 | | | | 2014 |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of available-for-sale investments | Accumulated impairment loss | Book value | Book value |
| **Marketable equity securities** | | | | | | | | |
| Hana Financial group Inc. | 2,430,498 | 0.82 | ₩ 15,633 | 57,359 | 41,726 | - | 57,359 | 77,776 |
| Nippon Steel & Sumitomo Metal Corporation | 23,835,200 | 2.51 | 719,622 | 559,740 | (159,882) | - | 559,740 | 659,926 |
| Hyundai Heavy Industries Co., Ltd.(*1) | 1,477,000 | 1.94 | 343,506 | 129,681 | - | (213,825) | 129,681 | 169,855 |
| Shinhan Financial group Inc. | 4,369,881 | 0.92 | 228,778 | 172,829 | 50,193 | (106,142) | 172,829 | 194,241 |
| KB Financial group Inc.(*1) | 11,590,550 | 3.00 | 536,516 | 384,227 | - | (152,289) | 384,227 | 418,998 |
| Seoul Semiconductor Co., Ltd.(*1) | 591,000 | 1.01 | 24,999 | 9,279 | 887 | (16,607) | 9,279 | 11,938 |
| SAMWONSTEEL Co., Ltd. | 5,700,000 | 14.25 | 8,930 | 20,748 | 18,221 | (6,403) | 20,748 | 23,513 |
| Others (10 companies)(*1) | | | 92,110 | 60,617 | 9,005 | (40,498) | 60,617 | 64,143 |
| | | | 1,970,094 | 1,394,480 | (39,850) | (535,764) | 1,394,480 | 1,620,390 |
| **Non-marketable equity securities** | | | | | | | | |
| Congonhas Minerios S.A.(*3,4) | 3,658,394 | 2.02 | 221,535 | 221,535 | - | - | 221,535 | - |
| Dongbu Metal Co., Ltd.(*1,4) | 3,000,000 | 10.00 | 98,242 | - | - | (98,242) | - | 17,295 |
| Poongsan Special Metal Corp.(*5) | 315,790 | 5.00 | 7,657 | 7,657 | - | - | 7,657 | 7,657 |
| Intellectual Discovery(*5) | 1,000,000 | 14.27 | 5,000 | 5,000 | - | - | 5,000 | 5,000 |
| Tuwaurqi Steel Mill(*2) | 129,600,000 | 16.18 | 17,015 | - | - | (17,015) | - | 17,015 |
| Others (37 companies)(*2,5) | | | 109,508 | 94,410 | 250 | (15,348) | 94,410 | 100,264 |
| | | | 458,957 | 328,602 | 250 | (130,605) | 328,602 | 147,231 |
| | | | ₩ 2,429,051 | 1,723,082 | (39,600) | (666,369) | 1,723,082 | 1,767,621 |

(*1)  During the year ended December 31, 2015, the Company has recognized additional impairment losses of ₩40,174 million, ₩12,170 million, ₩3,546 million, ₩2,975 million, ₩628 million and ₩17,295 million on securities of Hyundai Heavy Industries Co., Ltd., KB Financial Group Inc., Seoul Semiconductor Co., Ltd., PT. Krakatau Steel, Steel Flower Co., Ltd. and Dongbu Metal Co., Ltd, respectively, due to the prolonged decline in the fair value of the shares.

(*2)  During the year ended December 31, 2015, the Company has recognized impairment losses of ₩17,015 million and ₩6,554 million on securities of Tuwaurqi Steel Mill and Troika Foreign Resource Development Fund due to the significant decline in the fair value of the shares.

(*3)  The Company exchanged shares of Nacional Minerios S.A. with shares of Congonhas Minerios S.A., the corporation newly established by a merger.  The shares of Congonhas Minerios S.A. were measured at fair value because the Company decided that the transaction has commercial substance.  The 0.67% of the shares were disposed to Companhia Siderurgica Nacional according to the merger agreement, and the Company recognized ₩57,937 million of gain on disposal of available-for-sale investments (Note 10).

(*4)  Fair value is based on an analysis performed by an external professional evaluation agency.

(*5)  Non-marketable financial assets whose fair values cannot be reliably measured are recorded at cost.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 9. Inventories

(a) Inventories as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Finished goods | ₩ | 717,320 | 901,524 |
| Semi-finished goods | | 964,062 | 1,207,143 |
| By-products | | 5,983 | 21,439 |
| Raw materials | | 656,117 | 822,273 |
| Fuel and materials | | 523,796 | 510,508 |
| Materials-in-transit | | 574,409 | 944,966 |
| Others | | 578 | 582 |
| | | 3,442,265 | 4,408,435 |
| Less: Allowance for inventories valuation | | (15,254) | (24,867) |
| | ₩ | 3,427,011 | 4,383,568 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Beginning | ₩ | 24,867 | 4,532 |
| Loss on valuation of inventories | | 15,254 | 24,867 |
| Realization on disposal of inventories | | (24,867) | (4,532) |
| Ending | ₩ | 15,254 | 24,867 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**10. Assets Held for Sale**

Assets held for sale as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| Available-for-sale securities(*1) | ₩ | - | 580,062 |
| Investments in subsidiaries(*2,3,4,5,6) | | - | 468,443 |
| Property, plant and equipment(*7) | | 25,892 | 2,672 |
| | ₩ | 25,892 | 1,051,177 |

(*1)  During the year ended December 31, 2014, the Company determined to dispose of its shares in Nacional Minerios S.A. (which was an available-for-sale investment of the Company) in exchange for shares in the newly incorporated entity as Nacional Minerios S.A. entered into a merger agreement with another entity.  Accordingly, the Company reclassified its investment in Nacional Minerios S.A. as assets held for sale, and the Company has recognized ₩95,737 million of impairment loss on assets held for sale. Exchange of the asset held for sale was completed during the year ended December 31, 2015, and the Company has recognized ₩188,927 million of loss on disposal of assets held for sale.

(*2)  The Company determined to dispose of 52.2% of shares of SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd) to SeAH Besteel Corp. and reclassified the investment in subsidiaries of ₩454,943 million as assets held for sale during the year ended December 31, 2014.  Disposal of the asset held for sale was completed during the year ended December 31, 2015, and the Company has recognized ₩20,133 million of loss on disposal of the asset held for sale.

(*3)  The Company determined to dispose of 29.4% of shares of POSCO ENGINEERING & CONSTRUCTION., LTD., a subsidiary of the Company, to special purpose company established by PIF, Saudi Arabia National Fund, and reclassified the investment in subsidiaries of ₩496,402 million as assets held for sale.   Disposal of the asset held for sale was completed during the year ended December 31, 2015 and the Company has recognized ₩346,221 million of gain on disposal of the asset held for sale.

(*4)  The Company determined to dispose of the shares of POSFINE Co., Ltd, a subsidiary of the Company, to Hahn & Company PRIVATE EQUITY FUND No.1, and reclassified the investment in the subsidiary of ₩13,500 million as assets held for sale.   Disposal of the asset held for sale was completed during the year ended December 31, 2015, and the Company has recognized ₩33,577 million of gain on disposal of the asset held for sale.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(*5) The Company determined to dispose of the shares of POREKA Co., Ltd. a subsidiary of the Company, to COMM.TOGETHER Co., LTD. and entered into a disposal contract during the year ended December 31, 2015.   Accordingly, the Company reclassified the accompanying investment in the subsidiary amounting to ₩1,000 million as assets held for sale.   Disposal of the asset held for sale was completed during the year ended December 31, 2015 and the Company has recognized ₩1,798 million of gain on disposal of the asset held for sale.

(*6) The Company determined to dispose of the shares of POSCO-Uruguay S.A, a subsidiary of the Company, during the year ended December 31, 2015, and reclassified the investment in subsidiaries of ₩20,803 million as assets held for sale.   Disposal of the asset held for sale was completed and the Company has recognized ₩715 million of loss on disposal of the asset held for sale.

(*7) The Company determined to make a contribution of 1 FINEX facilities in kind to a new joint venture, and has signed in Memorandum of Association (MOA) with Uttam Galva Steels Limited. in India.   The Company has classified the relating facilities of ₩25,892 million as assets held for sale.

**11. Investments in Subsidiaries, Associates and Joint ventures**

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Subsidiaries | ₩ | 12,502,042 | 13,257,282 |
| Associates | | 948,006 | 647,973 |
| Joint ventures | | 2,287,239 | 2,273,636 |
| | ₩ | 15,737,287 | 16,178,891 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Details of subsidiaries and carrying values as of December 31, 2015 and 2014 are as follows:

*(in millions of Won)*

| | Country | Principal operations | 2015 | | | | | 2014 |
|---|---|---|---|---|---|---|---|---|
| | | | Number of shares | Ownership (%) | Acquisition cost | Net asset value | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| Daewoo International Corporation | Korea | Trading | 68,681,566 | 60.31 ₩ | 3,371,481 | 2,366,913 | 3,371,481 | 3,371,481 |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | Korea | Engineering and construction | 22,073,568 | 52.80 | 1,014,314 | 3,505,079 | 1,014,314 | 1,510,716 |
| POSCO Green Gas Technology | Korea | Gas production and sales | 13,652 | 100.00 | 682,600 | 664,313 | 682,600 | 682,600 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | 40,234,508 | 89.02 | 658,176 | 1,563,353 | 658,176 | 658,176 |
| POSCO Processing&Service | Korea | Steel sales and trading | 20,340,136 | 96.01 | 624,678 | 872,001 | 624,678 | 624,678 |
| POSCO PLANTEC Co., Ltd.(*1) | Korea | Other structural metal product manufacturing | - | - | - | - | - | 341,293 |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.)(*2) | Korea | Special steel manufacturing and sales | - | - | - | - | - | 173,899 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | 3,412,000 | 56.87 | 108,421 | 181,969 | 108,421 | 108,421 |
| POSCO Capital Co., Ltd | Korea | Investment in venture companies | 19,700,000 | 95.00 | 103,780 | 113,406 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory Manufacturing and sales | 35,442,000 | 60.00 | 100,535 | 540,129 | 100,535 | 100,535 |
| POSMATE | Korea | Business facility maintenance | 902,946 | 57.25 | 73,374 | 177,108 | 73,374 | 72,804 |
| POSCO ICT | Korea | Computer hardware and software distribution | 99,403,282 | 65.38 | 70,990 | 354,585 | 70,990 | 70,990 |
| POSCO M-TECH(*3,4) | Korea | Packing materials manufacturing and sales | 20,342,460 | 48.85 | 107,278 | 76,418 | 53,651 | 66,067 |
| POSCO Family Strategy Fund | Korea | Investment in venture companies | 460 | 69.90 | 45,273 | 46,102 | 45,273 | 40,000 |
| Busan E&E Co., Ltd.(*5) | Korea | Refuse derived fuel and power generation | 6,029,660 | 70.00 | 30,148 | 42,631 | 30,148 | 30,148 |
| Others (10 companies) | Korea | | | | 216,999 | 306,607 | 162,547 | 134,196 |
| | | | | | 7,208,047 | 10,810,614 | 7,099,968 | 8,089,784 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 813,431 | 439,978 | 813,431 | 855,110 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | 603,179,311 | 100.00 | 623,258 | 427,328 | 623,258 | 611,248 |
| POSCO Maharashtra Steel Private Limited | India | Steel manufacturing and sales | 260,506,032 | 100.00 | 536,860 | 201,308 | 536,860 | 465,788 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | 761,775 | 100.00 | 330,623 | 623,177 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 58.60 | 283,845 | 404,829 | 283,845 | 284,392 |
| POSCO Thainox Public Company Limited(*6) | Thailand | Stainless steel manufacturing and sales | 6,620,532,219 | 84.93 | 500,740 | 293,993 | 251,812 | 329,756 |
| POSCO SS-VINA | Vietnam | Steel manufacturing and sales | - | 100.00 | 241,426 | 154,230 | 241,426 | - |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 240,430 | 230,749 | 240,430 | 240,430 |
| POSCO-India Private Limited | India | Steel manufacturing and sales | 764,999,999 | 99.99 | 184,815 | 121,474 | 184,815 | 184,815 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing and sales | 2,686,705,272 | 84.84 | 180,069 | 223,046 | 180,069 | 182,110 |
| POSCO America Corporation | USA | Steel trading | 415,530 | 99.45 | 167,285 | 59,620 | 167,285 | 167,285 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing | - | 100.00 | 160,572 | 11,460 | 160,572 | 156,778 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing and sales | - | 95.65 | 144,573 | 19,571 | 144,573 | 145,049 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | 117,187,089 | 83.64 | 130,751 | 112,410 | 130,751 | 131,051 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | Thailand | Steel manufacturing and sales | 36,000,000 | 100.00 | 121,592 | 116,294 | 121,592 | 90,012 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Stainless steel manufacturing and sales | 144,579,160 | 60.00 | 92,800 | 43,548 | 92,800 | 95,213 |
| POSCO Investment Co., Ltd | Hong Kong | Finance | 5,000,000 | 100.00 | 85,521 | 122,818 | 85,521 | 86,775 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | 90,438 | 100.00 | 68,436 | 114,708 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing | - | 70.00 | 65,982 | 83,968 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 62,494 | 123,536 | 62,494 | 62,494 |
| POSCO Electrical Steel India Private Limited | India | Electrical steel processing and sales | 25,817,932 | 100.00 | 57,119 | 27,029 | 57,119 | 58,441 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Trading | 1,390 | 100.00 | 50,297 | 33,504 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | 45,479 | (19,477) | 45,479 | 45,479 |
| POSCO China Dalian Plate Processing Center Co., Ltd. | China | Heavy plate processing and sales | - | 80.00 | 32,992 | 4,423 | 32,992 | 32,992 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel and raw material trading | 9,360,000 | 100.00 | 32,189 | 51,137 | 32,189 | 32,189 |
| POSCO(Guangdong) Steel Co., Ltd. | China | Plate steel sheet manufacturing and sales | - | 87.04 | 31,299 | 32,463 | 31,299 | 31,299 |
| POSCO-Uruguay S.A(*7) | Uruguay | Wood manufacturing and sales | - | | | | | 30,243 |
| Others (33 companies) | | | | | 375,173 | 509,655 | 366,124 | 333,211 |
| | | | | | 5,660,051 | 4,566,779 | 5,402,074 | 5,167,498 |
| | | | | ₩ | 12,868,098 | 15,377,393 | 12,502,042 | 13,257,282 |

(*1) On September 30, 2015, in order to improve its financial standing and normalize operation, the associate reached a workout agreement with its Creditor Financial Institutions Committee.   As a result, the Company lost its control and classified its shares as the investment in an associate.

(*2) During the year ended December 31, 2015, the Company disposed of 52.2% of shares of SeAH Changwon Integrated Special Steel Corp. (formerly, POSCO Specialty Steel Co., Ltd), which resulted in the Company's loss of control, and the Company classified the remaining investment as investment in an associate.

(*3) It was classified as an investment in a subsidiary as the Company has control over more than half of the voting rights by virtue of an agreement with Postech, which has 4.72% of ownership in POSCO M-TECH.

45

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(*4) As of December 31, 2015, there is an objective evidence of impairment due to the prolonged decline in the fair value of POSCO M-TECH below their costs. Recoverable amount was determined based on fair value less cost to sell, which was calculated by adding a 18% control premium and reflecting cost to sell to its stock price as of December 31, 2015. As a result, the Company recognized an impairment loss of ₩12,416 million as carrying values were higher than their recoverable amount.

(*5) As of December 31, 2015, the investment in a subsidiary amounting to ₩30,148 million were provided as collateral in relation to the loan agreements of Busan E&E Co,. Ltd.

(*6) As of December 31, 2015, there is an objective evidence of impairment due to the prolonged decline in the fair value of POSCO Thainox Public Company Limited below their costs. Recoverable amount was determined based on value in use, which was calculated by applying a discount rate of 8.4% and a perpetual growth rate of 2.5%. As a result, the Company recognized an impairment loss of ₩77,944 million as carrying values were higher than their recoverable amount.

(*7) The Company recognized an impairment loss of ₩9,441 million as the carrying value of shares of POSCO-Uruguay S.A. was higher than its recoverable amount. Liquidation of the shares was completed in the year ended December 31, 2015.

(c) Details of associates and carrying values as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | Country | Principal operations | 2015 | | | | 2014 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Number of shares | Ownership (%) | Acquisition cost | Net asset value | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| EQP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,106,080,000 | 27.40 | ₩ 169,106 | 608,379 | 169,106 | 169,106 |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.)(*1,2,3) | Korea | Specialty steel manufacturing and sales | 7,190,000 | 19.94 | 173,899 | 728,084 | 159,978 | - |
| POSCO PLANTEC Co., Ltd.(*4,5) | Korea | Other structural metal product manufacturing | 110,027,475 | 60.84 | 520,588 | (115,132) | 140,890 | - |
| SNNC Co., Ltd. | Korea | STS material Manufacturing and sales | 18,130,000 | 49.00 | 100,655 | 241,072 | 100,655 | 100,655 |
| Others (5 companies) | | | | | 23,747 | 130,160 | 23,746 | 21,867 |
| | | | | | 987,995 | 1,592,563 | 594,375 | 291,628 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and Sales | 3,234,698 | 49.00 | 189,197 | 206,989 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*1) | Canada | Mine investment | 114,452,000 | 10.40 | 124,341 | 1,301,614 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 11,003 | 62,340 | 11,003 | 11,003 |
| Others (6 companies) | | | | | 31,089 | 22,434 | 29,090 | 31,804 |
| | | | | | 355,630 | 1,593,377 | 353,631 | 356,345 |
| | | | | | ₩ 1,343,625 | 3,185,940 | 948,006 | 647,973 |

(*1) As of December 31, 2015, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

(*2) During the year ended December 31, 2015, POSCO Specialty Steel Co., Ltd changed its corporate name to SeAH Changwon Integrated Special Steel.

46

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(*3)  During the year ended December 31, 2015, there is an objective evidence of impairment including receipt of dividend upon disposal contract of SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd), and, accordingly, the impairment test was performed.   Recoverable amounts were determined based on value in use, which was calculated by applying a discount rate of 7.9% and a perpetual growth rate of 1.0%.   As a result, the Company recognized an impairment loss of ₩13,921 million as the carrying values were higher than their recoverable amounts as of December 31, 2015.

(*4)  On September 30, 2015, in order to improve its financial standing and normalize operation, the associate reached a workout agreement with its Creditor Financial Institutions Committee.   As a result, the Company lost its control and classified its share as the investment in an associate.

(*5)  As of December 31, 2015, there is objective evidence of impairment due to the prolonged decline at fair value of POSCO PLANTEC Co., Ltd, and, accordingly, the impairment test was performed.   Recoverable amounts were determined based on fair value less cost to sell, and the Company has recognized an impairment loss of ₩200,403 million as the carrying values were higher than its recoverable amount.

(d)  Details of joint ventures and carrying values as of December 31, 2014 and 2015 are as follows:

| (in millions of Won) | Country | Principal operations | 2015 | | | | 2014 |
|---|---|---|---|---|---|---|---|
| | | | Number of shares | Ownership (%) | Acquisition cost | Net asset value | Book value | Book value |
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 1,225,464 | 2,710,956 | 1,225,464 | 1,225,464 |
| CSP - Compania Siderurgica do Pecem | Brazil | Steel manufacturing and sales | 827,771,230 | 20.00 | 469,891 | 529,977 | 488,200 | 469,891 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 364,609 | 762,719 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Facilities lease | 2,010,719,185 | 50.00 | 98,962 | 164,787 | 98,962 | 98,962 |
| Others (4 companies) | | | | | 110,004 | 455,048 | 110,004 | 114,710 |
| | | | | | ₩ 2,268,930 | 4,623,487 | 2,287,239 | 2,273,636 |

(*1)  As of December 31, 2015 and 2014, the investments in joint ventures amounting to ₩1,225,464 million were provided as collateral in relation to loan from project financing of Roy Hill Holdings Pty Ltd.

47

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 12. Investment Property, Net

(a) Investment property as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 35,557 | - | 35,557 | 36,020 | - | 36,020 |
| Buildings | | 94,592 | (47,193) | 47,399 | 95,568 | (45,456) | 50,112 |
| Structures | | 6,919 | (3,123) | 3,796 | 7,009 | (3,004) | 4,005 |
| | ₩ | 137,068 | (50,316) | 86,752 | 138,597 | (48,460) | 90,137 |

The fair value of investment property as of December 31, 2015 is ₩398,067 million.

(b) Changes in the carrying value of investment property for the years ended December 31, 2015 and 2014 were as follows:

1) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Acquisitions | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|---|
| Land | ₩ | 36,020 | - | - | (463) | 35,557 |
| Buildings | | 50,112 | 346 | (2,382) | (677) | 47,399 |
| Structures | | 4,005 | - | (164) | (45) | 3,796 |
| | ₩ | 90,137 | 346 | (2,546) | (1,185) | 86,752 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.
(*2) Mainly includes assets transferred to property, plant and equipment in relation to change in rental ratio and the purpose of use.

2) For the year ended December 31, 2014

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|---|---|
| Land | ₩ | 36,020 | - | - | - | - | 36,020 |
| Buildings | | 52,682 | 41 | (18) | (2,404) | (189) | 50,112 |
| Structures | | 4,177 | - | - | (160) | (12) | 4,005 |
| | ₩ | 92,879 | 41 | (18) | (2,564) | (201) | 90,137 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.
(*2) Mainly includes assets transferred to property, plant and equipment in relation to change in rental ratio and the purpose of use.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2015 and 2014

### 13. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 Acquisition cost | 2015 Accumulated depreciation | 2015 Accumulated impairment | 2015 Government grants | 2015 Book value | 2014 Acquisition cost | 2014 Accumulated depreciation | 2014 Accumulated impairment | 2014 Government grants | 2014 Book value |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,412,715 | - | - | - | 1,412,715 | 1,420,994 | - | - | - | 1,420,994 |
| Buildings | | 5,848,256 | (3,271,738) | (10,350) | - | 2,566,168 | 5,801,650 | (3,036,496) | (4,312) | - | 2,760,842 |
| Structures | | 4,706,714 | (2,177,873) | (8,975) | - | 2,519,866 | 4,617,918 | (1,996,823) | (8,542) | - | 2,612,553 |
| Machinery and equipment | | 35,754,426 | (21,661,048) | (79,299) | - | 14,014,079 | 35,056,496 | (20,530,303) | (22,927) | - | 14,503,266 |
| Vehicles | | 199,773 | (188,150) | - | - | 11,623 | 197,467 | (184,514) | - | - | 12,953 |
| Tools | | 193,116 | (169,396) | - | - | 23,720 | 187,712 | (164,388) | - | - | 23,324 |
| Furniture and fixtures | | 256,980 | (224,823) | (337) | - | 31,820 | 261,846 | (223,942) | (320) | - | 37,584 |
| Finance lease assets | | 11,466 | (5,733) | - | - | 5,733 | 11,466 | (5,096) | - | - | 6,370 |
| Construction-in-progress | | 933,426 | - | - | (5,000) | 928,426 | 960,329 | - | - | (5,000) | 945,329 |
| | ₩ | 49,316,872 | (27,698,761) | (98,961) | (5,000) | 21,514,150 | 48,505,878 | (26,141,562) | (36,101) | (5,000) | 22,323,215 |

(b) Changes in the carrying value of property, plant and equipment for the years ended December 31, 2015 and 2014 were as follows:

1) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,420,994 | - | (3,869) | - | - | (4,410) | 1,412,715 |
| Buildings | | 2,760,842 | 3,350 | (4,544) | (243,678) | (7,926) | 58,124 | 2,566,168 |
| Structures | | 2,612,553 | 4,339 | (2,826) | (192,301) | (473) | 98,574 | 2,519,866 |
| Machinery and equipment | | 14,503,266 | 76,768 | (45,843) | (1,593,413) | (59,485) | 1,132,786 | 14,014,079 |
| Vehicles | | 12,953 | 1,669 | - | (6,302) | - | 3,303 | 11,623 |
| Tools | | 23,324 | 6,824 | (15) | (11,091) | - | 4,678 | 23,720 |
| Furniture and fixtures | | 37,584 | 3,934 | (23) | (15,553) | (18) | 5,896 | 31,820 |
| Finance lease assets | | 6,370 | - | - | (637) | - | - | 5,733 |
| Construction-in-progress | | 945,329 | 1,436,840 | - | - | (2,772) | (1,450,971) | 928,426 |
| | ₩ | 22,323,215 | 1,533,724 | (57,120) | (2,062,975) | (70,674) | (152,020) | 21,514,150 |

(*1) The Company has recognized an impairment loss since recoverable amounts on magnesium smelting plant in Gangneung and facilities which are related to the project for replacement deteriorated hot-rolling mill (1st and 2nd) in Pohang and electric furnace of high mill (1st) in Pohang are less than their carrying values for the year ended December 31, 2015.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment and assets transferred from property, plant and equipment to investment property and assets held-for-sale.

49

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

2) For the year ended December 31, 2014

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,397,271 | 39 | (392) | - | - | 24,076 | 1,420,994 |
| Buildings | | 2,637,774 | 5,941 | (1,912) | (249,792) | (3,681) | 372,512 | 2,760,842 |
| Structures | | 2,469,046 | 11,239 | (1,750) | (194,088) | (8,072) | 336,178 | 2,612,553 |
| Machinery and equipment | | 13,202,710 | 125,297 | (29,430) | (1,574,903) | (18,543) | 2,798,135 | 14,503,266 |
| Vehicles | | 10,769 | 792 | (8) | (7,884) | - | 9,284 | 12,953 |
| Tools | | 25,680 | 5,795 | (54) | (15,996) | - | 7,899 | 23,324 |
| Furniture and fixtures | | 47,394 | 7,150 | (5) | (21,929) | (38) | 5,012 | 37,584 |
| Finance lease assets | | 7,007 | - | - | (637) | - | - | 6,370 |
| Construction-in-progress | | 3,442,952 | 1,628,325 | - | - | - | (4,125,948) | 945,329 |
| | ₩ | 23,240,603 | 1,784,578 | (33,551) | (2,065,229) | (30,334) | (572,852) | 22,323,215 |

(*1) The Company has recognized an impairment loss since the recoverable amounts of FINEX 1 plant and STS 1 steelmaking plant were lower than their carrying value.

(*2) Represents assets transferred from construction-in-progress to investment in subsidiary (₩558,915 million) and other property, plant and equipment, from investment property, to intangible assets, and to assets held-for-sale.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 665,138 | 1,227,496 |
| Borrowing costs capitalized | | 28,181 | 51,428 |
| Capitalization rate | | 4.24% | 4.19% |

## 14. Intangible Assets, Net

(a) Intangible assets as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | | | | 2014 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 29,824 | (9,827) | - | 19,997 | 24,829 | (7,235) | - | 17,594 |
| Membership | | 57,428 | - | (5,370) | 52,058 | 59,949 | - | (6,795) | 53,154 |
| Development expense | | 257,211 | (159,173) | - | 98,038 | 242,747 | (114,806) | - | 127,941 |
| Port facilities usage rights | | 626,765 | (361,190) | - | 265,575 | 511,212 | (349,184) | - | 162,028 |
| Construction-in-progress | | 31,951 | - | - | 31,951 | 16,756 | - | - | 16,756 |
| Other intangible assets | | 275,298 | (252,155) | - | 23,143 | 296,112 | (269,678) | - | 26,434 |
| | ₩ | 1,278,477 | (782,345) | (5,370) | 490,762 | 1,151,605 | (740,903) | (6,795) | 403,907 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

(b) Changes in the carrying value of intangible assets for the years ended December 31, 2015 and 2014 were as follows:

1) For the year ended December 31, 2015

| (in millions of Won) | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 17,594 | - | (126) | (2,829) | - | 5,358 | 19,997 |
| Membership(*1) | 53,154 | 2,861 | (3,680) | - | (11) | (266) | 52,058 |
| Development expense | 127,941 | 1,172 | - | (48,154) | - | 17,079 | 98,038 |
| Port facilities usage rights | 162,028 | - | - | (12,006) | - | 115,553 | 265,575 |
| Construction-in-progress | 16,756 | 36,863 | - | - | - | (21,668) | 31,951 |
| Other intangible assets | 26,434 | 2,422 | - | (7,753) | - | 2,040 | 23,143 |
| | ₩ 403,907 | 43,318 | (3,806) | (70,742) | (11) | 118,096 | 490,762 |

(*1) Economic useful life of membership is indefinite.

(*2) The company have recognized an impairment loss on some memberships since the recoverable amounts were less than carrying value .

(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

2) For the year ended December 31, 2014

| (in millions of Won) | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 13,812 | - | (217) | (2,261) | - | 6,260 | 17,594 |
| Membership(*1) | 48,877 | 5,896 | (2,209) | - | 590 | - | 53,154 |
| Development expense | 29,468 | 381 | - | (48,766) | - | 146,858 | 127,941 |
| Port facilities usage rights | 172,209 | - | - | (12,018) | - | 1,837 | 162,028 |
| Construction-in-progress | 153,719 | 16,414 | - | - | - | (153,377) | 16,756 |
| Other intangible assets | 20,698 | 13,577 | - | (11,067) | - | 3,226 | 26,434 |
| | ₩ 438,783 | 36,268 | (2,426) | (74,112) | 590 | 4,804 | 403,907 |

(*1) Economic useful life of membership is indefinite.

(*2) The Company reversed accumulated impairment loss up to the carrying value before recognition of any impairment loss since recoverable amounts of some memberships were higher than the carrying value.

(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 15. Other Assets

Other current assets and other long-term assets as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 7,912 | 9,828 |
| Prepaid expenses | | 19,722 | 21,864 |
| Others | | 449 | - |
| | ₩ | 28,083 | 31,692 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 6,215 | 6,344 |
| Others(*1) | | 128,578 | 126,909 |
| | ₩ | 134,793 | 133,253 |

(*1) As of December 31, 2015 and 2014, the Company recognized tax assets amounting to ₩124,787 million and ₩123,110 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment for prior years as a result of tax audits that were finalized in 2014 and claim for rectification are finalized.

### 16. Borrowings

(a) Borrowings as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Short-term borrowings** | | | |
| Current portion of long-term borrowings | ₩ | 126,579 | 236,553 |
| Current portion of loans from foreign financial institutions | | 401 | 418 |
| Current portion of debentures | | 1,859,610 | 1,000,000 |
| Less : Current portion of discount on debentures issued | | (868) | (681) |
| | ₩ | 1,985,722 | 1,236,290 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 141,868 | 447,437 |
| Loans from foreign financial institutions | | 200 | 627 |
| Debentures | | 3,175,406 | 4,871,627 |
| Less : Discount on debentures issued | | (14,369) | (18,764) |
| | ₩ | 3,303,105 | 5,300,927 |

52

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Current portion of long-term borrowings as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2015 | 2014 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others | 2006.10.31~ | 2017.03.15~ | | | | |
| | | 2011.04.28 | 2024.06.15 | 0.75 ~ 1.75 | ₩ | 15,532 | 15,532 |
| Borrowings | Export-Import Bank | 2010.02.18~ | 2017.02.18~ | | | | |
| | of Korea | 2010.07.26 | 2017.07.26 | 4.09 ~ 4.50 | | 111,047 | 221,021 |
| Loans from foreign financial institutions | NATIXIS(*1) | 1986.03.31 | 2017.03.31 | 2.00 | | 401 | 418 |
| Debentures | Domestic debentures 297 | 2011.03.04~ | 2016.03.04~ | | | | |
| | and others | 2011.09.07 | 2016.09.07 | 3.78 ~ 4.56 | | 1,299,507 | 999,319 |
| Debentures | Euro Bond 1 and others | 2006.08.10~ | 2016.08.10~ | | | | |
| | | 2013.12.11 | 2016.12.08 | 0.93 ~ 5.88 | | 559,235 | - |
| | | | | | ₩ | 1,985,722 | 1,236,290 |

(*1) Korea Development Bank has provided guarantees to the Company for loans from foreign financial institutions.

(c) Long-term borrowings excluding current portion, as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2015 | 2014 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others | 2006.10.31~ | 2017.03.15~ | | | | |
| | | 2011.04.28 | 2024.06.15 | 0.75 ~ 1.75 | ₩ | 36,522 | 55,662 |
| Borrowings | Korea National | 2007.12.27~ | 2022.06.25~ | 3 year | | | |
| | Oil Corporation | 2012.12.28 | 2026.12.29 | Government bond | | 14,472 | 14,159 |
| | Export-Import Bank | 2010.07.26~ | 2017.02.18~ | | | | |
| | of Korea | 2013.07.03 | 2017.07.26 | 4.09 ~ 4.50 | | 90,874 | 377,616 |
| Loans from foreign financial institutions | NATIXIS(*1) | 1986.03.31 | 2017.03.31 | 2.00 | | 200 | 627 |
| Debentures | Domestic debentures 304-1 | 2011.11.28~ | 2018.10.04~ | | | | |
| | and others | 2013.10.04 | 2023.10.04 | 3.35 ~ 4.12 | | 997,745 | 2,295,585 |
| Debentures | Samurai Bond 13 | 2010.10.28~ | 2018.12.10~ | | | | |
| | and others | 2013.12.11 | 2021.12.22 | 1.35 ~ 5.25 | | 2,163,292 | 2,557,278 |
| | | | | | ₩ | 3,303,105 | 5,300,927 |

(*1) Korea Development Bank has provided guarantees to the Company for loans from foreign financial institutions.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 17. Other Payables

Other payables as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 546,884 | 627,337 |
| Accrued expenses | | 380,383 | 386,014 |
| Dividend payable | | 9,882 | 9,523 |
| Finance lease liabilities | | 1,349 | 1,218 |
| Withholdings | | 8,237 | 8,404 |
| | ₩ | 946,735 | 1,032,496 |
| **Non-current** | | | |
| Long-term accounts payable | ₩ | - | 54,131 |
| Accrued expenses | | 26,250 | 22,767 |
| Finance lease liabilities | | 2,889 | 4,006 |
| Long-term withholdings | | 8,517 | 7,903 |
| | ₩ | 37,656 | 88,807 |

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Current** | | | |
| Derivatives liabilities(*1) | ₩ | 8,118 | - |
| Financial guarantee liabilities | | 17,558 | 9,236 |
| | ₩ | 25,676 | 9,236 |
| **Non-current** | | | |
| Financial guarantee liabilities | ₩ | 81,496 | 50,574 |

(*1) The Company assessed the values of call option of SeAH Besteel Corp. in relation to the residual equity held by the Company upon the disposal of SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd). Accordingly, the Company has recognized derivatives liabilities amounting to ₩8,118 million during the year ended December 31, 2015.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2015 and 2014

**19. Provisions**

(a) Provisions as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1) | ₩ | 7,271 | - | 8,423 | - |
| Provision for restoration(*2) | | 15,569 | 21,543 | 39,336 | 31,063 |
| Provision for litigation(*3) | | - | 411 | - | 411 |
| | ₩ | 22,840 | 21,954 | 47,759 | 31,474 |

(*1)  Represents the provision for bonuses limited to 100% of annual salaries for executives.

(*2)  Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province, a provision has been recognized with a present value of estimated costs for recovery.   In order to compute the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied a discount rate of 2.67% to assess present value of these costs.

(*3)  The Company has recognized provisions for certain litigations for the year ended December 31, 2015.

(b) Changes in provisions for the years ended December 31, 2015 and 2014 were as follows:

1) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 8,423 | 13,233 | (14,385) | 7,271 |
| Provision for restoration | | 70,399 | 2,174 | (35,461) | 37,112 |
| Provision for litigation | | 411 | - | - | 411 |
| | ₩ | 79,233 | 15,407 | (49,846) | 44,794 |

2) For the year ended December 31, 2014

| (in millions of Won) | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 8,501 | 10,643 | (10,721) | 8,423 |
| Provision for restoration | | - | 89,433 | (19,034) | 70,399 |
| Provision for litigation | | - | 411 | - | 411 |
| | ₩ | 8,501 | 100,487 | (29,755) | 79,233 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 19,763 | 18,229 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities in the statements of financial position as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,023,071 | 1,017,164 |
| Fair value of plan assets | | (1,012,599) | (931,006) |
| Net defined benefit liabilities | ₩ | 10,472 | 86,158 |

2) Changes in present value of defined benefit obligations for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,017,164 | 905,918 |
| Current service costs | | 118,770 | 113,688 |
| Interest costs | | 29,743 | 32,595 |
| Remeasurement : | | (58,397) | 47,604 |
|   - Loss (gain) from change in financial assumptions | | (43,377) | 36,238 |
|   - Gain from change in demographic assumptions | | (6,586) | (3,288) |
|   - Loss (gain) from change in others | | (8,434) | 14,654 |
| Transfer-in | | 283 | 1,959 |
| Benefits paid | | (84,492) | (84,600) |
| Defined benefit obligation at the end of period | ₩ | 1,023,071 | 1,017,164 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

3) Changes in the fair value of plan assets for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 931,006 | 805,268 |
| Interest on plan assets | | 29,330 | 31,911 |
| Remeasurement of plan assets | | (7,064) | (8,417) |
| Contributions to plan assets | | 128,000 | 146,000 |
| Transfer-in | | 283 | 1,959 |
| Benefits paid | | (68,956) | (45,715) |
| Fair value of plan assets at the end of period | ₩ | 1,012,599 | 931,006 |

The Company expects to make an estimated contribution of ₩128,000 million to the defined benefit plan assets in 2016.

4) The fair value of plan assets as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Debt instruments | ₩ | 83,540 | 125,353 |
| Deposits | | 857,343 | 749,749 |
| Others | | 71,716 | 55,904 |
| | ₩ | 1,012,599 | 931,006 |

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Current service costs | ₩ | 118,770 | 113,688 |
| Net interest costs(*1) | | 413 | 684 |
| | ₩ | 119,183 | 114,372 |

(*1) The actual return on plan assets amounted to ₩22,266 million and ₩23,494 million for the years ended December 31, 2015 and 2014, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Cost of sales | ₩ | 91,130 | 90,993 |
| Selling and administrative expenses | | 27,680 | 23,121 |
| Others | | 373 | 258 |
| | ₩ | 119,183 | 114,372 |

57

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Beginning | ₩ | (200,926) | (158,462) |
| Remeasurements of defined benefit plans | | 51,333 | (56,021) |
| Tax effects | | (12,423) | 13,557 |
| Ending | ₩ | (162,016) | (200,926) |

7) The principal actuarial assumptions as of December 31, 2015 and 2014 are as follows:

| | 2015 | 2014 |
|---|---|---|
| Discount rate | 2.47% | 2.96% |
| Expected future increases in salaries(*1) | 1.80% | 2.80% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past three years.

All assumptions are reviewed at the end of the reporting period.   Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (76,382) | (7.5) | 88,411 | 8.6 |
| Expected future increases in salaries | | 88,079 | 8.6 | (77,508) | (7.6) |

9) As of December 31, 2015 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 1,384 | 208,277 | 487,874 | 403,864 | 149,296 | 1,250,695 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining working lives of employees.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 21. Other Liabilities

Other liabilities as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| **Current** | | | |
| Advances received | ₩ | 8,811 | 88,880 |
| Withholdings | | 20,847 | 18,417 |
| Unearned revenue | | 1,623 | 1,211 |
| | | 31,281 | 108,508 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 16,623 | 234 |

### 22. Financial Instruments

(a) Classification of financial instruments

1) Financial assets as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| Financial assets at fair value through profit or loss | | | |
| Derivatives assets held for trading | ₩ | 90,883 | 10,233 |
| Available-for-sale financial assets | | 1,741,049 | 1,785,029 |
| Loans and receivables | | 7,954,222 | 6,024,798 |
| | ₩ | 9,786,154 | 7,820,060 |

2) Financial liabilities as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| Financial liabilities at fair value through profit or loss | | | |
| Derivatives liabilities held for trading | ₩ | 8,118 | - |
| Financial liabilities measured at amortized cost | | | |
| Trade accounts and notes payable | | 577,856 | 777,401 |
| Borrowings | | 5,288,827 | 6,537,217 |
| Financial guarantee liabilities(*1) | | 99,054 | 59,810 |
| Others | | 978,648 | 1,036,487 |
| | | 6,944,385 | 8,410,915 |
| | ₩ | 6,952,503 | 8,410,915 |

59

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

(*1) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2015.   The details of the amount of guarantees provided are as follows:

| *(in millions of Won)* | Financial institution | Guarantee limit | | Guarantee amount | |
|---|---|---|---|---|---|
| **Guarantee beneficiary** | | **Foreign currency** | **Won equivalent** | **Foreign currency** | **Won equivalent** |
| POSCO(Guangdong) | SMBC | USD 35,000,000 | 41,020 | 35,000,000 | 41,020 |
| Automotive Steel Co., Ltd. | BOA | USD 30,000,000 | 35,160 | 30,000,000 | 35,160 |
| Zhangjiagang Pohang | MIZUHO | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| Stainless Steel Co., Ltd. | Credit Agricole | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| | BTMU | USD 30,000,000 | 35,160 | 30,000,000 | 35,160 |
| POSCO Maharashtra | Export-Import | | | | |
| Steel Private Limited | Bank of Korea | USD 193,000,000 | 226,196 | 169,800,000 | 199,006 |
| | HSBC | USD 110,000,000 | 128,920 | 90,000,000 | 105,480 |
| | DBS | USD 100,000,000 | 117,200 | 90,000,000 | 105,480 |
| | SCB | USD 73,069,000 | 85,637 | 53,762,100 | 63,009 |
| | Citi | USD 60,000,000 | 70,320 | 45,000,000 | 52,740 |
| | ING | USD 30,000,000 | 35,160 | 18,000,000 | 21,096 |
| POSCO ASSAN TST | SMBC | USD 62,527,500 | 73,282 | 56,274,750 | 65,954 |
| STEEL INDUSTRY | ING | USD 60,000,000 | 70,320 | 54,000,000 | 63,288 |
| | BNP | USD 24,000,000 | 28,128 | 21,600,000 | 25,315 |
| POSCO Electrical Steel | ING | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| India Private Limited | SCB | USD 33,784,000 | 39,595 | 33,784,000 | 39,595 |
| POSCO Investment Co., Ltd. | HSBC | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| | JP Morgan | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| | MIZUHO | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| | NAB | USD 50,000,000 | 58,600 | 50,000,000 | 58,600 |
| | BOA | USD 45,000,000 | 52,740 | 29,250,000 | 34,281 |
| | BTMU | USD 30,000,000 | 35,160 | 14,250,000 | 16,701 |
| | ING | USD 30,000,000 | 35,160 | 14,250,000 | 16,701 |
| | SMBC | USD 30,000,000 | 35,160 | 14,250,000 | 16,701 |
| POSCO MEXICO S.A. DE C.V | SMBC | USD 109,725,000 | 128,598 | 96,265,000 | 112,823 |
| | Korea Development Bank | USD 50,000,000 | 58,600 | 36,468,000 | 42,740 |
| | MIZUHO | USD 45,000,000 | 52,740 | 32,819,000 | 38,464 |
| | BOA | USD 40,000,000 | 46,880 | 29,173,000 | 34,191 |
| | HSBC | USD 40,000,000 | 46,880 | 40,000,000 | 46,880 |
| POSCO SS-VINA | Export-Import Bank of Korea | USD 249,951,050 | 292,943 | 249,951,050 | 292,943 |
| | BOA | USD 40,000,000 | 46,880 | 40,000,000 | 46,880 |
| | BTMU | USD 40,000,000 | 46,880 | 40,000,000 | 46,880 |
| | DBS | USD 24,400,000 | 28,597 | 24,400,000 | 28,597 |
| POSCO-VIETNAM Co., Ltd. | Export-Import Bank of Korea | USD 196,000,000 | 229,712 | 196,000,000 | 229,712 |
| POSCO VST CO., LTD. | ANZ | USD 25,000,000 | 29,300 | 15,625,000 | 18,313 |
| | HSBC | USD 20,000,000 | 23,440 | 12,500,000 | 14,650 |
| | MIZUHO | USD 20,000,000 | 23,440 | 12,500,000 | 14,650 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD 567,000,000 | 664,524 | 520,130,435 | 609,593 |
| | SMBC | USD 140,000,000 | 164,080 | 128,617,391 | 150,740 |
| | BTMU | USD 119,000,000 | 139,468 | 107,617,392 | 126,128 |
| | SCB | USD 107,800,000 | 126,342 | 99,497,391 | 116,611 |
| | MIZUHO | USD 105,000,000 | 123,060 | 94,956,522 | 111,289 |
| | Credit Suisse AG | USD 91,000,000 | 106,652 | 82,295,652 | 96,451 |
| | HSBC | USD 91,000,000 | 106,652 | 82,295,652 | 96,451 |
| | ANZ | USD 73,500,000 | 86,142 | 68,478,261 | 80,257 |
| | BOA | USD 35,000,000 | 41,020 | 31,652,174 | 37,096 |
| | CTBC | USD 21,000,000 | 24,612 | 18,991,305 | 22,258 |
| POSCO COATED STEEL | The Great & Co | | | | |
| (THAILAND) CO., LTD. | Co., Ltd. (SPC) | THB 5,501,000,000 | 178,672 | 5,501,000,000 | 178,672 |
| LLP POSUK Titanium | KB Bank | USD 15,000,000 | 17,580 | 15,000,000 | 17,580 |
| CSP - Compania | Export-Import | | | | |
| Siderurgica do Pecem | Bank of Korea | USD 182,000,000 | 213,304 | 161,460,798 | 189,232 |
| | Santander | USD 47,600,000 | 55,787 | 42,332,179 | 49,613 |
| | BNP | USD 47,600,000 | 55,787 | 42,332,179 | 49,613 |
| | MIZUHO | USD 47,600,000 | 55,787 | 42,332,179 | 49,613 |
| | HSBC | USD 35,200,000 | 41,254 | 31,081,521 | 36,428 |
| | Credit Agricole | USD 20,000,000 | 23,440 | 17,860,946 | 20,933 |
| | SOCIETE GENERALE | USD 20,000,000 | 23,440 | 17,860,946 | 20,933 |
| | KfW | USD 20,000,000 | 23,440 | 17,860,946 | 20,933 |
| | BNDES | BRL 464,060,000 | 137,366 | 274,129,418 | 81,145 |
| | | USD 4,011,756,550 | 4,701,779 | 3,597,575,769 | 4,216,362 |
| | | BRL 464,060,000 | 137,366 | 274,129,418 | 81,145 |
| | | THB 5,501,000,000 | 178,672 | 5,501,000,000 | 178,672 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2015 and 2014

3) Finance income and costs by category of financial instrument for the years ended December 31, 2015 and 2014 were as follows:

① For the year ended December 31, 2015

| (in millions of Won) | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | - | - | (438) | - | 36,766 | 36,328 | - |
| Available-for-sale financial assets | 50 | 176,717 | - | 58,089 | (100,357) | - | 134,499 | (124,060) |
| Loans and receivables | 91,300 | - | 60,313 | - | - | (645) | 150,968 | - |
| Financial liabilities at fair value through profit or loss | - | - | - | - | - | 14,078 | 14,078 | - |
| Financial liabilities at amortized cost | (232,130) | - | (216,120) | - | - | (43) | (448,293) | - |
| | ₩ (140,780) | 176,717 | (155,807) | 57,651 | (100,357) | 50,156 | (112,420) | (124,060) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩274,257 million for the year ended December 31, 2015.

② For the year ended December 31, 2014

| (in millions of Won) | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | - | - | - | - | 2,445 | 2,445 | - |
| Available-for-sale financial assets | 298 | 41,342 | - | 226,215 | (352,040) | - | (84,185) | (309,897) |
| Loans and receivables | 92,774 | - | 65,667 | - | - | (648) | 157,793 | - |
| Financial liabilities at fair value through profit or loss | - | - | - | (24,123) | - | - | (24,123) | - |
| Financial liabilities at amortized cost | (256,636) | - | (26,749) | (38,596) | - | (257) | (322,238) | - |
| | ₩ (163,564) | 41,342 | 38,918 | 163,496 | (352,040) | 1,540 | (270,308) | (309,897) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩306,833 million for the year ended December 31, 2014.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Credit risk

   1) Credit risk exposure

   The carrying amount of financial assets represents the Company's maximum exposure to credit risk.   The maximum exposure to credit risk as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | **2015** | **2014** |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 1,634,106 | 1,742,767 |
| Financial assets at fair value through profit or loss | | 90,883 | 10,233 |
| Available-for-sale financial assets | | 17,967 | 17,408 |
| Loans and other receivables | | 3,560,117 | 1,100,924 |
| Trade accounts and notes receivable | | 2,740,104 | 3,157,266 |
| Long-term trade accounts and notes receivable | | 19,895 | 23,841 |
| | ₩ | 8,063,072 | 6,052,439 |

   The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.   As of December 31, 2015 and 2014, the maximum exposure to credit risk caused by financial guarantee amounted to ₩5,017,817 million and ₩3,779,455 million, respectively.

   2) Impairment losses on financial assets

   ① Allowance for doubtful accounts as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | **2015** | **2014** |
|---|---|---|---|
| Trade accounts and note receivable | ₩ | 11,239 | 9,982 |
| Other accounts receivable | | 325 | 10,533 |
| | ₩ | 11,564 | 20,515 |

   ② Impairment losses on financial assets for the years ended December 31, 2015 and 2014 were as follows:

| *(in millions of Won)* | | **2015** | **2014** |
|---|---|---|---|
| Bad debt expenses (reversal of allowance for doubtful account) | ₩ | (7,373) | 19,605 |
| Impairment loss on available-for-sale securities | | 100,357 | 352,040 |

62

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

③ The aging and impairment losses of trade accounts and notes receivable as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Impairment | Trade accounts and notes receivable | Impairment |
| Not due | ₩ | 2,555,433 | 267 | 3,025,296 | - |
| Over due less than 1 month | | 99,221 | 3 | 46,656 | 57 |
| 1 month - 3 months | | 40,871 | 51 | 12,468 | 212 |
| 3 months - 12 months | | 42,126 | 3,264 | 8,061 | 46 |
| Over 12 months | | 33,587 | 7,654 | 98,608 | 9,667 |
| | ₩ | 2,771,238 | 11,239 | 3,191,089 | 9,982 |

④ The aging and impairment losses of loans and other account receivable as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | Loans and other account receivable | Impairment | Loans and other account receivable | Impairment |
| Not due | ₩ | 228,265 | - | 325,414 | - |
| Over due less than 1 month | | 2,986 | - | 6,120 | - |
| 1 month - 3 months | | 822 | - | 58,225 | - |
| 3 months - 12 months | | 10,519 | - | 7,764 | - |
| Over 12 months | | 3,132 | 325 | 14,130 | 10,533 |
| | ₩ | 245,724 | 325 | 411,653 | 10,533 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Beginning | ₩ | 20,515 | 35,137 |
| Bad debt expenses (reversal of allowance for doubtful account) | | (7,373) | 19,605 |
| Others | | (1,578) | (34,227) |
| Ending | ₩ | 11,564 | 20,515 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV – Admin Review 12/1/17 – 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| *(in millions of Won)* | | Book value | Contractual cash flow | Within 3 month | 3 month - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|---|
| Trade accounts payable | ₩ | 577,856 | 577,856 | 577,856 | - | - | - | - |
| Borrowings | | 5,288,827 | 5,987,753 | 591,139 | 366,229 | 1,204,907 | 2,426,989 | 1,398,489 |
| Financial guarantee liabilities(*1) | | 99,054 | 4,476,179 | 4,476,179 | - | - | - | - |
| Other financial liabilities | | 978,648 | 987,594 | 939,946 | 422 | 9,082 | 38,144 | - |
| | ₩ | 6,944,385 | 12,029,382 | 6,585,120 | 366,651 | 1,213,989 | 2,465,133 | 1,398,489 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 1,536,771 | 2,491,796 | 988,023 | 2,839,040 |
| JPY | | 56,246 | 750,930 | 56,037 | 721,588 |
| CNH | | 149,266 | 7,970 | - | - |
| INR | | 204,740 | - | 365,705 | - |
| Others | | 141,462 | 8,800 | 15,677 | 1,725 |
| | ₩ | 2,088,485 | 3,259,496 | 1,425,442 | 3,562,353 |

2) As of December 31, 2015 and 2014, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2015 and 2014 were as follows:

| *(in millions of Won)* | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (95,503) | 95,503 | (185,102) | 185,102 |
| JPY | | (69,468) | 69,468 | (66,555) | 66,555 |
| CNH | | 14,130 | (14,130) | - | - |
| INR | | 20,474 | (20,474) | 36,571 | (36,571) |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 4,974,288 | 2,478,673 |
| Financial liabilities | | (5,236,774) | (6,469,632) |
| | ₩ | (262,486) | (3,990,959) |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (52,053) | (67,585) |

2) Sensitivity analysis on the fair value of financial instruments with fixed interest rate

The Company does not account for any fixed rate financial assets and liabilities at fair value through profit or loss, and the Company does not designate derivatives (interest rate swaps) as hedging instruments under a fair value hedge accounting model. Therefore a change in interest rates at the reporting date would not affect profit or loss.

3) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

As of December 31, 2015 and 2014, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (521) | 521 | (676) | 676 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(f) Fair value

    1) Fair value and book value

        The carrying amount and the fair value of financial instruments as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | 2015 | | 2014 | |
|---|---|---|---|---|---|
| | | **Book value** | **Fair value** | **Book value** | **Fair value** |
| Assets measured at fair value | | | | | |
| Available-for-sale financial assets(*1) | ₩ | 1,622,911 | 1,622,911 | 1,648,567 | 1,648,567 |
| Derivatives assets held for trading(*2) | | 90,883 | 90,883 | 10,233 | 10,233 |
| | | 1,713,794 | 1,713,794 | 1,658,800 | 1,658,800 |
| Assets measured at amortized cost(*3) | | | | | |
| Cash and cash equivalents | | 1,634,106 | 1,634,106 | 1,742,767 | 1,742,767 |
| Trade accounts and note receivable, net | | 2,759,999 | 2,759,999 | 3,181,107 | 3,181,107 |
| Loans and other receivables, net | | 3,560,117 | 3,560,117 | 1,100,924 | 1,100,924 |
| | | 7,954,222 | 7,954,222 | 6,024,798 | 6,024,798 |
| Liabilities measured at fair value | | | | | |
| Derivatives liabilities held for trading(*2) | | 8,118 | 8,118 | - | - |
| Liabilities measured at amortized cost(*3) | | | | | |
| Trade accounts and notes payable | | 577,856 | 577,856 | 777,401 | 777,401 |
| Borrowings | | 5,288,827 | 5,573,931 | 6,537,217 | 6,918,972 |
| Financial guarantee liabilities | | 99,054 | 99,054 | 59,810 | 59,810 |
| Others | | 978,648 | 978,648 | 1,036,487 | 1,036,487 |
| | ₩ | 6,944,385 | 7,229,489 | 8,410,915 | 8,792,670 |

    (*1) The fair value of available-for-sale financial assets publicly traded is measured at the closing bid price quoted at the end of the reporting period.   Meanwhile, the fair value of unquoted available-for-sale financial assets is calculated using the valuation results from an external pricing service in which weighted average cost of capital of evaluated companies are used as discount rates.   Available-for-sale financial assets which are not measured at fair value are not included.

    (*2) The fair value of derivatives is measured using valuation models such as Black-Scholes model, binominal lattice model and others in which the market yields on government bonds are used as discount rates.

    (*3) The fair value of financial assets and liabilities measured at amortized cost is determined at the present value of estimated future cash flows discounted at the current market interest rate.   The fair value is calculated for the disclosures in the notes.   On the other hand, the Company has not performed fair value measurement for the financial assets and liabilities measured at amortized cost except borrowings since their carrying amounts approximate fair value.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO

## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

2) Interest rate for determining fair value

Interest rates used to discount the estimated cash flows as of December 31, 2015 and 2014 are as follows:

|  | 2015 | 2014 |
|---|---|---|
| Borrowings | 0.64% ~ 3.20% | 0.74% ~ 3.69% |

3) The fair value hierarchy

① The fair value of financial instruments by fair value hierarchy as of December 31, 2015 and 2014 are as follows:

a. December 31, 2015

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,394,480 | - | 228,431 | 1,622,911 |
| Derivatives assets held for trading | | - | 12,591 | 78,292 | 90,883 |
| | ₩ | 1,394,480 | 12,591 | 306,723 | 1,713,794 |
| Financial liabilities | | | | | |
| Derivatives liabilities held for trading | ₩ | - | - | 8,118 | 8,118 |

b. December 31, 2014

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,620,390 | - | 28,177 | 1,648,567 |
| Derivatives assets held for trading | | - | 10,233 | - | 10,233 |
| | ₩ | 1,620,390 | 10,233 | 28,177 | 1,658,800 |

② Changes in financial assets classified as level 3 for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Beginning | ₩ | 28,177 | 670,290 |
| Acquisition | | 317,086 | 2,675 |
| Changes in the fair value of derivatives | | 48,487 | - |
| Other comprehensive income | | 2,567 | 117,804 |
| Impairment | | (23,849) | (169,519) |
| Disposal and others | | (73,863) | (593,073) |
| Ending | ₩ | 298,605 | 28,177 |

67

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2014 and 2015 are as follows:

| (Share, in Won) | | 2015 | 2014 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2015, total shares of ADRs of 49,982,260 are equivalent to 12,495,565 of common stock.

(*2) As of December 31, 2015, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2015 and 2014 were as follows:

| (Share) | | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | ₩ | 87,186,835 | (7,193,807) | 79,993,028 | 87,186,835 | (7,403,211) | 79,783,624 |
| Disposal of treasury shares | | - | 2,620 | 2,620 | - | 209,404 | 209,404 |
| Ending | ₩ | 87,186,835 | (7,191,187) | 79,995,648 | 87,186,835 | (7,193,807) | 79,993,028 |

(c) Capital surplus as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 783,756 | 783,791 |
| | ₩ | 1,247,581 | 1,247,616 |

68

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

## 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2015 | 2014 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | 2013-06-13 | 2043-06-13 | 4.30 | ₩ | 800,000 | 800,000 |
| Hybrid bond 1-2(*1) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (3,081) | (3,081) |
| | | | | ₩ | 996,919 | 996,919 |

(*1) Details of hybrid bonds as of December 31, 2015 are as follows:

| (in millions of Won) | Hybrid bond 1-1 | Hybrid bond 1-2 |
|---|---|---|
| Issue price | 800,000 | 200,000 |
| Maturity date | 30 years (The Company has a right to extend the maturity date) | 30 years (The Company has a right to extend the maturity date) |
| Interest rate | Issue date ~ 2018-06-12 : 4.3 % reset every 5 years as follows; · After 5 years : return on government bond (5 years) + 1.3 % · After 10 years : additionally + 0.25% according to Step-up clauses · After 25 years : additionally + 0.75% | Issue date ~ 2023-06-12 : 4.6 % reset every 10 years as follows; · After 10 years : return on government bond (10 years) + 1.4 % · After 10 years : additionally + 0.25% according to Step-up clauses · After 30 years : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) | Quarterly (Optional deferral of interest payment is available to the Company) |
| Others | The Company can call the hybrid bond at year 5 and interest payment date afterwards | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The interest accumulated but not paid on the hybrid bonds as of December 31, 2015 amounts to ₩2,276 million.

69

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

**25. Reserves**

(a) Reserves as of December 31, 2015 and 2014 are as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Accumulated changes in the unrealized fair value of available-for-sale investments, net of tax | ₩ | (30,018) | 94,042 |

(b) Changes in the accumulated unrealized fair value of available-for-sale investments for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Beginning balance | ₩ | 94,042 | 403,939 |
| Changes in the unrealized fair value of available-for-sale investments | | (263,972) | (523,168) |
| Reclassification to profit or loss upon disposal | | (52) | (237,708) |
| Impairment of available-for-sale investments | | 100,357 | 352,040 |
| Tax effects | | 39,607 | 98,939 |
| Ending balance | ₩ | (30,018) | 94,042 |

**26. Treasury Shares**

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.   The changes in treasury shares for the years ended December 31, 2015 and 2014 were as follows:

| (shares, in millions of Won) | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|
| | Number of shares | | Amount | Number of shares | | Amount |
| Beginning | 7,193,807 | ₩ | 1,534,457 | 7,403,211 | ₩ | 1,579,124 |
| Disposal of treasury shares | (2,620) | | (559) | (209,404) | | (44,667) |
| Ending | 7,191,187 | ₩ | 1,533,898 | 7,193,807 | ₩ | 1,534,457 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

**27. Retained Earnings**

(a) Retained earnings as of December 31, 2015 and 2014 are summarized as follows:

| *(in millions of Won)* | | 2015 | 2014 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 1,106,667 | 1,600,000 |
| Appropriated retained earnings for business expansion | | 36,710,500 | 35,510,500 |
| Appropriated retained earnings for dividends | | 1,451,783 | 1,806,570 |
| Unappropriated retained earnings | | 1,434,118 | 1,112,336 |
| | ₩ | 41,862,570 | 41,188,908 |

(b) Statements of appropriation of retained earnings as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | 2015 | 2014 |
|---|---|---|---|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings carried over from prior year | ₩ | 280,498 | 219,010 |
| Remeasurements of defined benefit plans | | 38,910 | (42,464) |
| Interests of hybrid bonds | | (43,574) | (43,600) |
| Interim dividends | | (159,987) | (159,568) |
| (Dividends (ratio) per share ₩2,000 (40%) in 2015 ₩2,000 (40%) in 2014) | | | |
| Profit for the period | | 1,318,271 | 1,138,958 |
| | | 1,434,118 | 1,112,336 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 380,000 | 493,333 |
| Appropriated retained earnings for dividends | | 310,393 | 354,787 |
| | | 690,393 | 848,120 |
| **Appropriation of retained earnings** | | | |
| Divedends | | 479,974 | 479,958 |
| (Dividends (ratio) per share ₩6,000 (120%) in 2015 ₩6,000 (120%) in 2014) | | | |
| Appropriated retained earnings for business expansion | | 1,200,000 | 1,200,000 |
| | | 1,679,974 | 1,679,958 |
| **Unappropriated retained earnings carried forward to subsequent year** | ₩ | 444,537 | 280,498 |

71

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

## 28. Revenue

Details of revenue for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Sales of goods | ₩ | 25,428,226 | 29,105,087 |
| Others | | 178,995 | 113,767 |
| | ₩ | 25,607,221 | 29,218,854 |

## 29. Selling and Administrative Expenses

(a) Administrative expenses

Administrative expenses for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Wages and salaries | ₩ | 213,168 | 204,989 |
| Expenses related to post-employment benefits | | 31,521 | 24,224 |
| Other employee benefits | | 45,401 | 53,388 |
| Travel | | 12,466 | 13,599 |
| Depreciation | | 18,738 | 23,430 |
| Amortization | | 52,649 | 52,923 |
| Rental | | 68,569 | 68,859 |
| Repairs | | 9,288 | 10,918 |
| Advertising | | 73,827 | 85,486 |
| Research & development | | 94,074 | 137,433 |
| Service fees | | 187,515 | 184,215 |
| Supplies | | 5,162 | 5,269 |
| Vehicles maintenance | | 6,788 | 7,046 |
| Industry association fee | | 7,235 | 7,252 |
| Training | | 16,996 | 10,157 |
| Conference | | 5,364 | 5,209 |
| Bad debt expenses | | 2,811 | 7,976 |
| Others | | 38,874 | 31,611 |
| | ₩ | 890,446 | 933,984 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Selling expenses

Selling expenses for the years ended December 31, 2015 and 2014 were as follows:

| *(in millions of Won)* | | **2015** | **2014** |
|---|---|---|---|
| Freight and custody expenses | ₩ | 899,440 | 872,594 |
| Operating expenses for distribution center | | 10,367 | 9,823 |
| Sales commissions | | 79,715 | 79,091 |
| Sales advertising | | 3,102 | 4,698 |
| Sales promotion | | 5,781 | 5,161 |
| Sample | | 1,393 | 1,649 |
| Sales insurance premium | | 5,338 | 6,170 |
| | ₩ | 1,005,136 | 979,186 |

## 30. Research and Development Expenditures Recognized as Expenses

Research and development expenditures recognized as expenses for the years ended December 31, 2015 and 2014 were as follows:

| *(in millions of Won)* | | **2015** | **2014** |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 94,074 | 137,433 |
| Cost of sales | | 341,582 | 343,516 |
| | ₩ | 435,656 | 480,949 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 31. Finance Income and Costs

Details of finance income and costs for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| **Finance income** | | | |
| Interest income | ₩ | 91,350 | 93,072 |
| Dividend income | | 450,974 | 348,175 |
| Gain on foreign currency transactions | | 215,134 | 276,374 |
| Gain on foreign currency translations | | 22,765 | 79,956 |
| Gain on derivative transactions | | 67 | 22,973 |
| Gain on disposals of available-for-sale investments | | 58,171 | 226,299 |
| Others | | 57,945 | 3,945 |
| | ₩ | 896,406 | 1,050,794 |
| **Finance costs** | | | |
| Interest expenses | ₩ | 232,130 | 256,636 |
| Loss on foreign currency transactions | | 205,698 | 209,787 |
| Loss on foreign currency translations | | 188,008 | 107,625 |
| Impairment loss on available-for-sale investments | | 100,357 | 352,040 |
| Others | | 8,376 | 88,181 |
| | ₩ | 734,569 | 1,014,269 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 11,000 | 8,882 |
| Gain on disposals of assets held for sale | | 409,578 | - |
| Reversal of allowance for doubtful accounts | | 10,235 | 14,453 |
| Premium income | | 14,976 | 2,924 |
| Others | | 19,527 | 20,605 |
| | ₩ | 465,316 | 46,864 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 90,852 | 57,777 |
| Impairment loss on property, plant and equipment | | 70,674 | 30,334 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 327,776 | 209,795 |
| Loss on disposals of assets held for sale | | 209,775 | 14 |
| Impairment loss on assets held for sale | | 95,737 | - |
| Other bad debt expenses | | 51 | 26,082 |
| Contribution to provisions | | 2,174 | 89,844 |
| Donations | | 49,854 | 50,654 |
| Others(*1,2) | | 350,226 | 247,531 |
| | ₩ | 1,197,119 | 712,031 |

(*1) The Company recorded litigation expense of ₩299,037 million in connection of its settlement with Nippon Steel & Sumitomo Metal Corporation for a civil lawsuit regarding improperly acquired trade secrets and patents during the year ended December 31, 2015 (Note 37).

(*2) As a result of Korea National Tax Service's periodic audit of tax payments and refunds of the Company, the Company recognized additional tax payments amounting to ₩202,739 million, primarily related to VAT, for the year ended December 31, 2014.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2015 and 2014 were as follows (excluding finance costs and income tax expenses):

*(in millions of Won)*

|  |  | 2015 | 2014 |
|---|---|---:|---:|
| Changes in inventories(*1) | ₩ | 433,129 | (81,303) |
| Raw materials and consumables used |  | 13,785,536 | 17,648,525 |
| Employee benefits expenses(*3) |  | 1,580,980 | 1,462,675 |
| Outsourced processing cost |  | 2,139,554 | 2,204,385 |
| Depreciation(*2) |  | 2,065,521 | 2,067,793 |
| Amortization |  | 70,742 | 74,112 |
| Electricity and water expenses |  | 897,888 | 1,019,769 |
| Service fees |  | 255,944 | 240,493 |
| Rental |  | 87,589 | 87,466 |
| Advertising |  | 73,827 | 85,486 |
| Freight and custody expenses |  | 899,440 | 872,594 |
| Sales commissions |  | 79,715 | 79,091 |
| Loss on disposals of property, plant and equipment |  | 90,852 | 57,777 |
| Impairment loss on investments in subsidiaries, associates and joint ventures |  | 327,776 | 209,795 |
| Contribution to provisions |  | 2,174 | 89,844 |
| Other expenses |  | 1,775,424 | 1,462,348 |
|  | ₩ | 24,566,091 | 27,580,850 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2015 and 2014 were as follows:

*(in millions of Won)*

|  |  | 2015 | 2014 |
|---|---|---:|---:|
| Wages and salaries | ₩ | 1,432,605 | 1,327,808 |
| Expenses related to post-employment benefits |  | 148,375 | 134,867 |
|  | ₩ | 1,580,980 | 1,462,675 |

76

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 34. Income Taxes

(a) Income tax expense for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 375,615 | 461,029 |
| Deferred income taxes | | (52,799) | 13,564 |
| Items credited directly to equity | | 27,196 | 107,842 |
| Income tax expense | ₩ | 350,012 | 582,435 |

  (*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 1,668,283 | 1,721,393 |
| Income tax expense computed at statutory rate | | 403,263 | 416,115 |
| Adjustments: | | | |
| Tax credit | | (137,294) | (31,947) |
| Adjustments on prior year tax from tax audit | | - | 15,572 |
| Under (over) provisions from prior years | | (39,785) | (2,957) |
| Tax effects due to amendments to local income tax law | | - | 38,249 |
| Investment in subsidiaries, associates and joint ventures | | 142,412 | 118,993 |
| Tax effect due to permanent differences | | (20,803) | 31,132 |
| Others | | 2,219 | (2,722) |
| | | (53,251) | 166,320 |
| Income tax expense | ₩ | 350,012 | 582,435 |
| Effective tax rate (%) | | 21.0% | 33.8% |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(c) The income taxes credited (charged) directly to equity for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Net changes in unrealized fair value of available-for-sale investments | ₩ | 39,607 | 98,939 |
| Remeasurements of defined benefit plans | | (12,423) | 13,557 |
| Gain on disposal of treasury shares | | 12 | (4,654) |
| | ₩ | 27,196 | 107,842 |

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | | December 31, 2014 | Increase (decrease) | December 31, 2015 | December 31, 2013 | Increase (decrease) | December 31, 2014 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (12,413) | 1,364 | (11,049) | (28,462) | 16,049 | (12,413) |
| Reserve for technology developments | | (255,713) | 79,860 | (175,853) | (375,100) | 119,387 | (255,713) |
| PPE - Depreciation | | (39,151) | 5,922 | (33,229) | (48,133) | 8,982 | (39,151) |
| Prepaid expenses | | 17,427 | 1,723 | 19,150 | 27,680 | (10,253) | 17,427 |
| PPE - Revaluation | | (1,213,709) | (173,622) | (1,387,331) | (1,002,798) | (210,911) | (1,213,709) |
| Gain or loss on foreign currency translation | | (48,414) | 40,293 | (8,121) | (174,930) | 126,516 | (48,414) |
| Defined benefit obligations | | 216,146 | 8,233 | 224,379 | 184,389 | 31,757 | 216,146 |
| Plan assets | | (221,216) | (23,820) | (245,036) | (194,925) | (26,291) | (221,216) |
| Accrued revenue | | (878) | (1,282) | (2,160) | (1,932) | 1,054 | (878) |
| Impairment loss on AFS | | 104,911 | 101,003 | 205,914 | 81,816 | 23,095 | 104,911 |
| Difference in acquisition costs of treasury stocks | | 62,139 | (23) | 62,116 | 64,213 | (2,074) | 62,139 |
| Others | | 95,170 | 26,698 | 121,868 | 144,399 | (49,229) | 95,170 |
| | | (1,295,701) | 66,349 | (1,229,352) | (1,323,783) | 28,082 | (1,295,701) |
| **Deferred tax from tax credit** | | | | | | | |
| Tax credit carry-forward | | 213,911 | (40,734) | 173,177 | 368,053 | (154,142) | 213,911 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | (30,023) | 39,607 | 9,584 | (128,962) | 98,939 | (30,023) |
| Remeasurements of defined benefit plans | | 64,147 | (12,423) | 51,724 | 50,590 | 13,557 | 64,147 |
| | | 34,124 | 27,184 | 61,308 | (78,372) | 112,496 | 34,124 |
| | ₩ | (1,047,666) | 52,799 | (994,867) | (1,034,102) | (13,564) | (1,047,666) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

(e) Deferred tax assets (liabilities) as of December 31, 2015 and 2014 are as follows:

| *(in millions of Won)* | | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (11,049) | (11,049) | - | (12,413) | (12,413) |
| Reserve for technology developments | | - | (175,853) | (175,853) | - | (255,713) | (255,713) |
| PPE - Depreciation | | 10,314 | (43,543) | (33,229) | 12,688 | (51,839) | (39,151) |
| Prepaid expenses | | 19,150 | - | 19,150 | 17,427 | - | 17,427 |
| PPE - Revaluation | | - | (1,387,331) | (1,387,331) | - | (1,213,709) | (1,213,709) |
| Gain or loss on foreign currency translation | | 106,067 | (114,188) | (8,121) | 74,104 | (122,518) | (48,414) |
| Defined benefit obligations | | 224,379 | - | 224,379 | 216,146 | - | 216,146 |
| Plan assets | | - | (245,036) | (245,036) | - | (221,216) | (221,216) |
| Accrued revenue | | - | (2,160) | (2,160) | - | (878) | (878) |
| Impairment loss on AFS | | 205,914 | - | 205,914 | 104,911 | - | 104,911 |
| Difference in acquisition costs of treasury stocks | | 62,116 | - | 62,116 | 62,139 | - | 62,139 |
| Others | | 177,030 | (55,162) | 121,868 | 186,164 | (90,994) | 95,170 |
| | | 804,970 | (2,034,322) | (1,229,352) | 673,579 | (1,969,280) | (1,295,701) |
| **Deferred tax from tax credit** | | | | | | | |
| Tax credit carry-forward | | 173,177 | - | 173,177 | 213,911 | - | 213,911 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | 39,091 | (29,507) | 9,584 | 15,509 | (45,532) | (30,023) |
| Remeasurements of defined benefit plans | | 51,724 | - | 51,724 | 64,147 | - | 64,147 |
| | | 90,815 | (29,507) | 61,308 | 79,656 | (45,532) | 34,124 |
| | ₩ | 1,068,962 | (2,063,829) | (994,867) | 967,146 | (2,014,812) | (1,047,666) |

79

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 35. Earnings per Share

Basic and diluted earnings per share for the years ended December 31, 2015 and 2014 are as follows:

| (in millions of Won except per share information) | | 2015 | 2014 |
|---|---|---|---|
| Profit for the period | ₩ | 1,318,271,459,610 | 1,138,958,195,448 |
| Interests of hybrid bonds | | (33,029,632,499) | (33,048,799,997) |
| Weighted-average number of common shares outstanding(*1) | | 79,993,834 | 79,801,539 |
| Basic and diluted earnings per share | ₩ | 16,067 | 13,858 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| (in share) | 2015 | 2014 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,193,001) | (7,385,296) |
| Weighted-average number of common shares outstanding | 79,993,834 | 79,801,539 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2015 and 2014, diluted earnings per share is equal to basic earnings per share.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

### 36. Related Party Transactions

(a) Significant transactions with related companies for the years ended December 31, 2015 and 2014 were as follows:

1) For the year ended December 31, 2015

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries (*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. ₩ | 4,441 | 145 | 19 | 427,760 | 2,250 | 37,488 |
| POSCO Processing&Service | 1,074,826 | 24 | 437,626 | - | - | 2,281 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 380,626 | - | - | - | 9,359 | 104 |
| POSCO ICTI(*4) | 1,259 | 7 | - | 210,877 | 29,612 | 182,745 |
| eNtoB Corporation | - | - | 261,989 | 6,501 | 130 | 22,017 |
| POSCO CHEMTECH | 436,594 | 30,343 | 519,956 | 9,515 | 297,183 | 1,773 |
| POSCO ENERGY CO., LTD. | 188,458 | 1,359 | - | - | - | 6 |
| POSCO TMC Co., Ltd. | 263,242 | - | - | - | 1,497 | 1,560 |
| POSCO AST | 362,658 | 15 | 4,115 | - | 39,175 | 1,611 |
| POSHIMETAL Co., Ltd. | 10,777 | 151 | 145,165 | - | - | 46 |
| Daewoo International Corporation | 3,505,187 | 34,334 | 46,675 | - | - | 480 |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.)(*5) | 2,811 | 176,904 | 8,239 | - | 515 | 75 |
| POSCO PLANTEC Co., Ltd.(*5) | 4,280 | 33 | 2,544 | 125,192 | 15,135 | 13,649 |
| POSCO Thainox Public Company Limited | 268,576 | 10 | 5,147 | - | - | 34 |
| PT. KRAKATAU POSCO | - | - | 118,888 | - | - | - |
| POSCO America Corporation | 624,549 | 6 | - | - | - | 725 |
| POSCO Canada Ltd. | - | - | 111,243 | - | - | - |
| POSCO Asia Co., Ltd. | 1,822,932 | 960 | 269,086 | - | 513 | 2,273 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 118,845 | - | - | - | - | 220 |
| POSCO JAPAN Co., Ltd. | 1,051,910 | 9,383 | 25,957 | 2,278 | 201 | 2,754 |
| POSCO MEXICO S.A. DE C.V. | 270,184 | 80 | - | - | - | 11 |
| POSCO Maharashtra Steel Private Limited | 421,244 | 752 | - | - | - | 31 |
| Others(*6) | 867,334 | 14,474 | 223,393 | 113,769 | 212,539 | 129,506 |
| | 11,680,733 | 268,980 | 2,180,042 | 895,892 | 608,109 | 399,389 |
| **Associates and joint ventures(*3)** | | | | | | |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.)(*5) | 6,042 | - | 3,802 | - | 419 | - |
| POSCO PLANTEC Co., Ltd.(*5) | 147 | 14 | 1,017 | 82,338 | 3,513 | 4,676 |
| SNNC | 4,673 | 594 | 422,420 | - | - | - |
| POSCO-SAMSUNG-Slovakia Processing Center | 26,379 | - | - | - | - | - |
| Others(*7,8) | 28,841 | 40,600 | 51,855 | - | - | - |
| | 66,082 | 41,208 | 479,094 | 82,338 | 3,932 | 4,676 |
| ₩ | 11,746,815 | 310,188 | 2,659,136 | 978,230 | 612,041 | 404,065 |

(*1) Sales and others mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2015, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

(*5) Reclassified from subsidiaries to associates (Note 11).

(*6) During the year ended December 31, 2015, the Company borrowed USD 17.42 million from POSCO-Uruguay S.A., a subsidiary of the Company, and the entire amount was repaid as of December 31, 2015.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

(*7) During the year ended December 31, 2015, the Company lent USD 60 million to CSP-Compania Siderurgica do Pecem, an associate of the Company, and the entire amount of loan was collected as of December 31, 2015.

(*8) The Company has recovered loans of USD 3.85 million from LLP POSUK Titanium, an associate of the Company during the year ended December 31, 2015

2) For the year ended December 31, 2014

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. ₩ | 22,659 | 16,789 | 544,202 | 247,286 | 3,689 | 30,852 |
| POSCO Processing & Service | 1,075,567 | 8,649 | 785,943 | - | - | 1,681 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 444,513 | 12 | - | - | 12,313 | 195 |
| POSCO ICT | 929 | 2,593 | 356 | 209,893 | 26,231 | 161,173 |
| eNtoB Corporation | - | 3 | 297,119 | 10,433 | 137 | 21,073 |
| POSCO CHEMTECH | 532,973 | 26,537 | 513,759 | 5,449 | 301,149 | 923 |
| POSCO ENERGY CO., LTD. | 177,517 | 1,230 | - | 2,263 | - | 20 |
| POSCO TMC Co., Ltd. | 240,318 | 9 | - | - | 1,056 | 1,611 |
| POSCO AST | 503,452 | 5 | 10,396 | - | 57,355 | 2,671 |
| POSHIMETAL Co., Ltd. | 11,261 | 3,660 | 166,442 | - | - | - |
| Daewoo International Corporation | 3,558,652 | 20,652 | 90,361 | - | - | 3,857 |
| SeAH Changwon Integrated Special Steel | | | | | | |
| (formerly, POSCO Specialty Steel Co., Ltd.) | 5,313 | 201,927 | 40,124 | - | 1,939 | 266 |
| POSCO America Corporation | 747,933 | 2 | - | - | - | 1,794 |
| POSCO Canada Ltd. | - | - | 141,767 | - | - | - |
| POSCO Asia Co., Ltd. | 2,167,148 | 89 | 169,945 | - | 10,006 | 1,969 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 79,783 | - | - | - | - | 19 |
| POSCO JAPAN Co., Ltd. | 1,329,947 | 4 | 15,165 | 2,269 | 3 | 2,279 |
| POSCO MEXICO S.A. DE C.V. | 287,468 | 929 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 444,407 | 6,053 | - | - | - | - |
| Others | 980,410 | 4,149 | 334,577 | 66,345 | 232,682 | 104,275 |
| | 12,610,250 | 293,292 | 3,110,156 | 543,938 | 646,560 | 334,658 |
| **Associates and joint ventures** | | | | | | |
| POSCO PLANTEC Co., Ltd.(*2) | 15,310 | 64 | 3,195 | 119,369 | 15,777 | 22,751 |
| SNNC | 3,077 | 5,716 | 339,991 | - | - | 5 |
| POSCHROME (PROPRIETARY) LIMITED | - | - | 59,241 | - | - | - |
| POSCO-SAMSUNG-Slovakia Processing Center | 24,059 | - | - | - | - | - |
| Others(*1) | 10,785 | 41,903 | 3,668 | - | - | - |
| | 53,231 | 47,683 | 406,095 | 119,369 | 15,777 | 22,756 |
| ₩ | 12,663,481 | 340,975 | 3,516,251 | 663,307 | 662,337 | 357,414 |

(*1) The Company had made loans of USD 3.85 million from LLP POSUK Titanium, an associate of the Company during the year ended December 31, 2014

(*2) It was reclassified from an associate to a subsidiary.

82

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2015 and 2014

(b) The related account balances of significant transactions with related companies as of December 31, 2014 and 2015 are as follows:

### 1) December 31, 2015

*(in millions of Won)*

| | | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | ₩ | 508 | 30,368 | 30,876 | - | 42,159 | 1,002 | 43,161 |
| POSCO Processing & Service | | 74,985 | 175 | 75,160 | 10,868 | 603 | - | 11,471 |
| POSCO COATED & COLOR STEEL Co., Ltd. | | 43,669 | 66 | 43,735 | - | - | 1,262 | 1,262 |
| POSCO ICT | | - | 6,832 | 6,832 | 1,060 | 94,865 | 5,880 | 101,805 |
| ehtoB Corporation | | - | - | - | 8,683 | 14,209 | 12 | 22,904 |
| POSCO CHEMTECH | | 32,670 | 4,500 | 37,170 | 54,636 | 11,398 | 18,062 | 84,096 |
| POSCO ENERGY CO., LTD. | | 18,680 | 2,585 | 21,265 | - | - | - | - |
| POSCO TMC Co., Ltd. | | 63,521 | 31 | 63,552 | - | 180 | 195 | 375 |
| POSCO AST | | 54,844 | 54 | 54,898 | - | 1,915 | 3,294 | 5,209 |
| POSHIMETAL Co., Ltd. | | 707 | 9 | 716 | - | 10,148 | - | 10,148 |
| Daewoo International Corporation | | 144,970 | - | 144,970 | - | - | - | - |
| POSCO Thainox Public Company Limited | | 65,152 | 2 | 65,154 | 542 | - | - | 542 |
| POSCO America Corporation | | 38,715 | - | 38,715 | - | - | - | - |
| POSCO Asia Co., Ltd. | | 299,608 | 235 | 299,843 | 21,198 | 69 | - | 21,267 |
| Qingdao Pohang Stainless Steel Co., Ltd. | | 16,689 | - | 16,689 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | | 94,588 | - | 94,588 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | | 205,390 | 20 | 205,410 | - | - | - | - |
| Others | | 172,019 | 5,035 | 177,054 | 18,208 | 45,476 | 23,985 | 87,669 |
| | | 1,326,715 | 49,912 | 1,376,627 | 115,195 | 221,022 | 53,692 | 389,909 |
| **Associates and jointventures** | | | | | | | | |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.) | | 1,201 | - | 1,201 | 161 | 15 | - | 176 |
| POSCO PLANTEC Co., Ltd. | | 123 | 19 | 142 | 1,901 | 46,159 | - | 48,060 |
| SNNC | | 298 | 20 | 318 | 639 | 2 | - | 641 |
| Others | | 740 | 12,200 | 12,940 | - | 145 | - | 145 |
| | | 2,362 | 12,239 | 14,601 | 2,701 | 46,321 | - | 49,022 |
| | ₩ | 1,329,077 | 62,151 | 1,391,228 | 117,896 | 267,343 | 53,692 | 438,931 |

### 2) December 31, 2014

*(in millions of Won)*

| | | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | ₩ | 42 | 71,967 | 72,009 | - | 41,878 | - | 41,878 |
| POSCO Processing & Service | | 94,790 | 92 | 94,882 | 15,202 | 867 | - | 16,069 |
| POSCO COATED & COLOR STEEL Co., Ltd. | | 69,314 | 67 | 69,381 | - | 5 | 1,936 | 1,941 |
| POSCO ICT | | 13 | 103 | 116 | 920 | 70,823 | 5,425 | 77,168 |
| ehtoB Corporation | | - | - | - | 12,564 | 28,432 | 43 | 41,039 |
| POSCO CHEMTECH | | 49,456 | 4,283 | 53,739 | 57,610 | 9,890 | 17,864 | 85,364 |
| POSCO ENERGY CO., LTD. | | 17,326 | 2,809 | 20,135 | - | - | 1,962 | 1,962 |
| POSCO TMC Co., Ltd. | | 27,429 | 30 | 27,459 | - | 117 | 115 | 232 |
| POSCO AST | | 44,281 | 54 | 44,335 | - | 2,458 | 3,364 | 5,822 |
| POSHIMETAL Co., Ltd. | | 1,269 | 14 | 1,283 | - | 12,846 | - | 12,846 |
| Daewoo International Corporation | | 164,029 | 3,178 | 167,207 | 8 | 210 | 1 | 219 |
| SeAH Changwon Integrated Special Steel (formerly, POSCO Specialty Steel Co., Ltd.) | | 822 | 201,823 | 202,645 | 4,800 | 140 | 184 | 5,124 |
| POSCO America Corporation | | 57,164 | - | 57,164 | - | 1,511 | - | 1,511 |
| POSCO Asia Co., Ltd. | | 197,104 | 221 | 197,325 | 10,995 | - | - | 10,995 |
| POSCO (Thailand) Company Limited | | 7,407 | 266 | 7,673 | - | - | - | - |
| Qingdao Pohang Stainless Steel Co., Ltd. | | 14,748 | 41 | 14,789 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | | 96,800 | - | 96,800 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | | 364,899 | 7,714 | 372,613 | - | - | - | - |
| Others | | 175,567 | 58,592 | 234,159 | 15,494 | 75,051 | 29,076 | 119,621 |
| | | 1,382,460 | 351,254 | 1,733,714 | 117,593 | 244,228 | 59,970 | 421,791 |
| **Associates and jointventures** | | | | | | | | |
| SNNC | | 219 | 125 | 344 | 7,017 | - | - | 7,017 |
| POSCHROME (PROPRIETARY) LIMITED | | - | - | - | 1,162 | - | - | 1,162 |
| LLP POSUK Titanium | | - | 4,235 | 4,235 | - | - | - | - |
| Others | | 258 | 18 | 276 | 234 | - | - | 234 |
| | | 477 | 4,378 | 4,855 | 8,413 | - | - | 8,413 |
| | ₩ | 1,382,937 | 355,632 | 1,738,569 | 126,006 | 244,228 | 59,970 | 430,204 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(c) For the years ended December 31, 2015 and 2014, details of compensation to key management officers were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---|---|
| Short-term benefits | ₩ | 35,459 | 31,984 |
| Long-term benefits | | 11,304 | 12,387 |
| Retirement benefits | | 10,238 | 6,354 |
| | ₩ | 57,001 | 50,725 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.


**37. Commitments and Contingencies**

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected.    Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.    If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.    All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.    Internal and external lawyers are used for these assessments.    In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(b) Commitments

The Company entered into long-term contracts to purchase iron ore, coal, nickel and others. The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.   These contracts provide for periodic price adjustments based on the market price.   As of December 31, 2015, 166 million tons of iron ore and 26 million tons of coal remained to be purchased under such long-term contracts.

The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.   The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

As of December 31, 2015, the Company entered into commitments with Korea National Oil Corporation for long-term foreign currency borrowings, which enables the Company to borrow up to the amount of USD 24.50 million, USD 8.25 million and USD 6.49 million. The borrowings are related to the Company's exploration of gas hydrates in Aral Sea, Uzbekistan, the exploration of gas hydrates in Namangan-Chust and the exploration of gas hydrates in Western Fergana-Chenavard, respectively.   The repayment of the borrowings depends on the success of the projects.   The Company is not liable for the repayment of full or part of the amount borrowed if the respective projects fail.   The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.   As of December 31, 2015, the ending balance of the borrowing amounts to USD 12.35 million.

(c) As of December 31, 2015, the Company has provided two blank checks to Korea Resources Corporation as collateral for long-term domestic borrowings, and has provided six blank promissory notes and three blank checks to Korea National Oil Corporation as collateral for long-term foreign currency borrowings.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

(d) Litigation in progress

   1) Civil lawsuits with Nippon Steel & Sumitomo Metal Corporation

      In April 2012, Nippon Steel & Sumitomo Metal Corporation ("NSSMC") filed a civil lawsuit in the Tokyo District Court of Japan against POSCO and POSCO JAPAN Co., Ltd., a subsidiary of POSCO, alleging violation of trade secrets and seeking prohibition on production and sales of grain oriented electrical steel sheets and compensation from the Company of ₩958.4 billion.   On September 30, 2015, pursuant to the agreement between POSCO and NSSMC, the pending lawsuit filed by NSSMC was withdrawn, along with all related lawsuits to strengthen the strategic partnership between the two companies.   On the same date, the Company paid ₩299 billion as the settlement to NSSMC, therefore all litigations were withdrawn and closed.

   2) Other lawsuits and claims

      The Company is involved in 36 litigations for alleged damages aggregating to ₩128.3 billion as of December 31, 2015 which arose in the ordinary course of business.   The Company has recognized provisions for 1 of 36 litigations amounting to ₩0.4 billion by estimating the outcome of such litigations reasonably.   Except the one litigation, the Company has not recognized any provisions since the Company believes that it does not have a present obligation on other litigations as of December 31, 2015.

(e) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO Energy Co., Ltd.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

### 38. Cash Flows from Operating Activities

Changes in operating assets and liabilities for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| Trade accounts and notes receivable, net | ₩ | 413,310 | 213,875 |
| Other accounts receivable | | 173,294 | (84,958) |
| Inventories | | 941,293 | (4,956) |
| Prepaid expenses | | 2,271 | (317) |
| Other current assets | | 1,466 | 136,875 |
| Long-term guarantee deposits | | (142) | (297) |
| Other long-term assets | | 401 | - |
| Trade accounts and notes payable | | (198,411) | 42,711 |
| Other accounts payable | | (180,727) | (65,758) |
| Accrued expenses | | 7,938 | 104,423 |
| Advances received | | (1,738) | 67,968 |
| Withholdings | | 2,429 | 2,513 |
| Unearned revenue | | 16,800 | (385) |
| Other long-term liabilities | | (36,523) | 8,109 |
| Derivatives liabilities | | - | (36,964) |
| Payment severance benefits | | (84,492) | (84,600) |
| Plan assets | | (59,044) | (100,285) |
| | ₩ | 998,125 | 197,954 |

### 39. Non-Cash Transactions

Significant non-cash transactions for the years ended December 31, 2015 and 2014 were as follows:

| (in millions of Won) | | 2015 | 2014 |
|---|---|---:|---:|
| Financial guarantee liabilities | ₩ | 43,573 | 7,730 |
| Investment in subsidiaries transferred to assets held for sale | | 518,204 | 468,443 |
| Available-for-sale investment transferred to assets held for sale | | - | 580,062 |
| Acquisition of available-for-sale investment through exchanging shares | | 295,398 | - |
| Investments in subsidiary by contribution of property, plant and equipment | | - | 558,915 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

<u>Notice to Readers</u>

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2015 and the review of internal accounting control system pursuant to Article 2-3 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

English Translation of a Report Originally Issued in Korean

To the President of
POSCO:

We have reviewed the accompanying Report on the Operations of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2015. The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS. Our responsibility is to review management's assessment and issue a report based on our review. In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on the assessment on the operations of the IACS, the Company's IACS has been effectively designed and is operating as of December 31, 2015, in all material respects, in accordance with the IACS Standards issued by the IACS Operations Committee."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants. Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether Report on the Operations of Internal Accounting Control System is free of material misstatement. Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances. We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in conformity with Korean International Financial Reporting Standards. Because of its inherent limitations, however, IACS may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that Report on the Operations of Internal Accounting Control System as of December 31, 2015 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2015. We did not review the Company's IACS subsequent to December 31, 2015. This report has been prepared for Korean regulatory purposes, pursuant to the External Audit Law, and may not be appropriate for other purposes or for other users.

Seoul, Korea
February 25, 2016

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2015 and 2014**

<u>**Report on the Operations of Internal Accounting Control System**</u>

English Translation of a Report Originally Issued in Korean

<u>Report on the Operations of Internal Accounting Control System</u>

To the Board of Directors and Audit Committee of
POSCO:

I, as the Internal Accounting Control Officer ("IACO") of POSCO (the Company"), have
assessed the status of the design and operations of the Company's internal accounting control
system("IACS") as of December 31, 2015.

The Company's management, including IACO, is responsible for the design and operations of its
IACS. I, as the IACO, have assessed whether the IACS has been effectively designed and is
operating to prevent and detect any error or fraud which may cause any misstatement of the
financial statements, for the purpose of establishing the reliability of financial statement
preparation and presentation for external uses. I, as the IACO, applied the IACS Standards
established by the IACS Operations Committee for the assessment of design and operations of the
IACS.

Based on the assessment of the operations of the IACS, the Company's IACS has been effectively
designed and is operating as of December 31, 2015, in all material respects, in accordance with
the IACS Standards issued by the IACS Operations Committee.

January 26, 2016

Kwon, Oh-Joon, Chief Executive Officer

Lee, Young-Hoon, Internal Accounting Control Officer

Appendix 7-C

POSCO's Unconsolidated Financial Statements
for 2015-16 Fiscal Years

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2016 and 2015**

**(With Independent Auditors' Report Thereon)**

## Table of Contents

**Page**

**Independent Auditors' Report**................................................................................. 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................. 3

Separate Statements of Comprehensive Income.................................................... 5

Separate Statements of Changes in Equity ........................................................... 6

Separate Statements of Cash Flows ..................................................................... 7

Notes to the Separate Financial Statements .......................................................... 9

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 87

**Report on the Operations of Internal Accounting Control System** ............................... 88

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Report**

Based on a report originally issued in Korea

The Board of Directors and Shareholders
POSCO:

We have audited the accompanying separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2016 and 2015, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising a summary of significant accounting policies and other explanatory information.

*Management's Responsibility for the Separate Financial Statements*

Management is responsible for the preparation and fair presentation of these separate financial statements in accordance with Korean International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these separate financial statements based on our audits.  We conducted our audits in accordance with Korean Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the separate financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the separate financial statements.  The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the separate financial statements, whether due to fraud or error.  In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the separate financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control.  An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the separate financial statements.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2016 and 2015, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards.

*Other Matters*

The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries. Accordingly, this report and the accompanying separate financial statements are for use by those knowledgeable about Korean auditing standards and their application in practice.

*KPMG Samjong Accounting Corp.*

Seoul, Korea
March 2, 2017

This report is effective as of March 2, 2017, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2016 and 2015

| (in millions of Won) | Notes | | December 31, 2016 | December 31, 2015 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 120,529 | 1,634,106 |
| Trade accounts and notes receivable, net | 6,22,36 | | 3,216,209 | 2,740,104 |
| Other receivables, net | 7,22,36 | | 246,061 | 246,431 |
| Other short-term financial assets | 8,22 | | 4,130,963 | 3,326,012 |
| Inventories | 9,33 | | 3,995,291 | 3,427,011 |
| Assets held for sale | 10 | | 764 | 25,892 |
| Other current assets | 15 | | 22,859 | 28,083 |
| **Total current assets** | | | 11,732,676 | 11,427,639 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 14,040 | 19,895 |
| Other receivables, net | 7,22 | | 87,669 | 93,757 |
| Other long-term financial assets | 8,22 | | 2,145,570 | 1,804,374 |
| Investments in subsidiaries, associates and joint ventures | 11 | | 15,031,385 | 15,737,287 |
| Investment property, net | 12 | | 86,296 | 86,752 |
| Property, plant and equipment, net | 13 | | 22,257,409 | 21,514,150 |
| Intangible assets, net | 14 | | 508,890 | 490,762 |
| Defined benefit assets, net | 20 | | 81,621 | - |
| Other non-current assets | 15 | | 110,197 | 134,793 |
| **Total non-current assets** | | | 40,323,077 | 39,881,770 |
| | | | | |
| **Total assets** | | ₩ | 52,055,753 | 51,309,409 |

*See accompanying notes to the separate financial statements.*

3

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position, Continued
## As of December 31, 2016 and 2015

| (in millions of Won) | Notes | | December 31, 2016 | December 31, 2015 |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 1,082,927 | 577,856 |
| Short-term borrowings | | | | |
| and current installments of long-term borrowings | 4,16,22 | | 364,840 | 1,985,722 |
| Other payables | 17,22,36 | | 866,074 | 946,735 |
| Other short-term financial liabilities | 18,22 | | 16,508 | 25,676 |
| Current income tax liabilities | 34 | | 315,530 | 227,569 |
| Provisions | 19 | | 14,154 | 22,840 |
| Other current liabilities | 21 | | 37,219 | 31,281 |
| **Total current liabilities** | | | 2,697,252 | 3,817,679 |
| | | | | |
| Long-term borrowings, | | | | |
| excluding current installments | 4,8,16,22 | | 3,778,014 | 3,303,105 |
| Other payables | 17,22 | | 117,310 | 37,656 |
| Other long-term financial liabilities | 18,22 | | 72,742 | 81,496 |
| Defined benefit liabilities, net | 20 | | - | 10,472 |
| Deferred tax liabilities | 34 | | 1,015,966 | 994,867 |
| Long-term provisions | 19 | | 29,506 | 21,954 |
| Other non-current liabilities | 21 | | 15,516 | 16,623 |
| **Total non-current liabilities** | | | 5,029,054 | 4,466,173 |
| **Total liabilities** | | | 7,726,306 | 8,283,852 |
| | | | | |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23,40 | | 1,156,303 | 1,247,581 |
| Hybrid bonds | 24 | | 996,919 | 996,919 |
| Reserves | 25 | | 284,240 | (30,018) |
| Treasury shares | 26 | | (1,533,468) | (1,533,898) |
| Retained earnings | 27 | | 42,943,050 | 41,862,570 |
| **Total equity** | 4 | | 44,329,447 | 43,025,557 |
| **Total liabilities and equity** | | ₩ | 52,055,753 | 51,309,409 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2016 and 2015

| (in millions of Won, except per share information) | Notes | | 2016 | 2015 |
|---|---|---|---|---|
| **Revenue** | 28,36 | ₩ | 24,324,933 | 25,607,221 |
| **Cost of sales** | 9,20,30,33,36 | | (19,903,596) | (21,473,390) |
| **Gross profit** | | | 4,421,337 | 4,133,831 |
| Selling and administrative expenses | | | | |
| Administrative expenses | 20,22,29,30,33 | | (889,277) | (890,446) |
| Selling expenses | 29,33 | | (896,723) | (1,005,136) |
| **Operating profit** | | | 2,635,337 | 2,238,249 |
| Finance income and costs | | | | |
| Finance income | 22,31 | | 756,480 | 896,406 |
| Finance costs | 22,31 | | (882,511) | (734,569) |
| Other non-operating income and expenses | | | | |
| Other non-operating income | 32,36 | | 81,869 | 465,316 |
| Other non-operating expenses | 32,33,36 | | (401,841) | (1,197,119) |
| **Profit before income tax** | | | 2,189,334 | 1,668,283 |
| Income tax expense | 34 | | (404,288) | (350,012) |
| **Profit** | | | 1,785,046 | 1,318,271 |
| **Other comprehensive income (loss)** | | | | |
| Items that will not be reclassified subsequently to profit or loss: | | | | |
| Remeasurements of defined benefit plans, net of tax | 20 | | (768) | 38,910 |
| Items that will be reclassified subsequently to profit or loss: | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | 8,22,25 | | 314,258 | (124,060) |
| **Total comprehensive income** | | ₩ | 2,098,536 | 1,233,121 |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 21,899 | 16,067 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

# POSCO

## Separate Statements of Changes in Equity
## For the years ended December 31, 2016 and 2015

| *(in millions of Won)* | | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2015 | ₩ | 482,403 | 1,247,616 | 996,919 | 94,042 | (1,534,457) | 41,188,908 | 42,475,431 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 1,318,271 | 1,318,271 |
| Other comprehensive income (loss) | | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | 38,910 | 38,910 |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | (124,060) | - | - | (124,060) |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (479,958) | (479,958) |
| Interim dividends | | - | - | - | - | - | (159,987) | (159,987) |
| Interest of hybrid bonds | | - | - | - | - | - | (43,574) | (43,574) |
| Disposal of treasury shares | | - | (35) | - | - | 559 | - | 524 |
| Balance as of December 31, 2015 | ₩ | 482,403 | 1,247,581 | 996,919 | (30,018) | (1,533,898) | 41,862,570 | 43,025,557 |
| Balance as of January 1, 2016 | ₩ | 482,403 | 1,247,581 | 996,919 | (30,018) | (1,533,898) | 41,862,570 | 43,025,557 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 1,785,046 | 1,785,046 |
| Other comprehensive income (loss) | | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (768) | (768) |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | 314,258 | - | - | 314,258 |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (479,974) | (479,974) |
| Interim dividends | | - | - | - | - | - | (179,992) | (179,992) |
| Business combination | | - | (91,310) | - | - | - | - | (91,310) |
| Interest of hybrid bonds | | - | - | - | - | - | (43,832) | (43,832) |
| Disposal of treasury shares | | - | 32 | - | - | 430 | - | 462 |
| Balance as of December 31, 2016 | ₩ | 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Cash Flows
## For the years ended December 31, 2016 and 2015

*(in millions of Won)*

| | Notes | 2016 | 2015 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 1,785,046 | 1,318,271 |
| Adjustments for: | | | |
| Costs for defined benefit plans | | 111,086 | 119,183 |
| Depreciation | | 2,061,408 | 2,065,521 |
| Amortization | | 79,655 | 70,742 |
| Bad debt expenses | | 54,130 | (7,373) |
| Finance income | | (508,824) | (681,205) |
| Finance costs | | 565,366 | 522,190 |
| Loss on valuation of inventories | | 11,843 | 15,254 |
| Gain on disposal of property, plant and equipment | | (19,579) | (11,000) |
| Loss on disposal of property, plant and equipment | | 93,536 | 90,852 |
| Impairment loss on property, plant and equipment | | 58,388 | 70,674 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 184,283 | 327,776 |
| Gain on disposal of assets held for sale | | (6,814) | (409,578) |
| Loss on disposal of assets held for sale | | - | 209,775 |
| Impairment loss on assets held for sale | | - | 95,737 |
| Contribution to provisions | | 15,520 | 2,174 |
| Income tax expense | | 404,288 | 350,012 |
| Others | | (13,143) | 1,093 |
| Changes in operating assets and liabilities | 38 | (694,145) | 998,125 |
| Interest received | | 80,865 | 79,847 |
| Interest paid | | (192,795) | (263,483) |
| Dividends received | | 144,388 | 629,435 |
| Income taxes paid | | (375,393) | (454,084) |
| Net cash provided by operating activities | ₩ | 3,839,109 | 5,139,938 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows, Continued**
**For the years ended December 31, 2016 and 2015**

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---:|---:|
| **Cash flows from investing activities** |  |  |  |
| Proceeds from disposal of short-term financial instruments | ₩ | 17,038,277 | 9,273,767 |
| Proceeds from disposal of long-term financial instruments |  | - | 3 |
| Proceeds from disposal of available-for-sale financial assets |  | 266,976 | 135,236 |
| Decrease in short-term loans |  | - | 69,443 |
| Decrease in long-term loans |  | - | 514 |
| Proceeds from disposal of investments |  |  |  |
| in subsidiaries, associates and joint venture |  | 4,850 | 4,713 |
| Proceeds from disposal of intangible assets |  | 7,076 | 3,570 |
| Proceeds from disposal of assets held for sale |  | 166,791 | 1,294,908 |
| Proceeds from business combination |  | 24,250 | - |
| Acquisition of short-term financial instruments |  | (17,870,819) | (11,879,166) |
| Increase in short-term loans |  | - | (65,208) |
| Acquisition of available-for-sale investments |  | (271,434) | (1,526) |
| Increase in long-term loans |  | (66) | (139) |
| Acquisition of investment in subsidiaries, |  |  |  |
| associates and joint ventures |  | (329,071) | (451,265) |
| Acquisition of investment property |  | - | (346) |
| Acquisition of property, plant and equipment |  | (1,875,111) | (1,466,910) |
| Payment for disposal of property, plant and equipment |  | (18,358) | (22,732) |
| Acquisition of intangible assets |  | (21,050) | (37,313) |
| Net cash used in investing activities |  | (2,877,689) | (3,142,451) |
|  |  |  |  |
| **Cash flows from financing activities** |  |  |  |
| Proceeds from borrowings |  | 1,082,339 | 23,671 |
| Increase in long-term financial liabilities |  | 4,422 | 3,850 |
| Repayment of borrowings |  | (2,844,151) | (1,453,075) |
| Decrease in long-term financial liabilities |  | (8,720) | (4,701) |
| Payment of cash dividends |  | (665,168) | (639,561) |
| Payment of interest of hybrid bonds |  | (43,719) | (43,600) |
| Net cash used in financing activities |  | (2,474,997) | (2,113,416) |
|  |  |  |  |
| **Changes in cash due to foreign currency translation** |  | - | 7,268 |
| **Net decrease in cash and cash equivalents** |  | (1,513,577) | (108,661) |
| **Cash and cash equivalents at beginning of the period** |  | 1,634,106 | 1,742,767 |
| **Cash and cash equivalents at end of the period** | ₩ | 120,529 | 1,634,106 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2016 and 2015**

## 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since 1988.  The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through seven overseas liaison offices.

As of December 31, 2016, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 9,482,959 | 10.88 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 2,894,712 | 3.32 |
| BlackRock Institutional Trust Company, N.A.(*1) | 2,236,618 | 2.57 |
| KB Financial Group Inc. and subsidiaries(*2) | 2,091,553 | 2.40 |
| Saudi Arabian Monetary Authority | 2,071,515 | 2.38 |
| Others | 68,409,478 | 78.45 |
| | 87,186,835 | 100.00 |

(*1) Includes American Depository Receipts (ADRs) of POSCO, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries pursuant to the Commercial Act.

As of December 31, 2016, the shares of the Company are listed on the Korea Exchange, while its ADRs are listed on the New York Stock Exchanges.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**2. Statement of Compliance**

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the Act on External Audits of Corporations in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

The separate financial statements were authorized for issue by the Board of Directors on January 25, 2017, and will be submitted for approval at the shareholders' meeting to be held on March 10, 2017.

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments are measured at fair value
(b) Available-for-sale financial assets are measured at fair value
(c) Defined benefit liabilities are measured at the present value of the defined benefit obligation less the fair value of the plan asset.

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency which is the currency of the primary economic environment in which the Company operates.

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.  Revisions to accounting estimates are recognized in the period prospectively.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 10 - Assets held for sale
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next fiscal year is included in the following notes:

- Note 8 - Available-for-sale securities
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 34 - Income taxes
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.   The Company has an established control framework with respect to the measurement of fair values.   This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the financial officer.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments.   If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible.   Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.   The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

### 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.   The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".   The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.   At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction.   Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.   Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

The Company recognizes and measures non-derivative financial assets by the following four categories: financial assets at fair value through profit or loss, held-to-maturity financial assets, loans and receivables and available-for-sale financial assets.   The Company recognizes financial assets in the separate statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Upon initial recognition, non-derivative financial assets are measured at their fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(a) Financial assets at fair value through profit or loss

Financial assets are classified at fair value through profit or loss if they are held for trading or designated as such upon initial recognition.   Upon initial recognition, transaction costs are recognized in profit or loss when incurred.   Financial assets at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.

(b) Held-to-maturity financial assets

A non-derivative financial asset with a fixed or determinable payment and fixed maturity, for which the Company has the positive intention and ability to hold to maturity, is classified as held-to-maturity financial assets.   Subsequent to initial recognition, held-to-maturity financial assets are measured at amortized cost using the effective interest method.

(c) Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market.   Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method unless the effect of discounting is immaterial.

(d) Available-for-sale financial assets

Available-for-sale financial assets are those non-derivative financial assets that are designated as available-for-sale or are not classified as financial assets at fair value through profit or loss, held-to-maturity financial assets or loans and receivables.   Subsequent to initial recognition, they are measured at fair value, with changes in fair value, net of any tax effect, recorded in other comprehensive income in equity.   Investments in equity instruments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured and derivatives that are linked to and must be settled by delivery of such unquoted equity instruments are measured at cost.   When a financial asset is derecognized or impairment losses are recognized, the cumulative gain or loss previously recognized in other comprehensive income is reclassified from equity to profit or loss.   Dividends on an available-for-sale equity instrument are recognized in profit or loss when the Company's right to receive payment is established.

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset.   Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

14

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability
Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method.   The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition.   The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value.   The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs.   The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.  Investment property is measured initially at its cost.  Transaction costs are included in the initial measurement.  Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.  The carrying amount of the replaced part is derecognized.  The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.  The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.  The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.  The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.   Leased assets are depreciated over the shorter of the lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.   Land is not depreciated.

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.
The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4-9 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.   Other borrowing costs are recognized in expense as incurred.   A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.   Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.   Assets that are ready for their intended use or sale when acquired are not qualifying assets.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.   The Company immediately recognizes other borrowing costs as an expense.   To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.   The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.   The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

| | |
|---|---|
| Intellectual property rights | 7 years |
| Development costs | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.  All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

**Impairment for financial assets**

A financial asset not carried at fair value through profit or loss is assessed at each reporting date to determine whether there is objective evidence that it is impaired.   A financial asset is impaired if objective evidence indicates that a loss event has occurred after the initial recognition of the asset, and that the loss event had a negative effect on the estimated future cash flows of that asset that can be estimated reliably.   However, losses expected as a result of future events, regardless of likelihood, are not recognized.

Objective evidence that a financial asset or group of financial assets are impaired includes:

(a) significant financial difficulty of the issuer or obligor
(b) a breach of contract, such as a default or delinquency in interest or principal payments
(c) the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
(d) it becoming probable that the borrower will enter bankruptcy or other financial reorganization
(e) the disappearance of an active market for that financial asset because of financial difficulties
(f) observable data indicating that there is a measurable decrease in the estimated future cash flows from a group of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the group.

In addition, for an investment in an equity security, a significant or prolonged decline in its fair value below its cost is objective evidence of impairment.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

If there is objective evidence that financial assets are impaired, impairment losses are measured and recognized.

(a) Financial assets measured at amortized cost

An impairment loss in respect of a financial asset measured at amortized cost is calculated as the difference between its carrying amount and the present value of its estimated future cash flows discounted at the asset's original effective interest rate.    If it is not practicable to obtain the instrument's estimated future cash flows, impairment losses would be measured by using prices from any observable current market transactions.    The Company can recognize impairment losses directly or establish a provision to cover impairment losses.    If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss shall be reversed either directly or by adjusting an allowance account.

(b) Financial assets carried at cost

If there is objective evidence that an impairment loss has occurred on an unquoted equity instrument that is not carried at fair value because its fair value cannot be reliably measured, or on a derivative asset that is linked to and must be settled by delivery of such an unquoted equity instrument, the amount of the impairment loss is measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset.    Such impairment losses are not reversed.

(c) Available-for-sale financial assets

When a decline in the fair value of an available-for-sale financial asset has been recognized in other comprehensive income and there is objective evidence that the asset is impaired, the cumulative loss that had been recognized in other comprehensive income shall be reclassified from equity to profit or loss as a reclassification adjustment even though the financial asset has not been derecognized.    Impairment losses recognized in profit or loss for an investment in an equity instrument classified as available-for-sale are not reversed through profit or loss.    If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss shall be reversed, with the amount of the reversal recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives are measured at fair value, and changes therein are recognized in profit or loss.

(a) Embedded derivatives

Embedded derivatives are separated from the host contract and accounted for separately only if the following criteria have been met: (a) the economic characteristics and risks of the host contract and the embedded derivatives are not clearly and closely related to a separate instrument with the same terms as the embedded derivative that would meet the definition of a derivative, and (b) the hybrid (combined) instrument is not measured at fair value through profit or loss.   Changes in the fair value of separable embedded derivatives from the host contract are recognized immediately in profit or loss.

(b) Other derivatives

Changes in the fair value of a derivative that is not designated as a hedging instrument are recognized immediately in profit or loss.

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities at fair value through profit or loss or other financial liabilities in accordance with the substance of the contractual arrangement and the definitions of financial liabilities.   The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities at fair value through profit or loss

Financial liabilities at fair value through profit or loss include financial liabilities held for trading or designated as upon initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

(b) Other financial liabilities

Non-derivative financial liabilities other than financial liabilities at fair value through profit or loss are classified as other financial liabilities.   At the date of initial recognition, other financial liabilities are measured at fair value minus transaction costs that are directly attributable to the acquisition.   Subsequent to initial recognition, other financial liabilities are measured at amortized cost using the effective interest method.   The Company derecognizes a financial liability from the separate statement of financial position when it is extinguished (i.e. when the obligation specified in the contract is discharged, cancelled or expires).

23

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service. When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss. If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets. The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid. Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid. If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan. The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value. The fair value of plan assets is deducted. The calculation is performed annually by an independent actuary using the projected unit credit method.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.  The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.   The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.   The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.   Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

25

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as follows pursuant to the Act on the Allocation and Trading of Greenhouse Gas Emission Permits which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge and those purchased from the market.   The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and initially measured at cost and subsequently carried at cost less accumulated impairment losses.   Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government when the future economic benefits are no longer expected to be probable.

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas.   Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable.   Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period.   The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.  No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.  When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.   When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue**

Revenue from the sale of goods, services provided and the use of assets is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates, which are not significant for all periods presented.

(a) Sale of goods

Revenue from the sale of goods in the ordinary course of activities is measured at the fair value of the consideration received or receivable, net of returns, trade discounts and volume rebates.   Revenue is recognized when persuasive evidence exists, usually in the form of an executed sales agreement, that the significant risks and rewards of ownership have been transferred to the buyer, recovery of the consideration is probable, the associated costs and possible return of goods can be estimated reliably, there is no continuing management involvement with the goods, and the amount of revenue can be measured reliably.   The appropriate timing for transfer of risks and rewards varies depending on the individual terms and conditions of the sales contract.   For international sales, this timing depends on the type of international commercial terms of the contract.

(b) Rental income

Rental income from investment property, net of lease incentives granted, is recognized in profit or loss on a straight-line basis over the term of the lease.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**Finance income and finance costs**

Finance income comprises interest income on funds invested (including available-for-sale financial assets), dividend income, gains on the disposal of available-for-sale financial assets and changes in the fair value of financial assets at fair value through profit or loss.   Interest income is recognized as it accrues in profit or loss, using the effective interest method. Dividend income is recognized in profit or loss on the date that the Company's right to receive payment is established.

Finance costs comprise interest expense on borrowings and changes in the fair value of financial assets at fair value through profit or loss.   Borrowing costs are recognized in profit or loss using the effective interest rate method.

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.   The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

28

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.  Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income.  Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**New standards and interpretations not yet adopted**

The following new standards, interpretations and amendments to existing standards have been published but are not mandatory for the Company for annual periods beginning after January 1, 2016, and the Company has not early adopted them.

(a) K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109, published on September 25, 2015, is effective for annual periods beginning on or after January 1, 2018, with earlier adoption permitted.   It replaces existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement". The Company plans to adopt K-IFRS No. 1109 for the year beginning on January 1, 2018.

K-IFRS No. 1109 will generally be applied retrospectively; however the Company plans to take advantage of the exemption allowing it not to restate the comparative information for prior periods with respect to classification and measurement including impairment changes.   New hedge accounting requirements will generally be applied prospectively except for certain exemptions including the accounting for the time value of options.

Key features of the new standard, K-IFRS No. 1109, are 1) classification and measurement of financial assets that reflects the business model in which the assets are managed and their cash flow characteristics, 2) impairment methodology that reflects 'expected credit loss' (ECL) model for financial assets, and 3) expanded scope of hedged items and hedging instruments which qualify for hedge accounting and changes in assessment method for effect of hedging relationships.

K-IFRS No. 1109 will require the Company to assess the financial impact from application of K-IFRS No. 1109 and revise its accounting processes and internal controls related to financial instruments.   Actual impact of adopting K-IFRS No. 1109 will be dependent on the financial instruments the Company holds and economic conditions at that time as well as accounting policy elections and judgment that it will make in the future.

The Company has not initiated any changes related to K-IFRS No. 1109, therefore the Company has not performed an assessment of the impact resulting from the application of K-IFRS No. 1109.   The Company will complete the analysis of financial impacts arising from applying this standard in 2017.

Expected impacts on the separate financial statements are generally categorized as follows:

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

1) Classification and measurement of financial assets

Under K-IFRS No. 1109, financial assets are classified into three principal categories; measured at amortized cost, fair value through other comprehensive income (FVOCI) and fair value through profit or loss (FVTPL). The classification is determined based on the business model in which assets are managed and their cash flow characteristics, as detailed in the below table.

| Business model | Contractual cash flows are solely payments of principal and interests | All other cases |
|---|---|---|
| To collect contractual cash flows | At amortized cost(*1) | |
| Both to collect contractual cash flows and sell financial assets | Fair value through other comprehensive income(*1) | Fair value through profit or loss(*2) |
| For trading, and others | Fair value through profit and loss | |

(*1) The Company may irrevocably designate as at fair value through profit or loss to eliminate or significantly reduce an accounting mismatch.
(*2) The Company may irrevocably designate equity investments that is not held for trading as at fair value through other comprehensive income.

The adoption of K-IFRS No. 1109 would potentially increase the proportion of financial assets that are measured at fair value through profit or loss, it may increases volatility in the Company's profit or loss.

As of December 31, 2016, the Company had loans and receivables amounting to ₩7,706,575 million, available-for-sale financial assets amounting to ₩2,064,578 million, and financial assets at fair value through profit or loss amounting to ₩80,959 million.

Under K-IFRS No. 1109, a financial asset is measured at amortized cost if it meets both of the following conditions and is not designated as at fair value through profit or loss: 1) the asset is held within a business model whose objective is to hold assets to collect contractual cash flows; and 2) the contractual terms of the financial asset give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding. As of December 31, 2016, the Company had loans and receivables which amount to ₩7,706,575 million, which were measured at amortized costs.

Under K-IFRS No. 1109, a financial asset is measured at fair value through other comprehensive income if it meets both of the following conditions and is not designated as at fair value through profit or loss: 1) the asset is held within a business model whose objective is achieved by both collecting contractual cash flows and selling financial assets; and 2) the contractual terms of the financial asset give rise on specified dates to cash flow that are solely payments of principal and interest on the principal amount outstanding. As of December 31, 2016, the Company had debt instruments of ₩5,838 million classified as available-for-sale.

31

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

Under K-IFRS No. 1109, on initial recognition of equity investment that is not held for trading, the Company may irrevocably elect to present subsequent changes in fair value in other comprehensive income, and will not reclassify the those items in other comprehensive income to profit or loss subsequently.  As of December 31, 2016, the Company had equity investment that is classified as available-for-sale which amounts to ₩2,058,240 million.

2) Classification and measurement of financial liabilities

Under K-IFRS No. 1109, the amount of change in the fair value attributable to the changes in the credit risk of the financial liabilities is presented in other comprehensive income, not in profit or loss, and the other comprehensive income amount will not be reclassified to profit or loss.   However, if doing so creates or increase an accounting mismatch, the amount of change in the fair value is recognized in profit or loss.

As a portion of fair value change which was recognized in profit or loss under the existing standard, K-IFRS No. 1039, will be presented in other comprehensive income under K-IFRS No. 1109, profit or loss related to valuation of financial liabilities is likely to decrease.

3) Impairment: Financial assets and contract assets

K-IFRS No. 1109 replaces the incurred loss model in the existing standard with a forward-looking expected credit loss model for debt instruments, lease receivables, contractual assets, loan commitments, financial guarantee contracts.

Under K-IFRS No. 1109, impairment losses are likely to be recognized earlier than using the incurred loss model under the existing guidance in K-IFRS No. 1039 as loss allowances will be measured on either of the 12-month or lifetime expected credit loss based on the extent of increase in credit risk since inception as shown in the below table.

| | Classification(*1) | Loss allowances |
|---|---|---|
| Stage 1 | Credit risk has not increased significantly since the initial recognition(*2) | 12-month expected credit loss: Expected credit losses resulted from possible default events within the 12 months after the reporting date |
| Stage 2 | Credit risk has increased significantly since the intial recognition | Lifetime expected credit loss: Expected credit loss resulted from all possible default events over the expected life of a financial instrument |
| Stage 3 | Credit-impaired | |

(*1) A loss allowance for lifetime expected credit losses is required for a financial instrument if the credit risk on that financial instrument has increased significantly since initial recognition.   It is also required for contract assets or trade receivables that are not, according to K-IFRS No. 1115 "Revenue from Contracts with Customers", considered to contain a significant financing component.   Additionally, the Company can elect an accounting policy of recognizing lifetime expected credit losses for all contract assets and/or all trade receivables, including those that contain a significant financing component.

(*2) If the financial instrument has low credit risk at the reporting date, the Company may assume that the credit risk has not increased significantly since initial recognition.

32

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

Under K-IFRS No. 1109, financial assets of which the credit was impaired at the initial recognition, cumulative changes in lifetime expected credit loss since the initial recognition are recognized as loss allowances.

As of December 31, 2016, the Company had financial instruments measured at amortized cost amounting to ₩7,706,575 million (loans and receivables), financial instruments measured at fair value through other comprehensive income as they are classified as available for sale amounting to ₩5,838 million, and has recognized bad debt allowance of loans and receivables of ₩21,228 million as of December 31, 2016.

(b) K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115 "Revenue from Contracts with Customers", published on November 6, 2015, is effective for annual periods beginning on or after January 1, 2018, with earlier adoption permitted.   It replaces existing revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts", K-IFRS No. 2031 "Revenue- Barter transactions involving advertising services", K-IFRS No. 2113 "Customer Loyalty Programs", K-IFRS No. 2115 "Agreements for the construction of real estate", and K-IFRS No. 2118 "Transfers of assets from customers".   The Company shall apply this standard using one of the following two method; (a) retrospectively to each prior reporting period presented in accordance with K-IFRS No. 1008 "Accounting Policies, Changes in Accounting Estimates and Errors" but using the practical expedients for completed contracts- i.e. completed contracts for the earliest prior period presented are not restated; or (b) retrospectively with the cumulative effect of initially applying this standard recognized at the date of initial application.   The Company plans to adopt K-IFRS No. 1115 in its consolidated financial statements for the year ending December 31, 2018, however retrospectively adjusting method is not yet determined.

Existing K-IFRS standards and interpretations including K-IFRS No. 1018 provide revenue recognition guidance by transaction types such as sales of goods, rendering of services, interest income, royalty income, dividend income and construction revenue; however, under the new standard, K-IFRS No. 1115, the five-step approach (Step 1: Identify the contract(s) with a customer, Step 2: Identify the performance obligations in the contract, Step 3: Determine the transaction price, Step 4: Allocate the transaction price to the performance obligations in the contract, Step 5: Recognize revenue when the entity satisfied a performance obligation) is applied for all types of contracts or agreements.

Under K-IFRS No. 1115, the Company estimates an amount of variable consideration by using the method the Company expects to better predict the amount of consideration to which it will be entitled.   The Company includes an amount of variable consideration in the transaction price only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the return period expires.   The Company recognize the amounts received or receivable for which the Company does not expect to be entitled as a refund liability.

33

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

The new standard will require the Company to revise its internal controls related to reporting revenue, and these changes are not yet initiated, and the Company has not performed an assessment of the impact resulting from the application of K-IFRS No. 1115.   The Company will complete the analysis of financial impacts arising from applying this standard in 2017.

(c) K-IFRS No. 1007 "Statement of Cash Flows"

In accordance with K-IFRS No. 1007 "Statement of Cash Flows" revised on May 27, 2016, liabilities related to the cash flows that were classified as a financing activity in the statement of cash flows or will be classified as a financing activity in the future should be disclosed as follows:

· Fluctuations in financing cash flows
· Changes in the acquisition or loss of control of a subsidiary or other business
· Exchange rate effect
· Fair value changes
· Other changes

K-IFRS No. 1007 is effective for the accounting periods beginning on January 1, 2017, and the Company is not required to provide comparative information for the prior period.

(d) K-IFRS No. 1012 "Income Taxes"

In accordance with K-IFRS No. 1012 "Income Taxes" amended on November 15, 2016, In the case of debt instruments measured at fair values, deferred tax accounting treatment is clarified.   Temporary difference is calculated from the difference between the carrying amount and taxable base amount of the debt liabilities, regardless of the expected recovery method.   When reviewing the feasibility of deferred tax assets, if there is sufficient evidence that it is likely to recover some part of an entity's assets in excess of the carrying amount, the estimated amount of future taxable income would be included in the estimated future taxable income.   In addition, future taxable income estimates are calculated as the amount before deducting the deductible (deduction) effect from deductible temporary differences.

K-IFRS No. 1012 is effective from accounting periods beginning on January 1, 2017.   The Company believes that the effect of the amendments to the separate financial statements is not significant.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

(a) Financial risk management

1) Risk management framework

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

2) Credit risk

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred but not yet identified.   The collective loss allowance is determined based on historical data of payment statistics for similar financial assets. Debt securities are analyzed individually, and an expected loss shall be directly deducted from debt securities.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.

Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategy investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

4) Market risk

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.   The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.   The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.   In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.   The Company reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rates and variable interest rate. The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

③ Other market price risk

Equity price risk arises from listed equity securities among available-for-sale equity securities.   Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.   Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

(b) Management of capital

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.   The capital structure of the Company consists of equity and net borrowings (after deducting cash and cash equivalents) and current financial instruments from borrowings.   The Company applied the same capital risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2016 and 2015 is as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Total borrowings | ₩ | 4,142,854 | 5,288,827 |
| Less: Cash and cash equivalents | | 120,529 | 1,634,106 |
| Net borrowings | | 4,022,325 | 3,654,721 |
| Total equity | ₩ | 44,329,447 | 43,025,557 |
| Net borrowings-to-equity ratio | | 9.07% | 8.49% |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**5. Cash and Cash Equivalents**

Cash and cash equivalents as of December 31, 2016 and 2015 are as follows:

| *(in millions of Won)* | | 2016 | 2015 |
|---|---|---:|---:|
| Demand deposits and checking accounts | ₩ | 5,495 | 479,539 |
| Time deposits | | - | 593,811 |
| Other cash equivalents | | 115,034 | 560,756 |
| | ₩ | 120,529 | 1,634,106 |

**6. Trade Accounts and Notes Receivable**

Trade accounts and notes receivable as of December 31, 2016 and 2015 are as follows:

| *(in millions of Won)* | | 2016 | 2015 |
|---|---|---:|---:|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,231,461 | 2,749,056 |
| Less: Allowance for doubtful accounts | | (15,252) | (8,952) |
| | ₩ | 3,216,209 | 2,740,104 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 21,671 | 30,034 |
| Less: Present value discount | | (7,364) | (7,852) |
| Less: Allowance for doubtful accounts | | (267) | (2,287) |
| | ₩ | 14,040 | 19,895 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩31,370 as of December 31, 2016.   The fair value of trade accounts and notes receivable approximates the carrying amounts and trade accounts and notes receivable are included in short-term borrowings from financial institutions. (Note 16)

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 7. Other Receivables

Other receivables as of December 31, 2016 and 2015 are as follows:

| *(in millions of Won)* | | 2016 | 2015 |
|---|---|---|---|
| **Current** | | | |
| Other accounts receivable | ₩ | 231,535 | 233,415 |
| Others | | 20,235 | 13,341 |
| Less: Allowance for doubtful accounts | | (5,709) | (325) |
| | ₩ | 246,061 | 246,431 |
| **Non-current** | | | |
| Long-term loans | ₩ | 23,183 | 24,293 |
| Long-term other accounts receivable | | 61,728 | 66,541 |
| Others | | 2,758 | 2,923 |
| | ₩ | 87,669 | 93,757 |

### 8. Other Financial Assets

(a) Other financial assets as of December 31, 2016 and 2015 are as follows:

| *(in millions of Won)* | | 2016 | 2015 |
|---|---|---|---|
| **Current** | | | |
| Short term derivatives assets held for trading | ₩ | - | 12,591 |
| Available-for-sale securities (bonds) | | - | 15,000 |
| Short-term financial instruments(*1) | | 4,124,150 | 3,291,828 |
| Cash deposits(*2) | | 6,813 | 6,593 |
| | ₩ | 4,130,963 | 3,326,012 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | 80,959 | 78,292 |
| Available-for-sale securities (equity instruments) | | 2,058,240 | 1,723,082 |
| Available-for-sale securities (others) | | 6,338 | 2,967 |
| Cash deposits(*3) | | 33 | 33 |
| | ₩ | 2,145,570 | 1,804,374 |

(*1) Short-term financial instruments amounting to ₩1,384 million are levied in relation to pending litigations as of December 31, 2016 and 2015.

(*2) Deposits amounting to ₩6,813 million and ₩6,593 million as of December 31, 2016 and 2015, respectively, are restricted in relation to government assigned project.

(*3) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(b) Available-for-sale equity securities as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | 2016 | | | | | | | 2015 |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of available-for-sale investments | Accumulated impairment loss | Book value | Book value |
| **Marketable equity securities** | | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 23,835,200 | 2.51 | ₩ 719,622 | 644,257 | 115,890 | (191,255) | 644,257 | 559,740 |
| KB Financial group Inc.(*1) | 11,590,550 | 3.00 | 536,517 | 496,076 | 126,917 | (167,358) | 496,076 | 384,227 |
| Woori Bank | 20,280,000 | 3.00 | 244,447 | 267,787 | 23,340 | - | 267,787 | - |
| Hyundai Heavy Industries Co., Ltd. | 1,477,000 | 1.94 | 343,506 | 214,904 | 85,223 | (213,825) | 214,904 | 129,681 |
| SAMWONSTEEL CO., Ltd. | 5,700,000 | 14.25 | 8,930 | 20,064 | 17,537 | (6,403) | 20,064 | 20,748 |
| Seoul Semiconductor Co. Inc. | 591,000 | 1.01 | 24,999 | 9,190 | 798 | (16,607) | 9,190 | 9,279 |
| Shinhan Financial group Inc. | - | - | - | - | - | - | - | 172,829 |
| Hana Financial group Inc. | - | - | - | - | - | - | - | 57,359 |
| Others (11 companies)(*1) | | | 111,465 | 104,435 | 35,783 | (42,813) | 104,435 | 60,617 |
| | | | 1,989,486 | 1,756,713 | 405,488 | (638,261) | 1,756,713 | 1,394,480 |
| **Non-marketable equity securities** | | | | | | | | |
| Congonhas Minerios S.A.(*3) | 3,658,394 | 2.02 | 221,535 | 190,884 | (30,651) | - | 190,884 | 221,535 |
| Poongsan Special Metal Corp.(*4) | 315,790 | 5.00 | 7,657 | 7,657 | - | - | 7,657 | 7,657 |
| Intellectual Discovery(*2) | 1,000,000 | 8.81 | 5,000 | 1,350 | - | (3,650) | 1,350 | 5,000 |
| Others (41 companies)(*2,4) | | | 242,527 | 101,636 | 150 | (141,041) | 101,636 | 94,410 |
| | | | 476,719 | 301,527 | (30,501) | (144,691) | 301,527 | 328,602 |
| | | | ₩ 2,466,205 | 2,058,240 | 374,987 | (782,952) | 2,058,240 | 1,723,082 |

(*1)  The Company has recognized ₩191,255 million, ₩15,068 million, ₩2,316 million of impairment losses on securities of Nippon Steel & Sumitomo Metal Corporation, KB Financial Group Inc. and Steel Flower Co., Ltd., respectively, due to prolonged decline in the fair value of the shares for the year ended December 31, 2016.

(*2)  The Company has recognized ₩5,286 million, ₩3,650 million, ₩2,724 million and ₩2,426 million of impairment losses on securities of Troika Foreign Resource Development Fund, Intellectual Discovery, XG Sciences and Miju Steel MFG Co., Ltd., respectively due to significant decline in the fair value below cost of the shares for the year ended December 31, 2016.

(*3)  Fair value is based on an analysis performed by an external professional evaluation agency.

(*4)  Non-marketable financial assets whose fair values cannot be reliably measured are recorded at cost.

40

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

**9. Inventories**

(a) Inventories as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Finished goods | ₩ | 696,192 | 717,320 |
| Semi-finished goods | | 1,092,864 | 964,062 |
| By-products | | 4,303 | 5,983 |
| Raw materials | | 814,993 | 656,117 |
| Fuel and materials | | 535,036 | 523,796 |
| Materials-in-transit | | 863,226 | 574,409 |
| Others | | 520 | 578 |
| | | 4,007,134 | 3,442,265 |
| Less: Allowance for inventories valuation | | (11,843) | (15,254) |
| | ₩ | 3,995,291 | 3,427,011 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Beginning | ₩ | 15,254 | 24,867 |
| Loss on valuation of inventories | | 11,843 | 15,254 |
| Utilization on sale of inventories | | (15,254) | (24,867) |
| Ending | ₩ | 11,843 | 15,254 |

41

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**10. Assets Held for Sale**

Assets held for sale as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Property, plant and equipment(*1) | ₩ | 764 | 25,892 |

(*1) During the year ended December 31, 2015, the Company classified 1 FINEX facilities as assets held for sale amounting to ₩25,892 miliion.  However, during the year ended December 31, 2016, the Company reclassified the relating facilities to property, plant and equipment as the as the conditions for classification of the asset held for sale were not met due to the delay of disposal negotiation.

**11. Investments in Subsidiaries, Associates and Joint ventures**

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Subsidiaries | ₩ | 12,043,125 | 12,502,042 |
| Associates | | 656,670 | 948,006 |
| Joint ventures | | 2,331,590 | 2,287,239 |
| | ₩ | 15,031,385 | 15,737,287 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) Details of subsidiaries and carrying amounts as of December 31, 2016 and 2015 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2016 Acquisition cost | 2016 Net asset value | 2016 Book value | 2015 Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| POSCO DAEWOO Corporation (formerly, Daewoo International Corporation)(*1) | Korea | Trading | 68,681,566 | 60.31 | ₩ 3,371,481 | 2,430,937 | 3,371,481 | 3,371,481 |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | Korea | Engineering and construction | 22,073,568 | 52.80 | 1,014,314 | 2,613,618 | 1,014,314 | 1,014,314 |
| POSCO Green Gas Technology (*2) | Korea | Gas production and sales | - | - | - | - | - | 682,600 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | 40,234,508 | 89.02 | 658,176 | 1,405,001 | 658,176 | 658,176 |
| POSCO Processing&Service | Korea | Steel sales and trading | 20,340,136 | 93.95 | 624,678 | 787,490 | 624,678 | 624,678 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | 3,412,000 | 56.87 | 108,421 | 207,304 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | 19,700,000 | 95.00 | 103,780 | 113,746 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory manufacturing and sales | 35,442,000 | 60.00 | 100,535 | 588,045 | 100,535 | 100,535 |
| POSCO ES MATERIALS CO.,LTD(*9) | Korea | Primary and storage battery manufacturing | 3,052,230 | 75.32 | 83,000 | 81,278 | 83,000 | - |
| POSMATE | Korea | Business facility maintenance | 902,946 | 57.25 | 73,374 | 178,872 | 73,374 | 73,374 |
| POSCO ICT | Korea | Computer hardware and software distribution | 99,403,282 | 65.38 | 70,990 | 372,773 | 70,990 | 70,990 |
| POSCO M-TECH(*3) | Korea | Packing materials manufacturing and sales | 20,342,460 | 48.85 | 107,278 | 76,996 | 53,651 | 53,651 |
| POSCO Family Strategy Fund | Korea | Investment in venture companies | 460 | 69.91 | 45,273 | 49,537 | 45,273 | 45,273 |
| Busan E&E Co., Ltd.(*4) | Korea | Municipal solid waste fuel and power generation | 6,029,660 | 70.00 | 30,148 | 43,100 | 30,148 | 30,148 |
| Others (9 companies) | Korea | | | | 159,755 | 370,648 | 159,755 | 162,547 |
| | | | | | 6,551,203 | 9,319,345 | 6,497,576 | 7,099,968 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 813,431 | 236,691 | 813,431 | 813,431 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | 607,508,670 | 100.00 | 626,996 | 437,217 | 626,996 | 623,258 |
| POSCO Maharashtra Steel Private Limited | India | Steel manufacturing and sales | 335,972,025 | 100.00 | 665,450 | 327,168 | 665,450 | 536,860 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | 761,775 | 100.00 | 330,623 | 486,309 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 58.60 | 283,845 | 477,047 | 283,845 | 283,845 |
| POSCO Thainox Public Company Limited(*5) | Thailand | Stainless steel manufacturing and sales | 6,620,532,219 | 84.93 | 500,740 | 308,790 | 246,986 | 251,812 |
| POSCO SS VINA Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 241,426 | 80,660 | 241,426 | 241,426 |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 240,430 | 206,210 | 240,430 | 240,430 |
| POSCO-India Private Limited | India | Steel manufacturing and sales | 764,999,999 | 100.00 | 184,815 | 126,047 | 184,815 | 184,815 |
| POSCO MEXICO S.A. DE C.V.(*7) | Mexico | Plate steel manufacturing and sales | 2,686,705,272 | 84.84 | 180,072 | 230,500 | 180,072 | 180,069 |
| POSCO America Corporation | USA | Steel trading | 437,941 | 99.45 | 192,156 | 86,683 | 192,156 | 167,285 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 160,572 | 35,460 | 160,572 | 160,572 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing and sales | - | 95.65 | 144,573 | 24,717 | 144,573 | 144,573 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 83.64 | 130,751 | 99,129 | 130,751 | 130,751 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | Thailand | Plate steel manufacturing and sales | 36,000,000 | 100.00 | 121,592 | 107,016 | 121,592 | 121,592 |
| POSCO Asia Co., Ltd.(*8) | Hong Kong | Steel and raw material trading | 9,360,000 | 100.00 | 117,710 | 187,719 | 117,710 | 32,189 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | 144,579,160 | 60.00 | 92,800 | (65,387) | 92,800 | 92,800 |
| POSCO Investment Co., Ltd.(*8) | Hong Kong | Finance | - | - | - | - | - | 85,521 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | 90,438 | 100.00 | 68,436 | 125,508 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 70.00 | 65,982 | 93,271 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 62,494 | 130,029 | 62,494 | 62,494 |
| POSCO Electrical Steel India Private Limited | India | Electrical steel processing and sales | 25,817,932 | 100.00 | 57,119 | 24,300 | 57,119 | 57,119 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Mine development | 1,390 | 100.00 | 50,297 | 40,857 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | 45,479 | (17,911) | 45,479 | 45,479 |
| POSCO China Dalian Plate Processing Center Co., Ltd(*6) | China | Heavy plate processing and sales | - | 80.00 | 32,992 | (9,716) | - | 32,992 |
| POSCO(Guangdong) Coated Steel Co., Ltd. | China | Plate steel sheet manufacturing and sales | - | 87.04 | 31,299 | 34,517 | 31,299 | 31,299 |
| Others (32 companies)(*6,7) | | | | | 398,353 | 575,783 | 390,215 | 366,124 |
| | | | | | 5,840,433 | 4,388,614 | 5,545,549 | 5,402,074 |
| | | | | | ₩ 12,391,636 | 13,707,959 | 12,043,125 | 12,502,042 |

(*1)  During the year ended December 31, 2016, Daewoo International Corporation was renamed POSCO DAEWOO Corporation.

(*2)  The Company merged with POSCO Green Gas Technology on the acquisition date of May 1, 2016. (Note 40)

(*3)  POSCO M-TECH was classified as an investment in a subsidiary as the Company has more than half of the voting rights by virtue of an agreement with Pohang University of Science and Technology, which has 4.72% of ownership in POSCO M-TECH.

(*4)  As of December 31, 2016 and 2015, the investment in subsidiary amounting to ₩30,148 million was provided as collateral in relation to the loan agreements of Busan E&E Co,. Ltd..

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

(*5)  As of December 31, 2016, there is an objective evidence of impairment due to the prolonged decline in the fair value of POSCO Thainox Public Company Limited below its cost.   Recoverable amount was determined based on fair value less cost to sell, which was calculated by adding 10.9% of management premium and expected disposal cost on the stock price as of December 31, 2016.   As a result, the Company recognized an impairment loss of ₩4,826 million as carrying amount was higher than its recoverable amount.

(*6)  As of December 31, 2016, there is an objective evidence of impairment due to the decision to cease operation of POSCO China Dalian Plate Processing Center Co., Ltd and POSCO-China Dalian Steel Fabricating Center.   As a result, the Company recognized impairment losses of ₩32,992 million and ₩4,058 million as carrying amounts were higher than their recoverable amounts.

(*7)  During the year ended December 31, 2016, POSCO MEXICO S.A. DE C.V. merged with POSCO MEXICO HUMAN TECH S.A de C.V..

(*8)  During the year ended December 31, 2016, POSCO Asia Co., Ltd. merged with POSCO Investment Co., Ltd..

(*9)  During the year ended December 31, 2016, the Company classified POSCO ESM CO., LTD. from joint venture to subsidiary, due to the increase of percentage ownership by the issuance of share capital.

44

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(c) Details of associates and carrying amounts as of December 31, 2016 and 2015 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2016 Acquisition cost | Net asset value | Book value | 2015 Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| EQP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,316,307,504 | 27.83 | ₩ 169,316 | 596,903 | 169,316 | 169,106 |
| SeAH Changwon Integrated Special Steel(*1) | Korea | Specialty steel manufacturing and sales | - | - | - | - | - | 159,978 |
| POSCO PLANTEC Co., Ltd.(*2) | Korea | Other structural metal product manufacturing | 110,027,475 | 60.84 | 520,588 | (176,345) | - | 140,890 |
| SNNC | Korea | STS material manufacturing and sales | 18,130,000 | 49.00 | 100,655 | 243,558 | 100,655 | 100,655 |
| Others (5 companies) | | | | | 23,771 | 147,982 | 23,771 | 23,746 |
| | | | | | 814,330 | 812,098 | 293,742 | 594,375 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and sales | 3,234,698 | 49.00 | 189,197 | 144,264 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*3) | Canada | Mine investment | 114,452,000 | 10.40 | 124,341 | 1,334,390 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Steel manufacturing and sales | - | 24.00 | 11,003 | 58,615 | 11,003 | 11,003 |
| Others (5 companies) | | | | | 38,374 | 170,686 | 38,387 | 29,090 |
| | | | | | 362,915 | 1,707,955 | 362,928 | 353,631 |
| | | | | | ₩ 1,177,245 | 2,520,053 | 656,670 | 948,006 |

(*1)  During the year ended December 31, 2016, the Company disposed of its shares in SeAH Changwon Integrated Special Steel and recognized ₩6,814 million of gain on disposal of assets held for sale.

(*2)  As of December 31, 2016, there was an objective evidence of impairment due to the prolonged decline of fair value of POSCO PLANTEC Co., Ltd below cost, and, accordingly, impairment test was performed.   Recoverable amount was determined based on value-in-use, which was calculated by applying a 14.5% discount rate.   As a result, the Company recognized an impairment loss of ₩140,890 million as the carrying amount was higher than its recoverable amount.

(*3)  As of December 31, 2016, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

(d) Details of joint ventures and carrying amounts as of December 31, 2016 and 2015 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2016 Acquisition cost | Net asset value | Book value | 2015 Book value |
|---|---|---|---|---|---|---|---|---|
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 1,225,464 | 2,902,547 | 1,225,464 | 1,225,464 |
| CSP - Companhia Siderurgica do Pecem | Brazil | Steel manufacturing and sales | 1,108,696,532 | 20.00 | 558,821 | 1,444,914 | 575,551 | 488,200 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 364,609 | 786,937 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Steel materials manufacturing and sales | 2,010,719,185 | 50.00 | 98,962 | 176,617 | 98,962 | 98,962 |
| Others (3 companies) | | | | | 67,004 | 400,625 | 67,004 | 110,004 |
| | | | | | ₩ 2,314,860 | 5,711,640 | 2,331,590 | 2,287,239 |

(*1)  As of December 31, 2016 and 2015, the investment in joint ventures amounting to ₩1,225,464 million was provided as collateral in relation to loan from project financing of Roy Hill Holdings Pty Ltd.

45

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

### 12. Investment Property, Net

(a) Investment property as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 34,213 | - | 34,213 | 35,557 | - | 35,557 |
| Buildings | | 121,248 | (74,811) | 46,437 | 94,592 | (47,193) | 47,399 |
| Structures | | 17,169 | (11,523) | 5,646 | 6,919 | (3,123) | 3,796 |
| | ₩ | 172,630 | (86,334) | 86,296 | 137,068 | (50,316) | 86,752 |

The fair value of investment property as of December 31, 2016 is ₩376,956 million.

(b) Changes in the carrying amount of investment property for the years ended December 31, 2016 and 2015 were as follows:

1) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 35,557 | - | (1,344) | 34,213 |
| Buildings | | 47,399 | (2,961) | 1,999 | 46,437 |
| Structures | | 3,796 | (283) | 2,133 | 5,646 |
| | ₩ | 86,752 | (3,244) | 2,788 | 86,296 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

2) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Acquisitions | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|---|
| Land | ₩ | 36,020 | - | - | (463) | 35,557 |
| Buildings | | 50,112 | 346 | (2,382) | (677) | 47,399 |
| Structures | | 4,005 | - | (164) | (45) | 3,796 |
| | ₩ | 90,137 | 346 | (2,546) | (1,185) | 86,752 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred to property, plant and equipment in relation to change in rental ratio and the purpose of use.

46

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**13. Property, Plant and Equipment, Net**

(a) Property, plant and equipment as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land | ₩ | 1,472,419 | - | - | - | 1,472,419 | 1,412,715 | - | - | - | 1,412,715 |
| Buildings | | 5,945,593 | (3,483,883) | (10,701) | - | 2,451,009 | 5,848,256 | (3,271,738) | (10,350) | - | 2,566,168 |
| Structures | | 4,827,063 | (2,352,796) | (9,876) | - | 2,464,391 | 4,706,714 | (2,177,873) | (8,975) | - | 2,519,866 |
| Machinery and equipment | | 36,804,554 | (23,092,275) | (135,237) | - | 13,577,042 | 35,754,426 | (21,661,048) | (79,299) | - | 14,014,079 |
| Vehicles | | 204,641 | (193,325) | - | - | 11,316 | 199,773 | (188,150) | - | - | 11,623 |
| Tools | | 195,197 | (171,953) | - | - | 23,244 | 193,116 | (169,396) | - | - | 23,720 |
| Furniture and fixtures | | 263,487 | (229,249) | (348) | - | 33,890 | 256,980 | (224,823) | (337) | - | 31,820 |
| Finance lease assets | | 88,046 | (10,198) | - | - | 77,848 | 11,466 | (5,733) | - | - | 5,733 |
| Construction-in-progress | | 2,151,250 | - | - | (5,000) | 2,146,250 | 933,426 | - | - | (5,000) | 928,426 |
| | ₩ | 51,952,250 | (29,533,679) | (156,162) | (5,000) | 22,257,409 | 49,316,872 | (27,698,761) | (98,961) | (5,000) | 21,514,150 |

(b) Changes in the carrying amount of property, plant and equipment for the years ended December 31, 2016 and 2015 were as follows:

1)  For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Acquisitions | Business combination | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,412,715 | 52 | 10,273 | (248) | - | - | 49,627 | 1,472,419 |
| Buildings | | 2,566,168 | 2,100 | 70,641 | (2,074) | (230,235) | (351) | 44,760 | 2,451,009 |
| Structures | | 2,519,866 | 3,346 | 8,630 | (1,746) | (189,333) | (916) | 124,544 | 2,464,391 |
| Machinery and equipment | | 14,014,079 | 76,671 | 146,466 | (22,768) | (1,607,171) | (57,110) | 1,026,875 | 13,577,042 |
| Vehicles | | 11,623 | 1,984 | 39 | (11) | (7,545) | - | 5,226 | 11,316 |
| Tools | | 23,720 | 3,329 | 289 | (94) | (10,517) | - | 6,517 | 23,244 |
| Furniture and fixtures | | 31,820 | 4,675 | 237 | (32) | (8,897) | (11) | 6,098 | 33,890 |
| Finance lease assets | | 5,733 | 76,581 | - | - | (4,466) | - | - | 77,848 |
| Construction-in-progress | | 928,426 | 1,503,749 | 1,025,516 | - | - | - | (1,311,441) | 2,146,250 |
| | ₩ | 21,514,150 | 1,672,487 | 1,262,091 | (26,973) | (2,058,164) | (58,388) | (47,794) | 22,257,409 |

   (*1) The Company has recognized an impairment loss since recoverable amounts on production facilities of automotive steel, electric furnace of high mill (2nd) and FINEX 1 plant are less than their carrying amounts for the year ended December 31, 2016.

   (*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred to investment property, assets transferred from asset held-for-sale and others.

2)  For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,420,994 | - | (3,869) | - | - | (4,410) | 1,412,715 |
| Buildings | | 2,760,842 | 3,350 | (4,544) | (243,678) | (7,926) | 58,124 | 2,566,168 |
| Structures | | 2,612,553 | 4,339 | (2,826) | (192,301) | (473) | 98,574 | 2,519,866 |
| Machinery and equipment | | 14,503,266 | 76,768 | (45,843) | (1,593,413) | (59,485) | 1,132,786 | 14,014,079 |
| Vehicles | | 12,953 | 1,669 | - | (6,302) | - | 3,303 | 11,623 |
| Tools | | 23,324 | 6,824 | (15) | (11,091) | - | 4,678 | 23,720 |
| Furniture and fixtures | | 37,584 | 3,934 | (23) | (15,553) | (18) | 5,896 | 31,820 |
| Finance lease assets | | 6,370 | - | - | (637) | - | - | 5,733 |
| Construction-in-progress | | 945,329 | 1,436,840 | - | - | (2,772) | (1,450,971) | 928,426 |
| | ₩ | 22,323,215 | 1,533,724 | (57,120) | (2,062,975) | (70,674) | (152,020) | 21,514,150 |

   (*1) The Company has recognized an impairment loss since recoverable amounts on magnesium smelting plant in Gangneung and facilities which are related to the project for replacement deteriorated hot-rolling mill (1st and 2nd) in Pohang and electric furnace of high mill (1st) in Pohang are less than their carrying amounts for the year ended December 31, 2015.

47

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment and assets transferred from property, plant and equipment to investment property and assets held-for-sale.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 719,017 | 665,138 |
| Borrowing costs capitalized | | 27,489 | 28,181 |
| Capitalization rate | | 3.82% | 4.24% |

**14. Intangible Assets, Net**

(a) Intangible assets as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | 2016 | | | | 2015 | | | |
|---|---|---|---|---|---|---|---|---|
| | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights ₩ | 35,640 | (12,969) | - | 22,671 | 29,824 | (9,827) | - | 19,997 |
| Membership | 51,511 | - | (2,999) | 48,512 | 57,428 | - | (5,370) | 52,058 |
| Development expense | 316,381 | (213,596) | - | 102,785 | 257,211 | (159,173) | - | 98,038 |
| Port facilities usage rights | 633,799 | (376,451) | - | 257,348 | 626,765 | (361,190) | - | 265,575 |
| Construction-in-progress | 52,925 | - | - | 52,925 | 31,951 | - | - | 31,951 |
| Other intangible assets | 285,061 | (260,412) | - | 24,649 | 275,298 | (252,155) | - | 23,143 |
| ₩ | 1,375,317 | (863,428) | (2,999) | 508,890 | 1,278,477 | (782,345) | (5,370) | 490,762 |

(b) Changes in the carrying amount of intangible assets for the years ended December 31, 2016 and 2015 were as follows:

1) For the year ended December 31, 2016

| (in millions of Won) | Beginning | Acquisitions | Business combination | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights ₩ | 19,997 | - | - | (752) | (3,609) | - | 7,035 | 22,671 |
| Membership(*1) | 52,058 | - | - | (2,170) | - | 294 | (1,670) | 48,512 |
| Development expense | 98,038 | 2,793 | 23,033 | (60) | (54,523) | - | 33,504 | 102,785 |
| Port facilities usage rights | 265,575 | - | - | - | (15,260) | - | 7,033 | 257,348 |
| Construction-in-progress | 31,951 | 32,627 | 6,390 | - | - | - | (18,043) | 52,925 |
| Other intangible assets | 23,143 | 3,337 | 235 | (488) | (6,263) | - | 4,685 | 24,649 |
| ₩ | 490,762 | 38,757 | 29,658 | (3,470) | (79,655) | 294 | 32,544 | 508,890 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized an impairment loss on some membership since the recoverable amounts were less than carrying amounts.  Also, the Company reversed the accumulated impairment loss up to the carrying amount before recognition of any impairment loss since recoverable amounts of some memberships exceeded the carrying amounts.

48

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

2) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 17,594 | - | (126) | (2,829) | - | 5,358 | 19,997 |
| Membership(*1) | | 53,154 | 2,861 | (3,680) | - | (11) | (266) | 52,058 |
| Development expense | | 127,941 | 1,172 | - | (48,154) | - | 17,079 | 98,038 |
| Port facilities usage rights | | 162,028 | - | - | (12,006) | - | 115,553 | 265,575 |
| Construction-in-progress | | 16,756 | 36,863 | - | - | - | (21,668) | 31,951 |
| Other intangible assets | | 26,434 | 2,422 | - | (7,753) | - | 2,040 | 23,143 |
| | ₩ | 403,907 | 43,318 | (3,806) | (70,742) | (11) | 118,096 | 490,762 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized an impairment loss on some membership since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

## 15. Other Assets

Other current assets and other long-term assets as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | **2016** | **2015** |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 6,692 | 7,912 |
| Prepaid expenses | | 16,167 | 19,722 |
| Others | | - | 449 |
| | ₩ | 22,859 | 28,083 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 5,654 | 6,215 |
| Others(*1) | | 104,543 | 128,578 |
| | ₩ | 110,197 | 134,793 |

(*1) As of December 31, 2016 and 2015, the Company recognized tax assets amounting to ₩100,693 million and ₩124,787 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits and claim for rectification are finalized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

---

### 16. Borrowings

(a)  Borrowings as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Short-term borrowings** | | | |
| Short-term borrowings | ₩ | 331,370 | - |
| Current portion of long-term borrowings | | 33,272 | 126,579 |
| Current portion of loans from foreign financial institutions | | 198 | 401 |
| Current portion of debentures | | - | 1,859,610 |
| Less: Current portion of discount on debentures issued | | - | (868) |
| | ₩ | 364,840 | 1,985,722 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 28,997 | 141,868 |
| Loans from foreign financial institutions | | - | 200 |
| Debentures | | 3,762,146 | 3,175,406 |
| Less: Discount on debentures issued | | (13,129) | (14,369) |
| | ₩ | 3,778,014 | 3,303,105 |

(b)  Short-term borrowings as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2016 | 2015 |
|---|---|---|---|---|---|---|---|
| Short-term borrowings | Korea Development Bank | 2016.04.08~ 2016.10.26 | 2017.04.10 | 2.00 | ₩ | 300,000 | - |
| Transfers of account receivables that do not qualify for derecognition | - | - | - | - | | 31,370 | - |
| | | | | | ₩ | 331,370 | - |

(c) Current portion of long-term borrowings as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2016 | 2015 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others | 2006.10.31~ 2011.04.28 | 2017.03.15~ 2024.06.15 | 0.75 ~ 1.75 | ₩ | 12,471 | 15,532 |
| Foreign borrowings | Export-Import Bank of Korea | 2010.02.18 | 2017.02.18 | 4.50 | | 20,801 | 111,047 |
| Loans from foreign financial institutions(*1) | NATIXIS | 1986.03.31 | 2017.03.31 | 2.00 | | 198 | 401 |
| Debentures | - | - | - | - | | - | 1,299,507 |
| Foreign debentures | - | - | - | - | | - | 559,235 |
| | | | | | ₩ | 33,470 | 1,985,722 |

(*1) Korea Development Bank has provided guarantees to the Company for loans from foreign financial institutions.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(d) Long-term borrowings excluding current portion, as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2016 | 2015 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank and others | 2006.10.31~ 2011.04.28 | 2018.03.15~ 2024.06.15 | 0.75 ~ 1.75 | ₩ | 24,051 | 36,522 |
| Foreign borrowings | Korea National Oil Corporation | 2007.12.27~ 2009.12.29 | 2022.06.25~ 2024.12.29 | 3 year Government bond | | 4,946 | 105,346 |
| Loans from foreign financial institutions | - | - | - | - | | - | 200 |
| Debentures | Domestic debentures 304-1 and others | 2011.11.28~ 2016.05.03 | 2018.10.04~ 2023.10.04 | 1.76 ~ 4.12 | | 1,497,022 | 997,745 |
| Foreign debentures | Samurai Bond 13 and others | 2010.10.28~ 2013.12.11 | 2018.12.10~ 2021.12.22 | 1.35 ~ 5.25 | | 2,251,995 | 2,163,292 |
| | | | | | ₩ | 3,778,014 | 3,303,105 |

## 17. Other Payables

Other payables as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 486,294 | 546,884 |
| Accrued expenses | | 361,258 | 380,383 |
| Dividend payable | | 4,793 | 9,882 |
| Finance lease liabilities | | 5,905 | 1,349 |
| Withholdings | | 7,824 | 8,237 |
| | ₩ | 866,074 | 946,735 |
| **Non-current** | | | |
| Long-term accounts payable | ₩ | 1,119 | - |
| Long-term accrued expenses | | 36,707 | 26,250 |
| Finance lease liabilities | | 71,657 | 2,889 |
| Long-term withholdings | | 7,827 | 8,517 |
| | ₩ | 117,310 | 37,656 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2016 and 2015

---

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Current** | | | |
| Derivative liabilities | ₩ | - | 8,118 |
| Financial guarantee liabilities | | 16,508 | 17,558 |
| | ₩ | 16,508 | 25,676 |
| **Non-current** | | | |
| Financial guarantee liabilities | ₩ | 72,742 | 81,496 |

### 19. Provisions

(a) Provisions as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1) | ₩ | 3,985 | - | 7,271 | - |
| Provision for restoration(*2) | | 10,169 | 27,009 | 15,569 | 21,543 |
| Provision for litigation(*3) | | - | 2,497 | - | 411 |
| | ₩ | 14,154 | 29,506 | 22,840 | 21,954 |

(*1) Represents the provision for bonuses limited to 100% of annual salaries for executives.

(*2) Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province and gas treatment plant located in Pohang work, the Company recognized present values of estimated costs for recovery as provisions for restoration as of December 31, 2016.   In order to determine the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied discount rates of 2.49% and 2.37% to assess present value of these costs for recovery of land in Gangneung province and Pohang work, respectively.

(*3) The Company has recognized provisions for certain litigations for the year ended December 31, 2016.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) Changes in provisions for the years ended December 31, 2016 and 2015 were as follows:

1) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 7,271 | 8,365 | - | (11,651) | 3,985 |
| Provision for restoration | | 37,112 | 25,909 | (12,475) | (13,368) | 37,178 |
| Provision for litigation | | 411 | 2,086 | - | - | 2,497 |
| | ₩ | 44,794 | 36,360 | (12,475) | (25,019) | 43,660 |

2) For the year ended December 31, 2015

| (in millions of Won) | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 8,423 | 13,233 | (14,385) | 7,271 |
| Provision for restoration | | 70,399 | 2,174 | (35,461) | 37,112 |
| Provision for litigation | | 411 | - | - | 411 |
| | ₩ | 79,233 | 15,407 | (49,846) | 44,794 |

## 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 22,039 | 19,763 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities (assets) in the statements of financial position as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,065,255 | 1,023,071 |
| Fair value of plan assets | | (1,146,876) | (1,012,599) |
| Net defined benefit liabilities(assets) | ₩ | (81,621) | 10,472 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 – 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

2) Changes in present value of defined benefit obligations for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,023,071 | 1,017,164 |
| Current service costs | | 113,209 | 118,770 |
| Interest costs | | 24,136 | 29,743 |
| Remeasurement : | | (3,816) | (58,397) |
|   - Gain from change in financial assumptions | | (49,519) | (43,377) |
|   - Gain from change in demographic assumptions | | (2,574) | (6,586) |
|   - Loss (gain) from change in others | | 48,277 | (8,434) |
| Transfer-in | | - | 283 |
| Business combination | | 1,133 | - |
| Benefits paid | | (92,478) | (84,492) |
| Defined benefit obligation at the end of period | ₩ | 1,065,255 | 1,023,071 |

3) Changes in the fair value of plan assets for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 1,012,599 | 931,006 |
| Interest on plan assets | | 26,259 | 29,330 |
| Remeasurement of plan assets | | (4,829) | (7,064) |
| Contributions to plan assets | | 198,439 | 128,000 |
| Transfer-in | | - | 283 |
| Business combination | | 244 | - |
| Benefits paid | | (85,836) | (68,956) |
| Fair value of plan assets at the end of period | ₩ | 1,146,876 | 1,012,599 |

The Company expects to make an estimated contribution of ₩50,000 million to the defined benefit plan assets in 2017.

4) The fair value of plan assets as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Debt instruments | ₩ | 289,511 | 83,540 |
| Deposits | | 857,339 | 857,343 |
| Others | | 26 | 71,716 |
| | ₩ | 1,146,876 | 1,012,599 |

54

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Current service costs | ₩ | 113,209 | 118,770 |
| Net interest costs(*1) | | (2,123) | 413 |
| | ₩ | 111,086 | 119,183 |

(*1) The actual return on plan assets amounted to ₩21,430 million and ₩22,266 million for the years ended December 31, 2016 and 2015, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Cost of sales | ₩ | 86,870 | 91,130 |
| Selling and administrative expenses | | 23,295 | 27,680 |
| Others | | 921 | 373 |
| | ₩ | 111,086 | 119,183 |

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Beginning | ₩ | (162,016) | (200,926) |
| Remeasurements of defined benefit plans | | (1,013) | 51,333 |
| Tax effects | | 245 | (12,423) |
| Ending | ₩ | (162,784) | (162,016) |

7) The principal actuarial assumptions as of December 31, 2016 and 2015 are as follows:

| | 2016 | 2015 |
|---|---|---|
| Discount rate | 2.76% | 2.47% |
| Expected future increases in salaries(*1) | 1.50% | 1.80% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past three years.

All assumptions are reviewed at the end of the reporting period.   Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2016 and 2015

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding the other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (76,076) | (7.1) | 87,991 | 8.3 |
| Expected future increases in salaries | | 88,248 | 8.3 | (77,641) | (7.3) |

9) As of December 31, 2016 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 44,644 | 320,838 | 452,313 | 288,843 | 219,441 | 1,326,079 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining period of service of employees.

## 21. Other Liabilities

Other liabilities as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 6,251 | 8,811 |
| Withholdings | | 29,580 | 20,847 |
| Unearned revenue | | 1,388 | 1,623 |
| | ₩ | 37,219 | 31,281 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 15,516 | 16,623 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 22. Financial Instruments

(a) Classification of financial instruments

   1) Financial assets as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---:|---:|
| Financial assets at fair value through profit or loss | | | |
|   Derivatives assets | ₩ | 80,959 | 90,883 |
| Available-for-sale financial assets | | 2,064,578 | 1,741,049 |
| Loans and receivables | | 7,706,575 | 7,954,222 |
| | ₩ | 9,852,112 | 9,786,154 |

   2) Financial liabilities as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---:|---:|
| Financial liabilities at fair value through profit or loss | | | |
|   Derivatives liabilities | ₩ | - | 8,118 |
| Financial liabilities measured at amortized cost | | | |
|   Trade accounts and notes payable | | 1,082,927 | 577,856 |
|   Borrowings | | 4,142,854 | 5,288,827 |
|   Financial guarantee liabilities(*1) | | 89,250 | 99,054 |
|   Others | | 976,574 | 978,648 |
| | ₩ | 6,291,605 | 6,952,503 |

57

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(*1) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2016.   The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | | Guarantee limit | | Guarantee amount | |
|---|---|---|---|---|---|---|
| | | | Foreign currency | Won equivalent | Foreign currency | Won equivalent |
| Zhangjiagang Pohang | Korea Development Bank | CNY | 324,455,000 | 56,215 | 324,455,000 | 56,215 |
| Stainless Steel Co., Ltd. | Credit Agricole | CNY | 305,000,000 | 52,844 | 305,000,000 | 52,844 |
| | BTMU | CNY | 260,500,000 | 45,134 | 260,500,000 | 45,134 |
| | SMBC | CNY | 195,000,000 | 33,786 | 195,000,000 | 33,786 |
| POSCO Maharashtra | Export-Import Bank of Korea | USD | 193,000,000 | 233,241 | 131,200,000 | 158,555 |
| Steel Private Limited | HSBC | USD | 110,000,000 | 132,935 | 68,000,000 | 82,178 |
| | DBS | USD | 100,000,000 | 120,850 | 70,000,000 | 84,595 |
| | SCB | USD | 73,069,000 | 88,304 | 39,148,300 | 47,311 |
| | Citi | USD | 60,000,000 | 72,510 | 33,000,000 | 39,881 |
| | ING | USD | 30,000,000 | 36,255 | 12,000,000 | 14,502 |
| POSCO ASSAN TST | SMBC | USD | 62,527,500 | 75,564 | 56,274,750 | 68,008 |
| STEEL INDUSTRY | ING | USD | 60,000,000 | 72,510 | 54,000,000 | 65,259 |
| | BNP | USD | 24,000,000 | 29,004 | 21,600,000 | 26,104 |
| POSCO Electrical Steel | ING | USD | 50,000,000 | 60,425 | 50,000,000 | 60,425 |
| India Private Limited | SCB | USD | 33,784,000 | 40,828 | 33,784,000 | 40,828 |
| POSCO Asia Co., Ltd. | MIZUHO | USD | 50,000,000 | 60,425 | 50,000,000 | 60,425 |
| | NAB | USD | 50,000,000 | 60,425 | 50,000,000 | 60,425 |
| POSCO MEXICO S.A. DE C.V | Korea Development Bank | USD | 50,000,000 | 60,425 | 20,226,916 | 24,444 |
| | SMBC | USD | 89,725,000 | 108,433 | 60,114,323 | 72,648 |
| | MIZUHO | USD | 45,000,000 | 54,383 | 18,203,004 | 21,998 |
| | BOA | USD | 70,000,000 | 84,595 | 46,180,757 | 55,809 |
| | CITI BANAMEX | USD | 40,000,000 | 48,340 | 40,000,000 | 48,340 |
| | BTMU | USD | 30,000,000 | 36,255 | 30,000,000 | 36,255 |
| | ING | USD | 20,000,000 | 24,170 | 20,000,000 | 24,170 |
| POSCO SS VINA Co., Ltd. | Export-Import Bank of Korea | USD | 249,951,050 | 302,066 | 242,957,174 | 293,614 |
| | BOA | USD | 40,000,000 | 48,340 | 38,872,000 | 46,977 |
| | BTMU | USD | 40,000,000 | 48,340 | 38,872,000 | 46,977 |
| | DBS | USD | 24,400,000 | 29,487 | 23,711,920 | 28,656 |
| POSCO-VIETNAM Co., Ltd. | Export-Import Bank of Korea | USD | 196,000,000 | 236,866 | 196,000,000 | 236,866 |
| POSCO VST CO., LTD. | ANZ | USD | 25,000,000 | 30,213 | 9,375,000 | 11,330 |
| | HSBC | USD | 20,000,000 | 24,170 | 7,500,000 | 9,064 |
| | MIZUHO | USD | 20,000,000 | 24,170 | 7,500,000 | 9,064 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD | 567,000,000 | 685,220 | 510,222,696 | 616,604 |
| | SMBC | USD | 140,000,000 | 169,190 | 126,169,826 | 152,476 |
| | BTMU | USD | 119,000,000 | 143,812 | 105,547,826 | 127,555 |
| | SCB | USD | 107,800,000 | 130,276 | 97,609,826 | 117,961 |
| | MIZUHO | USD | 105,000,000 | 126,893 | 93,130,435 | 112,548 |
| | Credit Suisse AG | USD | 91,000,000 | 109,974 | 80,713,043 | 97,542 |
| | HSBC | USD | 91,000,000 | 109,974 | 80,713,043 | 97,542 |
| | ANZ | USD | 73,500,000 | 88,825 | 67,187,217 | 81,196 |
| | BOA | USD | 35,000,000 | 42,298 | 31,043,478 | 37,516 |
| | The Tokyo Star Bank, Ltd | USD | 21,000,000 | 25,379 | 18,626,087 | 22,510 |
| POSCO COATED STEEL | The Great & Co. | THB | 5,501,000,000 | 184,999 | 5,501,000,000 | 184,999 |
| (THAILAND) CO., LTD. | | | | | | |
| LLP POSUK Titanium | Kookmin Bank | USD | 15,000,000 | 18,128 | 15,000,000 | 18,128 |
| CSP - Compania | Export-Import Bank of Korea | USD | 182,000,000 | 219,947 | 182,000,000 | 219,947 |
| Siderurgica do Pecem | Santander | USD | 47,600,000 | 57,525 | 47,600,000 | 57,525 |
| | BNP | USD | 47,600,000 | 57,525 | 47,600,000 | 57,525 |
| | MIZUHO | USD | 47,600,000 | 57,525 | 47,600,000 | 57,525 |
| | Credit Agricole | USD | 20,000,000 | 24,170 | 20,000,000 | 24,170 |
| | SOCIETE GENERALE | USD | 20,000,000 | 24,170 | 20,000,000 | 24,170 |
| | KfW | USD | 20,000,000 | 24,170 | 20,000,000 | 24,170 |
| | BBVA Seoul | USD | 17,600,000 | 21,270 | 17,600,000 | 21,270 |
| | ING | USD | 17,600,000 | 21,270 | 17,600,000 | 21,270 |
| | BNDES | BRL | 464,060,000 | 172,389 | 461,494,142 | 171,436 |
| | | USD | 3,641,756,550 | 4,401,070 | 3,114,483,621 | 3,763,858 |
| | | CNY | 1,084,955,000 | 187,979 | 1,084,955,000 | 187,979 |
| | | THB | 5,501,000,000 | 184,999 | 5,501,000,000 | 184,999 |
| | | BRL | 464,060,000 | 172,389 | 461,494,142 | 171,436 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

3) Finance income and costs by category of financial instrument for the years ended December 31, 2016 and 2015 were as follows:

① For the year ended December 31, 2016

| (in millions of Won) | | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | - | - | - | (16,917) | - | (9,923) | (26,840) | - |
| Available-for-sale financial assets | | 239 | 27,008 | - | 130,183 | (222,725) | - | (65,295) | 314,258 |
| Loans and receivables | | 89,624 | - | 20,749 | - | - | (740) | 109,633 | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | - | - | 8,118 | 8,118 | - |
| Financial liabilities at amortized cost | | (154,864) | - | (123,220) | - | - | 8,994 | (269,090) | - |
| | ₩ | (65,001) | 27,008 | (102,471) | 113,266 | (222,725) | 6,449 | (243,474) | 314,258 |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩117,443 million for the year ended December 31, 2016.

② For the year ended December 31, 2015

| (in millions of Won) | | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | - | - | - | (438) | - | 36,766 | 36,328 | - |
| Available-for-sale financial assets | | 50 | 176,717 | - | 58,089 | (100,357) | - | 134,499 | (124,060) |
| Loans and receivables | | 91,300 | - | 60,313 | - | - | (645) | 150,968 | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | - | - | 14,078 | 14,078 | - |
| Financial liabilities at amortized cost | | (232,130) | - | (216,120) | - | - | (43) | (448,293) | - |
| | ₩ | (140,780) | 176,717 | (155,807) | 57,651 | (100,357) | 50,156 | (112,420) | (124,060) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩274,257 million for the year ended December 31, 2015.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) Credit risk

1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk.   The maximum exposure to credit risk as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 120,529 | 1,634,106 |
| Financial assets at fair value through profit or loss | | 80,959 | 90,883 |
| Available-for-sale financial assets | | 6,338 | 17,967 |
| Loans and other receivables | | 4,355,797 | 3,560,117 |
| Trade accounts and notes receivable | | 3,216,209 | 2,740,104 |
| Long-term trade accounts and notes receivable | | 14,040 | 19,895 |
| | ₩ | 7,793,872 | 8,063,072 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.   As of December 31, 2016 and 2015, the maximum exposure to credit risk caused by financial guarantee amounted to ₩4,308,272 million and ₩4,476,179 million, respectively.

2) Impairment losses on financial assets

① Allowance for doubtful accounts as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Trade accounts and notes receivable | ₩ | 15,519 | 11,239 |
| Other accounts receivable | | 5,709 | 325 |
| | ₩ | 21,228 | 11,564 |

② Impairment losses on financial assets for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Bad debt expenses (reversal of allowance for doubtful account) | ₩ | 54,130 | (7,373) |
| Impairment loss on available-for-sale securities | | 222,725 | 100,357 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

③ The aging and impairment losses of trade accounts and notes receivable as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Impairment | Trade accounts and notes receivable | Impairment |
| Not due | ₩ | 3,193,023 | 229 | 2,555,433 | 267 |
| Over due less than 1 month | | 17,940 | 261 | 99,221 | 3 |
| 1 month - 3 months | | 2,451 | 255 | 40,871 | 51 |
| 3 months - 12 months | | 4,909 | 388 | 42,126 | 3,264 |
| Over 12 months | | 27,445 | 14,386 | 33,587 | 7,654 |
| | ₩ | 3,245,768 | 15,519 | 2,771,238 | 11,239 |

④ The aging and impairment losses of loans and other account receivable as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | Loans and other account receivable | Impairment | Loans and other account receivable | Impairment |
| Not due | ₩ | 174,061 | 3,533 | 228,265 | - |
| Over due less than 1 month | | 6,747 | - | 2,986 | - |
| 1 month - 3 months | | 23,725 | - | 822 | - |
| 3 months - 12 months | | 770 | - | 10,519 | - |
| Over 12 months | | 2,215 | 2,176 | 3,132 | 325 |
| | ₩ | 207,518 | 5,709 | 245,724 | 325 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Beginning | ₩ | 11,564 | 20,515 |
| Bad debt expenses (reversal of allowance for doubtful account) | | 54,130 | (7,373) |
| Others | | (44,466) | (1,578) |
| Ending | ₩ | 21,228 | 11,564 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | | Book value | Contractual cash flow | Within 3 months | 3 months - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|---|
| Trade accounts and notes payable | ₩ | 1,082,927 | 1,082,927 | 1,082,927 | - | - | - | - |
| Borrowings | | 4,142,854 | 4,726,874 | 75,003 | 359,536 | 73,939 | 3,985,476 | 232,920 |
| Financial guarantee liabilities(*1) | | 89,250 | 4,308,272 | 4,308,272 | - | - | - | - |
| Other financial liabilities | | 976,574 | 988,312 | 847,950 | 2,320 | 12,355 | 125,687 | - |
| | ₩ | 6,291,605 | 11,106,385 | 6,314,152 | 361,856 | 86,294 | 4,111,163 | 232,920 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 876,981 | 2,310,417 | 1,536,771 | 2,491,796 |
| JPY | | 42,610 | 573,461 | 56,246 | 750,930 |
| CNY | | 322,449 | 5,438 | 149,266 | 7,970 |
| INR | | 254,803 | - | 204,740 | - |
| Others | | 250,348 | 6,461 | 141,462 | 8,800 |
| | ₩ | 1,747,191 | 2,895,777 | 2,088,485 | 3,259,496 |

2) As of December 31, 2016 and 2015, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (143,344) | 143,344 | (95,503) | 95,503 |
| JPY | | (53,085) | 53,085 | (69,468) | 69,468 |
| CNY | | 31,701 | (31,701) | 14,130 | (14,130) |
| INR | | 25,480 | (25,480) | 20,474 | (20,474) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 4,280,514 | 4,974,288 |
| Financial liabilities | | (4,178,948) | (5,241,012) |
| | ₩ | 101,566 | (266,724) |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (41,468) | (52,053) |

2) Sensitivity analysis on the fair value of financial instruments with fixed interest rate

The Company does not account for any fixed rate financial assets and liabilities at fair value through profit or loss, and the Company does not designate derivatives (interest rate swaps) as hedging instruments under fair value hedge accounting model. Therefore a change in interest rates at the reporting date would not affect profit or loss.

3) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

As of December 31, 2016 and 2015, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (415) | 415 | (521) | 521 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(f) Fair value

### 1) Fair value and book value

The carrying amount and the fair value of financial instruments as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | | 2015 | |
|---|---|---|---|---|---|
| | | Book value | Fair value | Book value | Fair value |
| Assets measured at fair value | | | | | |
| Available-for-sale financial assets(*1) | ₩ | 1,950,447 | 1,950,447 | 1,622,911 | 1,622,911 |
| Derivatives assets | | 80,959 | 80,959 | 90,883 | 90,883 |
| | | 2,031,406 | 2,031,406 | 1,713,794 | 1,713,794 |
| Assets measured at amortized cost(*2) | | | | | |
| Cash and cash equivalents | | 120,529 | 120,529 | 1,634,106 | 1,634,106 |
| Trade accounts and note receivable, net | | 3,230,249 | 3,230,249 | 2,759,999 | 2,759,999 |
| Loans and other receivables, net | | 4,355,797 | 4,355,797 | 3,560,117 | 3,560,117 |
| | | 7,706,575 | 7,706,575 | 7,954,222 | 7,954,222 |
| Liabilities measured at fair value | | | | | |
| Derivatives liabilities | | - | - | 8,118 | 8,118 |
| Liabilities measured at amortized cost(*2) | | | | | |
| Trade accounts and notes payable | | 1,082,927 | 1,082,927 | 577,856 | 577,856 |
| Borrowings | | 4,142,854 | 4,354,129 | 5,288,827 | 5,573,931 |
| Financial guarantee liabilities | | 89,250 | 89,250 | 99,054 | 99,054 |
| Others | | 976,574 | 976,574 | 978,648 | 978,648 |
| | ₩ | 6,291,605 | 6,502,880 | 6,944,385 | 7,229,489 |

(*1) Available-for-sale financial assets which are not measured at fair value are not included.

(*2) The fair value of financial assets and liabilities measured at amortized cost is determined at the present value of estimated future cash flows discounted at the current market interest rate.   The fair value is calculated for the disclosures in the notes.   On the other hand, the Company has not performed fair value measurement for the financial assets and liabilities measured at amortized cost except borrowings (fair value hierarchy Level 2) since their carrying amounts approximate fair value.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

2) The fair values of financial assets and financial liabilities by fair value hierarchy as of December 31, 2016 and 2016 are as follows:

① December 31, 2016

*(in millions of Won)*

|  | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,756,713 | - | 193,734 | 1,950,447 |
| Derivatives assets | | - | 70,613 | 10,346 | 80,959 |
| | ₩ | 1,756,713 | 70,613 | 204,080 | 2,031,406 |

② December 31, 2015

*(in millions of Won)*

|  | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,394,480 | - | 228,431 | 1,622,911 |
| Derivatives assets | | - | 12,591 | 78,292 | 90,883 |
| | ₩ | 1,394,480 | 12,591 | 306,723 | 1,713,794 |
| Financial liabilities | | | | | |
| Derivatives liabilities | ₩ | - | - | 8,118 | 8,118 |

3) Financial assets and financial liabilities classified as fair value hierarchy Level 2

Fair values of financial instruments are calculated based on the derivatives instrument valuation model such as market approach method and discounted cash flow method. Inputs of the financial instrument valuation model include interest rate, exchange rate, spot price of underlying assets, volatility and others.   It may change depending on the type of derivatives and the nature of the underlying assets.

4) Financial assets and financial liabilities classified as fair value hierarchy Level 3

① Value measurement method and significant but not observable inputs for the financial assets classified as fair value hierarchy Level 3 as of December 31, 2016 are as follows:

*(in millions of Won)*

|  | | Fair value | Valuation technique | Inputs | Range of inputs | Effect on fair value assessment with unobservable input |
|---|---|---|---|---|---|---|
| Available-for-sale financial assets | ₩ | 190,884 | Discounted cash flows | Discount rate | 7.80% | As discount rate increases, fair value decreases |
| | | 2,850 | Asset value approach | - | - | - |
| Derivatives assets | | 10,346 | Discounted cash flows | Discount rate | 8.39% | As discount rate increases, fair value decreases |

65

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

② Sensitivity analysis of financial assets and financial liabilities classified as Level 3 of fair value hierarchy

If other inputs remain constant as of December 31, 2016 and one of the significant but not observable input is changed, the effect on fair value measurement is as follows:

| (in millions of Won) | Input variable | | Favorable changes | Unfavorable changes |
|---|---|---|---|---|
| Available-for-sale financial assets | Fluctuation 0.5% of discount rate | ₩ | 17,273 | 15,632 |
| Derivatives assets | Fluctuation 0.5% of discount rate | | 72 | 71 |

③ Changes in fair value of financial assets and financial liabilities classified as Level 3 for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Beginning | ₩ | 298,605 | 28,177 |
| Acquisition | | 10,150 | 317,086 |
| Changes in the fair value of derivatives | | (59,829) | 48,487 |
| Other comprehensive income (loss) | | (30,651) | 2,567 |
| Impairment | | (14,086) | (23,849) |
| Disposal and others | | (109) | (73,863) |
| Ending | ₩ | 204,080 | 298,605 |

## 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2016 and 2015 are as follows:

| (Share, in Won) | | 2016 | 2015 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2016, total shares of ADRs of 39,889,560 are equivalent to 9,972,390 of common stock.

(*2) As of December 31, 2016, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) The changes in issued common stock for the years ended December 31, 2016 and 2015 were as follows:

| (Share) | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|
| | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | 87,186,835 | (7,191,187) | 79,995,648 | 87,186,835 | (7,193,807) | 79,993,028 |
| Disposal of treasury shares | - | 2,017 | 2,017 | - | 2,620 | 2,620 |
| Ending | 87,186,835 | (7,189,170) | 79,997,665 | 87,186,835 | (7,191,187) | 79,995,648 |

(c) Capital surplus as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 783,788 | 783,756 |
| Loss from merger | | (91,310) | - |
| | ₩ | 1,156,303 | 1,247,581 |

## 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2016 | 2015 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | 2013-06-13 | 2043-06-13 | 4.30 | ₩ | 800,000 | 800,000 |
| Hybrid bond 1-2(*1) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (3,081) | (3,081) |
| | | | | ₩ | 996,919 | 996,919 |

(*1) Details of hybrid bonds as of December 31, 2016 are as follows:

| (in millions of Won) | Hybrid bond 1-1 | Hybrid bond 1-2 |
|---|---|---|
| Issue price | 800,000 | 200,000 |
| Maturity date | 30 years (The Company has a right to extend the maturity date) | 30 years (The Company has a right to extend the maturity date) |
| Interest rate | Issue date ~ 2018-06-12 : 4.3%<br>Reset every 5 years as follows;<br>· After 5 years : return on government bond (5 years) + 1.3%<br>· After 10 years : additionally +0.25% according to Step-up clauses<br>· After 25 years : additionally +0.75% | Issue date ~ 2023-06-12 : 4.6%<br>Reset every 10 years as follows;<br>· After 10 years : return on government bond (10 years) + 1.4%<br>· After 10 years : additionally +0.25% according to Step-up clauses<br>· After 30 years : additionally +0.75% |
| Interest payments condition | Quarterly<br>(Optional deferral of interest payment is available to the Company) | Quarterly<br>(Optional deferral of interest payment is available to the Company) |
| Others | The Company can call the hybrid bond at year 5 and interest payment date afterwards | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The hybrid bond holders' preference in the event of liquidation is higher than the common stock holders, but lower than other creditors.   The interest accumulated but not paid on the hybrid bonds as of December 31, 2016 amounts to ₩2,389 million.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

### 25. Reserves

(a) Reserves as of December 31, 2016 and 2015 are as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Accumulated changes in the unrealized fair value of available-for-sale investments, net of tax | ₩ | 284,240 | (30,018) |

(b) Changes in the accumulated unrealized fair value of available-for-sale investments for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Beginning balance | ₩ | (30,018) | 94,042 |
| Changes in the unrealized fair value of available-for-sale investments | | 296,833 | (263,972) |
| Reclassification to profit or loss upon disposal | | (104,970) | (52) |
| Impairment of available-for-sale investments | | 222,725 | 100,357 |
| Tax effects | | (100,330) | 39,607 |
| Ending balance | ₩ | 284,240 | (30,018) |

### 26. Treasury Shares

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.   The changes in treasury shares for the years ended December 31, 2016 and 2015 were as follows:

| (shares, in millions of Won) | 2016 | | 2015 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,191,187 ₩ | 1,533,898 | 7,193,807 ₩ | 1,534,457 |
| Disposal of treasury shares | (2,017) | (430) | (2,620) | (559) |
| Ending | 7,189,170 ₩ | 1,533,468 | 7,191,187 ₩ | 1,533,898 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

### 27. Retained Earnings

(a) Retained earnings as of December 31, 2016 and 2015 are summarized as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization |  | 918,300 | 918,300 |
| Reserve for research and manpower development |  | 726,667 | 1,106,667 |
| Appropriated retained earnings for business expansion |  | 37,910,500 | 36,710,500 |
| Appropriated retained earnings for dividends |  | 1,141,390 | 1,451,783 |
| Unappropriated retained earnings |  | 2,004,991 | 1,434,118 |
|  | ₩ | 42,943,050 | 41,862,570 |

(b) Statements of appropriation of retained earnings as of December 31, 2016 and 2015 are as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| **Retained earnings before appropriation** |  |  |  |
| Unappropriated retained earnings carried over from prior year | ₩ | 444,537 | 280,498 |
| Remeasurements of defined benefit plans |  | (768) | 38,910 |
| Interests of hybrid bonds |  | (43,832) | (43,574) |
| Interim dividends |  | (179,992) | (159,987) |
| (Dividends (ratio) per share ₩2,250 (45%) in 2016 ₩2,000 (40%) in 2015) |  |  |  |
| Profit for the period |  | 1,785,046 | 1,318,271 |
|  |  | 2,004,991 | 1,434,118 |
| **Transfer from discretionary reserve** |  |  |  |
| Reserve for research and manpower development |  | 350,000 | 380,000 |
| Appropriated retained earnings for dividends |  | 193,717 | 310,393 |
|  |  | 543,717 | 690,393 |
| **Appropriation of retained earnings** |  |  |  |
| Divdends |  | 459,987 | 479,974 |
| (Dividends (ratio) per share ₩5,750 (115%) in 2016 ₩6,000 (120%) in 2015) |  |  |  |
| Appropriated retained earnings for business expansion |  | 1,600,000 | 1,200,000 |
|  |  | 2,059,987 | 1,679,974 |
| **Unappropriated retained earnings carried forward to subsequent year** | ₩ | 488,721 | 444,537 |

69

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

### 28. Revenue

Details of revenue for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Sales of goods | ₩ | 24,147,416 | 25,428,226 |
| Others | | 177,517 | 178,995 |
| | ₩ | 24,324,933 | 25,607,221 |

### 29. Selling and Administrative Expenses

(a) Administrative expenses

Administrative expenses for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Wages and salaries | ₩ | 209,324 | 213,168 |
| Expenses related to post-employment benefits | | 35,254 | 31,521 |
| Other employee benefits | | 49,730 | 45,401 |
| Travel | | 12,202 | 12,466 |
| Depreciation | | 18,158 | 18,738 |
| Amortization | | 56,031 | 52,649 |
| Rental | | 60,609 | 68,569 |
| Repairs | | 7,389 | 9,288 |
| Advertising | | 73,823 | 73,827 |
| Research & development | | 83,057 | 94,074 |
| Service fees | | 168,865 | 187,515 |
| Supplies | | 5,257 | 5,162 |
| Vehicles maintenance | | 6,142 | 6,788 |
| Industry association fee | | 8,324 | 7,235 |
| Training | | 16,886 | 16,996 |
| Conference | | 3,920 | 5,364 |
| Bad debt expenses | | 44,051 | 2,811 |
| Others | | 30,255 | 38,874 |
| | ₩ | 889,277 | 890,446 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) Selling expenses

Selling expenses for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Freight and custody expenses | ₩ | 784,013 | 899,440 |
| Operating expenses for distribution center | | 9,735 | 10,367 |
| Sales commissions | | 86,818 | 79,715 |
| Sales advertising | | 5,031 | 3,102 |
| Sales promotion | | 5,511 | 5,781 |
| Sample | | 936 | 1,393 |
| Sales insurance premium | | 4,679 | 5,338 |
| | ₩ | 896,723 | 1,005,136 |

## 30. Research and Development Expenditures Recognized as Expenses

Research and development expenditures recognized as expenses for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 83,057 | 94,074 |
| Cost of sales | | 317,466 | 341,582 |
| | ₩ | 400,523 | 435,656 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**31. Finance Income and Costs**

Details of finance income and costs for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Finance income** | | | |
| Interest income | ₩ | 89,863 | 91,350 |
| Dividend income | | 144,451 | 450,974 |
| Gain on foreign currency transactions | | 247,539 | 215,134 |
| Gain on foreign currency translations | | 53,541 | 22,765 |
| Gain on disposals of available-for-sale investments | | 131,007 | 58,171 |
| Gain on valuation of derivatives | | 79,602 | 52,458 |
| Others | | 10,477 | 5,554 |
| | ₩ | 756,480 | 896,406 |
| | | | |
| **Finance costs** | | | |
| Interest expenses | ₩ | 154,864 | 232,130 |
| Loss on foreign currency transactions | | 298,006 | 205,698 |
| Loss on foreign currency translations | | 105,545 | 188,008 |
| Impairment loss on available-for-sale investments | | 222,725 | 100,357 |
| Loss on valuation of derivatives | | 81,408 | 1,613 |
| Loss on derivative transactions | | 17,034 | 505 |
| Others | | 2,929 | 6,258 |
| | ₩ | 882,511 | 734,569 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 19,579 | 11,000 |
| Gain on disposals of assets held for sale | | 6,814 | 409,578 |
| Reversal of allowance for doubtful accounts | | - | 10,235 |
| Reversal of provisions | | 12,475 | - |
| Premium income | | 9,285 | 14,976 |
| Gain on exemption of debts | | 9,665 | - |
| Others | | 24,051 | 19,527 |
| | ₩ | 81,869 | 465,316 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 93,536 | 90,852 |
| Impairment loss on property, plant and equipment | | 58,388 | 70,674 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 184,283 | 327,776 |
| Loss on disposals of assets held for sale | | - | 209,775 |
| Impairment loss on assets held for sale | | - | 95,737 |
| Other bad debt expenses | | 10,079 | 51 |
| Contribution to provisions | | - | 2,174 |
| Donations | | 34,324 | 49,854 |
| Others(*1) | | 21,231 | 350,226 |
| | ₩ | 401,841 | 1,197,119 |

(*1) The Company recorded litigation expense of ₩299,037 million in connection with its settlement with Nippon Steel & Sumitomo Metal Corporation for a civil lawsuit regarding improperly acquired trade secrets and patents for the year ended December 31, 2015.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2016 and 2015 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2016 | 2015 |
|---|---|---:|---:|
| Changes in inventories(*1) | ₩ | (109,406) | 433,129 |
| Raw materials and consumables used | | 12,853,852 | 13,785,536 |
| Employee benefits expenses(*3) | | 1,644,415 | 1,580,980 |
| Outsourced processing cost | | 2,035,578 | 2,139,554 |
| Depreciation(*2) | | 2,061,408 | 2,065,521 |
| Amortization | | 79,655 | 70,742 |
| Electricity and water expenses | | 755,994 | 897,888 |
| Service fees | | 246,205 | 255,944 |
| Rental | | 79,840 | 87,589 |
| Advertising | | 73,823 | 73,827 |
| Freight and custody expenses | | 784,013 | 899,440 |
| Sales commissions | | 86,818 | 79,715 |
| Loss on disposals of property, plant and equipment | | 93,536 | 90,852 |
| Impairment loss on property, plant and equipment | | 58,388 | 70,674 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 184,283 | 327,776 |
| Other expenses | | 1,163,036 | 1,706,924 |
| | ₩ | 22,091,438 | 24,566,091 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2016 and 2015 were as follows:

| (in millions of Won) | | 2016 | 2015 |
|---|---|---:|---:|
| Wages and salaries | ₩ | 1,477,745 | 1,432,605 |
| Expenses related to post-employment benefits | | 166,670 | 148,375 |
| | ₩ | 1,644,415 | 1,580,980 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 34. Income Taxes

(a) Income tax expense for the years ended December 31, 2016 and 2015 were as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 472,264 | 375,615 |
| Deferred income taxes |  | 32,119 | (52,799) |
| Items credited directly to equity |  | (100,095) | 27,196 |
| Income tax expense | ₩ | 404,288 | 350,012 |

(*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2016 and 2015 were as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 2,189,334 | 1,668,283 |
| Income tax expense computed at statutory rate |  | 529,357 | 403,263 |
| Adjustments: |  |  |  |
| Tax credit |  | (22,948) | (137,294) |
| Over provisions from prior years |  | (2,625) | (39,785) |
| Investment in subsidiaries, |  |  |  |
| associates and joint ventures |  | (91,223) | 142,412 |
| Tax effect due to permanent differences |  | (10,624) | (20,803) |
| Others |  | 2,351 | 2,219 |
|  |  | (125,069) | (53,251) |
| Income tax expense | ₩ | 404,288 | 350,012 |
| Effective tax rate (%) |  | 18.5% | 21.0% |

75

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(c) The income taxes credited (charged) directly to equity for the years ended December 31, 2016 and 2015 were as follows:

*(in millions of Won)*

|  | | **2016** | **2015** |
|---|---|---:|---:|
| Net changes in unrealized fair value of available-for-sale investments | ₩ | (100,330) | 39,607 |
| Remeasurements of defined benefit plans | | 245 | (12,423) |
| Gain(loss) on disposal of treasury shares | | (10) | 12 |
| | ₩ | (100,095) | 27,196 |

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2016 and 2015 were as follows:

| *(in millions of Won)* | | **2016** | | | **2015** | | |
|---|---|---:|---:|---:|---:|---:|---:|
| | | December 31, 2015 | Increase (decrease) | December 31, 2016 | December 31, 2014 | Increase (decrease) | December 31, 2015 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (11,049) | 342 | (10,707) | (12,413) | 1,364 | (11,049) |
| Reserve for technology developments | | (175,853) | 84,700 | (91,153) | (255,713) | 79,860 | (175,853) |
| PPE - Depreciation | | (33,229) | 15,436 | (17,793) | (39,151) | 5,922 | (33,229) |
| Prepaid expenses | | 19,150 | 508 | 19,658 | 17,427 | 1,723 | 19,150 |
| PPE - Revaluation | | (1,387,331) | (130,647) | (1,517,978) | (1,213,709) | (173,622) | (1,387,331) |
| Gain or loss on foreign currency translation | | (8,121) | 18,918 | 10,797 | (48,414) | 40,293 | (8,121) |
| Defined benefit obligations | | 224,379 | 14,998 | 239,377 | 216,146 | 8,233 | 224,379 |
| Plan assets | | (245,036) | (24,221) | (269,257) | (221,216) | (23,820) | (245,036) |
| Accrued revenue | | (2,160) | (426) | (2,586) | (878) | (1,282) | (2,160) |
| Impairment loss | | 238,678 | 111,775 | 350,453 | 104,810 | 133,868 | 238,678 |
| Difference in acquisition costs of treasury shares | | 62,116 | (17) | 62,099 | 62,139 | (23) | 62,116 |
| Others | | 89,104 | 78,585 | 167,689 | 95,271 | (6,167) | 89,104 |
| | | (1,229,352) | 169,951 | (1,059,401) | (1,295,701) | 66,349 | (1,229,352) |
| **Deferred tax from tax credit** | | | | | | | |
| Tax credit carry-forward | | 173,177 | (90,965) | 82,212 | 213,911 | (40,734) | 173,177 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | 9,584 | (100,330) | (90,746) | (30,023) | 39,607 | 9,584 |
| Remeasurements of defined benefit plans | | 51,724 | 245 | 51,969 | 64,147 | (12,423) | 51,724 |
| | | 61,308 | (100,085) | (38,777) | 34,124 | 27,184 | 61,308 |
| | ₩ | (994,867) | (21,099) | (1,015,966) | (1,047,666) | 52,799 | (994,867) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2016 and 2015

(e) Deferred tax assets (liabilities) as of December 31, 2016 and 2015 are as follows:

| *(in millions of Won)* | | 2016 | | | 2015 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to** | | | | | | | |
| **temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (10,707) | (10,707) | - | (11,049) | (11,049) |
| Reserve for technology | | | | | | | |
| developments | | - | (91,153) | (91,153) | - | (175,853) | (175,853) |
| PPE - Depreciation | | 17,139 | (34,932) | (17,793) | 10,314 | (43,543) | (33,229) |
| Prepaid expenses | | 19,658 | - | 19,658 | 19,150 | - | 19,150 |
| PPE - Revaluation | | - | (1,517,978) | (1,517,978) | - | (1,387,331) | (1,387,331) |
| Gain or loss on foreign | | | | | | | |
| currency translation | | 88,263 | (77,466) | 10,797 | 106,067 | (114,188) | (8,121) |
| Defined benefit obligations | | 239,377 | - | 239,377 | 224,379 | - | 224,379 |
| Plan assets | | - | (269,257) | (269,257) | - | (245,036) | (245,036) |
| Accrued revenue | | - | (2,586) | (2,586) | - | (2,160) | (2,160) |
| Impairment loss | | 350,453 | - | 350,453 | 238,678 | - | 238,678 |
| Difference in acquisition costs | | | | | | | |
| of treasury shares | | 62,099 | - | 62,099 | 62,116 | - | 62,116 |
| Others | | 232,084 | (64,395) | 167,689 | 144,266 | (55,162) | 89,104 |
| | | 1,009,073 | (2,068,474) | (1,059,401) | 804,970 | (2,034,322) | (1,229,352) |
| **Deferred tax from tax credit** | | | | | | | |
| Tax credit carry-forward | | 82,212 | - | 82,212 | 173,177 | - | 173,177 |
| **Deferred income taxes** | | | | | | | |
| **recognized directly to equity** | | | | | | | |
| Net changes in | | | | | | | |
| the unrealized fair value of AFS | | 28,629 | (119,375) | (90,746) | 39,091 | (29,507) | 9,584 |
| Remeasurements of defined | | | | | | | |
| benefit plans | | 51,969 | - | 51,969 | 51,724 | - | 51,724 |
| | | 80,598 | (119,375) | (38,777) | 90,815 | (29,507) | 61,308 |
| | ₩ | 1,171,883 | (2,187,849) | (1,015,966) | 1,068,962 | (2,063,829) | (994,867) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 35. Earnings per Share

Basic and diluted earnings per share for the years ended December 31, 2016 and 2015 are as follows:

| (in Won, except per share information) | | 2016 | 2015 |
|---|---|---|---|
| Profit for the period | ₩ | 1,785,045,916,393 | 1,318,271,459,610 |
| Interests of hybrid bonds | | (33,225,163,081) | (33,029,632,499) |
| Weighted-average number of common shares outstanding(*1) | | 79,996,389 | 79,993,834 |
| Basic and diluted earnings per share | ₩ | 21,899 | 16,067 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| (in share) | 2016 | 2015 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,190,446) | (7,193,001) |
| Weighted-average number of common shares outstanding | 79,996,389 | 79,993,834 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2016 and 2015, diluted earnings per share is equal to basic earnings per share.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 36. Related Party Transactions

(a) Significant transactions with related companies for the years ended December 31, 2016 and 2015 were as follows:

1) For the year ended December 31, 2016

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries(*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. ₩ | 29,511 | 16,661 | 8 | 183,768 | - | 24,511 |
| POSCO Processing&Service | 1,212,220 | 5,778 | 549,803 | 2,896 | 22,704 | 2,445 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 326,078 | 2,560 | - | - | 12,232 | 126 |
| POSCO ICT(*4) | 1,224 | 727 | - | 219,301 | 32,456 | 171,107 |
| eNtoB Corporation | - | 5 | 278,016 | 9,836 | 212 | 19,436 |
| POSCO CHEMTECH | 319,164 | 33,784 | 502,448 | 14,847 | 290,427 | 5,139 |
| POSCO ENERGY CO., LTD. | 187,311 | 1,382 | - | - | - | 7 |
| POSCO TMC Co., Ltd.(*5) | 219,489 | - | 2 | - | 863 | 1,177 |
| POSCO ASTI(*5) | 152,098 | 1 | - | - | 19,695 | 922 |
| POSCO DAEWOO Corporation (formerly, Daewoo International Corporation)(*6) | 3,227,716 | 34,341 | 92,203 | - | 343 | - |
| POSCO Thainox Public Company Limited | 237,471 | 2,915 | 9,593 | - | 19 | 548 |
| POSCO America Corporation | 469,543 | - | 284 | - | - | 1,103 |
| POSCO Canada Ltd. | 275 | - | 148,528 | - | - | - |
| POSCO Asia Co., Ltd. | 1,758,080 | 1,373 | 403,174 | 247 | 939 | 3,602 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 135,405 | - | - | - | - | 525 |
| POSCO JAPAN Co., Ltd. | 1,112,489 | 128 | 23,217 | 3,744 | 345 | 3,841 |
| POSCO-VIETNAM Co., Ltd. | 226,063 | 445 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 274,210 | 462 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 355,829 | 2,613 | - | - | - | 93 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 149,911 | - | - | - | - | - |
| Others | 766,263 | 22,717 | 207,601 | 62,202 | 212,344 | 145,562 |
| | 11,160,350 | 125,892 | 2,214,877 | 496,841 | 592,579 | 380,144 |
| **Associates and joint ventures(*3)** | | | | | | |
| SeAH Changwon Integrated Special Steel | 28 | - | 1,095 | - | 627 | - |
| POSCO PLANTEC Co., Ltd. | 2,245 | 48 | 3,533 | 244,898 | 16,812 | 8,146 |
| SNNC | 6,004 | 1,042 | 487,395 | - | - | 2 |
| POSCO-SAMSUNG-Slovakia Processing center | 44,686 | - | - | - | - | - |
| KOBRASCO | - | 29,297 | - | - | - | - |
| Others | 26,625 | 13,122 | 175,246 | - | - | - |
| | 79,588 | 43,509 | 667,269 | 244,898 | 17,439 | 8,148 |
| ₩ | 11,239,938 | 169,401 | 2,882,146 | 741,739 | 610,018 | 388,292 |

(*1) Sales and others mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2016, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

(*5) During the year ended December 31, 2016, they were merged into POSCO Processing&Service.

(*6) During the year ended December 31, 2016, Daewoo International Corporation was renamed POSCO DAEWOO Corporation.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

2) For the year ended December 31, 2015

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | ₩ 4,441 | 145 | 19 | 427,760 | 2,250 | 37,488 |
| POSCO Processing&Service | 1,074,826 | 24 | 437,626 | - | - | 2,281 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 380,626 | - | - | - | 9,359 | 104 |
| POSCO ICT | 1,259 | 7 | - | 210,877 | 29,612 | 182,745 |
| eNtoB Corporation | - | - | 261,989 | 6,501 | 130 | 22,017 |
| POSCO CHEMTECH | 436,594 | 30,343 | 519,956 | 9,515 | 297,183 | 1,773 |
| POSCO ENERGY CO., LTD. | 188,458 | 1,359 | - | - | - | 6 |
| POSCO TMC Co., Ltd. | 263,242 | - | - | - | 1,497 | 1,560 |
| POSCO AST | 362,658 | 15 | 4,115 | - | 39,175 | 1,611 |
| POSHIMETAL Co., Ltd. | 10,777 | 151 | 145,165 | - | - | 46 |
| POSCO DAEWOO Corporation | | | | | | |
|   (formerly, Daewoo International Corporation) | 3,505,187 | 34,334 | 46,675 | - | - | 480 |
| SeAH Changwon Integrated Special Steel(*1) | 2,811 | 176,904 | 8,239 | - | 515 | 75 |
| POSCO PLANTEC Co., Ltd.(*1) | 4,280 | 33 | 2,544 | 125,192 | 15,135 | 13,649 |
| POSCO Thainox Public Company Limited | 268,576 | 10 | 5,147 | - | - | 34 |
| PT. KRAKATAU POSCO | - | - | 118,888 | - | - | - |
| POSCO America Corporation | 624,549 | 6 | 111,243 | - | - | 725 |
| POSCO Canada Ltd. | - | - | 111,243 | - | - | - |
| POSCO Asia Co., Ltd. | 1,822,932 | 960 | 269,086 | - | 513 | 2,273 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 118,845 | - | - | - | - | 220 |
| POSCO JAPAN Co., Ltd. | 1,051,910 | 9,383 | 25,957 | 2,278 | 201 | 2,754 |
| POSCO MEXICO S.A. DE C.V. | 270,184 | 80 | - | - | - | 11 |
| POSCO Maharashtra Steel Private Limited | 421,244 | 752 | - | - | - | 31 |
| Others(*2) | 867,334 | 14,474 | 223,393 | 113,769 | 212,539 | 129,506 |
| | 11,680,733 | 268,980 | 2,180,042 | 895,892 | 608,109 | 399,389 |
| **Associates and joint ventures** | | | | | | |
| SeAH Changwon Integrated Special Steel(*1) | 6,042 | - | 3,802 | - | 419 | - |
| POSCO PLANTEC Co., Ltd.(*1) | 147 | 14 | 1,017 | 82,338 | 3,513 | 4,676 |
| SNNC | 4,673 | 594 | 422,420 | - | - | - |
| POSCO-SAMSUNG-Slovakia Processing Center | 26,379 | - | - | - | - | - |
| Others(*3,4) | 28,841 | 40,600 | 51,855 | - | - | - |
| | 66,082 | 41,208 | 479,094 | 82,338 | 3,932 | 4,676 |
| | ₩ 11,746,815 | 310,188 | 2,659,136 | 978,230 | 612,041 | 404,065 |

(*1) Reclassified from a subsidiary to an associate(Note 11).

(*2) During the year ended December 31, 2015, the Company borrowed USD 17.42 million from POSCO-Uruguay S.A., a subsidiary of the Company, and the entire amount was repaid as of December 31, 2015.

(*3) During the year ended December 31, 2015, the Company lent USD 60 million to CSP-Compania Siderurgica do Pecem, an associate of the Company, and the entire amount of loan was collected as of December 31, 2015.

(*4) The Company has recovered loans of USD 3.85 million from LLP POSUK Titanium, an associate of the Company for the year ended December 31, 2015

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) The related account balances of significant transactions with related companies as of December 31, 2016 and 2015 are as follows:

1) December 31, 2016

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. ₩ | 3 | 3,359 | 3,362 | - | 9,825 | 515 | 10,340 |
| POSCO Processing&Service | 207,744 | 178 | 207,922 | 1,085 | 5,367 | 5,184 | 11,636 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 48,716 | 324 | 49,040 | - | 5 | 1,600 | 1,605 |
| POSCO ICT | - | 128 | 128 | 1,062 | 89,382 | 6,074 | 96,518 |
| eNtoB Corporation | - | - | - | 9,948 | 29,310 | 15 | 39,273 |
| POSCO CHEMTECH | 27,253 | 3,868 | 31,121 | 54,702 | 11,870 | 19,282 | 85,854 |
| POSCO ENERGY CO., LTD. | 18,701 | 2,012 | 20,713 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | | | | | | | |
| (formerly, Daewoo International Corporation) | 182,700 | 11,184 | 193,884 | 460 | 183 | 49 | 692 |
| POSCO Thainox Public Company Limited | 62,034 | 8 | 62,042 | - | 224 | - | 224 |
| POSCO America Corporation | 10,008 | - | 10,008 | - | - | - | - |
| POSCO Asia Co., Ltd. | 375,823 | 7 | 375,830 | 25,101 | - | - | 25,101 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 25,386 | - | 25,386 | - | 5 | - | 5 |
| POSCO MEXICO S.A. DE C.V. | 114,166 | - | 114,166 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 208,737 | 2,512 | 211,249 | - | - | - | - |
| Others | 333,031 | 2,461 | 335,492 | 17,374 | 46,455 | 26,974 | 90,803 |
| | 1,614,302 | 26,041 | 1,640,343 | 109,732 | 192,626 | 61,118 | 363,476 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 30 | 9 | 39 | 2,125 | 39,647 | - | 41,772 |
| SNNC | 223 | 26 | 249 | 40,201 | - | - | 40,201 |
| Others | 800 | 1 | 801 | 991 | 17,685 | - | 18,676 |
| | 1,053 | 36 | 1,089 | 43,317 | 57,332 | - | 100,649 |
| ₩ | 1,615,355 | 26,077 | 1,641,432 | 153,049 | 249,958 | 61,118 | 464,125 |

2) December 31, 2015

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION., LTD. ₩ | 508 | 30,368 | 30,876 | - | 42,159 | 1,002 | 43,161 |
| POSCO Processing&Service | 74,985 | 175 | 75,160 | 10,868 | 603 | - | 11,471 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 43,669 | 66 | 43,735 | - | - | 1,262 | 1,262 |
| POSCO ICT | - | 6,832 | 6,832 | 1,060 | 94,865 | 5,880 | 101,805 |
| eNtoB Corporation | - | - | - | 8,683 | 14,209 | 12 | 22,904 |
| POSCO CHEMTECH | 32,670 | 4,500 | 37,170 | 54,636 | 11,398 | 18,062 | 84,096 |
| POSCO ENERGY CO., LTD. | 18,680 | 2,585 | 21,265 | - | - | - | - |
| POSCO TMC Co., Ltd. | 63,521 | 31 | 63,552 | - | 180 | 195 | 375 |
| POSCO AST | 54,844 | 54 | 54,898 | - | 1,915 | 3,294 | 5,209 |
| POSHIMETAL Co., Ltd. | 707 | 9 | 716 | - | 10,148 | - | 10,148 |
| POSCO DAEWOO Corporation | | | | | | | |
| (formerly, Daewoo International Corporation) | 144,970 | - | 144,970 | - | - | - | - |
| POSCO Thainox Public Company Limited | 65,152 | 2 | 65,154 | 542 | - | - | 542 |
| POSCO America Corporation | 38,715 | - | 38,715 | - | - | - | - |
| POSCO Asia Co., Ltd. | 299,608 | 235 | 299,843 | 21,198 | 69 | - | 21,267 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 16,689 | - | 16,689 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 94,588 | - | 94,588 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 205,390 | 20 | 205,410 | - | - | - | - |
| Others | 172,019 | 5,035 | 177,054 | 18,208 | 45,476 | 23,985 | 87,669 |
| | 1,326,715 | 49,912 | 1,376,627 | 115,195 | 221,022 | 53,692 | 389,909 |
| **Associates and jointventures** | | | | | | | |
| SeAH Changwon Integrated Special Steel | 1,201 | - | 1,201 | 161 | 15 | - | 176 |
| POSCO PLANTEC Co., Ltd. | 123 | 19 | 142 | 1,901 | 46,159 | - | 48,060 |
| SNNC | 298 | 20 | 318 | 639 | 2 | - | 641 |
| Others | 740 | 12,200 | 12,940 | - | 145 | - | 145 |
| | 2,362 | 12,239 | 14,601 | 2,701 | 46,321 | - | 49,022 |
| ₩ | 1,329,077 | 62,151 | 1,391,228 | 117,896 | 267,343 | 53,692 | 438,931 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(c) For the years ended December 31, 2016 and 2015, details of compensation to key management officers were as follows:

| (in millions of Won) | 2016 | 2015 |
|---|---|---|
| Short-term benefits | ₩ 27,682 | 35,459 |
| Long-term benefits | 11,956 | 11,304 |
| Retirement benefits | 6,960 | 10,238 |
| | ₩ 46,598 | 57,001 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

## 37. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected. Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable. If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies. All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters. Internal and external lawyers are used for these assessments. In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

(b) Commitments

The Company entered into long-term contracts to purchase iron ore, coal, nickel and others. The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.  These contracts provide for periodic price adjustments based on the market price.  As of December 31, 2016, 144 million tons of iron ore and 22 million tons of coal remained to be purchased under such long-term contracts.

The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.   The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

As of December 31, 2016, the Company entered into commitments with Korea National Oil Corporation for long-term foreign currency borrowings, which are limited up to the amount of USD 6.49 million.   The borrowings are related to the exploration of gas hydrates in Western Fergana-Chinabad.   The repayment of the borrowings depends on the success of the project.   The Company is not liable for the repayment of full or part of the money borrowed if the respective project fail.   The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.   As of December 31, 2016, the balances of the borrowing are USD 4.09 million.

(c) As of December 31, 2016, the Company has provided two blank checks to Korea Resources Corporation as collateral for long-term domestic borrowings, and has provided three blank promissory notes and three blank checks to Korea National Oil Corporation as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

The Company is involved in 39 litigations for alleged damages aggregating to W126 billion as of December 31, 2016 which arose in the ordinary course of business.   The Company has recognized provisions for three of 39 litigations amounting to W2.5 billion by estimating the outcome of such litigations reasonably.   Except the three litigations, the Company has not recognized any provisions since the Company believes that it does not have a present obligation on other litigations as of December 31, 2016.

(e) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO Energy Co., Ltd.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

### 38. Cash Flows from Operating Activities

Changes in operating assets and liabilities for the years ended December 31, 2016 and 2015 were as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| Trade accounts and notes receivable, net | ₩ | (467,096) | 413,310 |
| Other accounts receivable |  | 24,329 | 173,294 |
| Inventories |  | (528,926) | 941,293 |
| Prepaid expenses |  | 5,058 | 2,271 |
| Other current assets |  | 4,372 | 1,466 |
| Long-term guarantee deposits |  | 199 | (142) |
| Other non-current assets |  | (60) | 401 |
| Trade accounts and notes payable |  | 492,256 | (198,411) |
| Other accounts payable |  | (397) | (180,727) |
| Accrued expenses |  | (6,756) | 7,938 |
| Advances received |  | (2,560) | (1,738) |
| Withholdings |  | 8,728 | 2,429 |
| Unearned revenue |  | (1,416) | 16,800 |
| Other current liabilities |  | (16,795) | (36,523) |
| Payment severance benefits |  | (92,478) | (84,492) |
| Plan assets |  | (112,603) | (59,044) |
|  | ₩ | (694,145) | 998,125 |

### 39. Non-Cash Transactions

Significant non-cash investing and financing transactions for the years ended December 31, 2016 and 2015 were as follows:

*(in millions of Won)*

|  |  | 2016 | 2015 |
|---|---|---|---|
| Acquisition of property, plant and equipment through finance lease | ₩ | 76,581 | - |
| Acquisition of available-for-sale investment through exchanging shares |  | - | 295,398 |
| Financial guarantee liabilities |  | 1,622 | 43,573 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2016 and 2015**

---

**40. Business Combination**

(a) The Company merged with POSHIMETAL Co., Ltd. and POSCO Green Gas Technology for the year period ended December 31, 2016.   The purpose of the business combination is to enhance shareholder's value by increasing competence of the Company and maximizing efficiency of integrated operations through the synergy gained from the merger.

| | POSHIMETAL Co., Ltd. | POSCO Green Gas Technology |
|---|---|---|
| Decision date of Board of Directors | 2015.12.11 | 2016.02.19 |
| Acquisition date | 2016.03.01 | 2016.05.01 |

(b) Since the merger between the controlling company and its subsidiaries, the assets acquired and liabilities assumed through the merger are measured at book value in the consolidated financial statements of the Company.   The difference between considerations transferred and the book value of net assets recognized is reflected in capital surplus.

| (in millions of Won) | | POSHIMETAL Co., Ltd. | POSCO Green Gas Technology |
|---|---|---|---|
| Transfer price | | | |
| Book value of existing ownership interest | ₩ | 2,966 | 682,600 |
| | | | |
| Identifiable assets, acquired liabilities | | | |
| Cash and cash equivalents | | 316 | 23,934 |
| Trade accounts and note receivable, net | | 2,583 | - |
| Inventories | | 35,113 | 9,227 |
| Property, plant, equipment and intangible assets, net | | 231,848 | 1,059,901 |
| Other assets | | 7,002 | 7,803 |
| Trade accounts and note payable | | (1,685) | - |
| Borrowings | | (331,817) | (202,544) |
| Other payables | | (2,931) | (226,602) |
| Other liabilities | | (10,207) | (7,685) |
| Total identifiable net assets | | (69,778) | 664,034 |
| | | | |
| Capital surplus arising from business combination | | | |
| Decrease in capital surplus | ₩ | 72,744 | 18,566 |

85

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Notice to Readers

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2016 and the review of internal accounting control system pursuant to Article 2-3 of the Act on External Audit for Joint-stock Companies of the Republic of Korea

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

English Translation of a Report Originally Issued in Korean

To the President of
POSCO:

We have reviewed the accompanying Report on the Operations of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2016.  The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS.  Our responsibility is to review management's assessment and issue a report based on our review.  In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on the assessment on the operations of the IACS, the Company's IACS has been effectively designed and is operating as of December 31, 2016, in all material respects, in accordance with the IACS Standards issued by the IACS Operations Committee."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants.  Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether Report on the Operations of Internal Accounting Control System is free of material misstatement.  Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances.  We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in conformity with Korean International Financial Reporting Standards.  Because of its inherent limitations, however, IACS may not prevent or detect misstatements.  Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that Report on the Operations of Internal Accounting Control System as of December 31, 2016 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2016.  We did not review the Company's IACS subsequent to December 31, 2016.  This report has been prepared for Korean regulatory purposes, pursuant to the External Audit Law, and may not be appropriate for other purposes or for other users.

*KPMG Samjong Accounting Corp.*

Seoul, Korea
March 2, 2017

87

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Report on the Operations of Internal Accounting Control System

### English Translation of a Report Originally Issued in Korean

### Report on the Operations of Internal Accounting Control System

To the Board of Directors and Audit Committee of
POSCO:

I, as the Internal Accounting Control Officer ("IACO") of POSCO (the Company"), have assessed the status of the design and operations of the Company's internal accounting control system("IACS") as of December 31, 2016.

The Company's management, including IACO, is responsible for the design and operations of its IACS. I, as the IACO, have assessed whether the IACS has been effectively designed and is operating to prevent and detect any error or fraud which may cause any misstatement of the financial statements, for the purpose of establishing the reliability of financial statement preparation and presentation for external uses. I, as the IACO, applied the IACS Standards established by the IACS Operations Committee for the assessment of design and operations of the IACS.

Based on the assessment of the operations of the IACS, the Company's IACS has been effectively designed and is operating as of December 31, 2016, in all material respects, in accordance with the IACS Standards issued by the IACS Operations Committee.

January 23, 2017

_Kwon, Oh-Joon, Chief Executive Officer_

_Choi, Jeong-Woo, Internal Accounting Control Officer_

88

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Appendix 7-D

POSCO's Unconsolidated Financial Statements
for 2016-17 Fiscal Years

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2017 and 2016**

**(With Independent Auditors' Report Thereon)**

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Table of Contents

**Page**

**Independent Auditors' Report**................................................................................. 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................. 3

Separate Statements of Comprehensive Income.................................................... 5

Separate Statements of Changes in Equity ............................................................ 6

Separate Statements of Cash Flows ...................................................................... 7

Notes to the Separate Financial Statements .......................................................... 9

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 86

**Report on the Operations of Internal Accounting Control System** ............................... 87

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Report**

Based on a report originally issued in Korea

The Board of Directors and Shareholders
POSCO:

We have audited the accompanying separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2017 and 2016, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising a summary of significant accounting policies and other explanatory information.

*Management's Responsibility for the Separate Financial Statements*

Management is responsible for the preparation and fair presentation of these separate financial statements in accordance with Korean International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these separate financial statements based on our audits.  We conducted our audits in accordance with Korean Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the separate financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the separate financial statements.   The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the separate financial statements, whether due to fraud or error.   In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the separate financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control.   An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the separate financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2017 and 2016, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards.

*Other Matter*

The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries. Accordingly, this report and the accompanying separate financial statements are for use by those knowledgeable about Korean auditing standards and their application in practice.

*KPMG Samjong Accounting Corp.*

Seoul, Korea
February 28, 2018

This report is effective as of February 28, 2018, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

2

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2017 and 2016

| *(in millions of Won)* | Notes | | December 31, 2017 | December 31, 2016 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 332,405 | 120,529 |
| Trade accounts and notes receivable, net | 6,22,36 | | 3,867,714 | 3,216,209 |
| Other receivables, net | 7,22,36 | | 210,230 | 246,061 |
| Other short-term financial assets | 8,22 | | 5,824,087 | 4,130,963 |
| Inventories | 9,33 | | 4,543,533 | 3,995,291 |
| Assets held for sale | 10 | | 34,545 | 764 |
| Other current assets | 15 | | 27,907 | 22,859 |
| **Total current assets** | | | 14,840,421 | 11,732,676 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 12,774 | 14,040 |
| Other receivables, net | 7,22 | | 62,421 | 87,669 |
| Other long-term financial assets | 8,22 | | 1,393,316 | 2,145,570 |
| Investments in subsidiaries, associates and joint ventures | 11 | | 15,098,856 | 15,031,385 |
| Investment property, net | 12 | | 97,307 | 86,296 |
| Property, plant and equipment, net | 13 | | 21,561,270 | 22,257,409 |
| Intangible assets, net | 14 | | 528,074 | 508,890 |
| Defined benefit assets, net | 20 | | - | 81,621 |
| Other non-current assets | 15 | | 97,819 | 110,197 |
| **Total non-current assets** | | | 38,851,837 | 40,323,077 |
| | | | | |
| **Total assets** | | ₩ | 53,692,258 | 52,055,753 |

*See accompanying notes to the separate financial statements.*

3

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Statements of Financial Position, Continued**
**As of December 31, 2017 and 2016**

| (in millions of Won) | Notes | | December 31, 2017 | December 31, 2016 |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 1,025,027 | 1,082,927 |
| Short-term borrowings and current installments of long-term borrowings | 4,16,22,38 | | 1,235,707 | 364,840 |
| Other payables | 17,22,36,38 | | 862,535 | 866,074 |
| Other short-term financial liabilities | 18,22,38 | | 23,164 | 16,508 |
| Current income tax liabilities | 34 | | 351,148 | 315,530 |
| Provisions | 19 | | 18,166 | 14,154 |
| Other current liabilities | 21 | | 54,401 | 37,219 |
| **Total current liabilities** | | | 3,570,148 | 2,697,252 |
| Long-term borrowings, excluding current installments | 4,16,22,38 | | 2,665,517 | 3,778,014 |
| Other payables | 17,22,38 | | 78,481 | 117,310 |
| Other long-term financial liabilities | 18,22,38 | | 129,176 | 72,742 |
| Defined benefit liabilities, net | 20 | | 43 | - |
| Deferred tax liabilities | 34 | | 1,273,896 | 1,015,966 |
| Long-term provisions | 19 | | 19,250 | 29,506 |
| Other non-current liabilities | 21 | | 14,292 | 15,516 |
| **Total non-current liabilities** | | | 4,180,655 | 5,029,054 |
| **Total liabilities** | | | 7,750,803 | 7,726,306 |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,156,429 | 1,156,303 |
| Hybrid bonds | 24 | | 996,919 | 996,919 |
| Reserves | 25 | | 233,390 | 284,240 |
| Treasury shares | 26 | | (1,533,054) | (1,533,468) |
| Retained earnings | 27 | | 44,605,368 | 42,943,050 |
| **Total equity** | | | 45,941,455 | 44,329,447 |
| **Total liabilities and equity** | | ₩ | 53,692,258 | 52,055,753 |

*See accompanying notes to the separate financial statements.*

4

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2017 and 2016

| (in millions of Won, except per share information) | Notes | | 2017 | 2016 |
|---|---|---|---|---|
| **Revenue** | 28,36 | ₩ | 28,553,815 | 24,324,933 |
| **Cost of sales** | 9,20,30,33,36 | | (23,832,804) | (19,903,596) |
| **Gross profit** | | | 4,721,011 | 4,421,337 |
| Selling and administrative expenses | | | | |
| Administrative expenses | 20,22,29,30,33 | | (896,061) | (889,277) |
| Selling expenses | 29,33 | | (922,497) | (896,723) |
| **Operating profit** | | | 2,902,453 | 2,635,337 |
| Finance income and costs | | | | |
| Finance income | 22,31 | | 1,143,692 | 756,480 |
| Finance costs | 22,31 | | (667,207) | (882,511) |
| Other non-operating income and expenses | | | | |
| Other non-operating income | 32,36 | | 436,075 | 81,869 |
| Other non-operating expenses | 32,33,36 | | (460,272) | (401,841) |
| **Profit before income tax** | | | 3,354,741 | 2,189,334 |
| Income tax expense | 34 | | (809,056) | (404,288) |
| **Profit** | | | 2,545,685 | 1,785,046 |
| **Other comprehensive income (loss)** | | | | |
| Items that will not be reclassified subsequently to profit or loss: | | | | |
| Remeasurements of defined benefit plans, net of tax | 20 | | (19,787) | (768) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | 8,22,25 | | (50,850) | 314,258 |
| **Total comprehensive income** | | ₩ | 2,475,048 | 2,098,536 |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 31,409 | 21,899 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

# POSCO
## Separate Statements of Changes in Equity
## For the years ended December 31, 2017 and 2016

*(in millions of Won)*

| | | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2016 | ₩ | 482,403 | 1,247,581 | 996,919 | (30,018) | (1,533,898) | 41,862,570 | 43,025,557 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 1,785,046 | 1,785,046 |
| Other comprehensive income (loss) | | | | | | | | |
|   Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (768) | (768) |
|   Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | 314,258 | - | - | 314,258 |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
|   Year-end dividends | | - | - | - | - | - | (479,974) | (479,974) |
|   Interim dividends | | - | - | - | - | - | (179,992) | (179,992) |
|   Business combination | | - | (91,310) | - | - | - | - | (91,310) |
|   Interest of hybrid bonds | | - | - | - | - | - | (43,832) | (43,832) |
|   Disposal of treasury shares | | - | 32 | - | - | 430 | - | 462 |
| Balance as of December 31, 2016 | ₩ | 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| Balance as of January 1, 2017 | ₩ | 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 2,545,685 | 2,545,685 |
| Other comprehensive income (loss) | | | | | | | | |
|   Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (19,787) | (19,787) |
|   Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | (50,850) | - | - | (50,850) |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
|   Year-end dividends | | - | - | - | - | - | (459,987) | (459,987) |
|   Interim dividends | | - | - | - | - | - | (359,993) | (359,993) |
|   Interest of hybrid bonds | | - | - | - | - | - | (43,600) | (43,600) |
|   Disposal of treasury shares | | - | 126 | - | - | 414 | - | 540 |
| Balance as of December 31, 2017 | ₩ | 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwintco.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows**
**For the years ended December 31, 2017 and 2016**

| (in millions of Won) | Notes | 2017 | 2016 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 2,545,685 | 1,785,046 |
| Adjustments for: | | | |
| Costs for defined benefit plans | | 102,884 | 111,086 |
| Depreciation | | 2,092,603 | 2,061,408 |
| Amortization | | 91,603 | 79,655 |
| Bad debt expenses | | 18,133 | 54,130 |
| Finance income | | (940,180) | (508,824) |
| Finance costs | | 448,249 | 565,366 |
| Loss on valuation of inventories | | 2,363 | 11,843 |
| Gain on disposal of property, plant and equipment | | (26,284) | (19,579) |
| Loss on disposal of property, plant and equipment | | 140,987 | 93,536 |
| Impairment losses on property, plant and equipment | | 17,651 | 58,388 |
| Gain on disposal of intangible assets | | (24,542) | (4,963) |
| Impairment losses on intangible assets | | 11,822 | 1,545 |
| Impairment losses on investments in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Reversal of impairment loss on investments in subsidiaries, associates and joint ventures | | (225,860) | - |
| Gain on disposal of assets held for sale | | (87) | (6,814) |
| Impairment loss on assets held for sale | | 21,873 | - |
| Increase to provisions | | 403 | 15,520 |
| Income tax expense | | 809,056 | 404,288 |
| Others | | 8,241 | (9,725) |
| Changes in operating assets and liabilities | 38 | (1,338,714) | (694,145) |
| Interest received | | 89,041 | 80,865 |
| Interest paid | | (139,766) | (192,795) |
| Dividends received | | 159,506 | 144,388 |
| Income taxes paid | | (483,988) | (375,393) |
| Net cash provided by operating activities | ₩ | 3,553,963 | 3,839,109 |

*See accompanying notes to the separate financial statements.*

7

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows, Continued**
**For the years ended December 31, 2017 and 2016**

| (in millions of Won) | Notes | | 2017 | 2016 |
|---|---|---|---:|---:|
| **Cash flows from investing activities** | | | | |
| Proceeds from disposal of short-term financial instruments | | ₩ | 18,791,233 | 17,038,277 |
| Proceeds from disposal of long-term financial instruments | | | 1 | - |
| Proceeds from disposal of available-for-sale financial assets | | | 994,901 | 266,976 |
| Proceeds from disposal of investments in subsidiaries, associates and joint ventures | | | 6,112 | 4,850 |
| Proceeds from disposal of intangible assets | | | 23,431 | 7,076 |
| Proceeds from disposal of assets held for sale | | | 667 | 166,791 |
| Proceeds from business combination | | | - | 24,250 |
| Acquisition of short-term financial instruments | | | (20,482,051) | (17,870,819) |
| Acquisition of available-for-sale investments | | | (15,264) | (271,434) |
| Increase in long-term loans | | | (60) | (66) |
| Acquisition of investment in subsidiaries, associates and joint ventures | | | (115,147) | (329,071) |
| Acquisition of property, plant and equipment | | | (1,594,897) | (1,875,111) |
| Payment for disposal of property, plant and equipment | | | (3,654) | (18,358) |
| Acquisition of intangible assets | | | (69,923) | (21,050) |
| Net cash used in investing activities | | | (2,464,651) | (2,877,689) |
| | | | | |
| **Cash flows from financing activities** | 38 | | | |
| Proceeds from borrowings | | | 654,242 | 1,082,339 |
| Increase in long-term financial liabilities | | | 2,517 | 4,422 |
| Repayment of borrowings | | | (658,144) | (2,844,151) |
| Decrease in long-term financial liabilities | | | (9,136) | (8,720) |
| Payment of cash dividends | | | (820,102) | (665,168) |
| Payment of interest of hybrid bonds | | | (43,600) | (43,719) |
| Net cash used in financing activities | | | (874,223) | (2,474,997) |
| | | | | |
| **Changes in cash due to foreign currency translation** | | | (3,213) | - |
| **Net increase (decrease) in cash and cash equivalents** | | | 211,876 | (1,513,577) |
| **Cash and cash equivalents at beginning of the year** | 5 | | 120,529 | 1,634,106 |
| **Cash and cash equivalents at end of the year** | 5 | ₩ | 332,405 | 120,529 |

*See accompanying notes to the separate financial statements.*

8

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2017**

### 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since 1988.  The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through six overseas liaison offices.

As of December 31, 2017, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 9,660,885 | 11.08 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 2,894,712 | 3.32 |
| BlackRock Institutional Trust Company, N.A.(*1) | 2,483,875 | 2.85 |
| Government of Singapore Investment Corp Private Limited | 1,934,312 | 2.22 |
| KB Financial Group Inc. and subsidiaries(*2) | 1,919,361 | 2.20 |
| Others | 68,293,690 | 78.33 |
| | 87,186,835 | 100.00 |

(*1) Includes American Depository Receipts (ADRs) of POSCO, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries pursuant to the Commercial Act.

As of December 31, 2017, the shares of the Company are listed on the Korea Exchange, while its ADRs are listed on the New York Stock Exchanges.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2017**

**2. Statement of Compliance**

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the Act on External Audits of Corporations in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

The separate financial statements were authorized for issue by the Board of Directors on January 24, 2018, and will be submitted for approval at the shareholders' meeting to be held on March 9, 2018.

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments are measured at fair value
(b) Available-for-sale financial assets are measured at fair value
(c) Defined benefit liabilities are measured at the present value of the defined benefit obligation less the fair value of the plan asset

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency which is the currency of the primary economic environment in which the Company operates.

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.  Revisions to accounting estimates are recognized in the period prospectively.

10

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 10 - Assets held for sale
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next fiscal year is included in the following notes:

- Note 8 - Available-for-sale securities
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 34 - Income taxes
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.   The Company has an established control framework with respect to the measurement of fair values.   This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the financial officer.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments.   If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible.   Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.   The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

**Changes in Accounting Policies**

Except for the application of the amendments to standards for the first time for their reporting period beginning on January 1, 2017, as described below, the accounting policies applied by the Company in these separate financial statements are the same as those applied by the Company in its separate financial statements as of and for the year ended December 31, 2016.

(a) Amendments to K-IFRS No. 1007 "Statement of Cash Flows"

For the year beginning on January 1, 2017, the Company applied the amendments to K-IFRS No. 1007 "Statement of Cash Flows".   K-IFRS No. 1007 requires liabilities related to the cash flows that were classified as a financing activity in the statement of cash flows or will be classified as a financing activity in the future should be disclosed as follows:

- Changes from financing cash flows
- Changes arising from obtaining or losing control of subsidiaries or other businesses
- The effect of changes in foreign exchange rates
- Changes in fair values
- Other changes

K-IFRS No. 1007 does not require the disclosure of comparative information of prior period. The related disclosures are included in note 38.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Amendments to K-IFRS No. 1012 "Income Taxes"

For the year beginning on January 1, 2017, the Company applied the amendments to K-IFRS No. 1012 "Income Taxes".   In accordance with K-IFRS No. 1012, in the case of debt instruments measured at fair value, deferred tax accounting treatment is clarified.   The difference between the carrying amount and taxable base amount of the debt liabilities is considered as temporary differences, regardless of the expected recovery method. When reviewing the recoverability of deferred tax assets, the estimated of probable future taxable income may include the recovery of some of the Company's assets for more than their carrying amount if there is sufficient evidence that it is probable that the Company will recover the asset for more than its carrying amount.   In addition, the estimated of probable future taxable income are determined as the amount before considering the deductible effect from reversal of the deductible temporary differences.

The Company believes that the effect of the amendments to the separate financial statements is not significant.   Therefore, the Company has not retrospectively applied the amendments in accordance with the transitional requirements.

### 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.   The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".   The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.   At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction.   Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.   Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

The Company recognizes and measures non-derivative financial assets by the following four categories: financial assets at fair value through profit or loss, held-to-maturity financial assets, loans and receivables and available-for-sale financial assets.   The Company recognizes financial assets in the separate statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Upon initial recognition, non-derivative financial assets are measured at their fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

(a) Financial assets at fair value through profit or loss

   Financial assets are classified at fair value through profit or loss if they are held for trading or designated as such upon initial recognition.   Upon initial recognition, transaction costs are recognized in profit or loss when incurred.   Financial assets at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.

(b) Held-to-maturity financial assets

   A non-derivative financial asset with a fixed or determinable payment and fixed maturity, for which the Company has the positive intention and ability to hold to maturity, is classified as held-to-maturity financial assets.   Subsequent to initial recognition, held-to-maturity financial assets are measured at amortized cost using the effective interest method.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market.  Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method unless the effect of discounting is immaterial.

(d) Available-for-sale financial assets

Available-for-sale financial assets are those non-derivative financial assets that are designated as available-for-sale or are not classified as financial assets at fair value through profit or loss, held-to-maturity financial assets or loans and receivables.  Subsequent to initial recognition, they are measured at fair value, with changes in fair value, net of any tax effect, recorded in other comprehensive income in equity.  Investments in equity instruments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured and derivatives that are linked to and must be settled by delivery of such unquoted equity instruments are measured at cost.  When a financial asset is derecognized or impairment losses are recognized, the cumulative gain or loss previously recognized in other comprehensive income is reclassified from equity to profit or loss.  Dividends on an available-for-sale equity instrument are recognized in profit or loss when the Company's right to receive payment is established.

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset.  Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method.   The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition.   The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value.   The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs.   The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable.   The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.   Investment property is measured initially at its cost.   Transaction costs are included in the initial measurement.   Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.  The carrying amount of the replaced part is derecognized.  The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.  The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.  The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.  The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.  Other than land, the costs of an asset less its estimated residual value are depreciated.  Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.  Leased assets are depreciated over the shorter of the lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.  Land is not depreciated.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4-9 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset. Other borrowing costs are recognized in expense as incurred. A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale. Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets. Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings. The Company immediately recognizes other borrowing costs as an expense. To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset. The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset. The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

| | |
|---|---|
| Intellectual property rights | 7 years |
| Development costs | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.   All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Impairment for financial assets**

A financial asset not carried at fair value through profit or loss is assessed at each reporting date to determine whether there is objective evidence that it is impaired.   A financial asset is impaired if objective evidence indicates that a loss event has occurred after the initial recognition of the asset, and that the loss event had a negative effect on the estimated future cash flows of that asset that can be estimated reliably.   However, losses expected as a result of future events, regardless of likelihood, are not recognized.

Objective evidence that a financial asset or group of financial assets are impaired includes:

(a) significant financial difficulty of the issuer or obligor
(b) a breach of contract, such as a default or delinquency in interest or principal payments
(c) the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
(d) it becoming probable that the borrower will enter bankruptcy or other financial reorganization
(e) the disappearance of an active market for that financial asset because of financial difficulties
(f) observable data indicating that there is a measurable decrease in the estimated future cash flows from a group of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the group.

In addition, for an investment in an equity security, a significant or prolonged decline in its fair value below its cost is objective evidence of impairment.

If there is objective evidence that financial assets are impaired, impairment losses are measured and recognized.

(a) Financial assets measured at amortized cost

An impairment loss in respect of a financial asset measured at amortized cost is calculated as the difference between its carrying amount and the present value of its estimated future cash flows discounted at the asset's original effective interest rate.   If it is not practicable to obtain the instrument's estimated future cash flows, impairment losses would be measured by using prices from any observable current market transactions.   The Company can recognize impairment losses directly or establish a provision to cover impairment losses.   If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss shall be reversed either directly or by adjusting an allowance account.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Financial assets carried at cost

If there is objective evidence that an impairment loss has occurred on an unquoted equity instrument that is not carried at fair value because its fair value cannot be reliably measured, or on a derivative asset that is linked to and must be settled by delivery of such an unquoted equity instrument, the amount of the impairment loss is measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset.   Such impairment losses are not reversed.

(c) Available-for-sale financial assets

When a decline in the fair value of an available-for-sale financial asset has been recognized in other comprehensive income and there is objective evidence that the asset is impaired, the cumulative loss that had been recognized in other comprehensive income shall be reclassified from equity to profit or loss as a reclassification adjustment even though the financial asset has not been derecognized.   Impairment losses recognized in profit or loss for an investment in an equity instrument classified as available-for-sale are not reversed through profit or loss.   If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss shall be reversed, with the amount of the reversal recognized in profit or loss.

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives are measured at fair value, and changes therein are recognized in profit or loss.

(a) Embedded derivatives

Embedded derivatives are separated from the host contract and accounted for separately only if the following criteria have been met: (a) the economic characteristics and risks of the host contract and the embedded derivatives are not clearly and closely related to a separate instrument with the same terms as the embedded derivative that would meet the definition of a derivative, and (b) the hybrid (combined) instrument is not measured at fair value through profit or loss.   Changes in the fair value of separable embedded derivatives from the host contract are recognized immediately in profit or loss.

(b) Other derivatives

Changes in the fair value of a derivative that is not designated as a hedging instrument are recognized immediately in profit or loss.

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities at fair value through profit or loss or other financial liabilities in accordance with the substance of the contractual arrangement and the definitions of financial liabilities.   The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities at fair value through profit or loss

Financial liabilities at fair value through profit or loss include financial liabilities held for trading or designated as upon initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

23

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(b) Other financial liabilities

Non-derivative financial liabilities other than financial liabilities at fair value through profit or loss are classified as other financial liabilities.   At the date of initial recognition, other financial liabilities are measured at fair value minus transaction costs that are directly attributable to the acquisition.   Subsequent to initial recognition, other financial liabilities are measured at amortized cost using the effective interest method.   The Company derecognizes a financial liability from the separate statement of financial position when it is extinguished (i.e. when the obligation specified in the contract is discharged, cancelled or expires).

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service.   When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss.   If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets.   The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid.   If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan.   The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value.   The fair value of plan assets is deducted.   The calculation is performed annually by an independent actuary using the projected unit credit method.

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.   The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.   The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2017**

---

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.    Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.    If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as follows pursuant to the Act on the Allocation and Trading of Greenhouse Gas Emission Permits which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge and those purchased from the market.    The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and initially measured at cost and subsequently carried at cost less accumulated impairment losses.    Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government when the future economic benefits are no longer expected to be probable.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas.   Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable.   Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period.   The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.   No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.   When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.   When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue**

Revenue from the sale of goods, services provided and the use of assets is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates, which are not significant for all periods presented.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(a) Sale of goods

Revenue from the sale of goods in the ordinary course of activities is measured at the fair value of the consideration received or receivable, net of returns, trade discounts and volume rebates.   Revenue is recognized when persuasive evidence exists, usually in the form of an executed sales agreement, that the significant risks and rewards of ownership have been transferred to the buyer, recovery of the consideration is probable, the associated costs and possible return of goods can be estimated reliably, there is no continuing management involvement with the goods, and the amount of revenue can be measured reliably.   The appropriate timing for transfer of risks and rewards varies depending on the individual terms and conditions of the sales contract.   For international sales, this timing depends on the type of international commercial terms of the contract.

(b) Rental income

Rental income from investment property, net of lease incentives granted, is recognized in profit or loss on a straight-line basis over the term of the lease.

**Finance income and finance costs**

Finance income comprises interest income on funds invested (including available-for-sale financial assets), dividend income, gains on the disposal of available-for-sale financial assets and changes in the fair value of financial assets at fair value through profit or loss.   Interest income is recognized as it accrues in profit or loss, using the effective interest method. Dividend income is recognized in profit or loss on the date that the Company's right to receive payment is established.

Finance costs comprise interest expense on borrowings and changes in the fair value of financial assets at fair value through profit or loss.   Borrowing costs are recognized in profit or loss using the effective interest rate method.

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

The Company recognizes interest and penalties related to corporate tax as if it is applicable to the income taxes, the Company applies K-IFRS 1012 "Income Taxes", if it is not applicable to the income taxes, the Company applies K-IFRS 1037 "Provisions Contingent Liabilities and Contingent Assets".

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.   The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income. The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.   Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income.   Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

**New standards and interpretations not yet adopted**

The Company will apply K-IFRS No. 1109 "Financial Instruments" and K-IFRS No. 1115 "Revenue from Contracts with Customers" for the year beginning on January 1, 2018.   The Company is evaluating analysis of financial impact resulting from adoption of new standards and the estimated effect on the separate financial statements at the date of initial application based on current situation as of December 31, 2017.   However, a reasonable estimation of financial impact is not determined since the analysis of financial impact is not completed.

The following new standards, including K-IFRS No. 1109 and K-IFRS No. 1115, interpretations and amendments to existing standards have been published but are not mandatory for the Company for annual periods beginning on January 1, 2017, and the Company has not early adopted them.

(a) K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109 "Financial Instruments" regulates requirements for measurement and recognition of certain contracts in relation to trading financial assets and liabilities or non-financial items. It replaces existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement".

The standard will generally be applied retrospectively application with some exemptions an entity not required to restate the comparative information for prior periods in relation to classification and measurement (including impairment) changes.   Such exemptions will be applied by the Company.   The Company will recognize the accumulated effect resulting from initial application of K-IFRS No. 1109 as reserves and retained earnings of the Company at the date of initial application.

The standard's impact on the separate financial statements are as follows.

30

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

1) Classification and measurement of financial assets

When applying K-IFRS No. 1109, the classification of financial assets will be driven by the Company's business model for managing the financial assets and contractual terms of cash flow.

The following table shows the classification of financial assets measured subsequently at amortized cost, at fair value through other comprehensive income and at fair value through profit or loss.   If a hybrid contract contains a host that is a financial asset, the classification of the hybrid contract shall be determined for the entire contract without separating the embedded derivative.

| Business model | Contractual cash flows are solely payments of principal and interests | All other cases |
|---|---|---|
| To collect contractual cash flows | Amortized cost(*1) | |
| Both to collect contractual cash flows and sell financial assets | Fair value through other comprehensive income(*1) | Fair value through profit or loss(*2) |
| For trading, and others | Fair value through profit or loss | |

(*1) The Company may irrevocably designate as at fair value through profit or loss to eliminate or significantly reduce an accounting mismatch.
(*2) The Company may irrevocably designate equity investments that is not held for trading as at fair value through other comprehensive income.

As of December 31, 2017, the Company owns available-for-sale financial assets of ₩1,395,589 million and loans and receivables of ₩10,197,020 million.

As a result of analysis of the impact on the separate financial statements, the Company expects that debt instruments whose contractual cash flows do not solely represent payments of principal and interest and those held for trading will be measured at fair value through profit or loss; loans and receivables whose contractual cash flows solely represent receipt of principal and interest but are not owned for the purpose of collection of contractual cash flows will be measured at fair value through other comprehensive income or fair value through profit or loss.   Accordingly, the financial assets at fair value through profit or loss may increase upon adoption of K-IFRS No. 1109 and may increase the volatility in profit or loss.   The Company expects the application of K-IFRS No. 1109 on these financial assets will not have a material impact on the financial statements.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

According to K-IFRS No. 1109, the Company may make an irrevocable election to present in other comprehensive income subsequent changes in the fair value of an investment in an equity instrument which is not held for trading at initial recognition.   As of December 31, 2017, the Company owns equity instruments classified as financial assets available-for-sale for the purpose of long-term strategic plan and the fair value of the accompanying asset is ₩1,384,784 million.   According to K-IFRS No. 1109, the Company made an irrevocable election to classify the equity instrument as assets measured at fair value through other comprehensive income, for which all subsequent changes in fair value are recognized in other comprehensive income and not subsequently recycled to profit or loss.

2) Impairment: Financial assets and contract assets

K-IFRS No. 1109 replaces the incurred loss model in the existing standard with a forward-looking expected credit loss model for debt instruments, lease receivables, contractual assets, loan commitments, and financial guarantee contracts.

Under K-IFRS No. 1109, impairment losses are likely to be recognized earlier than using the incurred loss model under the existing guidance in K-IFRS No. 1039 as loss allowances will be measured either 12-month or lifetime expected credit loss based on the extent of increase in credit risk.

If credit risk has increased significantly since the initial recognition, a loss allowance for lifetime expected credit loss is required to be measured at the end of every reporting period. If credit risk has not increased significantly since the initial recognition, a loss allowance is measured based on 12-month expected credit loss.

If the financial instrument has low credit risk at the end of the reporting period, the Company may assume that the credit risk has not increased significantly since initial recognition. However, a loss allowance for lifetime expected credit losses is required for contract assets or trade receivables that do not contain a significant financing component.   Additionally, the Company has elected to recognize lifetime expected credit losses for contract assets or trade receivables that contain a significant financing component.

The Company expects impairment losses of financial assets subject to expected credit loss model under K-IFRS No. 1109 to be recognized earlier.   As of January 1, 2018, the date of initial application, the Company expects recognize increase in loss allowance and decrease in retained earnings.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

3) Classification and measurement of financial liabilities

K-IFRS No. 1109 mostly adheres to the existing requirements under K-IFRS No. 1039 regarding to classification of financial liabilities.

Under K-IFRS No. 1039, all financial liabilities designated at fair value through profit or loss recognized their fair value movements in profit or loss.    However, K-IFRS No. 1109 requires the amount of the change in the liability's fair value attributable to changes in the credit risk to be recognized in other comprehensive income.    Amounts presented in other comprehensive income are not subsequently transferred to profit or loss.

The Company did not designate financial liabilities as financial liability at fair value through profit or loss as of December 31, 2017 and expects the adoption of K-IFRS No. 1109 will not have significant impact on the classification of financial liabilities.

(b) K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115 "Revenue from Contracts with Customers" provides a unified five-step model for determining the timing, measurement and recognition of revenue.    It replaces existing revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts", K-IFRS No. 2031 "Revenue- Barter transactions involving advertising services", K-IFRS No. 2113 "Customer Loyalty Programs", K-IFRS No. 2115 "Agreements for the construction of real estate", and K-IFRS No. 2118 "Transfers of assets from customers".

The Company intends to apply the retrospective approach which will recognize the cumulative impact of initially applying the revenue standard as of January 1, 2018, the date of initial application and the Company also decided to apply the practical expedients as allowed by K-IFRS No. 1115 by applying the new standard only to those contracts that are not considered as completed contracts at the date of initial application.    Accordingly, upon adoption of K-IFRS No. 1115, the Company will not restate the financial statements for comparative periods.

Existing K-IFRS standards and interpretations including K-IFRS No. 1018 provide revenue recognition guidance by transaction types such as sales of goods, rendering of services, interest income, royalty income, dividend income and construction revenue; however, under the new standard, K-IFRS No. 1115, the five-step approach (Step 1: Identify the contract(s) with a customer, Step 2: Identify the performance obligations in the contract, Step 3: Determine the transaction price, Step 4: Allocate the transaction price to the performance obligations in the contract, Step 5: Recognize revenue when the entity satisfied a performance obligation) is applied for all types of contracts or agreements.

The standard's impact on the separate financial statements are as follows.

33

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

1) Identification of performance obligations

The Company operates manufacturing and selling steel rolled products and plates, and certain sales contracts include transport service.   When applying K-IFRS No. 1115, sales of manufactured products or merchandise and delivery of products (i.e. shipping service) are identified as separate performance obligations in the contracts with customers.   For transactions for which the shipping terms are on shipment basis and the customer pays shipping costs, the two performance obligations are separately accounted for because delivery of products is performed after the control over the products is transferred to the customer.   The transaction price allocated to the performance obligation of delivery service will be recognized when the obligation of delivery of the product is completed.

The Company identified transport service included in the sales contract as a separate performance obligation that will be satisfied over the promised service period.

As of January 1, 2018, the date of initial application, change in relevant accounting policy is expected to result in decrease in retained earnings.

2) Variable consideration

The Company provides a certain percentage of price discount, if an accounts receivable is collected earlier than a certain collection date.   Under K-IFRS No. 1115, the Company estimates the amount of variable consideration by using the expected value which the Company expects to better predict the amount of consideration.   The Company recognizes revenue with transaction price including variable consideration only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the refund period has lapsed.

As of January 1, 2018, the date of initial application, change in accounting policy due to K-IFRS No. 1115 is expected to result in decrease in retained earnings.

(c) K-IFRS No. 1116 "Leases"

K-IFRS No. 1116 "Leases" will replace K-IFRS No. 1017 "Leases" and K-IFRS No. 2104 "Determining whether an Arrangement contains a Lease".   It is effective for annual periods beginning on or after January 1, 2019, with early adoption permitted for a Company which has adopted to K-IFRS No. 1115.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

As a lessee, the Company shall apply this standard using one of the following two methods; (a) retrospectively to each prior reporting period presented in accordance with K-IFRS No. 1008 "Accounting Policies, Changes in Accounting Estimates and Errors" but using the practical expedients for completed contracts- i.e. completed contracts as of the beginning of the earliest prior period presented are not restated; or (b) retrospectively with the cumulative effect of initially applying this standard recognized at the date of initial application.

K-IFRS No. 1116 suggests an single accounting model that requires a lessee to recognize lease related asset and liability in the financial statements.   A lessee is required to recognize a right-of-use asset representing its right to use the underlying leased asset and a lease liability representing its obligation to make lease payments.   The lessee may elect not to apply the requirements to short-term lease of which has a term of 12 months or less at the commencement date and low value assets.   Accounting treatment for lessor is similar to the existing standard which classifies lease into finance and operating lease.

Application of K-IFRS No. 1116 will change current operating lease expense which has been recognized in straight-line method into depreciation expense of right-of-use asset and interest expense of lease liability, and therefore, nature of expense recognized in relation to lease will change.   However, it is expected that there will be no significant impact on finance lease.

The Company has not yet initiated to prepare for the application of K-IFRS No. 1116 and the Company has not performed an assessment of the impact resulting from the application of K-IFRS No. 1116.   The Company will complete the analysis of financial impacts arising from applying this standard in 2018.

## 4. Risk Management

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(a) Financial risk management

    1) Risk management framework

    The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework. The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits. Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

    The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

    2) Credit risk

    Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities. In addition, credit risk arises from finance guarantees.

    The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors. The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer. The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk. The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

    The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables. The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred but not yet identified. The collective loss allowance is determined based on historical data of payment statistics for similar financial assets. Debt securities are analyzed individually, and an expected loss shall be directly deducted from debt securities.

    Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts. The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings. The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategy investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

4) Market risk

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.   The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.   The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.   In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.   The Company reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rates and variable interest rate. The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

③  Other market price risk

Equity price risk arises from listed equity securities among available-for-sale equity securities.   Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.   Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

(b) Management of capital

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.   The capital structure of the Company consists of equity and net borrowings (after deducting cash and cash equivalents) and current financial instruments from borrowings.   The Company applied the same capital risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2017 and 2016 is as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Total borrowings | ₩ | 3,901,224 | 4,142,854 |
| Less: Cash and cash equivalents | | 332,405 | 120,529 |
| Net borrowings | | 3,568,819 | 4,022,325 |
| Total equity | ₩ | 45,941,455 | 44,329,447 |
| Net borrowings-to-equity ratio | | 7.77% | 9.07% |

## 5. Cash and Cash Equivalents

Cash and cash equivalents as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 97,907 | 5,495 |
| Other cash equivalents | | 234,498 | 115,034 |
| | ₩ | 332,405 | 120,529 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

---

### 6. Trade Accounts and Notes Receivable

Trade accounts and notes receivable as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,886,950 | 3,231,461 |
| Less: Allowance for doubtful accounts | | (19,236) | (15,252) |
| | ₩ | 3,867,714 | 3,216,209 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 18,586 | 21,671 |
| Less: Present value discount | | (5,107) | (7,364) |
| Less: Allowance for doubtful accounts | | (705) | (267) |
| | ₩ | 12,774 | 14,040 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩83,976 million and ₩31,370 million as of December 31, 2017 and 2016, respectively.   The fair value of trade accounts and notes receivable approximates the carrying amounts and trade accounts and notes receivable are included in short-term borrowings from financial institutions. (Note 16)

### 7. Other Receivables

Other receivables as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Other accounts receivable | ₩ | 199,724 | 231,535 |
| Others | | 22,476 | 20,235 |
| Less: Allowance for doubtful accounts | | (11,970) | (5,709) |
| | ₩ | 210,230 | 246,061 |
| **Non-current** | | | |
| Long-term loans | ₩ | 22,877 | 23,183 |
| Long-term other accounts receivable | | 44,616 | 61,728 |
| Others | | 2,896 | 2,758 |
| Less: Allowance for doubtful accounts | | (7,968) | - |
| | ₩ | 62,421 | 87,669 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

---

**8. Other Financial Assets**

(a) Other financial assets as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | 2016 |
|---|---|---:|---:|
| **Current** | | | |
| Available-for-sale securities (bonds) | ₩ | 2,305 | - |
| Short-term financial instruments(*1) | | 5,811,702 | 4,124,150 |
| Cash deposits(*2) | | 10,080 | 6,813 |
| | ₩ | 5,824,087 | 4,130,963 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | - | 80,959 |
| Available-for-sale securities (equity instruments) | | 1,384,784 | 2,058,240 |
| Available-for-sale securities (others) | | 8,500 | 6,338 |
| Cash deposits(*3) | | 32 | 33 |
| | ₩ | 1,393,316 | 2,145,570 |

(*1) Short-term financial instruments amounting to ₩1,384 million are levied in relation to pending litigations as of December 31, 2016.

(*2) Deposits amounting to ₩10,080 million and ₩6,813 million as of December 31, 2017 and 2016, respectively, are restricted in relation to government assigned project.

(*3) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(b) Available-for-sale equity securities as of December 31, 2017 and 2016 are as follows:

(in millions of Won)

| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of available-for-sale investments | Accumulated impairment loss | Book value | 2016 Book value |
|---|---|---|---|---|---|---|---|---|
| **Marketable equity securities** | | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation | 15,698,500 | 1.65 | W 473,962 | 430,748 | 82,751 | (125,965) | 430,748 | 644,257 |
| KB Financial group Inc. | 3,863,520 | 0.92 | 178,839 | 244,947 | 121,894 | (55,786) | 244,947 | 496,076 |
| Woori Bank | 20,280,000 | 3.00 | 244,447 | 319,410 | 74,963 | - | 319,410 | 267,787 |
| Hyundai Heavy Industries Co., Ltd.(*1) | - | - | - | - | - | - | - | 214,904 |
| DONGKUK STEEL MILL CO.,LTD | 1,786,827 | 1.87 | 10,471 | 19,655 | 9,184 | - | 19,655 | 19,744 |
| SAMWONSTEEL Co., Ltd. | 5,700,000 | 14.25 | 8,930 | 19,010 | 16,483 | (6,403) | 19,010 | 20,064 |
| DONGKUK INDUSTRIES COMPANY | 2,611,989 | 4.82 | 11,911 | 10,278 | (1,633) | - | 10,278 | 19,355 |
| Others (9 companies)(*2,3) | | | 80,981 | 52,240 | 16,290 | (45,031) | 52,240 | 74,526 |
| | | | 1,009,541 | 1,096,288 | 319,932 | (233,185) | 1,096,288 | 1,756,713 |
| **Non-marketable equity securities(*5)** | | | | | | | | |
| Congonhas Minerios S.A.(*3,4) | 3,658,394 | 2.02 | 221,535 | 145,394 | 11,176 | (87,317) | 145,394 | 190,884 |
| Poongsan Special Metal Corp. | 315,790 | 5.00 | 7,657 | 7,657 | - | - | 7,657 | 7,657 |
| HANKUM.CO.LTD | 21,000 | 4.99 | 4,599 | 4,599 | - | - | 4,599 | 4,599 |
| Core-Industry Co., Ltd. | 490,000 | 19.84 | 4,214 | 4,214 | - | - | 4,214 | 4,214 |
| AJUSTEEL CO.,LTD | 17,000 | 4.36 | 4,165 | 4,165 | - | - | 4,165 | 4,165 |
| Others (43 companies)(*2,3) | | | 280,532 | 122,467 | (9,191) | (148,874) | 122,467 | 90,008 |
| | | | 522,702 | 288,496 | 1,985 | (236,191) | 288,496 | 301,527 |
| | | | W 1,532,243 | 1,384,784 | 321,917 | (469,376) | 1,384,784 | 2,058,240 |

(*1)  Hyundai Heavy Industries Co., Ltd. has been split off into Hyundai Heavy Industries Co., Ltd.("the surviving Company"), Hyundai Robotics Co., Ltd., Hyundai Construction Equipment Co., Ltd., and Hyundai Electric & Energy Systems Co., Ltd. during the year ended December 31, 2017.   After the split-off, the Company sold each of its shares during the year ended December 31, 2017.

(*2)  The Company has recognized W994 million and W661 million of impairment losses on security of Steel Flower Co., Ltd., and Troika Natural Resources PEF respectively, due to additional decline in the fair value of the security during the year ended December 31, 2017.

(*3)  The Company has recognized W87,317 million, W3,920 million and W1,458 million of impairment losses on security of Congonhas Minerios S.A., Asian Clean Energy PEF and FINE BESTEEL Co., Ltd. respectively, due to prolonged or significant decline in the fair value of the security during the year ended December 31, 2017.

(*4)  Fair value is based on an analysis performed by an external professional evaluation agency.

(*5)  Non-marketable equity securities whose fair values cannot be reliably measured are recorded at cost.

41

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 9. Inventories

(a) Inventories as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Finished goods | ₩ | 927,413 | 696,192 |
| Semi-finished goods | | 1,255,713 | 1,092,864 |
| By-products | | 8,454 | 4,303 |
| Raw materials | | 917,241 | 814,993 |
| Fuel and materials | | 520,341 | 535,036 |
| Materials-in-transit | | 916,255 | 863,226 |
| Others | | 479 | 520 |
| | | 4,545,896 | 4,007,134 |
| Less: Allowance for inventories valuation | | (2,363) | (11,843) |
| | ₩ | 4,543,533 | 3,995,291 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | 11,843 | 15,254 |
| Loss on valuation of inventories | | 2,363 | 11,843 |
| Utilization on sale of inventories | | (11,843) | (15,254) |
| Ending | ₩ | 2,363 | 11,843 |

### 10. Assets Held for Sale

Assets held for sale as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Investments in subsidiaries(*1) | ₩ | 34,153 | - |
| Property, plant and equipment | | 392 | 764 |
| | ₩ | 34,545 | 764 |

(*1) During the year ended December 31, 2017, the Company determined to dispose part of the interest of POSCO Thainox Public Company Limited, subsidiary of the Company, and classified investments in subsidiaries amounting ₩56,234 million as assets held for sale.   The Company recognized ₩21,873 million of impairment loss from the difference between book value and net fair value of the interest, and finished disposal for part of it.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

## 11. Investments in Subsidiaries, Associates and Joint ventures

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Subsidiaries | ₩ | 12,129,758 | 12,043,125 |
| Associates | | 639,229 | 656,670 |
| Joint ventures | | 2,329,869 | 2,331,590 |
| | ₩ | 15,098,856 | 15,031,385 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

(b) Details of subsidiaries and carrying amounts as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | | 2017 | | | | 2016 |
|---|---|---|---|---|---|---|---|
| | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| POSCO DAEWOO Corporation(*1) | Korea | Trading | 77,606,130 | 62.90 | ₩ 2,775,626 | 3,610,164 | 3,610,164 | 3,371,481 |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | Korea | Engineering and construction | 22,073,568 | 52.80 | 2,651,454 | 1,014,314 | 1,014,314 | 1,014,314 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | 40,234,508 | 89.02 | 1,695,863 | 658,176 | 658,176 | 658,176 |
| POSCO Processing&Service(*1) | Korea | Steel sales and trading | 12,568,393 | 93.95 | 519,662 | 385,995 | 385,995 | 624,678 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | 3,412,000 | 56.87 | 220,618 | 108,421 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | 19,700,000 | 95.00 | 117,245 | 103,780 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory manufacturing and sales | 35,442,000 | 60.00 | 643,206 | 100,535 | 100,535 | 100,535 |
| POSCO ES MATERIALS CO.,LTD | Korea | Secondary battery active material manufacturing and sales | 3,052,330 | 75.32 | 71,764 | 83,309 | 83,309 | 83,000 |
| POSMATE | Korea | Business facility maintenance | 902,946 | 83.83 | 122,374 | 73,374 | 73,374 | 73,374 |
| POSCO ICT | Korea | Computer hardware and software distribution | 99,403,282 | 65.38 | 398,645 | 70,990 | 70,990 | 70,990 |
| POSCO M-TECH(*2,3) | Korea | Packing materials manufacturing and sales | 20,342,460 | 48.85 | 82,675 | 107,278 | 50,857 | 53,651 |
| POSCO Family Strategy Fund(*3) | Korea | Investment in venture companies | 460 | 69.91 | 46,519 | 45,273 | 32,457 | 45,273 |
| Busan E&E Co., Ltd.(*4) | Korea | Municipal solid waste fuel and power generation | 6,029,660 | 70.00 | 44,874 | 30,148 | 30,148 | 30,148 |
| Others (11 companies)(*3) | Korea | | | | 473,717 | 262,755 | 215,155 | 159,755 |
| | | | | | 9,864,242 | 6,654,512 | 6,537,675 | 6,497,576 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 70,536 | 813,431 | 813,431 | 813,431 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | 612,870,646 | 100.00 | 418,924 | 631,625 | 631,625 | 626,996 |
| POSCO Maharashtra Steel Private Limited(*5) | India | Steel manufacturing and sales | 361,789,958 | 100.00 | 424,199 | 722,569 | 722,569 | 665,450 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | 761,775 | 100.00 | 506,238 | 330,623 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | | 58.60 | 557,208 | 283,845 | 283,845 | 283,845 |
| POSCO Thainox Public Company Limited(*6) | Thailand | Stainless steel manufacturing and sales | 6,616,916,519 | 84.88 | 298,136 | 444,506 | 416,612 | 246,986 |
| POSCO SS VINA Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 19,318 | 241,426 | 241,426 | 241,426 |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 163,845 | 240,430 | 240,430 | 240,430 |
| POSCO-India Private Limited(*3) | India | Steel manufacturing and sales | 764,999,999 | 99.99 | 78,211 | 184,915 | 75,567 | 184,915 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing and sales | 2,686,745,272 | 84.84 | 208,885 | 180,072 | 180,072 | 180,072 |
| POSCO America Corporation | USA | Steel trading | 437,941 | 99.45 | 73,521 | 192,156 | 192,156 | 192,156 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 32,067 | 160,572 | 160,572 | 160,572 |
| POSCO VST CO., LTD. | China | Stainless steel manufacturing and sales | - | 95.65 | 27,712 | 144,573 | 144,573 | 144,573 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 83.64 | 97,574 | 130,751 | 130,751 | 130,751 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | Thailand | Plate steel manufacturing and sales | 36,000,000 | 100.00 | 91,207 | 121,592 | 121,592 | 121,592 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel and raw material trading | 9,360,000 | 100.00 | 175,120 | 117,710 | 117,710 | 117,710 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | 144,579,160 | 60.00 | (51,781) | 92,800 | 92,800 | 92,800 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | 90,438 | 100.00 | 123,993 | 68,436 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 70.00 | 92,508 | 65,982 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 136,261 | 62,494 | 62,494 | 62,494 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Mine development | 1,390 | 100.00 | 40,957 | 50,297 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | (9,373) | 45,479 | 45,479 | 45,479 |
| POSCO(Guangdong) Coated Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 87.04 | 37,604 | 31,299 | 31,299 | 31,299 |
| POSCO Electrical Steel India Private Limited(*5) | India | Electrical steel processing and sales | - | - | - | - | - | 57,119 |
| Others (27 companies) | | | | | 607,602 | 412,872 | 371,742 | 390,215 |
| | | | | | 4,220,472 | 5,770,355 | 5,592,083 | 5,545,549 |
| | | | | | ₩ 14,084,714 | 12,424,867 | 12,129,758 | 12,043,125 |

43

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(*1) During the year ended December 31, 2017, POSCO Processing&Service spun-off its Steel distribution business and other businesses and the businesses were merged with POSCO DAEWOO Corporation.

(*2) POSCO M-TECH was classified as an investment in a subsidiary as the Company has more than half of the voting rights by virtue of an agreement with Pohang University of Science and Technology, which has 4.72% of ownership in POSCO M-TECH.

(*3) During the year ended December 31, 2017, the Company conducted the impairment test on securities of POSCO M-TECH, POSCO Family Strategy Fund, Suncheon Eco Trans Co., Ltd and POSCO-India Private Limited due to signs of impairment such as continuous business loss.  As a result of the impairment test, the Company has recognized ₩2,793 million, ₩12,816 million, ₩47,600 million and ₩109,248 million of impairment losses on its securities due to its carrying amount that significantly exceeded its recoverable amount.

(*4) As of December 31, 2017 and 2016, the investment in a subsidiary amounting to ₩30,148 million was provided as collateral in relation to the loan agreements of Busan E&E Co,. Ltd.

(*5) During the year ended December 31, 2017, POSCO Maharashtra Steel Private Limited merged with POSCO Electrical Steel India Private Limited.

(*6) As of December 31, 2017, the fair value of POSCO Thainox Public Company Limited was increased significantly and the recoverable amount is estimated since there is an objective evidence of a decrease in impairment loss recognized in prior periods. Recoverable amount was determined based on fair value less cost to sell, which was calculated by the stock price as of March 31, 2017.  As a result, the Company recognized ₩225,860 million as gain on reversal of impairment loss.   Meanwhile, the Company classified part of the interest of POSCO Thainox Public Company Limited as assets held for sale. (Note 10)

(c) Details of associates and carrying amounts as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | | 2017 | | | | 2016 |
|---|---|---|---|---|---|---|---|
| | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| EOP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,316,307,504 | 29.50 | ₩ 561,832 | 169,316 | 169,316 | 169,316 |
| SNNC | Korea | STS material manufacturing and sales | 18,130,000 | 49.00 | 246,456 | 100,655 | 100,655 | 100,655 |
| Others (6 companies) | | | | | (23,077) | 540,468 | 19,052 | 23,771 |
| | | | | | 785,211 | 810,439 | 289,023 | 293,742 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and sales | 3,234,698 | 49.00 | 141,013 | 189,197 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*1) | Canada | Mine investment | 114,452,000 | 10.40 | 1,182,367 | 124,341 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 51,715 | 11,003 | 11,003 | 11,003 |
| Others (4 companies) | | | | | 36,819 | 25,547 | 25,665 | 38,387 |
| | | | | | 1,411,914 | 350,088 | 350,206 | 362,928 |
| | | | | | ₩ 2,197,125 | 1,160,527 | 639,229 | 656,670 |

(*1) As of December 31, 2017, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

44

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(d) Details of joint ventures and carrying amounts as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Country | Principal operations | 2017 Number of shares | 2017 Ownership (%) | 2017 Net asset value | 2017 Acquisition cost | 2017 Book value | 2016 Book value |
|---|---|---|---|---|---|---|---|---|
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 3,547,516 | 1,225,464 | 1,225,464 | 1,225,464 |
| CSP - Compania Siderurgica do Pecem | Brazil | Steel manufacturing and sales | 1,108,696,532 | 20.00 | 581,961 | 558,821 | 573,830 | 575,551 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 697,470 | 364,609 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Steel materials manufacturing and sales | 2,010,719,185 | 50.00 | 216,970 | 98,962 | 98,962 | 98,962 |
| Others (3 companies) | | | | | 259,691 | 67,004 | 67,004 | 67,004 |
| | | | | | ₩ 5,303,608 | 2,314,860 | 2,329,869 | 2,331,590 |

(*1) As of December 31, 2017 and 2016, the investment in joint ventures amounting to ₩1,225,464 million was provided as collateral in relation to loan from project financing of Roy Hill Holdings Pty Ltd.

## 12. Investment Property, Net

(a) Investment property as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 Acquisition cost | 2017 Accumulated depreciation | 2017 Book value | 2016 Acquisition cost | 2016 Accumulated depreciation | 2016 Book value |
|---|---|---|---|---|---|---|---|
| Land | ₩ | 38,035 | - | 38,035 | 34,213 | - | 34,213 |
| Buildings | | 133,473 | (83,680) | 49,793 | 121,248 | (74,811) | 46,437 |
| Structures | | 21,691 | (12,212) | 9,479 | 17,169 | (11,523) | 5,646 |
| | ₩ | 193,199 | (95,892) | 97,307 | 172,630 | (86,334) | 86,296 |

The fair value of investment property as of December 31, 2017 is ₩416,051 million.

(b) Changes in the carrying amount of investment property for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 34,213 | - | 3,822 | 38,035 |
| Buildings | | 46,437 | (3,308) | 6,664 | 49,793 |
| Structures | | 5,646 | (585) | 4,418 | 9,479 |
| | ₩ | 86,296 | (3,893) | 14,904 | 97,307 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

2) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 35,557 | - | (1,344) | 34,213 |
| Buildings | | 47,399 | (2,961) | 1,999 | 46,437 |
| Structures | | 3,796 | (283) | 2,133 | 5,646 |
| | ₩ | 86,752 | (3,244) | 2,788 | 86,296 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

## 13. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | | | | 2016 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land | ₩ | 1,474,993 | - | - | - | 1,474,993 | 1,472,419 | - | - | - | 1,472,419 |
| Buildings | | 6,030,099 | (3,685,001) | (10,699) | - | 2,334,399 | 5,945,593 | (3,483,883) | (10,701) | - | 2,451,009 |
| Structures | | 4,880,792 | (2,519,411) | (9,373) | - | 2,352,008 | 4,827,063 | (2,352,796) | (9,876) | - | 2,464,391 |
| Machinery and equipment | | 37,370,140 | (23,803,414) | (129,388) | - | 13,437,338 | 36,804,654 | (23,092,275) | (135,237) | - | 13,577,042 |
| Vehicles | | 203,522 | (196,475) | - | - | 7,047 | 204,641 | (193,325) | - | - | 11,316 |
| Tools | | 192,138 | (171,023) | - | - | 21,115 | 196,197 | (171,963) | - | - | 24,234 |
| Furniture and fixtures | | 251,722 | (220,328) | (344) | - | 31,050 | 263,487 | (229,249) | (348) | - | 33,890 |
| Finance lease assets | | 88,046 | (15,941) | - | - | 72,105 | 88,046 | (10,198) | - | - | 77,848 |
| Construction-in-progress | | 1,836,350 | - | - | (5,135) | 1,831,215 | 2,151,250 | - | - | (5,000) | 2,146,250 |
| | ₩ | 52,327,802 | (30,611,593) | (149,804) | (5,135) | 21,561,270 | 51,952,250 | (29,533,679) | (156,162) | (5,000) | 22,257,409 |

(b) Changes in the carrying amount of property, plant and equipment for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,472,419 | - | (4,970) | - | - | 7,544 | 1,474,993 |
| Buildings | | 2,451,009 | 2,324 | (4,129) | (217,381) | - | 102,576 | 2,334,399 |
| Structures | | 2,464,391 | 5,712 | (1,876) | (188,449) | (29) | 72,259 | 2,352,008 |
| Machinery and equipment | | 13,577,042 | 71,692 | (77,575) | (1,649,668) | (17,619) | 1,533,466 | 13,437,338 |
| Vehicles | | 11,316 | 521 | - | (7,117) | - | 2,327 | 7,047 |
| Tools | | 23,244 | 3,891 | (8) | (11,289) | (3) | 5,280 | 21,115 |
| Furniture and fixtures | | 33,890 | 3,793 | (29) | (9,063) | - | 2,459 | 31,050 |
| Finance lease assets | | 77,848 | - | - | (5,743) | - | - | 72,105 |
| Construction-in-progress | | 2,146,250 | 1,513,388 | - | - | - | (1,828,423) | 1,831,215 |
| | ₩ | 22,257,409 | 1,601,321 | (88,587) | (2,088,710) | (17,651) | (102,512) | 21,561,270 |

(*1) The Company has recognized impairment losses since recoverable amount on Fe powder factory and ULPC facilities were less than their carrying amount for the year ended December 31, 2017.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred from investment properties, and others.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

2) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Acquisitions | Business combination | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,412,715 | 52 | 10,273 | (248) | - | - | 49,627 | 1,472,419 |
| Buildings | | 2,566,168 | 2,100 | 70,641 | (2,074) | (230,235) | (351) | 44,760 | 2,451,009 |
| Structures | | 2,519,866 | 3,346 | 8,630 | (1,746) | (189,333) | (916) | 124,544 | 2,464,391 |
| Machinery and equipment | | 14,014,079 | 76,671 | 146,466 | (22,768) | (1,607,171) | (57,110) | 1,026,875 | 13,577,042 |
| Vehicles | | 11,623 | 1,984 | 39 | (11) | (7,545) | - | 5,226 | 11,316 |
| Tools | | 23,720 | 3,329 | 289 | (94) | (10,517) | - | 6,517 | 23,244 |
| Furniture and fixtures | | 31,820 | 4,675 | 237 | (32) | (8,897) | (11) | 6,098 | 33,890 |
| Finance lease assets | | 5,733 | 76,581 | - | - | (4,466) | - | - | 77,848 |
| Construction-in-progress | | 928,426 | 1,503,749 | 1,025,516 | - | - | - | (1,311,441) | 2,146,250 |
| | ₩ | 21,514,150 | 1,672,487 | 1,262,091 | (26,973) | (2,058,164) | (58,388) | (47,794) | 22,257,409 |

(*1) The Company has recognized an impairment loss since recoverable amounts on production facilities of automotive steel, electric furnace of high mill (2nd) and FINEX 1 plant are less than their carrying amounts for the year ended December 31, 2016.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred to investment property, assets transferred from asset held-for-sale and others.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 740,490 | 719,017 |
| Borrowing costs capitalized | | 24,706 | 27,489 |
| Capitalization rate | | 3.34% | 3.82% |

## 14. Intangible Assets, Net

(a) Intangible assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | | | 2016 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 40,995 | (16,818) | - | 24,177 | 35,640 | (12,969) | - | 22,671 |
| Membership | | 51,276 | - | (2,999) | 48,277 | 51,511 | - | (2,999) | 48,512 |
| Development expense | | 348,326 | (273,521) | - | 74,805 | 316,381 | (213,596) | - | 102,785 |
| Port facilities usage rights | | 706,480 | (396,441) | - | 310,039 | 633,799 | (376,451) | - | 257,348 |
| Construction-in-progress | | 55,292 | - | - | 55,292 | 52,925 | - | - | 52,925 |
| Other intangible assets | | 285,010 | (257,704) | (11,822) | 15,484 | 285,061 | (260,412) | - | 24,649 |
| | ₩ | 1,487,379 | (944,484) | (14,821) | 528,074 | 1,375,317 | (863,428) | (2,999) | 508,890 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Changes in the carrying amount of intangible assets for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 22,671 | - | (447) | (4,339) | - | 6,292 | 24,177 |
| Membership(*1) | 48,512 | - | (235) | - | - | - | 48,277 |
| Development expense | 102,785 | 2,021 | - | (61,037) | - | 31,036 | 74,805 |
| Port facilities usage rights | 257,348 | - | - | (19,990) | - | 72,681 | 310,039 |
| Construction-in-progress | 52,925 | 62,200 | - | - | - | (59,833) | 55,292 |
| Other intangible assets | 24,649 | 1,573 | (2) | (6,237) | (11,822) | 7,323 | 15,484 |
| | ₩ 508,890 | 65,794 | (684) | (91,603) | (11,822) | 57,499 | 528,074 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

2) For the year ended December 31, 2016

| (in millions of Won) | Beginning | Acquisitions | Business combination | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 19,997 | - | - | (752) | (3,609) | - | 7,035 | 22,671 |
| Membership(*1) | 52,058 | - | - | (2,170) | - | 294 | (1,670) | 48,512 |
| Development expense | 98,038 | 2,793 | 23,033 | (60) | (54,523) | - | 33,504 | 102,785 |
| Port facilities usage rights | 265,575 | - | - | - | (15,260) | - | 7,033 | 257,348 |
| Construction-in-progress | 31,951 | 32,627 | 6,390 | - | - | - | (18,043) | 52,925 |
| Other intangible assets | 23,143 | 3,337 | 235 | (488) | (6,263) | - | 4,685 | 24,649 |
| | ₩ 490,762 | 38,757 | 29,658 | (3,470) | (79,655) | 294 | 32,544 | 508,890 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some membership since the recoverable amounts were less than carrying amounts.   Also, the Company reversed the accumulated impairment loss up to the carrying amount before recognition of any impairment loss since recoverable amounts of some memberships exceeded the carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

## 15. Other Assets

Other current assets and other long-term assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Current** | | | |
| Advance payments | ₩ | 7,156 | 6,692 |
| Prepaid expenses | | 20,751 | 16,167 |
| | ₩ | 27,907 | 22,859 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 5,395 | 5,654 |
| Others(*1) | | 92,424 | 104,543 |
| | ₩ | 97,819 | 110,197 |

(*1) As of December 31, 2017 and 2016, the Company recognized tax assets amounting to ₩88,633 million and ₩100,693 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits and claim for rectification are finalized.

## 16. Borrowings

(a) Borrowings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Short-term borrowings** | | | |
| Short-term borrowings | ₩ | 383,976 | 331,370 |
| Current portion of long-term borrowings | | 2,715 | 33,470 |
| Current portion of debentures | | 849,644 | - |
| Less: Current portion of discount on debentures issued | | (628) | - |
| | ₩ | 1,235,707 | 364,840 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 1,468 | 28,997 |
| Debentures | | 2,672,327 | 3,762,146 |
| Less: Discount on debentures issued | | (8,278) | (13,129) |
| | ₩ | 2,665,517 | 3,778,014 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b)  Short-term borrowings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Short-term borrowings | Korea Development Bank | 2017.12.11 | 2018.05.11 | 2.14 | | 300,000 | 300,000 |
| Transfers of account receivables that do not qualify for derecognition | - | - | - | - | | 83,976 | 31,370 |
| | | | | | ₩ | 383,976 | 331,370 |

(c) Current portion of long-term borrowings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2010.06.10~ 2011.04.28 | 2018.03.15~ 2019.03.15 | 1.75 | ₩ | 2,715 | 12,471 |
| Foreign borrowings | - | - | - | - | | - | 20,999 |
| Debentures | Domestic debentures 304-1 and other | 2011.11.28~ 2013.10.04 | 2018.10.04~ 2018.11.28 | 3.35~4.05 | | 469,736 | - |
| Foreign debentures | Samurai Bond 13 | 2013.12.11 | 2018.12.10 | 1.35 | | 379,280 | - |
| | | | | | ₩ | 851,731 | 33,470 |

(d) Long-term borrowings excluding current portion, as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2011.04.28 | 2019.03.15 | 1.75 | ₩ | 375 | 24,051 |
| Foreign borrowings | KOREA ENERGY AGENCY | 2007.12.27~ 2008.12.29 | 2022.12.29 | Government bond 3 year | | 1,093 | 4,946 |
| Debentures | Domestic debentures 304-2 and others | 2011.11.28~ 2016.05.03 | 2019.03.15~ 2023.10.04 | 1.76 ~ 4.12 | | 1,028,258 | 1,497,022 |
| Foreign debentures | Japan Yen private bond and others | 2010.10.28~ 2011.12.22 | 2020.10.28~ 2021.12.22 | 2.70~5.25 | | 1,635,791 | 2,251,995 |
| | | | | | ₩ | 2,665,517 | 3,778,014 |

50

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 17. Other Payables

Other payables as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 460,427 | 486,294 |
| Accrued expenses | | 379,797 | 361,258 |
| Dividend payable | | 4,671 | 4,793 |
| Finance lease liabilities | | 6,003 | 5,905 |
| Withholdings | | 11,637 | 7,824 |
| | ₩ | 862,535 | 866,074 |
| **Non-current** | | | |
| Long-term accounts payable | ₩ | - | 1,119 |
| Long-term accrued expenses | | 9,625 | 36,707 |
| Finance lease liabilities | | 65,500 | 71,657 |
| Long-term withholdings | | 3,356 | 7,827 |
| | ₩ | 78,481 | 117,310 |

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Derivative liabilities | ₩ | 9,632 | - |
| Financial guarantee liabilities | | 13,532 | 16,508 |
| | ₩ | 23,164 | 16,508 |
| **Non-current** | | | |
| Derivative liabilities | ₩ | 74,834 | - |
| Financial guarantee liabilities | | 54,342 | 72,742 |
| | ₩ | 129,176 | 72,742 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 19. Provisions

(a) Provisions as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1) | ₩ | 5,893 | - | 3,985 | - |
| Provision for restoration(*2) | | 12,273 | 17,198 | 10,169 | 27,009 |
| Provision for litigation(*3) | | - | 2,052 | - | 2,497 |
| | ₩ | 18,166 | 19,250 | 14,154 | 29,506 |

(*1)  Represents the provision for bonuses limited to 100% of annual salaries for executives.

(*2)  Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province and others, the Company recognized present values of estimated costs for recovery as provisions for restoration as of December 31, 2017. In order to determine the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied discount rates of 2.73% to assess present value of these costs.

(*3)  The Company has recognized provisions for certain litigations for the year ended December 31, 2017.

(b) Changes in provisions for the years ended December 31, 2017 and 2016 were as follows:

1)  For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 3,985 | 22,300 | - | (20,392) | 5,893 |
| Provision for restoration | | 37,178 | 822 | - | (8,529) | 29,471 |
| Provision for litigation | | 2,497 | - | (419) | (26) | 2,052 |
| | ₩ | 43,660 | 23,122 | (419) | (28,947) | 37,416 |

2)  For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 7,271 | 8,365 | - | (11,651) | 3,985 |
| Provision for restoration | | 37,112 | 25,909 | (12,475) | (13,368) | 37,178 |
| Provision for litigation | | 411 | 2,086 | - | - | 2,497 |
| | ₩ | 44,794 | 36,360 | (12,475) | (25,019) | 43,660 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
### As of December 31, 2017

---

**20. Employee Benefits**

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 26,227 | 22,039 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities (assets) in the statements of financial position as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,108,876 | 1,065,255 |
| Fair value of plan assets | | (1,108,833) | (1,146,876) |
| Net defined benefit liabilities (assets) | ₩ | 43 | (81,621) |

2) Changes in present value of defined benefit obligations for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,065,255 | 1,023,071 |
| Current service costs | | 115,113 | 113,209 |
| Interest costs | | 19,468 | 24,136 |
| Remeasurement : | | 25,425 | (3,816) |
| - Gain from change in financial assumptions | | (53,949) | (49,519) |
| - Loss (gain) from change in demographic assumptions | | 19,428 | (2,574) |
| - Loss from change in others | | 59,946 | 48,277 |
| Business combination | | - | 1,133 |
| Benefits paid | | (116,385) | (92,478) |
| Defined benefit obligation at the end of period | ₩ | 1,108,876 | 1,065,255 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

3) Changes in the fair value of plan assets for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 1,146,876 | 1,012,599 |
| Interest on plan assets | | 31,697 | 26,259 |
| Remeasurement of plan assets | | (11,643) | (4,829) |
| Contributions to plan assets | | 49,963 | 198,439 |
| Business combination | | - | 244 |
| Benefits paid | | (108,060) | (85,836) |
| Fair value of plan assets at the end of period | ₩ | 1,108,833 | 1,146,876 |

The Company expects to make an estimated contribution of ₩50,000 million to the defined benefit plan assets in 2018.

4) The fair value of plan assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Debt instruments | ₩ | 352,413 | 289,511 |
| Deposits | | 747,590 | 857,339 |
| Others | | 8,830 | 26 |
| | ₩ | 1,108,833 | 1,146,876 |

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Current service costs | ₩ | 115,113 | 113,209 |
| Net interest costs(*1) | | (12,229) | (2,123) |
| | ₩ | 102,884 | 111,086 |

(*1) The actual return on plan assets amounted to ₩20,054 million and ₩21,430 million for the years ended December 31, 2017 and 2016, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Cost of sales | ₩ | 74,040 | 86,870 |
| Selling and administrative expenses | | 27,974 | 23,295 |
| Others | | 870 | 921 |
| | ₩ | 102,884 | 111,086 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | (162,784) | (162,016) |
| Remeasurements of defined benefit plans | | (37,068) | (1,013) |
| Tax effects | | 17,281 | 245 |
| Ending | ₩ | (182,571) | (162,784) |

7) The principal actuarial assumptions as of December 31, 2017 and 2016 are as follows:

| | 2017 | 2016 |
|---|---|---|
| Discount rate | 3.10% | 2.76% |
| Expected future increases in salaries(*1) | 1.50% | 1.50% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past three years.

All assumptions are reviewed at the end of the reporting period.  Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding the other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (74,551) | (6.7) | 84,963 | 7.7 |
| Expected future increases in salaries | | 83,512 | 7.5 | (74,790) | (6.7) |

9) As of December 31, 2017 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 39,884 | 356,028 | 559,793 | 282,920 | 148,887 | 1,387,512 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining period of service of employees.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

## 21. Other Liabilities

Other liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 27,358 | 6,251 |
| Withholdings | | 25,556 | 29,580 |
| Unearned revenue | | 1,487 | 1,388 |
| | ₩ | 54,401 | 37,219 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 14,292 | 15,516 |

## 22. Financial Instruments

(a) Classification of financial instruments

1) Financial assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Financial assets at fair value through profit or loss | | | |
| Derivatives assets held for trading | ₩ | - | 80,959 |
| Available-for-sale financial assets | | 1,395,589 | 2,064,578 |
| Loans and receivables | | 10,197,020 | 7,706,575 |
| | ₩ | 11,592,609 | 9,852,112 |

2) Financial liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Financial liabilities at fair value through profit or loss | | | |
| Derivatives liabilities held for trading | ₩ | 84,466 | - |
| Financial liabilities measured at amortized cost | | | |
| Trade accounts and notes payable | | 1,025,027 | 1,082,927 |
| Borrowings | | 3,901,224 | 4,142,854 |
| Financial guarantee liabilities(*1) | | 67,874 | 89,250 |
| Others | | 932,405 | 976,574 |
| | ₩ | 6,010,996 | 6,291,605 |

56

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(*1) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2017. The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | | Guarantee limit | | Guarantee amount | |
|---|---|---|---|---|---|---|
| | | | Foreign currency | Won equivalent | Foreign currency | Won equivalent |
| Zhangjiagang Pohang | BTMU | CNY | 260,500,000 | 42,631 | 234,450,000 | 38,368 |
| Stainless Steel Co., Ltd. | Credit Agricole | CNY | 305,000,000 | 49,913 | 274,500,000 | 44,922 |
| | SMBC | CNY | 195,000,000 | 31,912 | 175,500,000 | 28,721 |
| POSCO Maharashtra | Export-Import Bank of Korea | USD | 193,000,000 | 206,780 | 92,600,000 | 99,212 |
| Steel Private Limited | HSBC | USD | 110,000,000 | 117,854 | 46,000,000 | 49,284 |
| | DBS | USD | 100,000,000 | 107,140 | 50,000,000 | 53,570 |
| | SCB | USD | 106,853,000 | 114,482 | 58,318,500 | 62,482 |
| | Citi | USD | 60,000,000 | 64,284 | 21,000,000 | 22,499 |
| | ING | USD | 80,000,000 | 85,712 | 56,000,000 | 59,998 |
| POSCO ASSAN TST | SMBC | USD | 62,527,500 | 66,992 | 56,274,750 | 60,293 |
| STEEL INDUSTRY | ING | USD | 60,000,000 | 64,284 | 54,000,000 | 57,856 |
| | BNP | USD | 24,000,000 | 25,714 | 21,600,000 | 23,142 |
| POSCO Asia Co., Ltd. | BOC | USD | 50,000,000 | 53,570 | 50,000,000 | 53,570 |
| POSCO MEXICO S.A. DE C.V | BOA | USD | 30,000,000 | 32,142 | 30,000,000 | 32,142 |
| | BTMU | USD | 30,000,000 | 32,142 | 30,000,000 | 32,142 |
| | CITI BANAMEX | USD | 40,000,000 | 42,856 | 40,000,000 | 42,856 |
| | ING | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | SMBC | USD | 40,000,000 | 42,856 | 40,000,000 | 42,856 |
| POSCO SS VINA Co., Ltd. | Export-Import Bank of Korea | USD | 249,951,050 | 267,798 | 221,975,545 | 237,825 |
| | BOA | USD | 40,000,000 | 42,856 | 35,488,000 | 38,022 |
| | BTMU | USD | 40,000,000 | 42,856 | 35,488,000 | 38,022 |
| | DBS | USD | 24,400,000 | 26,142 | 21,647,680 | 23,193 |
| POSCO-VIETNAM Co., Ltd. | Export-Import Bank of Korea | USD | 196,000,000 | 209,994 | 196,000,000 | 209,994 |
| POSCO VST CO., LTD. | ANZ | USD | 25,000,000 | 26,785 | 3,125,000 | 3,348 |
| | HSBC | USD | 20,000,000 | 21,428 | 2,500,000 | 2,679 |
| | MIZUHO | USD | 20,000,000 | 21,428 | 2,500,000 | 2,679 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD | 567,000,000 | 607,484 | 500,314,957 | 536,037 |
| | SMBC | USD | 140,000,000 | 149,996 | 123,722,261 | 132,556 |
| | BTMU | USD | 119,000,000 | 127,497 | 103,478,261 | 110,867 |
| | SCB | USD | 107,800,000 | 115,497 | 95,722,261 | 102,557 |
| | MIZUHO | USD | 105,000,000 | 112,497 | 91,304,348 | 97,823 |
| | Credit Suisse AG | USD | 91,000,000 | 97,497 | 79,130,435 | 84,780 |
| | HSBC | USD | 91,000,000 | 97,497 | 79,130,435 | 84,780 |
| | ANZ | USD | 73,500,000 | 78,748 | 65,896,174 | 70,601 |
| | BOA | USD | 35,000,000 | 37,499 | 30,434,783 | 32,608 |
| | The Tokyo Star Bank, Ltd | USD | 21,000,000 | 22,499 | 18,260,870 | 19,565 |
| POSCO COATED STEEL | | | | | | |
| (THAILAND) CO., LTD. | The Great & Co. | THB | 5,501,000,000 | 180,268 | 5,501,000,000 | 180,268 |
| LLP POSUK Titanium | SMBC | USD | 15,000,000 | 16,071 | 15,000,000 | 16,071 |
| CSP - Compania | Export-Import Bank of Korea | USD | 182,000,000 | 194,995 | 182,000,000 | 194,995 |
| Siderurgica do Pecem | Santander | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | BNP | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | MIZUHO | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | Credit Agricole | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | SOCIETE GENERALE | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | KfW | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | BBVA Seoul | USD | 17,600,000 | 18,857 | 17,600,000 | 18,857 |
| | ING | USD | 17,600,000 | 18,857 | 17,600,000 | 18,857 |
| | BNDES | BRL | 464,060,000 | 150,100 | 464,060,000 | 150,100 |
| Nickel Mining Company SAS | SMBC | EUR | 46,000,000 | 58,846 | 37,000,000 | 47,332 |
| | | USD | 3,407,031,550 | 3,650,295 | 2,806,912,260 | 3,007,327 |
| | | CNY | 760,500,000 | 124,456 | 684,450,000 | 112,011 |
| | | EUR | 46,000,000 | 58,846 | 37,000,000 | 47,332 |
| | | THB | 5,501,000,000 | 180,268 | 5,501,000,000 | 180,268 |
| | | BRL | 464,060,000 | 150,100 | 464,060,000 | 150,100 |

57

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

3) Finance income and costs by category of financial instrument for the years ended December 31, 2017 and 2016 were as follows:

① For the year ended December 31, 2017

| (in millions of Won) | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| Financial assets at fair value through profit or loss | ₩ - | - | - | - | - | (80,959) | (80,959) | - |
| Available-for-sale financial assets | 55 | 35,223 | - | 421,559 | (94,350) | - | 362,487 | (50,850) |
| Loans and receivables | 94,083 | - | (158,090) | - | - | (2,745) | (66,752) | - |
| Financial liabilities at fair value through profit or loss | - | - | - | - | - | (84,466) | (84,466) | - |
| Financial liabilities at amortized cost | (116,558) | - | 330,525 | - | - | 9,524 | 223,491 | - |
| | ₩ (22,420) | 35,223 | 172,435 | 421,559 | (94,350) | (158,646) | 353,801 | (50,850) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩122,684 million for the year ended December 31, 2017.

② For the year ended December 31, 2016

| (in millions of Won) | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| Financial assets at fair value through profit or loss | ₩ - | - | - | (16,917) | - | (9,923) | (26,840) | - |
| Available-for-sale financial assets | 239 | 27,008 | - | 130,183 | (222,725) | - | (65,295) | 314,258 |
| Loans and receivables | 89,624 | - | 20,749 | - | - | (740) | 109,633 | - |
| Financial liabilities at fair value through profit or loss | - | - | - | - | - | 8,118 | 8,118 | - |
| Financial liabilities at amortized cost | (154,864) | - | (123,220) | - | - | 8,994 | (269,090) | - |
| | ₩ (65,001) | 27,008 | (102,471) | 113,266 | (222,725) | 6,449 | (243,474) | 314,258 |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩117,443 million for the year ended December 31, 2016.

58

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Credit risk

  1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk.   The maximum exposure to credit risk as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 332,405 | 120,529 |
| Financial assets at fair value through profit or loss | | - | 80,959 |
| Available-for-sale financial assets | | 10,805 | 6,338 |
| Loans and other receivables | | 5,984,127 | 4,355,797 |
| Trade accounts and notes receivable | | 3,867,714 | 3,216,209 |
| Long-term trade accounts and notes receivable | | 12,774 | 14,040 |
| | ₩ | 10,207,825 | 7,793,872 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.   As of December 31, 2017 and 2016, the maximum exposure to credit risk caused by financial guarantee amounted to ₩3,497,038 million and ₩4,308,272 million, respectively.

2) Impairment losses on financial assets

  ① Allowance for doubtful accounts as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Trade accounts and notes receivable | ₩ | 19,941 | 15,519 |
| Other accounts receivable | | 11,970 | 5,709 |
| Loans | | 7,968 | - |
| | ₩ | 39,879 | 21,228 |

  ② Impairment losses on financial assets for the years ended December 31, 2017 and 2016 were as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Bad debt expenses | ₩ | 18,133 | 54,130 |
| Impairment loss on available-for-sale securities | | 94,350 | 222,725 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

③ The aging and impairment losses of trade accounts and notes receivable as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Impairment | Trade accounts and notes receivable | Impairment |
| Not due | ₩ | 3,809,914 | 705 | 3,193,023 | 229 |
| Over due less than 1 month | | 47,566 | 1,193 | 17,940 | 261 |
| 1 month - 3 months | | 4,525 | 160 | 2,451 | 255 |
| 3 months - 12 months | | 14,630 | 911 | 4,909 | 388 |
| Over 12 months | | 23,794 | 16,972 | 27,445 | 14,386 |
| | ₩ | 3,900,429 | 19,941 | 3,245,768 | 15,519 |

④ The aging and impairment losses of loans and other account receivable as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Loans and other account receivable | Impairment | Loans and other account receivable | Impairment |
| Not due | ₩ | 121,311 | 8,057 | 170,618 | 90 |
| Over due less than 1 month | | 8,495 | - | 6,747 | - |
| 1 month - 3 months | | 90 | - | 23,725 | - |
| 3 months - 12 months | | 479 | 45 | 770 | - |
| Over 12 months | | 26,505 | 11,836 | 5,658 | 5,619 |
| | ₩ | 156,880 | 19,938 | 207,518 | 5,709 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2017 and 2016 were as follows:

| *(in millions of Won)* | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | 21,228 | 11,564 |
| Bad debt expenses | | 18,133 | 54,130 |
| Others | | 518 | (44,466) |
| Ending | ₩ | 39,879 | 21,228 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | | Book value | Contractual cash flow | Within 3 months | 3 months - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|---|
| Trade accounts and notes payable | ₩ | 1,025,027 | 1,025,027 | 1,025,027 | - | - | - | - |
| Borrowings | | 3,901,224 | 4,290,677 | 97,166 | 354,526 | 913,271 | 2,718,434 | 207,280 |
| Financial guarantee liabilities(*1) | | 67,874 | 3,497,038 | 3,497,038 | - | - | - | - |
| Other financial liabilities | | 1,016,871 | 1,025,382 | 838,528 | 2,244 | 25,757 | 158,853 | - |
| | ₩ | 6,010,996 | 9,838,124 | 5,457,759 | 356,770 | 939,028 | 2,877,287 | 207,280 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 892,188 | 1,892,720 | 876,981 | 2,310,417 |
| JPY | | 127,956 | 530,150 | 42,610 | 573,461 |
| CNY | | 316,243 | 371 | 322,449 | 5,438 |
| INR | | 395,585 | - | 254,803 | - |
| Others | | 267,270 | 60,552 | 250,348 | 6,461 |
| | ₩ | 1,999,242 | 2,483,793 | 1,747,191 | 2,895,777 |

2) As of December 31, 2017 and 2016, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (100,053) | 100,053 | (143,344) | 143,344 |
| JPY | | (40,219) | 40,219 | (53,085) | 53,085 |
| CNY | | 31,587 | (31,587) | 31,701 | (31,701) |
| INR | | 39,559 | (39,559) | 25,480 | (25,480) |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 6,179,401 | 4,280,514 |
| Financial liabilities | | (3,968,544) | (4,178,948) |
| | ₩ | 2,210,857 | 101,566 |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (4,183) | (41,468) |

2) Sensitivity analysis on the fair value of financial instruments with fixed interest rate

The Company does not account for any fixed rate financial assets and liabilities at fair value through profit or loss, and the Company does not designate derivatives (interest rate swaps) as hedging instruments under fair value hedge accounting model. Therefore a change in interest rates at the reporting date would not affect profit or loss.

3) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

As of December 31, 2017 and 2016, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (42) | 42 | (415) | 415 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(f) Fair value

   1) Fair value and book value

      The carrying amount and the fair value of financial instruments as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | **Book value** | **Fair value** | **Book value** | **Fair value** |
| Assets measured at fair value | | | | | |
| Available-for-sale financial assets(*1) | ₩ | 1,291,390 | 1,291,390 | 1,950,447 | 1,950,447 |
| Derivatives assets | | - | - | 80,959 | 80,959 |
| | | 1,291,390 | 1,291,390 | 2,031,406 | 2,031,406 |
| Assets measured at amortized cost(*2) | | | | | |
| Cash and cash equivalents | | 332,405 | 332,405 | 120,529 | 120,529 |
| Trade accounts and note receivable, net | | 3,880,488 | 3,880,488 | 3,230,249 | 3,230,249 |
| Loans and other receivables, net | | 5,984,127 | 5,984,127 | 4,355,797 | 4,355,797 |
| | | 10,197,020 | 10,197,020 | 7,706,575 | 7,706,575 |
| Liabilities measured at fair value | | | | | |
| Derivatives liabilities | | 84,466 | 84,466 | - | - |
| Liabilities measured at amortized cost(*2) | | | | | |
| Trade accounts and notes payable | | 1,025,027 | 1,025,027 | 1,082,927 | 1,082,927 |
| Borrowings | | 3,901,224 | 4,041,204 | 4,142,854 | 4,354,129 |
| Financial guarantee liabilities | | 67,874 | 67,874 | 89,250 | 89,250 |
| Others | | 932,405 | 932,405 | 976,574 | 976,574 |
| | ₩ | 5,926,530 | 6,066,510 | 6,291,605 | 6,502,880 |

   (*1) Available-for-sale financial assets which are not measured at fair value are not included.

   (*2) The fair value of financial assets and liabilities measured at amortized cost is measured using discounted cash flow method, and the fair value is mainly calculated for the disclosures in the note.   On the other hand, the Company has not performed fair value measurement for the financial assets and liabilities measured at amortized cost except borrowings which are classified as fair value hierarchy level 2 since their carrying amounts approximate fair value.

  2) The fair values of financial assets and financial liabilities by fair value hierarchy as of December 31, 2017 and 2016 are as follows:

   ① December 31, 2017

| *(in millions of Won)* | | **Level 1** | **Level 2** | **Level 3** | **Total** |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,096,288 | - | 195,102 | 1,291,390 |
| Financial liabilities | | | | | |
| Derivatives liabilities | ₩ | - | 84,466 | - | 84,466 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

② December 31, 2016

*(in millions of Won)*

| | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,756,713 | - | 193,734 | 1,950,447 |
| Derivatives assets | | - | 70,613 | 10,346 | 80,959 |
| | ₩ | 1,756,713 | 70,613 | 204,080 | 2,031,406 |
| Financial liabilities | | | | | |
| Derivatives liabilities | ₩ | - | - | - | - |

3) Financial assets and financial liabilities classified as fair value hierarchy Level 2

Fair values of financial instruments are calculated based on the derivatives instrument valuation model such as market approach method and discounted cash flow method. Inputs of the financial instrument valuation model include interest rate, exchange rate, spot price of underlying assets, volatility and others.   It may change depending on the type of derivatives and the nature of the underlying assets.

4) Financial assets and financial liabilities classified as fair value hierarchy Level 3

① Value measurement method and significant but not observable inputs for the financial assets classified as fair value hierarchy Level 3 as of December 31, 2017 are as follows:

*(in millions of Won)*

| | | Fair value | Valuation technique | Inputs | Range of inputs | Effect on fair value assessment with unobservable input |
|---|---|---|---|---|---|---|
| Available-for-sale financial assets | ₩ | 145,394 | Discounted cash flows | Discount rate | 10.50% | As discount rate increases, fair value decreases |
| | | 49,708 | Asset value approach | - | - | - |

② Sensitivity analysis of financial assets and financial liabilities classified as Level 3 of fair value hierarchy

If other inputs remain constant as of December 31, 2017 and one of the significant but not observable input is changed, the effect on fair value measurement is as follows:

*(in millions of Won)*

| | Input variable | | Favorable changes | Unfavorable changes |
|---|---|---|---|---|
| Available-for-sale financial assets | Fluctuation 0.5% of discount rate | ₩ | 11,257 | 10,294 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

③ Changes in fair value of financial assets and financial liabilities classified as Level 3 for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | 204,080 | 298,605 |
| Acquisition | | 62,208 | 10,150 |
| Changes in the fair value of derivatives | | (10,346) | (59,829) |
| Other comprehensive income (loss) | | 32,532 | (30,651) |
| Impairment | | (91,898) | (14,086) |
| Disposal and others | | (1,474) | (109) |
| Ending | ₩ | 195,102 | 204,080 |

## 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2017 and 2016 are as follows:

*(in Won, except per share information)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2017, total shares of ADRs of 36,840,292 are equivalent to 9,210,073 of common stock.

(*2) As of December 31, 2017, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2017 and 2016 were as follows:

| (Share) | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | 87,186,835 | (7,189,170) | 79,997,665 | 87,186,835 | (7,191,187) | 79,995,648 |
| Disposal of treasury shares | - | 1,939 | 1,939 | - | 2,017 | 2,017 |
| Ending | 87,186,835 | (7,187,231) | 79,999,604 | 87,186,835 | (7,189,170) | 79,997,665 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(c) Capital surplus as of December 31, 2017 and 2016 are as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 783,914 | 783,788 |
| Loss from merger | | (91,310) | (91,310) |
| | ₩ | 1,156,429 | 1,156,303 |

## 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | Date of issue | Date of maturity | Rate of interest (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | 2013-06-13 | 2043-06-13 | 4.30 | ₩ | 800,000 | 800,000 |
| Hybrid bond 1-2(*1) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (3,081) | (3,081) |
| | | | | ₩ | 996,919 | 996,919 |

(*1) Details of hybrid bonds as of December 31, 2017 are as follows:

| *(in millions of Won)* | Hybrid bond 1-1 | Hybrid bond 1-2 |
|---|---|---|
| Issue price | 800,000 | 200,000 |
| Maturity date | 30 years (The Company has a right to extend the maturity date) | |
| Interest rate | Issue date ~ 2018-06-12 : 4.30% reset every 5 years as follows; · After 5 years : return on government bond (5 years) + 1.30% · After 10 years : additionally + 0.25% according to Step-up clauses · After 25 years : additionally + 0.75% | Issue date ~ 2023-06-12 : 4.60% Reset every 10 years as follows; · After 10 years : return on government bond (10 years) + 1.40% · After 10 years : additionally + 0.25% according to Step-up clauses · After 30 years : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) | |
| Others | The Company can call the hybrid bond at year 5 and interest payment date afterwards | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The interest accumulated but not paid on the hybrid bonds as of December 31, 2017 amounts to ₩2,389 million.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 25. Reserves

(a) Reserves as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Accumulated changes in the unrealized fair value of available-for-sale investments, net of tax | ₩ | 233,390 | 284,240 |

(b) Changes in the unrealized fair value of available-for-sale investments for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning balance | ₩ | 284,240 | (30,018) |
| Changes in the unrealized fair value of available-for-sale investments | | 261,078 | 296,833 |
| Reclassification to profit or loss upon disposal | | (408,497) | (104,970) |
| Impairment of available-for-sale investments | | 94,350 | 222,725 |
| Tax effects | | 2,219 | (100,330) |
| Ending balance | ₩ | 233,390 | 284,240 |

### 26. Treasury Shares

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.   The changes in treasury shares for the years ended December 31, 2017 and 2016 were as follows:

| (shares, in millions of Won) | 2017 | | 2016 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,189,170 ₩ | 1,533,468 | 7,191,187 ₩ | 1,533,898 |
| Disposal of treasury shares | (1,939) | (414) | (2,017) | (430) |
| Ending | 7,187,231 ₩ | 1,533,054 | 7,189,170 ₩ | 1,533,468 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 27. Retained Earnings

(a) Retained earnings as of December 31, 2017 and 2016 are summarized as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 376,667 | 726,667 |
| Appropriated retained earnings for business expansion | | 39,510,500 | 37,910,500 |
| Appropriated retained earnings for dividends | | 947,673 | 1,141,390 |
| Unappropriated retained earnings | | 2,611,026 | 2,004,991 |
| | ₩ | 44,605,368 | 42,943,050 |

(b) Statements of appropriation of retained earnings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings | | | |
|   carried over from prior year | ₩ | 488,721 | 444,537 |
| Remeasurements of defined benefit plans | | (19,787) | (768) |
| Interests of hybrid bonds | | (43,600) | (43,832) |
| Interim dividends | | (359,993) | (179,992) |
|   (Dividends (ratio) per share | | | |
|   ₩4,500 (90%) in 2017 | | | |
|   ₩2,250 (45%) in 2016 | | | |
| Profit for the period | | 2,545,685 | 1,785,046 |
| | | 2,611,026 | 2,004,991 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 240,000 | 350,000 |
| Appropriated retained earnings for dividends | | 3,570 | 193,717 |
| | | 243,570 | 543,717 |
| **Appropriation of retained earnings** | | | |
| Dividends | | 279,999 | 459,987 |
|   (Dividends (ratio) per share | | | |
|   ₩3,500 (70%) in 2017 | | | |
|   ₩5,750 (115%) in 2016 | | | |
| Appropriated retained earnings | | | |
|   for business expansion | | 2,000,000 | 1,600,000 |
| | | 2,279,999 | 2,059,987 |
| **Unappropriated retained earnings carried** | | | |
|   **forward to subsequent year** | ₩ | 574,597 | 488,721 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 28. Revenue

Details of revenue for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Sale of goods | ₩ | 28,387,520 | 24,147,416 |
| Others | | 166,295 | 177,517 |
| | ₩ | 28,553,815 | 24,324,933 |

### 29. Selling and Administrative Expenses

(a) Administrative expenses

Administrative expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Wages and salaries | ₩ | 219,965 | 209,324 |
| Expenses related to post-employment benefits | | 33,170 | 35,254 |
| Other employee benefits | | 43,222 | 49,730 |
| Travel | | 12,475 | 12,202 |
| Depreciation | | 16,800 | 18,158 |
| Amortization | | 58,878 | 56,031 |
| Rental | | 53,537 | 60,609 |
| Repairs | | 7,370 | 7,389 |
| Advertising | | 104,210 | 73,823 |
| Research & development | | 103,818 | 83,057 |
| Service fees | | 165,197 | 168,865 |
| Supplies expenses | | 4,573 | 5,257 |
| Vehicles maintenance | | 6,186 | 6,142 |
| Industry association fee | | 5,439 | 8,324 |
| Training | | 19,157 | 16,886 |
| Conference | | 4,898 | 3,920 |
| Bad debt expenses | | 3,898 | 44,051 |
| Others | | 33,268 | 30,255 |
| | ₩ | 896,061 | 889,277 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Selling expenses

Selling expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Freight and custody expenses | ₩ | 785,480 | 784,013 |
| Operating expenses for distribution center | | 9,737 | 9,735 |
| Sales commissions | | 111,661 | 86,818 |
| Sales advertising | | 3,662 | 5,031 |
| Sales promotion | | 5,311 | 5,511 |
| Sample | | 1,000 | 936 |
| Sales insurance premium | | 5,646 | 4,679 |
| | ₩ | 922,497 | 896,723 |

## 30. Research and Development Expenditures Recognized as Expenses

Research and development expenditures recognized as expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 103,818 | 83,057 |
| Cost of sales | | 355,204 | 317,466 |
| | ₩ | 459,022 | 400,523 |

70

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 31. Finance Income and Costs

Details of finance income and costs for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Finance income** | | | |
| Interest income | ₩ | 94,138 | 89,863 |
| Dividend income | | 157,907 | 144,451 |
| Gain on foreign currency transactions | | 203,512 | 247,539 |
| Gain on foreign currency translations | | 256,199 | 53,541 |
| Gain on disposals of available-for-sale investments | | 422,380 | 131,007 |
| Gain on valuation of derivatives | | - | 79,602 |
| Others | | 9,556 | 10,477 |
| | ₩ | 1,143,692 | 756,480 |
| | | | |
| **Finance costs** | | | |
| Interest expenses | ₩ | 116,558 | 154,864 |
| Loss on foreign currency transactions | | 216,182 | 298,006 |
| Loss on foreign currency translations | | 71,094 | 105,545 |
| Impairment loss on available-for-sale investments | | 94,350 | 222,725 |
| Loss on valuation of derivatives | | 165,425 | 81,408 |
| Loss on derivative transactions | | - | 17,034 |
| Others | | 3,598 | 2,929 |
| | ₩ | 667,207 | 882,511 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 26,284 | 19,579 |
| Gain on disposals of intangible assests | | 24,542 | 4,963 |
| Reversal of impairment losses on investment in subsidiaries, associates and joint ventures | | 225,860 | - |
| Gain on disposals of assets held for sale | | 87 | 6,814 |
| Premium income | | 4,593 | 9,285 |
| Reveral of provisions | | 419 | 12,475 |
| Others(*1) | | 154,290 | 28,753 |
| | ₩ | 436,075 | 81,869 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 140,987 | 93,536 |
| Impairment loss on property, plant and equipment | | 17,651 | 58,388 |
| Impairment loss on intangible assets | | 11,822 | 1,545 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Impairment loss on assets held for sale | | 21,873 | - |
| Other bad debt expenses | | 14,235 | 10,079 |
| Donations | | 42,084 | 34,324 |
| Others | | 38,336 | 19,686 |
| | ₩ | 460,272 | 401,841 |

(*1) The Company has recognized the refund of VAT amounting to ₩133,103 million as non-operating income in 2017, based on the result of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits for rectification were finalized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2017 and 2016 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| Changes in inventories(*1) | ₩ | (407,701) | (109,406) |
| Raw materials and consumables used | | 16,838,874 | 12,853,852 |
| Employee benefits expenses(*3) | | 1,635,553 | 1,644,415 |
| Outsourced processing cost | | 2,138,917 | 2,035,578 |
| Depreciation(*2) | | 2,092,603 | 2,061,408 |
| Amortization | | 91,603 | 79,655 |
| Electricity and water expenses | | 655,781 | 755,994 |
| Service fees | | 241,634 | 246,205 |
| Rental | | 74,363 | 79,840 |
| Advertising | | 104,210 | 73,823 |
| Freight and custody expenses | | 785,480 | 784,013 |
| Sales commissions | | 111,661 | 86,818 |
| Loss on disposals of property, plant and equipment | | 140,987 | 93,536 |
| Impairment loss on property, plant and equipment | | 17,651 | 58,388 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Other expenses | | 1,416,734 | 1,163,036 |
| | ₩ | 26,111,634 | 22,091,438 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| Wages and salaries | ₩ | 1,492,354 | 1,477,745 |
| Expenses related to post-employment benefits | | 143,199 | 166,670 |
| | ₩ | 1,635,553 | 1,644,415 |

73

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 34. Income Taxes

(a) Income tax expense for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 531,666 | 472,264 |
| Deferred income taxes |  | 257,930 | 32,119 |
| Items credited directly to equity |  | 19,460 | (100,095) |
| Income tax expense | ₩ | 809,056 | 404,288 |

(*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The income taxes credited (charged) directly to equity for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Net changes in unrealized fair value of available-for-sale investments | ₩ | 2,219 | (100,330) |
| Remeasurements of defined benefit plans |  | 17,281 | 245 |
| Gain on disposal of treasury shares |  | (40) | (10) |
|  | ₩ | 19,460 | (100,095) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 3,354,741 | 2,189,334 |
| Income tax expense computed at statutory rate |  | 811,385 | 529,357 |
| Adjustments: |  |  |  |
| Tax credit |  | (30,069) | (22,948) |
| Over provisions from prior years |  | (25,245) | (2,625) |
| Investment in subsidiaries, associates and joint ventures |  | (24,050) | (91,223) |
| Tax effect due to permanent differences |  | (44,064) | (10,624) |
| Deficit not recognized in the past |  | (32,305) | - |
| Effect of tax rate change |  | 150,554 | - |
| Others |  | 2,850 | 2,351 |
|  |  | (2,329) | (125,069) |
| Income tax expense | ₩ | 809,056 | 404,288 |
|  |  |  |  |
| Effective tax rate (%) |  | 24.1% | 18.5% |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2017 and 2016 were as follows:

| *(in millions of Won)* | | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | | December 31, 2016 | Increase (decrease) | December 31, 2017 | December 31, 2015 | Increase (decrease) | December 31, 2016 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (10,707) | (1,071) | (11,778) | (11,049) | 342 | (10,707) |
| Reserve for technology developments | | (91,153) | 53,570 | (37,583) | (175,853) | 84,700 | (91,153) |
| PPE - Depreciation | | (17,793) | 7,269 | (10,524) | (33,229) | 15,436 | (17,793) |
| Impairment loss | | 350,453 | (16,267) | 334,186 | 238,678 | 111,775 | 350,453 |
| Prepaid expenses | | 19,658 | 292 | 19,950 | 19,150 | 508 | 19,658 |
| PPE - Revaluation | | (1,517,978) | (305,542) | (1,823,520) | (1,387,331) | (130,647) | (1,517,978) |
| Gain or loss on foreign currency translation | | 10,797 | (40,024) | (29,227) | (8,121) | 18,918 | 10,797 |
| Defined benefit obligations | | 239,377 | 54,735 | 294,112 | 224,379 | 14,998 | 239,377 |
| Plan assets | | (269,257) | (35,663) | (304,920) | (245,036) | (24,221) | (269,257) |
| Accrued revenue | | (2,586) | (968) | (3,554) | (2,160) | (426) | (2,586) |
| Others | | 229,788 | 60,251 | 290,039 | 151,220 | 78,568 | 229,788 |
| | | (1,059,401) | (223,418) | (1,282,819) | (1,229,352) | 169,951 | (1,059,401) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | - | 28,200 | 28,200 | - | - | - |
| Tax credit carry-forward | | 82,212 | (82,212) | - | 173,177 | (90,965) | 82,212 |
| | | 82,212 | (54,012) | 28,200 | 173,177 | (90,965) | 82,212 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | (90,746) | 2,219 | (88,527) | 9,584 | (100,330) | (90,746) |
| Remeasurements of defined benefit plans | | 51,969 | 17,281 | 69,250 | 51,724 | 245 | 51,969 |
| | | (38,777) | 19,500 | (19,277) | 61,308 | (100,085) | (38,777) |
| | ₩ | (1,015,966) | (257,930) | (1,273,896) | (994,867) | (21,099) | (1,015,966) |

76

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(e) Deferred tax assets (liabilities) as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (11,778) | (11,778) | - | (10,707) | (10,707) |
| Reserve for technology developments | | - | (37,583) | (37,583) | - | (91,153) | (91,153) |
| PPE - Depreciation | | 19,594 | (30,118) | (10,524) | 17,139 | (34,932) | (17,793) |
| Impairment loss | | 334,186 | - | 334,186 | 350,453 | - | 350,453 |
| Prepaid expenses | | 19,950 | - | 19,950 | 19,658 | - | 19,658 |
| PPE - Revaluation | | - | (1,823,520) | (1,823,520) | - | (1,517,978) | (1,517,978) |
| Gain or loss on foreign currency translation | | 113,051 | (142,278) | (29,227) | 88,263 | (77,466) | 10,797 |
| Defined benefit obligations | | 294,112 | - | 294,112 | 239,377 | - | 239,377 |
| Plan assets | | - | (304,920) | (304,920) | - | (269,257) | (269,257) |
| Accrued revenue | | - | (3,554) | (3,554) | - | (2,586) | (2,586) |
| Others | | 329,404 | (39,365) | 290,039 | 294,183 | (64,395) | 229,788 |
| | | 1,110,297 | (2,393,116) | (1,282,819) | 1,009,073 | (2,068,474) | (1,059,401) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 28,200 | - | 28,200 | - | - | - |
| Tax credit carry-forward | | - | - | - | 82,212 | - | 82,212 |
| | | 28,200 | - | 28,200 | 82,212 | - | 82,212 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | 59,445 | (147,972) | (88,527) | 28,629 | (119,375) | (90,746) |
| Remeasurements of defined benefit plans | | 69,250 | - | 69,250 | 51,969 | - | 51,969 |
| | | 128,695 | (147,972) | (19,277) | 80,598 | (119,375) | (38,777) |
| | ₩ | 1,267,192 | (2,541,088) | (1,273,896) | 1,171,883 | (2,187,849) | (1,015,966) |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

---

### 35. Earnings per Share

Basic and diluted earnings per share for the years ended December 31, 2017 and 2016 are as follows:

| (in Won, except per share information) | | 2017 | 2016 |
|---|---|---|---|
| Profit for the period | ₩ | 2,545,685,288,495 | 1,785,045,916,393 |
| Interests of hybrid bonds, net of tax | | (33,048,799,997) | (33,225,163,081) |
| Weighted-average number of common shares outstanding(*1) | | 79,998,600 | 79,996,389 |
| Basic and diluted earnings per share | ₩ | 31,409 | 21,899 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| (in share) | 2017 | 2016 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,188,235) | (7,190,446) |
| Weighted-average number of common shares outstanding | 79,998,600 | 79,996,389 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2017 and 2016, diluted earnings per share is equal to basic earnings per share.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**36. Related Party Transactions**

(a) Significant transactions with related companies for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries(*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3,328 | 71 | - | 151,639 | 32 | 18,352 |
| POSCO Processing&Service | 298,781 | 1 | 113,628 | 4,595 | 8,309 | 404 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 417,369 | 3,533 | - | - | 8,483 | 106 |
| POSCO ICT(*4) | 1,697 | 5,097 | - | 315,748 | 29,773 | 183,226 |
| eNtoB Corporation | 1 | 30 | 330,921 | 8,215 | 139 | 26,023 |
| POSCO CHEMTECH | 359,862 | 33,076 | 479,896 | 23,043 | 296,296 | 6,860 |
| POSCO ENERGY CO., LTD. | 179,966 | 1,456 | - | - | - | 2 |
| POSCO DAEWOO Corporation | 5,214,127 | 35,182 | 550,258 | 221 | 44,108 | 1,948 |
| POSCO Thainox Public Company Limited | 218,005 | 9,780 | 10,168 | - | - | - |
| POSCO America Corporation | 345,225 | - | 90 | - | - | 1,776 |
| POSCO Canada Ltd. | 439 | 690 | 278,915 | - | - | - |
| POSCO Asia Co., Ltd. | 1,949,354 | 1,454 | 365,025 | 337 | 1,625 | 4,982 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 161,803 | - | - | - | - | 176 |
| POSCO JAPAN Co., Ltd. | 1,436,159 | 20 | 26,256 | 621 | - | 44,829 |
| POSCO-VIETNAM Co., Ltd. | 212,883 | - | - | - | - | 7 |
| POSCO MEXICO S.A. DE C.V. | 276,387 | - | - | - | - | 1,749 |
| POSCO Maharashtra Steel Private Limited | 467,206 | - | - | - | - | 65 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 192,467 | - | - | - | - | - |
| Others | 932,048 | 10,073 | 262,828 | 25,270 | 240,687 | 118,665 |
| | 12,667,107 | 100,463 | 2,417,985 | 529,689 | 629,452 | 409,170 |
| **Associates and joint ventures(*3)** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 2,947 | 112 | 5,487 | 300,041 | 20,718 | 19,763 |
| SNNC | 6,734 | 712 | 554,151 | - | - | 4 |
| POSCO-SAMSUNG-Slovakia Processing Center | 52,779 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 697,096 | - | - | - |
| CSP - Compania Siderurgica do Pecem | 7,384 | - | 159,501 | - | - | - |
| Others | 14,943 | 52,583 | 79,103 | - | - | 3 |
| | 84,787 | 53,407 | 1,495,338 | 300,041 | 20,718 | 19,770 |
| ₩ | 12,751,894 | 153,870 | 3,913,323 | 829,730 | 650,170 | 428,940 |

(*1) Sales and others mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2017, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

2) For the year ended December 31, 2016

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | **Sales** | **Others** | **Purchase of material** | **Purchase of fixed assets** | **Outsourced processing cost** | **Others** |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 29,511 | 16,661 | 8 | 183,768 | - | 24,511 |
| POSCO Processing&Service | 1,212,220 | 5,778 | 549,803 | 2,896 | 22,704 | 2,445 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 326,078 | 2,560 | - | - | 12,232 | 126 |
| POSCO ICT | 1,224 | 727 | - | 219,301 | 32,456 | 171,107 |
| eNtoB Corporation | - | 5 | 278,016 | 9,836 | 212 | 19,436 |
| POSCO CHEMTECH | 319,164 | 33,784 | 502,448 | 14,847 | 290,427 | 5,139 |
| POSCO ENERGY CO., LTD. | 187,311 | 1,382 | - | - | - | 7 |
| POSCO TMC Co., Ltd.(*1) | 219,489 | - | 2 | - | 863 | 1,177 |
| POSCO AST(*1) | 152,098 | 1 | - | - | 19,695 | 922 |
| POSCO DAEWOO Corporation | 3,227,716 | 34,341 | 92,203 | - | 343 | - |
| POSCO Thainox Public Company Limited | 237,471 | 2,915 | 9,593 | - | 19 | 548 |
| POSCO America Corporation | 469,543 | - | 284 | - | - | 1,103 |
| POSCO Canada Ltd. | 275 | - | 148,528 | - | - | - |
| POSCO Asia Co., Ltd. | 1,758,080 | 1,373 | 403,174 | 247 | 939 | 3,602 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 135,405 | - | - | - | - | 525 |
| POSCO JAPAN Co., Ltd. | 1,112,489 | 128 | 23,217 | 3,744 | 345 | 3,841 |
| POSCO-VIETNAM Co., Ltd. | 226,063 | 445 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 274,210 | 462 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 355,829 | 2,613 | - | - | - | 93 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 149,911 | - | - | - | - | - |
| Others | 766,263 | 22,717 | 207,601 | 62,202 | 212,344 | 145,562 |
| | 11,160,350 | 125,892 | 2,214,877 | 496,841 | 592,579 | 380,144 |
| **Associates and joint ventures(*3)** | | | | | | |
| SeAH Changwon Integrated Special Steel | 28 | - | 1,095 | - | 627 | - |
| POSCO PLANTEC Co., Ltd. | 2,245 | 48 | 3,533 | 244,898 | 16,812 | 8,146 |
| SNNC | 6,004 | 1,042 | 487,395 | - | - | 2 |
| POSCO-SAMSUNG-Slovakia Processing center | 44,686 | - | - | - | - | - |
| KOBRASCO | - | 29,297 | - | - | - | - |
| Others | 26,625 | 13,122 | 175,246 | - | - | - |
| | 79,588 | 43,509 | 667,269 | 244,898 | 17,439 | 8,148 |
| ₩ | 11,239,938 | 169,401 | 2,882,146 | 741,739 | 610,018 | 388,292 |

(*1) During the year ended December 31, 2016, they were merged into POSCO Processing&Service.

80

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) The related account balances of significant transactions with related companies as of December 31, 2017 and 2016 are as follows:

1) December 31, 2017

*(in millions of Won)*

| | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 2 | 2,908 | 2,910 | - | 21,965 | 674 | 22,639 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 58,184 | 324 | 58,508 | - | 5 | 504 | 509 |
| POSCO ICT | 55 | 217 | 272 | 1,458 | 72,586 | 27,009 | 101,053 |
| eNtoB Corporation | - | - | - | 12,252 | 31,899 | 20 | 44,171 |
| POSCO CHEMTECH | 61,810 | 3,589 | 65,399 | 51,774 | 20,313 | 17,568 | 89,655 |
| POSCO ENERGY CO., LTD. | 33,239 | 1,673 | 34,912 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 483,915 | 12,739 | 496,654 | 10,213 | 2,145 | 5,794 | 18,152 |
| POSCO Thainox Public Company Limited | 57,826 | - | 57,826 | 1,204 | - | - | 1,204 |
| POSCO America Corporation | 5,365 | - | 5,365 | - | - | - | - |
| POSCO Asia Co., Ltd. | 404,857 | 541 | 405,398 | 9,811 | 24 | - | 9,835 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 31,693 | - | 31,693 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 55,696 | 530 | 56,225 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 392,630 | 5,733 | 398,363 | - | - | - | - |
| Others | 384,385 | 49,403 | 433,788 | 15,038 | 59,575 | 31,118 | 105,731 |
| | 1,969,656 | 77,657 | 2,047,313 | 101,750 | 208,512 | 84,112 | 394,374 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 1,946 | 9 | 1,955 | 3,842 | 15,723 | - | 19,565 |
| SNNC | 648 | 61 | 709 | 49,506 | 3 | - | 49,509 |
| Others | 8,350 | 904 | 9,254 | 824 | - | - | 824 |
| | 10,944 | 974 | 11,918 | 54,172 | 15,726 | - | 69,898 |
| ₩ | 1,980,600 | 78,631 | 2,059,231 | 155,922 | 224,238 | 84,112 | 464,272 |

2) December 31, 2016

*(in millions of Won)*

| | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3 | 3,359 | 3,362 | - | 9,825 | 515 | 10,340 |
| POSCO Processing&Service | 207,744 | 178 | 207,922 | 1,085 | 5,367 | 5,184 | 11,636 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 48,716 | 324 | 49,040 | - | 5 | 1,600 | 1,605 |
| POSCO ICT | - | 128 | 128 | 1,062 | 89,382 | 6,074 | 96,518 |
| eNtoB Corporation | - | 1 | 801 | 9,948 | 29,310 | 15 | 39,273 |
| POSCO CHEMTECH | 27,253 | 3,868 | 31,121 | 54,702 | 11,870 | 19,282 | 85,854 |
| POSCO ENERGY CO., LTD. | 18,701 | 2,012 | 20,713 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 182,700 | 11,184 | 193,884 | 460 | 183 | 49 | 692 |
| POSCO Thainox Public Company Limited | 62,034 | 8 | 62,042 | - | 224 | - | 224 |
| POSCO America Corporation | 10,008 | - | 10,008 | - | - | - | - |
| POSCO Asia Co., Ltd. | 375,823 | 458 | 376,281 | 25,101 | - | - | 25,101 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 25,386 | - | 25,386 | - | 5 | - | 5 |
| POSCO MEXICO S.A. DE C.V. | 114,166 | 1,024 | 115,190 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 208,737 | 9,923 | 218,660 | - | - | - | - |
| Others | 333,031 | 64,526 | 397,557 | 17,374 | 46,455 | 26,974 | 90,803 |
| | 1,614,302 | 96,992 | 1,711,294 | 109,732 | 192,626 | 61,118 | 363,476 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 30 | 9 | 39 | 2,125 | 39,647 | - | 41,772 |
| SNNC | 223 | 26 | 249 | 40,201 | - | - | 40,201 |
| Others | 800 | 1 | 801 | 991 | 17,685 | - | 18,676 |
| | 1,053 | 36 | 1,089 | 43,317 | 57,332 | - | 100,649 |
| ₩ | 1,615,355 | 97,028 | 1,712,383 | 153,049 | 249,958 | 61,118 | 464,125 |

(c) For the years ended December 31, 2017 and 2016, details of compensation to key management officers were as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Short-term benefits | ₩ | 45,489 | 27,682 |
| Long-term benefits | | 4,368 | 11,956 |
| Retirement benefits | | 14,593 | 6,960 |
| | ₩ | 64,450 | 46,598 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

81

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 37. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected.   Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.   If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.   All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.   Internal and external lawyers are used for these assessments.   In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

(b) Commitments

1) The Company entered into long-term contracts to purchase iron ore, coal, nickel and others.   The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.   These contracts provide for periodic price adjustments based on the market price.   As of December 31, 2017, 116 million tons of iron ore and 18 million tons of coal remained to be purchased under such long-term contracts.

2) The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.   The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

3) As of December 31, 2017, the Company entered into commitments with KOREA ENERGY AGENCY for long-term foreign currency borrowings, which are limited up to the amount of USD 6.49 million.   The borrowings are related to the exploration of gas hydrates in Western Fergana-Chinabad.   The repayment of the borrowings depends on the success of the project.   The Company is not liable for the repayment of full or part of the money borrowed if the respective project fail.   The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.   As of December 31, 2017, the balances of the borrowing are USD 1.02 million.

4) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO ENERGY CO., LTD.

5) The Company provides a supplementary fund of up to ₩9.8 billion to the Company's subsidiary, Busan E&E Co,. Ltd., at the request of creditors such as the Korea Development Bank.

6) The Company provides supplementary funding for the purpose of promoting the Suncheon Bay PRT business of Suncheon Eco Trans Co., Ltd, a subsidiary of the Company, at the request of creditors.

(c) As of December 31, 2017, the Company has provided three blank checks to KOREA ENERGY AGENCY as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

The Company is involved in 16 litigations for alleged damages aggregating to ₩24.7 billion as of December 31, 2017 which arose in the ordinary course of business.   The Company has recognized provisions for one of 16 litigations amounting to ₩2.1 billion by estimating the outcome of such litigations reasonably.   Except the one litigations, the Company has not recognized any provisions since the Company believes that it does not have a present obligation on other litigations as of December 31, 2017.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 38. Statements of Cash Flows

(a) Changes in operating assets and liabilities for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| Trade accounts and notes receivable, net | ₩ | (706,458) | (467,096) |
| Other accounts receivable | | 35,409 | 24,329 |
| Inventories | | (542,819) | (528,926) |
| Prepaid expenses | | (4,326) | 5,058 |
| Other current assets | | (511) | 4,372 |
| Long-term guarantee deposits | | (145) | 199 |
| Other non-current assets | | 60 | (60) |
| Trade accounts and notes payable | | (54,063) | 492,256 |
| Other accounts payable | | (10,525) | (397) |
| Accrued expenses | | (6,412) | (6,756) |
| Advances received | | 21,108 | (2,560) |
| Withholdings | | (4,024) | 8,728 |
| Unearned revenue | | (1,125) | (1,416) |
| Other current liabilities | | (6,576) | (16,795) |
| Payments of severance benefits | | (116,385) | (92,478) |
| Plan assets | | 58,097 | (112,603) |
| Other non-current liabilities | | (19) | - |
| | ₩ | (1,338,714) | (694,145) |

(b) Changes in liabilities arising from financial activities for the year ended December 31, 2017 were as follows:

| (in millions of Won) | | Liabilities | | | | Derivatives that hedge long-term borrowings |
|---|---|---|---|---|---|---|
| | | Short-term borrowings | long-term borrowings | Dividend payable | Long-term financial liabilities | |
| Beginning | ₩ | 331,370 | 3,811,484 | 4,793 | 93,150 | (70,613) |
| Changes from financing cash flows | | 54,242 | (58,144) | (863,701) | (6,618) | - |
| The effect of changes in foreign exchange rates | | (1,636) | (239,468) | - | (155) | - |
| Changes in fair values | | - | - | - | - | 155,079 |
| Other changes: | | | | | | |
|   Decrease in retained earnings | | - | - | 863,579 | - | - |
|   Amortization of discount on debentures issued | | - | 3,376 | - | - | - |
| Ending | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Notice to Readers

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2017 and the review of internal accounting control system pursuant to Article 2-3 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

English Translation of a Report Originally Issued in Korean

To the President of
POSCO:

We have reviewed the accompanying Report on the Operations of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2017.  The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS.  Our responsibility is to review management's assessment and issue a report based on our review.  In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on the assessment on the operations of the IACS, the Company's IACS has been effectively designed and operating as of December 31, 2017, in all material respects, in accordance with the IACS Framework issued by the Internal Accounting Control System Operation Committee."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants.  Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether Report on the Operations of Internal Accounting Control System is free of material misstatement.  Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances.  We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in conformity with Korean International Financial Reporting Standards.  Because of its inherent limitations, however, IACS may not prevent or detect misstatements.  Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that Report on the Operations of Internal Accounting Control System as of December 31, 2017 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2017.  We did not review the Company's IACS subsequent to December 31, 2017.  This report has been prepared for Korean regulatory purposes, pursuant to the External Audit Law, and may not be appropriate for other purposes or for other users.

Seoul, Korea
February 28, 2018

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Appendix 7-E

POSCO's Unconsolidated Financial Statements
for 2017-18 Fiscal Years

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2018 and 2017**

**(With Independent Auditors' Report Thereon)**

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

## Table of Contents

**Page**

**Independent Auditors' Report**................................................................................... 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................ 6

Separate Statements of Comprehensive Income.................................................. 8

Separate Statements of Changes in Equity .......................................................... 9

Separate Statements of Cash Flows .................................................................... 10

Notes to the Separate Financial Statements ....................................................... 12

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 95

**Report on the Operations of Internal Accounting Control System** ............................... 96

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Independent Auditors' Report

Based on a report originally issued in Korean

The Board of Directors and Shareholders
POSCO:

*Opinion*
We have audited the separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2018 and 2017, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising significant accounting policies and other explanatory information.

In our opinion, the accompanying separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2018 and 2017, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards ("K-IFRS").

*Basis for Opinion*
We conducted our audits in accordance with Korean Standards on Auditing (KSAs).   Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Separate Financial Statements* section of our report.   We are independent of the Company in accordance with the ethical requirements that are relevant to our audit of the separate financial statements in Republic of Korea, and we have fulfilled our other ethical responsibilities in accordance with these requirements.   We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Key Audit Matters*
Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the separate financial statements as of and for the year ended December 31, 2018.   These matters were addressed in the context of our audit of the separate financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

(a) Assessment of impairment on investments in subsidiaries, associates and joint ventures

As described in note 11 to the separate financial statements, the carrying amount of investments in subsidiaries, associate and joint ventures recorded in the separate financial statements is ₩15,121,339 million as of December 31, 2018.  The Company recognized impairment loss on investments in subsidiaries, associates and joint ventures amounted to ₩787,999 million during the year ended December 31, 2018.

The Company identifies whether an impairment indication occurs every year and performs impairment test over investments in subsidiaries, associate and joint venture, and compares the carrying amount with the greater of the calculated value-in-use and fair value used to determine whether it is impaired.   In estimating the value-in-use, management's judgment is involved in determining the key assumptions such as sales growth rate, discount rate and terminal growth rate that have a significant impact on the estimated value-in-use. Considering significant degree of judgment in estimating value-in-use and likelihood of management bias, we identified assessment of impairment on investments in subsidiaries, associates and joint ventures as a key audit matter.

The primary procedures we performed to address this key audit matter included the following:

  - Assess the qualification and objectivity of the external institution engaged by the Company to assess the value-in-use of some investments;
  - Testing certain internal controls over the Company's impairment assessment process of investments in subsidiaries, associates and joint ventures;
  - Compared the completeness of the list of impairment tests which an indication occurred;
  - Evaluating the key assumptions used to determine the value in use which included the estimated sales growth rate and terminal growth rate by comparison with the latest financial budgets approved by the board of directors, historical performance and industry reports.
  - Engaging our internal valuation specialists to assist us in assessing the discount rate applied and comparing with recalculated discount rate using observable information.
  - Performing sensitivity analysis on the discount rate and terminal growth rate applied to assess the impact of changes in these key assumptions on the conclusion reached in management's impairment assessment.
  - Compared the future cash flows forecasts prepared in prior year with the current year's performance to assess the Company's ability to accurately forecast.

2

(b) Assessment of impairment of long-lived assets

As described in note 13 to the separate financial statements, the Company has decided to suspend additional investments in Synthetic Natural Gas (SNG) business, for which the related equipment had been in trial-run stage for an extended period of time. The Company performed impairment test over the long-term assets of SNG business, which are primarily comprised of equipment. Based on the impairment test, the Company recognized impairment loss of ₩877,764 million for the year ended December 31, 2018.

For the equipment of SNG business that could not be used for other businesses of the Company, there are impairment indicators for each individual asset. Determination of whether an individual asset could be sold or is technologically obsolete involves management judgment. In addition, estimating the recoverable amount of the individual assets that could be sold also involves management judgment on key assumptions such as estimated useful life and replacement costs. Considering the significant degree of judgment involved and potential management bias, we identified the assessment of impairment of long-term assets in SNG business as a key audit matter.

The primary procedures we performed to address this key audit matter included the following:

- Assessing the qualification and objectivity of the external valuation institution engaged by the Company to assess the recoverable amount of long-term assets of SNG business.
- Engaging an external valuation institution to assist us in assessing the methodology and significant assumptions used by the external valuation institution engaged by the Company.
- For selected samples, performing physical observation to assess management's determination on whether the equipment is obsolete, and testing the assumptions used in estimating recoverable amount, such as estimated useful life and replacement costs.

*Other Matter*
The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries.

*Responsibilities of Management and Those Charged with Governance for the Separate Financial Statements*
Management is responsible for the preparation and fair presentation of the separate financial statements in accordance with K-IFRS, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the separate financial statements, management is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Company or to cease operations, or has no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Company's financial reporting process.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

*Auditors' Responsibilities for the Audit of the Separate Financial Statements*

Our objectives are to obtain reasonable assurance about whether the separate financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion.  Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with KSAs will always detect a material misstatement when it exists.  Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these separate financial statements.

As part of an audit in accordance with KSAs, we exercise professional judgment and maintain professional skepticism throughout the audit.  We also:

- Identify and assess the risks of material misstatement of the separate financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion.  The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used in the preparation of the separate financial statements and the reasonableness of accounting estimates and related disclosures made by management.

- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern.  If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the separate financial statements or, if such disclosures are inadequate, to modify our opinion.  Our conclusions are based on the audit evidence obtained up to the date of our auditors' report.  However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the separate financial statements, including the disclosures, and whether the separate financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

4

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the separate financial statements of the current period and are therefore the key audit matters.   We describe these matters in our auditors' report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

The engagement partner on the audit resulting in this independent auditors' report is Jo, Ja Young.

*KPMG Samjong Accounting Corp.*

Seoul, Korea
March 7, 2019

---

This report is effective as of March 7, 2019, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

---

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2018 and 2017

| (in millions of Won) | Notes | | December 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 259,219 | 332,405 |
| Trade accounts and notes receivable, net | 6,22,36 | | 3,968,372 | 3,867,714 |
| Other receivables, net | 7,22,36 | | 206,432 | 210,230 |
| Other short-term financial assets | 8,22 | | 7,025,143 | 5,824,087 |
| Inventories | 9,33 | | 5,288,009 | 4,543,533 |
| Assets held for sale | 10 | | 25,683 | 34,545 |
| Other current assets | 15 | | 23,542 | 27,907 |
| **Total current assets** | | | 16,796,400 | 14,840,421 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 7,673 | 12,774 |
| Other receivables, net | 7,22 | | 57,767 | 62,421 |
| Other long-term financial assets | 8,22 | | 1,176,757 | 1,393,316 |
| Investments in subsidiaries, associates and joint ventures | 11,32 | | 15,121,339 | 15,098,856 |
| Investment property, net | 12 | | 108,215 | 97,307 |
| Property, plant and equipment, net | 13,32 | | 20,154,334 | 21,561,270 |
| Intangible assets, net | 14 | | 645,222 | 528,074 |
| Other non-current assets | 15 | | 58,273 | 97,819 |
| **Total non-current assets** | | | 37,329,580 | 38,851,837 |
| | | | | |
| **Total assets** | | ₩ | 54,125,980 | 53,692,258 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position, Continued
## As of December 31, 2018 and 2017

| (in millions of Won) | Notes | | December 31, 2018 | December 31, 2017 |
|---|---|---|---:|---:|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 1,106,226 | 1,025,027 |
| Short-term borrowings | | | | |
| and current installments of long-term borrowings | 4,16,22,38 | | 826,862 | 1,235,707 |
| Other payables | 17,22,36,38 | | 1,072,733 | 862,535 |
| Other short-term financial liabilities | 18,22,38 | | 12,638 | 23,164 |
| Current income tax liabilities | 34 | | 803,543 | 351,148 |
| Provisions | 19 | | 19,165 | 18,166 |
| Other current liabilities | 21 | | 54,806 | 54,401 |
| **Total current liabilities** | | | 3,895,973 | 3,570,148 |
| | | | | |
| Long-term borrowings, | | | | |
| excluding current installments | 4,16,22,38 | | 3,444,108 | 2,665,517 |
| Other payables | 17,22,38 | | 144,343 | 78,481 |
| Other long-term financial liabilities | 18,22,38 | | 79,936 | 129,176 |
| Defined benefit liabilities, net | 20 | | 863 | 43 |
| Deferred tax liabilities | 34 | | 1,179,672 | 1,273,896 |
| Long-term provisions | 19 | | 93,719 | 19,250 |
| Other non-current liabilities | 21 | | 15,264 | 14,292 |
| **Total non-current liabilities** | | | 4,957,905 | 4,180,655 |
| **Total liabilities** | | | 8,853,878 | 7,750,803 |
| | | | | |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,154,775 | 1,156,429 |
| Hybrid bonds | 24 | | 199,384 | 996,919 |
| Reserves | 25 | | (207,191) | 233,390 |
| Treasury shares | 26 | | (1,532,728) | (1,533,054) |
| Retained earnings | 27 | | 45,175,459 | 44,605,368 |
| **Total equity** | | | 45,272,102 | 45,941,455 |
| **Total liabilities and equity** | | ₩ | 54,125,980 | 53,692,258 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2018 and 2017

*(in millions of Won, except per share information)*

| | Notes | | 2018 | 2017 |
|---|---|---|---|---|
| **Revenue** | 28,36 | ₩ | 30,659,425 | 28,553,815 |
| **Cost of sales** | 9,20,30,33,36 | | (25,728,293) | (23,832,804) |
| **Gross profit** | | | 4,931,132 | 4,721,011 |
| Selling and administrative expenses | | | | |
| Impairment loss on | | | | |
| trade accounts and notes receivable | 22,33 | | (6,586) | (3,898) |
| Other administrative expenses | 20,29,30,33 | | (881,163) | (892,163) |
| Selling expenses | 29,33 | | (234,007) | (922,497) |
| **Operating profit** | | | 3,809,376 | 2,902,453 |
| Finance income and costs | | | | |
| Finance income | 22,31 | | 629,940 | 1,143,692 |
| Finance costs | 22,31 | | (458,326) | (667,207) |
| Other non-operating income and expenses | | | | |
| Reversal of (Impairment loss) on other receivables | 22,33 | | 2,925 | (14,235) |
| Other non-operating income | 32 | | 306,543 | 436,075 |
| Other non-operating expenses | 32,33 | | (2,055,559) | (446,037) |
| **Profit before income tax** | | | 2,234,899 | 3,354,741 |
| Income tax expense | 34 | | (1,162,307) | (809,056) |
| **Profit** | | | 1,072,592 | 2,545,685 |
| | | | | |
| **Other comprehensive income (loss)** | | | | |
| Items that will not be reclassified | | | | |
| subsequently to profit or loss: | | | | |
| Remeasurements of defined benefit plans | 20 | | (106,057) | (19,787) |
| Net changes in fair value of equity investments | | | | |
| at fair value through other comprehensive income | 8,22,25 | | (131,646) | - |
| Items that are or may be reclassified | | | | |
| subsequently to profit or loss: | | | | |
| Net changes in unrealized fair value | | | | |
| of available-for-sale investments, net of tax | 8,22,25 | | - | (50,850) |
| **Total comprehensive income** | | ₩ | 834,889 | 2,475,048 |
| | | | | |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 13,186 | 31,409 |

*See accompanying notes to the separate financial statements.*

8

## POSCO
## Separate Statements of Changes in Equity
## For the years ended December 31, 2018 and 2017

Filed By: jbassney@jimwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode: 3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

| (in millions of Won) | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|
| **Balance as of January 1, 2017** | ₩ 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| **Comprehensive income:** | | | | | | | |
| Profit | - | - | - | - | - | 2,545,685 | 2,545,685 |
| Other comprehensive income (loss) | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | (19,787) | (19,787) |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | - | - | - | (50,850) | - | - | (50,850) |
| **Transactions with owners of the Company, recognized directly in equity:** | | | | | | | |
| Year-end dividends | - | - | - | - | - | (459,987) | (459,987) |
| Interim dividends | - | - | - | - | - | (359,993) | (359,993) |
| Interest of hybrid bonds | - | - | - | - | - | (43,600) | (43,600) |
| Disposal of treasury shares | - | 126 | - | - | 414 | - | 540 |
| **Balance as of December 31, 2017** | ₩ 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |
| **Balance as of January 1, 2018** | ₩ 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |
| Adjustment on initial application of K-IFRS No. 1115, net of tax | - | - | - | - | - | (883) | (883) |
| Adjustment on initial application of K-IFRS No. 1109, net of tax | - | - | - | (321,654) | - | 321,603 | (51) |
| **Adjusted balance as of January 1, 2018** | 482,403 | 1,156,429 | 996,919 | (88,264) | (1,533,054) | 44,926,088 | 45,940,521 |
| **Comprehensive income:** | | | | | | | |
| Profit | - | - | - | - | - | 1,072,592 | 1,072,592 |
| Other comprehensive income (loss) | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | (106,057) | (106,057) |
| Net changes in fair value of equity investments at fair value through other comprehensive income, net of tax | - | - | - | (118,927) | - | (12,719) | (131,646) |
| **Transactions with owners of the Company, recognized directly in equity:** | | | | | | | |
| Year-end dividends | - | - | - | - | - | (279,999) | (279,999) |
| Interim dividends | - | - | - | - | - | (400,003) | (400,003) |
| Repayment of hybrid bonds | - | (1,787) | (797,535) | - | - | - | (799,322) |
| Interest of hybrid bonds | - | - | - | - | - | (24,443) | (24,443) |
| Disposal of treasury shares | - | 133 | - | - | 326 | - | 459 |
| **Balance as of December 31, 2018** | ₩ 482,403 | 1,154,775 | 199,384 | (207,191) | (1,532,728) | 45,175,459 | 45,272,102 |

*See accompanying notes to the separate financial statements.*

9

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Cash Flows
## For the years ended December 31, 2018 and 2017

| (in millions of Won) | Notes | 2018 | 2017 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 1,072,592 | 2,545,685 |
| Adjustments for : | | | |
| Expenses related to post-employment benefit | | 111,034 | 102,884 |
| Depreciation | | 2,111,870 | 2,092,603 |
| Amortization | | 69,101 | 91,603 |
| Bad debt expenses | | 3,661 | 18,133 |
| Finance income | | (443,952) | (940,180) |
| Finance costs | | 235,892 | 448,249 |
| Loss on valuation of inventories | | 12,169 | 2,363 |
| Gain on disposal of property, plant and equipment | | (47,941) | (26,284) |
| Loss on disposal of property, plant and equipment | | 120,570 | 140,987 |
| Impairment losses on property, plant and equipment | | 940,595 | 17,651 |
| Gain on disposal of intangible assets | | (99,378) | (24,542) |
| Impairment losses on intangible assets | | 1,293 | 11,822 |
| Impairment losses on investments in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Reversal of impairment losses on investments in subsidiaries, associates and joint ventures | | (56,420) | (225,860) |
| Impairment loss on assets held for sale | | 7,788 | 21,873 |
| Increase to provisions | | 53,477 | 403 |
| Income tax expense | | 1,162,307 | 809,056 |
| Others, net | | 1,055 | 8,154 |
| Changes in operating assets and liabilities | 38 | (813,429) | (1,338,714) |
| Interest received | | 154,529 | 89,041 |
| Interest paid | | (148,129) | (139,766) |
| Dividends received | | 228,296 | 159,506 |
| Income taxes paid | | (689,008) | (483,988) |
| Net cash provided by operating activities | ₩ | 4,775,971 | 3,553,963 |

*See accompanying notes to the separate financial statements.*

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Cash Flows, Continued
## For the years ended December 31, 2018 and 2017

| (in millions of Won) | Notes | 2018 | 2017 |
|---|---|---|---|
| **Cash flows from investing activities** | | | |
| Decrease in deposits | ₩ | 2,821,831 | 1,475,451 |
| Proceeds from disposal of short-term financial instruments | | 27,992,468 | 17,315,782 |
| Proceeds from disposal of current portion of debt securities | | 855 | - |
| Proceeds from disposal of long-term financial instruments | | - | 1 |
| Proceeds from disposal of equity securities | | 45,445 | - |
| Proceeds from disposal of debt securities | | 130,000 | - |
| Proceeds from disposal of other securities | | 2,658 | - |
| Proceeds from disposal of stock warrants | | 130 | - |
| Proceeds from disposal of available-for-sale investments | | - | 994,901 |
| Proceeds from disposal of investments in subsidiaries, associates and joint ventures | | 101,294 | 6,112 |
| Proceeds from disposal of property, plant and equipment | | 4,551 | - |
| Proceeds from disposal of intangible assets | | 26,954 | 23,431 |
| Proceeds from disposal of assets held for sale | | 231 | 667 |
| Increase in deposits | | (3,404,466) | (1,650,334) |
| Acquisition of short-term financial investments | | (28,613,172) | (18,831,717) |
| Payment of short-term loans | | (2,950) | - |
| Payment of long-term loans | | (261) | (60) |
| Acquisition of debt securities | | (130,238) | - |
| Acquisition of equity securities | | (1,443) | - |
| Acquisition of other securities | | (464) | - |
| Acquisition of available-for-sale investments | | - | (15,264) |
| Acquisition of investments in subsidiaries, associates and joint ventures | | (855,602) | (115,147) |
| Acquisition of property, plant and equipment | | (1,677,962) | (1,594,897) |
| Proceeds from disposal of property, plant and equipment | | - | (3,654) |
| Acquisition of intangible asstes | | (58,808) | (69,923) |
| Net cash used in investing activities | ₩ | (3,618,949) | (2,464,651) |
| **Cash flows from financing activities** | 38 | | |
| Proceeds from borrowings | | 1,743,353 | 654,242 |
| Increase in long-term financial liabilities | | 1,162 | 2,517 |
| Receipt of government grants | | 86 | - |
| Repayment of borrowings | | (1,452,359) | (658,144) |
| Decrease in long-term financial liabilities | | (16,099) | (9,136) |
| Payment of cash dividends | | (679,998) | (820,102) |
| Payment of interest of hybrid bonds | | (26,353) | (43,600) |
| Repayment of hybrid bonds | | (800,000) | - |
| Net cash used in financing activities | ₩ | (1,230,208) | (874,223) |
| **Effect of exchange rate fluctuation on cash held** | | - | (3,213) |
| **Net increase (decrease) in cash and cash equivalents** | | (73,186) | 211,876 |
| **Cash and cash equivalents at beginning of the period** | 5 | 332,405 | 120,529 |
| **Cash and cash equivalents at end of the period** | 5 ₩ | 259,219 | 332,405 |

*See accompanying notes to the separate financial statements.*

11

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements
## As of December 31, 2018

### 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since June 10, 1988. The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through six overseas liaison offices.

As of December 31, 2018, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 9,342,192 | 10.72 |
| BlackRock Fund Advisors(*1,2,3) | 4,549,553 | 5.22 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 2,894,712 | 3.32 |
| GIC Private Limited | 2,016,887 | 2.31 |
| KB Financial Group Inc. and subsidiaries(*2) | 2,001,820 | 2.30 |
| Others | 66,381,671 | 76.13 |
| | 87,186,835 | 100.00 |

(*1) Includes American Depository Receipts (ADRs) of POSCO, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries and others.
(*3) The number of shares held by the shareholder in accordance with the status report of large-scale share and others on October 4, 2018.

As of December 31, 2018, the shares of the Company are listed on the Korea Exchange, while its ADRs are listed on the New York Stock Exchanges.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**2. Statement of Compliance**

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the *Act on External Audit of Stock Companies, Etc* in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

The separate financial statements were authorized for issue by the Board of Directors on January 30, 2019, and will be submitted for approval at the shareholders' meeting to be held on March 15, 2019.

In 2018, the Company adopted K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments" for the first time.  Changes to significant accounting policies are described in Note 2 "Changes in Accounting Policies".

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments measured at fair value
(b) Financial instruments measured at fair value through profit or loss
(c) Financial instruments measured at fair value through other comprehensive income
(d) Available-for-sale financial assets measured at fair value
(e) Defined benefit liabilities measured at the present value of the defined benefit obligation less the fair value of the plan assets

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency which is the currency of the primary economic environment in which the Company operates.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.   Revisions to accounting estimates are recognized in the period prospectively.

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next fiscal year is included in the following notes:

- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 13 - Property, Plant and Equipment
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 22 - Financial Instruments
- Note 34 - Income taxes
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.   The Company has an established control framework with respect to the measurement of fair values.   This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the financial officer.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

The valuation team regularly reviews significant unobservable inputs and valuation adjustments.   If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible.   Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.   The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

**Changes in Accounting Policies**

The Company has initially adopted K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments" from January 1, 2018. The other accounting standards adopted from January 1, 2018 had no significant effect on the Company's separate financial statements.

The effect of initially applying these standards is mainly attributed to the following:
- Identify the shipping services included in certain sales contracts as a separate performance obligation
- Estimate variable consideration such as sales discount
- Change in classification and subsequent measurement of financial assets
- Increase in impairment loss on financial assets

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

(a) K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115 "Revenue from Contracts with Customers" provides a unified five-step model for determining the timing, measurement and recognition of revenue.   It replaced previous revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts", K-IFRS No. 2031 "Revenue- Barter transactions involving advertising services", K-IFRS No. 2113 "Customer Loyalty Programs", K-IFRS No. 2115 "Agreements for the construction of real estate", and K-IFRS No. 2118 "Transfers of assets from customers".

The Company applied the modified retrospective approach by recognizing the cumulative impact of initially applying the revenue standard as of January 1, 2018, the date of initial application and the Company also decided to apply the practical expedients as allowed by K-IFRS No. 1115 by applying the new standard only to those contracts that are not considered as completed contracts at the date of initial application.   Accordingly, the Company did not restate the financial statements for comparative periods.

The following table summarizes the impact, net of tax, of transition to K-IFRS No. 1115 on retained earnings as of January 1, 2018.

| (in millions of Won) | | Retained earnings |
|---|---|---|
| Shipping services included in the sales contract | ₩ | (510) |
| Variable consideration for sales discounts | | (373) |
| | ₩ | (883) |

The details of new significant accounting policies and impacts of the adoption of K-IFRS No. 1115 are as follows:

1) Identification of performance obligations

The Company operates manufacturing and selling steel rolled products and plates, and certain sales contracts include transport service.   When applying K-IFRS No. 1115, sales of manufactured products or merchandise and delivery of products (i.e. shipping service) are identified as separate performance obligations in the contracts with customers.   For transactions for which the shipping terms are on shipment basis and the customer pays shipping costs, the two performance obligations are separately accounted for because delivery of products is performed after the control over the products is transferred to the customer.   The transaction price allocated to the performance obligation of delivery service is recognized when the obligation of delivery of the product is completed.

16

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

The Company identified shipping service included in the sales contract as a separate performance obligation that will be satisfied over the promised service period.   This change in relevant accounting policy resulted in decreases in revenue and cost of sales increases in contract liabilities and decrease in other payables as of and for the year period ended December 31, 2018.   In addition, the Company has decided to reclassify the costs incurred in the shipping services from selling and administrative expenses to cost of sales during the year ended December 31, 2018.

2) Variable consideration

The Company provides a certain percentage of price discount, if an accounts receivable is collected earlier than a certain collection date.   Under K-IFRS No. 1115, the Company estimates the amount of variable consideration by using the expected value which the Company expects to better predict the amount of consideration.   The Company recognizes revenue with transaction price including variable consideration only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the refund period has lapsed.   This change in relevant accounting policy resulted in increase in revenue and contract liabilities for the year period ended December 31, 2018.

3) Impact of changes in accounting policies

The effects of adoption of K-IFRS No. 1115 to the Company's separate statements of financial position and separate statements of comprehensive income as of and for the year period ended December 31, 2018 are as follows.   There is no material impact on the Company's separate statements of cash flows for the year period ended December 31, 2018.

| *(in millions of Won)* | | As reported | Adjustments of K-IFRS No. 1115 | Amounts without adoption of K-IFRS No. 1115 |
|---|---|---|---|---|
| **Financial statements of financial position** | | | | |
| Current liabilities | ₩ | 3,895,973 | 526 | 3,896,499 |
| Other payables | | 1,072,733 | 16,955 | 1,089,688 |
| Current income tax liabilities | | 803,543 | (366) | 803,177 |
| Other current liabilities | | 54,806 | (16,063) | 38,743 |
| Non-current liabilities | | 4,957,905 | 120 | 4,958,025 |
| Deferred tax liabilities | | 1,179,672 | 120 | 1,179,792 |
| Retained earnings | | 45,175,459 | (646) | 45,174,813 |
| | | | | |
| **Statements of comprehensive income** | | | | |
| Revenue | ₩ | 30,659,425 | 980 | 30,660,405 |
| Cost of sales | | (25,728,293) | (3,089) | (25,731,382) |
| Profit before income tax | | 2,234,899 | (2,109) | 2,232,790 |
| Income tax expense | | (1,162,307) | 580 | (1,161,727) |
| Profit | | 1,072,592 | (1,529) | 1,071,063 |

17

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109 "Financial Instruments" regulates requirements for measurement and recognition of certain contracts in relation to trading financial assets and liabilities or nonfinancial items.  It replaced existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement".

The Company applied retrospectively the standard with exemptions where an entity is not required to restate the comparative information for prior periods in relation to classification and measurement (including impairment) changes.  The Company recognized the cumulative effect resulting from initial application of K-IFRS No. 1109 as reserves and retained earnings of the Company at the date of initial application.

The following table summarizes the impact, net of tax, of transition to K-IFRS No. 1109 on reserves and retained earnings as of January 1, 2018.

| *(in millions of Won)* | | **Reserves** | **Retained earnings** |
|---|---|---|---|
| Classifiaction to fair value through profit or loss in securities and select to fair value through other comprehensive income in equity securities | ₩ | (321,654) | 321,654 |
| Recognition of expected credit losses | | - | (51) |
| | ₩ | (321,654) | 321,603 |

The details of new significant accounting policies and the nature and effect of the changes to previous accounting policies are set out below.

1) Classification and measurement of financial assets and financial liabilities

K-IFRS No. 1109 contains three principal classification categories for financial assets: measured at amortized cost, at fair value through other comprehensive income and at fair value through profit or loss. The classification of financial assets under K-IFRS No. 1109 is generally based on the business model in which a financial asset is managed and its contractual cash flow characteristics. Under K-IFRS No. 1109, derivatives embedded in contracts where the host is a financial asset in the scope of the standard are never separated. Instead, the hybrid financial instrument as a whole is assessed for classification.

18

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

As of January 1, 2018, the date of initial application, measurement categories and carrying amounts of financial assets in accordance with K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement" and K-IFRS No. 1109 "Financial Instruments" are as follows:

| (in millions of Won) | Original classification under K-IFRS No. 1039 | Original carrying amounts under K-IFRS No. 1039 | New classification under K-IFRS No. 1109 | New carrying amounts under K-IFRS No. 1109 |
|---|---|---|---|---|
| Cash and cash equivalents | Loans and receivables | ₩ 332,405 | Amortized cost | ₩ 332,405 |
| Trade accounts and notes receivable(*1) | Loans and receivables | 3,874,929 | Amortized cost | 3,874,859 |
| Other receivables | Loans and receivables | 162,313 | Fair value through profit or loss | 1,898 |
| | | | Amortized cost | 160,415 |
| Equity securities(*2) | Available-for-sale financial assets | 1,324,715 | Fair value through other comprehensive income | 1,324,715 |
| Debt securities | Available-for-sale financial assets | 10,305 | Fair value through profit or loss | 8,050 |
| | | | Fair value through other comprehensive income | 2,255 |
| Other Securities | Available-for-sale financial assets | 60,569 | Fair value through profit or loss | 60,569 |
| Deposit instruments | Loans and receivables | 666,112 | Amortized cost | 666,112 |
| Short-term financial instruments | Loans and receivables | 5,155,702 | Fair value through profit or loss | 5,155,702 |

(*1) As a result of the adoption of K-IFRS No. 1109, as of January 1, 2018, the date of initial application, loss allowance was increased by ₩70 million and retained earnings were decreased by ₩51 million.

(*2) As a result of the adoption of K-IFRS No. 1109, as of January 1, 2018, the date of initial application, with respect to securities classified as fair value through profit or loss and equity securities determined fair value through other comprehensive income, reserves were decreased by ₩321,654 million and retained earnings were increased by ₩321,654 million.

K-IFRS No. 1109 "Financial Instruments" retains most of the requirements of K-IFRS 1039 "Financial Instruments: Recognition and Measurement" for the classification and measurement of financial liabilities.  Accordingly, the application of K-IFRS No. 1109 "financial instruments" has no significant effect on the Company's accounting policies related to financial liabilities.

2) Impairment of financial assets

K-IFRS No. 1109 replaces the incurred loss model in K-IFRS No. 1039 with a forward-looking expected credit loss model for debt instruments, lease receivables, contractual assets, loan commitments, and financial guarantee contracts.

Under K-IFRS No. 1109, impairment losses are likely to be recognized earlier than using the incurred loss model under the existing guidance in K-IFRS No. 1039 as loss allowances is measured either 12-month or lifetime expected credit loss based on the extent of increase in credit risk.

19

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

As of January 1, 2018, the date of initial application, the Company recognized an increase in loss allowance of ₩70 million and a decrease in retained earnings of ₩51 million, respectively.

In addition to the application of K-IFRS No. 1109, the Company applied the amendments to K-IFRS No. 1001 "Presentation of Financial Statements", which requires the recognition of impairment of financial assets to be separated in the separate statements of comprehensive income.   Bad debt expenses and other bad debt expenses are presented as separate items.

### 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.   The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".   The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.   At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction.   Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.   Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

Trade receivables and debt securities issued are initially recognized when they are originated. All other financial assets are initially recognized when the Company becomes a party to the contractual provisions of the instrument.

A financial asset(unless it is a trade receivable without a significant financing component) is initially measured at fair value plus, for an item not at financial assets measured at fair value through profit or loss, transaction costs that are directly attributable to its acquisition or issue. A trade receivable without a significant financing component is initially measured at the transaction price.

On initial recognition, a financial asset is classified as measured at amortized cost, debt instruments measured at fair value through other comprehensive income, equity instruments measured at fair value through other comprehensive income, or financial assets measured at fair value through profit or loss.

Financial assets are not reclassified subsequent to their initial recognition unless the Company changes its business model for managing financial assets, in which case all affected financial assets are reclassified on the first day of the first day of the first reporting period following the change in the business model.

(a) Financial assets measured at amortized cost

A financial asset is measured at amortized cost if it meets both of the following conditions and is not designated as at fair value through profit or loss.
- it is held within a business model whose objective is to hold assets to collect contractual cash flows
- its contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding

Financial assets measured at amortized cost are subsequently measured at amortized cost using the effective interest method.   The amortized cost is reduced by impairment losses. Interest income, gains and losses on foreign currency translation and impairment losses are recognized in profit or loss.   Any gain or loss on derecognition is recognized in profit or loss.

21

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) Debt instruments measured at fair value through other comprehensive income

A debt instrument is measured at fair value through other comprehensive income if it meets both of the following conditions and is not designated as at fair value through profit or loss.
- it is held within a business model whose objective is achieved by both collection contractual cash flows and selling financial assets and
- its contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding

Debt instruments measured at fair value through other comprehensive income are subsequently measured at fair value.  Interest income which is calculated using the effective interest method, gains and losses from foreign currency translation and impairment losses are recognized in profit or loss and other net profit or losses are recognized in other comprehensive income.  At the time of elimination, other accumulated comprehensive income is reclassified to profit or loss.

(c) Equity instruments measured at fair value through other comprehensive income

On initial recognition of an equity investment that is not held for trading, the Company may irrevocably elect to present subsequent changes in the investment's fair value in other comprehensive income.   This election is made on an investment-by-investment basis.

Equity instruments measured at fair value through other comprehensive income are subsequently measured at fair value.   Dividends are recognized as income in profit or loss unless the dividend clearly represents a recovery of part of the cost of the investment. Other net gains and losses are recognized in other comprehensive income and never reclassified to profit or loss.

(d) Financial assets measured at fair value through profit or loss

All financial assets not classified as measured at amortized cost of fair value through other comprehensive income as described above are measured at fair value through profit or loss.  This includes all derivative financial assets.  On initial recognition, the Company may irrevocably designate a financial asset that otherwise meets the requirements to be measured at amortized cost or at fair value through other comprehensive income as at fair value through profit or loss if doing so eliminates or significantly reduces an accounting mismatch that would otherwise arise.

Financial assets measured at fair value through profit or loss are subsequently measured at fair value.   Net gains and losses, including any interest or dividend income, are recognized in profit or loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset. Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method. The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition. The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value. The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs. The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.   Investment property is measured initially at its cost.   Transaction costs are included in the initial measurement.   Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.   The carrying amount of the replaced part is derecognized.   The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.   The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.   The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.    The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.    Land is not depreciated.

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.   Other borrowing costs are recognized in expense as incurred.   A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.   Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.   Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.   The Company immediately recognizes other borrowing costs as an expense.   To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.   The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.   The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

| | |
|---|---|
| Intellectual property rights | 7 years |
| Development expense | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.   All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

**Impairment for financial assets**

The Company recognizes loss allowances for expected credit losses on:

- financial assets measured at amortized cost
- debt instruments measured at fair value through other comprehensive income
- lease receivables, contractual assets, loan commitments, and financial guarantee contracts

If credit risk has increased significantly since the initial recognition, a loss allowance for lifetime expected credit loss is required to be measured at the end of every reporting period. If credit risk has not increased significantly since the initial recognition, a loss allowance is measured based on 12-month expected credit loss.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

If the financial instrument has low credit risk at the end of the reporting period, the Company may assume that the credit risk has not increased significantly since initial recognition. However, a loss allowance for lifetime expected credit losses is required for contract assets or trade receivables that do not contain a significant financing component.

(a) Judgments on credit risk

When determining whether the credit risk of a financial asset has increased significantly since initial recognition and when estimating expected credit losses, the Company considers reasonable and supportable information that is relevant and available without undue cost or effect.  This includes both quantitative and qualitative information and analysis, based on the Company's historical experience and informed credit assessment and including forward-looking information.

The Company assumes that the credit risk on a financial asset has increased significantly if it is more than 30 days past due. The Company considers a financial asset to be in default when the borrower is unlikely to pay its credit obligations to the Company in full, without recourse by the Company to actions such as realizing security (if any is held).  The Company considers a debt security to have low credit risk when its credit risk rating is equivalent to the globally understood definition of 'investment grade.

(b) Measurement of expected credit losses

Lifetime expected credit losses are the expected credit losses that result from all possible default events over the expected life of a financial instrument.  12-month expected credit losses are the portion of lifetime expected credit losses that result from default that are possible within the 12 months after the reporting date.   The maximum period considered when estimating expected credit losses is the maximum contractual period over which the Company is exposed to credit risk.

Expected credit losses are a probability-weighted estimate of credit losses.   Credit losses are measured as the present value of all cash shortfalls such as the difference between the cash flows due to the entity in accordance with the contract and the cash flows that the Company expects to receive.

Expected credit losses for financial assets measured at amortized cost are recognized in profit or loss.  Loss allowances for financial assets measured at amortized cost are deducted from carrying amount of the assets.  For debt instruments measured at fair value through other comprehensive income, the loss allowance is charged to profit or loss and is recognized in other comprehensive income.

29

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) Credit-impaired financial assets

At each reporting date, the Company assesses whether financial assets measured at amortized cost and debt instrument measured at fair value through other comprehensive income are credit-impaired.   A financial asset is 'credit-impaired' when one or more events that have a detrimental impact on the estimated future cash flows of the financial asset have occurred.

Objective evidence that a financial asset or group of financial assets are impaired includes:

- significant financial difficulty of the issuer or borrower
- a breach of contract, such as a default or delinquency in interest or principal payments
- the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
- it becoming probable that the borrower will enter bankruptcy or other financial reorganization
- the disappearance of an active market for that financial asset because of financial difficulties

(d) Write-off

The gross carrying amount of a financial asset is written off when the Company has no reasonable expectations of recovering a financial asset in entirety or a portion.   The Company individually makes an assessment with respect to the timing and amount of write-off based on whether there is a reasonable expectation of recovery based on continuous payments and extinct prescriptions.   The Company expects no significant recovery from the amount written off.   However, financial assets that are written off could still be subject to enforcement activities in order to comply with the Company's procedures for recovery of amounts due.

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from contract assets,  contract assets recognized in accordance with revenue from contracts with customers, employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives that is not designated as a hedging instrument are measured at fair value, and changes therein are recognized in profit or loss.

31

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities measured at fair value through profit or loss or financial liabilities measured at amortized cost in accordance with the substance of the contractual arrangement and the definitions of financial liabilities. The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities measured at fair value through profit or loss

A financial liability is classified as at fair value through profit or loss if it is classified as held-for-trading, it is a derivative or it is designated as such on initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

(b) Financial liabilities measured at amortized cost

Non-derivative financial liabilities other than financial liabilities measured at fair value through profit or loss are classified as financial liabilities measured at amortized cost.   At the date of initial recognition, financial liabilities measured at amortized cost are measured at fair value after deducting transaction costs that are directly attributable to the acquisition.   Financial liabilities measured at amortized cost are measured at amortized cost using the effective interest method subsequently to initial recognition.

(c) Derecognition of financial liabilities

The Company derecognizes a financial liability when its contractual obligations are discharged or cancelled, or expire.   The Company also derecognizes a financial liability when its terms are modified and the cash flows of the modified liability are substantially different, in which case a new financial liability based on the modified terms is recognized at fair value.   On derecognition of a financial liability, the difference between the carrying amount extinguished and the consideration paid (including any non-cash assets transferred or liabilities assumed) is recognized in profit or loss.

32

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service.   When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss.   If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets.   The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid.   If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan.   The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value.   The fair value of plan assets is deducted.   The calculation is performed annually by an independent actuary using the projected unit credit method.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.   The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.   The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.   Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

34

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as follows pursuant to the Act on the Allocation and Trading of Greenhouse Gas Emission Permits which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge and those purchased from the market.   The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and initially measured at cost and subsequently carried at cost less accumulated impairment losses.   Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government when the future economic benefits are no longer expected to be probable.

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas.   Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable.   Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period.   The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.  No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.  When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.  When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue from contracts with customers**

The Company has initially applied K-IFRS No.1115 "Revenue from Contracts with Customers" from January 1, 2018.  Revenue is measured based on the consideration promised in the contract with the customer.  The Company recognizes revenue when the control over a good or service is transferred to the customer.  The following are the revenue recognition policies for performance obligations in the contracts with customers.

(a) Steel products

For domestic sales, the control of the product is usually transferred to the customer when the product is delivered to the customer, at which point in time revenue is recognized.  Invoices are generally payable within 10 to 90 days.  When a customer makes payment prior to the due date, they are offered a discount at certain percentage of the invoice amount.  Only when the price discount period has passed, only the amount of the cumulative revenue that has already been recognized, Income recognized including income.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

For export sales, revenue is recognized at the time when control of the product is transferred to the customer based on the "International Incoterms for Interpretation of Trade Terms" prescribed in the respective contracts.   Invoices are usually issued at the date of bill of lading and revenues are recognized based on the terms of Letter of Credit (L / C), Acceptance Condition (D / A), Payment Condition (D / P), Telegraphic Transfer (T / T) and others.   The Company does not offer price discounts related to prepayment for export.

(b) Transportation services

For the performance obligation for transportation services included in the Company's product sales contracts, revenue is recognized over the period when the services are provided and the revenue is measured by reference to the degree to which the service has been completed.   The billing date and payment terms for the service charge are the same as the billing date and payment terms for sale of steel products.

**Finance income and finance costs**

The Company's finance income and finance costs include:

- interest income;
- interest expense;
- dividend income;
- the foreign currency gain or loss on financial assets and financial liabilities;
- the net gain or loss on financial assets measured at fair value through profit or loss;
- the net gain or loss on the disposal of investments in debt securities measured at fair value through other comprehensive income.

Interest income or expense is recognized using the effective interest method.   Dividend income is recognized in profit or loss on the date on which the Company's right to receive payment is established.   The 'effective interest rate' is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument to:
- the gross carrying amount of the financial asset; or
- the amortized cost of the financial liability.

In calculating interest income and expense, the effective interest rate is applied to the gross carrying amount of the asset (when the asset is not credit-impaired) or to the amortized cost of the liability.   However, for financial assets that have become credit-impaired subsequent to initial recognition, interest income is calculated by applying the effective interest rate to the amortized cost of the financial asset.   If the asset is no longer credit-impaired, then the calculation of interest income reverts to the gross basis.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

The Company recognizes interest and penalties related to corporate tax as if it is applicable to the income taxes, the Company applies K-IFRS 1012 "Income Taxes", if it is not applicable to the income taxes, the Company applies K-IFRS 1037 "Provisions Contingent Liabilities and Contingent Assets".

The Company offsets current tax assets and current tax liabilities if, and only if, the Company:
- has a legally enforceable right to set off the recognized amounts, and
- intends either to settle on a net basis, or to realize the asset and settle the liability simultaneously.

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.   The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

A deferred tax asset is recognized for the carryforward of unused tax losses tax credits and deductible temporary differences to the extent that it is probable that future taxable profit will be available against which the unused tax losses, tax credits and deductible temporary differences can be utilized.   The future taxable profit depends on reversing taxable temporary differences.   When there are insufficient taxable temporary differences, the probability of future taxable profit (including the reversal of temporary differences) should be considered.

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.   Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income.   Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

**New standards and interpretations not yet adopted**

The following new standard has been published but is not mandatory for the Company for annual period beginning on January 1, 2018, and the Company has not early adopted them.

(a) K-IFRS No. 1116 "Leases"

The Company will apply K-IFRS No. 1116 "Leases" for the year beginning on January 1, 2019.   The Company is evaluating analysis of financial impact resulting from adoption of new standards and the estimated effect on the separate financial statements at the date of initial application based on current situation as of December 31, 2018.   However, a reasonable estimation of financial impact is not determined since the analysis of financial impact is not completed.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

K-IFRS No. 1116 "Leases" replaces existing leases guidance, including K-IFRS No. 1017 "Leases", K-IFRS No. 2104 Determining whether an Arrangement contains a Lease, K-IFRS No. 2015 Operating Leases-Incentives and K-IFRS No. 2027 Evaluating the Substance of Transactions Involving the Legal Form of a Lease.

K-IFRS No. 1116 introduces a single accounting model that requires a lessee to recognize lease related asset and liability in the financial statements.   A lessee is required to recognize a right-of-use asset representing its right to use the underlying leased asset and a lease liability representing its obligation to make lease payments.   The lessee may elect not to apply the requirements to short-term lease with a term of 12 months or less at the commencement date or low value assets.   Accounting treatment for lessor is similar to the existing standard which classifies lease into finance and operating lease.

1) Leases in which the Company is a lessee

Upon adoption of K-IFRS No. 1116, the Company will recognize new assets and liabilities for its operating leases.   The nature of expenses related to those leases will change because the Company will recognize a deprecation charge for right-of-use assets and interest expense on lease liabilities.   Previously, the Company recognized operating lease expense on a straight-line basis over the term of the lease term.   It is expected that there will be no significant impact on finance leases.

As of the authorization date for issuance of these separate financial statements, the Company is still evaluating whether certain arrangements related to the use of vessels, warehouses and IT facilities contain leases that shall be accounted for in accordance with K-IFRS No. 1116.   The outcome of such evaluations may have significant impact on the Company's separate financial statements upon adoption of K-IFRS No. 1116.

As a lessee, the Company shall apply K-IFRS No. 1116 using one of the following two transition methods; (a) retrospectively to each prior reporting period presented in accordance with K-IFRS No. 1008 "Accounting Policies, Changes in Accounting Estimates and Errors"; or (b) retrospectively with the cumulative effect of initially applying this standard recognized at the date of initial application.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company intends to apply the modified retrospective approach when initially applying K-IFRS No. 1116 as of January 1, 2019, the date of initial application.   Accordingly, the Company will recognize the accumulated effect resulting from initial application of K-IFRS No. 1115 as retained earnings of the Company at the date of initial application and not restate the financial statements for comparative periods.

The Company plans to apply the practical expedient to grandfather the definition of a lease on transition.   This means that it will apply K-IFRS No. 1116 to all contracts entered into before January 1, 2019 and identified as leases in accordance with K-IFRS No. 1017 and K-IFRS No. 2104.

2) Leases in which the Company is a lessor

As a lessor, the Company expects the adoption of K-IFRS No. 1116 to have no significant impact on its separate financial statements.

(b) K-IFRS No. 2123 "Uncertainty over Tax Treatments"

If there is an uncertainty on tax treatment such as dispute of a particular tax treatment by the taxation authority, the Company determines whether it is probable that the taxation authority will accept an uncertain tax treatment in determining taxable profit, tax bases, unused tax losses, unused tax credits or tax rates.

If the Company concludes it is probable that the taxation authority will accept an uncertain tax treatment, the Company determines the taxable profit (tax loss), tax bases, unused tax losses, unused tax credits or tax rates consistently with the tax treatment used or planned to be used in its income tax filings.   If the Company concludes it is not probable that the taxation authority will accept an uncertain tax treatment, the Company reflects the effect of uncertainty for each uncertain tax treatment by using either of the most likely amount or the expected value depending on which method the entity expects to better predict the resolution of the uncertainty.

The application of K-IFRS No. 2123 "Uncertainty over Tax Treatments" is mandatory for the year beginning on January 1, 2019.   The Company expects the adoption of the standard will not have significant impact on separate financial statements.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

(a) Financial risk management

  1) Risk management framework

   The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

   The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

  2) Credit risk

   Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

   The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company establishes an allowance for impairment that represents its estimate of expected losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.

Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3)  Liquidity risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategic investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

4)  Market risk

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.   The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

①  Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

43

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.   The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.   In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.   The Company reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rate and variable interest rate.   The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

③ Other market price risk

Equity price risk arises from fluctuation of market price of listed equity securities. Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.   Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

(b) Management of capital

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.   The capital structure of the Company consists of equity and net borrowings (after deducting cash and cash equivalents) and current financial instruments from borrowings.   The Company applied the same capital risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2018 and 2017 is as follows:

| *(in millions of Won)* | | **2018** | **2017** |
|---|---|---|---|
| Total borrowings | ₩ | 4,270,970 | 3,901,224 |
| Less: Cash and cash equivalents | | 259,219 | 332,405 |
| Net borrowings | | 4,011,751 | 3,568,819 |
| Total equity | ₩ | 45,272,102 | 45,941,455 |
| Net borrowings-to-equity ratio | | 8.86% | 7.77% |

44

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**5. Cash and Cash Equivalents**

Cash and cash equivalents as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 38,574 | 97,907 |
| Time deposits | | 84,700 | - |
| Other cash equivalents | | 135,945 | 234,498 |
| | ₩ | 259,219 | 332,405 |

**6. Trade Accounts and Notes Receivable**

Trade accounts and notes receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,989,699 | 3,886,950 |
| Less: Allowance for doubtful accounts | | (21,327) | (19,236) |
| | ₩ | 3,968,372 | 3,867,714 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 11,904 | 18,586 |
| Less: Present value discount | | (2,983) | (5,107) |
| Less: Allowance for doubtful accounts | | (1,248) | (705) |
| | ₩ | 7,673 | 12,774 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩176,612 million and ₩83,976 million as of December 31, 2018 and 2017, respectively.  The fair value of trade accounts and notes receivable approximates the carrying amounts and trade accounts and notes receivable are included in short-term borrowings from financial institutions (Note 16).

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 7. Other Receivables

Other receivables as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| **Current** | | | |
| Short-term loans | ₩ | 2,950 | - |
| Other accounts receivable | | 186,951 | 199,724 |
| Others | | 25,065 | 22,476 |
| Less: Allowance for doubtful accounts | | (8,534) | (11,970) |
| | ₩ | 206,432 | 210,230 |
| **Non-current** | | | |
| Long-term loans | ₩ | 26,335 | 22,877 |
| Long-term other accounts receivable | | 36,832 | 44,616 |
| Others | | 2,915 | 2,896 |
| Less: Allowance for doubtful accounts | | (8,315) | (7,968) |
| | ₩ | 57,767 | 62,421 |

### 8. Other Financial Assets

(a) Other financial assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| **Current** | | | |
| Debt securities | ₩ | 21 | - |
| Available-for-sale securities (bonds) | | - | 2,305 |
| Deposit instruments(*1) | | 1,248,715 | 666,080 |
| Short-term financial instruments | | 5,776,407 | 5,155,702 |
| | ₩ | 7,025,143 | 5,824,087 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | 1,265 | - |
| Equity securities | | 1,104,092 | - |
| Debt securities | | 9,667 | - |
| Other securities | | 61,701 | - |
| Available-for-sale securities (equity instruments) | | - | 1,384,784 |
| Available-for-sale securities (others) | | - | 8,500 |
| Deposit instruments(*2) | | 32 | 32 |
| | ₩ | 1,176,757 | 1,393,316 |

(*1) As of December 31, 2018 and December 31, 2017, ₩5,715 million and ₩10,080 million, respectively, are restricted in relation to government assigned project.

(*2) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(b) Equity securities and available-for-sale securities (equity instruments) as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | | | | | 2017 |
|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of equity securities | Book value | Book value |
| **Marketable equity securities** | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation | 15,698,500 | 1.65 | ₩ 473,962 | 301,010 | (172,952) | 301,010 | 430,748 |
| KB Financial group Inc. | 3,863,520 | 0.92 | 178,839 | 179,654 | 815 | 179,654 | 244,947 |
| Woori Bank | 20,280,000 | 3.00 | 244,447 | 316,368 | 71,921 | 316,368 | 319,410 |
| DONGKUK STEEL MILL CO., LTD | 1,786,827 | 1.87 | 10,471 | 12,919 | 2,448 | 12,919 | 19,655 |
| SAMWONSTEEL Co., Ltd. | 5,700,000 | 14.25 | 8,930 | 16,188 | 7,258 | 16,188 | 19,010 |
| DONGKUK INDUSTRIES COMPANY | 2,611,989 | 4.82 | 11,911 | 6,387 | (5,524) | 6,387 | 10,278 |
| Others (8 companies) | | | 61,083 | 42,247 | (18,836) | 42,247 | 52,240 |
| | | | 989,643 | 874,773 | (114,870) | 874,773 | 1,096,288 |
| **Non-marketable equity securities** | | | | | | | |
| Congonhas Minerios S.A.(*1) | 3,658,394 | 2.02 | 221,535 | 182,992 | (38,543) | 182,992 | 145,394 |
| Poongsan Special Metal | 315,790 | 5.00 | 7,657 | 7,657 | - | 7,657 | 7,657 |
| Core-Industry Co., Ltd. | 490,000 | 19.84 | 4,214 | 4,214 | - | 4,214 | 4,214 |
| HANKUM CO., LTD | 21,000 | 4.99 | 4,599 | 4,599 | - | 4,599 | 4,599 |
| AJUSTEEL CO., LTD | 17,000 | 4.36 | 4,165 | 4,165 | - | 4,165 | 4,165 |
| Others (32 companies)(*2) | | | 158,059 | 25,692 | (132,367) | 25,692 | 122,467 |
| | | | 400,229 | 229,319 | (170,910) | 229,319 | 288,496 |
| | | | ₩ 1,389,872 | 1,104,092 | (285,780) | 1,104,092 | 1,384,784 |

(*1) Fair value is based on an analysis performed by an external professional evaluation agency.

(*2) Other securities amounting to ₩60,069 million as of December 31, 2017 are included in book value which is classified as fair value through profit or loss from January 1, 2018, first application date of K-IFRS No. 1109 "Financial Instrument".

47

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 9. Inventories

(a) Inventories as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Finished goods | ₩ | 1,146,961 | 927,413 |
| Semi-finished goods | | 1,343,877 | 1,255,713 |
| By-products | | 6,166 | 8,454 |
| Raw materials | | 1,130,000 | 917,241 |
| Fuel and materials | | 552,270 | 520,341 |
| Materials-in-transit | | 1,120,349 | 916,255 |
| Others | | 555 | 479 |
| | | 5,300,178 | 4,545,896 |
| Less: Allowance for inventories valuation | | (12,169) | (2,363) |
| | ₩ | 5,288,009 | 4,543,533 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | 2,363 | 11,843 |
| Loss on valuation of inventories | | 12,169 | 2,363 |
| Utilization on sale of inventories | | (2,363) | (11,843) |
| Ending | ₩ | 12,169 | 2,363 |

### 10. Assets Held for Sale

Assets held for sale as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Investments in subsidiaries(*1) | ₩ | 25,683 | 34,153 |
| Property, plant and equipment | | - | 392 |
| | ₩ | 25,683 | 34,545 |

(*1) During the year ended December 31, 2017, the Company determined to dispose part of the interest of POSCO Thainox Public Company Limited, subsidiary of the Company, and classified investments in subsidiaries as assets held for sale.  The Company recognized ₩ 7,788 million of impairment loss from the difference between book value and net fair value of the interest, and finished disposal for part of it.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

## 11. Investments in Subsidiaries, Associates and Joint ventures

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Subsidiaries | ₩ | 12,393,106 | 12,129,758 |
| Associates | | 634,094 | 639,229 |
| Joint ventures | | 2,094,139 | 2,329,869 |
| | ₩ | 15,121,339 | 15,098,856 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

(b) Details of subsidiaries and carrying amounts as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | | 2018 | | | | | 2017 |
|---|---|---|---|---|---|---|---|---|
| | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| POSCO DAEWOO Corporation(*1) | Korea | Trading | 77,606,130 | 62.90 | ₩ 2,799,146 | 3,610,164 | 3,407,110 | 3,610,164 |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. | Korea | Engineering and construction | 22,073,568 | 52.80 | 2,567,002 | 1,014,314 | 1,014,314 | 1,014,314 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | 40,234,508 | 89.02 | 1,221,038 | 658,176 | 658,176 | 658,176 |
| POSCO Processing&Service | Korea | Steel sales and trading | 12,568,393 | 93.95 | 526,368 | 385,995 | 385,995 | 385,995 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | 3,412,000 | 56.87 | 222,238 | 108,421 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | 19,700,000 | 95.00 | 124,882 | 103,780 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory manufacturing and sales | 35,442,000 | 60.00 | 693,809 | 100,535 | 100,535 | 100,535 |
| POSCO ES MATERIALS CO.,LTD(*2) | Korea | Secondary battery active material manufacturing and sales | 8,999,630 | 90.00 | 185,303 | 196,409 | 107,096 | 83,309 |
| POSMATE | Korea | Business facility maintenance | 902,946 | 59.80 | 182,319 | 73,374 | 73,374 | 73,374 |
| POSCO ICT | Korea | Computer hardware and software distribution | 99,403,282 | 65.38 | 337,892 | 70,990 | 70,990 | 70,990 |
| POSCO M-TECH(*4,5) | Korea | Packing materials manufacturing and sales | 20,342,460 | 48.85 | 88,251 | 107,278 | 107,278 | 50,857 |
| POSCO Family Strategy Fund | Korea | Investment in venture companies | 460 | 69.11 | 46,944 | 45,273 | 32,457 | 32,457 |
| Busan E&E Co., Ltd.(*6) | Korea | Municipal solid waste fuel and power generation | 6,029,660 | 70.00 | 48,899 | 30,148 | 30,148 | 30,148 |
| Others (9 companies) | Korea | | | | 358,815 | 162,755 | 101,774 | 215,155 |
| | | | | | 9,402,906 | 6,667,612 | 6,301,448 | 6,537,675 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 107,854 | 813,431 | 813,431 | 813,431 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | 617,869,589 | 100.00 | 395,539 | 635,736 | 635,736 | 631,625 |
| POSCO Maharashtra Steel Private Limited | India | Steel manufacturing and sales | 361,789,958 | 100.00 | 449,687 | 722,569 | 722,569 | 722,569 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | 761,775 | 100.00 | 453,907 | 330,623 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 58.60 | 526,652 | 283,845 | 283,845 | 283,845 |
| POSCO Thainox Public Company Limited | Thailand | Stainless steel manufacturing and sales | 6,599,893,819 | 84.66 | 323,097 | 444,506 | 416,612 | 416,612 |
| POSCO SS VINA Co., Ltd.(*3) | Vietnam | Steel manufacturing and sales | - | 100.00 | (33,935) | 241,426 | - | - |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 509,515 | 593,841 | 593,841 | 240,430 |
| POSCO-India Private Limited | India | Steel manufacturing and sales | 764,999,999 | 99.99 | 78,278 | 184,815 | 75,567 | 75,567 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing and sales | 2,686,745,272 | 83.28 | 220,698 | 180,072 | 180,072 | 180,072 |
| POSCO America Corporation | USA | Steel trading | 437,341 | 99.45 | 74,035 | 192,156 | 192,156 | 192,156 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 27,699 | 160,572 | 160,572 | 160,572 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing and sales | - | 95.65 | 37,915 | 144,573 | 144,573 | 144,573 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 83.64 | 92,656 | 130,751 | 130,751 | 130,751 |
| POSCO COATED STEEL (THAILAND) CO., LTD | Thailand | Plate steel manufacturing and sales | 36,000,000 | 100.00 | 91,078 | 121,592 | 121,592 | 121,592 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel and raw material trading | 9,360,000 | 100.00 | 195,899 | 117,710 | 117,710 | 117,710 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | 144,579,160 | 60.00 | (50,292) | 92,800 | 92,800 | 92,800 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | 90,438 | 100.00 | 153,197 | 68,436 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 70.00 | 103,632 | 65,982 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 139,132 | 62,494 | 62,494 | 62,494 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Mine development | 1,390 | 100.00 | 32,796 | 50,297 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | (8,221) | 45,479 | 45,479 | 45,479 |
| POSCO(Guangdong) Coated Steel Co., Ltd. | China | Plate steel sheet manufacturing and sales | - | 87.04 | 31,627 | 31,299 | 31,299 | 31,299 |
| POSCO Argentina S.A.U. | Argentina | Mineral exploration, manufacturing and sales | - | 100.00 | 347,636 | 349,097 | 349,097 | - |
| Others (27 companies) | | | | | 670,281 | 439,521 | 406,124 | 371,742 |
| | | | | | 4,970,362 | 6,503,623 | 6,091,658 | 5,592,083 |
| | | | | | ₩ 14,373,268 | 13,171,235 | 12,393,106 | 12,129,758 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(*1) As of December 31, 2018, the Company performed the impairment test on shares of POSCO DAEWOO Corporation due to evidences of impairment such as continuous decrease of the fair value.   Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 7.84%.   As a result of the impairment test, the Company has recognized ₩203,054 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*2) As of December 31, 2018, the Company performed the impairment test on shares of POSCO ES MATERIALS CO., LTD due to business performance below the expectation.   Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 15.28%.   As a result of the impairment test, the Company has recognized ₩89,313 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*3) As of December 31, 2018, the Company performed the impairment test on shares of POSCO SS VINA Co., Ltd. due to evidences of impairment such as continuous loss. Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 5.45%.   As a result of the impairment test, the Company has recognized ₩ 241,426 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*4) As of December 31, 2018, the fair value of POSCO M-TECH was increased significantly and the recoverable amount is estimated since there is an objective evidence of a decrease in impairment loss recognized in prior periods.   Recoverable amount was determined based on fair value less cost to sell, which was calculated by the stock price as of the valuation date.   The fair value measurement is classified as fair value hierarchy Level 3 considering the inputs used to measure.

(*5) The Company classified POSCO M-TECH as a subsidiary investment in consideration of additional facts and circumstances, such as the relative size of the voting rights held by the Company and the degree of diversification of other voting rights holders, although the Company holds less than half of the voting rights of POSCO M-Tech Co., Ltd.

(*6) As of December 31, 2018 and 2017, the investments in a subsidiary amounting to ₩ 30,148 million were provided as collateral in relation to the loan agreements of Busan E&E Co., Ltd.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) Details of associates and carrying amounts as of December 31, 2018 and 2017 are as follows:

*(in millions of Won)*

| | Country | Principal operations | 2018 | | | | 2017 |
| | | | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| EQP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,316,307,504 | 29.63 | ₩ 551,977 | 169,316 | 169,316 | 169,316 |
| SNNC | Korea | STS material manufacturing and sales | 18,130,000 | 49.00 | 260,427 | 100,655 | 100,655 | 100,655 |
| Others (6 companies) | | | | | (11,563) | 540,468 | 19,052 | 19,052 |
| | | | | | 800,841 | 810,439 | 289,023 | 289,023 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and sales | 3,234,698 | 49.00 | 136,379 | 189,197 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*1) | Canada | Mine investment | 114,452,000 | 10.40 | 1,232,207 | 124,341 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 49,251 | 11,003 | 11,003 | 11,003 |
| Others (4 companies) | | | | | 32,612 | 25,547 | 20,530 | 25,665 |
| | | | | | 1,450,449 | 350,088 | 345,071 | 350,206 |
| | | | | | ₩ 2,251,290 | 1,160,527 | 634,094 | 639,229 |

(*1) As of December 31, 2018, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

(d) Details of joint ventures and carrying amounts as of December 31, 2018 and 2017 are as follows:

*(in millions of Won)*

| | Country | Principal operations | 2018 | | | | 2017 |
| | | | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
|---|---|---|---|---|---|---|---|---|
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 3,623,127 | 1,225,464 | 1,225,464 | 1,225,464 |
| CSP - Compania Siderurgica do Pecem(*2) | Brazil | Steel manufacturing and sales | 1,108,696,532 | 20.00 | 1,375 | 558,821 | 336,600 | 573,830 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 726,810 | 364,609 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Steel materials manufacturing and sales | 2,010,719,185 | 50.00 | 266,897 | 98,962 | 98,962 | 98,962 |
| Others (4 companies) | | | | | 360,554 | 68,504 | 68,504 | 67,004 |
| | | | | | ₩ 4,978,763 | 2,316,360 | 2,094,139 | 2,329,869 |

(*1) As of December 31, 2018 and 2017, the investments in joint ventures amounting to ₩1,225,464 million were provided as collateral in relation to loans from project financing of Roy Hill Holdings Pty Ltd.

(*2) As of December 31, 2018, the Company performed the impairment test on shares of CSP - Compania Siderurgica do Pecem due to evidences of impairment including continuous loss. Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 8.71%. As a result of the impairment test, the Company has recognized ₩235,730 million of impairment losses on its shares due to its carrying amount that significantly exceeded its recoverable amount.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 12. Investment Property, Net

(a) Investment property as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 44,637 | - | 44,637 | 38,035 | - | 38,035 |
| Buildings | | 150,630 | (96,353) | 54,277 | 133,473 | (83,680) | 49,793 |
| Structures | | 22,508 | (13,207) | 9,301 | 21,691 | (12,212) | 9,479 |
| | ₩ | 217,775 | (109,560) | 108,215 | 193,199 | (95,892) | 97,307 |

The fair value of investment property as of December 31, 2018 is ₩483,508 million.

(b) Changes in the carrying amount of investment property for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 38,035 | - | 6,602 | 44,637 |
| Buildings | | 49,793 | (3,715) | 8,199 | 54,277 |
| Structures | | 9,479 | (596) | 418 | 9,301 |
| | ₩ | 97,307 | (4,311) | 15,219 | 108,215 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

2) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 34,213 | - | 3,822 | 38,035 |
| Buildings | | 46,437 | (3,308) | 6,664 | 49,793 |
| Structures | | 5,646 | (585) | 4,418 | 9,479 |
| | ₩ | 86,296 | (3,893) | 14,904 | 97,307 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 13. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | 2018 | | | | | 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land | ₩ 1,458,632 | - | - | - | 1,458,632 | 1,474,993 | - | - | - | 1,474,993 |
| Buildings | 6,078,950 | (3,868,189) | (11,332) | - | 2,199,429 | 6,030,099 | (3,685,001) | (10,699) | - | 2,334,399 |
| Structures | 4,936,474 | (2,679,134) | (13,241) | - | 2,244,099 | 4,880,792 | (2,519,411) | (9,373) | - | 2,352,008 |
| Machinery and equipment | 38,000,342 | (24,892,883) | (195,992) | - | 12,911,467 | 37,370,140 | (23,803,414) | (129,388) | - | 13,437,338 |
| Vehicles | 205,582 | (198,242) | - | - | 7,340 | 203,522 | (196,475) | - | - | 7,047 |
| Tools | 201,564 | (177,700) | - | - | 23,864 | 192,138 | (171,023) | - | - | 21,115 |
| Furniture and fixtures | 259,885 | (223,247) | (351) | - | 36,287 | 251,722 | (220,328) | (344) | - | 31,050 |
| Finance lease assets | 169,094 | (26,293) | - | - | 142,801 | 88,046 | (15,941) | - | - | 72,105 |
| Construction-in-progress | 1,982,037 | - | (846,401) | (5,221) | 1,130,415 | 1,836,350 | - | - | (5,135) | 1,831,215 |
| ₩ | 53,292,560 | (32,065,688) | (1,067,317) | (5,221) | 20,154,334 | 52,327,802 | (30,611,593) | (149,804) | (5,135) | 21,561,270 |

(b) Changes in the carrying amount of property, plant and equipment for the years ended December 31, 2018 and 2017 were as follows:

   1) For the year ended December 31, 2018

| (in millions of Won) | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1,2) | Others(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Land | ₩ 1,474,993 | - | (9,763) | - | - | (6,598) | 1,458,632 |
| Buildings | 2,334,399 | 11,743 | (10,586) | (207,946) | (633) | 72,452 | 2,199,429 |
| Structures | 2,352,008 | 9,837 | (1,469) | (187,572) | (3,868) | 75,163 | 2,244,099 |
| Machinery and equipment | 13,437,338 | 64,645 | (47,128) | (1,677,476) | (88,642) | 1,222,730 | 12,911,467 |
| Vehicles | 7,047 | 412 | - | (5,197) | - | 5,078 | 7,340 |
| Tools | 21,115 | 6,076 | (3) | (10,785) | - | 7,461 | 23,864 |
| Furniture and fixtures | 31,050 | 1,708 | (39) | (8,231) | (7) | 11,806 | 36,287 |
| Finance lease assets | 72,105 | 81,048 | - | (10,352) | - | - | 142,801 |
| Construction-in-progress | 1,831,215 | 1,608,023 | - | - | (846,401) | (1,462,422) | 1,130,415 |
| ₩ | 21,561,270 | 1,783,492 | (68,988) | (2,107,559) | (939,551) | (74,330) | 20,154,334 |

(*1) During 2018, the Company evaluated future economic performance of its Synthetic Natural Gas (SNG) facility that was still in trial run stage.   Considering the continuous decline in LNG price, increase in coal prices and the need for additional capital investment in the SNG facility, the Company concluded that the profitability for the SNG facility is unlikely to be sustainable and decided to terminate the operation of SNG facility as of December 31, 2018.   The property, plant and equipment in the SNG facility are primarily comprised of machinery and equipment, among which assets with a carrying value of ₩180,238 million are expected to be re-used in other facilities of the Company therefore no impairment test was conducted.   For the remaining assets impairment test was performed by estimating the recoverable amount of each individual assets.   For the assets which are determined to be technically obsolete and therefore sale is unlikely, recoverable amount represents expected scrap value less cost of disposal.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

For the assets for which sale is probable, the recoverable amount is determined based on fair value less cost of disposal. Fair value was measured using cost approach, which is based on estimated the current cost to purchase or replace the asset less applicable depreciation and obsolescence. Specifically, the Company used indirect cost approach to estimate the replacement cost for a new asset by applying asset specific inflation factors to the asset's historical cost. Then the Company estimates and deducts depreciation for physical deterioration. Depreciation factors are applied primarily based on estimated useful life of the asset and declining balance depreciation method. The fair value measurement of assets in SNG facility is considered to be level 3 because significant inputs used in the estimate, such as asset specific inflation factors and estimated useful lives, are unobservable.

As a result of the impairment test, the Company recognized an impairment loss of ₩877,764 million in connection with the property, plant and equipment in the SNG facility.

(*2) The Company has recognized an impairment loss amounting to ₩61,787 million since recoverable amount on Strip Casting facilities and others is less than its carrying amount for the period ended December 31, 2018.

(*3) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred to investment properties, and others.

2) For the year ended December 31, 2017

| *(in millions of Won)* | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,472,419 | - | (4,970) | - | - | 7,544 | 1,474,993 |
| Buildings | | 2,451,009 | 2,324 | (4,129) | (217,381) | - | 102,576 | 2,334,399 |
| Structures | | 2,464,391 | 5,712 | (1,876) | (188,449) | (29) | 72,259 | 2,352,008 |
| Machinery and equipment | | 13,577,042 | 71,692 | (77,575) | (1,649,668) | (17,619) | 1,533,466 | 13,437,338 |
| Vehicles | | 11,316 | 521 | - | (7,117) | - | 2,327 | 7,047 |
| Tools | | 23,244 | 3,891 | (8) | (11,289) | (3) | 5,280 | 21,115 |
| Furniture and fixtures | | 33,890 | 3,793 | (29) | (9,063) | - | 2,459 | 31,050 |
| Finance lease assets | | 77,848 | - | - | (5,743) | - | - | 72,105 |
| Construction-in-progress | | 2,146,250 | 1,513,388 | - | - | - | (1,828,423) | 1,831,215 |
| | ₩ | 22,257,409 | 1,601,321 | (88,587) | (2,088,710) | (17,651) | (102,512) | 21,561,270 |

(*1) The Company has recognized impairment losses since recoverable amount on Fe powder factory and ULPC facilities were less than their carrying amount for the year ended December 31, 2017.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred from investment properties, and others.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 444,586 | 740,490 |
| Borrowing costs capitalized | | 15,736 | 24,706 |
| Capitalization rate | | 3.54% | 3.34% |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 14. Intangible Assets, Net

(a) Intangible assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | | 2017 | | | |
|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 45,423 | (21,046) | - | 24,377 | 40,995 | (16,818) | - | 24,177 |
| Membership | | 76,806 | - | (3,623) | 73,183 | 51,276 | - | (2,999) | 48,277 |
| Development expense | | 399,001 | (307,243) | - | 91,758 | 348,326 | (273,521) | - | 74,805 |
| Port facilities usage rights | | 725,151 | (419,441) | - | 305,710 | 706,480 | (396,441) | - | 310,039 |
| Construction-in-progress | | 58,561 | - | - | 58,561 | 55,292 | - | - | 55,292 |
| Other intangible assets | | 362,493 | (259,028) | (11,832) | 91,633 | 285,010 | (257,704) | (11,822) | 15,484 |
| | ₩ | 1,667,435 | (1,006,758) | (15,455) | 645,222 | 1,487,379 | (944,484) | (14,821) | 528,074 |

(b) Changes in the carrying amount of intangible assets for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 24,177 | - | (401) | (5,041) | - | 5,642 | 24,377 |
| Membership(*1) | | 48,277 | 26,869 | (573) | - | (1,007) | (383) | 73,183 |
| Development expense | | 74,805 | 1,901 | - | (33,997) | - | 49,049 | 91,758 |
| Port facilities usage rights | | 310,039 | - | - | (23,001) | - | 18,672 | 305,710 |
| Construction-in-progress | | 55,292 | 59,257 | - | - | - | (55,988) | 58,561 |
| Other intangible assets | | 15,484 | 75,676 | - | (7,062) | (10) | 7,545 | 91,633 |
| | ₩ | 528,074 | 163,703 | (974) | (69,101) | (1,017) | 24,537 | 645,222 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

2) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 22,671 | - | (447) | (4,339) | - | 6,292 | 24,177 |
| Membership(*1) | | 48,512 | - | (235) | - | - | - | 48,277 |
| Development expense | | 102,785 | 2,021 | - | (61,037) | - | 31,036 | 74,805 |
| Port facilities usage rights | | 257,348 | - | - | (19,990) | - | 72,681 | 310,039 |
| Construction-in-progress | | 52,925 | 62,200 | - | - | - | (59,833) | 55,292 |
| Other intangible assets | | 24,649 | 1,573 | (2) | (6,237) | (11,822) | 7,323 | 15,484 |
| | ₩ | 508,890 | 65,794 | (684) | (91,603) | (11,822) | 57,499 | 528,074 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 15. Other Assets

Other current assets and other long-term assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 4,157 | 7,156 |
| Prepaid expenses | | 19,385 | 20,751 |
| | ₩ | 23,542 | 27,907 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 5,089 | 5,395 |
| Others(*1) | | 53,184 | 92,424 |
| | ₩ | 58,273 | 97,819 |

(*1) As of December 31, 2018 and 2017, the Company recognized tax assets amounting to ₩50,112 million and ₩88,633 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits are finalized.

### 16. Borrowings

(a) Borrowings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Short-term borrowings** | | | |
| Short-term borrowings | ₩ | 476,612 | 383,976 |
| Current portion of long-term borrowings | | 375 | 2,715 |
| Current portion of debentures | | 350,000 | 849,644 |
| Less: Current portion of discount on debentures issued | | (125) | (628) |
| | ₩ | 826,862 | 1,235,707 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 1,141 | 1,468 |
| Debentures | | 3,456,367 | 2,672,327 |
| Less: Discount on debentures issued | | (13,400) | (8,278) |
| | ₩ | 3,444,108 | 2,665,517 |

56

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(b)  Short-term borrowings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Short-term borrowings | Korea Development Bank | 2018.12.11 | 2019.05.11 | 2.26 | 300,000 | 300,000 |
| Transfers of account receivables that do not qualify for derecognition | - | - | - | - | 176,612 | 83,976 |
| | | | | | ₩ 476,612 | 383,976 |

(c) Current portion of long-term borrowings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2011.04.28 | 2019.03.15 | 1.75 | ₩  - | 2,715 |
| Debentures | Domestic debentures 307-1 | 2016.05.03 | 2019.05.03 | 1.76 | 349,875 | 469,736 |
| Foreign debentures | - | - | - | - | - | 379,280 |
| | | | | | ₩ 350,250 | 851,731 |

(d) Long-term borrowings excluding current portion, as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Borrowings | - | - | - | - | ₩  - | 375 |
| Foreign borrowings | KOREA ENERGY AGENCY | 2007.12.27~ 2008.12.29 | 2022.12.29 | 3 year Government bond | 1,141 | 1,093 |
| Debentures | Domestic debentures 304-2 and others | 2011.11.28~ 2018.07.05 | 2020.10.04~ 2023.10.04 | 1.88~4.12 | 1,177,704 | 1,028,258 |
| Foreign debentures | Japan Yen private bond and others | 2010.10.28~ 2018.08.01 | 2020.10.28~ 2023.08.01 | 2.70~5.25 | 2,265,263 | 1,635,791 |
| | | | | | ₩ 3,444,108 | 2,665,517 |

## 17. Other Payables

Other payables as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 590,424 | 460,427 |
| Accrued expenses | | 434,379 | 379,797 |
| Dividend payable | | 2,764 | 4,671 |
| Finance lease liabilities | | 10,116 | 6,003 |
| Withholdings | | 35,050 | 11,637 |
| | ₩ | 1,072,733 | 862,535 |
| **Non-current** | | | |
| Long-term accrued expenses | ₩ | 10,964 | 9,625 |
| Finance lease liabilities | | 131,646 | 65,500 |
| Long-term withholdings | | 1,733 | 3,356 |
| | ₩ | 144,343 | 78,481 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**18. Other Financial Liabilities**

Other financial liabilities as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Derivative liabilities | ₩ | - | 9,632 |
| Financial guarantee liabilities | | 12,638 | 13,532 |
| | ₩ | 12,638 | 23,164 |
| **Non-current** | | | |
| Derivative liabilities | ₩ | 34,743 | 74,834 |
| Financial guarantee liabilities | | 45,193 | 54,342 |
| | ₩ | 79,936 | 129,176 |

**19. Provisions**

(a) Provisions as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1,2) | ₩ | 9,786 | 26,963 | 5,893 | - |
| Provision for restoration(*3) | | 9,379 | 20,324 | 12,273 | 17,198 |
| Provision for legal contingencies and claims(*4) | | - | 46,432 | - | 2,052 |
| | ₩ | 19,165 | 93,719 | 18,166 | 19,250 |

(*1) Represents the provision for bonuses limited to 67% of annual salaries for executives.

(*2) The Company estimated the present value of estimated future cash payments about the long-term service reward, based on actuarial measurement and has recognized ₩ 29,126 million of provisions.

(*3) Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province and others, the Company recognized present values of estimated costs for recovery as provisions for restoration as of December 31, 2018. In order to determine the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied discount rates of 2.28%~2.37% to assess present value of these costs.

(*4) The Company has recognized provisions for certain litigations and other contingencies for the year ended December 31, 2018.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Changes in provisions for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| *(in millions of Won)* | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 5,893 | 45,827 | (14,971) | 36,749 |
| Provision for restoration | | 29,471 | 9,097 | (8,865) | 29,703 |
| Provision for legal contingencies and claims | | 2,052 | 44,380 | - | 46,432 |
| | ₩ | 37,416 | 99,304 | (23,836) | 112,884 |

2) For the year ended December 31, 2017

| *(in millions of Won)* | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 3,985 | 22,300 | - | (20,392) | 5,893 |
| Provision for restoration | | 37,178 | 822 | - | (8,529) | 29,471 |
| Provision for legal contingencies and claims | | 2,497 | - | (419) | (26) | 2,052 |
| | ₩ | 43,660 | 23,122 | (419) | (28,947) | 37,416 |

## 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 31,324 | 26,227 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities in the statements of financial position as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,265,675 | 1,108,876 |
| Fair value of plan assets | | (1,264,812) | (1,108,833) |
| Net defined benefit liabilities | ₩ | 863 | 43 |

59

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

2) Changes in present value of defined benefit obligations for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | **2018** | **2017** |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,108,876 | 1,065,255 |
| Current service costs | | 111,033 | 115,113 |
| Interest costs | | 33,757 | 19,468 |
| Remeasurement : | | 132,868 | 25,425 |
|   - Gain from change in financial assumptions | | 113,977 | (53,949) |
|   - Loss (gain) from change in demographic assumptions | | - | 19,428 |
|   - Loss from change in others | | 18,891 | 59,946 |
| Amount transferred from associate | | 241 | - |
| Benefits paid | | (121,100) | (116,385) |
| Defined benefit obligation at the end of period | ₩ | 1,265,675 | 1,108,876 |

3) Changes in the fair value of plan assets for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | **2018** | **2017** |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 1,108,833 | 1,146,876 |
| Interest on plan assets | | 33,756 | 31,697 |
| Remeasurement of plan assets | | (13,416) | (11,643) |
| Contributions to plan assets | | 240,440 | 49,963 |
| Benefits paid | | (104,801) | (108,060) |
| Fair value of plan assets at the end of period | ₩ | 1,264,812 | 1,108,833 |

The Company expects to make an estimated contribution of ₩241,000 million to the defined benefit plan assets in 2019.

4) The fair value of plan assets as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | **2018** | **2017** |
|---|---|---|---|
| Debt instruments | ₩ | 511,406 | 352,413 |
| Deposits | | 748,230 | 747,590 |
| Others | | 5,176 | 8,830 |
| | ₩ | 1,264,812 | 1,108,833 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Current service costs | ₩ | 111,033 | 115,113 |
| Net interest costs(*1) | | 1 | (12,229) |
| | ₩ | 111,034 | 102,884 |

(*1) The actual return on plan assets amounted to ₩20,340 million and ₩20,054 million for the years ended December 31, 2018 and 2017, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Cost of sales | ₩ | 83,615 | 74,040 |
| Selling and administrative expenses | | 26,367 | 27,974 |
| Others | | 1,052 | 870 |
| | ₩ | 111,034 | 102,884 |

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | (182,571) | (162,784) |
| Remeasurements of defined benefit plans | | (146,284) | (37,068) |
| Tax effects | | 40,228 | 17,281 |
| Ending | ₩ | (288,627) | (182,571) |

7) The principal actuarial assumptions as of December 31, 2018 and 2017 are as follows:

| | 2018 | 2017 |
|---|---|---|
| Discount rate | 2.60% | 3.10% |
| Expected future increases in salaries(*1) | 4.60% | 3.72% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past five years.

All assumptions are reviewed at the end of the reporting period.   Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding the other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | **Amount** | **Percentage (%)** | **Amount** | **Percentage (%)** |
| Discount rate | ₩ | (86,515) | (6.8) | 102,558 | 8.1 |
| Expected future increases in salaries | | 104,279 | 8.2 | (89,498) | (7.1) |

9) As of December 31, 2018 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | **Within 1 year** | **1 year - 5 years** | **5 years - 10 years** | **10 years - 20 years** | **After 20 years** | **Total** |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 41,423 | 437,842 | 535,142 | 343,227 | 174,488 | 1,532,122 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining period of service of employees.

## 21. Other Liabilities

Other liabilities as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | **2018** | **2017** |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 9,902 | 27,358 |
| Withholdings | | 25,034 | 25,556 |
| Unearned revenue | | 19,870 | 1,488 |
| | ₩ | 54,806 | 54,402 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 15,264 | 14,292 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 22. Financial Instruments

(a) Classification and fair value of financial instruments

1) The carrying amount and the fair values of financial assets and financial liabilities by fair value hierarchy as of December 31, 2018 and 2017 are as follows:

① December 31, 2018

| (in millions of Won) | | Book value | Fair value | | | |
|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level 3 | Total |
| **Financial assets** | | | | | | |
| Fair value through profit or loss | | | | | | |
| Derivate assets | ₩ | 1,265 | - | 1,265 | - | 1,265 |
| Short-term financial instruments | | 5,776,407 | - | 5,776,407 | - | 5,776,407 |
| Debt securities | | 8,050 | - | - | 8,050 | 8,050 |
| Other securities | | 61,701 | - | - | 61,701 | 61,701 |
| Other receivables | | 2,000 | - | - | 2,000 | 2,000 |
| Fair value through other comprehensive income | | | | | | |
| Equity securities | | 1,104,092 | 874,772 | - | 229,320 | 1,104,092 |
| Debt securities | | 1,638 | - | - | 1,638 | 1,638 |
| Financial assets measured at amortized cost(*1) | | | | | | |
| Cash and cash Equivalents | | 259,219 | - | - | - | - |
| Trade accounts and notes receivable | | 3,967,091 | - | - | - | - |
| Other receivables | | 158,256 | - | - | - | - |
| Deposit instruments | | 1,248,747 | - | - | - | - |
| | ₩ | 12,588,466 | 874,772 | 5,777,672 | 302,709 | 6,955,153 |
| | | | | | | |
| **Financial liabilities** | | | | | | |
| Fair value through profit or loss | | | | | | |
| Derivative liabilities | ₩ | 34,743 | - | 34,743 | | 34,743 |
| Financial liabilities measured at amortized cost(*1) | | | | | | |
| Trade accounts and notes payable | | 1,106,226 | - | - | - | - |
| Borrowings | | 4,270,970 | - | 4,398,178 | - | 4,398,178 |
| Financial guarantee liabilities | | 57,831 | - | - | - | - |
| Others | | 1,206,529 | - | - | - | - |
| | ₩ | 6,676,299 | - | 4,432,921 | - | 4,432,921 |

(*1) Fair value of financial assets and liabilities measured at amortized cost except borrowings approximates carrying amounts.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② December 31, 2017

*(in millions of Won)*

| | | Book value | Fair value | | | |
|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level 3 | Total |
| **Financial assets** | | | | | | |
| Available-for-sale financial assets | ₩ | 1,395,589 | 1,096,288 | - | 299,301 | 1,395,589 |
| Loans and receivables(*1) | | | | | | |
| Cash and cash Equivalents | | 332,405 | - | - | - | - |
| Trade accounts and notes receivable | | 3,874,929 | - | - | - | - |
| Loans and other receivables | | 5,984,127 | - | - | - | - |
| | ₩ | 11,587,050 | 1,096,288 | - | 299,301 | 1,395,589 |
| **Financial liabilities** | | | | | | |
| Financial liabilities at fair value through profit or loss | | | | | | |
| Derivative liabilities | ₩ | 84,466 | - | 84,466 | - | 84,466 |
| Financial liabilities measured at amortized cost(*1) | | | | | | |
| Trade accounts and notes payable | | 1,025,027 | - | - | - | - |
| Borrowings | | 3,901,224 | - | 4,041,204 | - | 4,041,204 |
| Financial guarantee liabilities | | 67,874 | - | - | - | - |
| Others | | 932,405 | - | - | - | - |
| | ₩ | 6,010,996 | - | 4,125,670 | - | 4,125,670 |

(*1) Fair value of financial assets and liabilities measured at amortized cost except borrowings approximates carrying amounts.

2) Financial assets and financial liabilities classified as fair value hierarchy Level 2

Fair values of financial instruments are calculated based on the derivatives instrument valuation model such as market approach method and discounted cash flow method. Inputs of the financial instrument valuation model include interest rate, exchange rate, spot price of underlying assets, volatility and others.   It may change depending on the type of derivatives and the nature of the underlying assets.

3) Financial assets and financial liabilities classified as fair value hierarchy Level 3

① Value measurement method and significant but not observable inputs for the financial assets classified as fair value hierarchy Level 3 as of December 31, 2018 are as follows:

*(in millions of Won)*

| | | Fair value | Valuation technique | Inputs | Range of inputs | Effect on fair value assessment with unobservable input |
|---|---|---|---|---|---|---|
| Financial assets at fair value | ₩ | 182,993 | Discounted cash flows | Discount rate | 10.20% | As discount rate increases, fair value decreases |
| | | 119,716 | Asset value approach | - | - | - |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② Sensitivity analysis of financial assets and financial liabilities classified as Level 3 of fair value hierarchy

If other inputs remain constant as of December 31, 2018 and one of the significant but not observable input is changed, the effect on fair value measurement is as follows:

| *(in millions of Won)* | Input variable | | Favorable changes | Unfavorable changes |
|---|---|---|---|---|
| Financial assets at fair value | Fluctuation 0.5% of discount rate | ₩ | 12,883 | 11,775 |

③ Changes in fair value of financial assets and financial liabilities classified as Level 3 for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | 299,301 | 204,080 |
| Acquisition | | - | 166,407 |
| Gain or loss on valuation of financial assets | | 2,257 | (10,346) |
| Other comprehensive income (loss) | | 37,598 | 32,532 |
| Impairment | | - | (91,898) |
| Disposal and others | | (36,447) | (1,474) |
| Ending | ₩ | 302,709 | 299,301 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

4) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2018. The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | | Guarantee limit | | Guarantee amount | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Foreign currency | Won equivalent | Foreign currency | Won equivalent |
| POSCO Maharashtra | Export-Import Bank of Korea | USD | 180,000,000 | 201,258 | 36,000,000 | 40,251 |
| Steel Private Limited | HSBC | USD | 80,000,000 | 89,448 | 16,000,000 | 17,890 |
| | DBS | USD | 100,000,000 | 111,810 | 20,000,000 | 22,362 |
| | SCB | USD | 66,853,000 | 74,748 | 40,397,800 | 45,169 |
| | ING | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Citi | USD | 30,000,000 | 33,543 | 6,000,000 | 6,708 |
| POSCO ASSAN TST | SMBC | USD | 62,527,500 | 69,912 | 56,274,750 | 62,921 |
| STEEL INDUSTRY | ING | USD | 60,000,000 | 67,086 | 54,000,000 | 60,377 |
| | BNP | USD | 24,000,000 | 26,834 | 21,600,000 | 24,151 |
| POSCO Asia Co., Ltd. | BOC | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Credit Agricole | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| POSCO MEXICO S.A. DE C.V | SMBC | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | CITI BANAMEX | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | BOA | USD | 30,000,000 | 33,543 | 30,000,000 | 33,543 |
| | BTMU | USD | 30,000,000 | 33,543 | 30,000,000 | 33,543 |
| | ING | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| POSCO SS VINA Co., Ltd. | Export-Import Bank of Korea | USD | 249,951,050 | 279,470 | 193,722,717 | 216,601 |
| | BOA | USD | 40,000,000 | 44,724 | 30,976,000 | 34,634 |
| | BTMU | USD | 40,000,000 | 44,724 | 30,976,000 | 34,634 |
| | DBS | USD | 24,400,000 | 27,282 | 18,895,360 | 21,127 |
| POSCO-VIETNAM Co., Ltd. | BTMU | USD | 26,000,000 | 29,071 | 26,000,000 | 29,071 |
| | SMBC | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Credit Agricole | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | Citi | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| | MIZUHO | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD | 567,000,000 | 633,963 | 462,337,014 | 516,939 |
| | SMBC | USD | 140,000,000 | 156,534 | 114,331,913 | 127,835 |
| | BTMU | USD | 119,000,000 | 133,054 | 95,613,913 | 106,906 |
| | SCB | USD | 107,800,000 | 120,531 | 88,459,913 | 98,906 |
| | MIZUHO | USD | 105,000,000 | 117,400 | 84,365,217 | 94,329 |
| | Credit Suisse AG | USD | 91,000,000 | 101,747 | 73,116,522 | 81,752 |
| | HSBC | USD | 91,000,000 | 101,747 | 73,116,522 | 81,752 |
| | ANZ | USD | 73,500,000 | 82,180 | 60,900,609 | 68,093 |
| | BOA | USD | 35,000,000 | 39,134 | 28,121,739 | 31,443 |
| | The Tokyo Star Bank, Ltd | USD | 21,000,000 | 23,480 | 16,873,043 | 18,866 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | The Great & Co. | THB | 5,501,000,000 | 188,959 | 5,501,000,000 | 188,959 |
| LLP POSUK Titanium | SMBC | USD | 15,000,000 | 16,772 | 15,000,000 | 16,772 |
| CSP - Compania | Export-Import Bank of Korea | USD | 182,000,000 | 203,494 | 171,344,336 | 191,580 |
| Siderurgica do Pecem | Santander | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | BNP | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | MIZUHO | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | Credit Agricole | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | SOCIETE GENERALE | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | KfW | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | BBVA Seoul | USD | 17,600,000 | 19,678 | 16,388,154 | 18,324 |
| | ING | USD | 17,600,000 | 19,678 | 16,388,154 | 18,324 |
| | BNDES | BRL | 464,060,000 | 133,686 | 462,554,370 | 133,253 |
| Nickel Mining Company SAS | SMBC | EUR | 46,000,000 | 58,841 | 46,000,000 | 58,841 |
| | | USD | 3,209,031,550 | 3,588,018 | 2,496,035,987 | 2,790,818 |
| | | EUR | 46,000,000 | 58,841 | 46,000,000 | 58,841 |
| | | THB | 5,501,000,000 | 188,959 | 5,501,000,000 | 188,959 |
| | | BRL | 464,060,000 | 133,686 | 462,554,370 | 133,253 |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

5) Finance income and costs by category of financial instrument for the years ended December 31, 2018 and 2017 were as follows:

① For the year ended December 31, 2018

*(in millions of Won)*

| | | Finance income and costs | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Gain and loss on valuation | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | 131,903 | - | - | 1,199 | 3,522 | - | 136,624 | - |
| Financial assets at fair value through other comprehensive income | | - | 76,829 | - | - | - | - | 76,829 | (131,646) |
| Financial assets measured at amortized cost | | 27,769 | - | 12,660 | - | - | - | 40,429 | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | 11,420 | 40,090 | - | 51,510 | - |
| Financial liabilities measured at amortized cost | | (143,233) | - | (129,124) | - | - | 7,860 | (264,497) | - |
| | ₩ | 16,439 | 76,829 | (116,464) | 12,619 | 43,612 | 7,860 | 40,895 | (131,646) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates and joint ventures of ₩130,719 million for the year ended December 31, 2018.

② For the year ended December 31, 2017

*(in millions of Won)*

| | | Finance income and costs | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | - | - | - | - | - | (80,959) | (80,959) | - |
| Available-for-sale financial assets | | 55 | 35,223 | - | 421,559 | (94,350) | - | 362,487 | (50,850) |
| Loans and receivables | | 94,083 | - | (158,090) | - | - | (2,745) | (66,752) | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | - | - | (84,466) | (84,466) | - |
| Financial liabilities measured at amortized cost | | (116,558) | - | 330,525 | - | - | 9,524 | 223,491 | - |
| | ₩ | (22,420) | 35,223 | 172,435 | 421,559 | (94,350) | (158,646) | 353,801 | (50,850) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates and joint ventures of ₩122,684 million for the year ended December 31, 2017.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) Credit risk

1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk.   The maximum exposure to credit risk as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 259,219 | 332,405 |
| Derivative assets | | 1,265 | - |
| Short-term financial instrument | | 5,776,407 | 5,155,702 |
| Debt securities | | 9,688 | - |
| Other securities | | 61,701 | - |
| Available-for-sale financial assets | | - | 10,805 |
| Other receivables | | 160,256 | 162,313 |
| Trade accounts and notes receivable | | 3,967,091 | 3,874,929 |
| Bank deposit | | 1,248,747 | 666,112 |
| | ₩ | 11,484,374 | 10,202,266 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.   As of December 31, 2018 and 2017, the maximum exposure to credit risk caused by financial guarantee amounted to ₩3,171,871 million and ₩3,497,038 million, respectively.

2) Impairment losses on financial assets

The Company assesses the expected credit loss on trade accounts and notes receivable, and other receivables by estimating the default rates based on the following three years of credit loss experience and overdue conditions.   The Company assesses the credit loss individually for credit-impaired assets and some other receivables.

① Allowance for doubtful accounts as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Trade accounts and notes receivable | ₩ | 22,575 | 19,941 |
| Other accounts receivable | | 5,584 | 11,970 |
| Loans | | 11,265 | 7,968 |
| | ₩ | 39,424 | 39,879 |

68

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② Impairment losses on financial assets for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Bad debt expenses | ₩ | 3,661 | 18,133 |
| Impairment loss on available-for-sale securities | | - | 94,350 |

③ The aging and allowance for doubtful accounts of trade accounts and notes receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Trade accounts and notes receivable | Allowance for doubtful accounts | Trade accounts and notes receivable | Allowance for doubtful accounts |
| Not due | ₩ | 3,786,143 | 1,291 | 3,809,914 | 705 |
| Over due less than 1 month | | 186,676 | 4,607 | 47,566 | 1,193 |
| 1 month - 3 months | | 153 | 5 | 4,525 | 160 |
| 3 months - 12 months | | 791 | 23 | 14,630 | 911 |
| Over 12 months | | 24,857 | 16,649 | 23,794 | 16,972 |
| | ₩ | 3,998,620 | 22,575 | 3,900,429 | 19,941 |

④ The aging and allowance for doubtful accounts of loans and other account receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Loans and other account receivable | Allowance for doubtful accounts | Loans and other account receivable | Allowance for doubtful accounts |
| Not due | ₩ | 140,271 | 8,327 | 121,311 | 8,057 |
| Over due less than 1 month | | 106 | - | 8,495 | - |
| 1 month - 3 months | | 163 | - | 90 | - |
| 3 months - 12 months | | 2,950 | 2,950 | 479 | 45 |
| Over 12 months | | 5,635 | 5,572 | 26,505 | 11,836 |
| | ₩ | 149,125 | 16,849 | 156,880 | 19,938 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | 39,879 | 21,228 |
| Initial application of K-IFRS No. 1109 | | 70 | - |
| Bad debt expenses | | 3,661 | 18,133 |
| Others | | (4,186) | 518 |
| Ending | ₩ | 39,424 | 39,879 |

69

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | Book value | Contractual cash flow | Within 3 months | 3 months - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|
| Trade accounts and notes payable | ₩ 1,106,226 | 1,106,226 | 1,106,226 | - | - | - | - |
| Borrowings | 4,270,970 | 4,632,052 | 160,311 | 700,302 | 28,597 | 3,742,842 | - |
| Financial guarantee liabilities(*1) | 57,831 | 3,171,871 | 3,171,871 | - | - | - | - |
| Other financial liabilities | 1,241,272 | 1,276,348 | 1,023,197 | 6,141 | 47,304 | 176,350 | 23,356 |
| | ₩ 6,676,299 | 10,186,497 | 5,461,605 | 706,443 | 75,901 | 3,919,192 | 23,356 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 982,856 | 2,742,712 | 892,188 | 1,892,720 |
| JPY | | 18,809 | 170,291 | 127,956 | 530,150 |
| CNY | | 351,550 | 891 | 316,243 | 371 |
| INR | | 427,151 | - | 395,585 | - |
| Others | | 260,553 | 7,856 | 267,270 | 60,552 |
| | ₩ | 2,040,919 | 2,921,750 | 1,999,242 | 2,483,793 |

2) As of December 31, 2018 and 2017, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (175,986) | 175,986 | (100,053) | 100,053 |
| JPY | | (15,148) | 15,148 | (40,219) | 40,219 |
| CNY | | 35,066 | (35,066) | 31,587 | (31,587) |
| INR | | 42,715 | (42,715) | 39,559 | (39,559) |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 7,312,049 | 6,179,401 |
| Financial liabilities | | (4,411,216) | (3,968,544) |
| | ₩ | 2,900,833 | 2,210,857 |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (1,516) | (4,183) |

2) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

The Company's interest rate risk mainly arises from borrowings with variable interest rate.   As of December 31, 2018 and 2017, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (15) | 15 | (42) | 42 |

71

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2018 and 2017 are as follows:

| (in Won, except per share information) | | 2018 | 2017 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2018, total shares of ADRs of 36,860,288 are equivalent to 9,215,072 of common stock.

(*2) As of December 31, 2018, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2018 and 2017 were as follows:

| (Share) | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|
| | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | 87,186,835 | (7,187,231) | 79,999,604 | 87,186,835 | (7,189,170) | 79,997,665 |
| Disposal of treasury shares | - | 1,528 | 1,528 | - | 1,939 | 1,939 |
| Ending | 87,186,835 | (7,185,703) | 80,001,132 | 87,186,835 | (7,187,231) | 79,999,604 |

(c) Capital surplus as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 784,047 | 783,914 |
| Loss from merger | | (91,310) | (91,310) |
| Loss on disposal of hybrid bonds | | (1,787) | - |
| | ₩ | 1,154,775 | 1,156,429 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | - | - | - | ₩ | - | 800,000 |
| Hybrid bond 1-2(*2) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (616) | (3,081) |
| | | | | ₩ | 199,384 | 996,919 |

(*1) During the year ended December 31, 2018, the Company exercised call option of the hybrid bond.

(*2) Details of hybrid bonds as of December 31, 2018 are as follows:

| | Hybrid bond 1-2 |
|---|---|
| Maturity date | 30 years (The Company has a right to extend the maturity date) |
| Interest rate | Issue date ~ 2023-06-12 : 4.60%<br>Reset every 10 years as follows;<br> · After 10 years : return on government bond (10 years) + 1.40%<br> · After 10 years   : additionally + 0.25% according to Step-up clauses<br> · After 30 years   : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) |
| Others | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The hybrid bond holders' preference in the event of liquidation is higher than the common stock holders, but lower than other creditors.   The interest accumulated but not paid on the hybrid bonds as of December 31, 2018 amounts to ₩479 million.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**25. Reserves**

(a) Reserves as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in fair value of equity investments at fair value through other comprehensive income | ₩ | (207,191) | - |
| Changes in unrealized fair value of available-for-sale investments | | - | 233,390 |
| | ₩ | (207,191) | 233,390 |

(b) Changes in fair value of equity investments at fair value through other comprehensive income and changes in unrealized fair value of available-for-sale investments for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning balance | ₩ | 233,390 | 284,240 |
| Effect of accounting changes | | (321,654) | - |
| Changes in fair value of equity investments | | (176,756) | 261,078 |
| Reclassification to profit or loss upon disposal | | 12,719 | (408,497) |
| Impairment of available-for-sale investments | | - | 94,350 |
| Tax effects | | 45,110 | 2,219 |
| Ending balance | ₩ | (207,191) | 233,390 |

**26. Treasury Shares**

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.   The changes in treasury shares for the years ended December 31, 2018 and 2017 were as follows:

| (shares, in millions of Won) | 2018 | | 2017 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,187,231 ₩ | 1,533,054 | 7,189,170 ₩ | 1,533,468 |
| Disposal of treasury shares | (1,528) | (326) | (1,939) | (414) |
| Ending | 7,185,703 ₩ | 1,532,728 | 7,187,231 ₩ | 1,533,054 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 27. Retained Earnings

(a) Retained earnings as of December 31, 2018 and 2017 are summarized as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 136,667 | 376,667 |
| Appropriated retained earnings for business expansion | | 41,510,500 | 39,510,500 |
| Appropriated retained earnings for dividends | | 944,103 | 947,673 |
| Unappropriated retained earnings | | 1,424,687 | 2,611,026 |
| | ₩ | 45,175,459 | 44,605,368 |

(b) Statements of appropriation of retained earnings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings carried over from prior year | ₩ | 574,597 | 488,721 |
| Cumulative effect of accounting changes | | 320,720 | - |
| Remeasurements of defined benefit plans | | (106,057) | (19,787) |
| Loss on disposal of equity securities | | (12,719) | - |
| Interests of hybrid bonds | | (24,443) | (43,600) |
| Interim dividends | | (400,003) | (359,993) |
| (Dividends (ratio) per share | | | |
| ₩5,000 (100%) in 2018 | | | |
| ₩4,500 (90%) in 2017) | | | |
| Profit for the period | | 1,072,592 | 2,545,685 |
| | | 1,424,687 | 2,611,026 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 136,667 | 240,000 |
| Appropriated retained earnings for dividends | | 531,861 | 3,570 |
| | | 668,528 | 243,570 |
| **Appropriation of retained earnings** | | | |
| Dividends | | 400,006 | 279,999 |
| (Dividends (ratio) per share | | | |
| ₩5,000 (100%) in 2018 | | | |
| ₩3,500 (70%) in 2017) | | | |
| Appropriated retained earnings for business expansion | | 1,100,000 | 2,000,000 |
| | | 1,500,006 | 2,279,999 |
| **Unappropriated retained earnings carried forward to subsequent year** | ₩ | 593,209 | 574,597 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

**28. Revenue**

(a) Details of revenue disaggregated by types of revenue and timing of revenue recognition for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Types of revenue** | | | |
| Sales of steel product | ₩ | 29,676,951 | 28,321,004 |
| Transportation services | | 707,829 | - |
| Others | | 274,645 | 232,811 |
| | ₩ | 30,659,425 | 28,553,815 |
| **Timing of revenue recognition** | | | |
| Revenue recognized at a point in time | ₩ | 29,890,627 | 28,499,796 |
| Revenue recognized over time | | 768,798 | 54,019 |
| | ₩ | 30,659,425 | 28,553,815 |

(b) Details of contract assets and liabilities from contracts with customers as of December 31, 2018 and January 1, 2018, the initial application date of K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments", are as follows:

| (in millions of Won) | | 2018 | The date of initial application (January 1, 2018) |
|---|---|---|---|
| **Receivables** | | | |
| Account receivables | ₩ | 3,967,091 | 3,874,859 |
| **Contract assets** | | | |
| Account receivables | | 8,954 | 5,559 |
| **Contract liabilities** | | | |
| Advance received | | 9,902 | 27,358 |
| Unearned income | | 34,480 | 30,735 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**29. Selling and Administrative Expenses**

(a) Other administrative expenses

Other administrative expenses for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | **2018** | **2017** |
|---|---|---|---|
| Wages and salaries | ₩ | 237,356 | 219,965 |
| Expenses related to post-employment benefits | | 28,652 | 33,170 |
| Other employee benefits | | 56,563 | 43,222 |
| Travel | | 12,112 | 12,475 |
| Depreciation | | 17,804 | 16,800 |
| Amortization | | 30,527 | 58,878 |
| Rental | | 61,933 | 53,537 |
| Repairs | | 15,060 | 7,370 |
| Advertising | | 88,859 | 104,210 |
| Research & development | | 74,820 | 103,818 |
| Service fees | | 181,104 | 165,197 |
| Supplies expenses | | 3,207 | 4,573 |
| Vehicles maintenance | | 5,072 | 6,186 |
| Industry association fee | | 5,495 | 5,439 |
| Training | | 21,966 | 19,157 |
| Conference | | 5,866 | 4,898 |
| Others | | 34,767 | 33,268 |
| | ₩ | 881,163 | 892,163 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Selling expenses

Selling expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Freight and custody expenses(*1) | ₩ | 123,652 | 785,480 |
| Operating expenses for distribution center | | 9,715 | 9,737 |
| Sales commissions | | 85,044 | 111,661 |
| Sales advertising | | 4,738 | 3,662 |
| Sales promotion | | 5,430 | 5,311 |
| Sample | | 1,102 | 1,000 |
| Sales insurance premium | | 4,326 | 5,646 |
| | ₩ | 234,007 | 922,497 |

(*1) During the year ended December 31, 2018, the Company recognized the freight expenses included in selling expenses incurred for the delivery of transportation services identified as a separate performance obligations in cost of sales.

**30. Research and Development Expenditures Recognized as Expenses**

Research and development expenditures recognized as expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 74,820 | 103,818 |
| Cost of sales | | 410,350 | 355,204 |
| | ₩ | 485,170 | 459,022 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 31. Finance Income and Costs

Details of finance income and costs for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| **Finance income** | | | |
| Interest income(*1) | ₩ | 159,672 | 94,138 |
| Dividend income | | 207,548 | 157,907 |
| Gain on foreign currency transactions | | 174,569 | 203,512 |
| Gain on foreign currency translations | | 20,892 | 256,199 |
| Gain on valuation of derivatives | | 41,355 | - |
| Gain on derivative transactions | | 11,420 | - |
| Gain on disposals of available-for-sale investments | | - | 422,380 |
| Gain on valuation of financial assets at fair value through profit or loss | | 3,139 | - |
| Others | | 11,345 | 9,556 |
| | ₩ | 629,940 | 1,143,692 |
| | | | |
| **Finance costs** | | | |
| Interest expenses | ₩ | 143,233 | 116,558 |
| Loss on foreign currency transactions | | 220,149 | 216,182 |
| Loss on foreign currency translations | | 91,776 | 71,094 |
| Loss on valuation of derivatives | | - | 165,425 |
| Impairment loss on available-for-sale investments | | - | 94,350 |
| Others | | 3,168 | 3,598 |
| | ₩ | 458,326 | 667,207 |

(*1) Interest income calculated using the effective interest method for the years ended December 31, 2018 and 2017 were ₩27,769 million and ₩18,342 million, respectively.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 47,941 | 26,284 |
| Gain on disposals of intangible assessts | | 99,378 | 24,542 |
| Reversal of impairment loss on investment in subsidiaries, associates and joint ventures | | 56,420 | 225,860 |
| Premium income | | 11,960 | 4,593 |
| Others(*1,2) | | 90,844 | 154,796 |
| | ₩ | 306,543 | 436,075 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 120,570 | 140,987 |
| Impairment loss on property, plant and equipment | | 940,595 | 17,651 |
| Impairment loss on intangible assets | | 1,293 | 11,822 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Impairment loss on assets held for sale | | 7,788 | 21,873 |
| Donations | | 42,016 | 42,084 |
| Transfer of provisions | | 44,585 | 299 |
| Others(*3) | | 110,713 | 38,037 |
| | ₩ | 2,055,559 | 446,037 |

(*1) During the year ended December 31, 2018, the Company recognized ₩55,306 million of tax refund without corporate tax due to the consequences of appeal to tax tribunal against tax investigation as non-operating income.

(*2) The Company has recognized the refund of VAT amounting to ₩133,103 million as non-operating income in 2017, based on the result of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits for rectification were finalized.

(*3) During the year ended December 31, 2018, the Company recognized ₩52,997 million of additional taxes imposed on value added tax related to imported LNG as non-operating expense.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2018 and 2017 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in inventories(*1) | ₩ | (295,619) | (407,701) |
| Raw materials and consumables used | | 17,418,153 | 16,838,874 |
| Employee benefits expenses(*3) | | 1,819,797 | 1,635,553 |
| Outsourced processing cost | | 2,443,089 | 2,138,917 |
| Depreciation(*2) | | 2,111,870 | 2,092,603 |
| Amortization | | 69,101 | 91,603 |
| Electricity and water expenses | | 624,819 | 655,781 |
| Service fees | | 269,393 | 241,634 |
| Rental | | 83,842 | 74,363 |
| Advertising | | 88,859 | 104,210 |
| Freight and custody expenses | | 859,092 | 785,480 |
| Sales commissions | | 85,044 | 111,661 |
| Loss on disposals of property, plant and equipment | | 120,570 | 140,987 |
| Impairment loss on property, plant and equipment | | 940,595 | 17,651 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Other expenses | | 1,482,328 | 1,416,734 |
| | ₩ | 28,908,932 | 26,111,634 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Wages and salaries | ₩ | 1,675,814 | 1,492,354 |
| Expenses related to post-employment benefits | | 143,983 | 143,199 |
| | ₩ | 1,819,797 | 1,635,553 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**34. Income Taxes**

(a) Income tax expense for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 1,170,211 | 531,666 |
| Deferred income taxes | | (94,224) | 257,930 |
| Items credited directly to equity | | 86,320 | 19,460 |
| Income tax expense | ₩ | 1,162,307 | 809,056 |

(*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The income taxes credited (charged) directly to equity for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in fair value of equity investments at fair value through other comprehensive income | ₩ | 45,110 | 2,219 |
| Remeasurements of defined benefit plans | | 40,228 | 17,281 |
| Gain on disposal of treasury shares | | (50) | (40) |
| Loss on disposal of hybrid bond | | 678 | - |
| Unappropriated retained earnings | | 354 | - |
| | ₩ | 86,320 | 19,460 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 2,234,899 | 3,354,741 |
| Income tax expense computed at statutory rate | | 604,235 | 811,385 |
| Adjustments: | | | |
| Tax credit | | (27,257) | (30,069) |
| Additional Income tax expense for prior years (Over provisions from prior years) | | 31,999 | (25,245) |
| Tax effect from tax audit | | 91,028 | - |
| Investment in subsidiaries, associates and joint ventures | | 233,891 | (24,050) |
| Tax effect due to permanent differences | | (14,129) | (44,064) |
| Deficit not recognized in the past | | - | (32,305) |
| Effect of tax rate change | | - | 150,554 |
| Others(*1) | | 242,540 | 2,850 |
| | | 558,072 | (2,329) |
| Income tax expense | ₩ | 1,162,307 | 809,056 |
| | | | |
| Effective tax rate (%) | | 52.0% | 24.1% |

(*1) Includes the effect of undeductible impairment loss related to Synthetic Natural Gas (SNG) facility.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | December 31, 2017 | Increase (decrease) | December 31, 2018 | December 31, 2016 | Increase (decrease) | December 31, 2017 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (11,778) | 391 | (11,387) | (10,707) | (1,071) | (11,778) |
| Reserve for technology developments | | (37,583) | 37,583 | - | (91,153) | 53,570 | (37,583) |
| PPE - Depreciation | | (10,524) | 8,530 | (1,994) | (17,793) | 7,269 | (10,524) |
| Impairment loss(*1) | | 334,186 | (119,473) | 214,713 | 350,453 | (16,267) | 334,186 |
| Prepaid expenses | | 19,950 | (2,773) | 17,177 | 19,658 | 292 | 19,950 |
| PPE - Revaluation | | (1,823,520) | (49,800) | (1,873,320) | (1,517,978) | (305,542) | (1,823,520) |
| Gain or loss on foreign currency translation | | (29,227) | 4,597 | (24,630) | 10,797 | (40,024) | (29,227) |
| Defined benefit obligations | | 294,112 | 45,349 | 339,461 | 239,377 | 54,735 | 294,112 |
| Plan assets | | (304,920) | (42,894) | (347,814) | (269,257) | (35,663) | (304,920) |
| Accrued revenue | | (3,554) | (573) | (4,127) | (2,586) | (968) | (3,554) |
| Others(*1) | | 288,844 | 20,968 | 309,812 | 228,593 | 60,251 | 288,844 |
| | | (1,284,014) | (98,095) | (1,382,109) | (1,060,596) | (223,418) | (1,284,014) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 28,200 | (13,831) | 14,369 | - | 28,200 | 28,200 |
| Tax credit carry-forward | | - | - | - | 82,212 | (82,212) | - |
| | | 28,200 | (13,831) | 14,369 | 82,212 | (54,012) | 28,200 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in fair value of equity investments at fair value through other comprehensive income(*1) | | (87,332) | 165,922 | 78,590 | (89,551) | 2,219 | (87,332) |
| Remeasurements of defined benefit plans | | 69,250 | 40,228 | 109,478 | 51,969 | 17,281 | 69,250 |
| | | (18,082) | 206,150 | 188,068 | (37,582) | 19,500 | (18,082) |
| | ₩ | (1,273,896) | 94,224 | (1,179,672) | (1,015,966) | (257,930) | (1,273,896) |

(*1) These changes includes the cumulative impact of initial application of K-IFRS No. 1115 and K-IFRS No. 1109.

84

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(e) Deferred tax assets (liabilities) as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to** | | | | | | | |
| **temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (11,387) | (11,387) | - | (11,778) | (11,778) |
| Reserve for technology | | | | | | | |
| developments | | - | - | - | - | (37,583) | (37,583) |
| PPE - Depreciation | | 19,114 | (21,108) | (1,994) | 19,594 | (30,118) | (10,524) |
| Impairment loss | | 214,713 | - | 214,713 | 334,186 | - | 334,186 |
| Prepaid expenses | | 17,177 | - | 17,177 | 19,950 | - | 19,950 |
| PPE - Revaluation | | - | (1,873,320) | (1,873,320) | - | (1,823,520) | (1,823,520) |
| Gain or loss on foreign | | | | | | | |
| currency translation | | 120,861 | (145,491) | (24,630) | 113,051 | (142,278) | (29,227) |
| Defined benefit obligations | | 339,461 | - | 339,461 | 294,112 | - | 294,112 |
| Plan assets | | - | (347,814) | (347,814) | - | (304,920) | (304,920) |
| Accrued revenue | | - | (4,127) | (4,127) | - | (3,554) | (3,554) |
| Others | | 350,430 | (40,618) | 309,812 | 328,209 | (39,365) | 288,844 |
| | | 1,061,756 | (2,443,865) | (1,382,109) | 1,109,102 | (2,393,116) | (1,284,014) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 14,369 | - | 14,369 | 28,200 | - | 28,200 |
| | | | | | | | |
| **Deferred income taxes** | | | | | | | |
| **recognized directly to equity** | | | | | | | |
| Net changes in fair value of equity investments | | | | | | | |
| at fair value through other comprehensive income | | 167,795 | (89,205) | 78,590 | 60,640 | (147,972) | (87,332) |
| Remeasurements of defined | | | | | | | |
| benefit plans | | 109,478 | - | 109,478 | 69,250 | - | 69,250 |
| | | 277,273 | (89,205) | 188,068 | 129,890 | (147,972) | (18,082) |
| | ₩ | 1,353,398 | (2,533,070) | (1,179,672) | 1,267,192 | (2,541,088) | (1,273,896) |

85

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 35. Earnings per Share

Basic and diluted earnings per share for the years ended December 31, 2018 and 2017 were as follows:

| (in Won, except per share information) | | 2018 | 2017 |
|---|---|---|---|
| Profit for the period | ₩ | 1,072,591,562,885 | 2,545,685,288,495 |
| Interests of hybrid bonds, net of tax | | (17,720,986,299) | (33,048,799,997) |
| Weighted-average number of common shares outstanding(*1) | | 80,000,606 | 79,998,600 |
| Basic and diluted earnings per share | ₩ | 13,186 | 31,409 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| (in share) | 2018 | 2017 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,186,229) | (7,188,235) |
| Weighted-average number of common shares outstanding | 80,000,606 | 79,998,600 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2018 and 2017, diluted earnings per share is equal to basic earnings per share.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 36. Related Party Transactions

(a) Significant transactions with related companies for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries(*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 7,827 | 97 | - | 322,924 | 47 | 36,428 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 476,105 | 2,725 | - | - | 9,211 | 1,434 |
| POSCO ICT(*4) | 2,624 | 7,479 | - | 341,472 | 34,376 | 196,252 |
| eNtoB Corporation | 12 | 60 | 377,198 | 27,508 | 390 | 31,455 |
| POSCO CHEMTECH | 417,957 | 35,762 | 531,452 | 21,730 | 319,868 | 2,802 |
| POSCO ENERGY CO., LTD. | 206,638 | 1,445 | - | - | - | - |
| POSCO DAEWOO Corporation | 5,835,226 | 42,888 | 690,345 | - | 57,624 | 4,318 |
| POSCO Thainox Public Company Limited | 299,450 | 5,335 | 10,115 | - | - | 71 |
| POSCO America Corporation | 336,366 | - | - | - | - | 2,486 |
| POSCO Canada Ltd. | - | 2,155 | 300,982 | - | - | - |
| POSCO Asia Co., Ltd. | 1,857,665 | 253 | 536,280 | 650 | 2,449 | 6,524 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 188,252 | 7 | - | - | - | 34 |
| POSCO JAPAN Co., Ltd. | 1,353,313 | 6 | 25,773 | 4,204 | - | 5,411 |
| POSCO-VIETNAM Co., Ltd. | 273,573 | 156 | - | - | - | 8 |
| POSCO MEXICO S.A. DE C.V. | 299,276 | 17 | - | - | - | 35 |
| POSCO Maharashtra Steel Private Limited | 563,618 | 584 | - | - | - | 156 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 196,095 | - | 2,616 | - | - | 5 |
| Others(*5) | 1,158,122 | 44,098 | 456,804 | 31,787 | 264,060 | 140,869 |
| | 13,472,119 | 143,067 | 2,931,565 | 750,275 | 688,025 | 428,288 |
| **Associates and joint ventures(*3)** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 10,904 | 240 | 3,166 | 215,023 | 24,192 | 10,257 |
| SNNC | 5,105 | 4,108 | 558,425 | - | - | 80 |
| POSCO-SAMSUNG-Slovakia Processing Center | 61,981 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 810,196 | - | - | - |
| Others | 14,199 | 54,747 | 64,335 | - | - | 6 |
| | 92,189 | 59,095 | 1,436,122 | 215,023 | 24,192 | 10,343 |
| ₩ | 13,564,308 | 202,162 | 4,367,687 | 965,298 | 712,217 | 438,631 |

(*1) Sales and others are mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others are mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2018, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

(*5) During the year ended December 31, 2018, the Company made loans of ₩2,950 million to Suncheon Eco Trans Co., Ltd., a subsidiary of the Company.  As of December 31, 2018, corresponding amounts of those loans were recorded as allowance for doubtful accounts.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

2) For the year ended December 31, 2017

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3,328 | 71 | - | 151,639 | 32 | 18,352 |
| POSCO Processing&Service | 298,589 | 1 | 113,628 | 4,595 | 8,309 | 404 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 417,369 | 3,533 | - | - | 8,483 | 106 |
| POSCO ICT | 1,697 | 5,097 | - | 315,748 | 29,773 | 183,141 |
| eNtoB Corporation | 1 | 30 | 330,921 | 8,215 | 139 | 26,023 |
| POSCO CHEMTECH | 359,862 | 33,076 | 479,896 | 23,043 | 296,296 | 6,860 |
| POSCO ENERGY CO., LTD. | 179,966 | 1,456 | - | - | - | 2 |
| POSCO DAEWOO Corporation | 5,214,127 | 35,182 | 550,258 | 221 | 44,108 | 1,948 |
| POSCO Thainox Public Company Limited | 218,005 | 9,780 | 10,168 | - | - | - |
| POSCO America Corporation | 345,225 | - | 90 | - | - | 1,776 |
| POSCO Canada Ltd. | 439 | 690 | 278,915 | - | - | - |
| POSCO Asia Co., Ltd. | 1,949,354 | 1,454 | 365,025 | 337 | 1,625 | 4,982 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 161,803 | - | - | - | - | 176 |
| POSCO JAPAN Co., Ltd. | 1,436,159 | 20 | 26,256 | 621 | - | 44,829 |
| POSCO MEXICO S.A. DE C.V. | 276,387 | - | - | - | - | 1,749 |
| POSCO Maharashtra Steel Private Limited | 467,206 | - | - | - | - | 65 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 192,467 | - | - | - | - | - |
| Others | 1,145,123 | 10,058 | 262,828 | 25,271 | 240,687 | 118,577 |
| | 12,667,107 | 100,448 | 2,417,985 | 529,690 | 629,452 | 408,990 |
| **Associates and joint ventures** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 2,947 | 112 | 5,487 | 300,041 | 20,718 | 19,763 |
| SNNC | 6,734 | 712 | 554,151 | - | - | 4 |
| POSCO-SAMSUNG-Slovakia Processing Center | 52,779 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 697,096 | - | - | - |
| CSP - Compania Siderurgica do Pecem | 7,384 | - | 159,501 | - | - | - |
| Others | 14,943 | 52,582 | 79,103 | - | - | 3 |
| | 84,787 | 53,406 | 1,495,338 | 300,041 | 20,718 | 19,770 |
| ₩ | 12,751,894 | 153,854 | 3,913,323 | 829,731 | 650,170 | 428,760 |

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) The related account balances of significant transactions with related companies as of December 31, 2018 and 2017 are as follows:

1) December 31, 2018

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 57 | 5,181 | 5,238 | - | 52,775 | 438 | 53,213 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 55,598 | 317 | 55,915 | - | 25 | 1,194 | 1,219 |
| POSCO ICT | - | 229 | 229 | 1,572 | 112,960 | 8,717 | 123,249 |
| eNtoB Corporation | - | - | - | 10,860 | 22,072 | 11 | 32,943 |
| POSCO CHEMTECH | 40,258 | 3,883 | 44,141 | 19,911 | 58,725 | 19,012 | 97,648 |
| POSCO ENERGY CO., LTD. | 22,163 | 1,700 | 23,863 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 437,554 | 1,056 | 438,610 | 161 | 1,881 | 5,304 | 7,346 |
| POSCO Thainox Public Company Limited | 71,189 | - | 71,189 | 467 | 71 | - | 538 |
| POSCO America Corporation | 14,338 | - | 14,338 | - | 221 | - | 221 |
| POSCO Asia Co., Ltd. | 480,205 | 1,047 | 481,252 | 7,839 | - | - | 7,839 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 52,037 | - | 52,037 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 101,179 | 218 | 101,397 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 390,413 | 1,428 | 391,841 | - | - | - | - |
| Others | 379,950 | 54,407 | 434,357 | 33,183 | 36,591 | 85,745 | 155,519 |
| | 2,044,941 | 69,466 | 2,114,407 | 73,993 | 285,321 | 121,846 | 481,160 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 249 | 10 | 259 | 3,275 | 34,803 | - | 38,078 |
| SNNC | 541 | 61 | 602 | 22,188 | - | - | 22,188 |
| Others | 918 | 910 | 1,828 | 23,214 | 76 | - | 23,290 |
| | 1,708 | 981 | 2,689 | 48,677 | 34,879 | - | 83,556 |
| ₩ | 2,046,649 | 70,447 | 2,117,096 | 122,670 | 320,200 | 121,846 | 564,716 |

2) December 31, 2017

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 2 | 2,908 | 2,910 | - | 21,965 | 674 | 22,639 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 58,184 | 324 | 58,508 | - | 5 | 504 | 509 |
| POSCO ICT | 55 | 217 | 272 | 1,458 | 72,586 | 27,009 | 101,053 |
| eNtoB Corporation | - | - | - | 12,252 | 31,899 | 20 | 44,171 |
| POSCO CHEMTECH | 61,810 | 3,589 | 65,399 | 51,774 | 20,313 | 17,568 | 89,655 |
| POSCO ENERGY CO., LTD. | 33,239 | 1,673 | 34,912 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 483,915 | 12,739 | 496,654 | 10,213 | 2,145 | 5,794 | 18,152 |
| POSCO Thainox Public Company Limited | 57,826 | - | 57,826 | 1,204 | - | - | 1,204 |
| POSCO America Corporation | 5,365 | - | 5,365 | - | - | - | - |
| POSCO Asia Co., Ltd. | 404,857 | 541 | 405,398 | 9,811 | 24 | - | 9,835 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 31,693 | - | 31,693 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 55,696 | 530 | 56,225 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 392,630 | 5,733 | 398,363 | - | - | - | - |
| Others | 384,385 | 49,403 | 433,788 | 15,038 | 59,575 | 31,118 | 105,731 |
| | 1,969,656 | 77,657 | 2,047,313 | 101,750 | 208,512 | 84,112 | 394,374 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 1,946 | 9 | 1,955 | 3,842 | 15,723 | - | 19,565 |
| SNNC | 648 | 61 | 709 | 49,506 | 3 | - | 49,509 |
| Others | 8,350 | 904 | 9,254 | 824 | - | - | 824 |
| | 10,944 | 974 | 11,918 | 54,172 | 15,726 | - | 69,898 |
| ₩ | 1,980,600 | 78,631 | 2,059,231 | 155,922 | 224,238 | 84,112 | 464,272 |

(c) For the years ended December 31, 2018 and 2017, details of compensation to key management officers were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Short-term benefits | ₩ | 44,931 | 45,489 |
| Long-term benefits | | 6,485 | 4,368 |
| Retirement benefits | | 12,308 | 14,593 |
| | ₩ | 63,724 | 64,450 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

89

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 37. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected.  Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.  If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.  All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.  Internal and external lawyers are used for these assessments.  In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

(b) Commitments

1) The Company entered into long-term contracts to purchase iron ore, coal, nickel and others.  The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.  These contracts provide for periodic price adjustments based on the market price.  As of December 31, 2018, 100 million tons of iron ore and 14 million tons of coal remained to be purchased under such long-term contracts.

2) The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.  The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

90

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

3) The Company entered into consecutive voyage charter (CVC) contract for the transportation of raw materials.   As of December 31, 2018, there are 38 vessels under contract and the average remaining contract period is about 10 years.   During the year ended December 31, 2018, the freight expenses related to the CVC contract is USD 668 million.

4) As of December 31, 2018, the Company entered into commitments with KOREA ENERGY AGENCY for long-term foreign currency borrowing, which is limited up to the amount of USD 6.49 million.   The borrowing is related to the exploration of gas hydrates in Western Fergana-Chinabad.   The repayment of the borrowing depends on the success of the project.   The Company is not liable for the repayment of full or part of the money borrowed if the respective project fail.   The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.   As of December 31, 2018, the ending balance of the borrowing amounts to USD 1.02 million.

5) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO ENERGY CO., LTD.

6) The Company provides a supplementary fund of up to ₩9.8 billion to the Company's subsidiary, Busan E&E Co,. Ltd., at the request of creditors such as the Korea Development Bank.

7) The company provides a supplementary funding for the purpose of promoting the Suncheon Bay PRT business of Suncheon Eco Trans Co., Ltd., a subsidiary of the Company, at the request of creditors.   On November 2018, creditors sued the company for subrogation based on a supplemental funding agreement.   The company recognized the provision based on the estimate of the amount and the possibility of any outflows of resources due to the litigation.

(c) As of December 31, 2018, the Company has provided three blank checks to KOREA ENERGY AGENCY as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

The Company is involved in 27 lawsuits, claim for employee right, and claim for subrogation of the Suncheon Bay PRT business aggregating to ₩75.2 billion as defendant as of December 31, 2018, which arise from the ordinary course of business.   The Company has recognized provisions amounting to ₩8 billion for two of 27 lawsuits based on its reliable estimate of outflow of resources.   However, the Company has not recognized any provisions for the other lawsuits and claims since the Company does not believe it has a present obligation as of December 31, 2018.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 38. Statements of Cash Flows

(a) Changes in operating assets and liabilities for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---:|---:|
| Trade accounts and notes receivable, net | ₩ | (102,920) | (706,458) |
| Other accounts receivable | | 14,700 | 35,409 |
| Inventories | | (745,730) | (542,819) |
| Prepaid expenses | | 1,710 | (4,326) |
| Other current assets | | 3,103 | (511) |
| Long-term guarantee deposits | | (22) | (145) |
| Other non-current assets | | 751 | 60 |
| Trade accounts and notes payable | | 84,883 | (54,063) |
| Other accounts payable | | 103,295 | (10,525) |
| Accrued expenses | | 46,550 | (6,412) |
| Advances received | | (2,210) | 21,108 |
| Withholdings | | (3,108) | (4,024) |
| Unearned revenue | | 4,270 | (1,125) |
| Other current liabilities | | 47,670 | (6,576) |
| Derivative liabilities | | (9,632) | - |
| Payments of severance benefits | | (121,100) | (116,385) |
| Plan assets | | (135,639) | 58,097 |
| Other non-current liabilities | | - | (19) |
| | ₩ | (813,429) | (1,338,714) |

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Changes in liabilities arising from financial activities for the years ended December 31, 2018 and 2017 were as follows:

1) December 31, 2018

*(in millions of Won)*

| | | Liabilities | | | | |
|---|---|---|---|---|---|---|
| | | **Short-term borrowings** | **long-term borrowings** | **Dividend payable** | **Long-term financial liabilities** | **Derivatives that hedge long-term borrowings** |
| **Beginning** | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |
| Changes from financing cash flows | | 92,744 | 198,250 | (706,351) | (14,937) | - |
| The effect of changes in foreign exchange rates | | (108) | 77,409 | - | 258 | - |
| Changes in fair values | | - | - | - | - | (50,988) |
| Other changes: | | | | | | |
| Decrease in retained earnings | | - | - | 704,444 | - | - |
| Amortization of discount on debentures issued | | - | 1,451 | - | - | - |
| Increase in finance lease assets | | - | - | - | 81,048 | - |
| **Ending** | ₩ | 476,612 | 3,794,358 | 2,764 | 152,746 | 33,478 |

2) December 31, 2017

*(in millions of Won)*

| | | Liabilities | | | | |
|---|---|---|---|---|---|---|
| | | **Short-term borrowings** | **long-term borrowings** | **Dividend payable** | **Long-term financial liabilities** | **Derivatives that hedge long-term borrowings** |
| **Beginning** | ₩ | 331,370 | 3,811,484 | 4,793 | 93,150 | (70,613) |
| Changes from financing cash flows | | 54,242 | (58,144) | (863,701) | (6,618) | - |
| The effect of changes in foreign exchange rates | | (1,636) | (239,468) | - | (155) | - |
| Changes in fair values | | - | - | - | - | 155,079 |
| Other changes: | | | | | | |
| Decrease in retained earnings | | - | - | 863,579 | - | - |
| Amortization of discount on debentures issued | | - | 3,376 | - | - | - |
| **Ending** | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |

## 39. Events after the Reporting Period

Through the resolution of the board of directors on August 22, 2018, the Company decided to acquire POSCO Processing&Service, a subsidiary, and merged with POSCO Processing&Service on January 1, 2019 as a merger date.   The purpose of the business combination is to promote management rationalization by streamlining fund management, streamlining operations of POSCO Processing&Service and subsidiaries, and enhancing shareholder value based on merger synergies.   The Company delivered treasury shares to shareholders of POSCO Processing&Service rather than issuance of new shares at the date of the merger.

Filed By: jbassney@jmwinton.com, Filed Date: 8/12/19 3:24 PM, Submission Status: Approved

<u>Notice to Readers</u>

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2018 and the review of internal accounting control system pursuant to Article 8-7 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

<u>English Translation of a Report Originally Issued in Korean</u>

To the President of
POSCO:

We have reviewed the accompanying Report on the Operational Status of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2018.  The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS.  Our responsibility is to review management's assessment and issue a report based on our review.  In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on our assessment, we concluded that the Company's ICFR is designed and operated effectively as of December 31, 2018, in all material respects, in accordance with the 'Guidelines for Internal Control over Financial Reporting'."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants.  Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether the Report on the Operational Status of Internal Accounting Control System is free of material misstatement.  Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances.  We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with Korean International Financial Reporting Standards.  Because of its inherent limitations, however, IACS may not prevent or detect misstatements.  Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that the Report on the Operational Status of Internal Accounting Control System as of December 31, 2018 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2018.  We did not review the Company's IACS subsequent to December 31, 2018.  This report has been prepared for Korean regulatory purposes, pursuant to the Act on External Audit of Stock Companies, Etc. and may not be appropriate for other purposes or for other users.

*KPMG Samjong Accounting Corp.*

'Seoul, Korea
March 7, 2019

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2018.

95

Barcode:3877486-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## **Report on the Operations of Internal Accounting Control System**

<u>English Translation of a Report Originally Issued in Korean</u>

To the Shareholders, Board of Directors and Audit Committee of POSCO

We, as the Chief Executive Officer and the Internal Accounting Control Officer of the Company, assessed operating status of the Company's Internal Control over Financial Reporting( "ICFR") for the year ending December 31, 2018.

Design and operation of ICFR is the responsibility of the Company's management, including the Chief Executive Officer and the Internal Accounting Control Officer (collectively, "We").

We evaluated whether the Company effectively designed and operated its ICFR to prevent and detect errors or frauds which may cause a misstatement in financial statements to ensure preparation and disclosure of reliable financial information.

We used the 'Guidelines for Internal Control over Financial Reporting' for evaluating design and operation of the Company's ICFR, established by the Operating Committee of Internal Control over Financial Reporting in Korea (the "ICFR Committee").

Based on our assessment, we concluded that the Company's ICFR is designed and operated effectively as of December 31, 2018, in all material respects, in accordance with the 'Guidelines for Internal Control over Financial Reporting'.

We certify that this report does not contain any untrue statement of a fact, or omit to state a fact necessary to be presented herein. We also certify that this report does not contain or present any statements which might cause material misunderstandings of the readers, and we have reviewed and verified this report with sufficient care.

*January 28, 2019*

Choi, Jeong-Woo,    Chief Executive Officer

Chon Jung-Son,    Internal Accounting Control Officer

96

| Tab. No. | Document | Date | P.R. | C.R. | Pages Included |
|---|---|---|---|---|---|
| **10** | NEXTEEL PMS Rebuttal | 8/12/2019 | 729-737 | 372-383 | All |

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold & Porter

J. David Park
+1 202.942.5646 Direct
David.Park@arnoldporter.com

August 12, 2019

Case No. A-580-876
Total Pages: 655
Administrative Review
POR:  12/1/2017 - 11/30/2018
ITA/E&C/Office II

NEXTEEL's business proprietary
information has been removed from pages
15, 16, 18, and 20, and in Exhibits 13 and 18.

**PUBLIC VERSION**

**VIA ELECTRONIC FILING**

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
Enforcement and Compliance
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC 20230

Re:     **Welded Line Pipe from the Republic of Korea:  NEXTEEL's Particular
Market Situation Comments and Rebuttal Factual Information**

Dear Secretary Ross:

On behalf of NEXTEEL Co., Ltd. ("NEXTEEL"), we hereby submit rebuttal comments

and factual information in response to the Department's July 17, 2019 letter[1] soliciting factual

information to rebut, clarify or correct the factual information contained in Domestic Interested

Parties' June 24, 2019 particular market situation allegation ("Domestic Interested Parties' PMS

---

[1] *See* Department's "Deadline for Submission of Factual Information Relating to Particular
Market Situation Allegations" memorandum, dated July 17, 2019.

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW  |  Washington, DC  20001-3743  |  **www.arnoldporter.com**

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 2

Submission").[2]  The factual information contained in this submission is timely submitted

pursuant to the deadline established by the Department's August 5, 2019 letter.

 In accordance with the Department's request for factual information, NEXTEEL

discusses in detail below the reasons for which the Department should reject Domestic Interested

Parties' particular market situation allegation and provides accompanying factual information in

the exhibits to this submission as referenced below.

## I. DOMESTIC INTERESTED PARTIES HAVE FAILED TO IDENTIFY SUFFICIENT EVIDENCE TO SUPPORT A PARTICULAR MARKET SITUATION INVOLVING DISTORTED PRODUCTION COSTS OF WELDED LINE PIPE

 The Department should dismiss Domestic Interested Parties' allegation that a particular

market situation ("PMS") exists with respect to the cost of production of welded line pipe in

Korea for failure to substantiate their allegation with sufficient evidence.  Domestic Interested

Parties contend that a PMS exists in Korea because of individual and cumulative effects of (1)

the overall distortion of the cost of production of Line Pipe as a result of the countervailable

subsidization of Korean hot-rolled coil ("HRC") products; (2) the distortive pricing of unfairly

traded Chinese hot-rolled coil; (3) anticompetitive strategic alliances between HRS producers

and downstream pipe producers; and (4) the distortive government subsidization of electricity in

Korea.[3]  Domestic Interested Parties in essence argue that because the Department found that a

---

[2] *See* Letter from Domestic Interested Parties, "Welded Line Pipe from the Republic of Korea: Particular Market Situation Allegation and Supporting Factual Information," dated June 24, 2019 ("Domestic Interested Parties' PMS Submission").

[3] Domestic Interested Parties' PMS Submission at 6-7.

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 3

PMS existed with the facts underpinning the original finding in *Oil Country Tubular Goods from Korea* similar to this proceeding the Department should find again that a PMS exists in this proceeding.[4]  Domestic Interested Parties further claim that the Department "would achieve a balance in administering its proceedings" by incorporating persistence in the Department's PMS determinations.[5]

As a threshold matter, Domestic Interested Parties conveniently neglect to acknowledge that the Court of International Trade ("CIT") reversed the Department's PMS finding in *Oil Country Tubular Goods from Korea*, in both the first and the second administrative reviews.  In those appeals, the CIT directed the Department to calculate the dumping margins without any PMS adjustment.  NEXTEEL provides at **Exhibit 1** copies of the CIT's decisions.  As NEXTEEL demonstrates below, Domestic Interested Parties' PMS submission in this proceeding is nothing more than recycling what they have submitted in their PMS allegations in various Korean pipe cases.  NEXTEEL provides factual information based on NEXTEEL's actual production experience and recorded costs and set of verifiable data, rather than outdated and unsubstantiated materials that Domestic Interested Parties present here.

It is well-established that the party alleging the existence of a PMS has the burden of demonstrating that there is a reasonable basis for believing that a PMS exists.[6]  Here, Domestic

---

[4] Domestic Interested Parties' PMS Submission at 4-5.

[5] Domestic Interested Parties' PMS Submission at 3.

[6] *See* Antidumping Duties; Countervailing Duties, 62 Fed. Reg. 27296, 27357 (May 19, 1997) (the "Preamble"); *see also Certain Tapered Roller Bearings From the Republic of Korea: Final*

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 4

Interested Parties have not identified how their allegation is relevant to the current period of

review ("POR") or specific to NEXTEEL, nor have they provided information relevant to the

current POR or NEXTEEL to support their contentions.  Instead, Domestic Interested Parties

rely on old data pre-dating the current POR by several years or information relating to other

Korean pipe producers.  Indeed, the Department has previously found PMS allegations to be

insufficient when the allegations are supported by information that is irrelevant to the period of

review.  We detail the irrelevancy of Domestic Interested Parties' allegations and exhibits below.

A.      **The Negligible Level of Subsidization in the Korean HRC Market Does not**
        **Support a PMS Finding**

First, Domestic Interested Parties claim that the Korean government heavily subsidizes

hot-rolled coil ("HRC") inputs used in the production of welded line pipe and that one of

NEXTEEL's suppliers of HRC, POSCO, has received such subsidies as determined in *Hot-*

*Rolled Steel Flat Products from Korea* investigation.[7]  This is a total myth.  In particular, the

*Hot-Rolled Steel Flat Products from Korea* investigation pertains to the period of 1/1/2014

through 12/31/2014.[8]  The current POR for this welded line pipe proceeding is 12/1/2017 -

11/30/2018.  Thus, Domestic Interested Parties have supported their claim with a non-

contemporaneous determination that pre-dates the current POR by three years.  Indeed, Domestic

---

*Determination of Sales at Less Than Fair Value*, 83 Fed. Reg. 29092 (June 22, 2018),
accompanying Issues & Decision Memorandum at Comment 1 ("Regardless of how a petitioner
may choose to substantiate its allegation, the burden remains with the petitioner to sufficiently
substantiate its allegation so as to prompt further investigation by Commerce.").

[7] *See* Domestic Interested Parties' PMS Submission at 35.

[8] *See* Domestic Interested Parties' PMS Submission at 16, Exhibit 23.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 5

Interest Parties completely ignore the fact that the Department recently completed its first

administrative review of this CVD order, which covers the period of 8/12/2016 through

12/31/2016, where the Department calculated the following subsidy rates:[9]

| | |
|---|---|
| POSCO: | 0.54% |
| Hyundai Steel: | 0.58% |
| Non-Examined Companies: | 0.56% |

At **Exhibit 2**, NEXTEEL provides the Department's decision memorandum along with

calculation memoranda pertaining to POSCO and Hyundai Steel in the first administrative

review of the CVD Order on *Hot-Rolled Steel Flat Products from Korea*.  Domestic Interested

Parties' claim that the Korean government heavily subsidized HRC inputs during the current

POR is therefore completely unsubstantiated.

These findings are (1) based on actual data (not total AFA) and (2) more

contemporaneous than the outdated investigation rates Domestic Interested Parties point to.

Such miniscule levels of subsidization in the hot rolled steel market do not support an affirmative

PMS finding.

B.    **Domestic Interested Parties Overstate the Impact of Chinese Steel Imports in
the Korean Market Place**

Second, Domestic Interested Parties claim that overcapacity in Chinese steel production

has flooded the Korean steel market with cheap Chinese steel products, which places downward

---

[9] *Countervailing Duty Order on Certain Hot-Rolled Steel Flat Products From the Republic of Korea:  Amended Final Results of the Final Administrative Review*, 84 Fed. Reg. 65,604 (July 24, 2019), provided at **Exhibit 2**.

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 6

pressure on Korean domestic steel prices.[10]  However, in support of its claim, Domestic

Interested Parties cite to:

     (1) Petitioners' submission of factual information relating to the PMS in Korea in the

          2017-2018 administrative review of Heavy Walled Rectangular Welded Carbon Steel

          Pipes and Tubes from the Republic of Korea;

     (2) Maverick Tube's August 7, 2017 submission of factual information relating to the

          PMS in Korea, filed in the second administrative review of OCTG from Korea.;

     (3) U.S. Steel's August 7, 2017 submission of factual information relating to the PMS in

          Korea, filed in the second administrative review of OCTG from Korea;

     (4) the Issues and Decision Memorandum of Commerce's final determination in the

          antidumping duty investigation of Biodiesel from Indonesia, where Commerce made

          an affirmative PMS finding and accounted for the PMS using a world market price;

     (5) the Issues and Decision Memorandum for Commerce's final determination in the

          antidumping duty investigation of Biodiesel from Argentina, where Commerce made

          an affirmative PMS finding and accounted for the PMS using a market-determined

          input price. [11]

Again, Domestic Interested Parties cite to submissions and determinations that are not relevant

whatsoever to valuing NEXTEEL's cost of production of welded line pipe in Korea during the

---

[10] *See* Domestic Interested Parties' PMS Submission at 16.

[11] *See Id.*

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 7

POR.  Many of the data and articles provided by Domestic Interested Parties are outdated and do not reflect the market conditions that actually existed during the POR.

In particular, the Domestic Interested Parties rely on news articles to claim that a major Korean HRC producer POSCO's profitability has been adversely affected by imports of steel products from China.[12]  However, POSCO's actual financial results do not show a deterioration in profits.  To the contrary, POSCO's results indicate that its operating profits and net income in 2017 were significantly higher than in 2017 than all prior years.  A table summarizing POSCO's financial results from 2013 to 2017 is provided in **Exhibit 3,** which was obtained from POSCO's website at www.posco.com/homepage/docs/eng5/jsp/invest/financial/s91b5010040c.jsp.  NEXTEEL also provides copies of POSCO's official English language unconsolidated financial statements for 2017 and 2018 at **Exhibit 4**.

Further, contrary to Domestic Interested Parties' assertion, there was in fact decreasing capacity, decreasing exports, and increasing HRC prices during the POR.  OECD Steel Reports from the 2nd and 4th quarters of 2018 (i.e., during the POR) included at **Exhibit 5** show that the Chinese industry targeted significant capacity reductions during these periods.  **Exhibit 6** contains a similar report from the International Monetary Fund, which reports at length on Chinese capacity reductions.

Other analysts have commented on the effects of capacity reductions, particularly with respect to pricing in global markets. **Exhibit 7** contains a report from DBS Group Research on

---

[12] Domestic Interested Parties' PMS Submission at 18-19.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 8

China's supply reforms in the steel sector and the impact of such reforms, and provides specific information related to declines and projected declines in global overcapacity and increasing prices and profitability for steel, presenting a significantly different picture than the petitioners' "flood" of steel.  **Exhibit 8** contains a summary of "Recent Developments in Steelmaking Capacity" from the OECD Steel Committee.  **Exhibit 9** contains an analysis of Chinese HRC pricing since 2015, which shows significant pricing increases during the POR.

In sum, Domestic Interested Parties' claim that Chinese steel products placed downward pressure on Korean domestic steel prices during the POR of the instant proceeding is unsubstantiated and in fact is contradicted by evidence submitted with this letter.

### C.    Domestic Interested Parties Claims Surrounding Alleged "Strategic Alliances" are Unfounded

Third, Domestic Interested Parties claim that the record of this review demonstrates that Korean HRC producers and welded line pipe producers engaged in strategic alliances during the POR.[13]  However, Domestic Interested Parties cite to, among other things, a November 18, 2013 declaration to support their claim.[14]  This old declaration predating the POR by over four years has no relevance to the current POR covering the period of 12/1/2017 - 11/30/2018.

Domestic Interested Parties also submit a decade old Korean Fair Trade Commission decisions purporting to show that Korean HRC suppliers and Korean WLP producers engage in

---

[13] *See* Domestic Interested Parties' PMS Submission at 22.

[14] *See* Domestic Interested Parties' PMS Submission at 22.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 9

strategic alliances.[15]  These decisions are not contemporaneous nor show any alleged alliance between HRC suppliers and pipe producers.  They are part of the materials that petitioner, Maverick Tube, submitted in support of the request to initiate a changed critical circumstances in the investigation on welded line pipe from Korea.  NEXTEEL submits at **Exhibit 10** respondent Hyundai Steel's response and the Department's memorandum declining to initiate a changed critical circumstances review on the basis of this evidence.  Critically, the KFTC decisions are not relevant at all here, as they make no mention of NEXTEEL.

### D.  Domestic Interested Parties' Claims Regarding Electricity do not Support a PMS Finding

Fourth, Domestic Interested Parties claim that the Korean government distorted electricity prices during the POR.[16]  To support this claim, they cite to one of their submissions in the first AD administrative review of *Oil Country Tubular Goods from Korea*, where they also argued that Korean electricity rates were government controlled and distorted.[17]  Their argument in the OCTG proceeding largely cited to questionnaire responses of the Government of Korea in the Department's countervailing duty investigation of *Welded Line Pipe from Korea*, which pertained to the period of 1/1/2013 - 12/31/2013.  Notwithstanding the fact that Domestic Interested Parties are citing to questionnaire responses in an investigation where the Department ultimately determined that countervailable subsidies were not being provided to NEXTEEL,

---

[15] *See* Domestic Interested Parties' PMS Submission at 23-24.

[16] *See* Domestic Interested Parties' PMS Submission at 24.

[17] *See* Domestic Interested Parties' PMS Submission at 25.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 10

Domestic Interested Parties are again citing to information that is not relevant to the current POR.  Further, in the recently completed first administrative review of the CVD Order on *Hot-Rolled Steel Flat Products from Korea*, the Department found <u>no countervailable subsidies with respect to electricity</u> for the production of hot-rolled steel in Korea.  Thus, Domestic Interested Parties have failed to provide support for their claim that Korean electricity prices were distorted during the POR, much less that these prices therefore distorted the cost of production of welded line pipe.

For all the reasons discussed above, the Department should dismiss Domestic Interested Parties' PMS allegation because Domestic Interested Parties have failed to sufficiently substantiate their claims.  It is the burden of the Domestic Interested Parties, and not the respondents or the Department, to substantiate Domestic Interested Parties' PMS allegation.  Thus, the Department can and should determine that Domestic Interested Parties' PMS allegation does not warrant further investigation.

## II.     EVEN IF THE DEPARTMENT DETERMINES THAT THE DOMESTIC INTERESTED PARTIES' ALLEGATION IS SUFFICIENTLY SUBSTANTIATED, NO PARTICULAR MARKET SITUATION EXISTS WITH RESPECT TO HOT-ROLLED STEEL IN KOREA

The threshold question is whether a particular market situation ("PMS") exists "such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade."[18]  Domestic Interested Parties' particular

---

[18] 19 U.S.C. § 1677(b)(e).

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 11

market situation allegation does not establish that a PMS exists in the Korean line pipe or hot-rolled steel markets. Domestic Interested Parties do not provide any evidence or analysis to show that NEXTEEL's costs do not "accurately reflect the cost of production in the ordinary course of trade." Rather, as the record data show, NEXTEEL's hot-rolled input prices are comparable to various record benchmark prices, including those contained in Domestic Interested Parties' PMS Submission. Notwithstanding the Domestic Interested Parties' regression analysis which they claim supports an across the globe increase to any reported HRC price, the fact of the matter is that NEXTEEL pays non-distortive market prices. There is nothing unusual or outside the ordinary course of trade concerning NEXTEEL's HRC input costs. Moreover, even if the Department were to disagree, the various record benchmarks do not support any meaningful adjustment.

### A.    The Department Should not Use CVD Rates as a PMS Adjustment

Domestic Interested Parties' proposal to use the CVD rates from the Department's investigation of *Hot-Rolled Steel Flat Products from Korea* ignores the fact that the rates in that case were premised on adverse facts available, are superseded by the Department's subsequent review (as discussed above), and say nothing about NEXTEEL's actual costs. Domestic Interested Parties also propose to average all subsidy rates in the *Hot-Rolled Steel Flat Products from Korea* investigation to make adjustment to respondents' non-POSCO and non-Korean HRC purchases.[19] Leaving aside for the moment the absurdity of this proposal, as the Department has

---

[19] *See* Domestic Interested Parties' PMS Submission at 35.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 12

determined that these investigation rates are not reflective of the actual level of subsidization, as confirmed in the first review final results.  This proposal ignores the fundamental framework of how the Department's countervailing duty investigation works.  In essence, Domestic Interested Parties request that the Department apply the subsidy findings against *foreign* (i.e., non-Korean) suppliers.  The Department should outright reject such a proposal.

Even if the Department accepts the notion that subsidies can impact dumping calculations, the Department should not use artificial, punitive rates from an outdated case as those rates do not reflect actual commercial or subsidy experience, but instead are artificial plugs designed primarily to encourage participation from an uncooperative party.  There is no basis for the Department to resort to such figures in this case where there is no evidence that NEXTEEL has failed to cooperate or that the AFA rates assigned in the hot-rolled steel case actually reflect the subsidy experience associated with hot-rolled steel production and NEXTEEL's costs.  In the event that the Department looks to subsidy rates as an adjustment factor from the *Hot-Rolled Steel Flat Products from Korea*, the Department should use the subsidy rates (0.54 percent for POSCO (after correction of a ministerial error), 0.58 percent for Hyundai Steel, and 0.56 percent for non-examined respondents) from the recently completed first administrative review of the CVD Order on *Hot-Rolled Steel Flat Products from Korea*.  *See* **Exhibit 2**.  NEXTEEL responds to Domestic Interested Parties' various arguments concerning the use of these rates below.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 13

### B.    Chinese Hot-Rolled Steel

Domestic Interested Parties assert that the Department should increase reported costs for HRC from Chinese suppliers with an adjustment factor that averages all subsidy rates found in *Hot-Rolled Steel Flat Products from Korea*.[20]  There is no valid basis for making any such adjustment because imports from China are not distorting the market in Korea or are otherwise indicative of any particular market situation.  Indeed, imports from China into Korea are not of a volume significant enough to impact the Korean market, which operates under normal market conditions.  To demonstrate this point, at **Exhibit 11-A** NEXTEEL provides annual production data for hot-rolled steel in Korea.  As shown, Korean producers produced 16,957,000 MT of hot-rolled steel sheet products in 2018, or 17,011,000 MT of hot-rolled sheet products during the POR.  Meanwhile, Exhibit 30 of Domestic Interested Parties' PMS Submission, which contains information on the importation of hot-rolled products from China into Korea, shows that Korea only imported 2,958,831 MT of hot-rolled products from China during the POR.[21]  Further demonstrated in **Exhibit 11-B**, hot-rolled coils imported from China during the POR constituted less than 10 percent of the POR hot-rolled coils produced by the Korean hot-rolled producers during the POR.  The average price of the Chinese imports was $613/MT.  There were in fact more imports from Japan during the POR, with the average import price of $618/MT.  Combined

---

[20] *See* Domestic Interested Parties' PMS Submission at 35-38.

[21] *See* Domestic Interested Parties' PMS Submission at Exhibit 30 (specifically the International Steel Statistics Bureau Data, previously submitted by Domestic Interested Parties in their August 7, 2018 PMS Allegation in the 16-17 administrative review as Exhibit 40).

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 14

Chinese and Japanese hot-rolled coil imports during the POR hovered around 23 percent of the entire hot-rolled production in Korea.  Therefore, Domestic Interested Parties point to no data which would indicate that Chinese exports of hot-rolled products constitute a "flood" relative to Korea's production of hot-rolled products.

**Korean Steel Market**

Domestic Interested Parties also submit various articles and reports concerning production and the marketplace in Korea, including news articles concerning potential restructuring and shifts in the steel market.  However, nothing Domestic Interested Parties point to indicates that the market place is so distorted as to justify finding that steel input transactions are outside the ordinary course of trade, or that a particular market situation exists.  Rather, normal market considerations of supply and demand dictate price levels and market activity.

Indeed, while there are supply and demand factors in the marketplace that affect price levels, this is precisely the sort of situation one would expect in an open marketplace such as Korea.  These market factors play out in Korea and across the globe.  At **Exhibits 9** and **12**, NEXTEEL provides Steel Benchmarker pricing data covering the POR, as well as several years prior to the POR.  These materials include prices for various steel products around the globe, highlighting the fact that price levels generally move on a global basis.  (See the historical price line graphs included in the materials).  Of note, the price of steel scrap also moves in the same direction as the price of finished products (indicating that not only is there a global market for steel with prices moving in lock step around the globe, but also that prices move in the same

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 15

direction as input costs). While Domestic Interested Parties make empty claims that Korea is

somehow different, the situation is not "particular" to the Korean market; the market in Korea

functioned as it did in the rest of the world over the relevant period.

At **Exhibit 12**, NEXTEEL presents an extract of the Steel Benchmarker data for the

POR. As shown, the average world export price for hot-rolled steel band during the POR was

$511/MT. The price in Western Europe was $543/MT and in China it was $474/MT.

Confirming the fact that the prices NEXTEEL pays are reflective of market prices and

not indicative of a particular market situation, at **Exhibit 13** NEXTEEL provides calculations of

the per-unit input purchase prices in Korean won and U.S. dollars for HRC inputs it used to

produce line pipe. As shown, NEXTEEL paid an average of $[    ] per MT for its hot-rolled

steel inputs. NEXTEEL's purchase price of the hot-rolled steel inputs is indeed reflective of

market prices and even higher than various record benchmark prices, underscoring the Domestic

Interested Parties' argument that NEXTEEL's input prices are somehow distortive.

For example, in addition to the Steel Benchmarker data described above, at Exhibit 30 of

Domestic Interested Parties' PMS Submission, Domestic Interested Parties provided

COMTRADE data for 2017 imports of hot-rolled steel into Korea for various HTS codes. At

**Exhibit 14**, NEXTEEL provides an analysis of the data presented in Exhibit 30 of Domestic

Interested Parties' PMS Submission. NEXTEEL provides average import values on a number of

bases, and each support the same conclusion -- NEXTEEL's purchases are in line with the

average import benchmark value. This is true whether imports from China are included or

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 16

excluded from the average, and whether all data are included or whether only those imports under HTS subheadings which could actually be used to produce line pipe are included in the average. (Pickled steel imported under HTS subheadings 720825, 720826, and 720827 would likely not be used in producing line pipe, and neither would steel of less than 600mm in HTS subheadings 721114 and 721115. *See* **Exhibit 15** for the relevant description of the Korean HTS codes.) As shown in **Exhibit 14**, no matter how the average import price is calculated, the resulting average is approximately $520-$551/MT. NEXTEEL's reported costs of [     ] is higher than the average import benchmark value.

To summarize, the record data indicates the following benchmark prices for hot-rolled steel inputs during the POR (12/1/2017 - 11/30/2018), except where noted:

| Description | Value ($/MT) | Source |
|---|---|---|
| HRC Imports into Korea | $539 | Ex. 14/Ex. 30 of Domestic Interested Parties' PMS Submission (represents calendar year 2017 value) |
| Global Export Price | $511 | Ex. 12 |
| Western Europe Price | $543 | Ex. 12 |
| China Price | $474 | Ex. 12 |
| NEXTEEL's Actual Costs | [     ] | Ex. 13 |

As described by the statute, the questions before the Department are (1) whether "a particular market situation exists" and (2) whether "the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade."[22] As the materials in Domestic Interested Parties' submissions and those added herein

---

[22] 19 U.S.C. § 1677(b)(e).

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Arnold&Porter**

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 17

confirm, NEXTEEL's costs are consistent with costs one would expect in a functioning economy driven by market forces; thus, no particular market situation exists. Moreover, NEXTEEL's costs are not "outside the ordinary course of trade" and no adjustment is warranted.

The benchmark prices for hot-rolled steel inputs in 2018 and NEXTEEL's reported costs for hot-rolled steel support that NEXTEEL's costs are in the ordinary course of trade. If the market place is so distorted as Domestic Interested Parties claim, one would expect to see the import prices into Korea and/or NEXTEEL's actual costs as outliers from the rest of the global benchmark prices. To the contrary, record evidence confirms that NEXTEEL's costs were reflective of market prices in 2016, in 2017, and again in 2018. Domestic Interested Parties simply fail to point to any record evidence that would indicate that the market place is so distorted as to justify finding that steel input transactions are outside the ordinary course of trade, or that a particular market situation exists. Rather, normal market considerations of supply and demand dictate price levels and market activity as shown in these benchmark prices for 2016, 2017, and 2018. As the global HRC increased significantly over several years, NEXTEEL's input costs for HRC also increased proportionally, indicating that there is nothing distortive about NEXTEEL's reported HRC input costs.

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 18

| Description | 2016 Value ($/MT) | 2017 Value ($/MT) | 2018 Value ($/MT) |
|---|---|---|---|
| HRC Imports into Korea[23] | $334 | $539 | $539[24] |
| Global Export Price[25] | $382 | $530 | $511 |
| Western Europe Price[26] | $460 | $603 | $543 |
| China Price[27] | $344 | $474 | $474 |
| NEXTEEL's Actual Costs[28] | [    ] | [    ] | [    ] |

    **C.**    **The Department Should Reject Domestic Interested Parties' Allegation With Respect to Electricity**

As the Department correctly found in the second administrative review, there is no basis to quantify the effect of the electricity market on the particular market situation,[29] let alone conclude that a particular market situation exists with respect to electricity in Korea.

As a preliminary matter, as with the Department's finding with respect to the *Hot-Rolled Steel from Korea CVD* first administrative review, any allegation as to subsidization with respect to electricity inputs should be addressed under the countervailing duty laws. The countervailing duty laws provide specific measures and calculation methodologies to analyze and address any subsidization within the parameters set forth in the CVD statute. An introduction of a remedy for alleged subsidies into the dumping calculations eviscerates the purpose of the CVD law.

---

[23] Values obtained from **Exhibit 14**, and represent calendar year values.

[24] Values obtained from **Exhibit 14**, and represent calendar year 2017 values. Domestic Interested Parties have not submitted the calendar year 2018 values.

[25] Values calculated from **Exhibits 9 and 12**, and represent calendar year values.

[26] Values calculated from **Exhibits 9 and 12**, and represent calendar year values.

[27] Values calculated from **Exhibits 9 and 12**, and represent calendar year values.

[28] Values obtained from **Exhibit 13**, and represent calendar year values.

[29] *See Certain Oil Country Tubular Goods From the Republic of Korea: Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2015-2016*, 83 Fed. Reg. 17146 (April 18, 2018), accompanying Issues & Decision Memorandum at 30.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 19

Indeed, the Department has examined allegations of subsidized electricity several times in the context of CVD investigations and at each turn has not found any countervailable subsidies with respect to electricity.[30]  Some of the Domestic Interested Parties raised similar allegations in the line pipe CVD investigation – that (1) Korean electricity tariffs are not set in accordance with market principles; and (2) the Korean government intervenes directly and extensively in the market in order to provide below-cost energy to Korean producers.  The Department fully investigated the allegations and verified the respondents' responses, including Korean Electricity Power Corporation's ("KEPCO") standard pricing mechanism and its application in the setting of industrial electricity tariffs.  The Department concluded that electricity pricing in Korea was in accordance with market principles and that no benefit was provided to respondents subject to the investigation.  The Court of International Trade subsequently affirmed the Department's determination.[31]

Domestic Interested Parties repeat the same allegations in this review which the Department has already addressed under the countervailing law.  The Department found no countervailing subsidies with respect to electricity in the CVD investigation of *Welded Line Pipe from Korea*, and also in the recently completed first administrative review of the CVD Order on *Hot-Rolled Steel Flat Products from Korea*.  Simply put, Domestic Interested Parties' allegation with respect to electricity has no basis at all.

---

[30] *See e.g., Welded Line Pipe From the Republic of Korea:  Final Negative Countervailing Duty Determination*, 80 Fed. Reg. 61,365 (Oct. 13, 2015).

[31] *See Maverick Tube Corp. v. United States*, 273 F. Supp.3d 1293 (Ct. Int'l Trade 2017).

## Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 20

Nonetheless, to rebut the materials presented in Domestic Interested Parties' submission, at **Exhibit 16** NEXTEEL provides data from the UK Department for Business, Energy & Industrial Strategy summarizing industrial electricity prices in various countries based on data sourced from the International Energy Agency. Importantly, these data are presented both on a tax-exclusive and tax-inclusive basis. NEXTEEL submits that the relevant comparison is prices on a tax-exclusive basis, as the Department's inquiry should be focused on electricity prices, and not relative differences between tax regimes. In addition, at **Exhibit 17**, NEXTEEL provides average electricity unit prices in Czech Republic, a country with a comparable GDP to Korea. These materials demonstrate that there is nothing distortive about the electricity prices in Korea.

Finally, to the extent the Department considers an adjustment, NEXTEEL submits that electricity costs are not a major factor (representing **[          ]** of TOTCOM) or cost item with respect to line pipe production. *See* **Exhibit 18**. On this basis alone the Department should decline to make any adjustment, and Domestic Interested Parties have pointed to no facts in this case to show that any distortion in electricity prices have a material impact on costs.

**III.    THE DEPARTMENT SHOULD REJECT THE PETITIONERS' PROPOSED REGRESSION ANALYSIS AS A BASIS FOR EVALUATING OR MAKING ANY PMS ADJUSTMENTS TO NEXTEEL'S COSTS**

As a preliminary matter, Domestic Interested Parties' regression model has been structured to show that Korea's hot-rolled steel import AUVs will vary based on the level of global excess steel capacity. However, such an analysis undermines Domestic Interested Parties' basic premise that there is a particular market situation in Korea. Global excess steel capacity is

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Arnold&Porter**

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 21

a factor that impacts the global market, and is not unique to Korea.  Petitioners have said nothing as to the level of capacity utilization in Korea or the level of capacity utilization for NEXTEEL's specific suppliers.  Therefore, the structure of Domestic Interested Parties' regression model, which analyzes the relationship between a country's steel import AUVs and global excess steel capacity, would indicate that there is no market situation "particular" to Korea.  Thus, the regression model prepared by Domestic Interested Parties only supports NEXTEEL's position that there is no particular market situation affecting NEXTEEL's line pipe costs of production.

In short, the regression analysis and claims concerning price effects of the alleged global overcapacity in steel production says nothing as to Korean domestic prices -- all it says is that global prices would be higher if there was less global production capacity.  This is neither surprising nor indicative of any particular market situation in Korea.

Moreover, the regression model advanced by Domestic Interested Parties falls short in many respects, as one example, it only runs up to 2017 (including one month of the POR), but does not cover 2018 (11 months of the POR).  NEXTEEL also supports and joins the comments submitted today by counsel to Hyundai Steel and SeAH.  In their submissions, they demonstrate that Domestic Interested Parties' model is based on faulty and self-serving assumptions, and that even minor modifications to the assumptions yields strikingly different results.  The Department should take these analyses into account in reaching its decision in this administrative review.  In light of these reasoned and supported analyses, the Department should decline to include any regression-based adjustments to the respondents reported costs.  However, should the

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 22

Department seek to use such a regression model, the Department should adopt the suggestions set forth in Hyundai Steel and SeAH's analysis, as their models provide a more accurate and supported estimate of any global market effects on hot rolled steel prices.

**IV.      CONCLUSION**

Domestic Interested Parties have not met their burden of demonstrating that there is a reasonable basis for believing that a PMS exists with respect to the cost of production of welded line pipe in Korea.  As set forth above, Domestic Interested Parties have not provided evidence relevant to the current POR or NEXTEEL to substantiate each of their claims that purportedly lead to the existence of a PMS.  Domestic Interested Parties' PMS allegation can be dismissed on that basis alone.  Furthermore, Domestic Interested Parties' PMS allegation is not supportable because the available record evidence, including that contained in Domestic Interested Parties' PMS Submission, support that NEXTEEL's input costs are based on typical, market driven forces.  The threshold question is whether a particular market situation exists "such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade."  Domestic Interested Parties simply have failed to show this.

NEXTEEL urges the Department to look to its well-reasoned preliminary determination in the first review of *Oil Country Tubular Goods from Korea,* in which the Department found that no PMS existed with respect to OCTG production in Korea.  At **Exhibit 19**, NEXTEEL

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 23

provides that decision memorandum along with correspondence the Department placed on the record of that review.

$$* \qquad * \qquad * \qquad * \qquad *$$

Pursuant to 19 C.F.R. § 351.304, NEXTEEL respectfully requests confidential treatment for the proprietary information in the submission.  This information enclosed in brackets is entitled to business proprietary treatment because it is related to NEXTEEL's cost of production, and other confidential information regarding NEXTEEL's business operations, the disclosure of which would cause substantial competitive harm to NEXTEEL.  All business proprietary information is deleted from the public version of this submission.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
August 12, 2019
Page 24

      In accordance with the Department's regulations, we are filing this submission

electronically via ACCESS at http://access.trade.gov and are serving copies today on parties

indicated on the attached certificate of service.  If the Department has any questions regarding

this submission or requires any additional information, please do not hesitate to contact the

undersigned.

                                 Respectfully submitted,


                                 /s/ J. David Park
                                 J. David Park
                                 Phyllis L. Derrick
                                 Henry D. Almond
                                 Rick Johnson
                                 Daniel R. Wilson
                                 Leslie C. Bailey
                                 Jean Chang
                                 Kang Woo Lee
                                 Henry B. Morris*

                                 ARNOLD & PORTER KAYE SCHOLER LLP
                                 *Counsel to NEXTEEL Co., Ltd.*

*\*Admitted in Virginia only; practicing law in the District of Columbia during the pendency of his application for admission to the D.C. Bar under the supervision of lawyers of the firm who are members in good standing of the D.C. Bar.*

**WELDED LINE PIPE FROM THE REPUBLIC OF KOREA (A-580-876)**
**(POR: 12/01/2017 – 11/30/2018)**

**COMPANY CERTIFICATION**

I, _HWANG BIN, YIM_____, currently employed by NEXTEEL Co., Ltd.

("NEXTEEL"), certify that I prepared or otherwise supervised the preparation of the attached

submission of *NEXTEEL's Particular Market Situation Comments and Rebuttal Factual*

*Information,* filed on August 12, 2019, pursuant to the 12/01/2017 – 11/30/2018 antidumping

duty administrative review of Welded Line Pipe from the Republic of Korea (A-580-876).  I

certify that the public information and any business proprietary information of NEXTEEL

contained in this submission is accurate and complete to the best of my knowledge.  I am aware

that the information contained in this submission may be subject to verification or corroboration

(as appropriate) by the U.S. Department of Commerce.  I am also aware that U.S. law (including,

but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly

and willfully make material false statements to the U.S. Government.  In addition, I am aware

that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the

Department may preserve this submission, including a business proprietary submission, for

purposes of determining the accuracy of this certification.  I certify that a copy of this signed

certification will be filed with this submission to the U.S. Department of Commerce.

*Signature:* _____이 황 비_____

*Date:* _____August 12, 2019_____

WELDED LINE PIPE FROM THE REPUBLIC OF KOREA (A-580-876)

LEGAL REPRESENTATIVE CERTIFICATION


I, Henry D. Almond, with Arnold & Porter Kaye Scholer LLP, counsel to NEXTEEL Co.,

Ltd. ("NEXTEEL"), certify that I have read the attached submission of *NEXTEEL's Particular*

*Market Situation Comments and Rebuttal Factual Information*, filed on August 12, 2019,

pursuant to the antidumping duty administrative review of Welded Line Pipe from Korea

(A-580-876) (POR: 12/01/2017 to 11/30/2018). In my capacity as counsel, I certify that the

information contained in this submission is accurate and complete to the best of my knowledge.

I am aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal

sanctions on individuals who knowingly and willfully make material false statements to the U.S.

Government. In addition, I am aware that, even if this submission may be withdrawn from the

record of the AD/CVD proceeding, the Department may preserve this submission, including a

business proprietary submission, for purposes of determining the accuracy of this certification. I

certify that a copy of this signed certification will be filed with this submission to the U.S.

Department of Commerce.



**Signature:** _____

**Date:** _____8/12/2019_____

## <u>PUBLIC CERTIFICATE OF SERVICE</u>

**Welded Line Pipe from Korea**
**Case No. A-580-876**
**(12/01/2017-11/30/2018)**

I hereby certify that, on this day, copies of the foregoing submission was served upon the following parties via hand delivery:

<u>On Behalf of California Steel Industries,</u>
<u>TMK IPSCO and Welspun Tubular LLC</u>
<u>USA</u>:
Roger B. Schagrin
Schagrin Associates
900 7th Street, NW, Suite 500
Washington, DC 20001

<u>On Behalf of Hyundai Steel Company</u>:
Jarrod M. Goldfeder
Trade Pacific PLLC
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC 20003

<u>On Behalf of Stupp Corporation, a division of</u>
<u>Stupp Bros., Inc., and American Cast Iron Pipe</u>
<u>Company</u>:
Timothy C. Brightbill
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

<u>On Behalf of SeAH Steel Corporation</u>:
Jeffrey M. Winton
Law Office of Jeffrey M. Winton PLLC
1900 L Street, NW, Suite 611
Washington, DC 20036

<u>On Behalf of Husteel Co., Ltd.</u>:
Donald B. Cameron
Morris, Manning & Martin LLP
1401 I Street, NW, Suite 600
Washington, DC 20005

<u>On Behalf of Maverick Tube Corporation</u>:
Gregory J. Spak
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807

_____08/12/2019_____
Date

/s/ Kang Woo Lee
Kang Woo Lee
Arnold & Porter Kaye Scholer LLP

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 1

Case 1:20-cv-03896-GPK Document 81-4 Filed 11/03/21 Page 539 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 1 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Slip Op. 19-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NEXTEEL CO., LTD., | |
|     Plaintiff, | |
| HYUNDAI STEEL COMPANY, HUSTEEL CO., LTD., AJU BESTEEL CO., LTD., MAVERICK TUBE CORPORATION, and SEAH STEEL CORPORATION, | |
|     Consolidated Plaintiffs, | |
| and | |
| ILJIN STEEL CORPORATION, | Before: Jennifer Choe-Groves, Judge |
|     Plaintiff-Intervenor, | Consol. Court No. 17-00091 |
| v. | **PUBLIC VERSION** |
| UNITED STATES, | |
|     Defendant, | |
| and | |
| TMK IPSCO, VALLOUREC STAR, L.P., WELDED TUBE USA INC., and UNITED STATES STEEL CORPORATION, | |
|     Defendant-Intervenors. | |

## OPINION AND ORDER

[Sustaining in part and remanding in part the U.S. Department of Commerce's final results in the 2014–2015 administrative review of the antidumping duty order of oil country tubular goods from the Republic of Korea.]

Dated: January 2, 2019

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091              PUBLIC VERSION                        Page 2


Henry D. Almond and Michael T. Shor, Arnold & Porter Kaye Scholer LLP, of Washington, D.C., argued for Plaintiff NEXTEEL Co., Ltd. and Consolidated Plaintiff Hyundai Steel Company. With them on the brief were Jaehong D. Park, Daniel R. Wilson, Kang W. Lee, and Sylvia Y.C. Chen. Leslie C. Bailey also appeared.

Donald B. Cameron and Eugene Degnan, Morris, Manning & Martin, LLP, of Washington, D.C., argued for Consolidated Plaintiff Husteel Co., Ltd. With them on the brief were Brady W. Mills, Julie C. Mendoza, Mary S. Hodgins, and Rudi W. Planert.

Robert E. DeFrancesco, III and Joshua Turner, Wiley Rein, LLP, of Washington, D.C., argued for Consolidated Plaintiff and Defendant-Intervenor Maverick Tube Corporation. With them on the brief were Alan H. Price, Cynthia C. Galvez, Jeffrey O. Frank, John Lin, and Maureen E. Thorson.

Hardeep K. Josan, Attorney, U.S. Department of Justice, of New York, N.Y., argued for Defendant United States. Of counsel on the brief was Mykhaylo A. Gryzlov, U.S. Department of Commerce, Office of the Chief Counsel for Trade Enforcement and Compliance, of Washington, D.C.

Jeffrey M. Winton and Amrietha Nellan, Law Office of Jeffrey M. Winton PLLC, of Washington, D.C., argued for Consolidated Plaintiff SeAH Steel Corporation.

Jarrod M. Goldfeder and Robert G. Gosselink, Trade Pacific, PLLC, of Washington, D.C., appeared for Consolidated Plaintiff AJU Besteel Co., Ltd.

Joel D. Kaufman and Richard O. Cunningham, Steptoe & Johnson LLP, of Washington, D.C., appeared for Plaintiff Intervenor ILJIN Steel Corporation.

Roger B. Schagrin, Christopher T. Cloutier, Elizabeth J. Drake, John W. Bohn, and Paul W. Jameson, Schagrin Associates, of Washington, D.C., appeared for Defendant-Intervenor TMK IPSCO, Vallourec Star, L.P., and Welded Tube USA Inc.

Thomas M. Beline and Sarah E. Shulman, Cassidy Levy Kent (USA) LLP, of Washington, D.C., appeared for Defendant-Intervenor United States Steel Corporation. Formerly on the brief were Jeffrey D. Gerrish and Luke A. Meisner, Skadden Arps Slate Meagher & Flom, LLP, of Washington, D.C.


        Choe-Groves, Judge: This is a case of first impression, involving the first time that the

U.S. Department of Commerce ("Department" or "Commerce") found the existence of a

particular market situation in an administrative review under The Trade Preferences Extension

Case 1:20-cv-03896-GSK Document 81-4 Filed 10/03/21 Page 541 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 3 of 43

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 3

Act of 2015 ("TPEA"). Plaintiff NEXTEEL Co., Ltd. ("NEXTEEL"), Consolidated Plaintiffs

Husteel Co., Ltd. ("Husteel"), Hyundai Steel Company ("Hyundai"), SeAH Steel Corporation

("SeAH"), AJU Besteel Co., Ltd. ("AJU Besteel"), and Maverick Tube Corporation

("Maverick") (collectively, "Consolidated Plaintiffs"), and Plaintiff-Intervenor ILJIN Steel

Corporation ("ILJIN") bring this consolidated action contesting Commerce's final results in the

2014–2015 administrative review of the antidumping duty order on oil country tubular goods

from the Republic of Korea ("Korea"). See Certain Oil Country Tubular Goods from the

Republic of Korea, 82 Fed. Reg. 18,105 (Dep't Commerce Apr. 17, 2017) (final results of

antidumping duty administrative review; 2014–2015), as amended, 82 Fed. Reg. 31,750 (Dep't

Commerce July 10, 2017) (amended final results of antidumping duty administrative review;

2014–2015) (collectively, "Final Results"); see also Issues and Decision Memorandum for the

Final Results of the 2014–2015 Administrative Review of the Antidumping Duty Order on

Certain Oil Country Tubular Goods from the Republic of Korea, A-580-870, (Apr. 10, 2017),

available at https://enforcement.trade.gov/frn/summary/korea-south/2017-07684-1.pdf (last

visited Dec. 19, 2018) ("Final IDM"). Before the court are seven Rule 56.2 motions for

judgment on the agency record filed by the Parties. For the reasons discussed below, the court

sustains in part and remands in part Commerce's Final Results.

### ISSUES PRESENTED

The court reviews the following issues:

1.  Whether Commerce's decision to apply a particular market situation
    adjustment to NEXTEEL's reported costs of production is supported by
    substantial evidence and in accordance with the law;

Case 1:20-cv-03898-GBK Document 81-4 Filed 11/03/21 Page 543 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 4 of 43

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION        Page 4

2.  Whether Commerce's decision to adjust NEXTEEL's input costs based on a separate proceeding is supported by substantial evidence and in accordance with the law;

3.  Whether Commerce's dumping margin calculation for non-examined companies is supported by substantial evidence and in accordance with the law;

4.  Whether Commerce's constructed value profit rate calculations is supported by substantial evidence and in accordance with the law;

5.  Whether Commerce's determination that NEXTEEL is affiliated with POSCO and POSCO Daewoo is supported by substantial evidence;

6.  Whether Commerce's use of the differential pricing analysis is supported by substantial evidence and in accordance with the law;

7.  Whether Commerce's classification of proprietary SeAH products is supported by substantial evidence;

8.  Whether Commerce's decision to cap the adjustment for freight revenue on SeAH's U.S. sales is in accordance with the law;

9.  Whether Commerce's decision to not make an adjustment for SeAH's ocean freight costs incurred on third-country sales is supported by substantial evidence;

10. Whether Commerce's deduction of general and administrative expenses as U.S. selling expenses is supported by substantial evidence;

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091           PUBLIC VERSION                    Page 5

11. Whether Commerce's adjustment to SeAH's reported costs when calculating cost of production is in accordance with the law;

12. Whether Commerce's decision to not apply adverse facts available ("AFA") to SeAH is supported by substantial evidence;

13. Whether Commerce's decision to not adjust SeAH's packing expenses is supported by substantial evidence; and

14. Whether Commerce's decision to not adjust SeAH's reported scrap and by-product data is supported by substantial evidence.

## BACKGROUND

Commerce published an antidumping duty order covering oil country tubular goods from Korea on September 10, 2014. See Certain Oil Country Tubular Goods From India, the Republic of Korea, Taiwan, the Republic of Turkey, and the Socialist Republic of Vietnam: Antidumping Duty Orders; and Certain Oil Country Tubular Goods From the Socialist Republic of Vietnam: Amended Final Determination of Sales at Less Than Fair Value, 79 Fed. Reg. 53,691 (Dep't Commerce Sept. 10, 2014). Commerce issued an order allowing for administrative review requests of the antidumping duty order on September 1, 2015. See Antidumping or Countervailing Duty Order, Finding, or Suspended Investigation; Opportunity to Request Administrative Review, 80 Fed. Reg. 52,741 (Dep't Commerce Sept. 1, 2015); see also Decision Memorandum for the Preliminary Results of the Antidumping Duty Administrative Review: Certain Oil Country Tubular Goods from the Republic of Korea at 1, A-580-870, (Oct. 5, 2016), available at https://enforcement.trade.gov/frn/summary/korea-south/2016-24800-1.pdf (last visited Dec. 19, 2018) ("Prelim. IDM"). ILJIN, Hyundai, NEXTEEL, SeAH, Husteel, and AJU

Consol. Court No. 17-00091        PUBLIC VERSION        Page 6

Besteel requested an administrative review of the antidumping duty order. <u>See</u> Prelim. IDM at

1–2. Maverick Tube Corporation ("Maverick"), Energex Tube, a division of JMC Steel Group,

TMK IPSCO, Vallourec Star L.P., Welded Tube USA Inc., and United States Steel Corporation

submitted a petition for a review of various companies on September 29, 2015. <u>See</u> <u>id.</u> at 2.

Commerce initiated an administrative review for the period covering July 18, 2014 through

August 31, 2015. <u>See</u> <u>id.</u> at 1; <u>see also</u> <u>Initiation of Antidumping and Countervailing Duty</u>

<u>Administrative Reviews</u>, 80 Fed. Reg. 69,193 (Nov. 9, 2015). Commerce selected the two

exporters or producers accounting for the largest volume of oil country tubular goods from Korea

during the period of review, which were NEXTEEL and SeAH. <u>See</u> Prelim. IDM at 2.

      Commerce released the preliminary results on October 14, 2016. <u>See</u> Certain Oil

Country Tubular Goods From the Republic of Korea, 81 Fed. Reg. 71,074 (Dep't Commerce

Oct. 14, 2016) (preliminary results of the antidumping duty administrative review; 2014–2015)

("<u>Preliminary Results</u>"). Commerce calculated a preliminary weighted-average dumping margin

of 8.04 percent for NEXTEEL, 3.80 percent for SeAH, and 5.92 percent for non-examined

companies. <u>See</u> <u>id.</u> at 71,075.

      Maverick alleged that four[1] particular market situations existed in Korea with respect to

hot-rolled coil, which is the largest input used to produce oil country tubular goods. Maverick

asserted the following:

---

[1] Maverick initially alleged the existence of three particular market situations, but later added a
fourth to the record. <u>See</u> Department's Memorandum Pertaining to Maverick's Particular
Market Situation Allegations at 1–2, PD 531, bar code 3545522-01 (Feb. 22, 2017) ("Particular
Market Situation Mem.").

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                      Page 7

(1) The costs and prices of Korean hot-rolled coil were distorted due to subsidies

provided by the Government of Korea.  Maverick pointed to the final determination

in the countervailing duty investigation of Korean hot-rolled steel flat products to

support its allegation.  See Department's Memorandum Pertaining to Maverick's

Particular Market Situation Allegations at 2, PD 531, bar code 3545522-01 (Feb. 22,

2017) ("Particular Market Situation Mem.").

(2) The Korean market has been flooded with imports of cheaper, unfairly-traded

Chinese hot-rolled flat products over the last three years, placing downward pressure

on Korean domestic hot-rolled coil prices and causing price distortions.  See id.

(3) There existed "strategic alliances" between selected oil country tubular goods

producers and two major hot-rolled coil suppliers in Korea, POSCO and Hyundai, in

that POSCO and Hyundai allegedly provided favorable hot-rolled coil prices to

certain oil country tubular goods producers while charging market prices to others not

part of these alliances.  See id.

(4) The cost of electricity is influenced by the Government of Korea's alleged "pervasive

intervention" in the production and distribution of electricity.  Once again, Maverick

relied on the final determination in the separate countervailing duty investigation of

Korean hot-rolled steel flat products to support its allegation.  See id. at 2–3.

Commerce released a memorandum on February 22, 2017, in which it addressed and rejected

each allegation of a particular market situation individually.  See id.  Commerce concluded that

there was insufficient evidence to support finding a particular market situation in the

administrative review.  See id. at 14–18.

Case 1:20-cv-03896-GBK Document 81-4 Filed 10/03/21 Page 546 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 8 of 43

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 8

Commerce placed on the record a letter from Peter Navarro, Director of the National

Trade Council, on March 8, 2017.  See Memorandum to the File: E-mail from Peter Navarro,

"Recommendation for Action," Dated Mar. 2, 2017, PD 538, bar code 3549705-01 (Mar. 8,

2017).  The letter stated that Tenaris S.A., a multinational pipe-producing company

headquartered in Luxembourg, had completed an oil country tubular goods facility in Houston,

Texas, and low dumping margins in the oil country tubular goods administrative review "would

be particularly damaging" to the company.  Id. at 2.  Director Navarro noted that a minimum

thirty-six percent margin would assist Tenaris, and that Commerce should utilize the particular

market situation adjustment to meet that margin.  See id.

Commerce published the final results on April 17, 2017.  See Certain Oil Country

Tubular Goods From the Republic of Korea, 82 Fed. Reg. at 18,105.  In the final results,

Commerce reversed its prior position and found the existence of a particular market situation,

stating that it "reconsidered these four allegations as a whole, based on their cumulative effect on

the Korean [oil country tubular goods] market through the cost of [oil country tubular goods]

inputs."  Final IDM at 40.  Commerce "refocused the analysis on the totality of the conditions in

the Korean market" and found "that the allegations represent, instead, facets of a single particular

market situation."  Id.  Commerce assigned a weighted-average dumping margin of 24.92

percent to NEXTEEL, 2.76 percent to SeAH, and 13.84 percent to non-examined companies.

See Certain Oil Country Tubular Goods From the Republic of Korea, 82 Fed. Reg. at 18,106.

Commerce considered subsequent ministerial error allegations, which changed NEXTEEL's

weighted-average dumping margin to 29.76 percent.  See Certain Oil Country Tubular Goods

Case 1:17-cv-00091-GSK Document 81-4 Filed 11/03/21 Page 547 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 5 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 9

From the Republic of Korea, 82 Fed. Reg. at 31,751.  The final weighted-average dumping

margin for non-examined companies was 16.26 percent.  See id.

Plaintiff and Consolidated Plaintiffs initiated six separate actions against Defendant

("Government"), which the court consolidated.  See Order, Aug. 18, 2017, ECF No. 72.

Plaintiff, Consolidated Plaintiffs, and Plaintiff-Intervenor filed seven Rule 56.2 motions for

judgment on the agency record, challenging various aspects of Commerce's Final Results.  See

Pl.-Intervenor Rule 56.2 Mot. J. Agency R., Oct. 12, 2017, ECF No. 76; Br. Pl.-Intervenor ILJIN

Steel Corp. Supp. Mot. J. Agency R., Oct. 12, 2017, ECF No. 77; Mot. Pl. SeAH Steel Corp. J.

Agency R., Oct. 12, 2017, ECF No. 80; Br. SeAH Steel Corp. Supp. Rule 56.2 Mot. J. Agency

R., Oct. 12, 2017, ECF No. 79 ("SeAH Br."); Rule 56.2 Mot. J. Agency R. Consolidated Pl.

Hyundai Steel Co., Oct. 12, 2017, ECF No. 82; Mem. Supp. Consolidated Pl. Hyundai Steel

Co.'s Rule 56.2 Mot. J. Agency R., Oct. 12, 2017, ECF No. 82-1 ("Hyundai Br."); Pl.-Intervenor

Husteel Co., Ltd.'s Mot. J. Agency R., Oct. 12, 2017, ECF No. 83; Pl.-Intervenor Husteel Co.,

Ltd.'s Br. Supp. Mot. J. Agency R., Oct. 12, 2017, ECF No. 83-1; Consolidated Pl.'s Rule 56.2

Mot. J. Agency R., Oct. 12, 2017, ECF No. 84; Mem. Supp. Mot. Consolidated Pl., AJU Besteel

Co., Ltd., J. Agency R., Oct. 12, 2017, ECF No. 84-1; Rule 56.2 Mot. J. Agency R., Pl.

NEXTEEL Co., Ltd., Oct. 13, 2017, ECF No. 87; Mem. Supp. Pl. NEXTEEL Co., Ltd.'s Rule

56.2 Mot. J. Agency R., Oct. 13, 2017, ECF No. 87-1 ("NEXTEEL Br."); Consolidated Pl.

Maverick Tube Corp.'s Rule 56.2 Mot. J. Agency R., Oct. 13, 2017, ECF No. 89; Mem.

Consolidated Pl. Maverick Tube Corp. Supp. Mot. J. Agency R., Oct. 13, 2017, ECF No. 89

("Maverick Br.").  The court held oral argument on October 18, 2018.  See Oral Argument, Oct.

Case 1:20-cv-03890-GRK Document 81-14 Filed 11/03/21 Page 548 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 10 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 10

18, 2018, ECF No. 136; see also Transcript of Oral Argument, Nov. 5, 2018, ECF No. 137

("Oral Arg. Tr.").

## JURISDICTION AND STANDARD OF REVIEW

The court has jurisdiction pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) (2012)[2] and 28

U.S.C. § 1581(c), which grant the court the authority to review actions contesting the final

results of an administrative review of an antidumping duty order.  The court will uphold

Commerce's determinations, findings, or conclusions unless they are unsupported by substantial

evidence on the record, or otherwise not in accordance with the law.  19 U.S.C.

§ 1516a(b)(1)(B)(i).  Substantial evidence "means such relevant evidence as a reasonable mind

might accept as adequate to support a conclusion."  A.L. Patterson, Inc. v. United States, 585

Fed. Appx. 778, 781–82 (Fed. Cir. 2014) (quoting Consol. Edison Co. of N.Y. v. NLRB, 305

U.S. 197, 229 (1938)).

## ANALYSIS

### I.     Particular Market Situation Adjustment

For the first time under Section 504 of the TPEA, Commerce found the existence of a

particular market situation in this case.

Maverick alleged the existence of four particular market situations in the administrative

review.  Commerce found initially that none of the four alleged particular market situations

---

[2] All further citations to the Tariff Act of 1930, as amended, are to the relevant provisions of
Title 19 of the U.S. Code.  All further citations to the U.S. Code are to the 2012 edition, with
exceptions.  All further citations to 19 U.S.C. § 1677b(e) are to the 2015 version, as amended
pursuant to The Trade Preferences Extension Act of 2015, Pub. L. No. 114–27, 129 Stat. 362
(2015).  All citations to the Code of Federal Regulations are to the 2017 edition.

Case 1:20-cv-03890-GBK-JCC Document 81-147 Filed 11/03/21 Page 549 of 1165
Case 1:17-cv-00091-JCC Document 147 Filed 01/14/19 Page 11 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 11

existed based on the evidence on the record.  Commerce reversed its position in the <u>Final</u>
<u>Results</u>, stating that the four allegations "as a whole, based on their cumulative effect on the
Korean [oil country tubular goods] market through the cost of [oil country tubular goods]
inputs," created the existence of a single particular market situation.

NEXTEEL, Hyundai, Husteel, SeAH, AJU Besteel, and ILJIN contest Commerce's
finding of a particular market situation in the <u>Final Results</u>.  NEXTEEL argues that a finding of a
particular market situation is reserved for "extreme circumstances," and that Commerce's
application here is inconsistent with the statute and Commerce's previous applications of a
particular market situation under 19 U.S.C. § 1677b(a)(1)(C)(iii).  <u>See</u> NEXTEEL Br. 14–15.
Maverick, TMK IPSCO, Vallourec Star, L.P., Welded Tube USA Inc., and United States Steel
Corporation argue that Commerce properly found the existence of one particular market
situation.  <u>See</u> Maverick Br. 11–31.  The Government fails to defend Commerce's finding, both
in its briefing and at oral argument, and instead requests a voluntary remand.  <u>See</u> Def. Resp. 64–
65; Oral Arg. Tr. at 52:11–54:8.  For the following reasons, the court denies the Government's
request for a voluntary remand and concludes that Commerce's finding of a particular market
situation is unsupported by substantial evidence.

**A.  The Government's Request for a Voluntary Remand**

The Government contends that a voluntary remand is appropriate to "further consider and
address certain arguments that were not directly addressed in the underlying decision" without
confessing error.  Def. Resp. 65; <u>see also</u> <u>SKF USA, Inc. v. United States</u>, 254 F.3d 1022, 1028–
29 (Fed. Cir. 2001).  The Government's request is contested.  <u>See</u> Reply Br. Pl.-Intervenor ILJIN
Steel Corp. Supp. Mot. J. Agency R. 10, Mar. 6, 2018, ECF No. 108; Pl.-Intervenor Husteel Co.,

Case 1:20-cv-03898-GRK Document 81-147   Filed 11/03/21   Page 550 of 1165
Case 1:17-cv-00091-JCC   Document 147   Filed 01/14/19   Page 12 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 12

Ltd.'s Reply Br. Supp. Mot. J. Agency R. 2–7, Mar. 6, 2018, ECF No. 109; Consolidated Pl.

Hyundai Steel Co.'s Reply Br. Supp. Mot. J. Agency R. 4, Mar. 6, 2018, ECF No. 110; Pl.

NEXTEEL Co., Ltd.'s Reply Br. Supp. Mot. J. Agency R. 1–7, Mar. 6, 2018, ECF No. 112;

Reply Br. SeAH Steel Corp. 1–4, Mar. 6, 2018, ECF No. 113 ("SeAH Reply"); Reply Br.

Consolidated Pl. AJU Besteel Co., Ltd. 2, Mar. 6, 2018, ECF No. 114.

       The court has discretion in deciding requests for voluntary remand on the basis of further

agency consideration and may deny the request if it is frivolous or made in bad faith.  SKF USA,

Inc., 254 F.3d at 1029.  Vague and unsupported requests for remand are insufficient.  Corus Staal

BV v. U.S. Dep't of Commerce, 27 CIT 388, 391–95, 259 F. Supp. 2d 1253, 1257–60 (2003);

see also Corus Staal BV v. United States, 29 CIT 777, 781–83, 387 F. Supp. 2d 1291, 1296–97

(2005) ("The Government must give due regard to finality and cannot simply ask for a do-over

any time it wishes.").  An agency is not allowed to proffer an ad hoc rationalization for its

actions.  See Sec. & Exch. Comm'n v. Chenery Corp., 332 U.S. 194, 196 (1947).  The

Government's request here is vague, overly broad, and does not specify what arguments were

"not directly addressed" in Commerce's Final Results.  Apparently the Government is seeking a

"do-over" with respect to the particular market situation issue.  Accordingly, the court denies the

Government's request for a voluntary remand.

       In addition, it is well established that arguments that are not appropriately developed in a

party's briefing may be deemed waived.  United States v. Great Am. Ins. Co. of N.Y., 738 F.3d

1320, 1328 (Fed. Cir. 2013); see also JBF RAK LLC v. United States, 38 CIT __, __, 991 F.

Supp. 2d 1343, 1356 (2014), aff'd, 790 F.3d 1358 (Fed. Cir. 2015).  The Government has not put

Case 1:20-cv-03890-GRK-JCG Document 81-147 Filed 11/03/21 Page 551 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 13 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 13

forth any substantive arguments regarding Commerce's finding of a particular market situation.

The court concludes that the Government has waived its right to argue the issue on the merits.

### B. Commerce's Finding of a Particular Market Situation

Under the Tariff Act of 1930, as amended, Commerce conducts antidumping duty

investigations and determines whether goods are being sold at less-than-fair value. <u>See</u> 19

U.S.C. § 1673. If the Department finds that subject merchandise is being sold at less-than-fair

value, and if the U.S. International Trade Commission finds that these less-than-fair value

imports materially injure a domestic industry, the Department issues an antidumping duty order

imposing antidumping duties equivalent to "the amount by which the normal value exceeds the

export price (or the constructed export price) for the merchandise." <u>Id.</u> Generally, export price

is defined as the price at which the subject merchandise is first sold in the United States, whereas

the normal value represents the price at which the subject merchandise is sold in the exporting

country. <u>See id.</u> §§ 1677a(a), 1677b(b)(i). If Commerce cannot determine the normal value of

the subject merchandise based on price, then the statute authorizes Commerce to calculate a

constructed value. <u>Id.</u> § 1677b(a)(4). The constructed value shall be an amount equal to the sum

of, for instance, "the cost of materials and fabrication or other processing of any kind employed

in producing the merchandise, during a period which would ordinarily permit the production of

the merchandise in the ordinary course of trade." <u>Id.</u> § 1677b(e)(1).

Section 504 of the TPEA amended the Tariff Act to allow Commerce to consider certain

sales and transactions to be outside of the ordinary course of trade when "the particular market

situation prevents a proper comparison with the export price or constructed export price." 19

U.S.C. § 1677(15). When calculating constructed value under the revised version of the statute,

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                      Page 14

if Commerce finds the existence of a particular market situation "such that the cost of materials

and fabrication or other processing of any kind does not accurately reflect the cost of production

in the ordinary course of trade, the administering authority may use another calculation

methodology under this subtitle or any other calculation methodology."  19 U.S.C. § 1677b(e).

        The legislative history of the TPEA reflects a desire to give Commerce the ability to

choose the appropriate methodology when a particular market situation exists.  One Senate

Report stated that modifications to the Tariff Act under the TPEA "provide that where a

particular market situation exists that distorts pricing or cost in a foreign producer's home

market, the Department of Commerce has *flexibility* in calculating a duty that is not based on

distorted pricing or costs."  S. Rep. No. 114–45, at 37 (2015) (emphasis added).  In a hearing

before the House of Representatives, Senator Patrick Meehan noted that under the TPEA,

Commerce would be "empowered . . . to disregard prices or costs of inputs that foreign

producers purchase if the Department of Commerce has reason to believe or suspects that the

inputs in question have been subsidized or dumped" in the interest of creating an accurate record

and protecting domestic workers.  166 Cong. Rec. H4690 (daily ed. June 25, 2015) (statement of

Sen. Meehan).

        Commerce has the ability to choose the appropriate methodology so long as it comports

with its statutory mandate and provides a reasoned explanation.  See Motor Vehicle Mfrs. Ass'n

of U.S. v. State Farm Mut. Auto. Ins. Co., 463 U.S. 29, 48–49 (1993) ("State Farm"); Fujitsu

Gen. Ltd. v. United States, 88 F.3d 1034, 1039 (Fed. Cir. 1996).  The statute's language and

legislative history permit Commerce's chosen methodology in this investigation, which was to

consider allegations of a particular market situation based on the cumulative effect and the

Case 1:20-cv-03890-GRK-JCP Document 147   Filed 11/03/21   Page 553 of 1165
Case 1:17-cv-00091-JCG   Document 147   Filed 01/14/19   Page 15 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091            PUBLIC VERSION                    Page 15

totality of the conditions in the foreign market.  The court concludes that Commerce's particular

market situation approach was reasonable in theory.

### C.  Record Evidence

Commerce failed, however, to substantiate its finding of one particular market situation

with evidence on the record.  Commerce explained in a nineteen-page memorandum how the

voluminous information on the record showed that Maverick's four allegations were unfounded.

See Particular Market Situation Mem.  After the issuance of Commerce's memorandum and

before the issuance of its Final Results, Commerce did not receive any new evidence regarding

conditions in the Korean market.  Commerce did not explain adequately how the same record

supported both its previous conclusion of no particular market situation and its subsequent

finding of a single particular market situation.  Compare Particular Market Situation Mem. at 14–

18 with Final IDM at 40–44.  The Government did not defend Commerce's Final Results at oral

argument or in its briefs, choosing instead to refrain from making any argument at all with

respect to the particular market situation.

First, Maverick alleged that the Korean Government subsidized the production of hot-

rolled coil and submitted documents from Commerce's countervailing duty investigation on hot-

rolled coil in support of its contention.  The Department noted that "Maverick did not identify

any specific findings in these documents or evidence from that proceeding that would lead the

Department to find that a particular market situation exists," but instead "merely referred to these

documents to assert that the Department made a final affirmative subsidy determination and to

reference the resulting [countervailing duty] rates."  Particular Market Situation Mem. at 14.

Commerce found Maverick's evidence unpersuasive and concluded, "The record does not

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091 PUBLIC VERSION Page 16

contain evidence that the Government of Korea has introduced policies or mandates with regard to [hot-rolled coil] that distort the cost to produce the subject merchandise for either NEXTEEL or SeAH." Id. at 15.

Second, Maverick asserted that a particular market situation exists because an influx of Chinese hot-rolled flat products into the Korean market caused the price of Korean hot-rolled coil products to fall dramatically. Id. Commerce acknowledged a rise in exports of steel products (including hot-rolled coil) from China, but found that Maverick had not demonstrated that the trend was unique to Korea. See id. ("The potential broad effect on prices creates a situation outside the scope of a particular market situation, as the impact of Chinese exports in the Korean market are also reflected in other markets across the world."). Commerce determined that there was no record evidence of specific price distortions in the Korean market as a result of Chinese imports, and no record evidence to support a finding of a particular market situation with respect to NEXTEEL and SeAH. See id. at 15–16.

Third, Maverick alleged that "strategic alliances" between Korean hot-rolled coil suppliers and oil country tubular goods producers resulted in favorable pricing and therefore constituted a particular market situation. See id. at 16. Maverick provided an affidavit in support of its allegation, which Commerce discounted because it pertained to discussions that occurred before the period of review and did not contain information about specific agreements. See id. Maverick also pointed to the fact that NEXTEEL and SeAH purchased hot-rolled coil from POSCO during the period of review as indicative of a "strategic alliance." See id. at 17. Commerce did not find this evidence persuasive because POSCO is a major supplier of hot-rolled coil in Korea and because NEXTEEL and SeAH also purchased hot-rolled coil from other

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION        Page 17

suppliers.  See id.  Commerce determined that the record did not support Maverick's allegation of a particular market situation.

Fourth, Maverick alleged that a particular market situation existed due to the Korean Government's "pervasive intervention" in the electricity market that distorted the price of electricity, citing Commerce's final determination in the countervailing duty investigation of hot-rolled steel flat products from Korea.[3]  See id. at 17.  Commerce found that the record showed government involvement in Korea's electricity sector, but "there is no evidence to suggest that electricity prices charged to producers of either [hot-rolled coil] or [oil country tubular goods] Korea do not reasonably reflect the cost of production for the electricity or are otherwise anomalous."  Id. at 18.  Commerce declined to find the existence of a particular market situation in Korea based on the electricity sector.

Commerce found that the record did not support any of Maverick's four allegations of a particular market situation in Korea.  The court finds it unreasonable that Commerce reversed its

---

[3] Commerce found in the countervailing duty investigation of hot-rolled steel flat products from Korea that the Government of Korea's provision of electricity was not for less than adequate remuneration, and the determination was upheld by this Court.  See POSCO v. United States, Slip Op. 18-117, 2018 WL 4352100 (Sept. 11, 2018).  Commerce has made similar findings regarding the Government of Korea's provision of electricity in countervailing duty investigations for other steel products, which have also been upheld by this Court.  See, e.g., POSCO v. United States, Slip Op. 18-169, 2018 WL 6436440 (Dec. 6, 2018) (sustaining in part Commerce's investigation of certain carbon and alloy steel cut-to-length plate from Korea); POSCO v. United States, 42 CIT at __, 296 F. Supp. 3d 1320 (sustaining in part Commerce's countervailing duty investigation of cold-rolled steel flat products from Korea); Nucor Corp. v. United States, 42 CIT __, 286 F. Supp. 3d 1364 (2018), appeal docketed, No. 18- 1787 (Fed. Cir. Apr. 6, 2018) (sustaining Commerce's countervailing duty investigation of certain corrosion-resistant steel products from Korea); Maverick Tube Corp. v. United States, 41 CIT __, 273 F. Supp. 3d 1293 (2017), appeal docketed, No. 18-1351 (Fed. Cir. Dec. 28, 2017) (sustaining Commerce's countervailing duty investigation of welded line pipe from Korea).

Consol. Court No. 17-00091 PUBLIC VERSION Page 18

position and subsequently found a particular market situation based on the same evidence. It does not stand to reason that individually, the facts would not support a particular market situation, but when viewed as a whole, these same facts could support the opposite conclusion. The court concludes that Commerce's determination of the existence of one particular market situation in Korea is unsupported by substantial evidence. Commerce is instructed to reverse the finding of a particular market situation and recalculate the dumping margin for the mandatory respondents and non-examined companies.

## II.    Adjustment to NEXTEEL's Input Costs Based on a Separate Proceeding

As a result of its finding of a particular market situation, Commerce adjusted NEXTEEL's input costs based on a separate administrative proceeding: Countervailing Duty Investigation of Certain Hot-Rolled Steel Flat Products From the Republic of Korea, 81 Fed. Reg. 53,439 (Dep't Commerce Aug. 12, 2016) (final affirmative determination), as amended, 81 Fed. Reg. 67,960 (Dep't Commerce Oct. 3, 2016) (amended final affirmative countervailing duty determination and countervailing duty order). Commerce calculated the respondent's countervailing duty rate based on an application of total AFA in that proceeding. NEXTEEL argues that, in applying this countervailing duty rate, Commerce applied AFA to NEXTEEL without any of the procedural safeguards or requisite findings on the record.

Because the court directs Commerce to reverse its finding of a particular market situation and recalculate the dumping margins, the court does not address this issue at this time.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 19

## III.    Dumping Margin Calculation for Non-Examined Companies

As discussed *supra*, Commerce calculated NEXTEEL's dumping margin based on the AFA rate in a separate administrative proceeding.  NEXTEEL's dumping margin, in turn, formed the basis for the all-others rate, which applies to Hyundai, Husteel, and AJU Besteel.

Hyundai, Husteel, and AJU Besteel argue that Commerce's application of a total AFA rate derived from a separate proceeding was inappropriate, unfairly prejudiced non-examined companies, and is contrary to law.  See Hyundai Br. 8–9 (citing Albemarle Corp. v. United States, 821 F.3d 1345, 1354 (Fed. Cir. 2016)).  In applying the total AFA rate, the Parties argue that Commerce *de facto* applied AFA to the non-examined companies without making the necessary findings, and thus the rate for non-examined companies is not supported by substantial evidence on the record.  See id.

Because the court directs Commerce to reverse its finding of a particular market situation and recalculate the dumping margins, it does not address this issue at this time.

## IV.    Constructed Value Profit Rate Calculations

When Commerce is required to calculate a constructed value for a respondent, the statute requires Commerce to utilize the respondent's actual selling expenses and profits from the home market or a third-country market.  19 U.S.C. § 1677b(e)(2)(A).  If that data is unavailable, the statute provides Commerce with three alternatives:

> (i)     the actual amounts incurred and realized by the specific exporter or producer being examined in the investigation or review for selling, general, and administrative expenses, and for profits, in connection with the production and sale, for consumption in the foreign country, of merchandise that is in the same general category of products as the subject merchandise,

> (ii)    the weighted average of the actual amounts incurred and realized by exporters or producers that are subject to the investigation or review (other

Case 1:20-cv-03898-GRK-JCG Document 81-147 Filed 10/03/21 Page 558 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 20 of 43

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION        Page 20

than the exporter or producer described in clause (i)) for selling, general,
and administrative expenses, and for profits, in connection with the
production and sale of a foreign like product, in the ordinary course of trade,
for consumption in the foreign country, or

(iii)    the amounts incurred and realized for selling, general, and administrative
expenses, and for profits, based on any other reasonable method, except that
the amount allowed for profit may not exceed the amount normally realized
by exporters or producers (other than the exporter or producer described in
clause (i)) in connection with the sale, for consumption in the foreign
country, of merchandise that is in the same general category of products as
the subject merchandise.

Id. § 1677b(e)(B).

In calculating NEXTEEL's constructed value, Commerce determined that NEXTEEL did
not have a viable home or third-country market during the period of review for the purposes of
calculating constructed value profits and selling expenses.  See Final IDM at 9.  When evaluating
the statutory alternatives, Commerce found that subsection (i) was unreliable because other steel
products produced by NEXTEEL were not in the same general category of products as oil
country tubular goods.  See id. at 11.  Subsection (ii) was unavailable because no sales of oil
country tubular goods existed in the home market, Korea.  See id.  Commerce chose subsection
(iii).  See id.  Of the four sources of information on the record identified by Commerce,
Commerce chose to calculate SeAH's constructed value profit by utilizing profit data associated
with SeAH's Canadian market sales, costs, selling, and general expenses.  See id.

NEXTEEL argues that Commerce's use of SeAH's data is inappropriate because of an
existing antidumping duty case in Canada regarding oil country tubular goods from Korea.  See
NEXTEEL Br. 37.  Although there is a preference for not using "dumped third country prices to
calculate" normal value, there was no evidence of a formal finding of dumping in the Canadian
investigation.  See Alloy Piping Prods., Inc. v. United States, 26 CIT 330, 341, 201 F. Supp. 2d

Case 1:20-cv-03898-CRK Document 81-147 Filed 11/03/21 Page 559 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 21 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 21

1267, 1277 (2002) (sustaining Commerce's decision to rely on data derived from allegedly

dumped merchandise in third-country sales). Commerce "subjected SeAH's Canadian market

sales to the cost test, and only those sales that were above the cost of production (*i.e.*, made in

the ordinary course of trade) were used in constructing the aggregate [constructed value] profit

and selling expenses." Final IDM at 13. Commerce attempted to make adjustments for possible

distortions and to utilize the best available information on the record to calculate NEXTEEL's

constructed value profit. The court finds that Commerce's use of SeAH's Canadian market sales

was reasonable.

      NEXTEEL contends that Commerce should have instead considered other sources on the

record, including the 2014 financial statements of Korean pipe producer Hyundai HYSCO, a

producer of oil country tubular goods in the instant administrative review and other steel pipe

products. See NEXTEEL Br. 38. Commerce evaluated information placed on the record and

concluded that using data from other Korean pipe producers was inappropriate because those

products were not in the same general category of products as the merchandise subject to the

administrative review. See Final IDM at 12. In comparing Hyundai HYSCO's data to SeAH's,

Commerce found that SeAH's data was more precise and therefore preferable. See id. The court

concludes that Commerce's decision to utilize SeAH's Canadian market sales data to calculate

NEXTEEL's constructed value profit rate is supported by substantial evidence and in accordance

with the law.

**V.    NEXTEEL's Alleged Affiliation with POSCO and POSCO Daewoo**

      Commerce determined that NEXTEEL and POSCO, which is NEXTEEL's supplier of

steel coil, were affiliated within the meaning of 19 U.S.C. § 1677(33)(G). See Final IDM at

Case 1:20-cv-03898-GBK-CRK Document 81-4 Filed 11/03/21 Page 560 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 22 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 22

126–27.  Commerce found that NEXTEEL and POSCO Daewoo, which is wholly-owned by

POSCO, were affiliated within the meaning of 19 U.S.C. § 1677(33)(F).  See id.  NEXTEEL

sources hot-rolled coil from POSCO and sells oil country tubular goods to POSCO Daewoo.  See

id. at 127.  Commerce cited its own regulation, 19 C.F.R. § 351.102, and explained, "POSCO is

involved in both the production and sales sides of NEXTEEL's operations involving subject

merchandise," which "creates a unique situation where POSCO is operationally in a position to

exercise restraint or direction over NEXTEEL in a manner that affects the pricing, production,

and sale of" oil country tubular goods.  Id.  The potential to exercise control is sufficient;

Commerce need not find actual control.  See id.

> The statute defines "affiliated persons" as follows:
>
> (F)    Two or more persons directly or indirectly controlling, controlled by, or under common control with, any person.
>
> (G)    Any person who controls any other person and such other person.
>
> For purposes of this paragraph, a person shall be considered to control another person if the person is legally or operationally in a position to exercise restraint or direction over the other person.

19 U.S.C. § 1677(33).  When determining whether control over another person exists within the

meaning of the statute, Commerce will consider the following factors, among others:

> Corporate or family groupings; franchise or joint venture agreements; debt financing; and close supplier relationships.  [Commerce] will not find that control exists on the basis of these factors unless the relationship has the potential to impact decisions concerning the production, pricing, or cost of the subject merchandise or foreign like product.  [Commerce] will consider the temporal aspect of a relationship in determining whether control exists; normally, temporary circumstances will not suffice as evidence of control.

19 C.F.R. § 351.102(b)(3).

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 23

NEXTEEL contends that Commerce's finding was premised on its prior decision in the initial antidumping duty investigation.  See NEXTEEL Br. 40.  NEXTEEL argues that Commerce should have reevaluated its position in light of differing facts; specifically, that NEXTEEL sourced fewer hot-rolled coils from POSCO and sold fewer oil country tubular goods to POSCO Daewoo compared to other suppliers and customers.[4]  See id. at 41.  "Despite changes to the percentages of NEXTEEL's purchases from, and sales to, POSCO and POSCO's affiliates," Commerce found that the numbers still represented a majority of NEXTEEL's sourcing and sales.  Final IDM at 127.  Commerce determined, based on the data, that POSCO and POSCO Daewoo were in a position to control NEXTEEL in a way that extended beyond a close supplier relationship.  See id.  It was reasonable for Commerce to find that NEXTEEL is affiliated with POSCO and POSCO Daewoo based on NEXTEEL's souring and sales information, and the court concludes that Commerce's determination is supported by substantial evidence.

## VI.    Differential Pricing Analysis

Commerce ordinarily uses an average-to-average comparison ("A-to-A") of normal values to export prices for comparable merchandise in an investigation when calculating a dumping margin.  See 19 U.S.C. § 1677f-1(d)(1)(A); 19 C.F.R. § 351.414(c)(1).  Commerce can

---

[4] In the initial investigation, NEXTEEL sourced [[      ]] percent of its hot-rolled coils from POSCO, and [[      ]] percent of NEXTEEL's U.S. sales of oil country tubular goods were made through POSCO Daewoo (which was, at that time, known as Daewoo International, or DWI).  See NEXTEEL's Supplemental Section C Response at 3, Exhibit SC-5, CD 171, bar code 3476956-01 (June 9, 2016).  In the 2014–2015 administrative review, NEXTEEL reported that POSCO provided [[      ]] percent of its hot-rolled coil supply and that it sold [[      ]] percent of its oil country tubular goods to POSCO Daewoo.  See id. at 4, Exhibit SC-4.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 24

depart from using the A-to-A methodology and instead compare the weighted average of normal

values to the export prices of individual transactions for comparable merchandise ("A-to-T")

when (1) Commerce finds a pattern of export prices for comparable merchandise that differ

significantly among purchasers, regions, or periods of time and (2) Commerce explains why such

differences cannot be taken into account using the A-to-A methodology.  See 19 U.S.C. § 1677f-

1(d)(1)(B)(i)-(ii).  Commerce has adopted the same basis for applying its A-to-T methodology in

administrative reviews.  See JBF RAK LLC, 790 F.3d at 1364 ("Commerce's decision to apply

its average-to-transaction comparison methodology in the context of an administrative review is

reasonable.").  Commerce applied differential pricing analysis in this case when applying its A-

to-T methodology.  See Final IDM at 18.

   Commerce determines whether a pattern of significant price differences exists among

purchasers, regions, or periods of time with its two-stage differential pricing analysis.  See

Prelim. IDM at 8–9.  First, Commerce applies what it refers to as the "Cohen's d test" which

measures the degree of price disparity between two groups of sales.  See id. at 8.  Commerce

calculates the number of standard deviations by which the weighted-average net prices of U.S.

sales for a particular purchaser, region, or time period (the "test group") differ from the

weighted-average net prices of all other U.S. sales of comparable merchandise (the "comparison

group").  See id.  The result of this calculation is a coefficient.  See id.  The Cohen's d

coefficient is used to evaluate the extent to which the net prices to a particular purchaser, region,

or time period differ significantly from the net prices of all other sales of comparable

merchandise.  See id.  A group of sales with a coefficient equal to or greater than 0.8 "passes"

the test and signifies to Commerce that a significant pattern of price differences exists within that

Case 1:20-cv-03898-GRK Document 81-147 Filed 11/03/21 Page 563 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 25 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091            PUBLIC VERSION                      Page 25

group of sales.  See id. at 8–9.  Commerce then applies the "ratio test" to measure the extent of

significant price differences.  See id. at 9.  If the value of sales that pass the Cohen's d test

account for 66 percent or more of the value of total sales, that indicates to Commerce that the

pattern of significant price differences warrants application of the A-to-T method to all sales.

See id.  If the value of sales that pass the Cohen's d test is more than 33 percent and less than 66

percent of the value of all sales, Commerce takes a hybrid approach, applying the A-to-T method

to the sales that passed its Cohen's d test and applying the A-to-A method to all other sales.  See

id.  Commerce will apply the A-to-A method to all sales if 33 percent or less of a respondent's

total sales pass its Cohen's d test.  See id.  If both the Cohen's d test and ratio test demonstrate

that the A-to-T methodology should be considered, Commerce applies its "meaningful

difference" test, pursuant to which Commerce evaluates whether the difference between the

weighted-average dumping margins calculated by the A-to-A method is meaningfully different

than the weighted-average dumping margins calculated by the A-to-T method.  See id.

> **A. Commerce's Use of Numerical Thresholds Throughout the Differential
> Pricing Analysis**

The Court of Appeals for the Federal Circuit and this Court have held the steps

underlying the differential pricing analysis as applied by Commerce to be reasonable.  See e.g.,

Apex Frozen Foods Private Ltd. v. United States, 40 CIT __, __, 144 F. Supp. 3d 1308, 1313–35

(2016), aff'd, 862 F.3d 1337 (Fed. Cir. 2017); Apex Frozen Foods Private Ltd. v. United States,

208 F. Supp. 3d 1398 (2017); Tri Union Frozen Prods., Inc. v. United States, 40 CIT __, __, 163

F. Supp. 3d 1255, 1303 (2016).  Commerce's use of the differential pricing analysis was not

Case 1:20-cv-03890-CRK Document 81-14 Filed 11/03/21 Page 564 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 26 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 26

subject to the notice and comment requirements of the Administrative Procedure Act. See Apex

Frozen Foods Private Ltd., 40 CIT __, __, 144 F. Supp. 3d at 1321.

       SeAH contends that record evidence does not support Commerce's use of the differential

pricing analysis here. See SeAH Br. 2–3. Specifically, SeAH argues that Commerce must

explain why its differential pricing analysis application and why any of the numerical thresholds

used during the analysis are appropriate in the context of each specific case. See SeAH Br. 11.

SeAH cites Carlisle Tire & Rubber Co., Div. of Carlisle Corp. v. United States, 10 CIT 301, 634

F. Supp. 419 (1986) ("Carlisle Tire"), and Washington Red Raspberry Commission v. United

States, 859 F.2d 898 (Fed. Cir. 1988) ("Wash. Red. Raspberry Comm'n"), as support for the

proposition that Commerce can only apply mathematical assumptions and numerical thresholds

that have not been adopted in accordance with the Administrative Procedure Act if the record

contains substantial evidence supporting the application. See SeAH Br. 12–13. Both cases

concerned only Commerce's application of the 0.5 percent de minimis standard in antidumping

investigations and can be distinguished from the instant case. See Wash. Red Raspberry

Comm'n, 859 F.2d at 902; Carlisle Tire, 10 CIT at 302, 634 F. Supp. at 421. The de minimis

standard needed to be promulgated in accordance with the notice and comment provisions of the

Administrative Procedure Act. See Carlisle Tire, 10 CIT at 305, 634 F.Supp. at 423. That is not

true of Commerce's differential pricing analysis. See Apex Frozen Foods Private Ltd., 40 CIT at

__, 144 F. Supp. 3d at 1321 ("Commerce's shift from the Nails test to the differential pricing

analysis is not subject to notice and comment requirements.") Because there is not support for

SeAH's argument that Commerce can only apply mathematical assumptions and numerical

thresholds that have not been adopted in accordance with the Administrative Procedure Act if the

Case 1:20-cv-03896-GBK Document 81-147 Filed 11/03/21 Page 565 of 1165
Case 1:17-cv-00091-JCC Document 147 Filed 01/14/19 Page 27 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 27

record contains substantial evidence supporting the application, the court need not disturb

Commerce's practice.

### B. Commerce's Use of the Cohen's d Test

The Court gives Commerce deference in determinations "involv[ing] complex economic

and accounting decisions of a technical nature." See Fujitsu Gen. Ltd., 88 F.3d at 1039. When

Commerce applies the Cohen's d test, all of the respondent's sales are analyzed. See Prelim.

IDM at 8. Sampling technique, sample size, and statistical significance are not relevant

considerations in the context of analyzing all sales. See Tri Union Frozen Prods., 40 CIT at __,

163 F. Supp. 3d at 1302.

SeAH contends that Commerce's use of the Cohen's d test is contrary to well-recognized

statistical principles. See SeAH Br. 13–15. Specifically, SeAH argues that the Cohen's d test

can only be used when comparing random samples drawn from normal distributions with

roughly equal variance containing a sufficient number of data points. See id. at 13. During the

review, Commerce explained that "the U.S. sales data which SeAH has reported to the

Department constitutes a population . . . . As such, sample size, sample distribution, and the

statistical significance of the sample are not relevant to the Department's analysis." Final IDM

at 24. Commerce explained its use of the Cohen's d test in this case and did not need to consider

sample size, sample distribution, and the statistical significance of the sample, and therefore the

court finds that Commerce's approach is supported by substantial evidence on the record.

### C. The "Ratio Test" Thresholds

The thresholds in the ratio test have previously been upheld by this Court as reasonable

and in accordance with the law. See e.g., U.S. Steel Corp. v. United States, 41 CIT __, __, 219

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 28

F. Supp. 3d 1300, 1311 (2017) (Commerce "has reasonably explained why its ratio test is reasonable and not arbitrarily applied."). If Commerce's rationale for adopting such thresholds is reasonably explained, the standard of review does not require that Commerce explain the statistical calculations and methodologies that allowed it to arrive at such thresholds. See <u>U.S. Steel Corp. v. United States</u>, 40 CIT __, __ 179 F. Supp. 3d 1114, 1126 (2016) (citing <u>State Farm</u>, 463 U.S. at 48–49).

SeAH contends that Commerce failed to provide any evidence or reasonable explanation to support the 33 and 66 percent thresholds used in the "ratio test" portion of the differential pricing analysis. See SeAH Br. 16–17. Commerce explained that "when a third or less of a respondent's U.S. sales are not at prices that differ significantly, then these significantly different prices are not extensive enough to satisfy the first requirement of the statute," which requires Commerce to find a pattern of export prices for comparable merchandise that differ significantly among purchasers, regions, or period of time. See Final IDM at 25. Commerce explained further that "when two thirds or more of a respondent's sales are at prices that differ significantly, then the extent of these sales is so pervasive that it would not permit the Department to separate the effect of the sales where prices differ significantly from those where prices do not differ significantly." Id. When Commerce "finds that between one third and two thirds of U.S. sales are at prices that differ significantly, then there exists a pattern of prices that differ significantly, and that the effect of this pattern can reasonably be separated from the sales whose prices do not differ significantly." Id. As in <u>United States Steel Corporation</u>, the court can discern that Commerce developed its ratio test to identify the existence and extent to which there is a pattern of export prices for comparable merchandise that differ significantly among

Case 1:20-cv-03890-GRK Document 81-147 Filed 11/03/21 Page 567 of 1165
Case 1:17-cv-00091-JCC Document 147 Filed 01/14/19 Page 29 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 29

purchasers, regions, or periods of time.  See U.S. Steel Corp., 40 CIT at __, 179 F. Supp. 3d at

1127.  The court finds that Commerce's use of the 33 and 66 percent thresholds in the ratio test is

supported by evidence on the record.

> **D. Commerce's Explanation of Why the Alleged Pattern Could Not Be Taken into Account by the A-to-A Comparison**

The Court of Appeals for the Federal Circuit has held that Commerce's use of the

"meaningful difference analysis," through which Commerce evaluates whether the difference

between the weighted-average dumping margins calculated by the A-to-A method is

"meaningfully" different than the weighted-average dumping margins calculated by the A-to-T

method, is reasonable.  See Apex Frozen Foods Private Ltd., 862 F.3d at 1347–48.

SeAH contends that Commerce failed to satisfy its statutory burden of explaining why

the alleged pattern of price differences could not be taken into account by the normal A-to-A

comparison.  See SeAH Br. 18–21.  Specifically, SeAH argues that Commerce is required to

explain how substantial evidence on the record provides a factual basis for concluding that the

results of the A-to-T calculation are more accurate than the results of the A-to-A calculation in

this specific case.  See id. at 19.  In the Final Results, Commerce explained that the comparison

of the results using the A-to-T method versus the A-to-A method sheds light on whether use of

the A-to-A method can account for SeAH's significant prices differences.  See Final IDM at 26.

Because Commerce's meaningful difference analysis is reasonable and Commerce explained that

the A-to-A method could not account for the significant price differences in SeAH's pricing

behavior, the court finds that Commerce's use of the A-to-T method is supported by evidence on

the record.

Case 1:20-cv-03890-GBK  Document 81-147  Filed 11/03/21  Page 568 of 1165
Case 1:17-cv-00091-JCG  Document 147  Filed 01/14/19  Page 30 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION                     Page 30

### VII.    Classification of Proprietary SeAH Products

Commerce's initial questionnaire in the investigation asked SeAH to report a separate

reporting code for proprietary grades of oil country tubular goods that are not listed in the API

Specification 5CT.  SeAH informed Commerce that it sold three proprietary grades of oil

country tubular goods in the United States during the period of review that had "the same tensile

strength required by the N-80 specification but is not heat treated (by normalization or by

quenching-and-tempering) in the manner required by the N-80 norms."  SeAH's Initial Section

B–E Response at 8 n.4, PD 140, bar code 3454399-02 (Mar. 31, 2016).  In the Preliminary

Results and in the Final Results, Commerce combined SeAH's reported code 075 with code 080,

which represented products meeting Commerce's N-80 specification.  See Final IDM 96–97.

Commerce found that because SeAH's proprietary oil country tubular goods shared the same

mechanical properties as goods coded under 080 (i.e., tensile and hardness requirements), the

two goods should be grouped together.  See id. at 96.  "Any differences between these grades

were already captured in other product characteristics."  Id.

SeAH argues that Commerce's grouping of its proprietary oil country tubular goods into

code 080 was improper because its proprietary product does not meet the heat treatment

specification required for N-80 goods.  See SeAH Br. 28–32; see also SeAH's Initial Section A

Response, App. A-10, CD 68, bar code 3450296-12 (Mar. 18, 2016) (API 5CT specification for

heat treatment, stating that grade N-80 goods "shall be normalised or, at the manufacturer's

option, shall be normalised and tempered.").  The Government contends that "heat treatment is

not a 'physical characteristic' of a product but rather a 'production process' feature."  Def. Resp.

35.  The Government urges the court to sustain Commerce's finding as reasonable because while

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 31

SeAH's proprietary oil country tubular goods differ from grade N-80 goods with respect to heat treatment, "they are the same with regard to critical performance properties." Id.

Despite the Government's arguments, Commerce failed to distinguish meaningfully between a product's physical characteristics and production process in the Final Results. The API 5CT specification implies that heat treatment influences a product's specifications and classification under the N-80 grade. Commerce did not address evidence on the record adequately in making its determination. The court concludes that Commerce's decision to classify SeAH's proprietary oil country tubular goods as code 080 is unsupported by substantial evidence on the record and remands the issue for further consideration consistent with this opinion.

### VIII. Cap on Adjustment for Freight Revenue on SeAH's U.S. Sales

When calculating SeAH's constructed export price, Commerce offset freight charges and applied a cap on freight revenue for invoices where freight was separately billed. See Final IDM at 97. SeAH contends that Commerce's decision to do so is contrary to law because Commerce does not have the authority to deduct freight costs that are not included in the merchandise cost. See SeAH Br. 5. SeAH contests also Commerce's decision to apply a cap for freight revenues but not for losses in export price. See id. at 5–6.

Under 19 U.S.C. § 1677a(c)(2)(A), "[t]he price used to establish export price and constructed export price shall be . . . reduced by . . . the amount, if any, included in such price, attributable to any additional costs, charges, or expenses, and United States import duties, which are incident to bringing the subject merchandise from the original place of shipment in the exporting country to the place of delivery in the United States." See 19 U.S.C. § 1677a(c)(2)(A).

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Case 1:17-cv-00091-JCC Document 147 Filed 01/14/19 Page 32 of 43
Case 1:20-cv-03898-GRK Document 81-147 Filed 11/03/21 Page 570 of 1165
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091            PUBLIC VERSION                  Page 32

Export price or constructed export price is the price at which the subject merchandise is first sold in the United States, as opposed to the sale price in the exporter's home country.  See 19 U.S.C. §§ 1677a(a), 1677b(a)(1)(B)(i).

Commerce uses adjustments when calculating export price or constructed export price "to create a fair, 'apples-to-apples' comparison between U.S. price and foreign market value."  Fla. Citrus Mut. v. United States, 550 F.3d 1105, 1110 (Fed. Cir. 2008) (quoting Torrington Co. v. United States, 68 F.3d 1347, 1352 (Fed. Cir. 1995)).  Such adjustments prevent exporters from improperly inflating the export price of a good by charging a customer for freight more than the exporter's actual freight expenses.  See Dongguan Sunrise Furniture Co. v. United States, 36 CIT __, __, 865 F. Supp. 2d 1216, 1248–49 (2012).  Commerce reasonably adjusts its price calculation using net freight revenue.  See id. at __, 865 F. Supp. 2d at 1248.  It is reasonable for Commerce not to consider freight revenue as part of the price of the subject merchandise in accordance with the statutory language.  See id. at __, 865 F. Supp. 2d at 1248–49.

SeAH contends that Commerce's treatment of freight revenue below the cap as part of the U.S. price in its calculations, and freight revenue above the cap as not part of the U.S. price in its calculations, is inconsistent with the statute.  See SeAH Br. 35; SeAH Reply 15.  SeAH argues that under the language of section 1677a(c)(2)(A), when Commerce deducted the actual freight costs for sales with separately-invoiced freight charges it must have found that those costs were "included in" the "price used to establish export price and constructed export price," otherwise Commerce would not have been permitted to adjust them.  See SeAH Br. 34.  This is an incorrect reading of the statute.  Section 1677a requires Commerce to make adjustments when calculating export price or constructed export price "to create a fair, 'apples-to-apples'

Case 1:20-cv-03898-CRK-JCG   Document 147   Filed 01/14/19   Page 571 of 1165
Case 1:17-cv-00091-JCG   Document 81-147   Filed 11/03/19   Page 33 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 33

comparison between U.S. price and foreign market value." <u>Fla. Citrus Mut.</u>, 550 F.3d at 1110.

A proper comparison between the U.S. price and foreign market value would not include a profit

earned from freight rather than from the sale of the subject merchandise.  The court concludes

that Commerce's treatment of freight revenue is in accordance with the law.

### IX.   Adjustment for SeAH's Ocean Freight Costs on Third-Country Sales

SeAH's shipments to one Canadian customer were made in containers, while shipments

to other Canadian customers and United States customers were made in bulk.  <u>See</u> Final IDM at

100.  The per-unit international freight rates for the container shipments were higher than the

per-unit rates for bulk shipments.  <u>Id.</u>  Commerce adjusted SeAH's Canadian international

freight expenses "to account for the difference between the reported per-unit rates for

containerized and bulk shipments."  <u>See id.</u> at 60, 78, 100.  SeAH disputes the amount of the

adjustment, arguing that Commerce erred by using the average ocean freight for bulk shipments

from the Canadian sales price for container shipments, as opposed to the actual cost for ocean

freight incurred by SeAH on Canadian sales made using containers.  <u>See</u> SeAH Br. 36–38.

The statute directs Commerce to make adjustments when calculating normal value.

Commerce shall reduce the price by an amount "attributable to any additional costs, charges, and

expenses incident to bringing the foreign like product from the original place of shipment to the

place of delivery to the purchaser."  <u>See</u> 19 U.S.C. § 1677b(a)(6)(B)(ii).  Commerce may adjust

for moving expenses.  <u>See</u> 19 C.F.R. § 351.401(e)(1).

SeAH contends that Commerce did not explain why it was appropriate for Commerce to

place the per-unit rates for Canadian containerized shipments on par with the per-unit rates for

Canadian bulk shipments.  <u>See</u> SeAH Br. 36–37.  In the <u>Final Results,</u> Commerce explained that

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 34

it did so to "*account for the difference* between the reported per-unit rates for containerized and

bulk shipments."  Final IDM at 60, 78, 100 (emphasis added).  Commerce must reduce its price

calculation by an amount attributable to any additional costs, charges, and expenses.  Commerce

thus needed to account for the significant price difference between reported freight costs for one

Canadian customer and SeAH's other Canadian customers.  Because Commerce explained that it

made the adjustment to account for the difference between the container and bulk shipments, the

court finds that Commerce's adjustment is supported by substantial evidence.

### X.    Deduction of General and Administrative Expenses as U.S. Selling Expenses

Commerce allocated the general and administrative ("G&A") expenses related to resold

United States products for SeAH's U.S. affiliate Pusan Pipe America Inc. ("PPA").  See id. at 87.

SeAH contends that PPA's administrative activities related to the overall activities of the

company and thus are not all selling expenses that can be deducted.[5]  See SeAH Br. 38–39.

When calculating a constructed value, Commerce must include selling, general, and

administrative expenses.  See 19 U.S.C. § 1677b(e)(B)(i)–(iii).  G&A expenses are generally

understood to mean expenses that relate to the activities of the company as a whole rather than to

---

[5] The Government argues that "SeAH's elaborate multi-page arguments presented to the Court
are different from the scant one-paragraph argument on this issue it presented to the agency," and
that the "sole issue before the agency was whether Commerce's treatment of G&A expenses was
in line with its practice, which Commerce addressed."  Def. Resp. 41.  To the extent SeAH
presents new arguments before the court, the Government contends that the court should
disregard them for SeAH's failure to exhaust its administrative remedies.
   Section 2637(d) provides that the court shall, where appropriate, require the exhaustion of
administrative remedies.  28 U.S.C. § 2637(d).  The exhaustion requirement is discretionary.  See
United States v. Priority Prods., Inc., 793 F.2d 296, 300 (Fed. Cir. 1986).  SeAH exhausted its
administrative remedies through its submission of a case brief in the administrative proceeding.
See Rebuttal Brief of SeAH Steel Corporation at 50–51, PD 526, bar code 3544500-01 (Feb. 16,
2017).

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 35

the production process.  <u>Torrington Co. v. United States</u>, 25 CIT 395, 431, 146 F. Supp. 2d 845,

885 (2001).  The court affords Commerce deference in developing a methodology for including

G&A expenses in the constructed value calculation because it is a determination involving

complex economic and accounting decisions of a technical nature.  See <u>Fujitsu Gen. Ltd.</u>, 88

F.3d at 1039; <u>see also</u> <u>Mid Continent Steel & Wire, Inc. v. United States</u>, 41 CIT __, __, 273 F.

Supp. 3d 1161, 1166 (2017).  Commerce still must explain cogently why it has exercised its

discretion in a given manner.  See <u>State Farm</u>, 463 U.S. at 48–49.

     Commerce explained that "[b]ecause PPA's G&A activities support the general activities

of the company as a whole, including its sales and further manufacturing functions of all

products," it applied the "G&A ratio to the total cost of further manufactured products . . . as

well as to the cost of all resold products."  Final IDM at 87–88.  This explanation does not clarify

why Commerce deducted PPA's G&A expenses for resold products, nor does it clarify how

Commerce determined that it would apply all of PPA's G&A expenses to resold products.  The

court concludes that Commerce's decision to deduct G&A expenses in the <u>Final Results</u> is

unsupported by substantial evidence on the record and remands on this issue for clarification or

reconsideration of Commerce's methodology.

**XI.      Adjustment to SeAH's Reported Costs for Cost of Production**

     SeAH reported varying raw material costs because the price of hot-rolled coil declined

substantially during the period of review.  See SeAH Br. 42–43.  Commerce adjusted SeAH's

reported costs for cost of production by applying facts available and assigning a single weighted-

average cost for hot-rolled coil for each product grade code during the period of review in the

<u>Final Results</u>.  See Final IDM at 102–04.  SeAH argues that the adjustment was improper

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 36

because it introduced distortions into Commerce's separate calculation as to whether SeAH's

comparison market sales were made at below-cost prices.  See SeAH Br. 43.

Cost of production is calculated based on the records of the exporter or producer of the

merchandise.  19 U.S.C. § 1677b(f)(1)(A).  The statute requires that the records: (1) must be kept

in accordance with the generally accepted accounting principles of the exporting country, and

(2) reasonably reflect the costs associated with the production and sale of the merchandise.  Id.

In other words, the statute provides that as a general rule, an agency may either accept financial

records kept according to generally accepted accounting principles in the country of exportation

or reject the records if accepting them would distort the company's true costs.  Am. Silicon

Techs. v. United States, 261 F.3d 1371, 1377 (Fed. Cir. 2001) (citing Thai Pineapple Pub. Co.,

Ltd. v. United States, 187 F.3d 1362, 1366 (Fed. Cir. 1999); NTN Bearing Corp. v. United

States, 74 F.3d 1204, 1206 (Fed. Cir. 1995)).  Commerce is directed to consider all available

evidence on the proper allocation of costs.  19 U.S.C. § 1677b(f)(1)(A).

Physical characteristics are a prime consideration when Commerce conducts its analysis.

Thai Plastic Bags Indus. Co., Ltd. v. United States, 746 F.3d 1358, 1368 (Fed. Cir. 2014).  If

factors beyond the physical characteristics influence the costs, however, Commerce will

normally adjust the reported costs in order to reflect the costs that are based only on the physical

characteristics.  See id.  Commerce interprets the proper allocation of adjustment to costs.  Id.

Commerce adjusted SeAH's reported costs because it found that while SeAH's normal

books and records were kept in accordance with Korean generally accepted accounting

principles, the hot-rolled coil costs in SeAH's normal books and records "did not reasonably

reflect the actual production costs of the merchandise because the differences in [hot-rolled coil]

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 37

costs between products were unrelated to the product *[sic]* physical characteristics." Final IDM at 104. Commerce addressed SeAH's concern and stated that the adjustment ensured "that the product-specific costs . . . used for the sales-below-cost test, [constructed value], and [difference-in-merchandise] adjustment accurately reflect the precise physical characteristics of the products whose sales prices are used" in Commerce's dumping calculations. Id. The law permits Commerce to make adjustments to reported costs of production so that the costs reflect differences only in the product's physical characteristics. The court concludes that Commerce's decision to adjust SeAH's reported costs for cost of production is in accordance with the law.

## XII.    Adverse Facts Available

Maverick contests Commerce's decision not to apply total AFA to SeAH with respect to the following areas: (1) sales of couplings, (2) sales of non-prime products, (3) reported hot-rolled coil costs, (4) inventory movement schedules, (5) international freight expenses, (6) transaction-specific reporting for certain movement expenses, (7) payment terms for Canadian sales, (8) warehousing expenses, (9) warranty expenses, (10) inventory movement schedules for by-products and scrap, (11) costs to repair damaged products, (12) unconsolidated financial statements, and (13) inputs from affiliated parties. Commerce declined to apply AFA to the first twelve areas and applied partial AFA with respect to SeAH's inputs from affiliated parties. See Final IDM at 49–74.

Section 776 of the Tariff Act provides that if necessary information is not available on the record or if a respondent fails to provide such information by the deadline for submission of the information or in the form and manner requested, then the agency shall use the facts otherwise available in reaching its determination. 19 U.S.C. § 1677e(a)(1), (a)(2)(B). If the

Case 1:20-cv-03898-GRK Document 81-147 Filed 11/03/21 Page 576 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 38 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 38

Department finds that an interested party has failed to cooperate by not acting to the best of its ability to comply with a request for information from the agency, then the Department may use an inference that is adverse to the interests of that party in selecting from among the facts otherwise available.  Id. § 1677e(b)(1)(A).  Commerce may rely on information derived from the petition, a final determination in the investigation, a previous administrative review, or any other information placed on the record when making an adverse inference.  See id. § 1677e(b)(2); 19 C.F.R. § 351.308(c) (2015).  19 U.S.C. § 1677e grants the Department discretion to decide whether to apply AFA in each case.  See 19 U.S.C. § 1677e.  When Commerce can independently fill in gaps in the record, adverse inferences are not appropriate.  See Zhejiang DunAn Hetian Metal Co. v. United States, 652 F.3d 1333, 1348 (Fed. Cir. 2011).

Commerce addressed SeAH's cooperation and compliance regarding each of the thirteen areas in its Final Results and provided adequate support for its decision not to apply total AFA to each area.  See Final IDM at 49 (sales of couplings), 51 (sales of non-prime products), 52 (reported hot-rolled coil costs), 54–55 (inputs from affiliated parties), 56 (inventory movement schedules), 58–60 (international freight expenses), 61–63 (transaction-specific reporting for certain movement expenses), 64–65 (payment terms for Canadian sales), 67 (warehousing expenses), 72 (warranty expenses), 72–73 (inventory movement schedules for by-products and scrap), 73 (costs to repair damaged products), 74 (unconsolidated financial statements).  Commerce reasonably decided not to apply total AFA to SeAH based on SeAH's cooperation in each of the thirteen areas.  The court concludes that Commerce's decision not to apply total adverse facts available to SeAH is supported by substantial evidence.

Case 1:20-cv-03898-GBK Document 81-147 Filed 11/03/21 Page 577 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 39 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION        Page 39

### XIII.    Adjustment to SeAH's Packing Expenses

Commerce declined to make adjustments to SeAH's reported packing expenses in the Final Results.  See id. at 82.  Maverick argues that Commerce erred in not making adjustments for perceived distortions in SeAH's packing expenses.  See Maverick Br. 18–20.  Maverick contends that Commerce's decision is unsupported by substantial evidence on the record because it failed to explain adequately the large differences in SeAH's reported packing expenses and SeAH's different types of packing between SeAH's U.S. and Canadian sales.  See id.

Contrary to Maverick's contentions, Commerce's acceptance of SeAH's packing expenses was not devoid of support entirely.  Commerce did not find that SeAH's packing costs were distorted after an examination of SeAH's Canadian database.  See Final IDM at 82.  SeAH explained, and SeAH's sales database confirmed, that most of SeAH's Canadian sales were threaded and coupled during the period of review, whereas SeAH's U.S. sales were not.  See id. Threaded and coupled oil country tubular goods "required protective caps to avoided damage to the threaded ends."  Id.  "Because plain-end [oil country tubular goods] did not require protective caps, the costs to pack [oil country tubular goods] for export to the United States were, on average, less than the costs to pack [oil country tubular goods] for export to Canada."  Id.  The record shows that Commerce examined SeAH's packing expenses and sales databases and reasonably concluded, based on the record, that an adjustment to SeAH's packing expenses was unnecessary.  The court concludes that Commerce's decision to not make adjustments to SeAH's packing expenses is supported by substantial evidence on the record.

Case 1:20-cv-03898-GRK Document 81-147 Filed 11/03/21 Page 578 of 1165
Case 1:17-cv-00091-JCC Document 147 Filed 01/14/19 Page 40 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION                    Page 40

### XIV.  Adjustment to SeAH's Reported Scrap and By-Product Data

SeAH reported generating three types of by-products: off-grade pipe, defective pipe, and steel scrap.  Commerce accepted SeAH's claimed scrap offset in the Final Results.  See id. at 88–89.

Maverick argues that Commerce erred in not making adjustments for inconsistencies in SeAH's reported scrap and by-product data.[6]  See Maverick Br. 21.  Maverick contests further that SeAH failed to "fully address adjustments" made in the questionnaire responses, "explain differences between scrap types, prepare separate inventory movement schedules for each type of scrap, and fully explain how [it] calculated its scrap offset."  Id.  Maverick contends that Commerce failed to address its concerns, and that Commerce's decision to not make adjustments was unreasonable and is unsupported by substantial evidence on the record.

Maverick raised its concerns in the administrative review.  At Commerce's request, SeAH provided a monthly inventory movement schedule for each type of scrap code for the period of review, as well as an explanation of how generated scrap was valued and how generated scrap and scrap sales were recorded in SeAH's normal books and records.  See Final IDM at 72.  Commerce reviewed the value of each type of scrap offset used in the calculation of certain control numbers.  See Final IDM at 89; see also Memorandum from Ji Young Oh to Neal M. Halper re: Cost of Production and Constructed Value Calculation Adjustments for the Preliminary Results – SeAH Steel Corp., Ltd. at 2, PD 477, bar code 3512499-01 (Oct. 6, 2016).

---

[6] Specifically, Maverick argues that SeAH's cost buildups, as reported in its questionnaire responses, refer to [[                                              ]].  See Mem. Consolidated Pl. Maverick Tube Corp. Supp. Mot. J. Agency R. 21, Oct. 13, 2017, ECF No. 88 (confidential brief).

Case 1:20-cv-03898-GRK Document 81-14 Filed 11/03/21 Page 579 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 41 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091          PUBLIC VERSION          Page 41

Commerce compared the scrap offset values used for those control numbers to the scrap

inventory movement schedule maintained in SeAH's normal books and records during the period

of review.  See Final IDM at 89.  Commerce determined that the reported scrap offset values

were based on the quantity and value of each type of scrap code generated during the period of

review and found SeAH's reported scrap offset calculation methodology to be reasonable.  See

id.  Commerce addressed Maverick's specific concerns in the administrative review.  Maverick's

arguments regarding Commerce's findings on the reported scrap offset issue would require an

impermissible reweighing of the evidence.  See Downhole Pipe & Equip., L.P. v. United States,

776 F.3d 1369, 1376–77 (Fed. Cir. 2015) (citing Trent Tube Div., Crucible Materials Corp. v.

Avesta Sandvik Tube AB, 975 F.2d 807, 815 (Fed. Cir. 1992)).  The court concludes that

Commerce's adjustment to SeAH's reported scrap and by-product data is supported by

substantial evidence.

### CONCLUSION

For the foregoing reasons, the court concludes that:

1. Commerce's finding of a particular market situation is unsupported by
   substantial evidence;

2. Commerce's decision to adjust NEXTEEL's input costs based on a separate
   proceeding is remanded for further consideration;

3. Commerce's dumping margin calculation for non-examined companies is
   remanded for further consideration;

4. Commerce's calculation of NEXTEEL's constructed value profit is supported
   by substantial evidence and in accordance with the law;

Case 1:20-cv-03898-GSK   Document 81-14   Filed 11/03/21   Page 580 of 1165
Case 1:17-cv-00091-JCG   Document 147   Filed 01/14/19   Page 42 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091         PUBLIC VERSION                 Page 42

5.  Commerce's finding that NEXTEEL is affiliated with POSCO and POSCO
    Daewoo is supported by substantial evidence;

6.  Commerce's use of its differential pricing analysis is supported by substantial
    evidence and in accordance with the law;

7.  Commerce's classification of proprietary SeAH products is unsupported by
    substantial evidence;

8.  Commerce's decision to cap the adjustment for freight revenue on SeAH's
    U.S. sales is in accordance with the law;

9.  Commerce's decision to not make an adjustment for SeAH's ocean freight
    costs incurred on third-country sales is supported by substantial evidence;

10. Commerce's decision to deduct SeAH's general and administrative expenses
    as U.S. selling expenses is unsupported by substantial evidence;

11. Commerce's decision to adjust SeAH's reported costs when calculating cost
    of production is in accordance with the law;

12. Commerce's decision to not apply total AFA to SeAH is supported by
    substantial evidence;

13. Commerce's decision to not adjust SeAH's packing expenses is supported by
    substantial evidence; and

14. Commerce's adjustment to SeAH's reported scrap and by-product data is
    supported by substantial evidence.

Case 1:20-cv-03898-CRK Document 81-14 Filed 11/03/21 Page 581 of 1165
Case 1:17-cv-00091-JCG Document 147 Filed 01/14/19 Page 43 of 43
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 17-00091        PUBLIC VERSION        Page 43

Accordingly, it is hereby

**ORDERED** that the Rule 56.2 motions for judgment on the agency record filed by NEXTEEL, Husteel, Hyundai, SeAH, AJU Besteel, and ILJIN are granted in part; and it is further

**ORDERED** that the Rule 56.2 motion for judgment on the agency record filed by Maverick is denied; and it is further

**ORDERED** that the <u>Final Results</u> are remanded to Commerce for further proceedings consistent with this opinion; and it is further

**ORDERED** that Commerce shall file its remand redetermination on or before April 2, 2019; and it is further

**ORDERED** that Commerce shall file the administrative record on remand on or before April 16, 2019; and it is further

**ORDERED** that the Parties shall file comments on the remand redetermination on or before May 2, 2019; and it is further

**ORDERED** that the Parties shall file replies to the comments on or before June 3, 2019; and it is further

**ORDERED** that the joint appendix shall be filed on or before June 17, 2019.


                                          /s/ Jennifer Choe-Groves
                                         Jennifer Choe-Groves, Judge

Dated:    January 2, 2019
          New York, New York

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Slip Op. 19- 73

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NEXTEEL CO., LTD.,** | |
| **Plaintiff,** | |
| **and** | |
| **SEAH STEEL CORPORATION,** | |
| **Consolidated Plaintiff,** | |
| **v.** | **Before: Jennifer Choe-Groves, Judge** |
| **UNITED STATES,** | **Consol. Court No. 18-00083** |
| **Defendant,** | <u>**PUBLIC VERSION**</u> |
| **and** | |
| **UNITED STATES STEEL CORPORATION, MAVERICK TUBE CORPORATION, and TENARISBAYCITY,** | |
| **Defendant-Intervenors.** | |

## OPINION AND ORDER

[Sustaining in part and remanding in part the U.S. Department of Commerce's final results in the 2015–2016 administrative review of the antidumping duty order of oil country tubular goods from the Republic of Korea.]

Dated: June 17, 2019

J. David Park and Henry D. Almond, Arnold & Porter Kaye Scholer LLP, of Washington, D.C., argued for Plaintiff NEXTEEL Co., Ltd. With him on the brief were Daniel R. Wilson, Leslie C. Bailey, and Kang W. Lee.

Jeffrey M. Winton, Law Office of Jeffrey M. Winton PLLC, of Washington, D.C., argued for Consolidated Plaintiff SeAH Steel Corporation. With him on the brief was Amrietha Nellan.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                        Page 2


Hardeep K. Josan, Trial Attorney, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, of New York, N.Y., argued for Defendant United States.  With her on the brief were Joseph H. Hunt, Assistant Attorney General, Jeanne E. Davidson, Director, and Claudia Burke, Assistant Director.  Of counsel was Mykhaylo Gryzlov, Senior Counsel, Office of the Chief Counsel for Trade Enforcement and Compliance, U.S. Department of Commerce, of Washington, D.C.

Thomas M. Beline, Cassidy Levy Kent (USA) LLP, of Washington, D.C., argued for Defendant-Intervenor United States Steel Corporation.  With him on the brief were Myles S. Getlan, Sarah E. Shulman, and James E. Ransdell.

Frank J. Schweitzer and Kristina Zissis, White & Case, LLP, of Washington, D.C., argued for Defendant-Intervenors Maverick Tube Corporation and TenarisBayCity.  With them on the brief was Gregory J. Spak.


        Choe-Groves, Judge:  This case involves the second application of the statute permitting

the U.S. Department of Commerce ("Department" or "Commerce") to find the existence of a

particular market situation under the Trade Preferences Extension Act of 2015 ("TPEA").

Plaintiff NEXTEEL Co., Ltd. ("NEXTEEL") and Consolidated Plaintiff SeAH Steel Corporation

("SeAH") bring this consolidated action contesting Commerce's final results in the 2015–2016

administrative review of the antidumping duty order on oil country tubular goods from the

Republic of Korea ("Korea").  See Certain Oil Country Tubular Goods From the Republic of

Korea, 83 Fed. Reg. 17,146 (Dep't Commerce Apr. 18, 2018) (final results of antidumping

administrative review and final determination of no shipments; 2015–2016) ("Final Results");

see also Issues and Decision Memorandum for the Final Results of the 2015–2016

Administrative Review of the Antidumping Duty Order on Certain Oil Country Tubular Goods

from the Republic of Korea, PD 368, bar code 3694005-01 (April 11, 2018) ("Final IDM").

Before the court are two Rule 56.2 motions for judgment on the agency record filed by

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                              Page 3

NEXTEEL and SeAH.  For the reasons discussed below, the court sustains in part and remands

in part Commerce's <u>Final Results</u>.

## ISSUES PRESENTED

The court reviews the following issues:

1.  Whether Commerce's application of total facts available with an adverse

    inference ("total adverse facts available" or "total AFA") to NEXTEEL is

    unsupported by substantial evidence and contrary to the law;

2.  Whether Commerce's particular market situation analysis is unsupported by

    substantial evidence and contrary to the law;

3.  Whether Commerce's calculation of SeAH's constructed value profit rate is

    supported by substantial evidence and contrary to the law;

4.  Whether Commerce's decision to reject portions of NEXTEEL's rebuttal brief

    from the administrative record is contrary to the law;

5.   Whether Commerce's classification of proprietary SeAH products is

    supported by substantial evidence;

6.  Whether Commerce's decision to cap the adjustment for freight revenue on

    SeAH's U.S. sales is in accordance with the law;

7.  Whether Commerce's deduction of general and administrative expenses as

    U.S. selling expenses is supported by substantial evidence;

8.  Whether Commerce's use of the differential pricing analysis is supported by

    substantial evidence and in accordance with the law.

Case 1:20-cv-03898-CRK-JCG   Document 81-73   Filed 06/20/19   Page 4 of 32
Case 1:18-cv-00083-JCG   Document 73   Filed 11/05/21   Page 585 of 1165

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                          Page 4

# BACKGROUND

Commerce initiated an administrative review of the antidumping duty order of oil country

tubular goods from Korea on November 9, 2016, based on timely requests from multiple

companies.  See Initiation of Antidumping and Countervailing Duty Administrative Reviews, 81

Fed. Reg. 78,778 (Nov. 9, 2016) (initiation notice).  The period of review was September 1,

2015, through August 31, 2016.  See id. at 78,781.  Commerce selected NEXTEEL and SeAH as

mandatory respondents for individual examination because they were the two exporters or

producers accounting for the largest volume of subject merchandise during the period of review.

See Mem. Selection of Respondents for the 2015–2016 Administrative Review of the

Antidumping Duty Order on Oil Country Tubular Goods from the Republic of Korea, PD 28, bar

code 3535941-01 (Jan. 12, 2017).

Commerce found the existence of a single particular market situation in the previous

administrative review.[1]  See Certain Oil Country Tubular Goods from the Republic of Korea, 82

Fed. Reg. 18,105 (Dep't Commerce Apr. 17, 2017) (final results of antidumping duty

administrative review; 2014–2015).  Maverick alleged the continued existence of the particular

market situation during the instant period of review.  See Maverick Letter Re: Other Factual

Information Submission for Valuing the Particular Market Situation in Korea, PD 95, bar code

3569192-01 (May 4, 2017).  Maverick contended that the following conditions existed to create a

single particular market situation: (1) subsidies were provided by the Government of Korea to

---

[1] The court held that Commerce's finding of a particular market situation in the previous
administrative review was unsupported by substantial evidence on the record.  NEXTEEL Co.,
Ltd. v. United States, 43 CIT __, __, 355 F. Supp. 3d 1336, 1351 ("NEXTEEL I").

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                                 Page 5

producers of hot-rolled coil; (2) the flood of Chinese hot-rolled flat products caused resulting

pressure on Korean domestic hot-rolled coil prices; (3) strategic alliances existed between

Korean hot-rolled coil suppliers and Korean oil country tubular good producers; and (4) the

Government of Korea influenced the cost of electricity.  See id.  Commerce accepted comments

and supporting documentation from all interested parties on this matter.  See Decision

Memorandum for the Preliminary Results of the Antidumping Duty Administrative Review at

14, PD 298, bar code 3625402-01 (Oct. 2, 2017) ("Prelim. IDM").

          Commerce issued its preliminary results on October 10, 2017.  See Certain Oil Country

Tubular Goods from the Republic of Korea, 82 Fed. Reg. 46,963 (Dep't Commerce Oct. 10,

2017) (preliminary results of antidumping duty administrative review; 2015–2016) ("Preliminary

Results").  Commerce preliminarily assigned a weighted-average dumping margin of 46.37% to

NEXTEEL, 6.66% to SeAH, and 19.68% to all non-examined companies.  See Preliminary

Results, 82 Fed. Reg. at 46,964.

          Commerce issued its final results on April 18, 2018.  See Certain Oil Country Tubular

Goods from the Republic of Korea, 83 Fed. Reg. 17,146 (Dep't Commerce Apr. 18, 2018) (final

results of the antidumping duty administrative review; 2015–2016) ("Final Results"); see also

Issues and Decision Memorandum for the Final Results of the 2015–2016 Administrative

Review of the Antidumping Duty Order on Certain Oil Country Tubular Goods from the

Republic of Korea, PD 368, bar code 3694005-01 (Apr. 12, 2018) ("Final IDM").  The

Department discovered that NEXTEEL's financial statements contained a mistranslation after

briefing concluded and was not able to inquire further about this mistranslation through the

issuance of supplemental questionnaires.  See Final IDM at 44.  Commerce found "that the

Case 1:20-cv-03898-GSK Document 81-73 Filed 11/02/21 Page 587 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 6 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                      Page 6

nature of the loans recorded in the line item in question call into question the accuracy of

information submitted by NEXTEEL during the instant review." Id. As a result, Commerce

determined that NEXTEEL withheld information and "significantly impeded the proceeding,"

and applied total AFA to NEXTEEL. See id. at 44–49. Commerce assigned a weighted-average

dumping margin of 75.81% to NEXTEEL and 6.75% to SeAH. Final Results, 83 Fed. Reg. at

17,147. Commerce assigned a weighted-average dumping margin of 6.75% to all non-examined

companies based on SeAH's rate because it was the only calculated rate that was not zero, *de

minimis*, or determined entirely on the basis of facts available, consistent with the agency's

practice. Id.

NEXTEEL and SeAH initiated separate proceedings in this Court, which the court

consolidated. See Order, July 31, 2018, ECF No. 29. NEXTEEL and SeAH both filed Rule 56.2

motions for judgment on the agency record. See Rule 56.2 Mot. J. Agency R. Pl. NEXTEEL

Co., Ltd., Oct. 8, 2018, ECF No. 36; Mem. Supp. Pl. NEXTEEL Co., Ltd.'s Rule 56.2 Mot. J.

Agency R., Oct. 8, 2018, ECF No. 36-1 ("NEXTEEL's Br."); Mot. Pl. SeAH Steel Corporation

J. Agency R., Oct. 5, 2019, ECF No. 33; Br. SeAH Steel Corporation Supp. Rule 56.2 Mot. J.

Agency R., Oct. 5, 2019, ECF No. 35 ("SeAH's Br."). The court held oral argument on April 9,

2019. See Closed Oral Argument, Apr. 9, 2019, ECF No. 64.

Case 1:20-cv-03898-GBK-JCG Document 81-43 Filed 11/02/21 Page 588 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 7 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 7

## JURISDICTION AND STANDARD OF REVIEW

The court has jurisdiction pursuant to 19 U.S.C. § 1516a(a)(2)(B)(i) (2012)[2] and 28

U.S.C. § 1581(c), which grant the court the authority to review actions contesting the final

results of an administrative review of an antidumping duty order.  The court will uphold

Commerce's determinations, findings, or conclusions unless they are unsupported by substantial

evidence on the record, or otherwise not in accordance with the law.  19 U.S.C.

§ 1516a(b)(1)(B)(i).  Substantial evidence "means such relevant evidence as a reasonable mind

might accept as adequate to support a conclusion."  A.L. Patterson, Inc. v. United States, 585

Fed. Appx. 778, 781–82 (Fed. Cir. 2014) (quoting Consol. Edison Co. of N.Y. v. NLRB, 305

U.S. 197, 229 (1938)).

## ANALYSIS

### I.   Application of Total AFA to NEXTEEL

Section 776 of the Tariff Act provides that if "necessary information is not available on

the record" or if a respondent "fails to provide such information by the deadlines for submission

of the information or in the form and manner requested," then the agency shall "use the facts

otherwise available in reaching" its determination.  19 U.S.C. §§ 1677e(a)(1), (a)(2)(B).  If the

Department finds further that "an interested party has failed to cooperate by not acting to the best

of its ability to comply with a request for information" from the agency, then the Department

---

[2] All further citations to the Tariff Act of 1930, as amended, are to the relevant provisions of
Title 19 of the U.S. Code.  All further citations to the U.S. Code are to the 2012 edition, with
exceptions.  All further citations to 19 U.S.C. § 1677b(e) are to the 2015 version, as amended
pursuant to The Trade Preferences Extension Act of 2015, Pub. L. No. 114–27, 129 Stat. 362
(2015).  All citations to the Code of Federal Regulations are to the 2017 edition.

Consol. Court No. 18-00083                                                                 Page 8

"may use an inference that is adverse to the interests of that party in selecting from among the facts otherwise available." Id. § 1677e(b)(1)(A). The U.S. Court of Appeals for the Federal Circuit has interpreted these two subsections to have different purposes. See Mueller Comercial de Mexico, S. de R.L. De C.V. v. United States, 753 F.3d 1227, 1232 (Fed. Cir. 2014). Subsection (a) applies "whether or not any party has failed to cooperate fully with the agency in its inquiry." Id. (citing Zhejiang DunAn Hetian Metal Co. v. United States, 652 F.3d 1333, 1346 (Fed. Cir. 2011)). On the other hand, subsection (b) applies only when the Department makes a separate determination that the respondent failed to cooperate "by not acting to the best of its ability." Id. (quoting Nippon Steel v. United States, 337 F.3d 1373, 1381 (Fed. Cir. 2003)).

When determining whether a respondent has complied to the "best of its ability," Commerce "assess[es] whether [a] respondent has put forth its maximum effort to provide Commerce with full and complete answers to all inquiries in an investigation." Nippon Steel, 337 F.3d at 1382. This finding requires both an objective and subjective showing. Id. Commerce must determine objectively "that a reasonable and responsible importer would have known that the requested information was required to be kept and maintained under the applicable statutes, rules, and regulations." Id. (citing Ta Chen Stainless Steel Pipe, Inc. v. United States, 298 F.3d 1330, 1336 (Fed. Cir. 2002)). Next, Commerce must demonstrate subjectively that the respondent's "failure to fully respond is the result of the respondent's lack of cooperation in either: (a) failing to keep and maintain all required records, or (b) failing to put forth its maximum efforts to investigate and obtain the requested information from its records." Id. at 1382–83. Adverse inferences are not warranted "merely from a failure to respond," but rather in instances when the Department reasonably expected that "more forthcoming responses

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                            Page 9

should have been made." Id. at 1383.  "The statutory trigger for Commerce's consideration of an adverse inference is simply a failure to cooperate to the best of respondent's ability, regardless of motivation or intent."  Id.

Commerce may rely on information derived from the petition, a final determination in the investigation, a previous administrative review, or any other information placed on the record when making an adverse inference.  See 19 U.S.C. § 1677e(b)(2); 19 C.F.R. § 351.308(c).

NEXTEEL contends that Commerce's application of total AFA to NEXTEEL based on one translation issue was contrary to law and unsupported by substantial evidence.[3] NEXTEEL's Br. 20–34.  Defendant argues that Commerce properly found that necessary information was not on the record and that NEXTEEL withheld information and significantly

---

[3] [[



]]

Consol. Court No. 18-00083                                                                     Page 10

impeded the proceeding.  Def.'s Resp. Opp'n Mots. J. Administrative R. 25–30, Dec. 21, 2018,

ECF No. 53 ("Def.'s Br.").  The court disagrees.  The information missing on the record was a

proper translation of a single line item related to loans.  See Final IDM at 43.  The English

translation of the line item at issue simply omitted a modifying phrase from the term.  See id. at

46.  The fact that the line item was related to loans is evident in both the mistranslation and the

corrected translation provided by NEXTEEL.  In order to apply facts available with an adverse

inference, Commerce found that NEXTEEL "did not act to the best of its ability to comply with

Commerce's requests for information because NEXTEEL failed to properly disclose information

related to loans recorded in its 2016 financial statements," i.e., "the English-language version of

NEXTEEL's 2016 financial statements contain a mistranslated line item."  Final IDM at 48.

Because Commerce found that NEXTEEL did not act to the best of its ability, it applied AFA.

Id.  The court concludes that the showing that NEXTEEL did not act to the best of its ability and

willfully withheld information is weak.  NEXTEEL clarified the mistranslation and provided

certified statements from both an independent auditor who originally translated the term and a

third-party translator.  See NEXTEEL's Response to Additional Duty Absorption Comments at

4, PD 344, bar code 3668932-01 (Feb. 2, 2018).  The original translator stated that he translated

the term with a "focus[] on the key financial word" and believed his translation was "a

reasonable and accurate translation of the term."  Id. at Ex. 1.  He further acknowledged that he

"inadvertently" left out the modifying phrase.  Id.  The court concludes that Commerce's use of

total AFA was unreasonable and remands the issue for further consideration consistent with this

opinion.

Case 1:20-cv-03896-GPK   Document 81-4   Filed 11/03/21   Page 593 of 1165
Case 1:18-cv-00083-JCG   Document 73   Filed 06/20/19   Page 13 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                          Page 11

## II.      Particular Market Situation

Under the Tariff Act of 1930, as amended, Commerce conducts antidumping duty

investigations and determines whether goods are being sold at less-than-fair value.  See 19

U.S.C. § 1673.  If the Department finds that subject merchandise is being sold at less-than-fair

value, and if the U.S. International Trade Commission finds that these less-than-fair value

imports materially injure a domestic industry, the Department issues an antidumping duty order

imposing antidumping duties equivalent to "the amount by which the normal value exceeds the

export price (or the constructed export price) for the merchandise."  Id.  Generally, export price

is defined as the price at which the subject merchandise is first sold in the United States, whereas

the normal value represents the price at which the subject merchandise is sold in the exporting

country.  See id. §§ 1677a(a), 1677b(a)(1)(B)(i).  If Commerce cannot determine the normal

value of the subject merchandise based on price, then the statute authorizes Commerce to

calculate a constructed value.  Id. § 1677b(a)(4).  The constructed value shall be an amount equal

to the sum of, for instance, "the cost of materials and fabrication or other processing of any kind

employed in producing the merchandise, during a period which would ordinarily permit the

production of the merchandise in the ordinary course of trade."  Id. § 1677b(e)(1).

Section 504 of the TPEA amended the Tariff Act to allow Commerce to consider certain

sales and transactions to be outside of the ordinary course of trade when "the particular market

situation prevents a proper comparison with the export price or constructed export price."  19

U.S.C. § 1677(15).  When calculating constructed value under the revised version of the statute,

if Commerce finds the existence of a particular market situation "such that the cost of materials

and fabrication or other processing of any kind does not accurately reflect the cost of production

Case 1:20-cv-03896-GPK Document 81-4 Filed 11/03/21 Page 593 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 12 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                    Page 12

in the ordinary course of trade, the administering authority may use another calculation

methodology under this subtitle or any other calculation methodology."  19 U.S.C. § 1677b(e).

 The legislative history of the TPEA reflects a desire to give Commerce the ability to

choose the appropriate methodology when a particular market situation exists.  One Senate

Report stated that modifications to the Tariff Act under the TPEA "provide that where a

particular market situation exists that distorts pricing or cost in a foreign producer's home

market, the Department of Commerce has *flexibility* in calculating a duty that is not based on

distorted pricing or costs."  S. Rep. No. 114-45, at 37 (2015) (emphasis added).  In a hearing

before the House of Representatives, Senator Patrick Meehan noted that under the TPEA,

Commerce would be "empowered . . . to disregard prices or costs of inputs that foreign

producers purchase if the Department of Commerce has reason to believe or suspects that the

inputs in question have been subsidized or dumped" in the interest of creating an accurate record

and protecting domestic workers.  166 Cong. Rec. H4690 (daily ed. June 25, 2015) (statement of

Sen. Meehan).

 Commerce has the ability to choose the appropriate methodology so long as it comports

with its statutory mandate and provides a reasoned explanation.  See Motor Vehicle Mfrs. Ass'n

of U.S. v. State Farm Mut. Auto. Ins. Co., 463 U.S. 29, 48–49 (1983) ("State Farm"); Fujitsu

Gen. Ltd. v. United States, 88 F.3d 1034, 1039 (Fed. Cir. 1996).  The statute's language and

legislative history permit Commerce's chosen methodology in this investigation, which was to

consider allegations of a particular market situation based on the cumulative effect and the

totality of the conditions in the foreign market.

Case 1:20-cv-03898-CRK Document 81-3 Filed 11/03/21 Page 594 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 13 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                      Page 13

     In the first administrative review of the antidumping duty order covering oil country

tubular goods from Korea, Maverick alleged the existence of four particular market situations

based on: (1) subsidies provided by the Government of Korea to producers of hot-rolled coil; (2)

the flood of Chinese hot-rolled flat products and the resulting pressure on Korean domestic hot-

rolled coil prices; (3) strategic alliances between Korean hot-rolled coil suppliers and Korean oil

country tubular good producers; and (4) the Government of Korea's influence on the cost of

electricity.  See NEXTEEL I, 355 F. Supp. 3d at 1345–46.  Commerce found preliminarily that

no particular market situation existed after evaluating all of the evidence on the record.  See id. at

__, 355 F. Supp. 3d at 1346. Commerce did not receive any new factual information between the

issuance of its preliminary results and its final results.  See id. at __, 355 F. Supp. 3d at 1349–50.

Commerce reversed its conclusion and determined in its final results that the same record

supported finding the existence of a single particular market situation.  See id.  Multiple parties,

including some of the parties in this action, challenged Commerce's determination in this Court.

Upon review of the governing statute and the administrative record, the court held that

Commerce's finding of a single particular market situation based on the totality of circumstances

was reasonable in theory, but that its finding was unsupported by substantial evidence in the first

administrative review.  See id. at __, 355 F. Supp. 3d at 1349–51.

     In the instant matter, Commerce relied on its prior finding of the existence of a particular

market situation in the first administrative review and continued to find in this administrative

review that the circumstances remain "largely unchanged."  Final IDM at 17; see also Prelim.

IDM at 17 (stating the same).  Maverick made the same four allegations and submitted the same

supporting exhibits in this proceeding.  See Final IDM at 17–18 (citing documents provided by

Case 1:20-cv-03896-GPK JCC Document 81-3 Filed 11/03/21 Page 595 of 1165
Case 1:18-cv-00083-JCC Document 73 Filed 06/20/19 Page 14 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                      Page 14

Maverick in the first administrative review).  Commerce itself stated, "[W]e agree with Maverick

that facts in the instant review are largely identical to the facts in the first administrative review,

and the same evidence is on the record of the instant review."  Id. at 18.  Because Commerce's

original finding of a particular market situation was not supported by substantial evidence, it is

difficult for this court to find, based on substantially the same facts and record evidence, that

Commerce's finding in the subsequent administrative review is supported by substantial

evidence.

      Defendant-Intervenor United States Steel Corporation contends that this administrative

review is distinguishable from the first administrative review because the record here is more

robust.  Specifically, United States Steel Corporation argues that the record contained twenty-

nine new documents and five updated documents compared to the record in the first

administrative review.  Closed Oral Argument at 57:08–57:17, 1:01:46–1:02:05.  United States

Steel Corporation failed to raise this argument in its opening brief and the court thus deems the

argument waived.  See SmithKline Beecham Corp. v. Apotex Corp., 439 F.3d 1312, 1319 (Fed.

Cir. 2006) ("Our law is well established that arguments not raised in the opening brief are

waived.").  Notwithstanding the waiver of its arguments, the court notes that United States Steel

Corporation's exhibits consisted mostly of news articles, and Commerce did not rely on them

when making its ultimate determination.  Compare id. at 4–5 (exhibits list) with Final IDM at 17.

Commerce's reliance on its previous finding to support its continued finding of a particular

market situation in this administrative review is clear on the record.  See Final IDM at 17–18.

Case 1:20-cv-03898-GPK Document 81-73 Filed 11/03/21 Page 596 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 15 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                Page 15

The court concludes that Commerce's determination of the existence of a particular

market situation in the <u>Final Results</u> is unsupported by substantial evidence.  The <u>Final Results</u>

are remanded for further proceedings.[4]

**III.    Constructed Value Profit Rate**

When Commerce is required to calculate a constructed value for a respondent, the statute

requires Commerce to utilize the respondent's actual selling expenses and profits from the home

market or a third-country market.  19 U.S.C. § 1677b(e)(2)(A).  If that data is unavailable, the

statute provides Commerce with three alternatives:

(i)    the actual amounts incurred and realized by the specific exporter or producer being examined in the investigation or review for selling, general, and administrative expenses, and for profits, in connection with the production and sale, for consumption in the foreign country, of merchandise that is in the same general category of products as the subject merchandise,

(ii)   the weighted average of the actual amounts incurred and realized by exporters or producers that are subject to the investigation or review (other than the exporter or producer described in clause (i)) for selling, general, and administrative expenses, and for profits, in connection with the production and sale of a foreign like product, in the ordinary course of trade, for consumption in the foreign country, or

(iii)  the amounts incurred and realized for selling, general, and administrative expenses, and for profits, based on any other reasonable method, except that the amount allowed for profit may not exceed the amount normally realized by exporters or producers (other than the exporter or producer described in clause (i)) in connection with the sale, for consumption in the foreign country, of merchandise that is in the same general category of products as the subject merchandise.

---

[4] At oral argument, SeAH contended that the plain language of the statute, 19 U.S.C. § 1677b(e), requires Commerce to make a specific finding that the respondent's cost of production does not accurately reflect the cost of production in the ordinary course of trade before resorting to other methodologies to calculate normal value.  SeAH noted further that respondents want a company-specific determination, while Commerce advocates for a market-wide determination, but the court need not reach these issues here.

Case 1:20-cv-03898-GSK  Document 81-4   Filed 11/03/21   Page 597 of 1165
Case 1:18-cv-00083-JCG  Document 73   Filed 06/20/19   Page 18 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 16

Id. § 1677b(e)(2)(B).  Subsection three is termed the "profit cap."  See Atar S.r.L v. United

States, 730 F.3d 1320, 1321 (Fed. Cir. 2013).

       In calculating SeAH's constructed value, Commerce determined that SeAH did not have

a viable home or third-country market during the period of review.  See Final IDM at 53.  When

evaluating the statutory alternatives, Commerce found that subsection (i) was unavailable

because other steel products produced by SeAH were not in the same general category of

products as oil country tubular goods.  See id. at 54.  Subsection (ii) was unavailable because no

sales of oil country tubular goods existed in the home market, Korea.  See id.  Commerce chose

subsection (iii).  See id.  Of the seven sources of information on the record identified by

Commerce, Commerce chose to calculate SeAH's constructed value profit by utilizing profit

data from the previous administrative review associated with SeAH's Canadian market sales,

costs, selling, and general expenses.  See id. at 55.  Commerce did not address the constructed

value profit issue as it pertained to NEXTEEL in the Final Results because it resorted to total

adverse facts available and "because [Commerce was] applying total AFA to NEXTEEL for

these results, [its] determination of which CV profit rate and selling expenses to use applies only

to SeAH."  Final IDM at 53.

       NEXTEEL contends that the use of SeAH's data from the previous administrative review

is inappropriate because (1) the data is not contemporaneous and there are important differences

in the market place between the two periods and (2) SeAH's Canadian market sales are subject to

a Canadian antidumping case with respect to the subject merchandise.  NEXTEEL's Br. 38.

NEXTEEL's first contention is incorrect.  Using subsection (iii) to calculate constructed value,

Commerce is free to use "any reasonable method" to determine plaintiff's constructed value.

Case 1:20-cv-03896-CRK Document 81-4 Filed 11/03/21 Page 598 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 08/20/19 Page 17 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 17

See 19 U.S.C § 1677b(e)(2)(B)(iii).  Commerce explained that "[w]hile the financial data from

SeAH are less contemporaneous to the POR than are the other alternative financial data sources,

we continue to find that the specificity of the SeAH financial data outweighs concerns over

contemporaneity" because "it represents profit from [oil country tubular goods] produced by a

Korean producer in Korea" and therefore "eliminates some of the inherent flaws that occur using

surrogate financial statements (e.g., profits reflecting products that are not in the same general

category of products as [oil country tubular goods])."  Final IDM at 55–56.  Commerce

concluded that there were no important differences in the market between 2015 and 2016

because "producers faced a decline in oil and gas prices throughout 2015 and 2016; the first eight

months of 2015 overlapped with the first review" and two producers had improved financial

performance.  Id. at 60.  The court concludes that Commerce's use of SeAH's prior review data

is supported by substantial evidence.

NEXTEEL contends further that Commerce's use of SeAH's data is inappropriate

because of an existing antidumping duty case in Canada regarding oil country tubular goods

from Korea.  See NEXTEEL Br. 38.  Although there is a preference for not using "dumped third

country prices to calculate" normal value, there was no evidence of a formal finding of dumping

in the Canadian investigation.  See Alloy Piping Prods., Inc. v. United States, 26 CIT 330, 340–

41, 201 F. Supp. 2d 1267, 1277 (2002) (sustaining Commerce's decision to rely on data derived

from allegedly dumped merchandise in third-country sales).  Commerce "subjected SeAH's

Canadian market sales to a cost test, and only those sales that were made above the cost of

production (i.e., made in the ordinary course of trade) were used in constructing the aggregate

[constructed value] profit and selling expenses."  Final IDM at 59.  Commerce attempted to

Case 1:20-cv-03896-CRK Document 81-4 Filed 11/03/21 Page 599 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 18 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 18

make adjustments for possible distortions and to utilize the best available information on the

record to calculate NEXTEEL's constructed value profit.  The court finds that Commerce's use

of SeAH's Canadian market sales was reasonable.

      SeAH contends that Commerce's calculation of constructed value profit is not consistent

with the statute because Commerce did not apply a "profit cap" based on the financial statements

of global oil country tubular goods producers.  SeAH's Br. 6.  Specifically, SeAH argues that

Commerce's "use of the same figures to determine both the profit rate and the 'profit cap' means

that no 'profit cap' was actually applied," and that Commerce erred in not applying a profit cap

based upon the profit earned on all home-market sales of merchandise in the same general

category of merchandise.  Id. at 29–30.  Defendant contends that "the statute does not dictate

which data Commerce is to use when applying 'facts otherwise available,' . . . much less which

data to use when choosing a facts available profit cap."  Def.'s Br. 44.  In the Final Results,

Commerce was "unable to calculate a profit cap based on the actual amounts reported in

accordance with the statutory intent under section 773(e)(2)(B)(iii) of the Act" because "[t]here

is no profit information for sales in Korea of [oil country tubular goods] and products in the same

general category on the record."  Final IDM at 60.  The statute requires only that Commerce

calculate a profit cap but does not dictate which data it must use to do so.  See 19 U.S.C

§ 1677b(e)(2)(B)(iii).  Because Commerce calculated a profit cap, its use of SeAH's data from

the previous administrative review is not contrary to law.

**IV.    Rejection of Portions of NEXTEEL's Rebuttal Brief**

      Antidumping duty determinations are subject to strict statutory guidelines.  See 19 U.S.C.

§ 1675(a)(3).  Commerce's regulations specify deadlines for submitting factual information.  See

Case 1:20-cv-03898-CRK Document 81-4 Filed 11/03/21 Page 600 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 08/20/19 Page 19 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 19

19 C.F.R. § 351.301(c).  Commerce must cease collecting information before making a final

determination, and Commerce must provide the parties with a final opportunity to comment on

the information obtained by Commerce upon which the parties have not previously had an

opportunity to comment.  19 U.S.C. § 1677m(g).  Commerce must disregard comments

containing new factual information.  Id.  Commerce's interpretation of what constitutes factual

information is upheld unless an "alternative reading is compelled by the regulation's plain

language or by other indications of . . . intent at the time of the regulation's promulgation."  Tri

Union Frozen Prods., Inc. v. United States, 40 CIT __,__, 163 F. Supp. 3d 1255, 1287 (2016)

(quoting Thomas Jefferson Univ. v. Shalala, 512 U.S. 504, 512 (1994)).

        Commerce rejected NEXTEEL's rebuttal brief because it discussed "a proposed

reallocation of G&A expenses, and incorporate[d] new factual information not previously on the

record of this review."  Letter from the Department to NEXTEEL Re: Rejection of NEXTEEL's

Rebuttal Brief, PD 360, bar code 3689435-01 (Mar. 30, 2018); see also Final IDM at 3.

NEXTEEL's information was untimely for purposes of submitting factual information because it

made its submission after the deadline for such information, October 2, 2017.  Letter from the

Department to NEXTEEL Re: Rejection of NEXTEEL's Rebuttal Brief, PD 360, bar code

3689435-01 (Mar. 30, 2018).  NEXTEEL was permitted to refile its rebuttal brief omitting the

information at issue.  Final IDM at 3.  NEXTEEL contends that its proposed calculation was not

new factual information because it was a calculation based on record information.  See

NEXTEEL's Br. 43.  This Court has previously upheld Commerce's decision to reject from the

record a margin calculation based on record data.  See Tri Union Frozen Prods., Inc., 40 CIT at

__, 163 F. Supp. 3d at 1288.  NEXTEEL contends that Tri Union Frozen Products is

Case 1:20-cv-03896-CRK Document 43 Filed 06/23/21 Page 601 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 08/09/19 Page 20 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                                          Page 20

distinguishable from the instant case because the calculation at issue here "is a simple function of

basic arithmetic" rather than data created by running record data thorough a "complicated

program." See NEXTEEL's Br. 44, NEXTEEL's Reply Br. Supp. Rule 56.2 Mot. J. Agency R.

21, Feb. 25, 2019, ECF No. 58.  The court disagrees.  A calculation of general and administrative

expenses would similarly constitute data under 19 C.F.R. § 351.102(b)(21)(ii) ("Evidence,

including statements of fact, documents, and data submitted either in support of allegations, or,

to rebut, clarify, or correct such evidence submitted by any other interested party.").

Commerce's rejection of certain portions of NEXTEEL's rebuttal brief is in accordance with the

law.

**V.      Classification of Proprietary SeAH Products**

        Commerce's January 13, 2017, questionnaire asked SeAH to report a separate reporting

code for proprietary grades of oil country tubular goods that are not listed in the API

Specification 5CT.  See SeAH Initial Questionnaire at B-11, PD 32, bar code 3536487-01 (Jan.

13, 2017).  SeAH informed Commerce that it sold proprietary grades of oil country tubular

goods in the United States and that its product "has the same tensile strength required by the N-

80 specification but it is not heat treated (by normalization or by quenching-and-tempering) in

the manner required by the N-80 norms."  SeAH's March 6, 2017, Section C Questionnaire

Response at 13 n.10, PD 77, bar code 3548887-02, (Mar. 6, 2017).  In the Preliminary Results

and in the Final Results, Commerce combined SeAH's reported code 075 with code 080, which

represented products meeting Commerce's N-80 specification.  See Final IDM 84–85.

Commerce found that because SeAH's proprietary oil country tubular goods shared the same

mechanical properties as goods coded under 080 (i.e., tensile and hardness requirements), the

Case 1:20-cv-03898-GBK Document 81-3 Filed 11/03/21 Page 603 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 29 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                           Page 21

two goods should be grouped together.  See id. at 84.  "[A]ny differences between these grades
were already captured in other product characteristics."  Id.

SeAH argues that Commerce's grouping of its proprietary oil country tubular goods into
code 080 was improper because its proprietary product does not meet the heat treatment
specification required for N-80 goods.  See SeAH's Br. 7–11; see also Case Brief of SeAH Steel
Corporation at 8 n.21, PD 319, bar code 3646189-01 (Nov. 30, 2017) (API 5CT specification for
heat treatment, stating that for grade N-80 goods "Full body/ full-length heat treatment is
mandatory.  At the manufacturer's option either normalised or normalised and tempered.").  The
Government contends that "heat treatment is not a 'physical characteristic' of a product but
rather a 'production process' feature."  Def.'s Br. 47.  The Government urges the court to sustain
Commerce's finding as reasonable because while SeAH's proprietary oil country tubular goods
differ from grade N-80 goods with respect to heat treatment, "they are the same with regard to
critical performance properties."  Id. at 48.

Despite the Government's arguments, Commerce failed to distinguish meaningfully
between a product's physical characteristics and production process in the Final Results.  The
API 5CT specification implies that heat treatment influences a product's specifications and
classification under the N-80 grade.  Commerce did not address evidence on the record
adequately in making its determination.  The court concludes that Commerce's decision to
classify SeAH's proprietary oil country tubular goods as code 080 is unsupported by substantial
evidence on the record and remands the issue for further consideration consistent with this
opinion.

Case 1:20-cv-03896-GPK   Document 81-3   Filed 11/03/21   Page 603 of 1165
Case 1:18-cv-00083-JCG   Document 73   Filed 06/20/19   Page 22 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                     Page 22

### VI.    Cap on Adjustment for Freight Revenue on SeAH's U.S. Sales

When calculating SeAH's constructed export price, Commerce offset freight charges and applied a cap on freight revenue for invoices where freight was separately billed.  See Final IDM at 86.  SeAH contends that Commerce's decision to do so is contrary to law because Commerce does not have the authority to deduct freight costs that are not included in the merchandise cost. See SeAH's Br. 3.  SeAH contests also Commerce's decision to apply a cap for freight revenues but not for losses in export price.  See id. at 4.

Under 19 U.S.C. § 1677a(c), "[t]he price used to establish export price and constructed export price shall be . . . reduced by . . . the amount, if any, included in such price, attributable to any additional costs, charges, or expenses, and United States import duties, which are incident to bringing the subject merchandise from the original place of shipment in the exporting country to the place of delivery in the United States."  See 19 U.S.C. § 1677a(c)(2)(A).  Export price or constructed export price is the price at which the subject merchandise is first sold in the United States, as opposed to the sale price in the exporter's home country.  See 19 U.S.C. §§ 1677a(a), 1677b(a)(1)(B)(i).

Commerce uses adjustments when calculating export price or constructed export price "to achieve 'a fair, "apples-to-apples" comparison' between U.S. price and foreign market value." Fla. Citrus Mut. v. United States, 550 F.3d 1105, 1110 (Fed. Cir. 2008) (quoting Torrington Co. v. United States, 68 F.3d 1347, 1352 (Fed. Cir. 1995)).  Such adjustments prevent exporters from improperly inflating the export price of a good by charging a customer for freight more than the exporter's actual freight expenses.  See Dongguan Sunrise Furniture Co. v. United States, 36 CIT __, __, 865 F. Supp. 2d 1216, 1248–49 (2012).  Commerce reasonably adjusts its price

Consol. Court No. 18-00083                                                                    Page 23

calculation using net freight revenue.  See id. at __, 865 F. Supp. 2d at 1248.  It is reasonable for

Commerce not to consider freight revenue as part of the price of the subject merchandise in

accordance with the statutory language.  See id. at __, 865 F. Supp. 2d at 1248–49.

SeAH contends that Commerce's treatment of freight revenue below the cap as part of

the U.S. price in its calculations, and freight revenue above the cap as not part of the U.S. price

in its calculations, is inconsistent with the statute.  See SeAH's Br. 13.  SeAH argues that under

the language of section 1677a(c)(2)(A), when Commerce deducted the actual freight costs for

sales with separately-invoiced freight charges it must have found that those costs were "included

in" the "price used to establish export price and constructed export price," otherwise Commerce

would not have been permitted to adjust them.  See SeAH's Br. 12–13.  This is an incorrect

reading of the statute.  Section 1677a requires Commerce to make adjustments when calculating

export price or constructed export price "to achieve a fair, 'apples-to-apples' comparison

between U.S. price and foreign market value."  Fla. Citrus Mut., 550 F.3d at 1110.  A proper

comparison between the U.S. price and foreign market value would not include a profit earned

from freight rather than from the sale of the subject merchandise.  The court concludes that

Commerce's treatment of freight revenue is in accordance with the law.

**VII.    Deduction of General and Administrative Expenses as U.S. Selling Expenses**

Commerce allocated the general and administrative ("G&A") expenses related to resold

United States products for SeAH's U.S. affiliate Pusan Pipe America Inc. ("PPA").  See Final

IDM at 89.  SeAH contends that PPA's administrative activities are related to the overall

activities of the company and thus are not all selling expenses that can be deducted.  See SeAH's

Br. 14–15.

Case 1:20-cv-03896-GSK  Document 81-3  Filed 11/03/21  Page 605 of 1165
Case 1:18-cv-00083-JCG  Document 73  Filed 06/20/19  Page 24 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                             Page 24

When calculating a constructed value, Commerce must include selling, general, and administrative expenses.  <u>See</u> 19 U.S.C. §§ 1677b(e)(B)(i)–(iii).  G&A expenses are generally understood to mean expenses that relate to the activities of the company as a whole rather than to the production process.  <u>Torrington Co. v. United States</u>, 25 CIT 395, 431, 146 F. Supp. 2d 845, 885 (2001).  The court affords Commerce deference in developing a methodology for including G&A expenses in the constructed value calculation because it is a determination involving complex economic and accounting decisions of a technical nature.  <u>See</u> <u>Fujitsu Gen. Ltd.</u>, 88 F.3d at 1039; <u>see also</u> <u>Mid Continent Steel & Wire, Inc. v. United States</u>, 41 CIT __, __, 273 F. Supp. 3d 1161, 1166 (2017).  Commerce still must explain cogently why it has exercised its discretion in a given manner.  <u>See</u> <u>State Farm</u>, 463 U.S. at 48–49.

Commerce explained that because "PPA's G&A activities support the general activities of the company as a whole, including: (1) the sale and further manufacture of further manufactured products; and (2) the sale of non-further manufactured products," it applied the "G&A ratio to the total cost of further manufacture for these products.  In addition, [it] applied PPA's G&A ration to the cost of the imported pipe, regardless of whether the pipe was further manufactured in the United States."  Final IDM at 90.  Commerce also "attributed a portion of PPA's G&A activities, which includes selling functions, to the resold products."  <u>Id.</u>  This explanation does not clarify why Commerce deducted PPA's G&A expenses for resold products, nor does it clarify why it deducted G&A expenses from the cost of the imported pipe.  The court concludes that Commerce's decision to deduct G&A expenses in the <u>Final Results</u> is unsupported by substantial evidence on the record and remands on this issue for clarification or reconsideration of Commerce's methodology.

Case 1:20-cv-03898-GPK Document 81-7    Filed 11/03/21    Page 606 of 1165
Case 1:18-cv-00083-JCG    Document 73    Filed 06/20/19    Page 25 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                              Page 25

## VIII.   Differential Pricing Analysis

Commerce ordinarily uses an average-to-average comparison ("A-to-A") of normal values to export prices for comparable merchandise in an investigation when calculating a dumping margin.  See 19 U.S.C. § 1677f-1(d)(1)(A); 19 C.F.R. § 351.414(c)(1).  Commerce can depart from using the A-to-A methodology and instead compare the weighted average of normal values to the export prices of individual transactions for comparable merchandise ("A-to-T") when (1) Commerce finds a pattern of export prices for comparable merchandise that differ significantly among purchasers, regions, or periods of time and (2) Commerce explains why such differences cannot be taken into account using the A-to-A methodology.  See 19 U.S.C. §§ 1677f-1(d)(1)(B)(i)-(ii).  Commerce has adopted the same basis for applying its A-to-T methodology in administrative reviews.  See JBF RAK LLC, 790 F.3d at 1364 ("Commerce's decision to apply its average-to-transaction comparison methodology in the context of an administrative review is reasonable.").  Commerce applied differential pricing analysis in this case when applying its A-to-T methodology.  See Final IDM at 65.

Commerce determines whether a pattern of significant price differences exists among purchasers, regions, or periods of time with its two-stage differential pricing analysis.  See Prelim. IDM at 8–9.  First, Commerce applies what it refers to as the "Cohen's d test" that measures the degree of price disparity between two groups of sales.  See id. at 9.  Commerce calculates the number of standard deviations by which the weighted-average net prices of U.S. sales for a particular purchaser, region, or time period (the "test group") differ from the weighted-average net prices of all other U.S. sales of comparable merchandise (the "comparison group").  See id.  The result of this calculation is a coefficient.  See id.  The Cohen's d

Case 1:20-cv-03890-GRK Document 81-3   Filed 11/03/21   Page 607 of 1165
Case 1:18-cv-00083-JCG   Document 73   Filed 06/20/19   Page 26 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                    Page 26

coefficient is used to evaluate the extent to which the net prices to a particular purchaser, region, or time period differ significantly from the net prices of all other sales of comparable merchandise.  See id.  A group of sales with a coefficient equal to or greater than 0.8 "passes" the test and signifies to Commerce that a significant pattern of price differences exists within that group of sales.  See id. at 9–10.  Commerce then applies the "ratio test" to measure the extent of significant price differences.  See id. at 10.  If the value of sales that pass the Cohen's d test account for 66 percent or more of the value of total sales, that indicates to Commerce that the pattern of significant price differences warrants application of the A-to-T method to all sales. See id.  If the value of sales that pass the Cohen's d test is more than 33 percent and less than 66 percent of the value of all sales, Commerce takes a hybrid approach, applying the A-to-T method to the sales that passed its Cohen's d test and applying the A-to-A method to all other sales.  See id.  Commerce will apply the A-to-A method to all sales if 33 percent or less of a respondent's total sales pass its Cohen's d test.  See id.  If both the Cohen's d test and ratio test demonstrate that the A-to-T methodology should be considered, Commerce applies its "meaningful difference" test, pursuant to which Commerce evaluates whether the difference between the weighted-average dumping margins calculated by the A-to-A method is meaningfully different than the weighted-average dumping margins calculated by the A-to-T method.  See id.

### A. Commerce's Use of Numerical Thresholds Throughout the Differential Pricing Analysis

The Court of Appeals for the Federal Circuit and this Court have held the steps underlying the differential pricing analysis as applied by Commerce to be reasonable.  See e.g., Apex Frozen Foods Private Ltd. v. United States, 40 CIT __, __, 144 F. Supp. 3d 1308, 1313–35

Case 1:20-cv-03896-GPK JCC Document 81-4 Filed 11/23/21 Page 608 of 1165
Case 1:18-cv-00083-JCC Document 73 Filed 06/20/19 Page 27 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                          Page 27

(2016), aff'd, 862 F.3d 1337 (Fed. Cir. 2017); Apex Frozen Foods Private Ltd. v. United States,

41 CIT __, __, 208 F. Supp. 3d. 1398, 1403–17 (2017); Tri Union Frozen Prods., Inc. v. United

States, 40 CIT __, __, 163 F. Supp. 3d 1255, 1303 (2016).  Commerce's use of the differential

pricing analysis was not subject to the notice and comment requirements of the Administrative

Procedure Act.  See Apex Frozen Foods Private Ltd., 40 CIT at __, 144 F. Supp. 3d at 1321.

        SeAH contends that record evidence does not support Commerce's use of the differential

pricing analysis here.  See SeAH's Br. 6–7.  Specifically, SeAH argues that Commerce must

explain why its differential pricing analysis application and why any of the numerical thresholds

used during the analysis are appropriate in the context of each specific case.  See SeAH's Br. 33.

SeAH cites Carlisle Tire & Rubber Co., Div. of Carlisle Corp. v. United States, 10 CIT 301, 634

F. Supp. 419 (1986) ("Carlisle Tire"), and Washington Red Raspberry Commission v. United

States, 859 F.2d 898 (Fed. Cir. 1988) ("Wash. Red Raspberry Comm'n"), as support for the

proposition that Commerce can only apply mathematical assumptions and numerical thresholds

that have not been adopted in accordance with the Administrative Procedure Act if the record

contains substantial evidence supporting the application.  See SeAH's Br. 34–35.  Both cases

concerned only Commerce's application of the 0.5 percent *de minimis* standard in antidumping

investigations and can be distinguished from the instant case.  See Wash. Red Raspberry

Comm'n, 859 F.2d at 902; Carlisle Tire, 10 CIT at 302, 634 F. Supp. at 421.  The *de minimis*

standard needed to be promulgated in accordance with the notice and comment provisions of the

Administrative Procedure Act.  See Carlisle Tire, 10 CIT at 305, 634 F. Supp. at 423.  That is not

true of Commerce's differential pricing analysis.  See Apex Frozen Foods Private Ltd., 40 CIT at

__, 144 F. Supp. 3d at 1321 ("Commerce's shift from the Nails test to the differential pricing

Case 1:20-cv-03898-GPK Document 81-4 Filed 11/03/21 Page 609 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 28 of 32

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                              Page 28

analysis is not subject to notice and comment requirements.").  Because there is not support for

SeAH's argument that Commerce can only apply mathematical assumptions and numerical

thresholds that have not been adopted in accordance with the Administrative Procedure Act if the

record contains substantial evidence supporting the application, the court need not disturb

Commerce's practice.

### B.  Commerce's Use of the Cohen's d Test

The Court gives Commerce deference in determinations "involv[ing] complex economic

and accounting decisions of a technical nature."  See Fujitsu Gen. Ltd., 88 F.3d at 1039.  When

Commerce applies the Cohen's d test, all of the respondent's sales are analyzed.  See Prelim.

IDM at 9.  Sampling technique, sample size, and statistical significance are not relevant

considerations in the context of analyzing all sales.  See Tri Union Frozen Prods. Inc., 40 CIT at

__, 163 F. Supp. 3d at 1302.

SeAH contends that Commerce's use of the Cohen's d test is contrary to well-recognized

statistical principles.  See SeAH's Br. 36–38.  Specifically, SeAH argues that the Cohen's d test

can only be used when comparing random samples drawn from normal distributions with

roughly equal variance containing a sufficient number of data points.  See id. at 36.  During the

review, Commerce explained that "the U.S. sales data which SeAH has reported to Commerce

constitutes a population.  As such, sample size, sample distribution, and the statistical

significance of the sample are not relevant to the Department's analysis."  Final IDM at 71.

Commerce explained its use of the Cohen's d test in this case and did not need to consider

sample size, sample distribution, and the statistical significance of the sample, and therefore the

court finds that Commerce's approach is supported by substantial evidence on the record.

Case 1:20-cv-03898-CRK   Document 81-3   Filed 11/03/21   Page 610 of 1165
Case 1:18-cv-00083-JCG   Document 73   Filed 06/20/19   Page 29 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                              Page 29

### C.  The "Ratio Test" Thresholds

The thresholds in the ratio test have previously been upheld by this Court as reasonable and in accordance with the law.  See e.g., U.S. Steel Corp. v. United States, 41 CIT __, __, 219 F. Supp. 3d 1300, 1311 (2017) (Commerce "has reasonably explained why its ratio test is reasonable and not arbitrarily applied.").  If Commerce's rationale for adopting such thresholds is reasonably explained, the standard of review does not require that Commerce explain the statistical calculations and methodologies that allowed it to arrive at such thresholds.  See U.S. Steel Corp. v. United States, 40 CIT __, __ 179 F. Supp. 3d 1114, 1126 (2016) (citing State Farm, 463 U.S. at 48–49).

SeAH contends that Commerce failed to provide any evidence or reasonable explanation to support the 33 and 66 percent thresholds used in the "ratio test" portion of the differential pricing analysis.  See SeAH's Br. 38–40.  Commerce explained that "when a third or less of a respondent's U.S. sales are not at prices that differ significantly, then these significantly different prices are not extensive enough to satisfy the first requirement of the statute," which requires Commerce to find a pattern of export prices for comparable merchandise that differ significantly among purchasers, regions, or period of time.  See Final IDM at 72.  Commerce explained further that "when two thirds or more of a respondent's sales are at prices that differ significantly, then the extent of these sales is so pervasive that it would not permit the Department to separate the effect of the sales where prices differ significantly from those where prices do not differ significantly."  Id.  When Commerce "finds that between one third and two thirds of U.S. sales are at prices that differ significantly, then there exists a pattern of prices that differ significantly, and that the effect of this pattern can reasonably be separated from the sales

Case 1:20-cv-03896-GSK Document 81-4 Filed 11/03/21 Page 611 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 31 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                    Page 30

whose prices do not differ significantly." Id.  As in United States Steel Corporation, the court

can discern that Commerce developed its ratio test to identify the existence and extent to which

there is a pattern of export prices for comparable merchandise that differ significantly among

purchasers, regions, or periods of time.  See U.S. Steel Corp., 40 CIT at __, 179 F. Supp. 3d at

1127.  The court finds that Commerce's use of the 33 and 66 percent thresholds in the ratio test is

supported by evidence on the record.

> ### D. Commerce's Explanation of Why the Alleged Pattern Could Not Be Taken into Account by the A-to-A Comparison

The Court of Appeals for the Federal Circuit has held that Commerce's use of the

"meaningful difference analysis," through which Commerce evaluates whether the difference

between the weighted-average dumping margins calculated by the A-to-A method is

"meaningfully" different than the weighted-average dumping margins calculated by the A-to-T

method, is reasonable.  See Apex Frozen Foods Private Ltd., 862 F.3d at 1347–48.

SeAH contends that Commerce failed to satisfy its statutory burden of explaining why

the alleged pattern of price differences could not be taken into account by the normal A-to-A

comparison.  See SeAH's Br. 40–43.  Specifically, SeAH argues that Commerce is required to

explain how substantial evidence on the record provides a factual basis for concluding that the

results of the A-to-T calculation are more accurate than the results of the A-to-A calculation in

this specific case.  See id. at 41.  In the Final Results, Commerce explained that the comparison

of the results using the A-to-T method versus the A-to-A method sheds light on whether use of

the A-to-A method can account for SeAH's significant prices differences.  See Final IDM at 73.

Because Commerce's meaningful difference analysis is reasonable, and Commerce explained

Case 1:20-cv-03896-GBK Document 81-3 Filed 11/03/21 Page 612 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 08/20/19 Page 31 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                                    Page 31

that the A-to-A method could not account for the significant price differences in SeAH's pricing

behavior, the court finds that Commerce's use of the A-to-T method is supported by evidence on

the record.

## CONCLUSION

For the foregoing reasons, the court concludes that:

1.  Commerce's application of total facts available to NEXTEEL is unsupported
    by substantial evidence and contrary to the law;

2.  Commerce's particular market situation analysis is unsupported by substantial
    evidence;

3.  Commerce's calculation of NEXTEEL's constructed value profit is supported
    by substantial evidence and in accordance with the law;

4.  Commerce's decision to reject portions of NEXTEEL's rebuttal brief from the
    administrative record is in accordance with the law;

5.   Commerce's classification of proprietary SeAH products is unsupported by
    substantial evidence;

6.  Commerce's decision to cap the adjustment for freight revenue on SeAH's
    U.S. sales is in accordance with the law;

7.  Commerce's decision to deduct SeAH's general and administrative expenses
    as U.S. selling expenses is unsupported by substantial evidence;

8.  Commerce's use of its differential pricing analysis is supported by substantial
    evidence and in accordance with the law.

Accordingly, it is hereby

Case 1:20-cv-03898-GPK Document 81-4 Filed 11/03/21 Page 613 of 1165
Case 1:18-cv-00083-JCG Document 73 Filed 06/20/19 Page 32 of 32
Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Consol. Court No. 18-00083                                                  Page 32

     **ORDERED** that the Rule 56.2 motions for judgment on the agency record filed by

NEXTEEL and SeAH, are granted in part; and it is further

     **ORDERED** that the <u>Final Results</u> are remanded to Commerce for further proceedings

consistent with this opinion; and it is further

     **ORDERED** that Commerce shall file its remand redetermination on or before August 16,

2019; and it is further

     **ORDERED** that Commerce shall file the administrative record on remand on or before

August 30; and it is further

     **ORDERED** that the Parties shall file comments on the remand redetermination on or

before September 16, 2019; and it is further

     **ORDERED** that the Parties shall file replies to the comments on or before October 16,

2019; and it is further

     **ORDERED** that the joint appendix shall be filed on or before October 30, 2019.


                                           <u>/s/ Jennifer Choe-Groves</u>
                                          Jennifer Choe-Groves, Judge

Dated: <u>June 17, 2019</u>
       New York, New York

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 2

**35604**    Federal Register / Vol. 84, No. 142 / Wednesday, July 24, 2019 / Notices

protective order, is hereby requested. Failure to comply with the regulations and the terms of an APO is a sanctionable violation.

**Notification to Interested Parties**

We are issuing and publishing these final results in accordance with sections 751(a)(1) and 777(i)(1) of the Act and 19 CFR 351.213.

Dated: July 18, 2019.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

**Appendix I**

**List of Topics Discussed in the Issues and Decision Memorandum**

I. Summary
II. Background
III. Scope of the Order
IV. Final Determination of No Shipments
V. Use of Facts Available and Adverse Facts Available (AFA)
VI. Discussion of the Issues:
    Comment 1: Whether Sea-line Provided Reliable Sales Information to Calculate a Dumping Margin
    Comment 2: Whether Romania is the Appropriate Surrogate Country
    Comment 3: Whether Commerce Double-Counted Chemicals in Sea-line's Calculation
VII. Recommendation

**Appendix II**

**List of Companies Receiving a Separate Rate**

1. Chengwu County Yuanxiang Industry & Commerce Co., Ltd.
2. Jining Alpha Food Co., Ltd.
3. Qingdao Maycarrier Import & Export Co., Ltd.
4. Shandong Chenhe International Trading Co., Ltd.
5. Shandong Happy Foods Co., Ltd.
6. Weifang Hongqiao International Logistics Co., Ltd.

**Appendix III**

**List of Companies Not Receiving Separate Rate Status**

1. Bestway Logistics Inc.
2. Chengwu Yuanxiang Industry and Commerce Co., Ltd.
3. China Union Agri. (Qingdao) Co., Ltd.
4. Dongying Richmond International
5. Jiangyuong Gunagafa Vegetable Professional Corporation
6. Jinan Farmlady Trading Co., Ltd.
7. Jining City Billion Garlic Products Co., Ltd.
8. Jining New Silk Road Food Co., Ltd.
9. Jining Rich Farmer International
10. Jining Yifa Garlic Produce Co., Ltd.
11. Jining Yongjia Trade Co., Ltd.
12. Jinxiang County Jinji Trade Co., Ltd.
13. Jinxiang Hongyu Freezing & Storing Co., Ltd.
14. Jinxiang Richfar Fruits & Vegetables Co., Ltd.
15. Juxian Huateng Organic Ginger Co., Ltd.
16. Laiwu Ever Green Food Co., Ltd.
17. Lanling Xinxinyuan Food Co., Ltd.
18. Pinacle Sourcing & Marketing, Ltd.

19. Qingdao Gabsan Trading Co., Ltd.
20. Qingdao Jiashan Trading Co., Ltd.
21. Qingdao Justop Industries and Trading Co., Ltd.
22. Qingdao Ritai Food Co., Ltd.
23. Shandong Galaxy International
24. Shandong Helu International Trade Co., Ltd.
25. Shandong Lejianda Food Co., Ltd.
26. Victoria Foods Co., Ltd.
27. Weifang Huashun Import & Export Co., Ltd.
28. Weifang Wangyuan Food Co., Ltd.

[FR Doc. 2019–15745 Filed 7–23–19; 8:45 am]

**BILLING CODE 3510–DS–P**

---

**DEPARTMENT OF COMMERCE**

**International Trade Administration**

**[C–580–884]**

**Countervailing Duty Order on Certain Hot-Rolled Steel Flat Products From the Republic of Korea: Amended Final Results of the First Administrative Review**

**AGENCY:** Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) is amending the final results of the administrative review of the countervailing duty (CVD) order on certain hot-rolled steel flat products (hot-rolled steel) from the Republic of Korea (Korea) to correct a ministerial error. The period of review (POR) is August 12, 2016 through December 31, 2016.

**DATES:** Applicable July 24, 2019.

**FOR FURTHER INFORMATION CONTACT:** Hannah Falvey, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–4889.

**SUPPLEMENTARY INFORMATION:**

**Background**

In accordance with section 751(a)(1) of the Tariff Act of 1930, as amended (the Act), and 19 CFR 351.221(b)(5), on June 19, 2019, Commerce published its final results of the administrative review of the CVD order of hot-rolled steel from Korea.[1] On June 24, 2019, POSCO alleged a calculation error in these *Final Results* regarding POSCO's policy loans from the Korea Resources Corporation

---

[1] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Final Results of the Countervailing Duty Administrative Review, 2016,* 84 FR 28461 (June 19, 2019) (*Final Results*), and accompanying Issues and Decision Memorandum (IDM).

(KORES).[2] We did not receive any other ministerial error comments or rebuttal comments.

**Scope of the Order**

The merchandise covered by the order is certain hot-rolled steel flat products from Korea. For a complete description of the scope of the order, *see* the Issues and Decision Memorandum accompanying the *Final Results.*[3]

**Ministerial Errors**

Section 751(h) of the Act and 19 CFR 351.224(f) define a "ministerial error" as an error in addition, subtraction, or other arithmetic function, clerical error resulting from inaccurate copying, duplication, or the like, and any other similar type of unintentional error which the Secretary considers ministerial. As discussed in the Amended Final Issues and Decision Memorandum, Commerce finds that the error alleged by POSCO constitutes a ministerial error within the meaning of 19 CFR 351.224(f).[4] Specifically, Commerce made an error in the calculation of the benefit to POSCO from POSCO's KORES loans.[5]

In accordance with section 751(h) of the Act and 19 CFR 351.224(e), we are amending the *Final Results* to correct the ministerial error. Specifically, we are amending the net subsidy rate for POSCO.[6] The revised net subsidy rate is provided below.

**Amended Final Results**

| Company | Subsidy rate (percent *valorem*)[7] |
|---|---|
| POSCO ................................ | 0.54 |

---

[2] *See* POSCO's Letter, "Certain Hot-Rolled Steel Flat Products from the Republic of Korea, 8/12/2016–12/31/2016 Administrative Review, Case No. C–580–884: POSCO's Ministerial Error Allegation," dated June 24, 2019.

[3] *See Final Results* and accompanying IDM.

[4] *See* Memorandum, "Allegation of Ministerial Errors in the Final Results of the First Antidumping Duty Administrative Review of Certain Hot-Rolled Steel Flat Products from the Republic of Korea," dated concurrently with, and hereby adopted by, this notice (Amended Final Issues and Decision Memorandum).

[5] *See* Memorandum, "Countervailing Duty Review of Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Final Results Calculations for POSCO," dated June 11, 2019.

[6] *Id.* Because we relied on POSCO's subsidy rates to calculate the rate for non-selected companies under review, we are revising the calculation for non-selected companies under review in these amended final results. After this revision, the rate for non-selected companies is unchanged from the *Final Results. See* Memorandum, "Countervailing Duty Administrative Review: Certain Hot-Rolled Steel Flat Products from the Republic of Korea; Amended Final Results Rate Calculation for the Non-Selected Companies," dated concurrently with the amended final results.

Case 1:20-cv-03898-CRK    Document 81-4    Filed 11/03/21    Page 616 of 1165
Barcode:3870826-01 C-580-884 REV – Admin Review 8/12/16 - 12/31/16 Korea HR AR1

Federal Register / Vol. 84, No. 142 / Wednesday, July 24, 2019 / Notices    35605

| Company | Subsidy rate (percent valorem)[7] |
|---|---|
| Hyundai Steel Co., ......... | 0.58 |
| DCE Inc ...................... | 0.56 |
| Dong Chuel America Inc ...... | 0.56 |
| Dongbu Steel Co., Ltd ......... | 0.56 |
| Dongkuk Industries Co., Ltd | 0.56 |
| Hyewon Sni Corporation (H.S.I.) ...................... | 0.56 |
| Soon Hong Trading Co., Ltd | 0.56 |
| Sung-A Steel Co., Ltd ......... | 0.56 |

## Assessment Rates

Commerce intends to issue assessment instructions to U.S. Customs and Border Protection (CBP) 15 days after the date of publication of these amended final results of review, to liquidate shipments of subject merchandise entered, or withdrawn from warehouse, for consumption, from August 12, 2016 through December 31, 2016, at the *ad valorem* rates listed above.

## Cash Deposit Rate

Commerce intends to instruct CBP to collect cash deposits of estimated countervailing duties, in the amounts shown above for the companies listed above on shipments of subject merchandise entered, or withdrawn from warehouse, for consumption on or after June 19, 2019, the date of publication of the *Final Results.* For all non-reviewed firms, we will instruct Commerce to collect cash deposits at the most-recent company specific or all-others rate applicable to the company, as appropriate. These cash deposit requirements, when imposed, shall remain in effect until further notice.

## Administrative Protective Order

This notice also serves as a reminder to parties subject to administrative protective order (APO) of their responsibility concerning the destruction of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3). Timely written notification of the return or destruction of APO materials or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and terms of an APO is a sanctionable violation.

## Disclosure

We intend to disclose the calculations performed for these amended final results to interested parties within five business days of the date of the publication of this notice in accordance with 19 CFR 351.224(b).

[7] The rate for non-selected companies under review remains unchanged from the *Final Results.*

## Notification to Interested Parties

We are issuing and publishing this amended final results in accordance with sections 751(h) and 777(i)(1) of the Act, and 19 CFR 351.224(e).

Dated: July 18, 2019.

**Jeffrey I. Kessler,**

*Assistant Secretary for Enforcement and Compliance.*

[FR Doc. 2019–15744 Filed 7–23–19; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

## National Oceanic and Atmospheric Administration

**RIN 0648–XV002**

## Caribbean Fishery Management Council; Public Meeting

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Notice of a public meeting.

**SUMMARY:** The Caribbean Fishery Management Council will hold its 166th meeting in August to discuss the items contained in the agenda in the **SUPPLEMENTARY INFORMATION.**

**DATES:** The meetings will be held on August 20, 2019, from 9 a.m. to 5 p.m., and August 21, 2019, from 8:30 a.m. to 5 p.m.

**ADDRESSES:** The meetings will be held at The Buccaneer Hotel, 5007 Estate Shoys, Christiansted, St. Croix, USVI.

**FOR FURTHER INFORMATION CONTACT:** Caribbean Fishery Management Council, 270 Muñoz Rivera Avenue, Suite 401, San Juan, Puerto Rico 00918–1903, telephone: (787) 766–5926.

**SUPPLEMENTARY INFORMATION:**

**August 20, 2019, 9 a.m.–5 p.m.**

○ Call to Order
○ Adoption of Agenda
○ Consideration of 165th Council Meeting Verbatim Transcriptions
○ Executive Director's Report
○ Fishery Ecosystem Plan
—Plan Team Update
DAP Reports (July 30–31, 2019 meetings)
—Puerto Rico
—St. Thomas/St. John
—St. Croix
○ SSC Report (August 13–15, 2019 meeting)
○ WECAFC Next Steps
○ Caribbean Fishery Management Council Five-Year Strategic Plan: Proposed Approach and Timeline—Michelle Duval

—Public Comment Period—5-minute presentations

**August 20, 2019, 5:15 p.m.–6 p.m.**

○ Administrative Issues
○ Closed Session

**August 21, 2019, 8:30 a.m.–11 a.m.**

○ Discussion of Proposed CFMC 5-year Strategic Plan—Michelle Duval

**August 21, 2019, 11 a.m.–12 p.m.**

○ Outreach and Education Report—Alida Ortiz
○ The Emergence of Stony Coral Tissue Loss Disease in St. Thomas and Possible Impacts to Fisheries—Marilyn Brandt

**August 21, 2019, 12 noon–1:30 p.m.**

○ Lunch

**August 21, 2019, 1:30 p.m.–5 p.m.**

○ Life History of Parrotfish Species and Queen Triggerfish Throughout the US Caribbean– Virginia Shervette
○ St. Thomas/St. John
—Fish Trap Compatibility
—Spiny Lobster Fishery Management
St. Croix
—Fish Trap Compatibility
—Spiny Lobster Fishery Management
○ Recreational Fisheries Management USVI Update—Nicole Angeli
○ Enforcement Issues:
—Puerto Rico-DNER
—USVI—DPNR
—U.S. Coast Guard
—NMFS/NOAA
○ Meetings Attended by Council Members and Staff
Other Business
—Lobster Project
—Public Comment Period—5-minute presentations
○ Next Meeting

The order of business may be adjusted as necessary to accommodate the completion of agenda items. The meeting will begin on August 20, 2019 at 9 a.m. Other than the start time, interested parties should be aware that discussions may start earlier or later than indicated. In addition, the meeting may be extended from, or completed prior to the date established in this notice.

## Special Accommodations

These meetings are physically accessible to people with disabilities. For more information or request for sign language interpretation and other auxiliary aids, please contact Mr. Miguel A. Rolón, Executive Director, Caribbean Fishery Management Council, 270 Muñoz Rivera Avenue, Suite 401, San Juan, Puerto Rico, 00918–1903, telephone: (787) 766–5926, at least 5 days prior to the meeting date.

Summary of Programs
C-580-884 Hot-Rolled Steel from Korea Administrative Review
POR 8/12/2016-12/31/2016
Calculations for POSCO
Public

| Program | Rate |
|---|---|
| 1 Grant Program - R&D Grants under the Industrial Technology Innovation Promotion Act (ITIPA) | |
| 1 Grant Program - Energy Savings Program: "Demand Response Market for Peak Curtailment" | |
| 2 Loans and Credits - KEXIM Export Loan Programs - Export factoring (PDC) | |
| 3 loans and Credits - KEXIM Export Loan Programs - Export Financing From KEXIM (PDC) | |
| 4 Loans and Credits - KEXIM Import Financing (e.g., payment guarantees) (PDC) | |
| 5 Loans and Credits - KEXIM Overseas Investment Credit Program (LT) (POSCO, PDC) | |
| 6 Loans and Credits - Korea Development Bank (KDB) and other policy banks' Short-Term Discounted Loans for Export Receivables (POSCO, PDC) | |
| 7 Loans and Credits - Korea Trade Insurance Corporation (K-SURE) Export Credit Guarantees (export insurance) (PDC) | not initiated |
| 8 Loans and Credits - long-term loans from the Korean Resources Corporation (KORES) and the Korea National Oil corporation (KNOC) (POSCO, PDC, POSCO M-Tech) | |
| 9 Loans and Credits - long-term loans from the Korea Rural Community Corporation (KRC) (PDC) | not initiated |
| 10 Loans and Credits - long-term facility loans from the KDB (PNR) | not initiated |
| 11 Loans and Credits - Special Accounts for Energy and Resources (SAER) Loans - other long-term borrowings  under the SAER program (POSCO) | |
| 12 Loans and Credits - KDB loan guarantees re governemnt entity (LT) (POSCO) | not initiated |
| 13 Loans and Credits - short-term operating loans from KDB (POSCO AST, POSCO P&S, POSCO TMC, SPFC) | not initiated |
| 14 Loans and  Credits - long-term loan from government entity (POSCO AST, POSCO P&S) | not initiated |
| 15 Loans and Credits - short-term factoring loan from government-owned bank (POSCO AST, POSCO P&S) | not initiated |
| 16 Loans and Credits - KEXIM Import Financing (POSCO M-Tech) | |
| 17 short-term credit insurance from K-SURE not in connection with exports to the United States (POSCO P&S) | not initiated |
| 18 Loans and  Credits - short-term factoring Loan from government-owned bank (POSCO P&S) | not initiated |
| 19 short-term export insurance from K-SURE not in connection with exports to the United States (POSCO TMC) | not initiated |
| 20 Loans and Credits - KDB operating and facility loans not under any export-related program (POS-Himetal) | not initiated |
| 21 Loans and Credits - KDB Import usance loans (POS-Himetal) | not initiated |
| 22 Loans and  Credits - long-term equipment loans from KDB (SPFC) | not initiated |
| 23 Tax Program - RSTA Article 22: Tax Exemption on Investment in Overseas Resources Development (PDC) | |
| 24 Tax Program - adjustment for foreign-source income under Article 57 of the Corporate Tax Act (PDC, POSCO P&S) | not initiated |
| 25 Tax Program - Local Tax Exemptions: Article 78(4) of the Reduction of Special Local Tax Act (RSLTA) for Reduction and Exemption for Industrial Complexes (POSCO, POSCO M-Tech, POSCO) | |
| 26 Tax Program - RSTA Article 104(15): Development of Overseas Resources (POSCO) | |
| 27 Tax Program - RSTA Article 11: Tax Credit for Investment in Facilities for Research and Manpower (POSCO) | |
| 28 Tax Program - RSTA Article 25(3): Tax Credit for Investment in Environmental and Safety Facilities (POSCO, POSCO Chemtech) | |
| 29 Tax Program - RSTA Article 26: GOK Facilities Investment Support (POSCO) | |
| 30 Tax Program - RSTA Article 30: Special Depreciation Tax Credit (POSCO) | |
| 31 Tax Program - Technical Development Fund RSTA Article 9, formerly TERCL Article 8) (POSCO, POSCO Chemtech) | |
| 32 Reported as Non-ITIPA R&D grants - Exemption on acquisition tax merging under RSLTA Article 57(2) (POSCO) | not initiated |
| 33 Tax Program - RSTA Article 10-2, Special Taxation for Contribution, etc. for Research and Development (POSCO) | not initiated |
| 34 Tax Program - RSTA Article 8-3 ("Tax Credits when Making Contributions to Funds for Collaborative Cooperation between Large Enterprises and Small or Medium Enterprises") (POSCO, POSCO Chemech) | not initiated |
| 35 Tax Program - Restriction of Special Taxation Agreement (RSTA) Article 10(1)(3): Tax Reduction for Research and Human Resources Development (POSCO Chemtech) | |
| 36 Tax Program - RSTA Article 25(2): Tax Deductions for Investments in Energy Economizing Facilities (POSCO Chemtech) | |
| 37 Tax Program - RSTA Article 94 ("Tax Credit for acquiring facilities in order to pronrote the welfare of his/her employees") (POSCO Chemtech) | not initiated |
| 38 Tax Program - Local Tax Exemption Under RSLTA Article 57(2) (POSCO P&S) | not initiated |
| Total *Ad Valorem* | |

*Sources:*
POSCO's March 16, 2018 submission (POSCO AFF)
POSCO's April 16, 2015 submissions (POSCO QR1)
POSCO's May 30, 2018 submissions (POSCO QR2)
POSCO's August 8, 2015 submission (POSCO QR3)

Barcode:3848176-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1



UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

C-580-884
ARP:  8/12/2016 - 12/31/2016
**Public Document**
E&C/V:  CMB

June 11, 2019

MEMORANDUM TO:        Kabir Archuletta
                      Acting Program Manager
                       AD/CVD Operations, Office V

FROM:                 Carrie Bethea
                      Senior International Trade Compliance Analyst
                      AD/CVD Operations, Office V

RE:                   Countervailing Duty Review of Certain Hot-Rolled Steel Flat
                      Products from the Republic of Korea:  Final Results Calculations
                      for Hyundai

---

Attached are the calculations for the above-referenced final results for Hyundai Steel Co., Ltd.
(Hyundai Steel).  The period of review is August 12, 2016, through December 31, 2016.  We
made no changes to the calculations from the *Preliminary Results*[1] except as noted below.  A
summary of the countervailable subsidy rates can be found at the Attachment.

Total Subsidy Rate:  0.58% *ad valorem*

---

[1] *See* Memorandum, "Decision Memorandum for the Preliminary Results of the Countervailing Duty Administrative
Review, 2016:  Certain Hot-Rolled Steel Flat Products from the Republic of Korea," (*Preliminary Results*) and
"Countervailing Duty Administrative Review of Certain Hot-Rolled Steel Flat Products from the Republic of Korea:
Preliminary Results Calculations for Hyundai Steel Co., Ltd." dated October 30, 2018.

Filed By: wangxu.ho@trade.gov, Filed Date: 6/13/19 2:58 PM, Submission Status: Approved

Barcode:3848876-01 C-580-884 SFC - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**Calculation Change Since the *Preliminary Results***

SPP Yulchon Energy

As explained at Comment 7 of the Issues and Decision Memorandum accompanying the final results for the above-referenced administrative review, Hyundai Steel provided timely responses to our requests for a complete change-in-ownership appendix and countervailing duty questionnaire for SPP Yulchon Energy.  We verified Hyundai Steel's responses and found no discrepancies.  Thus, we are relying on these responses, and not on facts available, for purposes of these final results.   Accordingly, we are no longer applying the 0.07 percent facts available rate to the information that was previously missing for SPP Yulchon Energy.

Barcode:3848876-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

# Attachment
## (Public Document)

### Summary of Program Rates and Total Subsidy Rates

| Program Name | Rate |
|---|---|
| RSTA Article 26 - GOK Facilities Investment Support | 0.42% |
| RSLTA Article 78 - Acquisition and Property Tax Benefits to Companies Located in Industrial Complexes | 0.05% |
| Energy Savings:  Trading of Demand Response Resources (DRR) | 0.06% |
| ITIPA | 0.01% |
| Modal Shift Program | 0.01% |
| Suncheon Harbor | 0.02% |
| R&D Grants for Hyundai HYSCO | 0.01% |
| **Total Subsidy Rate** | **0.58%** |

Barcode:3848280-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**UNITED STATES DEPARTMENT OF COMMERCE**
International Trade Administration
Washington, D.C. 20230

C-580-884
ARP:  8/12/2016 - 12/31/2016
~~Business Proprietary Document~~
Public Version
E&C/V:  CMB

June 11, 2019

MEMORANDUM TO:        Kabir Archuletta
                     Acting Program Manager
                      AD/CVD Operations, Office V


FROM:                Carrie Bethea
                     Senior International Trade Compliance Analyst
                     AD/CVD Operations, Office V

RE:                  Countervailing Duty Review of Certain Hot-Rolled Steel Flat
                     Products from the Republic of Korea:  Final Results Calculations
                     for POSCO

---

Attached are the calculations for the final results for POSCO; POSCO Daewoo Corporation (PDC); POSCO Chemtech; POSCO Nippon RHF Joint Venture Co., Ltd. (PNR); POSCO P&S; Pohang Scrap Recycling Distribution Center (Pohang SRDC); and POSCO M-Tech.  The period of review (POR) is August 12, 2016, through December 31, 2016.  The following is a brief explanation of the calculation methodology.  A summary of the calculated subsidy rates can be found in the Attachment; the Microsoft Excel calculation workbook accompanying this memorandum contains the detailed calculations.

**Total Subsidy Rate:  0.55 percent** *ad valorem*

The above rate does not include any measurable export subsidies.

## I.    Changes Since the Preliminary Results[1]

1.    In the preliminary results calculation spreadsheet, at worksheet "*Ad Valorem* Calculations," we included descriptive information indicating that certain programs were "not countervailable."[2]  These programs had not actually been found to be

---

[1] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Preliminary Results of Countervailing Duty Administrative Review, 2016*, 83 FR 55517 (November 6, 2018) (*Preliminary Results*), and accompanying Decision Memorandum (Preliminary Decision Memorandum).
[2] *See* Memorandum "Countervailing Duty Administrative Review of Certain Hot-Rolled Steel Flat Products from

1

Barcode:3848380-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

countervailable subsidies programs in this proceeding. We have not conducted any countervailability analysis of such programs, in this proceeding, and have not made an affirmative finding of countervailability. Therefore, we changed this descriptive note to indicate that the programs are "not initiated."[3] We note that this has no effect on the results of the calculations.[4]

2.  In certain instances, in the preliminary results calculation spreadsheet, at worksheet "All Program Benefits," we recorded PDC's 2015 sales as [          ] Korean won (KRW) rather than [          ] KRW.[5] We corrected this error, but we note that his error had no effect on the results of the calculations.[6]

3.  As explained in the issues and decision memorandum (IDM), and as indicated in the POSCO Verification Report, POSCO M-Tech disclosed a minor error correction at verification related to its reporting of acquisition and property tax exemptions under Article 78(4) of the Reduction of Special Local Tax Act (RSLTA).[7] This minor correction did not affect the total tax reduction received by POSCO M-Tech, but it did affect the benefit claimed by POSCO M-Tech, which was net of Special Rural Development Tax paid.[8] As indicated in POSCO Verification Exhibit "POSCO M-Tech 1," POSCO M-Tech submitted a benefits table for Article 78(4) (POSCO M-Tech Section III Response) which was erroneously labelled "Unit: Thousand KRW." Therefore, in the *Preliminary Results* calculations, we thought the reported values were 1000s of KRW and used a [          ] KRW figure which was inflated 1000 times.[9] However, we also made an error (a non-deliberate transcription error) regarding benefits under POSCO M-Tech's acquisition and property tax exemptions pursuant to Article 78(4) of the RSLTA.

---

the Republic of Korea: Preliminary Results Calculations for POSCO," dated October 30, 2018 (POSCO Preliminary Calculation Memorandum) at worksheet "*Ad Valorem* Calculations."
[3] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "*Ad Valorem* Calculations."
[4] *Id.*
[5] *See* POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheet "All Program Benefits."
[6] *Id.* at worksheet "All Program Benefits."
[7] We note that there is a typographical error in the verification report. We say "POSCO M-Tech reported that its [          ] facility received [          ] KRW in acquisition tax exemptions and [          ] KRW in property tax exemptions. However, company officials explained that POSCO M-Tech's [          ] facility actually received [          ] KRW in acquisition tax exemptions and [ ] KRW in property tax exemptions. Company officials explained that [          ] KRW in benefits were simply transferred from the property tax exemption to the acquisition tax exemption." However, [          ] is incorrect. The figure in question is [          ]. *See* Memorandum, "Countervailing Duty Reviews of Certain Hot-Rolled Steel Flat Products from the Republic of Korea and Certain Cold-Rolled Steel Flat Products from the Republic of Korea; Verification of Questionnaire Responses of POSCO, POSCO Daewoo Corporation, POSCO Chemtech, and POSCO M-Tech," dated April 9, 2019 (POSCO Verification Report) at 2 and Verification Exhibit M-Tech 1 and M-Tech 2.
[8] *See* POSCO Verification Report. *See also* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs."
[9] *Id.*

2

a. First, the value which we erroneously transcribed included only the RSLTA 78(4) tax reduction received for POSCO M-Tech's Pohang facility, not the combined RSLTA tax exemption for both POSCO M-Tech's Pohang and Youngwol facilities.[10]

b. Second, contrary to our past practice and inconsistent with the treatment of other RSLTA tax exemptions received by POSCO and POSCO's cross-owned affiliates, the value which was erroneously transcribed was reduced by the amount of additional special rural development taxes incurred as a result of the deduction under RSLTA 78(4).[11]

Accordingly, for these final results, and as explained above, we used the actual unadjusted total RSLTA tax reduction ([      ] KRW) as POSCO M-Tech's benefit amount in our final calculations.[12]  After correcting the benefit being inflated by 1000, the other changes are too small to have a meaningful effect on the results of the calculations.[13]  Ultimately, the net effect of these changes was to reduce POSCO Chemtech's *ad valorem* benefits under these programs from [   ] percent to [ ] percent.[14]

4.  We also made an error (a non-deliberate transcription error) regarding POSCO P&S' benefits under the acquisition and property tax exemptions under Article 78(4) of the RSTLA in the *Preliminary Results*.  First, the value which we erroneously transcribed included only the RSLTA 78(4) tax reduction received for POSCO P&S' Seosan facility, not the combined RSLTA tax reduction for both POSCO P&S' Gwangyang and Seosan facilities.[15]  Accordingly, for these final results, and as explained above, we used the actual unadjusted total RSLTA tax reduction ([      ] KRW) as POSCO M-Tech's benefit amount in our final calculations.[16]  However, the benefit is too small to have a meaningful effect on the results of the calculations.[17]

5.  As indicated in the POSCO Verification Report, PDC disclosed certain minor corrections at verification related to its repayment of KNOC loans.  Specifically, PDC failed to report a [      ] U.S. dollar (USD) early repayment of a KNOC loan and misreported the

[10] *See* POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheet "23-38 Tax Programs."
[11] *See* POSCO Preliminary Calculation Memorandum at worksheet "23-38 Tax Programs."  *See also* POSCO M-Tech Section III Response and POSCO Verification Report Exhibit POSCO M-Tech 1.
[12] *Id.*
[13] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheet "23-38 Tax Programs."
[14] *Id.*
[15] *See* POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheet "23-38 Tax Programs."  *See also* POSCO P&S Section III Response.
[16] *Id. See also* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs."
[17] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations," and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations,"

3

Barcode:3848320-01 C-580-884 SFC - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

ending balance of the same loan.[18]  We modified the PDC KNOC loan table to account for these changes.[19]  However, none of these changes affected the 2016 principle beginning balance or interest payments of the loan in question.[20]  Also, as explained below, we find that POSCO's and PDC's KNOC loans are not tied to subject merchandise, and have not included them in the calculations.[21]  Thus, none of these changes affected the calculated benefits.[22]

6.       As indicated in the POSCO Verification Report, PDC disclosed a minor correction at verification related to its reporting of the loan agreement date for KNOC loans.  Specifically, PDC made a transcription error in recording the incorrect date of the loan agreement for the "[                              ]" project in the loan template table, reporting "[          ]" rather than the correct date of "[          ]."[23]  We modified the PDC KNOC loan table to account for this change.[24]  We modified the table to use a different loan benchmark rate for this loan, based upon the revised date of the loan agreement.[25]  This caused the total benefits calculated for PDC's KNOC loans to increase from [          ] KRW to [          ] KRW.[26]  However, this did not cause a measurable change because we continue to find that POSCO's and PDC's KNOC loans are not tied to subject merchandise, and have not included them in the calculations.[27]

---

[18] See POSCO Verification Report at 3 and Exhibits PDC 1 and PDC 4.

[19] See Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "8 LT KORES and KNOC loans" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans."  See also POSCO Verification Report at 3 and Exhibits PDC 1 and PDC 4.

[20] See Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "8 LT KORES and KNOC loans" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans."  See also POSCO Verification Report at 3 and Exhibits PDC 1 and PDC 4.

[21] See "Long-Term Loans from the Korean Resources Corporation (KORES) and the Korea National Oil Corporation (KNOC)," below; Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "8 LT KORES and KNOC loans" and "I Calculations;" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans" and "I Calculations."

[22] See Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "8 LT KORES and KNOC loans" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans."  See also POSCO Verification Report at 3 and Exhibits PDC 1 and PDC 4.

[23] See POSCO Verification Report at 3 and Exhibits PDC 1 and PDC 4.

[24] See Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "8 LT KORES and KNOC loans" and "I Calculations" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans" and "Ad Valorem Calculations."

[25] Id.

[26] Id.

[27] See "Long-Term Loans from the Korean Resources Corporation (KORES) and the Korea National Oil Corporation (KNOC)," below; Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "8 LT KORES and KNOC loans" and "Ad Valorem Calculations;" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans" and "Ad Valorem Calculations."

4

8.    As explained in the IDM, and as indicated in the POSCO Verification Report, we discovered that we had misclassified PDC's KORES loans as being POSCO's KORES loans and had mislabeled PDC's KORES loan chart "Loan Chart from KORES (POSCO A-16)."[28]  This chart came from PDC's Section III Response.[29]  POSCO's KORES loans were actually reported in POSCO Exhibit A-5.  Accordingly, we corrected the labeling of the PDC loan chart, attributed these loans to PDC for the final results, added POSCO's KORES loans to the calculation program, and attributed POSCO's KORES loans to POSCO.[30]  We corrected this error, but this change was too small to contribute to a measurable change in POSCO and its affiliates' overall *ad valorem* benefit rate under the program.[31]

9.    As indicated in the POSCO Verification Report, PDC disclosed certain minor corrections at verification related to its reporting of interest payments on non-success-contingent KORES loans.  PDC understated certain interest payments on [    ] KORES loans by a total of [    ] USD and overstated interest payments on one other KORES loan by [    ] KRW.  We modified the PDC's KORES loan table to account for these changes.[32]  This caused the total benefits calculated for PDC's non-success-contingent KORES loans to decrease from [    ] KRW to [    ] KRW.[33]  The combined effect of these changes was too small to contribute to a measurable change in POSCO and its affiliates' overall *ad valorem* benefit rate under the program. Also, PDC's benefits under the KORES and KNOC program remained too small to contribute to a measurable amount to POSCO and its affiliates' overall *ad valorem* benefit rate under the program.[34]

10.   As indicated in the POSCO Verification Report, PDC disclosed certain minor corrections at verification related to its reporting of interest payments on benchmark loans.  Specifically, PDC overstated certain interest payments, while understating others,

---

[28] *See* POSCO Verification Report at 14 and Exhibit PDC 2.
[29] *See* PDC Section III Response.
[30] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "8 LT KORES and KNOC loans" and "*Ad Valorem* Calculations" POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans" and "*Ad Valorem* Calculations."
[31] *Id.* We also note that we changed the way the .005 percent measurability test was performed, because we had not properly applied the test to each cross-owned affiliate individually.  This had no effect in the calculations for the *Preliminary Results* and has no effect on the calculations of the *ad valorem* rates for the other programs in the calculations for the final results.  However, for this program, for the final, without this change, the combined effect of PDC's [    ] *ad valorem* benefit rate and POSCO's *ad valorem* rate would result in PDC's [    ] *ad valorem* benefit rate increasing POSCO and POSCO's cross-owned affiliates *ad valorem* rate under this program to increase [    ] percent.  *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "*Ad Valorem* Calculations."
[32] *See* POSCO Verification Report at 14 and Exhibits PDC 1 and PDC 2.
[33] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "8 LT KORES and KNOC loans" and "*Ad Valorem* Calculations" POSCO Preliminary Calculation Memorandum and Attachment 1 and the accompanying Microsoft Excel workbook at worksheets "8 LT KORES and KNOC loans" and "*Ad Valorem* Calculations."
[34] *Id.*

5

resulting in a net [    ] USD overstatement.[35]  These changes reduced the benchmark rate for PDC's USD long-term borrowings in foreign currency from [    ] percent to [    ] percent.[36]  We did not use these benchmark loans in the calculations, so they did not contribute to POSCO and its affiliates' overall *ad valorem* benefit rate under the program. Nevertheless, for clarity and transparency, we modified the PDC's benchmark loan table to account for these changes.[37]

11.   As indicated in the POSCO Verification Report, PDC disclosed certain minor corrections at verification related to its reporting of beginning balances on benchmark long-term KRW-denominated corporate bonds.[38]  We did not use these benchmark loans in the calculations, so they did not contribute to POSCO and its affiliates' overall *ad valorem* benefit rate under the program.[39]  Nevertheless, for clarity and transparency, we modified the PDC's benchmark loan table to account for these changes.[40]

12.   As explained in the IDM, and as indicated in the POSCO Verification Report, for the following tax programs we treated the reported tax benefit values in the *Preliminary Results* calculation program as 1000s of KRW rather than KRW, as they were reported: POSCO Chemtech:  Restriction of Special Taxation Act (RSTA), 8-3, RSTA 10(1)(3), RSTA 25(2), RSTA 25(3), and RSTA 94.[41]  The effect of these changes was to reduce POSCO Chemtech's contribution to POSCO and its affiliates' *ad valorem* benefits under these programs from [    ] percent to [  ] percent.[42]

13.   As indicated in the POSCO Verification Report, for PDC, for "adjustment for foreign-source income under Article 57 of the Corporate Tax Act," we noted that the incorrect Microsoft Excel worksheet cell was referenced.[43]  Also, PDC's *ad valorem* rate was attributed erroneously to POSCO.[44]  We did not include these tax benefits in the calculations, so they did not contribute to POSCO and its affiliates' overall *ad valorem*

---

[35] *See* POSCO Verification Report at 14 and Exhibits PDC 1 and PDC 2.
[36] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "Interest rate Benchmarks" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheet "Interest rate Benchmarks."
[37] *Id.*
[38] *See* POSCO Verification Report at 14 and Exhibits PDC 2.
[39] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "Interest rate Benchmarks" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheet "Interest rate Benchmarks."
[40] *Id.*
[41] *See* POSCO Verification Report at 15-19; the Microsoft Excel workbook accompanying this memorandum at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad Valorem* Calculations."
[42] *Id.*
[43] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad Valorem* Calculations."
[44] *Id.*

6

Barcode:3848380-01 C-580-884 AR - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

benefit rate under the program.[45]  Also, the benefits for PDC were not measurable.[46]
Nevertheless, for clarity and transparency, we modified the calculations to account for
these changes.[47]  The benefit amount for PDC was actually [          ] KRW.[48]

14.   As indicated in the POSCO Verification Report, for POSCO P&S, for "adjustment for
      foreign-source income under Article 57 of the Corporate Tax Act," we noted that we had
      failed to include the calculated benefit rate in the *Preliminary Results* calculation because
      the Microsoft Excel worksheet cell for benefit rate the not referenced correctly.[49]
      Inclusion of POSCO P&S's *ad valorem* benefits rate under this program caused the
      overall benefits under this program to be increased  by [     ] percent.[50]  However, we did
      not include this program in the calculations, so the benefits did not contribute to POSCO
      and its affiliates' overall *ad valorem* benefit rate.[51]  Also, the benefits for   POSCO and
      its affiliates were not measurable.[52]  Nevertheless, for clarity and transparency, we
      modified the calculations to account for these changes.[53]

15.   As indicated in the POSCO Verification Report, for POSCO, for "Article 78(4) of the
      Reduction of Special Local Tax Act (RSLTA) for Reduction and Exemption for
      Industrial Complexes," contrary to our past practice and inconsistent with the treatment
      of other RSLTA tax exemptions received by POSCO and POSCO's cross-owned
      affiliates, the value which was erroneously transcribed in the *Preliminary Results*
      calculations, [          ] KRW was reduced by the amount of additional special rural
      development taxes incurred as a result of the deduction under RSLTA 78(4), [          ]
      KRW.[54]  In these final results, we used the tax benefit provided, not reduced by the
      amount of additional special rural development taxes, [          ] KRW.[55]  We made the
      same error for POSCO AST's and, as explained above, for POSCO M-Tech's benefits
      under Article 78(4) of the RSTLA.[56]  The effect of these changes was to increase

---

[45] *Id.*

[46] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "All
Program Benefits," "23-38 Tax Programs," and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation
Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad
Valorem* Calculations."

[47] *Id.*

[48] *Id.*

[49] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "23-38 Tax
Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the
accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad Valorem* Calculations."

[50] *Id.*

[51] *Id.*

[52] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "All
Program Benefits," "23-38 Tax Programs," and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation
Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad
Valorem* Calculations."

[53] *Id.*

[54] *See* POSCO's Section III Response.

[55] *Id.*

[56] *See* POSCO AST Section III Response.

7

Filed By: Carrie Bethea, Filed Date: 6/13/19 4:00 PM, Submission Status: Approved

Barcode:3848380-01 A-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

POSCO's contribution to POSCO's and POSCO's cross-owned affiliates *ad valorem* benefits under these programs from [     ] percent to [     ] percent.[57]

16.   We made an error (a non-deliberate transcription error) regarding POSCO's benefits under RSTA Article 26. We inadvertently used the reduction claimed in POSCO's original, rather than the POSCO's amended, tax return.[58] Accordingly, for these final results, and as explained above, we used the tax reduction from POSCO's amended tax return ([          ]) KRW as POSCO's benefit amount in our final calculations.[59] However, the benefit is too small to have a meaningful effect on POSCO and its affiliates' overall *ad valorem* benefit rate under the program.[60]

17.   As explained in the IDM, we made an error (a non-deliberate calculation error) regarding POSCO and POSCO Chemtech's benefits under RSTA Article 9. We inadvertently used the reserve accumulated by POSCO and POSCO Chemtech under RSTA Article 9, rather than calculating the income tax savings as an interest-free contingent liability loan.[61] For these final results, we calculated POSCO's benefits under this program by separately multiplying POSCO's and POSCO Chemtech's outstanding reserve balance under RSTA 9 for funds contributed to reserves in each individual tax year by POSCO and POSCO Chemtech, respectively, by POSCO's and POSCO Chemtech's applicable tax rate ([   ] percent).

For POSCO, we multiplied the resulting figures by POSCO's interest rates on contemporaneous [     ]-year (long-term) bonds issued in [             ]. We considered that tax liabilities deferred under the program may be deferred as little as three years (for funds not used for qualified purposes), but as long as five years (for funds used for qualified purposes). Thus, we determined that appropriate interest rates would be long-term, and ideally between three and five years in terms of years of maturity. Also, while tax payments are often made at other times, and while amendments may be filed later, final-year end tax liabilities are usually settled in the year after the tax year in question. That is, final year-end tax liabilities are usually settled in the year during which the return is required to be filed. Accordingly, we considered interest rates for borrowings issued in the year in which the respective tax returns were required to be filed (2012, 2013, and 2014) to be contemporaneous with lax liabilities which would have been incurred for the reserves set aside for the respective tax year (*i.e.*, tax years 2011, 2012, and 2013,

---

[57] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations."
[58] *See* POSCO's Section III Response.
[59] *Id. See also* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs." and "*Ad Valorem* Calculations."
[60] *Id.*
[61] *See* POSCO's Section III Response, POSCO Chemtech's Section III Response. *See also* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations."

8

Barcode:3848380-01 A-580-884 AR75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

respectively).  For example, we used interest rates on POSCO's [    ] bonds to calculate benefits for outstanding reserves originally set aside for the [    ] tax year because, generally, such tax liabilities would have otherwise been due in [    ].  Because POSCO did not have comparable borrowings in [    ], we used POSCO's interest rates on bonds issued in [    ].  To calculate the benefit for POSCO's [    ] tax year reserves, we multiplied the amount of the remaining funds POSCO set aside in reserve in the [    ] tax year under the program, [          ] KRW, by POSCO's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [   ] percent.  The result is a benefit of [          ] KRW for POSCO's [    ] tax year reserves.  To calculate the benefit for POSCO's [    ] tax year reserves, we multiplied the amount remaining of the funds POSCO set aside in reserve in the [    ] tax year under the program, [          ] KRW, by POSCO's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [    ] percent.  The result is a benefit of [          ] KRW for POSCO's [    ] tax year reserves.  To calculate the benefit for POSCO's [    ] tax year reserves, we multiplied the amount remaining of the funds POSCO set aside in reserve in the [    ] tax year under the program, [          ] KRW, by POSCO's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [   ] percent.  The result is a benefit of [          ] KRW for POSCO's [    ] tax year reserves.  The sum of the benefits for POSCO's reserves for each of the [    ], [    ], and [    ] tax years is [          ] KRW.

For POSCO Chemtech, we multiplied the resulting figures by POSCO's interest rates on contemporaneous [    ]-year (long-term) bonds issued in [          ].  POSCO Chemtech did not provide benchmark borrowings.  We find it is appropriate to use POSCO's long-term borrowings rather than a published long-term borrowing rate, as POSCO and Chemtech are intimately being treated as the same cross-owned entity in our calculations.  These bond rates are appropriate because the program defers taxable income, and thus tax liabilities can be deferred for up to three to five years, depending upon whether the amounts contributed to the reserve are used for qualified purposes (*i.e.*, whether the contributed funds are used for research and human resource development**).**  To calculate the benefit for POSCO Chemtech's [    ] tax year reserves, we multiplied the amount remaining of the funds POSCO Chemtech set aside in reserve in the [    ] tax year under the program, [          ], by POSCO's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [   ] percent.  The result is a benefit of [          ] for POSCO Chemtech's [    ] tax year reserves.  To calculate the benefit for POSCO Chemtech's [    ] tax year reserves, we multiplied the amount remaining of the funds POSCO Chemtech set aside in reserve in the [    ] tax year under the program, [          ], by POSCO Chemtech's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [   ] percent.  The result is a benefit of [          ] for POSCO Chemtech's [    ] tax year reserves.  To calculate the benefit for POSCO Chemtech's [    ] tax year reserves, we multiplied the amount remaining of the funds POSCO Chemtech set aside in reserve in the [    ] tax year under the program, [          ], by POSCO Chemtech's borrowing rate on bonds issued in [    ], [    ] percent, and by the corporate tax rate in Korea, [   ] percent.  The result is a benefit of [          ] for POSCO Chemtech's [    ] tax year reserves.  The sum of the

9

Barcode:3848380-01 C-580-884 SREC Admin Review 8/12/16 - 7/31/16 Korea HR AR1

benefits for POSCO Chemtech's reserves for each of the [     ], [     ], and [     ] tax years is [          ].

According to this methodology, POSCO's total benefit amount in our final calculations is [          ] KRW and POSCO Chemtech's benefit amount in our final calculations is [          ] KRW.[62]  The effect was of these changes was to reduce POSCO's *ad valorem* benefits under these programs from [     ] percent to [     ] percent and to reduce POSCO Chemtech's *ad valorem* benefits under these programs from [     ] to [ ] percent.[63]

18.    As explained in the IDM, we made an error (a non-deliberate transcription error) regarding benchmarks for POSCO's short-term KDB loans.  We mis-labeled these loans as being those from "POSCO's SQR Exhibit A-6."  Actually, these loans were POSCO M-Tech's and were provided at Exhibit A-6 of POSCO M-Tech's August 15, 2018 SQR, as benchmarks for POSCO M-Tech's KEXIM short-term import financing.[64]  POSCO submitted Korean short-term government bond interest rates as benchmarks for POSCO's short-term loans from KDB at Exhibit A-13 of POSCO's August 15, 2018 SQR.[65]  However, we find that POSCO's KDB  [          ] loans are not covered by an existing countervailable program.  Accordingly, we have not included POSCO's KDB [          ] loans in our calculations.[66]  However, we have calculated benefits for POSCO M-Tech's short-term import financing under the KEXIM Import Financing program using POSCO M-Tech's short-terms borrowing rate benchmark loans reported in POSCO M-Tech's August 15, 2018 SQR at Exhibit A-6.[67]  Regarding these KEXIM loans reported by POSCO M-Tech, we made an additional error by double counting POSCO M-tech's benefits from short-term KEXIM Import financing loans. We corrected these errors; however, the benefit is too small to have a meaningful effect on the results of the calculations.[68]

---

[62] *See* POSCO Chemtech's Section III Response.  *See also* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "23-38 Tax Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations."

[63] *Id.*

[64] *See, e.g.,* POSCO M-Tech's Section III Response.

[65] *See* POSCO's Section III Response.

[66] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "4 KEXIM Import Financing" and "Interest Rate Benchmarks;" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "4 KEXIM Import Pmt. Guarantees" and "Interest Rate Benchmarks."

[67] *See* POSCO M-Tech's August 15, 2018 SQR at Exhibit A-2 and Exhibit A-6; Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "4 KEXIM Import Financing" and "Interest Rate Benchmarks;" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "4 KEXIM Import Pmt. Guarantees" and "Interest Rate Benchmarks."

[68] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "4 KEXIM Import Financing," "16 KEXIM Import Financing," "Interest Rate Benchmarks," and "*Ad Valorem* Calculations;" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "4 KEXIM Import Pmt. Guarantees," "16 KEXIM Import Financing," "Interest Rate Benchmarks," and "*Ad Valorem* Calculations."

Filed By: Carrie Bethea, Filed Date: 6/13/19 3:04 PM, Submission Status: Approved

Barcode:3848380-01 C-580-884 SRC Admin Review 8/12/16 - 12/31/16 Korea HR AR1

19.    As explained in the IDM, we have modified the calculations for POSCO for the final
results to use POSCO's own USD-denominated fixed interest rates on [          ] corporate
bonds issued in [    ] as benchmarks for POSCO's long-term fixed-rate USD-
denominated loans from KEXIM.[69]  After this change, POSCO's benefit amount under
the KEXIM Overseas Investment Credit program in our final calculations is [          ]
KRW.[70]  The effect was of these changes was to reduce POSCO's *ad valorem* benefits
under these programs , from [    ] to [ ] percent.[71]

20.    As explained in the IDM, we made an error (a non-deliberate calculation error) regarding
POSCO's benefits under RSTA Article 30.  We inadvertently used the amount of special
depreciation claimed by POSCO under RSTA 30 rather than calculating the income tax
savings as the product of the amount of special depreciation claimed by POSCO and
POSCO's tax rate.[72]  Accordingly, for these final results, we calculated POSCO's
benefits under this program by multiplying the amount of special depreciation claimed
([          ] KRW) by POSCO's applicable tax rate ([ ] percent).[73]  According to this
formula, POSCO's benefit amount in our final calculations is [          ] KRW.[74]  The
effect was of these changes was to reduce POSCO's *ad valorem* benefits under these
programs, from [    ] to [ ] percent.

21.    We made an error (a non-deliberate calculation error) regarding POSCO M-Tech's
benefits under Research and Development (R&D) Grants under the Industrial
Technology Innovation Promotion Act (ITIPA).  We inadvertently referenced the cell for
POSCO's benefits under ITIPA program, not POSCO M-Tech's.  We corrected this
error; however, this correction did not result in a measurable change in the *ad valorem*
calculations.[75]

---

[69] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "5 KEXIM
Overseas Invest. Cred." and "Interest Rate Benchmarks;" and POSCO Preliminary Calculation Memorandum and
the accompanying Microsoft Excel workbook at worksheets "4 KEXIM Overseas Invest. Cred." and "Interest Rate
Benchmarks."

[70] *Id.*

[71] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheets "4 KEXIM
Overseas Invest. Cred," "Interest Rate Benchmarks," and "*Ad Valorem* Calculations;" and POSCO Preliminary
Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "4 KEXIM Overseas
Invest. Cred," "Interest Rate Benchmarks," and "*Ad Valorem* Calculations."

[72] *See* POSCO Chemtech's Section III Response 1 and the final calculation spreadsheet at worksheet "23-38 Tax
Programs" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at
worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations."

[73] *Id.*

[74] *See* POSCO's Section III Response and Attachment 1 and the final calculation spreadsheet at worksheet "23-38
Tax Programs" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel
workbook at worksheets "23-38 Tax Programs" and "*Ad Valorem* Calculations."

[75] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "1 Grant
Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the
accompanying Microsoft Excel workbook at worksheets "1 Grant Programs" and "*Ad Valorem* Calculations."

11

22.     We made an error (a non-deliberate calculation error) regarding POSCO's benefits under the Demand Response Market for Peak Curtailment program.  We inadvertently referenced the Microsoft Excel cell for POSCO's POR *ad valorem* percentage benefit, rather than the cell containing POSCO's benefit.  We corrected this error; however, this correction did not result in a measurable change in the *ad valorem* calculations.[76]

23.     We made an error (a non-deliberate calculation error) regarding PDC's benefits under R&D Grants under the Korea Workers' Compensation & Welfare Service Grant Program.  We inadvertently referenced the Microsoft Excel cell for POSCO's POR sales.  We corrected this error; however, these corrections did not result in a measurable change in the *ad valorem* calculations.[77]

24.     We made an error (a non-deliberate calculation error) regarding POSCO's benefits for "Loans and Credits - Special Accounts for Energy and Resources (SAER) Loans" – "other long-term borrowings under the SAER program (POSCO)."  Specifically, we recorded the incorrect maturity dates for these loans.  We corrected this error; however, we did not include these loans in our calculations.[78]

25.     We made an error (a non-deliberate calculation error) regarding POSCO Himetal's benefits for "Electricity Savings upon an Emergency Reduction Program."  We also found that, in our preliminary calculations, we incorrectly transcribed POS Himetal's [    ] benefits as [                ] KRW.  The benefit was actually reported as [            ] KRW.  With this change, the program provides no measurable benefit.  We calculated benefits for this program in the preliminary calculations, but we did not include this benefit in the overall *ad valorem* rate calculations.  We corrected this error; however, we did continue to exclude these benefits in POSCO's and its cross-owned affiliates *ad valorem* calculations.[79]

ATTACHMENT

Subsidy Program Calculations

---

[76] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "1 Grant Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "1 Grant Programs" and "*Ad Valorem* Calculations."

[77] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "1 Grant Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "1 Grant Programs" and "*Ad Valorem* Calculations."

[78] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "11 LT SAER Loans" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "1 Grant Programs" and "*Ad Valorem* Calculations."

[79] *See* Attachment 1 and the Microsoft Excel workbook accompanying this memorandum at worksheet "1 Grant Programs" and "*Ad Valorem* Calculations" and POSCO Preliminary Calculation Memorandum and the accompanying Microsoft Excel workbook at worksheets "1 Grant Programs" and "*Ad Valorem* Calculations."

12

Fastener's Scope Ruling Request. Commerce will instruct CBP that the cash deposit rate will be zero percent for the zinc and nylon anchors subject to Midwest Fastener's scope ruling request. In the event that the CIT's ruling is not appealed, or if appealed, upheld by the CAFC, Commerce will instruct CBP to liquidate entries of Midwest Fastener's zinc and nylon anchors without regard to antidumping and/or countervailing duties, and to lift suspension of liquidation of such entries.

## Notification to Interested Parties

This notice is issued and published in accordance with section 516A(e)(1) of the Act.

Dated: June 10, 2019.

**Jeffrey I. Kessler,**
*Assistant Secretary for Enforcement and Compliance.*

[FR Doc. 2019–12992 Filed 6–18–19; 8:45 am]

**BILLING CODE 3510–DS–P**

## DEPARTMENT OF COMMERCE

### International Trade Administration

[C–580–884]

### Certain Hot-Rolled Steel Flat Products From the Republic of Korea: Final Results of Countervailing Duty Administrative Review, 2016

**AGENCY:** Enforcement and Compliance, International Trade Administration, Department of Commerce.

**SUMMARY:** The Department of Commerce (Commerce) determines that Hyundai Steel Co., Ltd. (Hyundai Steel) and POSCO, producers and/or exporters of certain hot-rolled steel flat products (hot-rolled steel) from the Republic of Korea (Korea), received countervailable subsidies during the period of review (POR), August 12, 2016 through December 31, 2016.

**DATES:** Applicable June 19, 2019.

**FOR FURTHER INFORMATION CONTACT:** Kabir Archuletta, AD/CVD Operations, Office V, Enforcement and Compliance, International Trade Administration, U.S. Department of Commerce, 1401 Constitution Avenue NW, Washington, DC 20230; telephone: (202) 482–2593.

**SUPPLEMENTARY INFORMATION:**

### Background

On November 6, 2018, Commerce published the *Preliminary Results* of this administrative review.[1] On

December 18, 2018, Commerce postponed the final results of review by 58 days until May 3, 2019.[2] Commerce exercised its discretion to toll all deadlines affected by the partial federal government closure from December 22, 2018 through the resumption of operations on January 29, 2019.[3] Accordingly, the revised deadline for these final results is June 12, 2019.

On March 4, 2019, Nucor Corporation (Nucor) submitted pre-verification comments on the record of this administrative review.[4] Between March 7, 2019 and March 12, 2019, we conducted verifications of the questionnaire responses submitted by Hyundai Steel Co., Ltd. (Hyundai Steel) and POSCO. We released verification reports on April 9, 2019.[5]

On April 19, Nucor, POSCO, and Hyundai Steel submitted timely case briefs.[6] Each also submitted timely rebuttal briefs on April 24, 2019.[7]

Commerce conducted this review in accordance with section 751 of the Tariff Act of 1930, as amended (the Act).

### Scope of the Order

The merchandise covered by the order is certain hot-rolled steel flat products. For a complete description of the scope of the order, *see* attachment to the Issues and Decision Memorandum.

### Analysis of Comments Received

All issues raised in interested parties' case briefs are addressed in the Issues and Decision Memorandum. The issues are identified in the Appendix to this notice. The Issues and Decision

---

[1] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Preliminary Results of Countervailing Duty Administrative Review,* 2016,

[2] *See* Memorandum, "Extension of Deadline for Final Results of Countervailing Duty Administrative Review," dated December 18, 2018.

[3] *See* Memorandum to the Record from Gary Taverman, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, performing the non-exclusive duties of the Assistant Secretary for Enforcement and Compliance, "Deadlines Affected by the Partial Shutdown of the Federal Government," dated January 28, 2019. All deadlines in this segment of the proceeding have been extended by 40 days.

[4] *See* Nucor's Letter, "Pre-Verification Comments," dated March 4, 2019.

[5] *See* Memoranda, "Verification of the Questionnaire Reponses of Hyundai Steel Company" (April 9, 2019) (Hyundai Steel VR); "Verification of Questionnaire Responses of POSCO, POSCO Daewoo Corporation, POSCO Chemtech, and POSCO M-Tech" (April 9, 2019).

[6] *See* Nucor's Case Brief, "Case Brief," dated April 19, 2019; *see also* POSCO's Case Brief, "POSCO's Letter," dated April 19, 2019; Hyundai Steel's Case Brief, "Hyundai Steel Case Brief," dated April 19, 2019.

[7] *See* Nucor's Rebuttal Brief, "Rebuttal Brief," dated April 24, 2019; POSCO's Rebuttal Brief, "POSCO's Letter," dated April 24, 2019; Hyundai Steel's Rebuttal Brief, "Hyundai Steel Rebuttal Brief," dated April 24, 2019.

---

Memorandum is a public document and is on file electronically via Enforcement and Compliance's Antidumping and Countervailing Duty Centralized Electronic Service System (ACCESS). ACCESS is available to registered users at *https://access.trade.gov* and is available to all parties in the Central Records Unit, Room B8024 of the main Commerce building. In addition, a complete version of the Issues and Decision Memorandum can be accessed directly on the internet at *http://enforcement.trade.gov/frn/index.html.* The signed and electronic versions of the Issues and Decision Memorandum are identical in content.

### Changes Since the Preliminary Results

Based on the comments received from the interested parties and information received from Hyundai Steel after the *Preliminary Results,* we made changes to the net subsidy rates calculated for the mandatory respondents. For a discussion of these issues, *see* the Issues and Decision Memorandum.

### Companies Not Selected for Individual Review

For the companies not selected for individual review, because the rates calculated for Hyundai Steel and POSCO were above *de minimis* and not based entirely on facts available, we applied a subsidy rate based on a weighted-average of the subsidy rates calculated for Hyundai Steel and POSCO using publicly ranged sales data submitted by the respondents. This is consistent with the methodology that we would use in an investigation to establish the all-others rate, pursuant to section 705(c)(5)(A) of the Act.

### Final Results of Administrative Review

We determine that, for the period of August 12, 2016 through December 31, 2016, the following total estimated net countervailable subsidy rates exist:

| Company | Subsidy rate (percent ad valorem) |
|---|---|
| POSCO | 0.55 |
| Hyundai Steel Co., Ltd | 0.58 |
| DCE Inc | 0.56 |
| Dong Chuel America Inc | 0.56 |
| Dongbu Steel Co., Ltd | 0.56 |
| Dongkuk Industries Co., Ltd | 0.56 |
| Hyewon Sni Corporation (H.S.I.) | 0.56 |
| Soon Hong Trading Co., Ltd | 0.56 |
| Sung-A Steel Co., Ltd | 0.56 |

### Disclosure

Commerce intends to disclose the calculations performed for these final results of review within five days of the

date of publication of this notice in the **Federal Register**, in accordance with 19 CFR 351.224(b).

**Assessment Rate**

Pursuant to 19 CFR 351.212(b)(2), Commerce intends to issue appropriate instructions to U.S. Customs and Border Protection (CBP) 15 days after publication of the final results of this review. We will instruct CBP to liquidate shipments of subject merchandise produced and/or exported by the companies listed above, entered, or withdrawn from warehouse for consumption, from August 12, 2016 through December 31, 2016, at the *ad valorem* rates listed above.

**Cash Deposit Requirements**

The following cash deposit requirements will be effective upon publication of the notice of final results of this administrative review for all shipments of the subject merchandise entered, or withdrawn from warehouse, for consumption on or after the date of publication, as provided by section 751(a)(2)(C) of the Act: (1) The cash deposit rate for the companies listed in these final results will be equal to the subsidy rates established in the final results of this review; (2) for all non-reviewed firms, we will instruct CBP to continue to collect cash deposits at the most-recent company-specific or all-others rate applicable to the company, as appropriate. These cash deposit requirements, when imposed, shall remain in effect until further notice.

**Notification Regarding Administrative Protective Order**

This notice also serves as a reminder to parties subject to administrative protective order (APO) of their responsibility concerning the disposition of proprietary information disclosed under APO in accordance with 19 CFR 351.305(a)(3), which continues to govern business proprietary information in this segment of the proceeding. Timely written notification of the return or destruction of APO materials, or conversion to judicial protective order is hereby requested. Failure to comply with the regulations and the terms of an APO is a sanctionable violation.

**Notification to Interested Parties**

These final results are issued and published in accordance with sections 751(a)(1) and 777(i)(1) of the Act and 19 CFR 351.221(b)(5).

Dated: June 11, 2019.
**Jeffrey I. Kessler,**
*Assistant Secretary for Enforcement and Compliance.*

**Appendix**

**List of Topics Discussed in the Issues and Decision Memorandum**

I. Summary
II. Background
III. Scope of the Order
IV. Period of Review
V. Subsidies Valuation Information
VI. Use of Facts Otherwise Available
VII. Analysis of Programs
VIII. Discussion of Comments
 Comment 1: Whether Commerce Should Apply Adverse Facts Available (AFA) for POSCO and Hyundai Steel's Failure to Retain AUL Records for Acquired Companies
 Comment 2: Whether POSCO Energy is POSCO's Cross-Owned Input Supplier
 Comment 3: Whether to Treat POSCO Chemtech's Deferred Tax Liabilities Under Restriction of Special Taxation Act (RSTA) Article 9 as an Interest-Free Contingent Liability Loan
 Comment 4: Which of POSCO's Reported Benchmark Loans to Use as Benchmarks for POSCO's KEXIM Loans
 Comment 5: Whether POSCO's Equipment Loans from the KDB are Covered by the Previously Countervailed Program "Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables"
 Comment 6: Whether to Use the GOK Short-Term Bond Interest Rate or IMF Statistic as a Short-Term Interest Rate Benchmark for POSCO's Short-Term KDB Loans
 Comment 7: Various Alleged Errors in the Preliminary Calculations for POSCO
 Comment 8: Whether Hyundai Green Power is Hyundai Steel's Cross-Owned Input Supplier
 Comment 9: Whether Commerce Should Countervail Benefits Received by SPP Yulchon Energy
 Comment 10: Whether Suncheon Harbor Usage Fee Exemptions Under the Harbor Act are Countervailable
IX. Recommendation

[FR Doc. 2019–12991 Filed 6–18–19; 8:45 am]
**BILLING CODE 3510–DS–P**

---

**DEPARTMENT OF COMMERCE**

**National Oceanic and Atmospheric Administration**

**RIN 0648–XG818**

**Takes of Marine Mammals Incidental To Specified Activities; Taking Marine Mammals Incidental to U.S. Navy Target and Missile Launch Activities on San Nicolas Island, California**

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Notice; issuance of an incidental harassment authorization.

**SUMMARY:** In accordance with the regulations implementing the Marine Mammal Protection Act (MMPA) as amended, notification is hereby given that NMFS has issued an incidental harassment authorization (IHA) to the U.S. Navy (Navy) to incidentally harass, by Level B harassment only, marine mammals during target and missile launch activities on San Nicolas Island (SNI), California for the Naval Air Warfare Center Weapons Division (NAWCWD), Point Mugu Sea Range (PMSR). The Navy's activity is considered a military readiness activity pursuant to MMPA, as amended by the National Defense Authorization Act (NDAA) for Fiscal Year (FY) 2004.

**DATES:** This Authorization is effective from June 12, 2019 through June 11, 2020.

**FOR FURTHER INFORMATION CONTACT:** Stephanie Egger, Office of Protected Resources, NMFS, (301) 427–8401. Electronic copies of the application and supporting documents, as well as a list of the references cited in this document, may be obtained online at: *https://www.fisheries.noaa.gov/permit/incidental-take-authorizations-under-marine-mammal-protection-act.* In case of problems accessing these documents, please call the contact listed above.

**SUPPLEMENTARY INFORMATION:**

**Background**

The MMPA prohibits the "take" of marine mammals, with certain exceptions. Sections 101(a)(5)(A) and (D) of the MMPA (16 U.S.C. 1361 *et seq.*) direct the Secretary of Commerce (as delegated to NMFS) to allow, upon request, the incidental, but not intentional, taking of small numbers of marine mammals by U.S. citizens who engage in a specified activity (other than commercial fishing) within a specified geographical region if certain findings are made and either regulations are issued or, if the taking is limited to harassment, a notice of a proposed incidental take authorization may be provided to the public for review.

Authorization for incidental takings shall be granted if NMFS finds that the taking will have a negligible impact on the species or stock(s) and will not have an unmitigable adverse impact on the availability of the species or stock(s) for taking for subsistence uses (where relevant). Further, NMFS must prescribe the permissible methods of taking and other "means of effecting the least

Barcode:3848367-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

C-580-884
ARP: 8/12/2016 - 12/31/2016
**Public Document**
E&C/OV: CMB

June 11, 2019

**MEMORANDUM TO:**    Jeffrey I. Kessler
Assistant Secretary
 for Enforcement and Compliance

**FROM:**    James Maeder
Acting Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations

**SUBJECT:**    Issues and Decision Memorandum for the Final Results of
Countervailing Duty Administrative Review: Certain Hot-Rolled
Steel Flat Products from the Republic of Korea; 2016

---

## I.    Summary

The Department of Commerce (Commerce) analyzed the case and rebuttal briefs submitted by interested parties in the administrative review of the countervailing duty (CVD) order on certain hot-rolled steel flat products (hot-rolled steel) from the Republic of Korea (Korea) covering the period of review (POR) August 12, 2016 through December 31, 2016.

As a result of this analysis, we have made changes since the *Preliminary Results*.[1]  We recommend that you approve the positions described in the "Discussion of Comments" section of this memorandum.

Below is a complete list of the issues in this review for which we received comments from parties:

Comment 1:    Whether Commerce Should Apply Adverse Facts Available (AFA) for POSCO and Hyundai Steel's Failure to Retain AUL Records for Acquired Companies
Comment 2:    Whether POSCO Energy is POSCO's Cross-Owned Input Supplier
Comment 3:    Whether to Treat POSCO Chemtech's Deferred Tax Liabilities Under Restriction of Special Taxation Act (RSTA) Article 9 as an Interest-Free Contingent Liability Loan
Comment 4:    Which of POSCO's Reported Benchmark Loans to Use as Benchmarks for POSCO's KEXIM Loans

---

[1] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Preliminary Results of Countervailing Duty Administrative Review, 2016*, 83 FR 55517 (November 6, 2018) (*Preliminary Results*), and accompanying Decision Memorandum (Preliminary Decision Memorandum).

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

Comment 5:    Whether POSCO's Equipment Loans from the KDB are Covered by the Previously Countervailed Program "Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables"

Comment 6:    Whether to Use the Government of Korea's Short-Term Bond Interest Rate or International Monetary Fund Statistics as a Short-Term Interest Rate Benchmark for POSCO's Short-Term KDB Loans

Comment 7:    Alleged Errors in the Preliminary Calculations for POSCO

Comment 8:    Whether Hyundai Green Power is Hyundai Steel's Cross-Owned Input Supplier

Comment 9:    Whether Commerce Should Countervail Benefits Received by SPP Yulchon Energy

Comment 10:  Whether Suncheon Harbor Usage Fee Exemptions Under the Harbor Act are Countervailable

## II.    Background

On November 6, 2018, Commerce published the *Preliminary Results* of this administrative review.[2]  On December 18, 2018, Commerce postponed the final results of review by 58 days until May 3, 2019.[3]  Commerce exercised its discretion to toll all deadlines affected by the partial federal government closure from December 22, 2018, through the resumption of operations on January 29, 2019.[4]  Accordingly, the revised deadline for these final results is June 12, 2019.

On March 4, 2019, Nucor Corporation (Nucor) submitted pre-verification comments on the record to this administrative review.[5]  Between March 7, 2019, and March 12, 2019, we conducted verifications of the questionnaire responses submitted by Hyundai Steel Co., Ltd. (Hyundai Steel) and POSCO.  We released verification reports on April 9, 2019.[6]

On April 19, 2019, Nucor, POSCO, and Hyundai Steel submitted timely case briefs.[7]  Each also submitted timely rebuttal briefs on April 24, 2019.[8]

We are conducting this review in accordance with section 751 of the Tariff Act of 1930, as amended (the Act).

---

[2] *See Preliminary Results.*

[3] *See* Memorandum, "Extension of Deadline for Final Results of Countervailing Duty Administrative Review," dated December 18, 2018.

[4] *See* Memorandum to the Record from Gary Taverman, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, performing the non-exclusive duties of the Assistant Secretary for Enforcement and Compliance, "Deadlines Affected by the Partial Shutdown of the Federal Government," dated January 28, 2019. All deadlines in this segment of the proceeding have been extended by 40 days.

[5] *See* Nucor's Letter, "Pre-Verification Comments," dated March 4, 2019.

[6] *See* Memoranda, "Verification of the Questionnaire Reponses of Hyundai Steel Company," (April 9, 2019) (Hyundai Steel VR); "Verification of Questionnaire Responses of POSCO, POSCO Daewoo Corporation, POSCO Chemtech, and POSCO M-Tech," (April 9, 2019) (POSCO VR).

[7] *See* Nucor's Case Brief, "Case Brief," dated April 19, 2019 (Nucor Case Brief); *see also* POSCO's Case Brief, "POSCO's Letter," dated April 19, 2019 (POSCO Case Brief); Hyundai Steel's Case Brief, "Hyundai Steel Case Brief," dated April 19, 2019 (Hyundai Steel Case Brief).

[8] *See* Nucor's Rebuttal Brief, "Rebuttal Brief," dated April 24, 2019 (Nucor Rebuttal Brief); POSCO's Rebuttal Brief, "POSCO's Letter," dated April 24, 2019 (POSCO Rebuttal Brief); Hyundai Steel's Rebuttal Brief, "Hyundai Steel Rebuttal Brief," dated April 24, 2019 (Hyundai Steel Rebuttal Brief).

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 A-580-884 SREC - Admin Review 12/1/16 - 11/31/16 Korea HR AR1

## III.    Scope of the Order

The products covered by this order are certain hot-rolled, flat-rolled steel products, with or without patterns in relief, and whether or not annealed, painted, varnished, or coated with plastics or other non-metallic substances.  The products covered do not include those that are clad, plated, or coated with metal.  The products covered include coils that have a width or other lateral measurement ("width") of 12.7 mm or greater, regardless of thickness, and regardless of form of coil (*e.g.*, in successively superimposed layers, spirally oscillating, etc.).  The products covered also include products not in coils (*e.g.*, in straight lengths) of a thickness of less than 4.75 mm and a width that is 12.7 mm or greater and that measures at least 10 times the thickness. The products described above may be rectangular, square, circular, or other shape and include products of either rectangular or non-rectangular cross-section where such cross-section is achieved subsequent to the rolling process, *i.e.*, products which have been "worked after rolling" (*e.g.*, products which have been beveled or rounded at the edges).  For purposes of the width and thickness requirements referenced above:

     (1) where the nominal and actual measurements vary, a product is within the scope if application of either the nominal or actual measurement would place it within the scope based on the definitions set forth above unless the resulting measurement makes the product covered by the existing antidumping[9] or countervailing duty[10] orders on Certain Cut-To-Length Carbon-Quality Steel Plate Products from the Republic of Korea (A-580-836; C-580-837), and

     (2) where the width and thickness vary for a specific product (*e.g.*, the thickness of certain products with non-rectangular cross-section, the width of certain products with non-rectangular shape, etc.), the measurement at its greatest width or thickness applies.

Steel products included in the scope of this order are products in which:  (1) iron predominates, by weight, over each of the other contained elements; (2) the carbon content is 2 percent or less, by weight; and (3) none of the elements listed below exceeds the quantity, by weight, respectively indicated:

- 2.50 percent of manganese, or
- 3.30 percent of silicon, or
- 1.50 percent of copper, or
- 1.50 percent of aluminum, or
- 1.25 percent of chromium, or
- 0.30 percent of cobalt, or
- 0.40 percent of lead, or
- 2.00 percent of nickel, or

---

[9] *See Notice of Amendment of Final Determinations of Sales at Less than Fair Value and Antidumping Duty Orders: Certain Cut-To-Length Carbon-Quality Steel Plate Products from France, India, Indonesia, Italy, Japan and the Republic of Korea*, 65 FR 6585 (February 10, 2000).
[10] *See Notice of Amended Final Determinations:  Certain Cut-to-Length Carbon-Quality Steel Plate from India and the Republic of Korea; and Notice of Countervailing Duty Orders:  Certain Cut-to-Length Carbon-Quality Steel Plate from France, India, Indonesia, Italy, and the Republic of Korea*, 65 FR 6587 (February 10, 2000).

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 A-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- 0.30 percent of tungsten, or
- 0.80 percent of molybdenum, or
- 0.10 percent of niobium, or
- 0.30 percent of vanadium, or
- 0.30 percent of zirconium.

Unless specifically excluded, products are included in this scope regardless of levels of boron and titanium.

For example, specifically included in this scope are vacuum degassed, fully stabilized (commonly referred to as interstitial-free (IF)) steels, high strength low alloy (HSLA) steels, the substrate for motor lamination steels, Advanced High Strength Steels (AHSS), and Ultra High Strength Steels (UHSS). IF steels are recognized as low carbon steels with micro-alloying levels of elements such as titanium and/or niobium added to stabilize carbon and nitrogen elements. HSLA steels are recognized as steels with micro-alloying levels of elements such as chromium, copper, niobium, titanium, vanadium, and molybdenum. The substrate for motor lamination steels contains micro-alloying levels of elements such as silicon and aluminum. AHSS and UHSS are considered high tensile strength and high elongation steels, although AHSS and UHSS are covered whether or not they are high tensile strength or high elongation steels.

Subject merchandise includes hot-rolled steel that has been further processed in a third country, including but not limited to pickling, oiling, levelling, annealing, tempering, temper rolling, skin passing, painting, varnishing, trimming, cutting, punching, and/or slitting, or any other processing that would not otherwise remove the merchandise from the scope of the order if performed in the country of manufacture of the hot-rolled steel.

All products that meet the written physical description, and in which the chemistry quantities do not exceed any one of the noted element levels listed above, are within the scope of this order unless specifically excluded. The following products are outside of and/or specifically excluded from the scope of this order:

- Universal mill plates (*i.e.*, hot-rolled, flat-rolled products not in coils that have been rolled on four faces or in a closed box pass, of a width exceeding 150 mm but not exceeding 1250 mm, of a thickness not less than 4.0 mm, and without patterns in relief);
- Products that have been cold-rolled (cold-reduced) after hot-rolling;[11]
- Ball bearing steels;[12]

---

[11] For purposes of this scope exclusion, rolling operations such as a skin pass, levelling, temper rolling or other minor rolling operations after the hot-rolling process for purposes of surface finish, flatness, shape control, or gauge control do not constitute cold-rolling sufficient to meet this exclusion.

[12] Ball bearing steels are defined as steels which contain, in addition to iron, each of the following elements by weight in the amount specified: (i) not less than 0.95 nor more than 1.13 percent of carbon; (ii) not less than 0.22 nor more than 0.48 percent of manganese; (iii) none, or not more than 0.03 percent of sulfur; (iv) none, or not more than 0.03 percent of phosphorus; (v) not less than 0.18 nor more than 0.37 percent of silicon; (vi) not less than 1.25 nor more than 1.65 percent of chromium; (vii) none, or not more than 0.28 percent of nickel; (viii) none, or not more than 0.38 percent of copper; and (ix) none, or not more than 0.09 percent of molybdenum.

4

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- Tool steels;[13] and
- Silico-manganese steels;[14]

The products subject to this order are currently classified in the Harmonized Tariff Schedule of the United States (HTSUS) under item numbers: 7208.10.1500, 7208.10.3000, 7208.10.6000, 7208.25.3000, 7208.25.6000, 7208.26.0030, 7208.26.0060, 7208.27.0030, 7208.27.0060, 7208.36.0030, 7208.36.0060, 7208.37.0030, 7208.37.0060, 7208.38.0015, 7208.38.0030, 7208.38.0090, 7208.39.0015, 7208.39.0030, 7208.39.0090, 7208.40.6030, 7208.40.6060, 7208.53.0000, 7208.54.0000, 7208.90.0000, 7210.70.3000, 7211.14.0030, 7211.14.0090, 7211.19.1500, 7211.19.2000, 7211.19.3000, 7211.19.4500, 7211.19.6000, 7211.19.7530, 7211.19.7560, 7211.19.7590, 7225.11.0000, 7225.19.0000, 7225.30.3050, 7225.30.7000, 7225.40.7000, 7225.99.0090, 7226.11.1000, 7226.11.9030, 7226.11.9060, 7226.19.1000, 7226.19.9000, 7226.91.5000, 7226.91.7000, and 7226.91.8000.  The products subject to the order may also enter under the following HTSUS numbers: 7210.90.9000, 7211.90.0000, 7212.40.1000, 7212.40.5000, 7212.50.0000, 7214.91.0015, 7214.91.0060, 7214.91.0090, 7214.99.0060, 7214.99.0075, 7214.99.0090, 7215.90.5000, 7226.99.0180, and 7228.60.6000.

The HTSUS subheadings above are provided for convenience and U.S. Customs purposes only. The written description of the scope of the order is dispositive.

## IV.    Period of Review

The POR is August 12, 2016, through December 31, 2016.

## V.    Subsidies Valuation Information

### A.    Allocation Period

We made no changes to the allocation period and the allocation methodology used in the *Preliminary Results*.  No issues were raised by interested parties in case briefs that would lead us to reconsider our preliminary finding regarding the allocation period or the allocation methodology for the respondent companies.  For a description of allocation period and the methodology used for these final results, *see* the *Preliminary Results* and accompanying Preliminary Decision Memorandum at 7.

---

[13] Tool steels are defined as steels which contain the following combinations of elements in the quantity by weight respectively indicated:  (i) more than 1.2 percent carbon and more than 10.5 percent chromium; or (ii) not less than 0.3 percent carbon and 1.25 percent or more but less than 10.5 percent chromium; or (iii) not less than 0.85 percent carbon and 1 percent to 1.8 percent, inclusive, manganese; or (iv) 0.9 percent to 1.2 percent, inclusive, chromium and 0.9 percent to 1.4 percent, inclusive, molybdenum; or (v) not less than 0.5 percent carbon and not less than 3.5 percent molybdenum; or (vi) not less than 0.5 percent carbon and not less than 5.5 percent tungsten.
[14] Silico-manganese steel is defined as steels containing by weight:  (i) not more than 0.7 percent of carbon; (ii) 0.5 percent or more but not more than 1.9 percent of manganese, and (iii) 0.6 percent or more but not more than 2.3 percent of silicon.

Filed By: Carrie.Bethea@trade.gov, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 AR75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

## B.    Attribution of Subsidies

Commerce has made no changes to the methodologies used in the *Preliminary Results* for
attributing subsidies.  For a description of the methodologies used for these final results, *see* the
*Preliminary Results* and accompanying Preliminary Decision Memorandum at 7-10.

## C.    Benchmark Interest Rates

Commerce made changes to certain benchmarks that were used in the *Preliminary Results*.  We
addressed the comments raised by interested parties at Comments 4 and 6.  For a description of
the remaining benchmarks and discount rates used for these final results, *see* the *Preliminary
Results* and accompanying Preliminary Decision Memorandum at 10-12.

## D.    Denominators

Commerce has made no changes to the denominators used in the *Preliminary Results*.  No issues
were raised by interested parties in case briefs that would lead us to reconsider our preliminary
finding regarding the appropriate denominators.  For a description of the denominators used for
these final results, *see* the *Preliminary Results* and accompanying Preliminary Decision
Memorandum at 12.

## VI.    Use of Facts Otherwise Available

## A.    Legal Standard

Sections 776(a)(1) and (2) of the Act provide that Commerce shall, subject to section 782(d) of
the Act, apply facts otherwise available if necessary information is not on the record or an
interested party or any other person:  (A) withholds information that has been requested; (B) fails
to provide information within the deadlines established, or in the form and manner requested by
Commerce, subject to subsections (c)(1) and (e) of section 782 of the Act; (C) significantly
impedes a proceeding; or (D) provides information that cannot be verified as provided by section
782(i) of the Act.

Where Commerce determines that a response to a request for information does not comply with
the request, section 782(d) of the Act provides that Commerce shall promptly inform the party
submitting the response of the nature of the deficiency, and shall, to the extent practicable,
provide that party with an opportunity to remedy or explain the deficiency. If the party fails to
remedy or satisfactorily explain the deficiency within the applicable time limits, Commerce may,
subject to section 782(e) of the Act, disregard all or part of the original and subsequent
responses, as appropriate.

Section 776(b) of the Act provides that Commerce may use an adverse inference (*i.e.*, AFA) in
applying the facts otherwise available when a party fails to cooperate by not acting to the best of
its ability to comply with a request for information. In so doing, Commerce is not required to
determine, or make any adjustments to, a weighted-average dumping margin based on any
assumptions about information an interested party would have provided if the interested party

6

Barcode:3848367-01 C-580-884 SPR Admin Review 8/12/16 12/31/16 Korea HR AR1

had complied with the request for information. Section 776(b)(2) states that an adverse inference may include reliance on information derived from the petition, the final determination from the LTFV investigation, a previous administrative review, or other information placed on the record.

Under section 776(d) of the Act,[15] Commerce may use any countervailable subsidy rate applied for the same or similar program in a CVD proceeding involving the same country, or, if there is no same or similar program, use a CVD rate for a subsidy program from a proceeding that the administering authority considers reasonable to use, including the highest of such rates.

## B.    Application of Facts Otherwise Available

Commerce relied on "facts otherwise available" for several findings in the *Preliminary Determination*.[16]  For a description of these decisions, *see* the *Preliminary Determination*. Commerce continues to use facts available for these final results for Hyundai Hysco Co., Ltd. (Hyundai Hysco) and Ricco Metal Co. (Ricco Metal).  Also, as described below, Commerce is now relying on facts available for an additional finding pertaining to Pohang SPFC.  We are no longer applying facts available to SPP Yulchon Energy.  We further explain these decisions in Comments 1 and 4.

*Application of Facts Available - Pohang SPFC*

Pohang SPFC was formed in 2008 and merged into Steel Processing and Fabricating Center Co., Ltd. (SPFC) in January 2013.[17]  POSCO P&S is POSCO's cross-owned supplier of inputs during the POR, which we have determined are primarily dedicated to POSCO's production of downstream hot-rolled steel in the manner described in 19 CFR 351.525(b)(6)(iv).[18]  Before the merger, SPFC destroyed documents relating to Pohang SPFC that were older than five years, *i.e.*, between 2008 and 2012.  Pohang SPFC did, however, have access to accounting voucher information from 2009 to 2012.  In addition, POSCO had access to Pohang SPFC's audited financial statements for the 2010-2011 period, as these were available from the Korean Financial Supervisory Service.[19]

Because Pohang SPFC was acquired by SPFC during the average useful life (AUL), we considered whether any non-recurring subsidies that Pohang SPFC received could have passed through to SPFC.  Thus, we requested complete questionnaire responses for Pohang SPFC. However, as described above, SPFC was unable to provide certain information for Pohang SPFC for the year 2008 reporting period.  Therefore, in accordance with section 776(a) of the Act, for the purpose of these final results, we have applied facts available with respect to Pohang SPFC, because necessary information is not on the record.  Thus, as facts available, we find that Pohang

---

[15] Section 776(c) of the Act requires that a rate being used be corroborated, unless the CVD rate was "applied in a separate segment of the same proceeding."

[16] *See* Preliminary Determination Memorandum at 12-15.

[17] *See* POSCO's Letter, "Notification of Reporting Difficulty and Request to Modify Reporting Instructions," dated May 17, 2018 at 7.

[18] *See* Preliminary Decision Memorandum at 10; *see also* POSCO's January 24, 2018 Affiliation Response at 24-25 (POSCO AFFR).

[19] *See* Preliminary Decision Memorandum at 9-10; *see also* POSCO's Letter, "Notification of Reporting Difficulties Letter," dated May 17, 2018 at 7.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

SPFC used the same non-recurring subsidies during the year for which we are missing information (2008) as it did for the years in which we have information (2009-2012).  On this basis, we determine Pohang SPFC did not receive subsidies that conferred a measurable benefit.

## VII.   Analysis of Programs

## A.   Programs Determined to be Countervailable

### 1.   Restriction of Special Location Taxation Act (RSLTA) – Local Tax Exemptions on Land Outside Metropolitan Areas – Article 78

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[20]

POSCO:                0.01 percent *ad valorem*
Hyundai Steel:        0.05 percent *ad valorem*

### 2.   Tax Deduction Under Restriction of Special Taxation Act (RSTA) Article 26: Government of Korea (GOK) Facilities Investment Support

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[21]

POSCO:                0.27 percent *ad valorem*
Hyundai:              0.42 percent *ad valorem*

### 3.   RSTA Article 104(15):  Development of Overseas Resources

Commerce made no changes to the *Preliminary Results* regarding this program.

POSCO:                0.07 percent *ad valorem*

### 4.   RSTA Article 11:  Tax Credit for Investment in Facilities for Research and Manpower

Commerce made no changes to the *Preliminary Results* regarding this program.

POSCO:                0.13 percent *ad valorem*

---

[20] *See* Comment 7, below; *see also* Memorandum, "Countervailing Duty Administrative Review of Certain Hot-Rolled Steel Flat Products from the Republic of Korea:  Final Results Calculations for POSCO," dated concurrently with these final results (POSCO's Final Results Calculation Memorandum).
[21] *See* Comment 7, below; *see also* POSCO's Final Results Calculation Memorandum.

8

Barcode:3848367-01 C-580-884 SRCV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

*5.  RSTA Article 25(3):  Tax Credit for Investment in Environmental and Safety Facilities*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[22]

POSCO:                   0.03 percent *ad valorem*

*6.  RSTA Article 30:  Special Depreciation Tax Credit*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[23]

POSCO:                   Less than 0.005 percent

*7.  Technical Development Fund RSTA Article 9, formerly TERCL Article 8*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[24]

POSCO:                   0.02 percent *ad valorem*

*8.  Restriction of Special Taxation Agreement (RSTA) Article 10(1)(3):  Tax Reduction for Research and Human Resources Development*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[25]

POSCO:                   Less than 0.005 percent

*9.  RSTA Article 25(2):  Tax Deductions for Investments in Energy Economizing Facilities*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[26]

POSCO:                   Less than 0.005 percent

*10. Electricity Discounts Under Trading of Demand Response Resources (DRR) Program*

Commerce made no changes to the *Preliminary Results* regarding this program.

Hyundai:                 0.06 percent *ad valorem*

---

[22] *See* Comment 7, below; *see also* POSCO's Final Results Calculation Memorandum.
[23] *See* Comment 7, below; *see also* POSCO's Final Results Calculation Memorandum.
[24] *See* Comment 3, below; *see also* POSCO's Final Results Calculation Memorandum.
[25] *See* Comment 3, below; *see also* POSCO's Final Results Calculation Memorandum.
[26] *See* Comment 7, below; *see also* POSCO's Final Results Calculation Memorandum.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

11. *Various Research and Development (R&D) Grants Provided Under the Industrial Technology Innovation Promotion Act (ITIPA)*

Commerce made no changes to the *Preliminary Results* regarding this program.

| | |
|---|---|
| POSCO: | Less than 0.005 percent |
| Hyundai: | 0.01 percent *ad valorem* |

12. *Modal Shift Program*

Commerce made no changes to the *Preliminary Results* regarding this program.

Hyundai:                0.01 percent *ad valorem*

13. *Suncheon Harbor*

Commerce made no changes to the *Preliminary Results* regarding this program.

Hyundai:                0.02 percent *ad valorem*

14. *Loans and Credits – Export-Import Bank of Korea (KEXIM) Overseas Investment Credit Program*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[27]

POSCO:                Less than 0.005 percent

15. *Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[28]

POSCO:                Less than 0.005 percent

16. *Long-Term Loans from the Korean Resources Corporation (KORES) and the Korea National Oil Corporation (KNOC)*

Commerce has modified its calculation of the subsidy rate for this program for POSCO from the *Preliminary Results*.[29]

POSCO:                0.02 percent *ad valorem*

---

[27] *See* Comment 4, below; *see also* POSCO's Final Results Calculation Memorandum.
[28] *See* Comments 5 and 6, below; *see also* POSCO's Final Results Calculation Memorandum.
[29] *See* Comment 7, below; *see also* POSCO's Final Results Calculation Memorandum.

Filed By: Carrie Bethea, Filed Date: 6/13/19 4:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SFC 75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**B.    Programs Determined to be Not Used or Not to Confer a Measurable Benefit During the POR**

**Hyundai Steel**

1.    KEXIM Bank Import Financing
2.    KEXIM Short-Term Export Credits
3.    KEXIM Export Factoring
4.    KEXIM Export Loan Guarantees
5.    KEXIM Loan Guarantees for Domestic Facility Loans
6.    KEXIM Trade Bill Rediscounting Program
7.    KEXIM Bankers Usance
8.    KEXIM Overseas Investment Credit Program
9.    KDB and IBK Short-Term Discounted Loans for Export Receivables
10.    Loans under the Industrial Base Fund (IBF)
11.    Korea Trade Insurance Corporation (K-SURE) Export Credit Guarantees
12.    K-SURE Short-Term Export Credit Insurance
13.    Long-Terms Loans from KORES and KNOC
14.    Clean Coal Subsidies
15.    GOK Subsidies for "Green Technology R&D" and its Commercialization
16.    Support for Small and Medium Enterprise (SME) "Green Partnerships"
17.    Tax Deduction under RSTA Article 10(1)(1)
18.    RSTA Article 10(1)(2)
19.    RSTA Article 11
20.    RSTA 104(14)
21.    RSLTA Articles 19, 31, 46, 47-2, 84, 109, and 112
22.    Tax Reductions and Exemptions in Free Economic Zones
23.    Grants and Financial Support in Free Economic Zones
24.    Sharing of Working Opportunities/Employment Creating Incentives
25.    GOK Infrastructure Investment at Inchon North Harbor
26.    Machinery & Equipment (KANIST R&D) Project
27.    Grant for Purchase of Electrical Vehicle
28.    Power Business Law Subsidies
29.    Provision of Liquefied Natural Gas (LNG) for Less Than Adequate Remuneration (LTAR)
30.    Energy Savings Programs
        Electricity Savings for Designated Period Program
        Electricity Savings through the Bidding Process Program
        Electricity Savings upon an Emergent Reduction Program
        Electricity Savings through General Management Program
        Management of the Electricity Load Factor Program
31.    The GOK's Purchases of Electricity for More Than Adequate Remuneration (MTAR)
32.    Incentives for Compounding and Prescription Cost Reduction
33.    Subsidies for Employment Security during Period of Childbirth and Childcare
34.    Incentives for Usage of Yeongil Harbor in Pohang City

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-07 C-580-884 AR76 Admin Review 8/12/16 17/12/31/16 Korea HR AR1

35. Value Added Tax (VAT) Exemptions on Imported Goods
36. Import Duty Exemptions
37. Incentives for Usage of Gwangyang Port
38. Incentives for Natural Gas Facilities
39. Subsidies for Construction and Operation of Workplace Nursery
40. Subsidies for Hyundai Steel Red Angels Women's Football Club
41. Co-existence Project for Large- Medium- Small Enterprises as Energy Companies
42. One Company for One Street Clean Management Agreement
43. Support for Smoking Cessation Treatment
44. Seoul Guarantee Insurance
45. Purchase of Land from Government Entities
46. Fast-Track Restructuring Program

## POSCO

1. KEXIM Bank Import Financing
2. KEXIM Short-Term Export Credits
3. KEXIM Export Factoring
4. KEXIM Export Loan Guarantees
5. KEXIM Loan Guarantees for Domestic Facility Loans
6. KEXIM Trade Bill Rediscounting Program
7. KEXIM Bankers Usance
8. KEXIM Import Financing
9. Loans Under the IBF
10. K-SURE Export Credit Guarantees
11. K-SURE Short-Term Export Credit Insurance
12. Clean Coal Subsidies
13. GOK Subsidies for "Green Technology R&D" and its Commercialization
14. Support for SME "Green Partnerships"
15. Tax Deduction under RSTA Article RSTA Article 10(1)(1)
16. RSTA Article 10(1)(2)
17. RSLTA Articles 19, 31, 46, 47-2, 84, 109, and 112
18. RSTA Article 22:  Tax Exemption on Investment in Overseas Resources Development
19. RSTA Article 24:  Tax Credit for Investment for Productivity Increase Facilities
20. RSTA Article 25:  Tax Credit for Investment in Facilities for Environment or Safety
21. RSTA Article 120:  Exemption of the Acquisition Tax
22. Asset Revaluation Under Article 56(2) of the TERCL
23. RSTA Article 104(14):  Third Party Logistics Operation
24. RSTA Article 104(5):  Special Tax Credit for Payment Records
25. Tax Reductions and Exemptions in Free Economic Zones
26. Grants and Financial Support in Free Economic Zones
27. Sharing of Working Opportunities/Employment Creating Incentives
28. GOK Infrastructure Investment at Inchon North Harbor
29. Machinery & Equipment (KANIST R&D) Project
30. Grant for the Purchase of an Electric Vehicle
31. Power Business Law Subsidies

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/22/16 - 12/31/16 Korea HR AR1

32. Provision of LNG for LTAR
33. Energy Savings Program[30]
34. Electricity Savings for Designated Period Program
35. Electricity Savings through the Bidding Process Program
36. Electricity Savings upon an Emergent Reduction Program
37. Electricity Savings through General Management Program
38. Energy Savings Program:  Utilization of Capability of the Private Sector
39. Energy Savings Program:  In Accordance with Prior Announcement
40. Energy Savings Program:  Intelligent Electricity Savings
41. Energy Savings Program:  Support for Instruments with High Energy Efficiencies
42. R&D Grants under the ITIPA
43. Power Generation Price Difference Payments (PGPDP)
44. Reimbursements on Construction Costs for Facilities at Inchon Harbor
45. Management of the Electricity Load Factor Program
46. The GOK's Purchases of Electricity for MTAR
47. Incentives for Compounding and Prescription Cost Reduction
48. Subsidies for Employment Security during Period of Childbirth and Childcare
49. Incentives for Usage of Yeongil Harbor in Pohang City
50. VAT Exemptions on Imported Goods
51. Import Duty Exemptions
52. Incentives for Usage of Gwangyang Port
53. Incentives for Natural Gas Facilities
54. Subsidies for Construction and Operation of Workplace Nursery
55. Subsidies for Hyundai Steel Red Angels Women's Football Club
56. Co-existence Project for Large- Medium- Small Enterprises as Energy Companies
57. One Company for One Street Clean Management Agreement
58. Support for Smoking Cessation Treatment
59. Seoul Guarantee Insurance
60. Purchase of Land from Government Entities
61. Fast-Track Restructuring Program
62. Daewoo International Corporation Debt Work Out
63. Exemptions and Reductions of Lease fees in Free Economic Zones
64. Grants from the Korea Agency for Infrastructure Technology Advancement
65. KDB and IBF Loans under the IBF
66. Land Purchase at Asan Bav
67. Modal Shift Program
68. R&D Grants under Industrial Technology Innovation Promotion Act
69. Research, Supply or Workforce Development Investment Tax Deduction for
70. Research, Supply, or Workforce Development Expense Tax Deductions for
71. RSLTA Articles 46, 84
72. Special Accounts for Energy and Resources (SAER) Loans
73. Support for SME "Green Partnerships"
74. Dongbu Debt Restructuring

---

[30] *See Countervailing Duty Investigation of Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Final Affirmative Determination*, 81 FR 53439 (August 12, 2016) (*Hot-Rolled Steel Korea Final*), and accompanying Issues and Decision Memorandum (IDM) at 119.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SPR 15-16 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

75. Sharing of Working Opportunities/Employment Creating Incentives
76. Various Government Grants Contained in Financial Statements

## VIII.  Discussion of Comments

**Comment 1:  Whether Commerce Should Apply AFA for POSCO and Hyundai Steel's Failure to Retain AUL Records for Acquired Companies**

*Nucor Case Brief*

- Under U.S. law, application of AFA pursuant to sections 776(a) and (b) of the Act is warranted where a respondent fails to cooperate to the best of its ability, including by failing to retain the records that a reasonable respondent should know that it could be called upon to produce in a CVD proceeding.[31]
- Commerce requested complete questionnaire responses from POSCO's cross-owned input suppliers.  POSCO notified Commerce that it could not provide these responses because the relevant business records were destroyed or because the relevant personnel no longer worked at POSCO.  Commerce verified that POSCO had been destroying records regarding companies acquired during the AUL period on an ongoing basis, up to and including early 2018, after this review had been initiated.[32]
- Hyundai Steel failed to report fully with respect to its affiliate Hyundai Hysco.  Hyundai Steel has asserted that AUL information for one of the companies that it acquired during the AUL period simply disappeared as a result of an accounting system update.  Commerce was unable to access Hyundai Steel's accounting system at verification to confirm this.[33]
- U.S. law presumes familiarity with Commerce's CVD laws, and there is no *mens rea* requirement under the AFA standard.[34]  Because of POSCO's and Hyundai Steel's failure to retain complete records for the AUL period, the record is incomplete with respect to attributable non-recurring subsidies.  Commerce should apply an AFA rate in accordance with its standard practice[35] to both POSCO and Hyundai Steel for the non-recurring subsidies under review.

*Hyundai Steel Rebuttal Brief*

- Commerce excused Hyundai Steel for reporting for Hyundai Hysco.[36]

---

[31] *See* Nucor Case Brief at 3-4 (citing *Nippon Steel Corp. v. United States*, 337 F.3d 1373, 1382 (Fed. Cir. 2003) (*Nippon Steel*)).
[32] *Id.* at 7-10.
[33] *Id.* at 10-12.
[34] *Id.* at 4 (citing *Nippon Steel* at 1383).
[35] *Id.* at 6 (citing *Certain Hot-Rolled Steel Flat Products from the Republic of Korea*, 81 FR 53439 (August 12, 2016), and accompanying IDM at 56-57 and 60-61 (*HRS Korea Final*); *see also Certain Hardwood Plywood Products from the People's Republic of China*, 82 FR 53473 (November 16, 2017), and accompanying IDM at Comment 1).
[36] *See* Hyundai Steel Rebuttal Brief at 4 (citing Hyundai Steel's Letter, "Notification of Reporting Difficulty and Request to Modify Reporting Instructions," dated September 11, 2018).

Barcode:3848367-01 C-580-884 SFC Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- Hyundai Steel explained why it was not able to report for years 2002-2005; the verification report supports its stated reason for its inability to report.[37] Therefore, application of AFA is unwarranted.

*POSCO Rebuttal Brief*

- The standard for the application of AFA has not been met. Commerce's regulations provide procedures for instances when an interested party has difficulty responding to requests for information. In such instances, Commerce may "modify such requirements to the extent necessary to avoid imposing an unreasonable burden on that party." The application of facts available is subject to these requirements, and POSCO followed these procedures by timely seeking reporting modifications and responded to the best of its ability.[38]
- With the exception of Ricco Metal, there is no evidence that POSCO's reporting difficulties left any gaps in the record.[39]
- Nucor's reliance on *HRS Korea Final* is misplaced. There, Commerce found that if POSCO had explained that it was not providing information on certain companies because POSCO's purchases were not primarily dedicated to the production of subject merchandise, Commerce would have had an opportunity to follow up on this claim."[40]
- Commerce has already preliminarily determined that there is sufficient information on the record to accurately determine POSCO's subsidy rate for non-recurring subsidies programs and should continue to do so in the final results.[41]

**Commerce's Position:** We have reviewed the record of this review and determine that POSCO provided complete questionnaire responses for the entire AUL period for its merged companies, with the exception of Ricco Metal (2002-2008) and Pohang SPFC (2008). POSCO based its responses to our questionnaires on accounting vouchers and audited financial statements.[42] We did not find any evidence at verification that called into question the reliability of these records or the completeness of POSCO's questionnaire responses.[43] Additionally, there is no evidence on the record that POSCO failed to comply with Commerce's with requests for information, nor did we find any such information at verification, such that application of an adverse inference would be warranted under section 776(b) of the Act. Accordingly, we are relying on this information for these *Final Results.*

However, with respect to future administrative segments of this proceeding, in these final results, we hereby put POSCO and all other interested parties on notice that Commerce expects full compliance with our reporting requirements, and that POSCO and all other interested parties

---

[37] *Id.* at 5-8 (citing Hyundai Steel VR at 4).

[38] *See* POSCO Rebuttal Brief at 4-7 (citing Section 776(a)(1) of the Act).

[39] *See* POSCO Rebuttal Brief at 8-9 (citing POSCO M-Tech's May 30, 2018 Supplemental Questionnaire Response; and POSCO M-Tech's August 15, 2018 Supplemental Questionnaire Response (POSCO M-Tech's August 15, 2018 SQR)).

[40] *See* POSCO Rebuttal Brief at 4-5 and 9-10 (citing Nucor Case Brief at 4-6).

[41] *See* POSCO Rebuttal Brief at 10-11 (citing Preliminary Decision Memorandum at 16).

[42] *See* POSCO's November 27, 2018 Supplemental Questionnaire Response (POSCO's November 27, 2018 SQR) at 22-25 and 27.

[43] *See* POSCO's VR at 7-8.

15

Barcode:3848367-01 C-580-884 SPEC Admin Review 8/12/16 - 12/31/16 Korea HR AR1

should retain all relevant source documents for future administrative reviews, irrespective of document retention requirements under Korean law.

With regard to the information missing on the record for Ricco Metal (2002-2008) and Pohang SPFC (2008), as described above, we are relying on facts available, pursuant to section 776(a) of the Act, to determine that POSCO did not benefit from non-recurring subsidies that may have been received by Ricco Metal and Pohang SPFC.

As explained in the *Preliminary Results*,[44] Hyundai Steel provided a complete questionnaire response for Hyundai Hysco, with the exception of three years at the beginning of the AUL. We verified Hyundai Steel's explanation that the information was missing due to Hyundai Hysco's migration of its accounting system.[45] As described above, we continue to find that necessary information is not available on the record and that it is necessary to apply facts available with respect to the three years at the beginning of the AUL pursuant to section 776(a) of the Act. Accordingly, we continue to find that Hyundai Steel received a POR benefit of 0.01 percent for non-recurring grants that may have been received by Hyundai Hysco in 2002-2005.

## Comment 2:   Whether POSCO Energy is POSCO's Cross-Owned Input Supplier

*Nucor Case Brief*

- POSCO reported that its cross-owned electricity producer, POSCO Energy, produces an input, electricity. The production of electricity is primarily dedicated to subject merchandise.[46]
- Commerce has argued before the Court of International Trade (CIT) and U.S. Court of Appeals for the Federal Circuit (CAFC) that the Korean Power Exchange (KPX) and the Korea Electric Power Corporation (KEPCO) are two distinct entities that are not part of the same "authority." Also, in *CTL Plate Korea Final*, Commerce found that the cross-ownership attribution criteria were not met because the electricity that POSCO energy sold to KPX was sold to KPX, not KEPCO. Commerce has argued before the CIT and CAFC that KPX and KEPCO are two distinct entities that are not part of the same "authority." In other words, Commerce has interpreted its attribution to require a direct sale between the input producer and the producer of the downstream producer of subject merchandise. Nothing in Commerce's regulations supports the interpretation that a direct sale is required. Commerce's regulations provide for attribution of subsidies of an "input producer" "{i}f there is cross ownership between an input supplier and a downstream producer, and production of the input is primarily dedicated to the production of the downstream product."[47]

---

[44] *See* Preliminary Determination Memorandum at 13-14.

[45] *See* Hyundai Steel VR at 4.

[46] *See* Nucor Case Brief at 35-36 (citing *Nucor v. United States*, 286 F. Supp. 3d 1364, 1377 (CIT 2018); 19 CFR 351.525(b)(6)(iv); and *Certain Carbon and Alloy Steel Cut-to-Length Plate from the Republic of Korea*, 82 FR 16341 (April 4, 2017) (*CTL Plate Korea Final*) and accompanying IDM); *see also* Nucor Case Brief at 21-23 (citing POSCO May 21, 2018 Supplemental Affiliations Response).

[47] *See* Nucor Case Brief at 36 (citing *Nucor v. United States*, 286 F. Supp. 3d 1364, 1377 (CIT 2018); 19 CFR 351.525(b)(6)(iv); *CTL Plate Korea Final*; and 19 CFR 351.525(b)(6)(iv)).

16

Barcode:3848367-01 C-580-884 ARFR - Admin Review 8/12/16 - 12/31/16 /Korea HR AR1

- In the *CWP PRC Final*, Commerce explained that the input-supplier rule focuses on subsidies received by the input producer and not the entity directly responsible for the direct sale of inputs.[48]

*POSCO Rebuttal Brief*

- POSCO had no purchases of electricity from POSCO Energy during the POR.[49]
- The fact that Commerce's regulation is ambiguous and has no specific language requiring a direct sale of an input means that Commerce has broad discretion to interpret and apply that regulation.[50]
- The practice in the *CWP PRC Final* relied upon by Nucor is in a completely different context and goes to the issue of financial contribution. Specifically, Commerce's practice stands for the proposition that if a government authority sells inputs to a respondent through a trading company, those inputs can be treated as a direct financial contribution from the government authority. This has nothing to do with Commerce's practice with respect to the attribution of subsidies received by a cross-owned input producer.[51]

**Commerce's Position:** Commerce's regulations provide for attribution of subsidies of an "input producer" "{i}f there is cross ownership between an input supplier and a downstream producer, and production of the input is primarily dedicated to the production of the downstream product."[52] However, to determine whether POSCO Energy's production of electricity was primarily dedicated to POSCO's production of subject merchandise, we find that it is not sufficient merely to establish that POSCO Energy produced electricity, and that POSCO used electricity to produce subject merchandise. POSCO reported and Commerce verified that POSCO did not purchase electricity from POSCO Energy in 2016.[53] POSCO purchased electricity only from KEPCO.[54] Thus, the record has not established that POSCO directly purchased electricity from POSCO Energy or that POSCO purchased electricity that was specifically produced by POSCO Energy. Accordingly, the claim that POSCO Energy's production of energy is primarily dedicated to POSCO's production of subject merchandise has not been established. This is consistent with our previous findings in other proceedings

---

[48] *See* Nucor Case Brief at 37 (citing *Circular Welded Carbon Quality Steel Pipe from the People's Republic of China*, 72 FR 63875 (November 13, 2007) (*CWP PRC Final*) ("With respect to Kingland Century, this company is a domestic trading company and does not produce any merchandise. Instead, it purchased and provided inputs to {producer of subject merchandise} Kingland during the POI. Because it is not an input producer, we are not treating Kingland Century as an input supplier as described in 19 CFR. 351.525(b)(6)(iv) (which refers to subsidies received by the input producer). Instead, for the preliminary determination, we are treating these inputs as being provided directly to Kingland.")).

[49] *See* POSCO Rebuttal Brief at 13-14.

[50] *Id.* at 12-13.

[51] *Id.* at 13.

[52] *See* 19 CFR 351.252(b)(6)(iv).

[53] *See* POSCO AFFR at 16, n.2, and Exhibit 2 (POSCO's 2016 unconsolidated financial statements); *see also* POSCO's February 23, 2018 Initial Section III Questionnaire Response (POSCO's Section III IQR); POSCO VR at 9-10.

[54] *See* POSCO AFFR at 16, n.2, and Exhibit 2 (POSCO's 2016 unconsolidated financial statements); *see also* POSCO's February 23, 2018 Initial Section III Questionnaire Response (POSCO's Section III IQR); POSCO VR at 9-10.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 AR - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

regarding POSCO Energy being an input supplier (*i.e.*, regarding POSCO's purchases of electricity and POSCO Energy's sales of electricity).[55]  Accordingly, we have made no changes to the *Preliminary Results* with respect to this issue.

**Comment 3:    Whether to Treat POSCO and POSCO Chemtech's Deferred Tax Liabilities Under RSTA Article 9 as an Interest-Free Contingent Liability Loan**

*POSCO Case Brief*

- POSCO and POSCO Chemtech set aside reserves, representing amounts deducted from taxable income prior to the filing of its 2015 tax return.  These reserves are drawn down in two ways:  1) after three years have passed, by returning one third of the balance of each such contribution to the reserves, to taxable income in the fourth, fifth, and sixth tax year; or 2) if certain amounts set aside are not actually used for qualified purposes (*i.e.*, research or human resource development), returning such unused portions to net income after three years have passed.[56]  Commerce incorrectly treated the entire delayed tax liability on the outstanding balance of the reserves, which POSCO and POSCO Chemtech had created under RSTA Article 9, as a subsidies benefit during the POR, analogous to how a tax credit would be treated as received during the POR.[57]
- As POSCO and POSCO Chemtech stated in POSCO's Section III IQR and POSCO Chemtech's Section III IQR, and as Commerce has previously concluded, corporations that accumulate reserves under RSTA Article 9 must ultimately recognize these amounts as income in future years.  Thus, a benefit arises from the opportunity to delay payment of income taxes on the amounts set aside in the reserve until future years.[58]
- Commerce has previously determined that the ultimate income tax liability that was deferred should be treated as an interest-free contingent-liability loan.  Thus, Commerce should recalculate the benefit received under this program consistent with the methodology used in past proceedings.[59]

*Nucor Rebuttal Brief*

- Commerce should not modify its treatment of RSTA Article 9 benefits received by POSCO and POSCO Chemtech because the language of the relevant legal provision is unclear with respect to POSCO's proposed calculation.[60]
- POSCO's description of RSTA Article 9 suggests that all amounts contributed to a company's reserve are ultimately returned to taxable income in a future year and taxed at the generally applicable corporate tax rate; however, RSTA Article 9 indicates that reserves equivalent to the amount used for {research and human resource development}"

---

[55] *See, e.g.*, *Hot Rolled Steel Korea Final* IDM at Comment 5; *CTL Plate Korea Final* IDM at Comment 1.
[56] *See, e.g.*, POSCO Case Brief at 2-3; POSCO's Section III IQR at Exhibit B-27.
[57] *See* POSCO Case Brief at 2-3.
[58] *Id.* at 3 (citing POSCO's Section III IQR at Exhibit I-12; and POSCO Chemtech's February 23, 2018 Section III IQR at Exhibit I-8).
[59] *See* POSCO Case Brief at 3.
[60] *See* Nucor Rebuttal Brief at 14.

18

Barcode:3848367-01 C-580-884 SCVD - Admin Review 8/12/16 12/31/16 Korea HR AR1

are ultimately included in gross income in "the amount calculated by multiplying the amount given by the reserves divided by 36, by the number of months of the taxable year" but that "reserves equivalent to the exceeding part shall be included in the gross income when the amount of income is calculated for the taxable year to which the date when three years have passed."[61]

- At the very least, Commerce should calculate the benefits for POSCO and POSCO Chemtech under RSTA Article 9 using a long-term interest rate.[62]

**Commerce's Position:** We agree with POSCO that benefits under RSTA Article 9 should be calculated by applying an appropriate interest rate to the amount of POSCO and POSCO Chemtech's deferred tax liability on its reserves.

As Commerce explained in the *CTL Plate Korea Final*:

> With respect to the deferral of direct taxes, the Department's regulations indicate that a benefit exists to the extent that appropriate interest charges are not collected. Under Article 9 of the RSTA, a corporation that has accumulated reserves for research and human resources development may deduct the reserves up to an amount equal to three percent of its net income for the tax year, independent of the actual expenditures for research and development and human resources during the tax year. POSCO, therefore, was able to defer payment of certain income tax during the POI by the rate at which the total amount in its reserves would normally be taxed, *i.e.* the corporate income tax rate in Korea applicable to POSCO.[63]

Commerce further explained in the *CTL Plate Korea Final*:

> As Article 9 of the RSTA permits a tax deduction to be used during a tax year, we continue to treat the benefit amount as a short-term, interest-free, contingent liability loan, pursuant to 19 CFR 351.509(a)(2), and use a short-term interest rate as the benchmark to calculate the interest charges which were not collected on the deferred tax amount. Thus, we calculated the benefit for POSCO by multiplying the total amount in its reserves by the applicable corporate income tax rate in Korea, and then multiplied that product by our short-term loan benchmark. We then divided the resulting benefit amount by POSCO's total POI sales. On this basis, we determine that POSCO received a countervailable subsidy rate of 0.03 percent ad valorem.[64]

However, we agree with Nucor's argument, in the alternative, that we should depart from Commerce's methodology in *CTL Plate Korea Final* by using a long-term interest rate. POSCO has provided, as benchmarks, certain medium- to long-term borrowings issued during or within

---

[61] *Id.* at 3-5.
[62] *Id.* at 3 and 4-5.
[63] *See CTL Plate Korea Final* IDM at Comment 8.
[64] *Id.*

Filed By: Carrie.Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 AR75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

six years of the POR.  We also have available certain Korean "Government Bond Yield" (*i.e.*, interest rates) statistics published by the International Monetary Fund (IMF) for 2013 through 2015.[65]  POSCO Chemtech has not provided any long-term loan benchmarks.

POSCO explains:

(1) "A company provides its net sales amount for the year and multiplies it by 3 percent to determine the maximum eligibility for contributing to the reserve in that year. However, as indicated in item (4) POSCO made no contributions to the reserve in 2015.

(2) Contributions made to the reserve in prior years are listed in columns under items (9) and (10).  POSCO made contributions to this reserve that were active during 2015{}.

(3) Beginning in the third year after a contribution to the reserve, one-third of the balance is returned to taxable income {(column under item 12)}, and in the next two years the remaining balance of the contribution made in a particular year is returned to taxable income in one-third increments."

(4) As the yearly amounts of contributions to the reserve are returned to taxable income, the remaining balance in the reserve for each year is listed in the column under item (18).[66]

According to the translation of the relevant laws provided by POSCO and POSCO Chemtech, RSTA Article 9 provides that "reserves equivalent to the amount used for {research and human resource development}" are ultimately included in gross income in the amount calculated by multiplying 1/36th of each past year's reserves by the number of months of the taxable year to which the reserves are applied, but that "if reserves included in the deductible expenses exceed the amount to be included in the gross income{as specified above}, reserves equivalent to the exceeding part shall be included in the gross income when the amount of income is calculated for the taxable year to which the date when three years have passed."[67]  Thus, the maximum allowed time period for the deferral of tax liability would be either years or in thirds over the course of three, four, and five years, depending on whether the contributed amount was used for qualified purposes (*i.e.*, research or human resource development).  The balance of the reserves is provided in column 18 of POSCO's 2015 tax return.  Accordingly, the contingent liabilities upon which POSCO is receiving a benefit, in the form of interest forgone, were contributed to the reserve on an annual basis and must be returned to taxable income three to five years later.

Section 351.509 of Commerce's regulations provides that "{i}n the case of a program that provides for a deferral of direct taxes, a benefit exists to the extent that appropriate interest charges are not collected.  Normally, a deferral of direct taxes will be treated as a government-provided loan in the amount of the tax deferred, according to the methodology described."

---

[65] *See* POSCO's Final Results Calculation Memorandum.
[66] *See* POSCO Case Brief at 4; and POSCO's Section III IQR at Exhibit 19, page 8.
[67] *See* POSCO's Section III IQR at Exhibit 19; *see also* POSCO Chemtech's Section III IQR at Exhibit 5.

Filed By: Carrie.Bethea@trade.gov, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SER - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

Accordingly, we have treated the deferral of taxes under RSTA Article 9 as a government-provided loan in the amount of the tax deferred.

Moreover, section 351.509(a)(2) of the regulations provides that "{t}he Secretary will use a short-term interest rate as the benchmark for tax deferrals of one year or less.  The Secretary will use a long-term interest rate as the benchmark for tax deferrals of more than one year."  RSTA Article 9 provides for deferrals of more than one year.  Therefore, we have departed from the methodology applied in the *CTL Plate Korea Final* of using a short-term borrowing rate.  To calculate the benefit for POSCO's and POSCO Chemtech's deferred tax liability, we have used as a benchmark, the interest rates on certain representative long-term bonds issued by POSCO during the years in which the tax liability would have been realized if POSCO and POSCO Chemtech had not contributed funds to the reserve.[68]  We have separately valued the benefits for the part of each prior year's contribution to the reserve, which were remaining as of the filing of POSCO's and POSCO Chemtech's 2015 tax returns.  We have based our calculations on interest rates for POSCO's corporate bonds which were contemporaneous with the required tax filing year of each year's tax return.  These bonds are analogous in term of maturity, structure (fixed vs. variable interest), and currency to the contingent liability benefit which POSCO and POSCO Chemtech received under RSTA Article 9.[69]

**Comment 4:   Which of POSCO's Reported Benchmark Loans to Use as Benchmarks for POSCO's KEXIM Loans**

*POSCO Case Brief*

- Commerce failed to use the company-specific loans provided by POSCO as benchmark loans for POSCO's Long-Term KEXIM Loans, and instead used an index of rates on Baa-rated commercial bonds published by the Federal Reserve Bank of St. Louis.[70]
- Commerce's regulations call for the use of "a comparable loan the terms of which were established during, or immediately before, the year in which the terms of the government-provided loan were established."  In selecting a "comparable" loan, Commerce's regulations instruct Commerce to emphasize similarities in the "structure of the loans (*e.g.*, fixed interest v. variable interest rate), the maturity of the loans (*e.g.*, short-term v. long-term), and the currency in which the loans are denominated."  The exception is when a company has no comparable loans issued during the period in which the government loan was established, in which case the regulations direct Commerce to use a national average interest rate.[71]
- POSCO reported company-specific U.S. dollar-denominated fixed-rate corporate bonds issued the same year as the KEXIM loans for use as benchmarks for these loans.  Accordingly, Commerce's use of a national average is contrary to Commerce's regulations, as Commerce should have used POSCO's reported U.S. dollar-denominated fixed-rate corporate bonds to calculate a long-term bond benchmark.[72]

---

[68] *See* POSCO's Final Results Calculation Memorandum.
[69] *Id.*
[70] *See* POSCO Case Brief at 11-12 (citing POSCO's Section III IQR at 21-22 and Exhibit C-7).
[71] *See* POSCO Case Brief at 11-12 (citing 19 CFR 351.505(a)(2)(i) and (3)(ii)).
[72] *Id.* at 12-13 (citing POSCO's Section III IQR at 21 and Exhibits C-6 and C-7).

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SUN Admin Review 8/12/16 - 12/31/16 Korea HR AR1

*Nucor Rebuttal Brief*

- Commerce should not use POSCO's bonds issued just after POSCO's long-term KEXIM loans as benchmarks. Rather, if Commerce uses a company-specific benchmark, it should use POSCO's corporate bonds issued just before POSCO's long-term KEXIM loans. These bonds, issued just before the KEXIM loans at issue, were reported in a supplemental questionnaire response and carry a much higher interest rate than the corporate bonds issued by POSCO just after the KEXIM loans in question. Also, the maturity dates of these bonds are much closer to the maturity dates of the KEXIM bonds at issue.[73]
- The interest rate on POSCO's corporate bonds issued prior to the KEXIM loan may better reflect POSCO's true cost of borrowing, as the bonds issued after may be affected by the government subsidy provided by the KEXIM loans.[74]

**Commerce's Position:** We agree with POSCO. Commerce's regulations provide guidance in this regard:

1) Section 351.505(a)(2) provides that "{i}n the case of a loan, a benefit exists to the extent that the amount a firm pays on the government-provided loan is less than the amount the firm would pay on a comparable commercial loan(s) that the firm could actually obtain on market;"
2) Section 351.505(a)(2)(i) provides that "{i}n selecting a loan that is 'comparable' to the government-provided loan, the Secretary normally will place primary emphasis on similarities in the structure of the loans (*e.g.*, fixed interest rate vs. variable interest rate), the maturity of the loans (*e.g.*, short-term v. long-term), and the currency in which the loans are denominated;"
3) Section 351.505(a)(2)(ii) provides that "{i}n selecting a "commercial" loan, the Secretary normally use a loan taken out by the firm from a commercial lending institution or a debt instrument issued by the firm in a commercial market;"
4) Section 351.505(a)(2)(iii) provides that "{i}n selecting a comparable loan, if the government-provided loan is a long-term loan, the Secretary normally will use a loan the terms of which were established during, or immediately before, the year in which the terms of the government-provided loans were established;" and
5) Section 351.505(a)(3) provides that "{i}n selecting a comparable commercial loan that the recipient 'could actually obtain on the market,' the Secretary normally will rely on the actual experience of the firm in question in obtaining comparable commercial loans for both short-term and long-term loans."[75]

POSCO has reported corporate bonds issued the same year as the long-term KEXIM loans being considered, which have a fixed interest rate structure, a similar term of years to maturity as issuance, are denominated in the same currency (U.S. dollars), and have interest rates, dates of

---

[73] *See* Nucor Rebuttal Brief at 17-18.
[74] *Id.*
[75] *See* 19 CFR 351.505(a) (emphasis added).

Filed By: Carrie.Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-07 C-580-884 SUPR - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

maturity, and other terms that were established in the same year as POSCO's KEXIM loans.[76] Because these bonds have similar terms of years to maturity and are company-specific, we find that they are more reflective of POSCO's actual experience and are superior benchmarks compared to the Baa bond rate published by the Federal Reserve, which are based on Baa rated bonds of maturities of 20 years and above.[77] Moreover, Commerce has a practice of using corporate bonds issued by respondents as benchmarks in other proceedings.[78]

In contrast, the bonds issued by POSCO, which are favored by Nucor, are not contemporaneous with the KEXIM loans at issue, having neither been issued during the same calendar year of the KEXIM loans, nor within one year of the KEXIM loans.[79] Commerce's regulations, as noted above, identify a preference for the use of "a comparable loan the terms of which were established during, or immediately before, the year in which the terms of the government-provided loan were established."[80] The bonds issued the same year as POSCO's KEXIM loans satisfy these requirements, having been established during the year in which the terms of the KEXIM loans were established.[81] The bonds favored by Nucor were not issued during or immediately before the year in which the terms of POSCO's KEXIM loans were established.[82] Moreover, apart from the fact that Nucor has received loans from KEXIM, no specific evidence has been presented to demonstrate that the interest on the bonds issued later in the same year as the KEXIM loans are not commercial interest rates.

For its part, Nucor has not explained how the loans provided by KEXIM to POSCO have specifically distorted the interest rates that POSCO's corporate bonds obtained in the market, and we do not find that the administrative record supports such a claim. Thus, in accordance with our regulations, we have used POSCO's commercial bonds issued the same year as the KEXIM loans under consideration and have made the necessary adjustments to the calculations used in the final results.[83]

---

[76] *See* POSCO's Final Results Calculation Memorandum at worksheets "KEXIM Overseas Investment Credit" and "Interest Rate Benchmarks."

[77] *Id.*

[78] *See, e.g., Certain Carbon and Alloy Steel Cut-to-Length Plate from the Republic of Korea: Preliminary Negative Countervailing Duty Determination and Alignment of Final Determination with Final Countervailing Duty Determination*, 81 FR 63168 (September 14, 2016), and accompanying Preliminary Decision Memorandum at 15 (unchanged in *CTL Plate Korea Final*).

[79] *See* POSCO's Final Results Calculation Memorandum at worksheets "KEXIM Overseas Investment Credit" and "Interest Rate Benchmarks."

[80] *Id.*; *see also* 19 CFR 351.505(a)(iii).

[81] *See* POSCO's Final Results Calculation Memorandum at worksheets "KEXIM Overseas Investment Credit" and "Interest Rate Benchmarks"; *see also* 19 CFR 351.505(a)(iii).

[82] *See* POSCO's Final Results Calculation Memorandum at worksheets "KEXIM Overseas Investment Credit" and "Interest Rate Benchmarks"; *see also* 19 CFR 351.505(a)(iii).

[83] *See* POSCO's Final Results Calculation Memorandum at worksheets "KEXIM Overseas Investment Credit" and "Interest Rate Benchmarks"; *see also* 19 CFR 351.505(a)(iii).

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**Comment 5:    Whether POSCO's Equipment Loans from the KDB are Covered by the Previously Countervailed Program "Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables"**

*POSCO Case Brief*

- POSCO clearly indicated in its POSCO Section III IQR that it had not received any "short-term discounted loans for export receivables from {KDB}" during the calendar year 2016.  However, POSCO explained that it "did have other short-term general equipment loans from the KDB in calendar year 2016" but that these are "not under any export-related program and thus are not relevant to this program."[84]
- In response to Commerce's second supplemental questionnaire, POSCO provided responses to the standard questions, loan benchmark, and loan guarantee appendices for these loans, but reiterated that there was no allegation that the short-term general loans from the KDB are specific or provide a benefit, and thus there is no basis to investigate these loans.[85]
- In the *Preliminary Results*, Commerce incorrectly stated that these loans had been found to be countervailable in the *Hot-Rolled Steel Korea Final*, and that the GOK had reported no changes to the program.[86]  However, the program referenced was the previously-countervailed "Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables," not any program covering other types of loans from the KDB.[87]

*Nucor Case Brief*

Nucor did not comment on these specific alleged errors or adjustments.

**Commerce's Position:**  We have not included POSCO's short term equipment loans for this final determination.  The record reflects, and we verified, that these loans are not covered by the program "Korea Development Bank (KDB) and Other Policy Banks' Short-Term Discounted Loans for Export Receivables."[88]  Accordingly we have removed the KDB equipment loans from our calculations.[89]

---

[84] *See* POSCO Case Brief at 14-16 (citing POSCO's Initial Section III Questionnaire Response at 22 and Exhibit D-1).
[85] *See* POSCO's June 21, 2018 Second Supplemental Questionnaire Response (POSCO's June 21, 2018 SQR) at 8 and Exhibit D-2; and the GOK's October 3, 2018 Supplemental Questionnaire Response (GOK October 3, 2018 SQR) at 5-8.
[86] *See Hot-Rolled Steel Korea Final* IDM.
[87] *See* Preliminary Decision Memorandum at 28-29.
[88] *See* POSCO's VR at 10, 13, and at Exhibit 7, page 14.
[89] *See* POSCO's Final Results Calculation Memorandum.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 ARP - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**Comment 6:    Whether to Use the GOK Short-Term Bond Interest Rate or IMF Statistics as a Short-Term Interest Rate Benchmark for POSCO's Short-Term KDB Loans**

*POSCO Case Brief*

- In calculating POSCO's benefit from its short-term KDB loans, Commerce used a benchmark representing the weighted-average interest rates on short-term loans provided to POSCO M-Tech, which was reported in POSCO M-Tech's August 15, 2018 SQR. However, POSCO submitted Korean short-term government bond interest rates as benchmarks for POSCO's short-term loans from KDB.[90]
- The benchmark information submitted for POSCO's KBD loans "represent{} the Korean national average for short-term loans denominated in {Korean won} and thus serves as the appropriate benchmark to measure the benefit of loans for which there are no comparable loans under {Commerce's} regulations." Accordingly, to the extent Commerce continues to find POSCO's KDB loans countervailable, Commerce should use POSCO's reported benchmark to calculate benefits for POSCO's KDB loans.[91]

*Nucor Rebuttal Brief*

- POSCO argues that Commerce should use the short-term Korean government bond rate it provided, which POSCO claims represents "the Korean national average for short-term loans denominated in {Korean won}" and "serves as the appropriate benchmark to measure the benefit of loans for which there are no comparable loans under {Commerce's} regulations." However, POSCO provided no support or reasoning for the proposition that the national government's short-term interest rate somehow reflects a national average commercial interest rate, as required by Commerce's regulations.[92]
- Commerce should use the Korean average short-term interest rate from the IMF's 2017 International Financial Statistics Yearbook, which is on the administrative record. This interest rate represents the "{m}inimum rate charged to general enterprises by deposit money banks on loans of general funds for up to one year." This is the best available short-term interest rate.[93]

**Commerce's Position:**  This issue is moot, as we have determined that the inclusion of these KDB loans in the calculations used in the *Preliminary Results* was erroneous, because these loans are the loans provided under the program "KDB Discount Loans for Export Receivables." Therefore, we have removed the KDB loans from our calculations.[94]

---

[90] *See* POSCO Case Brief at 16-17 (citing POSCO's June 21, 2018 SQR at Exhibit D-2, page 5, and Exhibit D-5; POSCO M-Tech's October 17, 2018 SQR at 13 and Exhibit C-4; and POSCO M-Tech's Initial Section III May 30, 2018, Questionnaire Response (POSCO M-Tech's May 30, 2018 IQR) at 19 and Exhibit C-3).
[91] *See* POSCO Case Brief at 17.
[92] *See* Nucor Rebuttal Brief 19; *see also* 19 CFR 351.505(a)(2)(iv).
[93] *See* Nucor Rebuttal Brief 19; *see also* 19 CFR 351.505(a)(2)(iv).
[94] *See* Comment 5 *supra*; *see also* POSCO's Final Results Calculation Memorandum.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SRC - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

## Comment 7:   Various Alleged Errors in the Preliminary Calculations for POSCO

*POSCO Case Brief*

In its case brief, POSCO alleged that Commerce made certain ministerial errors in the *Preliminary Results*, and requested certain other calculation adjustments based on minor corrections provided at verification, as follows:

- Commerce used incorrect amounts to calculate the benefit from tax credits received by POSCO Chemtech under (inflating such benefits by 1000).[95]
- Commerce overstated POSCO's benefit from RSTA Article 30 by treating the amount of special depreciation claimed by POSCO as a tax credit, rather than as a deduction from taxable income.[96]
- Commerce should revise the amounts used to calculate POSCO M-Tech's benefit from local tax exemptions under RSTA 78(4) based on the minor corrections accepted at verification.[97]
- Commerce erroneously calculated a benefit attributed to POSCO based on POSCO Daewoo Corporation's (PDC)'s KORES loans.[98]

*Nucor Rebuttal Brief*

Nucor did not comment on these specific alleged errors or adjustments.

**Commerce's Position:**  We have made each of the adjustments POSCO requested consistent with the manner in which POSCO suggested these adjustments in its case brief.[99]  For POSCO Chemtech's tax programs, we have corrected the calculations by using the correct benefit amounts, adjusted such that they are denominated in Korean Won (KRW) rather than 1000s of KRW.[100]  For POSCO's benefit under RSTA Article 30, we have used the tax reduction on the special depreciation amount as a benefit rather than the special depreciation amount itself.[101]  For POSCO M-Tech's benefit from local tax exemptions under RSTA 78(4), we have revised the amounts used to calculate the benefit based on the minor corrections accepted at verification, including POSCO's correction of the heading on its benefit table indicating that the benefit amounts are denominated in KRW rather than 1000s of KRW.[102]  Regarding POSCO's and PDC's KORES loans, we have corrected the labeling of the PDC loan chart, attributed these loans to PDC for the final results, added POSCO's KORES loans to the calculation program and attributed POSCO's KORES loans to POSCO.[103]

---

[95] *See* POSCO Case Brief at 7; *see also* POSCO's Final Results Calculation Memorandum.
[96] *See* POSCO Case Brief at 8-9; *see also* POSCO's Final Results Calculation Memorandum.
[97] *See* POSCO Case Brief at 10; *see also* POSCO's Final Results Calculation Memorandum.
[98] *See* POSCO Case Brief at 17-18; *see also* POSCO's Final Results Calculation Memorandum.
[99] *See* POSCO's Final Results Calculation Memorandum.
[100] *See* POSCO Case Brief at 7; *see also* POSCO's Final Results Calculation Memorandum.
[101] *See* POSCO Case Brief at 8-9; *see also* POSCO's Final Results Calculation Memorandum.
[102] *See* POSCO Case Brief at 10; *see also* POSCO's Final Results Calculation Memorandum.
[103] *See* POSCO Case Brief at 17-18; *see also* POSCO's Final Results Calculation Memorandum.

Filed By: Carrie Bethea, Filed Date: 6/13/19 3:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

**Comment 8:    Whether Hyundai Green Power is Hyundai Steel's Cross-Owned Input Supplier**

*Nucor Case Brief*

- In the *Preliminary Results*, Commerce found that cross-ownership did not exist between Hyundai Steel and Hyundai Green Power, and also did not address the issue of benefit. Significant record evidence undermines this finding.[104]  In pre-preliminary comments, Nucor called Commerce's attention to evidence in Hyundai Green Power's questionnaire response.[105]  Each administrative review record is separate and the findings and conclusions of a different review concerning a different product line cannot be relied upon without substantial evidence on the record of this review.[106]

- This record presents an economic reality in which the operations of Hyundai Steel and Hyundai Green Power are so intertwined that they cannot operate independently of each other.  Hyundai Green Power is essentially a joint venture between Hyundai Steel and the GOK.  However, as a matter of commercial reality, Hyundai Green Power was created with massive infusions of state capital to be an intertwined component of Hyundai Steel's steelmaking operations and to accrue a benefit effectively at a time of Hyundai Steel's choosing.[107]  Moreover, Hyundai Green Power operates as an integrated and interdependent part of Hyundai Steel's steelmaking operations, as record evidence indicates each could not operate independently of the other without substantial financial and operational disruption.

- The record also establishes that Hyundai Steel relies on Hyundai Green Power for the input steam for its steelmaking operations; approximately 55 percent of Hyundai Steel's power demand in Dangjin is supplied by Hyundai Green Power.  While Hyundai Steel asserts it has never *purchased* electricity from Hyundai Green Power, Commerce's regulations contemplate an "input *supplier*" relationship, and not an "input *purchaser*" relationship.[108]

- In similar contexts, Commerce has focused on the economic reality of transactions in which inputs are supplied from government suppliers through private trading companies. Commerce should do the same here, and treat Hyundai Green Power as an electricity *supplier*, whether or not Hyundai Steel actually "purchased" electricity directly from Hyundai Green Power.[109]

- Information that was not available at that time of the new subsidy allegation is now on the record, which strongly suggests that the GOK loans and equity infusions that created Hyundai Green Power conferred a benefit.  Thus, Commerce should clarify that because the record establishes that subsidies received by Hyundai Green Power are attributable to Hyundai Steel by virtue of a cross-owned input supplier relationship, it intends to seek

---

[104] *See* Nucor Case Brief at 27.
[105] *Id.*
[106] *Id.* at 27-28.
[107] *Id.* at 29.
[108] *Id.* at 33.
[109] *Id.* at 33-34.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SPEC - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

additional information regarding subsidies received by Hyundai Green Power in the next administrative review.[110]

*Hyundai Steel Rebuttal Brief*

- In the *Preliminary Results*, Commerce found that cross-ownership did not exist between Hyundai Steel and Hyundai Green Power.  In addition, Commerce stated that it did not even find it necessary to determine whether cross-ownership exists, because there was no benefit provided to Hyundai Green Power.[111]
- The *Preliminary Results* determination is in accord with the recent final results of *CORE Korea 2016 Final*[112] in which Commerce concluded that there was no cross-ownership between Hyundai Steel and Hyundai Green Power, and the steam produced by Hyundai Green Power was not primarily dedicated to the production of the downstream product. There is no basis to revisit this issue or decide differently.[113]
- The regulations provide that cross-ownership will normally only be shown where there is a majority voting ownership interest between two corporations or through common ownership of two (or more) corporations.  This focus on majority voting ownership is thus the starting point for any analysis of cross-ownership.  This focus makes sense because in a company that is governed by a board of directors and majority ownership, majority representation on the board of directors is a vehicle for controlling a corporation. Thus, majority ownership provides a basis to control decisions of a corporation, while conversely, minority ownership does not.[114]
- The record demonstrates that Hyundai Steel owned 29 percent of Hyundai Green Power during the POR, which is not a majority share or even a particularly large minority voting interest.[115]
- Consistent with its minority ownership in Hyundai Green Power, Hyundai Steel only had one former employee who was a member of Hyundai Green Power's board during the POR.  Due to the number of Hyundai Green Power's board members, of which the exact number is proprietary, Hyundai Steel has no ability to use or direct the individual assets of Hyundai Green Power as if they were their own.  As a result, Hyundai Steel has no ability to control Hyundai Green Power via control of the board of directors.[116]
- Nucor asserts that Hyundai Steel and Hyundai Green Power's operations are intertwined and attempts to argue that the facts of this case are akin to *CFS Indonesia Final*. However, the facts of *CFS Indonesia Final* are inapposite and do not support Nucor's argument that Hyundai Steel and Hyundai Green Power are cross-owned.[117]

---

[110] *Id.*
[111] *See* Hyundai Steel Rebuttal Brief at 17.
[112] *See Certain Corrosion-Resistant Steel Products from the Republic of Korea:  Final Results and Partial Rescission of Countervailing Duty Administrative Review; 2015-2016*, 84 FR 11749 (March 28, 2019) (*CORE Korea 2016 Final*).
[113] *See* Hyundai Steel Rebuttal Brief at 18.
[114] *Id.* at 19.
[115] *Id.* at 20.
[116] *Id.*
[117] *Id.* at 21.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- In *CFS Indonesia Final*, the central fact on which Commerce based its cross-ownership finding was that one family controlled the assets of various entities.[118]  There is no similar information on the record of the instant review regarding family control of Hyundai Steel and Hyundai Green Power.[119]

- Also, Nucor's allegations of intertwined operations between Hyundai Steel, Hyundai Green Power, and other GOK stakeholders are incorrect and unsupported by the record.  The assertion that Hyundai Green Power "was created with massive infusions of state capital to be an intertwined component of Hyundai's steelmaking operations" is not supported by the record.[120]

- Contrary to Nucor's statements, the Shareholders' Agreement demonstrates that Hyundai Steel does not have the power to use or direct Hyundai Green Power's assets.[121]

- Article 17 of the shareholder agreement states that upon completion of the power plant, Hyundai Steel has the option to buy the shares of Hyundai Green Power and to transfer the power plant into Hyundai Steel's internal power plant if certain proprietary conditions are met.  However, the language in Article 17, which is proprietary, makes clear that Hyundai Steel lacks the ability to unilaterally force sales of shares from other shareholders, as claimed by Nucor.  Moreover, the provision discussed in Article 17 cannot be invoked until October 2019, a date which post-dates the POR.[122]

- Nucor's attempts to demonstrate that Hyundai Green Power operates as an integrated and interdependent part of Hyundai Steel's steelmaking operations fail as well.  While Hyundai Green Power's plant is located inside the bounds of Hyundai Steel's Dangjin Works, it is untrue to claim that Hyundai Green Power's plant is located inside the steel plant of Hyundai Steel.[123]  Mere proximity of facilities provides no evidence of the ability to control and does not serve as a sole basis for an affirmative cross-ownership finding.[124]

- Further, as evidenced by the record, Hyundai Steel did not purchase electricity from Hyundai Green Power during calendar years 2015 and 2016; the record shows that the purchases were of steam and this steam is not an input for steelmaking.[125]

- While the existence of a close supplier relationship may be sufficient to demonstrate affiliation, it does not demonstrate cross-ownership, which requires a significantly higher standard of control.  In fact, contrary to Nucor's claims, in *CFS Indonesia Final*,[126] Commerce found that long-term supply agreements did not support a finding of affiliation for certain suppliers.[127]

---

[118] *Id.* (citing *Coated Free Sheet Paper from Indonesia:  Final Affirmative Countervailing Duty Determination*, 72 FR 60642 (October 25, 2007) (*CFS Indonesia Final*), and accompanying IDM at 12).
[119] *Id.*
[120] *Id.* at 22.
[121] *Id.* at 22.
[122] *Id.*
[123] *Id.* at 23.
[124] *Id.* (citing 19 CFR 351.525(b)(6)(iv)).
[125] *Id.* at 25.
[126] *Id.* (citing *CFS Indonesia Final* IDM at 12).
[127] *Id.* at 29.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SBR75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- Commerce has found Hyundai Steel and Hyundai Green Power not to be cross-owned in *CTL Plate Korea 2016 Final* and other prior administrative reviews. Commerce should continue to reach the same conclusion in the instant review.[128]

- Alternatively, Commerce should continue to find, as stated in the *Preliminary Results*, that it is not necessary to determine whether cross-ownership exists because there was no benefit provided to Hyundai Green Power. There is also no reason to consider this issue anew in the next administrative review.[129]

- Even if Hyundai Steel and Hyundai Green Power were cross-owned, which they are not, record evidence demonstrates that Hyundai Green Power did not sell any input products to Hyundai Steel that were primarily dedicated to the downstream production of subject merchandise.[130]

- In *CTL Plate Korea 2016 Final*,[131] Commerce found that the provision of steam by Hyundai Green Power did not constitute an input that would invoke the input producer regulation under 19 CFR 351.525(b)(6)(iv). Nucor points to nothing on this record that would require a different result.[132]

- Steam is simply not an input product that is primarily dedicated to the production of subject merchandise, as required under 19 CFR 351.525(b)(6)(iv). Hyundai Steel does not use the steam it purchases from Hyundai Green Power as an input product. Rather, it uses the steam for maintenance of equipment and materials.[133]

- Steam produced as a by-product during Hyundai Green Power's production of electricity cannot be said to be primarily dedicated to the production of hot-rolled steel and is not "merely a link in the overall production chain" of hot-rolled steel. Further, the steam sold to Hyundai Steel in 2016 does not come close to meeting the primary dedication standard. Rather, it is a by-product that is being put to use for environmental reasons, so it is not wasted.[134]

- Nucor's citation to a 2011 bond Circular and a 2014 application for carbon credits have no bearing on a 2015-2016 POR. Further, there is no evidence to show that the steam is used as an input to make steel.[135]

- Commerce should not revisit whether Hyundai Green Power supplied inputs primarily dedicated to the downstream product to Hyundai Steel and if it does, should conclude for the final that's that Hyundai Green Power has not supplied a primarily dedicated input to Hyundai Steel.[136]

**Commerce's Position:** We continue to find that Hyundai Steel and Hyundai Green Power are not cross-owned. Under 19 CFR 351.525(b)(6)(vi), cross-ownership exists between two or more

---

[128] *Id.*

[129] *Id.*

[130] *Id.*

[131] *Id.* (citing *Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea: Final Results of Countervailing Duty Administrative Review and Rescission of Countervailing Duty Administrative Review, in Part*, 83 FR 32840 (July 16, 2018) (*CTL Plate Korea 2016 Final*), and accompanying IDM).

[132] *Id.*

[133] *Id.* at 30.

[134] *Id.* at 30-31.

[135] *Id.*

[136] *Id.* at 31-32.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 SUN75 Admin Review 8/12/16 - 12/31/16 Korea HR AR1

corporations where one corporation can use or direct the individual assets of the other corporation in essentially the same way it can use its own assets.  The regulation further states that the cross-ownership standard "normally" will be met "where there is majority ownership interest between two corporations or through common ownership of two (or more) corporations."  The *Preamble* further states that, in "certain circumstances, a large minority voting interest (for example, 40 percent) or a 'golden share' may also result in cross-ownership."[137]  However, the *Preamble* makes clear that the standard for finding cross-ownership is higher than the standard for finding affiliation and that a cross-ownership finding hinges on the ability of one party to have unilateral control over the other party's assets, including subsidy benefits:

> The underlying rationale for attributing subsidies between two separate corporations is that the interests of those two corporations have merged to such a degree that one corporation can use or direct the individual assets (or subsidy benefits) of the other corporation in essentially the same ways it can use its own assets (or subsidy benefits).  The affiliation standard does not sufficiently limit the relationships we would examine to those where corporations have reached such a commonality of interests.  Therefore, reliance upon the affiliated party definition would result in the Department expending unnecessary resources collecting information from corporations about subsidies which are not benefitting the production of the subject merchandise, or diluting subsidies more properly attributed to input producers by allocating such subsidies over the production of remotely related and affected downstream producers.  In response to the second comment, we note that varying degrees of control can exist in any relationship.

> Therefore, we believe the more precise definition of cross-ownership that we have adopted in these Final Regulations is more appropriate.  Contrary to the assertions of the commenters, in limiting our attribution rules to situations where there is cross-ownership, we are not reading ''affiliated'' out of the CVD law—we simply do not find the affiliation standard to be a helpful basis for attributing subsidies.  Nowhere in the statute or the SAA is there any indication that the affiliated party definition was intended to be used for subsidy attribution purposes . . . we do not intend to investigate subsidies to affiliated parties unless cross-ownership exists or other information, such as a transfer of subsidies, indicates that such subsidies may in fact benefit the subject merchandise produced by the corporation under investigation.[138]

In the *CTL Plate Korea 2016 Final*, Commerce conducted a detailed analysis of whether Hyundai Steel and Hyundai Green Power were cross-owned and found that they were not.  Further, Commerce found that the input Hyundai Green Power supplied to Hyundai Steel was not primarily dedicated to the production of subject merchandise.  More specifically, Commerce found:

> (1) there is no means by which Hyundai Steel could have exerted control over Hyundai Green Power in a manner that allowed Hyundai Steel to use or direct the individual assets (or subsidy benefits) of Hyundai Green Power in essentially the same ways it can use its own assets (or subsidy benefits) and, thus, that Hyundai Steel and Hyundai Green Power

---

[137] *See Countervailing Duties:  Final Rule*, 63 FR 65348, 65401 (November 25, 1998) (*Preamble*).
[138] *Id.*

Filed By: Carrie.Bethea@trade.gov, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

were not cross-owned during the POR; and (2) the steam Hyundai Green Power supplied to Hyundai Steel is not an input that is primarily dedicated to the production of subject merchandise and, thus, Hyundai Green Power's provision of steam does not invoke the input producer regulation under 19 CFR 351.525(b)(6)(iv).[139]

The POR in the *CTL Plate Korea 2016 Final* covers calendar year 2016, which also forms the POR in the instant review.  Consistent with Commerce's finding in the *CTL Plate Korea 2016 Final*, we did not find cross-ownership between Hyundai Steel and Hyundai Green Power in the *Preliminary Results*.[140]  Further, while Nucor points out new information on the record exists suggesting that the GOK loans and equity infusions that created Hyundai Green Power may have conferred a benefit attributable to Hyundai Steel, that information does not affect our determination with respect to whether cross-ownership exists.  As noted above, the standard for finding cross-ownership is higher than the standard for finding affiliation, and only when the companies are found to be cross-owned will Commerce then consider the subsidies received by the cross-owned company and how they must be attributed.  Absent cross-ownership, we find Nucor's arguments regarding subsidies received by cross-owned companies and any consequent attribution to be moot and, thus, do not need to be addressed.  We will continue to examine whether cross-ownership between Hyundai Steel and Hyundai Green Power exists in the next administrative review if warranted by the facts in that review.

## Comment 9:   Whether Commerce Should Countervail Benefits Received by SPP Yulchon Energy

*Hyundai Steel Case Brief*

- Commerce's decision to apply facts available to Hyundai Steel's failure to report for SPP Yulchon Energy should be reversed for the final results.
- Hyundai Steel purchased the assets of SPP Yulchon Energy pursuant to a bankruptcy proceeding in 2015 and, under Commerce's longstanding practice regarding bankruptcy proceedings, SPP Yulchon Energy's bankruptcy extinguished any alleged subsidies received prior to that date.
- Following the *Preliminary Results*, Hyundai Steel provided a complete Change-In-Ownership Appendix and a full questionnaire response for SPP Yulchon Energy.[141]

*Nucor Rebuttal Brief*

- Hyundai Steel has failed to fully explain its purchase of the assets of SPP Yulchon Energy and the role of the Korean government in the restructuring of the Korean shipbuilding industry.[142]

---

[139] *See CTL Plate Korea 2016 Final* IDM at 17.
[140] *See* Preliminary Decision Memorandum at 10.
[141] *Id*. at 4-5.
[142] *See* Nucor Rebuttal Brief at 3-4.

32

Barcode:3848367-01 C-580-884 SPEC - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

- Commerce should apply AFA, or, at minimum, continue to apply facts available regarding the company's purchase of SPP Yulchon Energy's assets in the agency's final results.[143]

**Commerce Position:**  Hyundai Steel provided timely responses to Commerce's requests for a complete change-in-ownership appendix and CVD questionnaire for SPP Yulchon Energy.[144] We verified Hyundai Steel's responses and found no discrepancies.[145]  Thus, we are relying on these responses, and not on facts available, for purposes of these final results.  SPP Yulchon Energy did not receive any subsidies from the GOK that result in a measurable benefit for Hyundai Steel.  Therefore, we find that the facts on the record do not give rise to the need for a change-in-ownership finding, rendering Nucor's argument about the GOK's role in the shipbuilding industry moot.  Accordingly, we are no longer applying the 0.07 percent facts available rate to the information that was previously missing for SPP Yulchon Energy.

**Comment 10: Whether Suncheon Harbor Usage Fee Exemptions Under the Harbor Act are Countervailable**

*Hyundai Steel Case Brief*

- Commerce's preliminary finding that Suncheon Harbor Usage Fee Exemptions are countervailable should be reversed because it stands contrary to recent precedent from the CIT[146] and Commerce's own prior precedent.[147]
- The record is clear that Hyundai Steel's usage fee exemptions are reimbursements by the GOK for construction costs expended for the wharf at Suncheon Harbor.  The *Preliminary Results* recognize that the Harbor Act was established "to compensate companies that have constructed port facilities with their own funds and have made donations to the government."  Immediately after construction of the wharf, the ownership reverted to the GOK and Hyundai Steel (after it acquired Hyundai Hysco) had a right to use the harbor facilities free of charge to the extent the exempted amount reaches the total project cost.  Thus, the exemptions are nothing other than reimbursements for construction of the wharf and not a financial contribution in the "form of revenue foregone."  Further, the wharf was not a "donation" because it automatically reverted to the GOK as required under Korean law.[148]
- The CIT's decision in *Government of Sri Lanka v. United States* is instructive on the point that reimbursements of this kind are not benefits and thus not countervailable.  The program at issue was the Guaranteed Price Scheme (GPS), where Commerce assessed reimbursements in isolation from the overall GPS program and concluded they were a financial contribution

---

[143] *Id.* at 4.

[144] *See* Hyundai Steel Letter, "Comments on Hyundai Steel's Third Supplemental Questionnaire Response and Hyundai HYSCO's Initial Questionnaire Response," dated October 11, 2018.

[145] *See* Hyundai Steel VR at 4 and 11.

[146] *See* Hyundai Steel Case Brief at 18 (citing *Government of Sri Lanka v. United States*, 308 F. Supp. 3d 1373 (CIT 2018) (*Government of Sri Lanka v. United States*)).

[147] *See* Hyundai Steel Case Brief at 18 (citing *Final Affirmative Countervailing Duty Determination:  Stainless Steel Sheet and Strip in Coils from the Republic of Korea*, 64 FR 30636 (June 8, 1999) (*Stainless Steel Sheet and Strip Korea Final*)).

[148] *See* Hyundai Steel Case Brief at 19-20.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

in the form of a direct transfer of funds and a benefit.  The CIT reversed Commerce's determination concluding that the reimbursement was not a financial contribution and did not constitute a benefit.[149]

- In *Stainless Steel Sheet and Strip Korea Final*, after verification Commerce reversed its preliminary determination and found that the exact program at issue in this proceeding was not countervailable because the exemptions were merely a vehicle for a company to "recover its investments costs."  Similarly, Commerce should revisit its finding and find that the usage fee exemptions are not countervailable in this case.[150]

*Nucor Rebuttal Brief*

- Relying on the CIT's opinion in *Government of Sri Lanka v. United States* and Commerce's 1999 determination in *Stainless Steel Sheet and Strip Korea Final*, Hyundai Steel argues that the fee exemptions do not provide a financial contribution or a benefit because they are reimbursements for construction costs incurred by companies that build infrastructure on the government's behalf.[151]

- Hyundai Steel's citation to *Stainless Steel Sheet and Strip Korea Final*[152] is unavailing.  That determination did not address financial contribution at all, and found instead that the program was not specific based on usage data "since 1991" showing that "a diverse grouping of private sector companies across a broad range of industrial sectors have made a number of investments in infrastructure facilities at various ports in Korea," and that "{i}n each case, the company which built the infrastructure" received fee exemptions and the right to charge fees to other users.  In other words, Commerce did not base its specificity finding on the fact that the program is purportedly "widely available," as Hyundai Steel argues here, but the actual users in fact were many and diverse, based on information on the record in that case.[153]

- Commerce has flatly rejected the "widely available" theory of *de facto* specificity as directly at odds with the purpose of the statute.[154]

- In the *Preliminary Results*, Commerce found that this program is *de facto* specific because "the number of companies that were approved and received assistance were limited in number."[155]

- Regarding *Government of Sri Lanka v. United States* there are distinctions – that case involved reimbursements to a purchaser of an input, ostensibly to cover the above-market price that the purchaser paid to its input supplier as a result of a government-mandated "guarantee price" scheme with three parties involved, the government, the input supplier, and the input purchaser, whereas in this case only two parties are involved, the GOK and

---

[149] *Id.* at 20.
[150] *Id.* at 21-25.
[151] *See* Nucor Rebuttal Brief at 11.
[152] *See Stainless Steel Sheet and Strip Korea Final*, 64 FR at 30649.
[153] *See* Nucor Rebuttal Brief at 11-12.
[154] *Id.* at 13 (citing *Countervailing Duty Investigation of Certain Corrosion-Resistant Steel Products from the Republic of Korea:  Final Affirmative Determination, and Final Affirmative Critical Circumstances Determination, in Part*, 81 FR 35310 (June 2, 2016) (*CORE Korea Final*), and accompanying IDM at 28).
[155] *See* Nucor Rebuttal Brief at 13.

34

Barcode:3848367-01 C-580-884 SRFV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

Hyundai Steel.  Moreover, the disposition of this case is not yet final, as it has been appealed to the CAFC.[156]

**Commerce's Position:**  We continue to find the exemption of usage fees under the Harbor Act to be countervailable because it meets the statutory criteria required to find a program countervailable.  In determining whether a subsidy is specific, we look to section 771(5A) of the Act.  Under subsection (D)(iii)(I) of this section, a subsidy may be specific as a matter of fact if the actual recipients of the subsidy, whether considered on an enterprise or industry basis, are limited in number.  Based on information provided by the GOK, we found the program to be *de facto* specific in the instant review.[157]  Section 771(5)(D)(ii) of the Act provides that a financial contribution exists in the "foregoing or not collecting revenue that is otherwise due."  We find the port usage fee exemptions Hyundai Steel received from the GOK to be revenue forgone pursuant to section 771(5)(D)(ii) of the Act.  Lastly, Commerce looks for whether a benefit was conferred on the recipient under section 771(5)(E) of the Act.  We find that a benefit was conferred in the amount of the fees not collected by the GOK.[158]  Thus, we found the exemptions of usage fees that the GOK granted Hyundai Steel were countervailable.  This determination is consistent with numerous prior cases where Commerce countervailed exemptions received under the Harbor Act.[159]

We disagree with Hyundai Steel with respect to the *Stainless Steel Sheet and Strip Korea Final*.  In that determination, Commerce found that POSCO and Inchon were only two out of a large number of companies from a diverse range of industries that used the program.  Thus, Commerce determined that the program was not specific under section 771(5A)(D)(iii) of the Act and, therefore, not countervailable.[160]  In the instant review, we examined specificity as it relates to the POR of this review.  Specifically, we requested that the GOK provide the total number of companies that were approved for assistance under the program during the POR, and based on the GOK's response, we found the program to be *de facto* specific because the actual recipients, on an enterprise or industry basis, were limited in number.[161]  Further, as noted earlier, since the *Stainless Steel Sheet and Strip Korea Final*, Commerce has found this program countervailable in several other proceedings.  Therefore, we also disagree with Hyundai Steel's arguments that Commerce's findings in the *Stainless Steel Sheet and Strip Korea Final* mean that there is no financial contribution or benefit from this program in this review.

---

[156] *Id.* at 13-14.

[157] *See* Preliminary Decision Memorandum at 26.

[158] *See* 19 CFR 351.503(b).

[159] *See, e.g.*, *Corrosion-Resistant Carbon Steel Flat Products from the Republic of Korea:  Final Results of Countervailing Duty Administrative Review; 2010*, 78 FR 19210 (March 29, 2013), and accompanying IDM at 11; *Corrosion-Resistant Carbon Steel Flat Products from the Republic of Korea:  Final Results of Countervailing Duty Administrative Review*; 2011, 79 FR 5378 (January 31, 2014), and accompanying IDM at 3; *Notice of Final Affirmative Countervailing Duty Determination:  Certain Cold-Rolled Carbon Steel Flat Products from the Republic of Korea*, 67 FR 62102 (October 3, 2002), and accompanying IDM at 20; *Notice of Final Results of Countervailing Duty Administrative Review:  Certain Cut-to-Length Carbon-Quality Steel Plate from the Republic of Korea*, 72 FR 38565 (July 13, 2007), and accompanying IDM at 6 and 10-11.

[160] *See Stainless Steel Sheet and Strip Korea Final*, 64 FR at 30649 ("Port Facility Fees").

[161] *See* GOK's July 23, 2018 Supplemental Questionnaire Response at 61-71.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848367-01 C-580-884 AR75 - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

The facts in *Government of Sri Lanka v. United States* are in contrast to the facts in this review and are distinguishable. In *Government of Sri Lanka v. United States*, the CIT characterized payments under the GPS program as interest-free repayment of a debt rather than "a direct transfer of funds," and held that the payments constituted reimbursement of an interest-free debt that did not benefit the tire producer.[162]  In the *Tires Sri Lanka Final*,[163] we determined that the government's payments to the respondent were a direct transfer of funds and countervailable in their full amount (treating the respondent's earlier payment of the "guaranteed price" to its producer as irrelevant).[164]  However, the CIT found that we had erroneously assessed the reimbursements in isolation from the GPS program because the tire producer was being required to provide the government an interest free loan by paying an above-market price for which it was later reimbursed. The CIT concluded that we ignored record evidence that the respondent received payment corresponding exactly to the above-market portion of its payment to the small-scale farmer, paid on behalf of the government.[165]

The Harbor Act program in this review is not comparable to the GPS program that the CIT analyzed in *Government of Sri Lanka v. United States*. The two programs are distinguishable in the way that they work (*i.e.*, producer overpayment for an input in the *Tires Sri Lanka Final*, versus exemption of the usage fee, thereby granting Hyundai Steel free usage of the facility in the instant review) and, importantly, the type of benefit at issue (*i.e.*, a direct transfer of funds in the *Tires Sri Lanka Final* versus revenue forgone with regard to the harbor usage fee in this program). In *Government of Sri Lanka v. United States*, the CIT characterized the transaction at issue as the government repaying a debt to the respondent company.[166]  In this review, the exemption of the port usage fees cannot be characterized as the repayment of a debt to Hyundai Steel by the GOK. It is not a payment or repayment at all, but rather a selective exemption from fees. Further, in *Government of Sri Lanka v. United States*, the CIT characterized the transaction at issue as resulting in a detriment, rather than a benefit, to the respondent in that case.[167]  In this review, however, there is no evidence on the record demonstrating that Hyundai's building of a port, the GOK's subsequent assumption of ownership of the port, and Hyundai's exemption from payment of port usage fees, resulted in a detriment to Hyundai Steel. Therefore, Hyundai Steel's reliance on *Government of Sri Lanka v. United States* is inapposite.

---

[162] *See Government of Sri Lanka v. United States*, 308 F. Supp. 3d at 1381.
[163] *See Certain New Pneumatic Off-the-Road Tires from Sri Lanka:  Final Affirmative Countervailing Duty Determination, and Final Determination of Critical Circumstances*, 82 FR 2949, 2950 (January 10, 2017) (*Tires Sri Lanka Final*), and accompanying IDM.
[164] *See Tires Sri Lanka Final* IDM at Comment 4.
[165] *See Government of Sri Lanka v. United States*, 308 F. Supp. 3d at 1380-83.
[166] *Id.*
[167] *Id.* at 1382.

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3848267-01 A-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

## IX.    Recommendation

Based on our analysis of the comments received, we recommend adopting the above positions. If accepted, we will publish the final results in the *Federal Register*.

☒                          ☐

_____            _____
Agree                      Disagree


6/11/2019

X   *[signature]*
_____

Signed by: JEFFREY KESSLER

Jeffrey I. Kessler
Assistant Secretary
   for Enforcement and Compliance

Filed By: Carrie Bethea, Filed Date: 6/13/19 2:50 PM, Submission Status: Approved

Barcode:3866075-01 C-580-884 REV - Admin Review 8/12/16 - 12/31/16 Korea HR AR1

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

C-580-884
POR: 8/12/16-12/31/2016
**Public Document**
E&C/OV: HF

July 18, 2019

**MEMORANDUM TO**:  James Maeder
Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations

**FROM**:  Alex Villanueva
Acting Director, Office V
 Antidumping and Countervailing Duty Operations

**RE**:  Allegation of Ministerial Error in the Final Results of the First
Countervailing Duty Administrative Review of Certain Hot-Rolled
Steel Flat Products from the Republic of Korea

---

## I.  SUMMARY

On June 19, 2019, the Department of Commerce (Commerce) published its *Final Results* in the countervailing duty administrative review of certain hot-rolled steel flat products (hot-rolled steel) from the Republic of Korea.[1]  On June 24, 2019, Commerce received a timely-filed ministerial error letter from POSCO, a respondent in the above-mentioned administrative review.[2]  In this letter, POSCO made comments that alleged a calculation error in the *Final Results* regarding POSCO's loans from the Korea Resources Corporation (KORES).  POSCO alleged that Commerce calculated benchmarks for POSCO's KORES loans incorrectly by comparing annual benchmark interest amounts to POSCO's quarterly interest payments.  Commerce did not receive any other ministerial error comments or rebuttal comments.

Based on Commerce's analysis of POSCO's comment, we recommend finding that the allegation raised by POSCO constitutes a ministerial error within the meaning of 19 CFR 351.224(f), and as such, we should issue amended final results, consistent with 19 CFR 351.224(e).

## II.  LEGAL AUTHORITY

Section 735(e) of the Tariff Act of 1930, as amended (the Act), provides that Commerce shall establish procedures for the correction of ministerial errors in final determinations.  Commerce's

---

[1] *See Certain Hot-Rolled Steel Flat Products from the Republic of Korea:  Final Results of the Countervailing Duty Administrative Review*, 2016, 84 FR 28461 (June 19, 2019) (*Final Results*) and accompanying Issues and Decision Memorandum.
[2] *See* POSCO's Letter, "Certain Hot-Rolled Steel Flat Products from the Republic of Korea, 8/12/2016-12/31/2016 Administrative Review, Case No. C-580-884:  POSCO's Ministerial Error Allegation," dated June 24, 2019 (POSCO's Ministerial Error Allegation Letter).



Barcode:3866075-01 C-580-884 ARP - Admin Review 8/12/16 - 1/2/31/16 Korea HR AR1

regulations stipulate that Commerce will disclose its calculations in connection with a final determination to parties to the proceeding and that those parties may submit comments concerning any "ministerial errors."[3]  Commerce has adopted the statutory definition of "ministerial error" in its regulations.[4]  Specifically, Commerce's regulations define a "ministerial error" as "an error in addition, subtraction, or other arithmetic function, clerical error resulting from inaccurate copying, duplication, or the like, and any other similar type of unintentional error which the Secretary considers ministerial."[5]  An allegation of an error related to a methodological decision by Commerce is not considered to be a ministerial error because it does not meet the regulatory definition of a ministerial error.[6]  Comments submitted by parties to the proceeding "must explain the alleged ministerial error by reference to applicable evidence in the official record, and must present what, in the party's view, is the appropriate correction."[7]  Pursuant to section 351.224(e) of Commerce's regulations, "the Secretary will analyze any comments received and, if appropriate,...correct any ministerial error by amending the final determination...."

## III.    ANALYSIS OF ALLEGED MINISTERIAL ERROR

### 1.  Benchmark Interest Amounts for POSCO KORES Loans

***POSCO's Comments***

- Commerce calculated benchmarks for POSCO's KORES loans incorrectly by comparing annual benchmark interest amounts to POSCO's quarterly interest payments. [8]
- Accordingly, the Department should correct the ministerial error in the benchmark payments formula to include the number of days that the actual interest payments on the loans cover.[9]

***Commerce's Position:***  We agree with POSCO.  Specifically, in the *Final Results* calculation spreadsheet, beginning at cell W186 in worksheet "8 LT KORES and KNOC Loans," Commerce calculated a benchmark interest payment by multiplying the "Principal Balance to Which Each Interest Payment Applies" found in column P, by the (annual) benchmark interest rates found in column V.[10]  However, this formula fails to account for the fact that the interest payments for which we are calculating benchmark interest payments are quarterly, not annual, interest

---

[3] *See* 19 CFR 351.224(b) and (c)(l).

[4] *See* section 735(e) of the Act.

[5] *See* 19 CFR 351.224(f).

[6] *See* section 735(e) of the Act and 19 CFR 351.224(f); *see also Alloy Piping Prods. v. United States*, 201 F. Supp. 2d 1267, 1285 (CIT 2002) ("The error in question must be demonstrated to be a clerical error, not a methodological error, an error in judgment, or a substantive error....").

[7] *See* 19 CFR 351.224(d).

[8] *See* POSCO's Ministerial Error Allegation Letter at 1-3.

[9] *See Id.* at 3.

[10] *See* Memorandum, "Countervailing Duty Review of Certain Hot-Rolled Steel Flat Products from the Republic of Korea:  Final Results Calculations for POSCO," dated June 11, 2019.

Filed By: Hannah Falvey, Filed Date: 7/19/19 2:06 PM, Submission Status: Approved

Barcode:3866075-01 C-580-884 REV - Admin Review 8/12/16 12/31/16 Korea HR AR1

payments.[11]  Accordingly, for the amended final results, we recommend modifying this formula to multiply the "Principal Balance to Which Each Interest Payment Applies," found in column P, and the (annual) benchmark interest rates, found in column V, by a ratio of the "Total Number of Days Each Interest Payment Covers," found in column Q, over 365 days.[12]  This correction prorates the calculated benchmark interest amount according to the reported number of days covered by each interest payment.

## IV.   RECOMMENDATION

Based on our analysis of the comments received, we recommend finding that the allegation raised by POSCO constitutes a ministerial error within the meaning of 19 CFR 351.224(f), and as such, we should issue amended final results, consistent with 19 CFR 351.224(e).  Correcting this error decreases POSCO's subsidy rate from 0.55 percent to 0.54 percent.[13]  The rate for non-selected companies, which is a function of the two mandatory respondents' rates, remains at 0.56 percent.[14]

☒                 ☐
_____    _____
Agree             Disagree

7/18/2019

X  *James Maeder*
_____

Signed by: JAMES MAEDER

3

Filed By: Hannah Falvey, Filed Date: 7/19/19 2:06 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 3

Barcode:3752097-01 A-580-876 REV - Admin Review 12/1/16 - 11/30/17

| Income Statement | Balance Sheet | Financial Ratio |
|---|---|---|

### Non-consolidated

unit : billion KRW

| Division | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Revenue | 30,544 | 29,219 | 25,607 | 24,325 | 28,554 |
| Gross profit | 4,049 | 4,263 | 4,134 | 4,421 | 4,721 |
| Selling and administrative expenses | 1,834 | 1,913 | 1,896 | 1,786 | 1,819 |
| Operating profit | 2,215 | 2,350 | 2,238 | 2,635 | 2,903 |
| Other non-operating income and expenses | △279 | △665 | △732 | △320 | △24 |
| Finance income and costs | 49 | 37 | 162 | △126 | 477 |
| Net Income | 1,583 | 1,139 | 1,318 | 1,785 | 2,546 |

### Consolidated

unit : billion KRW

| Division | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Revenue | 61,865 | 65,098 | 58,192 | 53,084 | 60,655 |
| Gross Profit | 6,860 | 7,283 | 6,534 | 6,690 | 8,356 |
| Selling & Admin. Expenses | 3,864 | 4,070 | 4,124 | 3,845 | 3,734 |
| Operating Profit | 2,996 | 3,214 | 2,410 | 2,844 | 4,622 |

TOP

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Filed By: gjohnson@jmwinton.com, Filed Date: 9/7/18 11:55 AM, Submission Status: Approved

Barcode:3752097-01 A-580-876 REV - Admin Review 12/1/16 - 11/30/17

| Division | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| **Other Operating Profit** | 422 | △710 | △893 | △541 | △341 |
| **Share of Profit of Equity-accounted investees** | △180 | △300 | △506 | △89 | 11 |
| **Finance Item Gains** | △448 | △825 | △830 | △782 | △112 |
| **Net Income** | 1,355 | 557 | △96 | 105 | 2,974 |
| **Owners of the Controlling Company** | 1,376 | 626 | 181 | 1,363 | 2,790 |

 **Disclosure**

 **Adobe Reader Download**

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Filed By: gjohnson@jmwinton.com, Filed Date: 9/7/18 11:55 AM, Submission Status: Approved



Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 4

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2017 and 2016**

**(With Independent Auditors' Report Thereon)**

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Table of Contents

**Page**

**Independent Auditors' Report**................................................................................. 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................. 3

Separate Statements of Comprehensive Income.................................................... 5

Separate Statements of Changes in Equity ........................................................... 6

Separate Statements of Cash Flows ...................................................................... 7

Notes to the Separate Financial Statements .......................................................... 9

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 86

**Report on the Operations of Internal Accounting Control System** ............................... 87

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Report**

Based on a report originally issued in Korea

The Board of Directors and Shareholders
POSCO:

We have audited the accompanying separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2017 and 2016, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising a summary of significant accounting policies and other explanatory information.

*Management's Responsibility for the Separate Financial Statements*

Management is responsible for the preparation and fair presentation of these separate financial statements in accordance with Korean International Financial Reporting Standards, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

*Auditors' Responsibility*

Our responsibility is to express an opinion on these separate financial statements based on our audits.  We conducted our audits in accordance with Korean Standards on Auditing. Those standards require that we comply with ethical requirements and plan and perform the audit to obtain reasonable assurance about whether the separate financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the separate financial statements.  The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the separate financial statements, whether due to fraud or error.  In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the separate financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control.  An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of accounting estimates made by management, as well as evaluating the overall presentation of the separate financial statements.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Opinion*

In our opinion, the separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2017 and 2016, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards.

*Other Matter*

The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries. Accordingly, this report and the accompanying separate financial statements are for use by those knowledgeable about Korean auditing standards and their application in practice.

*KPMG Samjong Accounting Corp.*

Seoul, Korea
February 28, 2018

This report is effective as of February 28, 2018, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2017 and 2016

| *(in millions of Won)* | Notes | | December 31, 2017 | December 31, 2016 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 332,405 | 120,529 |
| Trade accounts and notes receivable, net | 6,22,36 | | 3,867,714 | 3,216,209 |
| Other receivables, net | 7,22,36 | | 210,230 | 246,061 |
| Other short-term financial assets | 8,22 | | 5,824,087 | 4,130,963 |
| Inventories | 9,33 | | 4,543,533 | 3,995,291 |
| Assets held for sale | 10 | | 34,545 | 764 |
| Other current assets | 15 | | 27,907 | 22,859 |
| **Total current assets** | | | 14,840,421 | 11,732,676 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 12,774 | 14,040 |
| Other receivables, net | 7,22 | | 62,421 | 87,669 |
| Other long-term financial assets | 8,22 | | 1,393,316 | 2,145,570 |
| Investments in subsidiaries, associates and joint ventures | 11 | | 15,098,856 | 15,031,385 |
| Investment property, net | 12 | | 97,307 | 86,296 |
| Property, plant and equipment, net | 13 | | 21,561,270 | 22,257,409 |
| Intangible assets, net | 14 | | 528,074 | 508,890 |
| Defined benefit assets, net | 20 | | - | 81,621 |
| Other non-current assets | 15 | | 97,819 | 110,197 |
| **Total non-current assets** | | | 38,851,837 | 40,323,077 |
| | | | | |
| **Total assets** | | ₩ | 53,692,258 | 52,055,753 |

*See accompanying notes to the separate financial statements.*

3

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Financial Position, Continued**
**As of December 31, 2017 and 2016**

| *(in millions of Won)* | Notes | | December 31, 2017 | December 31, 2016 |
|---|---|---|---:|---:|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 1,025,027 | 1,082,927 |
| Short-term borrowings | | | | |
| and current installments of long-term borrowings | 4,16,22,38 | | 1,235,707 | 364,840 |
| Other payables | 17,22,36,38 | | 862,535 | 866,074 |
| Other short-term financial liabilities | 18,22,38 | | 23,164 | 16,508 |
| Current income tax liabilities | 34 | | 351,148 | 315,530 |
| Provisions | 19 | | 18,166 | 14,154 |
| Other current liabilities | 21 | | 54,401 | 37,219 |
| **Total current liabilities** | | | 3,570,148 | 2,697,252 |
| Long-term borrowings, | | | | |
| excluding current installments | 4,16,22,38 | | 2,665,517 | 3,778,014 |
| Other payables | 17,22,38 | | 78,481 | 117,310 |
| Other long-term financial liabilities | 18,22,38 | | 129,176 | 72,742 |
| Defined benefit liabilities, net | 20 | | 43 | - |
| Deferred tax liabilities | 34 | | 1,273,896 | 1,015,966 |
| Long-term provisions | 19 | | 19,250 | 29,506 |
| Other non-current liabilities | 21 | | 14,292 | 15,516 |
| **Total non-current liabilities** | | | 4,180,655 | 5,029,054 |
| **Total liabilities** | | | 7,750,803 | 7,726,306 |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,156,429 | 1,156,303 |
| Hybrid bonds | 24 | | 996,919 | 996,919 |
| Reserves | 25 | | 233,390 | 284,240 |
| Treasury shares | 26 | | (1,533,054) | (1,533,468) |
| Retained earnings | 27 | | 44,605,368 | 42,943,050 |
| **Total equity** | | | 45,941,455 | 44,329,447 |
| **Total liabilities and equity** | | ₩ | 53,692,258 | 52,055,753 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2017 and 2016

| (in millions of Won, except per share information) | Notes | | 2017 | 2016 |
|---|---|---|---:|---:|
| **Revenue** | 28,36 | ₩ | 28,553,815 | 24,324,933 |
| **Cost of sales** | 9,20,30,33,36 | | (23,832,804) | (19,903,596) |
| **Gross profit** | | | 4,721,011 | 4,421,337 |
| Selling and administrative expenses | | | | |
| Administrative expenses | 20,22,29,30,33 | | (896,061) | (889,277) |
| Selling expenses | 29,33 | | (922,497) | (896,723) |
| **Operating profit** | | | 2,902,453 | 2,635,337 |
| Finance income and costs | | | | |
| Finance income | 22,31 | | 1,143,692 | 756,480 |
| Finance costs | 22,31 | | (667,207) | (882,511) |
| Other non-operating income and expenses | | | | |
| Other non-operating income | 32,36 | | 436,075 | 81,869 |
| Other non-operating expenses | 32,33,36 | | (460,272) | (401,841) |
| **Profit before income tax** | | | 3,354,741 | 2,189,334 |
| Income tax expense | 34 | | (809,056) | (404,288) |
| **Profit** | | | 2,545,685 | 1,785,046 |
| **Other comprehensive income (loss)** | | | | |
| Items that will not be reclassified subsequently to profit or loss: | | | | |
| Remeasurements of defined benefit plans, net of tax | 20 | | (19,787) | (768) |
| Items that are or may be reclassified subsequently to profit or loss: | | | | |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | 8,22,25 | | (50,850) | 314,258 |
| **Total comprehensive income** | | ₩ | 2,475,048 | 2,098,536 |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 31,409 | 21,899 |

*See accompanying notes to the separate financial statements.*

5

# POSCO
## Separate Statements of Changes in Equity
## For the years ended December 31, 2017 and 2016

*(in millions of Won)*

| | | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|---|
| Balance as of January 1, 2016 | ₩ | 482,403 | 1,247,581 | 996,919 | (30,018) | (1,533,898) | 41,862,570 | 43,025,557 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 1,785,046 | 1,785,046 |
| Other comprehensive income (loss) | | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (768) | (768) |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | 314,258 | - | - | 314,258 |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (479,974) | (479,974) |
| Interim dividends | | - | - | - | - | - | (179,992) | (179,992) |
| Business combination | | - | (91,310) | - | - | - | - | (91,310) |
| Interest of hybrid bonds | | - | - | - | - | - | (43,832) | (43,832) |
| Disposal of treasury shares | | - | 32 | - | - | 430 | - | 462 |
| Balance as of December 31, 2016 | ₩ | 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| Balance as of January 1, 2017 | ₩ | 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| Comprehensive income: | | | | | | | | |
| Profit | | - | - | - | - | - | 2,545,685 | 2,545,685 |
| Other comprehensive income (loss) | | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | | - | - | - | - | - | (19,787) | (19,787) |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | | - | - | - | (50,850) | - | - | (50,850) |
| Transactions with owners of the Company, recognized directly in equity: | | | | | | | | |
| Year-end dividends | | - | - | - | - | - | (459,987) | (459,987) |
| Interim dividends | | - | - | - | - | - | (359,993) | (359,993) |
| Interest of hybrid bonds | | - | - | - | - | - | (43,600) | (43,600) |
| Disposal of treasury shares | | - | 126 | - | - | 414 | - | 540 |
| Balance as of December 31, 2017 | ₩ | 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@pks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows**
**For the years ended December 31, 2017 and 2016**

| (in millions of Won) | Notes | 2017 | 2016 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 2,545,685 | 1,785,046 |
| Adjustments for: | | | |
| Costs for defined benefit plans | | 102,884 | 111,086 |
| Depreciation | | 2,092,603 | 2,061,408 |
| Amortization | | 91,603 | 79,655 |
| Bad debt expenses | | 18,133 | 54,130 |
| Finance income | | (940,180) | (508,824) |
| Finance costs | | 448,249 | 565,366 |
| Loss on valuation of inventories | | 2,363 | 11,843 |
| Gain on disposal of property, plant and equipment | | (26,284) | (19,579) |
| Loss on disposal of property, plant and equipment | | 140,987 | 93,536 |
| Impairment losses on property, plant and equipment | | 17,651 | 58,388 |
| Gain on disposal of intangible assets | | (24,542) | (4,963) |
| Impairment losses on intangible assets | | 11,822 | 1,545 |
| Impairment losses on investments in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Reversal of impairment loss on investments in subsidiaries, associates and joint ventures | | (225,860) | - |
| Gain on disposal of assets held for sale | | (87) | (6,814) |
| Impairment loss on assets held for sale | | 21,873 | - |
| Increase to provisions | | 403 | 15,520 |
| Income tax expense | | 809,056 | 404,288 |
| Others | | 8,241 | (9,725) |
| Changes in operating assets and liabilities | 38 | (1,338,714) | (694,145) |
| Interest received | | 89,041 | 80,865 |
| Interest paid | | (139,766) | (192,795) |
| Dividends received | | 159,506 | 144,388 |
| Income taxes paid | | (483,988) | (375,393) |
| Net cash provided by operating activities | ₩ | 3,553,963 | 3,839,109 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows, Continued**
**For the years ended December 31, 2017 and 2016**

| (in millions of Won) | Notes | | 2017 | 2016 |
|---|---|---|---:|---:|
| **Cash flows from investing activities** | | | | |
| Proceeds from disposal of short-term financial instruments | | ₩ | 18,791,233 | 17,038,277 |
| Proceeds from disposal of long-term financial instruments | | | 1 | - |
| Proceeds from disposal of available-for-sale financial assets | | | 994,901 | 266,976 |
| Proceeds from disposal of investments in subsidiaries, associates and joint ventures | | | 6,112 | 4,850 |
| Proceeds from disposal of intangible assets | | | 23,431 | 7,076 |
| Proceeds from disposal of assets held for sale | | | 667 | 166,791 |
| Proceeds from business combination | | | - | 24,250 |
| Acquisition of short-term financial instruments | | | (20,482,051) | (17,870,819) |
| Acquisition of available-for-sale investments | | | (15,264) | (271,434) |
| Increase in long-term loans | | | (60) | (66) |
| Acquisition of investment in subsidiaries, associates and joint ventures | | | (115,147) | (329,071) |
| Acquisition of property, plant and equipment | | | (1,594,897) | (1,875,111) |
| Payment for disposal of property, plant and equipment | | | (3,654) | (18,358) |
| Acquisition of intangible assets | | | (69,923) | (21,050) |
| Net cash used in investing activities | | | (2,464,651) | (2,877,689) |
| **Cash flows from financing activities** | 38 | | | |
| Proceeds from borrowings | | | 654,242 | 1,082,339 |
| Increase in long-term financial liabilities | | | 2,517 | 4,422 |
| Repayment of borrowings | | | (658,144) | (2,844,151) |
| Decrease in long-term financial liabilities | | | (9,136) | (8,720) |
| Payment of cash dividends | | | (820,102) | (665,168) |
| Payment of interest of hybrid bonds | | | (43,600) | (43,719) |
| Net cash used in financing activities | | | (874,223) | (2,474,997) |
| **Changes in cash due to foreign currency translation** | | | (3,213) | - |
| **Net increase (decrease) in cash and cash equivalents** | | | 211,876 | (1,513,577) |
| **Cash and cash equivalents at beginning of the year** | 5 | | 120,529 | 1,634,106 |
| **Cash and cash equivalents at end of the year** | 5 | ₩ | 332,405 | 120,529 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements**
**As of December 31, 2017**

## 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since 1988.  The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through six overseas liaison offices.

As of December 31, 2017, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 9,660,885 | 11.08 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 2,894,712 | 3.32 |
| BlackRock Institutional Trust Company, N.A.(*1) | 2,483,875 | 2.85 |
| Government of Singapore Investment Corp Private Limited | 1,934,312 | 2.22 |
| KB Financial Group Inc. and subsidiaries(*2) | 1,919,361 | 2.20 |
| Others | 68,293,690 | 78.33 |
| | 87,186,835 | 100.00 |

(*1) Includes American Depository Receipts (ADRs) of POSCO, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries pursuant to the Commercial Act.

As of December 31, 2017, the shares of the Company are listed on the Korea Exchange, while its ADRs are listed on the New York Stock Exchanges.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

**2. Statement of Compliance**

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the Act on External Audits of Corporations in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

The separate financial statements were authorized for issue by the Board of Directors on January 24, 2018, and will be submitted for approval at the shareholders' meeting to be held on March 9, 2018.

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments are measured at fair value
(b) Available-for-sale financial assets are measured at fair value
(c) Defined benefit liabilities are measured at the present value of the defined benefit obligation less the fair value of the plan asset

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency which is the currency of the primary economic environment in which the Company operates.

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.  Revisions to accounting estimates are recognized in the period prospectively.

10

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 10 - Assets held for sale
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next fiscal year is included in the following notes:

- Note 8 - Available-for-sale securities
- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 34 - Income taxes
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.  The Company has an established control framework with respect to the measurement of fair values.  This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the financial officer.

The valuation team regularly reviews significant unobservable inputs and valuation adjustments.  If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible.  Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement.   The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

**Changes in Accounting Policies**

Except for the application of the amendments to standards for the first time for their reporting period beginning on January 1, 2017, as described below, the accounting policies applied by the Company in these separate financial statements are the same as those applied by the Company in its separate financial statements as of and for the year ended December 31, 2016.

(a) Amendments to K-IFRS No. 1007 "Statement of Cash Flows"

For the year beginning on January 1, 2017, the Company applied the amendments to K-IFRS No. 1007 "Statement of Cash Flows".   K-IFRS No. 1007 requires liabilities related to the cash flows that were classified as a financing activity in the statement of cash flows or will be classified as a financing activity in the future should be disclosed as follows:

- Changes from financing cash flows
- Changes arising from obtaining or losing control of subsidiaries or other businesses
- The effect of changes in foreign exchange rates
- Changes in fair values
- Other changes

K-IFRS No. 1007 does not require the disclosure of comparative information of prior period. The related disclosures are included in note 38.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(b) Amendments to K-IFRS No. 1012 "Income Taxes"

For the year beginning on January 1, 2017, the Company applied the amendments to K-IFRS No. 1012 "Income Taxes". In accordance with K-IFRS No. 1012, in the case of debt instruments measured at fair value, deferred tax accounting treatment is clarified. The difference between the carrying amount and taxable base amount of the debt liabilities is considered as temporary differences, regardless of the expected recovery method. When reviewing the recoverability of deferred tax assets, the estimated of probable future taxable income may include the recovery of some of the Company's assets for more than their carrying amount if there is sufficient evidence that it is probable that the Company will recover the asset for more than its carrying amount. In addition, the estimated of probable future taxable income are determined as the amount before considering the deductible effect from reversal of the deductible temporary differences.

The Company believes that the effect of the amendments to the separate financial statements is not significant. Therefore, the Company has not retrospectively applied the amendments in accordance with the transitional requirements.

### 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below. The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

**Investments in subsidiaries, associates and joint ventures**

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements". The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

**Foreign currency transactions and translation**

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction. At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction. Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.   Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

The Company recognizes and measures non-derivative financial assets by the following four categories: financial assets at fair value through profit or loss, held-to-maturity financial assets, loans and receivables and available-for-sale financial assets.   The Company recognizes financial assets in the separate statement of financial position when the Company becomes a party to the contractual provisions of the instrument.

Upon initial recognition, non-derivative financial assets are measured at their fair value plus, in the case of a financial asset not at fair value through profit or loss, transaction costs that are directly attributable to the asset's acquisition or issuance.

(a) Financial assets at fair value through profit or loss

Financial assets are classified at fair value through profit or loss if they are held for trading or designated as such upon initial recognition.   Upon initial recognition, transaction costs are recognized in profit or loss when incurred.   Financial assets at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.

(b) Held-to-maturity financial assets

A non-derivative financial asset with a fixed or determinable payment and fixed maturity, for which the Company has the positive intention and ability to hold to maturity, is classified as held-to-maturity financial assets.   Subsequent to initial recognition, held-to-maturity financial assets are measured at amortized cost using the effective interest method.

14

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2017**

---

(c) Loans and receivables

Loans and receivables are non-derivative financial assets with fixed or determinable payments that are not quoted in an active market.  Subsequent to initial recognition, loans and receivables are measured at amortized cost using the effective interest method unless the effect of discounting is immaterial.

(d) Available-for-sale financial assets

Available-for-sale financial assets are those non-derivative financial assets that are designated as available-for-sale or are not classified as financial assets at fair value through profit or loss, held-to-maturity financial assets or loans and receivables.  Subsequent to initial recognition, they are measured at fair value, with changes in fair value, net of any tax effect, recorded in other comprehensive income in equity.  Investments in equity instruments that do not have a quoted market price in an active market and whose fair value cannot be reliably measured and derivatives that are linked to and must be settled by delivery of such unquoted equity instruments are measured at cost.  When a financial asset is derecognized or impairment losses are recognized, the cumulative gain or loss previously recognized in other comprehensive income is reclassified from equity to profit or loss.  Dividends on an available-for-sale equity instrument are recognized in profit or loss when the Company's right to receive payment is established.

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset.  Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### Inventories

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method. The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition. The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value. The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs. The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

### Non-current assets held for sale

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale. In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

### Investment property

Property held to earn rentals or for capital appreciation or both is classified as investment property. Investment property is measured initially at its cost. Transaction costs are included in the initial measurement. Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.   The carrying amount of the replaced part is derecognized.   The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.   The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.   The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.   The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.   Leased assets are depreciated over the shorter of the lease term and their useful lives unless it is reasonably certain that the Company will obtain ownership by the end of the lease term.   Land is not depreciated.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4-9 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.  Other borrowing costs are recognized in expense as incurred.  A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.  Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.  Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.  The Company immediately recognizes other borrowing costs as an expense.  To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.  The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.  The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

|  |  |
|---|---|
| Intellectual property rights | 7 years |
| Development costs | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.   All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

**Government grants**

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

**Leases**

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Impairment for financial assets**

A financial asset not carried at fair value through profit or loss is assessed at each reporting date to determine whether there is objective evidence that it is impaired.   A financial asset is impaired if objective evidence indicates that a loss event has occurred after the initial recognition of the asset, and that the loss event had a negative effect on the estimated future cash flows of that asset that can be estimated reliably.   However, losses expected as a result of future events, regardless of likelihood, are not recognized.

Objective evidence that a financial asset or group of financial assets are impaired includes:

(a) significant financial difficulty of the issuer or obligor
(b) a breach of contract, such as a default or delinquency in interest or principal payments
(c) the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
(d) it becoming probable that the borrower will enter bankruptcy or other financial reorganization
(e) the disappearance of an active market for that financial asset because of financial difficulties
(f) observable data indicating that there is a measurable decrease in the estimated future cash flows from a group of financial assets since the initial recognition of those assets, although the decrease cannot yet be identified with the individual financial assets in the group.

In addition, for an investment in an equity security, a significant or prolonged decline in its fair value below its cost is objective evidence of impairment.

If there is objective evidence that financial assets are impaired, impairment losses are measured and recognized.

(a) Financial assets measured at amortized cost

An impairment loss in respect of a financial asset measured at amortized cost is calculated as the difference between its carrying amount and the present value of its estimated future cash flows discounted at the asset's original effective interest rate.   If it is not practicable to obtain the instrument's estimated future cash flows, impairment losses would be measured by using prices from any observable current market transactions.   The Company can recognize impairment losses directly or establish a provision to cover impairment losses.   If, in a subsequent period, the amount of the impairment loss decreases and the decrease can be related objectively to an event occurring after the impairment was recognized, the previously recognized impairment loss shall be reversed either directly or by adjusting an allowance account.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(b) Financial assets carried at cost

If there is objective evidence that an impairment loss has occurred on an unquoted equity instrument that is not carried at fair value because its fair value cannot be reliably measured, or on a derivative asset that is linked to and must be settled by delivery of such an unquoted equity instrument, the amount of the impairment loss is measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the current market rate of return for a similar financial asset.   Such impairment losses are not reversed.

(c) Available-for-sale financial assets

When a decline in the fair value of an available-for-sale financial asset has been recognized in other comprehensive income and there is objective evidence that the asset is impaired, the cumulative loss that had been recognized in other comprehensive income shall be reclassified from equity to profit or loss as a reclassification adjustment even though the financial asset has not been derecognized.   Impairment losses recognized in profit or loss for an investment in an equity instrument classified as available-for-sale are not reversed through profit or loss.   If, in a subsequent period, the fair value of a debt instrument classified as available-for-sale increases and the increase can be objectively related to an event occurring after the impairment loss was recognized in profit or loss, the impairment loss shall be reversed, with the amount of the reversal recognized in profit or loss.

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

## Derivative financial instruments

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives are measured at fair value, and changes therein are recognized in profit or loss.

(a) Embedded derivatives

Embedded derivatives are separated from the host contract and accounted for separately only if the following criteria have been met: (a) the economic characteristics and risks of the host contract and the embedded derivatives are not clearly and closely related to a separate instrument with the same terms as the embedded derivative that would meet the definition of a derivative, and (b) the hybrid (combined) instrument is not measured at fair value through profit or loss.   Changes in the fair value of separable embedded derivatives from the host contract are recognized immediately in profit or loss.

(b) Other derivatives

Changes in the fair value of a derivative that is not designated as a hedging instrument are recognized immediately in profit or loss.

## Non-derivative financial liabilities

The Company classifies non-derivative financial liabilities into financial liabilities at fair value through profit or loss or other financial liabilities in accordance with the substance of the contractual arrangement and the definitions of financial liabilities.   The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities at fair value through profit or loss

Financial liabilities at fair value through profit or loss include financial liabilities held for trading or designated as upon initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

23

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Other financial liabilities

Non-derivative financial liabilities other than financial liabilities at fair value through profit or loss are classified as other financial liabilities.   At the date of initial recognition, other financial liabilities are measured at fair value minus transaction costs that are directly attributable to the acquisition.   Subsequent to initial recognition, other financial liabilities are measured at amortized cost using the effective interest method.   The Company derecognizes a financial liability from the separate statement of financial position when it is extinguished (i.e. when the obligation specified in the contract is discharged, cancelled or expires).

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service.   When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss.   If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets.   The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid.   If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan.   The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value.   The fair value of plan assets is deducted.   The calculation is performed annually by an independent actuary using the projected unit credit method.

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.   The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.   The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.   The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
**As of December 31, 2017**

---

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.   Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as follows pursuant to the Act on the Allocation and Trading of Greenhouse Gas Emission Permits which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge and those purchased from the market.   The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and initially measured at cost and subsequently carried at cost less accumulated impairment losses.   Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government when the future economic benefits are no longer expected to be probable.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas.   Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable.   Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period.   The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.   No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.   When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.   When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue**

Revenue from the sale of goods, services provided and the use of assets is measured at the fair value of the consideration received or receivable, net of returns and allowances, trade discounts and volume rebates, which are not significant for all periods presented.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(a) Sale of goods

Revenue from the sale of goods in the ordinary course of activities is measured at the fair value of the consideration received or receivable, net of returns, trade discounts and volume rebates.   Revenue is recognized when persuasive evidence exists, usually in the form of an executed sales agreement, that the significant risks and rewards of ownership have been transferred to the buyer, recovery of the consideration is probable, the associated costs and possible return of goods can be estimated reliably, there is no continuing management involvement with the goods, and the amount of revenue can be measured reliably.   The appropriate timing for transfer of risks and rewards varies depending on the individual terms and conditions of the sales contract.   For international sales, this timing depends on the type of international commercial terms of the contract.

(b) Rental income

Rental income from investment property, net of lease incentives granted, is recognized in profit or loss on a straight-line basis over the term of the lease.

**Finance income and finance costs**

Finance income comprises interest income on funds invested (including available-for-sale financial assets), dividend income, gains on the disposal of available-for-sale financial assets and changes in the fair value of financial assets at fair value through profit or loss.   Interest income is recognized as it accrues in profit or loss, using the effective interest method. Dividend income is recognized in profit or loss on the date that the Company's right to receive payment is established.

Finance costs comprise interest expense on borrowings and changes in the fair value of financial assets at fair value through profit or loss.   Borrowing costs are recognized in profit or loss using the effective interest rate method.

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

The Company recognizes interest and penalties related to corporate tax as if it is applicable to the income taxes, the Company applies K-IFRS 1012 "Income Taxes", if it is not applicable to the income taxes, the Company applies K-IFRS 1037 "Provisions Contingent Liabilities and Contingent Assets".

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.   The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income. The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.   Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income.   Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

**New standards and interpretations not yet adopted**

The Company will apply K-IFRS No. 1109 "Financial Instruments" and K-IFRS No. 1115 "Revenue from Contracts with Customers" for the year beginning on January 1, 2018.   The Company is evaluating analysis of financial impact resulting from adoption of new standards and the estimated effect on the separate financial statements at the date of initial application based on current situation as of December 31, 2017.   However, a reasonable estimation of financial impact is not determined since the analysis of financial impact is not completed.

The following new standards, including K-IFRS No. 1109 and K-IFRS No. 1115, interpretations and amendments to existing standards have been published but are not mandatory for the Company for annual periods beginning on January 1, 2017, and the Company has not early adopted them.

(a) K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109 "Financial Instruments" regulates requirements for measurement and recognition of certain contracts in relation to trading financial assets and liabilities or non-financial items. It replaces existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement".

The standard will generally be applied retrospectively application with some exemptions an entity not required to restate the comparative information for prior periods in relation to classification and measurement (including impairment) changes.   Such exemptions will be applied by the Company.   The Company will recognize the accumulated effect resulting from initial application of K-IFRS No. 1109 as reserves and retained earnings of the Company at the date of initial application.

The standard's impact on the separate financial statements are as follows.

30

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

1) Classification and measurement of financial assets

When applying K-IFRS No. 1109, the classification of financial assets will be driven by the Company's business model for managing the financial assets and contractual terms of cash flow.

The following table shows the classification of financial assets measured subsequently at amortized cost, at fair value through other comprehensive income and at fair value through profit or loss.   If a hybrid contract contains a host that is a financial asset, the classification of the hybrid contract shall be determined for the entire contract without separating the embedded derivative.

| Business model | Contractual cash flows are solely payments of principal and interests | All other cases |
|---|---|---|
| To collect contractual cash flows | Amortized cost(*1) | |
| Both to collect contractual cash flows and sell financial assets | Fair value through other comprehensive income(*1) | Fair value through profit or loss(*2) |
| For trading, and others | Fair value through profit or loss | |

(*1) The Company may irrevocably designate as at fair value through profit or loss to eliminate or significantly reduce an accounting mismatch.
(*2) The Company may irrevocably designate equity investments that is not held for trading as at fair value through other comprehensive income.

As of December 31, 2017, the Company owns available-for-sale financial assets of ₩1,395,589 million and loans and receivables of ₩10,197,020 million.

As a result of analysis of the impact on the separate financial statements, the Company expects that debt instruments whose contractual cash flows do not solely represent payments of principal and interest and those held for trading will be measured at fair value through profit or loss; loans and receivables whose contractual cash flows solely represent receipt of principal and interest but are not owned for the purpose of collection of contractual cash flows will be measured at fair value through other comprehensive income or fair value through profit or loss.   Accordingly, the financial assets at fair value through profit or loss may increase upon adoption of K-IFRS No. 1109 and may increase the volatility in profit or loss.   The Company expects the application of K-IFRS No. 1109 on these financial assets will not have a material impact on the financial statements.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

According to K-IFRS No. 1109, the Company may make an irrevocable election to present in other comprehensive income subsequent changes in the fair value of an investment in an equity instrument which is not held for trading at initial recognition.   As of December 31, 2017, the Company owns equity instruments classified as financial assets available-for-sale for the purpose of long-term strategic plan and the fair value of the accompanying asset is ₩1,384,784 million.   According to K-IFRS No. 1109, the Company made an irrevocable election to classify the equity instrument as assets measured at fair value through other comprehensive income, for which all subsequent changes in fair value are recognized in other comprehensive income and not subsequently recycled to profit or loss.

2) Impairment: Financial assets and contract assets

K-IFRS No. 1109 replaces the incurred loss model in the existing standard with a forward-looking expected credit loss model for debt instruments, lease receivables, contractual assets, loan commitments, and financial guarantee contracts.

Under K-IFRS No. 1109, impairment losses are likely to be recognized earlier than using the incurred loss model under the existing guidance in K-IFRS No. 1039 as loss allowances will be measured either 12-month or lifetime expected credit loss based on the extent of increase in credit risk.

If credit risk has increased significantly since the initial recognition, a loss allowance for lifetime expected credit loss is required to be measured at the end of every reporting period. If credit risk has not increased significantly since the initial recognition, a loss allowance is measured based on 12-month expected credit loss.

If the financial instrument has low credit risk at the end of the reporting period, the Company may assume that the credit risk has not increased significantly since initial recognition. However, a loss allowance for lifetime expected credit losses is required for contract assets or trade receivables that do not contain a significant financing component.   Additionally, the Company has elected to recognize lifetime expected credit losses for contract assets or trade receivables that contain a significant financing component.

The Company expects impairment losses of financial assets subject to expected credit loss model under K-IFRS No. 1109 to be recognized earlier.   As of January 1, 2018, the date of initial application, the Company expects recognize increase in loss allowance and decrease in retained earnings.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

3) Classification and measurement of financial liabilities

K-IFRS No. 1109 mostly adheres to the existing requirements under K-IFRS No. 1039 regarding to classification of financial liabilities.

Under K-IFRS No. 1039, all financial liabilities designated at fair value through profit or loss recognized their fair value movements in profit or loss.    However, K-IFRS No. 1109 requires the amount of the change in the liability's fair value attributable to changes in the credit risk to be recognized in other comprehensive income.    Amounts presented in other comprehensive income are not subsequently transferred to profit or loss.

The Company did not designate financial liabilities as financial liability at fair value through profit or loss as of December 31, 2017 and expects the adoption of K-IFRS No. 1109 will not have significant impact on the classification of financial liabilities.

(b) K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115 "Revenue from Contracts with Customers" provides a unified five-step model for determining the timing, measurement and recognition of revenue.    It replaces existing revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts", K-IFRS No. 2031 "Revenue- Barter transactions involving advertising services", K-IFRS No. 2113 "Customer Loyalty Programs", K-IFRS No. 2115 "Agreements for the construction of real estate", and K-IFRS No. 2118 "Transfers of assets from customers".

The Company intends to apply the retrospective approach which will recognize the cumulative impact of initially applying the revenue standard as of January 1, 2018, the date of initial application and the Company also decided to apply the practical expedients as allowed by K-IFRS No. 1115 by applying the new standard only to those contracts that are not considered as completed contracts at the date of initial application.    Accordingly, upon adoption of K-IFRS No. 1115, the Company will not restate the financial statements for comparative periods.

Existing K-IFRS standards and interpretations including K-IFRS No. 1018 provide revenue recognition guidance by transaction types such as sales of goods, rendering of services, interest income, royalty income, dividend income and construction revenue; however, under the new standard, K-IFRS No. 1115, the five-step approach (Step 1: Identify the contract(s) with a customer, Step 2: Identify the performance obligations in the contract, Step 3: Determine the transaction price, Step 4: Allocate the transaction price to the performance obligations in the contract, Step 5: Recognize revenue when the entity satisfied a performance obligation) is applied for all types of contracts or agreements.

The standard's impact on the separate financial statements are as follows.

33

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

1) Identification of performance obligations

The Company operates manufacturing and selling steel rolled products and plates, and certain sales contracts include transport service.    When applying K-IFRS No. 1115, sales of manufactured products or merchandise and delivery of products (i.e. shipping service) are identified as separate performance obligations in the contracts with customers.    For transactions for which the shipping terms are on shipment basis and the customer pays shipping costs, the two performance obligations are separately accounted for because delivery of products is performed after the control over the products is transferred to the customer.    The transaction price allocated to the performance obligation of delivery service will be recognized when the obligation of delivery of the product is completed.

The Company identified transport service included in the sales contract as a separate performance obligation that will be satisfied over the promised service period.

As of January 1, 2018, the date of initial application, change in relevant accounting policy is expected to result in decrease in retained earnings.

2) Variable consideration

The Company provides a certain percentage of price discount, if an accounts receivable is collected earlier than a certain collection date.    Under K-IFRS No. 1115, the Company estimates the amount of variable consideration by using the expected value which the Company expects to better predict the amount of consideration.    The Company recognizes revenue with transaction price including variable consideration only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the refund period has lapsed.

As of January 1, 2018, the date of initial application, change in accounting policy due to K-IFRS No. 1115 is expected to result in decrease in retained earnings.

(c) K-IFRS No. 1116 "Leases"

K-IFRS No. 1116 "Leases" will replace K-IFRS No. 1017 "Leases" and K-IFRS No. 2104 "Determining whether an Arrangement contains a Lease".    It is effective for annual periods beginning on or after January 1, 2019, with early adoption permitted for a Company which has adopted to K-IFRS No. 1115.

34

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

As a lessee, the Company shall apply this standard using one of the following two methods; (a) retrospectively to each prior reporting period presented in accordance with K-IFRS No. 1008 "Accounting Policies, Changes in Accounting Estimates and Errors" but using the practical expedients for completed contracts- i.e. completed contracts as of the beginning of the earliest prior period presented are not restated; or (b) retrospectively with the cumulative effect of initially applying this standard recognized at the date of initial application.

K-IFRS No. 1116 suggests an single accounting model that requires a lessee to recognize lease related asset and liability in the financial statements.   A lessee is required to recognize a right-of-use asset representing its right to use the underlying leased asset and a lease liability representing its obligation to make lease payments.   The lessee may elect not to apply the requirements to short-term lease of which has a term of 12 months or less at the commencement date and low value assets.   Accounting treatment for lessor is similar to the existing standard which classifies lease into finance and operating lease.

Application of K-IFRS No. 1116 will change current operating lease expense which has been recognized in straight-line method into depreciation expense of right-of-use asset and interest expense of lease liability, and therefore, nature of expense recognized in relation to lease will change.   However, it is expected that there will be no significant impact on finance lease.

The Company has not yet initiated to prepare for the application of K-IFRS No. 1116 and the Company has not performed an assessment of the impact resulting from the application of K-IFRS No. 1116.   The Company will complete the analysis of financial impacts arising from applying this standard in 2018.


**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(a) Financial risk management

1) Risk management framework

The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

2) Credit risk

Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

The Company establishes an allowance for impairment that represents its estimate of incurred losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred but not yet identified.   The collective loss allowance is determined based on historical data of payment statistics for similar financial assets. Debt securities are analyzed individually, and an expected loss shall be directly deducted from debt securities.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.

36

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset. The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategy investments. Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations. The Company has committed borrowing facilities with various banks.

4) Market risk

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices. The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures. The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts. In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted. The Company reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rates and variable interest rate. The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

③ Other market price risk

Equity price risk arises from listed equity securities among available-for-sale equity securities.    Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.    Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

(b) Management of capital

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.    The capital structure of the Company consists of equity and net borrowings (after deducting cash and cash equivalents) and current financial instruments from borrowings.    The Company applied the same capital risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2017 and 2016 is as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Total borrowings | ₩ | 3,901,224 | 4,142,854 |
| Less: Cash and cash equivalents | | 332,405 | 120,529 |
| Net borrowings | | 3,568,819 | 4,022,325 |
| Total equity | ₩ | 45,941,455 | 44,329,447 |
| Net borrowings-to-equity ratio | | 7.77% | 9.07% |

**5. Cash and Cash Equivalents**

Cash and cash equivalents as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 97,907 | 5,495 |
| Other cash equivalents | | 234,498 | 115,034 |
| | ₩ | 332,405 | 120,529 |

38

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 6. Trade Accounts and Notes Receivable

Trade accounts and notes receivable as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,886,950 | 3,231,461 |
| Less: Allowance for doubtful accounts | | (19,236) | (15,252) |
| | ₩ | 3,867,714 | 3,216,209 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 18,586 | 21,671 |
| Less: Present value discount | | (5,107) | (7,364) |
| Less: Allowance for doubtful accounts | | (705) | (267) |
| | ₩ | 12,774 | 14,040 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩83,976 million and ₩31,370 million as of December 31, 2017 and 2016, respectively. The fair value of trade accounts and notes receivable approximates the carrying amounts and trade accounts and notes receivable are included in short-term borrowings from financial institutions. (Note 16)

### 7. Other Receivables

Other receivables as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Other accounts receivable | ₩ | 199,724 | 231,535 |
| Others | | 22,476 | 20,235 |
| Less: Allowance for doubtful accounts | | (11,970) | (5,709) |
| | ₩ | 210,230 | 246,061 |
| **Non-current** | | | |
| Long-term loans | ₩ | 22,877 | 23,183 |
| Long-term other accounts receivable | | 44,616 | 61,728 |
| Others | | 2,896 | 2,758 |
| Less: Allowance for doubtful accounts | | (7,968) | - |
| | ₩ | 62,421 | 87,669 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**8. Other Financial Assets**

(a) Other financial assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Available-for-sale securities (bonds) | ₩ | 2,305 | - |
| Short-term financial instruments(*1) | | 5,811,702 | 4,124,150 |
| Cash deposits(*2) | | 10,080 | 6,813 |
| | ₩ | 5,824,087 | 4,130,963 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | - | 80,959 |
| Available-for-sale securities (equity instruments) | | 1,384,784 | 2,058,240 |
| Available-for-sale securities (others) | | 8,500 | 6,338 |
| Cash deposits(*3) | | 32 | 33 |
| | ₩ | 1,393,316 | 2,145,570 |

(*1) Short-term financial instruments amounting to ₩1,384 million are levied in relation to pending litigations as of December 31, 2016.

(*2) Deposits amounting to ₩10,080 million and ₩6,813 million as of December 31, 2017 and 2016, respectively, are restricted in relation to government assigned project.

(*3) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(b) Available-for-sale equity securities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | | 2017 | | | | | 2016 |
|---|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of available-for-sale investments | Accumulated impairment loss | Book value | Book value |
| **Marketable equity securities** | | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation | 15,698,500 | 1.65 | ₩ 473,962 | 430,748 | 82,751 | (125,965) | 430,748 | 644,257 |
| KB Financial group Inc. | 3,863,520 | 0.92 | 178,839 | 244,947 | 121,894 | (55,786) | 244,947 | 496,076 |
| Woori Bank | 20,280,000 | 3.00 | 244,447 | 319,410 | 74,963 | - | 319,410 | 267,787 |
| Hyundai Heavy Industries Co., Ltd.(*1) | - | - | - | - | - | - | - | 214,904 |
| DONGKUK STEEL MILL CO.,LTD | 1,786,827 | 1.87 | 10,471 | 19,655 | 9,184 | - | 19,655 | 19,744 |
| SAMWONSTEEL Co., Ltd. | 5,700,000 | 14.25 | 8,930 | 19,010 | 16,483 | (6,403) | 19,010 | 20,064 |
| DONGKUK INDUSTRIES COMPANY | 2,611,989 | 4.82 | 11,911 | 10,278 | (1,633) | - | 10,278 | 19,355 |
| Others (9 companies)(*2,3) | | | 80,981 | 52,240 | 16,290 | (45,031) | 52,240 | 74,526 |
| | | | 1,009,541 | 1,096,288 | 319,932 | (233,185) | 1,096,288 | 1,756,713 |
| **Non-marketable equity securities(*5)** | | | | | | | | |
| Congonhas Minerios S.A.(*3,4) | 3,658,394 | 2.02 | 221,535 | 145,394 | 11,176 | (87,317) | 145,394 | 190,884 |
| Poongsan Special Metal Corp. | 315,790 | 5.00 | 7,657 | 7,657 | - | - | 7,657 | 7,657 |
| HANKUM.CO.LTD | 21,000 | 4.99 | 4,599 | 4,599 | - | - | 4,599 | 4,599 |
| Core-Industry Co., Ltd. | 490,000 | 19.84 | 4,214 | 4,214 | - | - | 4,214 | 4,214 |
| AJUSTEEL CO.,LTD | 17,000 | 4.36 | 4,165 | 4,165 | - | - | 4,165 | 4,165 |
| Others (43 companies)(*2,3) | | | 280,532 | 122,467 | (9,191) | (148,874) | 122,467 | 90,008 |
| | | | 522,702 | 288,496 | 1,985 | (236,191) | 288,496 | 301,527 |
| | | | ₩ 1,532,243 | 1,384,784 | 321,917 | (469,376) | 1,384,784 | 2,058,240 |

(*1)  Hyundai Heavy Industries Co., Ltd. has been split off into Hyundai Heavy Industries Co., Ltd.("the surviving Company"), Hyundai Robotics Co., Ltd., Hyundai Construction Equipment Co., Ltd., and Hyundai Electric & Energy Systems Co., Ltd. during the year ended December 31, 2017.   After the split-off, the Company sold each of its shares during the year ended December 31, 2017.

(*2)  The Company has recognized ₩994 million and ₩661 million of impairment losses on security of Steel Flower Co., Ltd., and Troika Natural Resources PEF respectively, due to additional decline in the fair value of the security during the year ended December 31, 2017.

(*3)  The Company has recognized ₩87,317 million, ₩3,920 million and ₩1,458 million of impairment losses on security of Congonhas Minerios S.A., Asian Clean Energy PEF and FINE BESTEEL Co., Ltd. respectively, due to prolonged or significant decline in the fair value of the security during the year ended December 31, 2017.

(*4)  Fair value is based on an analysis performed by an external professional evaluation agency.

(*5)  Non-marketable equity securities whose fair values cannot be reliably measured are recorded at cost.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**9. Inventories**

(a) Inventories as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Finished goods | ₩ | 927,413 | 696,192 |
| Semi-finished goods | | 1,255,713 | 1,092,864 |
| By-products | | 8,454 | 4,303 |
| Raw materials | | 917,241 | 814,993 |
| Fuel and materials | | 520,341 | 535,036 |
| Materials-in-transit | | 916,255 | 863,226 |
| Others | | 479 | 520 |
| | | 4,545,896 | 4,007,134 |
| Less: Allowance for inventories valuation | | (2,363) | (11,843) |
| | ₩ | 4,543,533 | 3,995,291 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | 11,843 | 15,254 |
| Loss on valuation of inventories | | 2,363 | 11,843 |
| Utilization on sale of inventories | | (11,843) | (15,254) |
| Ending | ₩ | 2,363 | 11,843 |

**10. Assets Held for Sale**

Assets held for sale as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Investments in subsidiaries(*1) | ₩ | 34,153 | - |
| Property, plant and equipment | | 392 | 764 |
| | ₩ | 34,545 | 764 |

(*1) During the year ended December 31, 2017, the Company determined to dispose part of the interest of POSCO Thainox Public Company Limited, subsidiary of the Company, and classified investments in subsidiaries amounting ₩56,234 million as assets held for sale. The Company recognized ₩21,873 million of impairment loss from the difference between book value and net fair value of the interest, and finished disposal for part of it.

42

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 11. Investments in Subsidiaries, Associates and Joint ventures

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Subsidiaries | ₩ | 12,129,758 | 12,043,125 |
| Associates | | 639,229 | 656,670 |
| Joint ventures | | 2,329,869 | 2,331,590 |
| | ₩ | 15,098,856 | 15,031,385 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

(b) Details of subsidiaries and carrying amounts as of December 31, 2017 and 2016 are as follows:

*(in millions of Won)*

| | | | 2017 | | | | | 2016 |
|---|---|---|---|---|---|---|---|---|
| | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| POSCO DAEWOO Corporation(*1) | Korea | Trading | 77,606,130 | 62.90 | ₩ 2,775,626 | 3,610,164 | 3,610,164 | 3,371,481 |
| POSCO ENGINEERING & CONSTRUCTION., LTD. | Korea | Engineering and construction | 22,073,568 | 52.80 | 2,651,454 | 1,014,314 | 1,014,314 | 1,014,314 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | 40,234,508 | 89.02 | 1,695,863 | 658,176 | 658,176 | 658,176 |
| POSCO Processing&Service(*1) | Korea | Steel sales and trading | 12,568,393 | 93.95 | 519,662 | 385,995 | 385,995 | 624,678 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | 3,412,000 | 56.87 | 220,618 | 108,421 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | 19,700,000 | 95.00 | 117,245 | 103,780 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory manufacturing and sales | 35,442,000 | 60.00 | 643,206 | 100,535 | 100,535 | 100,535 |
| POSCO ES MATERIALS CO.,LTD | Korea | Secondary battery active material manufacturing and sales | 3,052,230 | 75.32 | 71,764 | 83,309 | 83,309 | 83,000 |
| POSMATE | Korea | Business facility maintenance | 902,946 | 83.83 | 122,374 | 73,374 | 73,374 | 73,374 |
| POSCO ICT | Korea | Computer hardware and software distribution | 99,403,282 | 65.38 | 398,645 | 70,990 | 70,990 | 70,990 |
| POSCO M-TECH(*2,3) | Korea | Packing materials manufacturing and sales | 20,342,460 | 48.85 | 82,675 | 107,278 | 50,857 | 53,651 |
| POSCO Family Strategy Fund(*3) | Korea | Investment in venture companies | 460 | 69.91 | 46,519 | 45,273 | 32,457 | 45,273 |
| Busan E&E Co., Ltd.(*4) | Korea | Municipal solid waste fuel and power generation | 6,029,660 | 100.00 | 44,874 | 30,148 | 30,148 | 30,148 |
| Others (11 companies)(*3) | Korea | | | | 473,717 | 262,755 | 215,155 | 159,755 |
| | | | | | 9,864,242 | 6,654,512 | 6,537,675 | 6,497,576 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | 739,900 | 70.00 | 70,536 | 813,431 | 813,431 | 813,431 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | 612,870,646 | 100.00 | 418,924 | 631,625 | 631,625 | 626,996 |
| POSCO Maharashtra Steel Private Limited(*5) | India | Steel manufacturing and sales | 361,789,958 | 100.00 | 424,199 | 722,569 | 722,569 | 665,450 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | 761,775 | 100.00 | 506,238 | 330,623 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | | 58.60 | 557,208 | 283,845 | 283,845 | 283,845 |
| POSCO Thainox Public Company Limited(*6) | Thailand | Stainless steel manufacturing and sales | 6,616,916,519 | 84.88 | 298,136 | 444,506 | 416,612 | 246,986 |
| POSCO SS VINA Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 19,318 | 241,426 | 241,426 | 241,426 |
| POSCO-China Holding Corp. | China | Investment management | - | 100.00 | 163,845 | 240,430 | 240,430 | 240,430 |
| POSCO-India Private Limited(*3) | India | Steel manufacturing and sales | 764,999,999 | 99.99 | 78,211 | 184,915 | 75,567 | 184,915 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing and sales | 2,686,745,272 | 84.84 | 208,885 | 180,072 | 180,072 | 180,072 |
| POSCO America Corporation | USA | Steel trading | 437,941 | 99.45 | 73,521 | 192,156 | 192,156 | 192,156 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing and sales | - | 100.00 | 32,067 | 160,572 | 160,572 | 160,572 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing and sales | - | 95.65 | 27,712 | 144,573 | 144,573 | 144,573 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 83.64 | 97,574 | 130,751 | 130,751 | 130,751 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | Thailand | Plate steel manufacturing and sales | 36,000,000 | 100.00 | 91,207 | 121,592 | 121,592 | 121,592 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel and raw material trading | 9,360,000 | 100.00 | 175,120 | 117,710 | 117,710 | 117,710 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | 144,579,160 | 60.00 | (51,781) | 92,800 | 92,800 | 92,800 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | 90,438 | 100.00 | 123,993 | 68,436 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | - | 70.00 | 92,508 | 65,982 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | - | 90.00 | 136,261 | 62,494 | 62,494 | 62,494 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Mine development | 1,390 | 100.00 | 40,957 | 50,297 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Steel manufacturing and sales | 144,772,000 | 81.79 | (9,373) | 45,479 | 45,479 | 45,479 |
| POSCO(Guangdong) Coated Steel Co., Ltd. | China | Plate steel manufacturing and sales | - | 87.04 | 37,604 | 31,299 | 31,299 | 31,299 |
| POSCO Electrical Steel India Private Limited(*5) | India | Electrical steel processing and sales | - | | | | | 57,119 |
| Others (27 companies) | | | | | 607,602 | 412,872 | 371,742 | 390,215 |
| | | | | | 4,220,472 | 5,770,355 | 5,592,083 | 5,545,549 |
| | | | | ₩ | 14,084,714 | 12,424,867 | 12,129,758 | 12,043,125 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(*1) During the year ended December 31, 2017, POSCO Processing&Service spun-off its Steel distribution business and other businesses and the businesses were merged with POSCO DAEWOO Corporation.

(*2) POSCO M-TECH was classified as an investment in a subsidiary as the Company has more than half of the voting rights by virtue of an agreement with Pohang University of Science and Technology, which has 4.72% of ownership in POSCO M-TECH.

(*3) During the year ended December 31, 2017, the Company conducted the impairment test on securities of POSCO M-TECH, POSCO Family Strategy Fund, Suncheon Eco Trans Co., Ltd and POSCO-India Private Limited due to signs of impairment such as continuous business loss.   As a result of the impairment test, the Company has recognized ₩2,793 million, ₩12,816 million, ₩47,600 million and ₩109,248 million of impairment losses on its securities due to its carrying amount that significantly exceeded its recoverable amount.

(*4) As of December 31, 2017 and 2016, the investment in a subsidiary amounting to ₩30,148 million was provided as collateral in relation to the loan agreements of Busan E&E Co,. Ltd.

(*5) During the year ended December 31, 2017, POSCO Maharashtra Steel Private Limited merged with POSCO Electrical Steel India Private Limited.

(*6) As of December 31, 2017, the fair value of POSCO Thainox Public Company Limited was increased significantly and the recoverable amount is estimated since there is an objective evidence of a decrease in impairment loss recognized in prior periods. Recoverable amount was determined based on fair value less cost to sell, which was calculated by the stock price as of March 31, 2017.   As a result, the Company recognized ₩225,860 million as gain on reversal of impairment loss.   Meanwhile, the Company classified part of the interest of POSCO Thainox Public Company Limited as assets held for sale. (Note 10)

(c) Details of associates and carrying amounts as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | | | 2017 | | | | 2016 |
|---|---|---|---|---|---|---|---|---|
| | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| EQP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,316,307,504 | 29.50 | ₩  561,832 | 169,316 | 169,316 | 169,316 |
| SNNC | Korea | STS material manufacturing and sales | 18,130,000 | 49.00 | 246,456 | 100,655 | 100,655 | 100,655 |
| Others (6 companies) | | | | | (23,077) | 540,468 | 19,052 | 23,771 |
| | | | | | 785,211 | 810,439 | 289,023 | 293,742 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and sales | 3,234,698 | 49.00 | 141,013 | 189,197 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*1) | Canada | Mine investment | 114,452,000 | 10.40 | 1,182,367 | 124,341 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 51,715 | 11,003 | 11,003 | 11,003 |
| Others (4 companies) | | | | | 36,819 | 25,547 | 25,665 | 38,387 |
| | | | | | 1,411,914 | 350,088 | 350,206 | 362,928 |
| | | | | | ₩ 2,197,125 | 1,160,527 | 639,229 | 656,670 |

(*1) As of December 31, 2017, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

44

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

(d) Details of joint ventures and carrying amounts as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Country | Principal operations | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
|---|---|---|---|---|---|---|---|---|
| | | | | | 2017 | | | 2016 |
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 3,547,516 | 1,225,464 | 1,225,464 | 1,225,464 |
| CSP - Compania Siderurgica do Pecem | Brazil | Steel manufacturing and sales | 1,108,696,532 | 20.00 | 581,961 | 558,821 | 573,830 | 575,551 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 697,470 | 364,609 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Steel materials manufacturing and sales | 2,010,719,185 | 50.00 | 216,970 | 98,962 | 98,962 | 98,962 |
| Others (3 companies) | | | | | 259,691 | 67,004 | 67,004 | 67,004 |
| | | | | | ₩ 5,303,608 | 2,314,860 | 2,329,869 | 2,331,590 |

(*1) As of December 31, 2017 and 2016, the investment in joint ventures amounting to ₩1,225,464 million was provided as collateral in relation to loan from project financing of Roy Hill Holdings Pty Ltd.

## 12. Investment Property, Net

(a) Investment property as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 38,035 | - | 38,035 | 34,213 | - | 34,213 |
| Buildings | | 133,473 | (83,680) | 49,793 | 121,248 | (74,811) | 46,437 |
| Structures | | 21,691 | (12,212) | 9,479 | 17,169 | (11,523) | 5,646 |
| | ₩ | 193,199 | (95,892) | 97,307 | 172,630 | (86,334) | 86,296 |

The fair value of investment property as of December 31, 2017 is ₩416,051 million.

(b) Changes in the carrying amount of investment property for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 34,213 | - | 3,822 | 38,035 |
| Buildings | | 46,437 | (3,308) | 6,664 | 49,793 |
| Structures | | 5,646 | (585) | 4,418 | 9,479 |
| | ₩ | 86,296 | (3,893) | 14,904 | 97,307 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.
(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

45

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

2) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---:|---:|---:|---:|
| Land | ₩ | 35,557 | - | (1,344) | 34,213 |
| Buildings | | 47,399 | (2,961) | 1,999 | 46,437 |
| Structures | | 3,796 | (283) | 2,133 | 5,646 |
| | ₩ | 86,752 | (3,244) | 2,788 | 86,296 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

## 13. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | | | | 2016 | | | | |
|---|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| | | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land | ₩ | 1,474,993 | - | - | - | 1,474,993 | 1,472,419 | - | - | - | 1,472,419 |
| Buildings | | 6,030,099 | (3,685,001) | (10,699) | - | 2,334,399 | 5,945,593 | (3,483,883) | (10,701) | - | 2,451,009 |
| Structures | | 4,880,792 | (2,519,411) | (9,373) | - | 2,352,008 | 4,827,063 | (2,352,796) | (9,876) | - | 2,464,391 |
| Machinery and equipment | | 37,370,140 | (23,803,414) | (129,388) | - | 13,437,338 | 36,804,554 | (23,092,275) | (135,237) | - | 13,577,042 |
| Vehicles | | 203,522 | (196,475) | - | - | 7,047 | 204,641 | (193,325) | - | - | 11,316 |
| Tools | | 192,138 | (171,023) | - | - | 21,115 | 196,197 | (171,963) | - | - | 23,244 |
| Furniture and fixtures | | 251,722 | (220,328) | (344) | - | 31,050 | 263,487 | (229,249) | (348) | - | 33,890 |
| Finance lease assets | | 88,046 | (15,941) | - | - | 72,105 | 88,046 | (10,198) | - | - | 77,848 |
| Construction-in-progress | | 1,836,350 | - | - | (5,135) | 1,831,215 | 2,151,250 | - | - | (5,000) | 2,146,250 |
| | ₩ | 52,327,802 | (30,611,593) | (149,804) | (5,135) | 21,561,270 | 51,952,250 | (29,533,679) | (156,162) | (5,000) | 22,257,409 |

(b) Changes in the carrying amount of property, plant and equipment for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---:|---:|---:|---:|---:|---:|---:|
| Land | ₩ | 1,472,419 | - | (4,970) | - | - | 7,544 | 1,474,993 |
| Buildings | | 2,451,009 | 2,324 | (4,129) | (217,381) | - | 102,576 | 2,334,399 |
| Structures | | 2,464,391 | 5,712 | (1,876) | (188,449) | (29) | 72,259 | 2,352,008 |
| Machinery and equipment | | 13,577,042 | 71,692 | (77,575) | (1,649,668) | (17,619) | 1,533,466 | 13,437,338 |
| Vehicles | | 11,316 | 521 | - | (7,117) | - | 2,327 | 7,047 |
| Tools | | 23,244 | 3,891 | (8) | (11,289) | (3) | 5,280 | 21,115 |
| Furniture and fixtures | | 33,890 | 3,793 | (29) | (9,063) | - | 2,459 | 31,050 |
| Finance lease assets | | 77,848 | - | - | (5,743) | - | - | 72,105 |
| Construction-in-progress | | 2,146,250 | 1,513,388 | - | - | - | (1,828,423) | 1,831,215 |
| | ₩ | 22,257,409 | 1,601,321 | (88,587) | (2,088,710) | (17,651) | (102,512) | 21,561,270 |

(*1) The Company has recognized impairment losses since recoverable amount on Fe powder factory and ULPC facilities were less than their carrying amount for the year ended December 31, 2017.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred from investment properties, and others.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

2) For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Acquisitions | Business combination | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,412,715 | 52 | 10,273 | (248) | - | - | 49,627 | 1,472,419 |
| Buildings | | 2,566,168 | 2,100 | 70,641 | (2,074) | (230,235) | (351) | 44,760 | 2,451,009 |
| Structures | | 2,519,866 | 3,346 | 8,630 | (1,746) | (189,333) | (916) | 124,544 | 2,464,391 |
| Machinery and equipment | | 14,014,079 | 76,671 | 146,466 | (22,768) | (1,607,171) | (57,110) | 1,026,875 | 13,577,042 |
| Vehicles | | 11,623 | 1,984 | 39 | (11) | (7,545) | - | 5,226 | 11,316 |
| Tools | | 23,720 | 3,329 | 289 | (94) | (10,517) | - | 6,517 | 23,244 |
| Furniture and fixtures | | 31,820 | 4,675 | 237 | (32) | (8,897) | (11) | 6,098 | 33,890 |
| Finance lease assets | | 5,733 | 76,581 | - | - | (4,466) | - | - | 77,848 |
| Construction-in-progress | | 928,426 | 1,503,749 | 1,025,516 | - | - | - | (1,311,441) | 2,146,250 |
| | ₩ | 21,514,150 | 1,672,487 | 1,262,091 | (26,973) | (2,058,164) | (58,388) | (47,794) | 22,257,409 |

(*1) The Company has recognized an impairment loss since recoverable amounts on production facilities of automotive steel, electric furnace of high mill (2nd) and FINEX 1 plant are less than their carrying amounts for the year ended December 31, 2016.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred to investment property, assets transferred from asset held-for-sale and others.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 740,490 | 719,017 |
| Borrowing costs capitalized | | 24,706 | 27,489 |
| Capitalization rate | | 3.34% | 3.82% |

## 14. Intangible Assets, Net

(a) Intangible assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | | | 2016 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 40,995 | (16,818) | - | 24,177 | 35,640 | (12,969) | - | 22,671 |
| Membership | | 51,276 | - | (2,999) | 48,277 | 51,511 | - | (2,999) | 48,512 |
| Development expense | | 348,326 | (273,521) | - | 74,805 | 316,381 | (213,596) | - | 102,785 |
| Port facilities usage rights | | 706,480 | (396,441) | - | 310,039 | 633,799 | (376,451) | - | 257,348 |
| Construction-in-progress | | 55,292 | - | - | 55,292 | 52,925 | - | - | 52,925 |
| Other intangible assets | | 285,010 | (257,704) | (11,822) | 15,484 | 285,061 | (260,412) | - | 24,649 |
| | ₩ | 1,487,379 | (944,484) | (14,821) | 528,074 | 1,375,317 | (863,428) | (2,999) | 508,890 |

47

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

(b) Changes in the carrying amount of intangible assets for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 22,671 | - | (447) | (4,339) | - | 6,292 | 24,177 |
| Membership(*1) | 48,512 | - | (235) | - | - | - | 48,277 |
| Development expense | 102,785 | 2,021 | - | (61,037) | - | 31,036 | 74,805 |
| Port facilities usage rights | 257,348 | - | - | (19,990) | - | 72,681 | 310,039 |
| Construction-in-progress | 52,925 | 62,200 | - | - | - | (59,833) | 55,292 |
| Other intangible assets | 24,649 | 1,573 | (2) | (6,237) | (11,822) | 7,323 | 15,484 |
| | ₩ 508,890 | 65,794 | (684) | (91,603) | (11,822) | 57,499 | 528,074 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

2) For the year ended December 31, 2016

| (in millions of Won) | Beginning | Acquisitions | Business combination | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ 19,997 | - | - | (752) | (3,609) | - | 7,035 | 22,671 |
| Membership(*1) | 52,058 | - | - | (2,170) | - | 294 | (1,670) | 48,512 |
| Development expense | 98,038 | 2,793 | 23,033 | (60) | (54,523) | - | 33,504 | 102,785 |
| Port facilities usage rights | 265,575 | - | - | - | (15,260) | - | 7,033 | 257,348 |
| Construction-in-progress | 31,951 | 32,627 | 6,390 | - | - | - | (18,043) | 52,925 |
| Other intangible assets | 23,143 | 3,337 | 235 | (488) | (6,263) | - | 4,685 | 24,649 |
| | ₩ 490,762 | 38,757 | 29,658 | (3,470) | (79,655) | 294 | 32,544 | 508,890 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some membership since the recoverable amounts were less than carrying amounts.    Also, the Company reversed the accumulated impairment loss up to the carrying amount before recognition of any impairment loss since recoverable amounts of some memberships exceeded the carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 15. Other Assets

Other current assets and other long-term assets as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 7,156 | 6,692 |
| Prepaid expenses | | 20,751 | 16,167 |
| | ₩ | 27,907 | 22,859 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 5,395 | 5,654 |
| Others(*1) | | 92,424 | 104,543 |
| | ₩ | 97,819 | 110,197 |

(*1) As of December 31, 2017 and 2016, the Company recognized tax assets amounting to ₩88,633 million and ₩100,693 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits and claim for rectification are finalized.

### 16. Borrowings

(a) Borrowings as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | 2016 |
|---|---|---|---|
| **Short-term borrowings** | | | |
| Short-term borrowings | ₩ | 383,976 | 331,370 |
| Current portion of long-term borrowings | | 2,715 | 33,470 |
| Current portion of debentures | | 849,644 | - |
| Less: Current portion of discount on debentures issued | | (628) | - |
| | ₩ | 1,235,707 | 364,840 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 1,468 | 28,997 |
| Debentures | | 2,672,327 | 3,762,146 |
| Less: Discount on debentures issued | | (8,278) | (13,129) |
| | ₩ | 2,665,517 | 3,778,014 |

49

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b)  Short-term borrowings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Short-term borrowings | Korea Development Bank | 2017.12.11 | 2018.05.11 | 2.14 | | 300,000 | 300,000 |
| Transfers of account receivables that do not qualify for derecognition | - | - | - | - | | 83,976 | 31,370 |
| | | | | | ₩ | 383,976 | 331,370 |

(c)  Current portion of long-term borrowings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2010.06.10~ 2011.04.28 | 2018.03.15~ 2019.03.15 | 1.75 | ₩ | 2,715 | 12,471 |
| Foreign borrowings | - | - | - | - | | - | 20,999 |
| Debentures | Domestic debentures 304-1 and other | 2011.11.28~ 2013.10.04 | 2018.10.04~ 2018.11.28 | 3.35~4.05 | | 469,736 | - |
| Foreign debentures | Samurai Bond 13 | 2013.12.11 | 2018.12.10 | 1.35 | | 379,280 | - |
| | | | | | ₩ | 851,731 | 33,470 |

(d)  Long-term borrowings excluding current portion, as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Lenders | Issuance date | Maturity date | Annual interest rate (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2011.04.28 | 2019.03.15 | 1.75 | ₩ | 375 | 24,051 |
| Foreign borrowings | KOREA ENERGY AGENCY | 2007.12.27~ 2008.12.29 | 2022.12.29 | Government bond 3 year | | 1,093 | 4,946 |
| Debentures | Domestic debentures 304-2 and others | 2011.11.28~ 2016.05.03 | 2019.03.15~ 2023.10.04 | 1.76 ~ 4.12 | | 1,028,258 | 1,497,022 |
| Foreign debentures | Japan Yen private bond and others | 2010.10.28~ 2011.12.22 | 2020.10.28~ 2021.12.22 | 2.70~5.25 | | 1,635,791 | 2,251,995 |
| | | | | | ₩ | 2,665,517 | 3,778,014 |

50

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 17. Other Payables

Other payables as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Current** | | | |
| Accounts payable | ₩ | 460,427 | 486,294 |
| Accrued expenses | | 379,797 | 361,258 |
| Dividend payable | | 4,671 | 4,793 |
| Finance lease liabilities | | 6,003 | 5,905 |
| Withholdings | | 11,637 | 7,824 |
| | ₩ | 862,535 | 866,074 |
| **Non-current** | | | |
| Long-term accounts payable | ₩ | - | 1,119 |
| Long-term accrued expenses | | 9,625 | 36,707 |
| Finance lease liabilities | | 65,500 | 71,657 |
| Long-term withholdings | | 3,356 | 7,827 |
| | ₩ | 78,481 | 117,310 |

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Current** | | | |
| Derivative liabilities | ₩ | 9,632 | - |
| Financial guarantee liabilities | | 13,532 | 16,508 |
| | ₩ | 23,164 | 16,508 |
| **Non-current** | | | |
| Derivative liabilities | ₩ | 74,834 | - |
| Financial guarantee liabilities | | 54,342 | 72,742 |
| | ₩ | 129,176 | 72,742 |

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 19. Provisions

(a) Provisions as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1) | ₩ | 5,893 | - | 3,985 | - |
| Provision for restoration(*2) | | 12,273 | 17,198 | 10,169 | 27,009 |
| Provision for litigation(*3) | | - | 2,052 | - | 2,497 |
| | ₩ | 18,166 | 19,250 | 14,154 | 29,506 |

(*1)  Represents the provision for bonuses limited to 100% of annual salaries for executives.

(*2)  Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province and others, the Company recognized present values of estimated costs for recovery as provisions for restoration as of December 31, 2017. In order to determine the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied discount rates of 2.73% to assess present value of these costs.

(*3)  The Company has recognized provisions for certain litigations for the year ended December 31, 2017.

(b) Changes in provisions for the years ended December 31, 2017 and 2016 were as follows:

1)  For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 3,985 | 22,300 | - | (20,392) | 5,893 |
| Provision for restoration | | 37,178 | 822 | - | (8,529) | 29,471 |
| Provision for litigation | | 2,497 | - | (419) | (26) | 2,052 |
| | ₩ | 43,660 | 23,122 | (419) | (28,947) | 37,416 |

2)  For the year ended December 31, 2016

| (in millions of Won) | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 7,271 | 8,365 | - | (11,651) | 3,985 |
| Provision for restoration | | 37,112 | 25,909 | (12,475) | (13,368) | 37,178 |
| Provision for litigation | | 411 | 2,086 | - | - | 2,497 |
| | ₩ | 44,794 | 36,360 | (12,475) | (25,019) | 43,660 |

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 26,227 | 22,039 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities (assets) in the statements of financial position as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,108,876 | 1,065,255 |
| Fair value of plan assets | | (1,108,833) | (1,146,876) |
| Net defined benefit liabilities (assets) | ₩ | 43 | (81,621) |

2) Changes in present value of defined benefit obligations for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,065,255 | 1,023,071 |
| Current service costs | | 115,113 | 113,209 |
| Interest costs | | 19,468 | 24,136 |
| Remeasurement : | | 25,425 | (3,816) |
| - Gain from change in financial assumptions | | (53,949) | (49,519) |
| - Loss (gain) from change in demographic assumptions | | 19,428 | (2,574) |
| - Loss from change in others | | 59,946 | 48,277 |
| Business combination | | - | 1,133 |
| Benefits paid | | (116,385) | (92,478) |
| Defined benefit obligation at the end of period | ₩ | 1,108,876 | 1,065,255 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

3) Changes in the fair value of plan assets for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 1,146,876 | 1,012,599 |
| Interest on plan assets | | 31,697 | 26,259 |
| Remeasurement of plan assets | | (11,643) | (4,829) |
| Contributions to plan assets | | 49,963 | 198,439 |
| Business combination | | - | 244 |
| Benefits paid | | (108,060) | (85,836) |
| Fair value of plan assets at the end of period | ₩ | 1,108,833 | 1,146,876 |

The Company expects to make an estimated contribution of ₩50,000 million to the defined benefit plan assets in 2018.

4) The fair value of plan assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Debt instruments | ₩ | 352,413 | 289,511 |
| Deposits | | 747,590 | 857,339 |
| Others | | 8,830 | 26 |
| | ₩ | 1,108,833 | 1,146,876 |

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Current service costs | ₩ | 115,113 | 113,209 |
| Net interest costs(*1) | | (12,229) | (2,123) |
| | ₩ | 102,884 | 111,086 |

(*1) The actual return on plan assets amounted to ₩20,054 million and ₩21,430 million for the years ended December 31, 2017 and 2016, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Cost of sales | ₩ | 74,040 | 86,870 |
| Selling and administrative expenses | | 27,974 | 23,295 |
| Others | | 870 | 921 |
| | ₩ | 102,884 | 111,086 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | (162,784) | (162,016) |
| Remeasurements of defined benefit plans | | (37,068) | (1,013) |
| Tax effects | | 17,281 | 245 |
| Ending | ₩ | (182,571) | (162,784) |

7) The principal actuarial assumptions as of December 31, 2017 and 2016 are as follows:

| | 2017 | 2016 |
|---|---|---|
| Discount rate | 3.10% | 2.76% |
| Expected future increases in salaries(*1) | 1.50% | 1.50% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past three years.

All assumptions are reviewed at the end of the reporting period.  Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding the other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (74,551) | (6.7) | 84,963 | 7.7 |
| Expected future increases in salaries | | 83,512 | 7.5 | (74,790) | (6.7) |

9) As of December 31, 2017 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 39,884 | 356,028 | 559,793 | 282,920 | 148,887 | 1,387,512 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining period of service of employees.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 21. Other Liabilities

Other liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 27,358 | 6,251 |
| Withholdings | | 25,556 | 29,580 |
| Unearned revenue | | 1,487 | 1,388 |
| | ₩ | 54,401 | 37,219 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 14,292 | 15,516 |

### 22. Financial Instruments

(a) Classification of financial instruments

   1) Financial assets as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Financial assets at fair value through profit or loss | | | |
| Derivatives assets held for trading | ₩ | - | 80,959 |
| Available-for-sale financial assets | | 1,395,589 | 2,064,578 |
| Loans and receivables | | 10,197,020 | 7,706,575 |
| | ₩ | 11,592,609 | 9,852,112 |

   2) Financial liabilities as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Financial liabilities at fair value through profit or loss | | | |
| Derivatives liabilities held for trading | ₩ | 84,466 | - |
| Financial liabilities measured at amortized cost | | | |
| Trade accounts and notes payable | | 1,025,027 | 1,082,927 |
| Borrowings | | 3,901,224 | 4,142,854 |
| Financial guarantee liabilities(*1) | | 67,874 | 89,250 |
| Others | | 932,405 | 976,574 |
| | ₩ | 6,010,996 | 6,291,605 |

56

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(*1) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2017.  The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | | Guarantee limit | | Guarantee amount | |
|---|---|---|---|---|---|---|
| | | | Foreign currency | Won equivalent | Foreign currency | Won equivalent |
| Zhangjiagang Pohang | BTMU | CNY | 260,500,000 | 42,631 | 234,450,000 | 38,368 |
| Stainless Steel Co., Ltd. | Credit Agricole | CNY | 305,000,000 | 49,913 | 274,500,000 | 44,922 |
| | SMBC | CNY | 195,000,000 | 31,912 | 175,500,000 | 28,721 |
| POSCO Maharashtra | Export-Import Bank of Korea | USD | 193,000,000 | 206,780 | 92,600,000 | 99,212 |
| Steel Private Limited | HSBC | USD | 110,000,000 | 117,854 | 46,000,000 | 49,284 |
| | DBS | USD | 100,000,000 | 107,140 | 50,000,000 | 53,570 |
| | SCB | USD | 106,853,000 | 114,482 | 58,318,500 | 62,482 |
| | Citi | USD | 60,000,000 | 64,284 | 21,000,000 | 22,499 |
| | ING | USD | 80,000,000 | 85,712 | 56,000,000 | 59,998 |
| POSCO ASSAN TST | SMBC | USD | 62,527,500 | 66,992 | 56,274,750 | 60,293 |
| STEEL INDUSTRY | ING | USD | 60,000,000 | 64,284 | 54,000,000 | 57,856 |
| | BNP | USD | 24,000,000 | 25,714 | 21,600,000 | 23,142 |
| POSCO Asia Co., Ltd. | BOC | USD | 50,000,000 | 53,570 | 50,000,000 | 53,570 |
| POSCO MEXICO S.A. DE C.V | BOA | USD | 30,000,000 | 32,142 | 30,000,000 | 32,142 |
| | BTMU | USD | 30,000,000 | 32,142 | 30,000,000 | 32,142 |
| | CITI BANAMEX | USD | 40,000,000 | 42,856 | 40,000,000 | 42,856 |
| | ING | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | SMBC | USD | 40,000,000 | 42,856 | 40,000,000 | 42,856 |
| POSCO SS VINA Co., Ltd. | Export-Import Bank of Korea | USD | 249,951,050 | 267,798 | 221,975,545 | 237,825 |
| | BOA | USD | 40,000,000 | 42,856 | 35,488,000 | 38,022 |
| | BTMU | USD | 40,000,000 | 42,856 | 35,488,000 | 38,022 |
| | DBS | USD | 24,400,000 | 26,142 | 21,647,680 | 23,193 |
| POSCO-VIETNAM Co., Ltd. | Export-Import Bank of Korea | USD | 196,000,000 | 209,994 | 196,000,000 | 209,994 |
| POSCO VST CO., LTD. | ANZ | USD | 25,000,000 | 26,785 | 3,125,000 | 3,348 |
| | HSBC | USD | 20,000,000 | 21,428 | 2,500,000 | 2,679 |
| | MIZUHO | USD | 20,000,000 | 21,428 | 2,500,000 | 2,679 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD | 567,000,000 | 607,484 | 500,314,957 | 536,037 |
| | SMBC | USD | 140,000,000 | 149,996 | 123,722,261 | 132,556 |
| | BTMU | USD | 119,000,000 | 127,497 | 103,478,261 | 110,867 |
| | SCB | USD | 107,800,000 | 115,497 | 95,722,261 | 102,557 |
| | MIZUHO | USD | 105,000,000 | 112,497 | 91,304,348 | 97,823 |
| | Credit Suisse AG | USD | 91,000,000 | 97,497 | 79,130,435 | 84,780 |
| | HSBC | USD | 91,000,000 | 97,497 | 79,130,435 | 84,780 |
| | ANZ | USD | 73,500,000 | 78,748 | 65,896,174 | 70,601 |
| | BOA | USD | 35,000,000 | 37,499 | 30,434,783 | 32,608 |
| | The Tokyo Star Bank, Ltd | USD | 21,000,000 | 22,499 | 18,260,870 | 19,565 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | The Great & Co. | THB | 5,501,000,000 | 180,268 | 5,501,000,000 | 180,268 |
| LLP POSUK Titanium | SMBC | USD | 15,000,000 | 16,071 | 15,000,000 | 16,071 |
| CSP - Compania | Export-Import Bank of Korea | USD | 182,000,000 | 194,995 | 182,000,000 | 194,995 |
| Siderurgica do Pecem | Santander | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | BNP | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | MIZUHO | USD | 47,600,000 | 50,999 | 47,600,000 | 50,999 |
| | Credit Agricole | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | SOCIETE GENERALE | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | KfW | USD | 20,000,000 | 21,428 | 20,000,000 | 21,428 |
| | BBVA Seoul | USD | 17,600,000 | 18,857 | 17,600,000 | 18,857 |
| | ING | USD | 17,600,000 | 18,857 | 17,600,000 | 18,857 |
| | BNDES | BRL | 464,060,000 | 150,100 | 464,060,000 | 150,100 |
| Nickel Mining Company SAS | SMBC | EUR | 46,000,000 | 58,846 | 37,000,000 | 47,332 |
| | | USD | 3,407,031,550 | 3,650,295 | 2,806,912,260 | 3,007,327 |
| | | CNY | 760,500,000 | 124,456 | 684,450,000 | 112,011 |
| | | EUR | 46,000,000 | 58,846 | 37,000,000 | 47,332 |
| | | THB | 5,501,000,000 | 180,268 | 5,501,000,000 | 180,268 |
| | | BRL | 464,060,000 | 150,100 | 464,060,000 | 150,100 |

57

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

3) Finance income and costs by category of financial instrument for the years ended December 31, 2017 and 2016 were as follows:

① For the year ended December 31, 2017

| *(in millions of Won)* | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | - | - | - | - | (80,959) | (80,959) | - |
| Available-for-sale financial assets | 55 | 35,223 | - | 421,559 | (94,350) | - | 362,487 | (50,850) |
| Loans and receivables | 94,083 | - | (158,090) | - | - | (2,745) | (66,752) | - |
| Financial liabilities at fair value through profit or loss | - | - | - | - | - | (84,466) | (84,466) | - |
| Financial liabilities at amortized cost | (116,558) | - | 330,525 | - | - | 9,524 | 223,491 | - |
| | ₩ (22,420) | 35,223 | 172,435 | 421,559 | (94,350) | (158,646) | 353,801 | (50,850) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩122,684 million for the year ended December 31, 2017.

② For the year ended December 31, 2016

| *(in millions of Won)* | Finance income and costs | | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ - | - | - | (16,917) | - | (9,923) | (26,840) | - |
| Available-for-sale financial assets | 239 | 27,008 | - | 130,183 | (222,725) | - | (65,295) | 314,258 |
| Loans and receivables | 89,624 | - | 20,749 | - | - | (740) | 109,633 | - |
| Financial liabilities at fair value through profit or loss | - | - | - | - | - | 8,118 | 8,118 | - |
| Financial liabilities at amortized cost | (154,864) | - | (123,220) | - | - | 8,994 | (269,090) | - |
| | ₩ (65,001) | 27,008 | (102,471) | 113,266 | (222,725) | 6,449 | (243,474) | 314,258 |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates, and joint ventures of ₩117,443 million for the year ended December 31, 2016.

58

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Credit risk

1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk.  The maximum exposure to credit risk as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Cash and cash equivalents | ₩ | 332,405 | 120,529 |
| Financial assets at fair value through profit or loss | | - | 80,959 |
| Available-for-sale financial assets | | 10,805 | 6,338 |
| Loans and other receivables | | 5,984,127 | 4,355,797 |
| Trade accounts and notes receivable | | 3,867,714 | 3,216,209 |
| Long-term trade accounts and notes receivable | | 12,774 | 14,040 |
| | ₩ | 10,207,825 | 7,793,872 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.  As of December 31, 2017 and 2016, the maximum exposure to credit risk caused by financial guarantee amounted to ₩3,497,038 million and ₩4,308,272 million, respectively.

2) Impairment losses on financial assets

① Allowance for doubtful accounts as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Trade accounts and notes receivable | ₩ | 19,941 | 15,519 |
| Other accounts receivable | | 11,970 | 5,709 |
| Loans | | 7,968 | - |
| | ₩ | 39,879 | 21,228 |

② Impairment losses on financial assets for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Bad debt expenses | ₩ | 18,133 | 54,130 |
| Impairment loss on available-for-sale securities | | 94,350 | 222,725 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

③ The aging and impairment losses of trade accounts and notes receivable as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
| --- | --- | --- | --- | --- | --- |
| | | Trade accounts and notes receivable | Impairment | Trade accounts and notes receivable | Impairment |
| Not due | ₩ | 3,809,914 | 705 | 3,193,023 | 229 |
| Over due less than 1 month | | 47,566 | 1,193 | 17,940 | 261 |
| 1 month - 3 months | | 4,525 | 160 | 2,451 | 255 |
| 3 months - 12 months | | 14,630 | 911 | 4,909 | 388 |
| Over 12 months | | 23,794 | 16,972 | 27,445 | 14,386 |
| | ₩ | 3,900,429 | 19,941 | 3,245,768 | 15,519 |

④ The aging and impairment losses of loans and other account receivable as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
| --- | --- | --- | --- | --- | --- |
| | | Loans and other account receivable | Impairment | Loans and other account receivable | Impairment |
| Not due | ₩ | 121,311 | 8,057 | 170,618 | 90 |
| Over due less than 1 month | | 8,495 | - | 6,747 | - |
| 1 month - 3 months | | 90 | - | 23,725 | - |
| 3 months - 12 months | | 479 | 45 | 770 | - |
| Over 12 months | | 26,505 | 11,836 | 5,658 | 5,619 |
| | ₩ | 156,880 | 19,938 | 207,518 | 5,709 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
| --- | --- | --- | --- |
| Beginning | ₩ | 21,228 | 11,564 |
| Bad debt expenses | | 18,133 | 54,130 |
| Others | | 518 | (44,466) |
| Ending | ₩ | 39,879 | 21,228 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | | Book value | Contractual cash flow | Within 3 months | 3 months - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|---|
| Trade accounts and notes payable | ₩ | 1,025,027 | 1,025,027 | 1,025,027 | - | - | - | - |
| Borrowings | | 3,901,224 | 4,290,677 | 97,166 | 354,526 | 913,271 | 2,718,434 | 207,280 |
| Financial guarantee liabilities(*1) | | 67,874 | 3,497,038 | 3,497,038 | - | - | - | - |
| Other financial liabilities | | 1,016,871 | 1,025,382 | 838,528 | 2,244 | 25,757 | 158,853 | - |
| | ₩ | 6,010,996 | 9,838,124 | 5,457,759 | 356,770 | 939,028 | 2,877,287 | 207,280 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 892,188 | 1,892,720 | 876,981 | 2,310,417 |
| JPY | | 127,956 | 530,150 | 42,610 | 573,461 |
| CNY | | 316,243 | 371 | 322,449 | 5,438 |
| INR | | 395,585 | - | 254,803 | - |
| Others | | 267,270 | 60,552 | 250,348 | 6,461 |
| | ₩ | 1,999,242 | 2,483,793 | 1,747,191 | 2,895,777 |

2) As of December 31, 2017 and 2016, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (100,053) | 100,053 | (143,344) | 143,344 |
| JPY | | (40,219) | 40,219 | (53,085) | 53,085 |
| CNY | | 31,587 | (31,587) | 31,701 | (31,701) |
| INR | | 39,559 | (39,559) | 25,480 | (25,480) |

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 6,179,401 | 4,280,514 |
| Financial liabilities | | (3,968,544) | (4,178,948) |
| | ₩ | 2,210,857 | 101,566 |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (4,183) | (41,468) |

2) Sensitivity analysis on the fair value of financial instruments with fixed interest rate

The Company does not account for any fixed rate financial assets and liabilities at fair value through profit or loss, and the Company does not designate derivatives (interest rate swaps) as hedging instruments under fair value hedge accounting model. Therefore a change in interest rates at the reporting date would not affect profit or loss.

3) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

As of December 31, 2017 and 2016, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (42) | 42 | (415) | 415 |

62

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(f) Fair value

   1) Fair value and book value

      The carrying amount and the fair value of financial instruments as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | | 2016 | |
|---|---|---|---|---|---|
| | | **Book value** | **Fair value** | **Book value** | **Fair value** |
| Assets measured at fair value | | | | | |
| Available-for-sale financial assets(*1) | ₩ | 1,291,390 | 1,291,390 | 1,950,447 | 1,950,447 |
| Derivatives assets | | - | - | 80,959 | 80,959 |
| | | 1,291,390 | 1,291,390 | 2,031,406 | 2,031,406 |
| Assets measured at amortized cost(*2) | | | | | |
| Cash and cash equivalents | | 332,405 | 332,405 | 120,529 | 120,529 |
| Trade accounts and note receivable, net | | 3,880,488 | 3,880,488 | 3,230,249 | 3,230,249 |
| Loans and other receivables, net | | 5,984,127 | 5,984,127 | 4,355,797 | 4,355,797 |
| | | 10,197,020 | 10,197,020 | 7,706,575 | 7,706,575 |
| Liabilities measured at fair value | | | | | |
| Derivatives liabilities | | 84,466 | 84,466 | - | - |
| Liabilities measured at amortized cost(*2) | | | | | |
| Trade accounts and notes payable | | 1,025,027 | 1,025,027 | 1,082,927 | 1,082,927 |
| Borrowings | | 3,901,224 | 4,041,204 | 4,142,854 | 4,354,129 |
| Financial guarantee liabilities | | 67,874 | 67,874 | 89,250 | 89,250 |
| Others | | 932,405 | 932,405 | 976,574 | 976,574 |
| | ₩ | 5,926,530 | 6,066,510 | 6,291,605 | 6,502,880 |

     (*1) Available-for-sale financial assets which are not measured at fair value are not included.
     (*2) The fair value of financial assets and liabilities measured at amortized cost is measured using discounted cash flow method, and the fair value is mainly calculated for the disclosures in the note.   On the other hand, the Company has not performed fair value measurement for the financial assets and liabilities measured at amortized cost except borrowings which are classified as fair value hierarchy level 2 since their carrying amounts approximate fair value.

  2) The fair values of financial assets and financial liabilities by fair value hierarchy as of December 31, 2017 and 2016 are as follows:

    ①   December 31, 2017

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,096,288 | - | 195,102 | 1,291,390 |
| Financial liabilities | | | | | |
| Derivatives liabilities | ₩ | - | 84,466 | - | 84,466 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

② December 31, 2016

| (in millions of Won) | | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
| Financial assets | | | | | |
| Available-for-sale financial assets | ₩ | 1,756,713 | - | 193,734 | 1,950,447 |
| Derivatives assets | | - | 70,613 | 10,346 | 80,959 |
| | ₩ | 1,756,713 | 70,613 | 204,080 | 2,031,406 |
| Financial liabilities | | | | | |
| Derivatives liabilities | ₩ | - | - | - | - |

3) Financial assets and financial liabilities classified as fair value hierarchy Level 2

Fair values of financial instruments are calculated based on the derivatives instrument valuation model such as market approach method and discounted cash flow method. Inputs of the financial instrument valuation model include interest rate, exchange rate, spot price of underlying assets, volatility and others.   It may change depending on the type of derivatives and the nature of the underlying assets.

4) Financial assets and financial liabilities classified as fair value hierarchy Level 3

① Value measurement method and significant but not observable inputs for the financial assets classified as fair value hierarchy Level 3 as of December 31, 2017 are as follows:

| (in millions of Won) | | Fair value | Valuation technique | Inputs | Range of inputs | Effect on fair value assessment with unobservable input |
|---|---|---|---|---|---|---|
| Available-for-sale financial assets | ₩ | 145,394 | Discounted cash flows | Discount rate | 10.50% | As discount rate increases, fair value decreases |
| | | 49,708 | Asset value approach | - | - | - |

② Sensitivity analysis of financial assets and financial liabilities classified as Level 3 of fair value hierarchy

If other inputs remain constant as of December 31, 2017 and one of the significant but not observable input is changed, the effect on fair value measurement is as follows:

| (in millions of Won) | Input variable | | Favorable changes | Unfavorable changes |
|---|---|---|---|---|
| Available-for-sale financial assets | Fluctuation 0.5% of discount rate | ₩ | 11,257 | 10,294 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

③ Changes in fair value of financial assets and financial liabilities classified as Level 3 for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning | ₩ | 204,080 | 298,605 |
| Acquisition | | 62,208 | 10,150 |
| Changes in the fair value of derivatives | | (10,346) | (59,829) |
| Other comprehensive income (loss) | | 32,532 | (30,651) |
| Impairment | | (91,898) | (14,086) |
| Disposal and others | | (1,474) | (109) |
| Ending | ₩ | 195,102 | 204,080 |

## 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2017 and 2016 are as follows:

| (in Won, except per share information) | | 2017 | 2016 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2017, total shares of ADRs of 36,840,292 are equivalent to 9,210,073 of common stock.

(*2) As of December 31, 2017, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2017 and 2016 were as follows:

| (Share) | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|
| | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | 87,186,835 | (7,189,170) | 79,997,665 | 87,186,835 | (7,191,187) | 79,995,648 |
| Disposal of treasury shares | - | 1,939 | 1,939 | - | 2,017 | 2,017 |
| Ending | 87,186,835 | (7,187,231) | 79,999,604 | 87,186,835 | (7,189,170) | 79,997,665 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) Capital surplus as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 783,914 | 783,788 |
| Loss from merger | | (91,310) | (91,310) |
| | ₩ | 1,156,429 | 1,156,303 |

## 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2017 | 2016 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | 2013-06-13 | 2043-06-13 | 4.30 | ₩ | 800,000 | 800,000 |
| Hybrid bond 1-2(*1) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (3,081) | (3,081) |
| | | | | ₩ | 996,919 | 996,919 |

(*1) Details of hybrid bonds as of December 31, 2017 are as follows:

| (in millions of Won) | Hybrid bond 1-1 | Hybrid bond 1-2 |
|---|---|---|
| Issue price | 800,000 | 200,000 |
| Maturity date | 30 years (The Company has a right to extend the maturity date) | |
| Interest rate | Issue date ~ 2018-06-12 : 4.30%<br>reset every 5 years as follows;<br>· After 5 years : return on government bond (5 years) + 1.30%<br>· After 10 years : additionally + 0.25% according to Step-up clauses<br>· After 25 years : additionally + 0.75% | Issue date ~ 2023-06-12 : 4.60%<br>Reset every 10 years as follows;<br>· After 10 years : return on government bond (10 years) + 1.40%<br>· After 10 years : additionally + 0.25% according to Step-up clauses<br>· After 30 years : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) | |
| Others | The Company can call the hybrid bond at year 5 and interest payment date afterwards | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The interest accumulated but not paid on the hybrid bonds as of December 31, 2017 amounts to ₩2,389 million.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

### 25. Reserves

(a) Reserves as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Accumulated changes in the unrealized fair value of available-for-sale investments, net of tax | ₩ | 233,390 | 284,240 |

(b) Changes in the unrealized fair value of available-for-sale investments for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Beginning balance | ₩ | 284,240 | (30,018) |
| Changes in the unrealized fair value of available-for-sale investments | | 261,078 | 296,833 |
| Reclassification to profit or loss upon disposal | | (408,497) | (104,970) |
| Impairment of available-for-sale investments | | 94,350 | 222,725 |
| Tax effects | | 2,219 | (100,330) |
| Ending balance | ₩ | 233,390 | 284,240 |

### 26. Treasury Shares

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization. The changes in treasury shares for the years ended December 31, 2017 and 2016 were as follows:

| (shares, in millions of Won) | 2017 | | 2016 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,189,170 ₩ | 1,533,468 | 7,191,187 ₩ | 1,533,898 |
| Disposal of treasury shares | (1,939) | (414) | (2,017) | (430) |
| Ending | 7,187,231 ₩ | 1,533,054 | 7,189,170 ₩ | 1,533,468 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

## 27. Retained Earnings

(a) Retained earnings as of December 31, 2017 and 2016 are summarized as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 376,667 | 726,667 |
| Appropriated retained earnings for business expansion | | 39,510,500 | 37,910,500 |
| Appropriated retained earnings for dividends | | 947,673 | 1,141,390 |
| Unappropriated retained earnings | | 2,611,026 | 2,004,991 |
| | ₩ | 44,605,368 | 42,943,050 |

(b) Statements of appropriation of retained earnings as of December 31, 2017 and 2016 are as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings carried over from prior year | ₩ | 488,721 | 444,537 |
| Remeasurements of defined benefit plans | | (19,787) | (768) |
| Interests of hybrid bonds | | (43,600) | (43,832) |
| Interim dividends | | (359,993) | (179,992) |
| (Dividends (ratio) per share | | | |
| ₩4,500 (90%) in 2017 | | | |
| ₩2,250 (45%) in 2016 | | | |
| Profit for the period | | 2,545,685 | 1,785,046 |
| | | 2,611,026 | 2,004,991 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 240,000 | 350,000 |
| Appropriated retained earnings for dividends | | 3,570 | 193,717 |
| | | 243,570 | 543,717 |
| **Appropriation of retained earnings** | | | |
| Dividends | | 279,999 | 459,987 |
| (Dividends (ratio) per share | | | |
| ₩3,500 (70%) in 2017 | | | |
| ₩5,750 (115%) in 2016 | | | |
| Appropriated retained earnings for business expansion | | 2,000,000 | 1,600,000 |
| | | 2,279,999 | 2,059,987 |
| **Unappropriated retained earnings carried forward to subsequent year** | ₩ | 574,597 | 488,721 |

68

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**28. Revenue**

Details of revenue for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Sale of goods | ₩ | 28,387,520 | 24,147,416 |
| Others | | 166,295 | 177,517 |
| | ₩ | 28,553,815 | 24,324,933 |

**29. Selling and Administrative Expenses**

(a) Administrative expenses

Administrative expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Wages and salaries | ₩ | 219,965 | 209,324 |
| Expenses related to post-employment benefits | | 33,170 | 35,254 |
| Other employee benefits | | 43,222 | 49,730 |
| Travel | | 12,475 | 12,202 |
| Depreciation | | 16,800 | 18,158 |
| Amortization | | 58,878 | 56,031 |
| Rental | | 53,537 | 60,609 |
| Repairs | | 7,370 | 7,389 |
| Advertising | | 104,210 | 73,823 |
| Research & development | | 103,818 | 83,057 |
| Service fees | | 165,197 | 168,865 |
| Supplies expenses | | 4,573 | 5,257 |
| Vehicles maintenance | | 6,186 | 6,142 |
| Industry association fee | | 5,439 | 8,324 |
| Training | | 19,157 | 16,886 |
| Conference | | 4,898 | 3,920 |
| Bad debt expenses | | 3,898 | 44,051 |
| Others | | 33,268 | 30,255 |
| | ₩ | 896,061 | 889,277 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(b) Selling expenses

Selling expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Freight and custody expenses | ₩ | 785,480 | 784,013 |
| Operating expenses for distribution center | | 9,737 | 9,735 |
| Sales commissions | | 111,661 | 86,818 |
| Sales advertising | | 3,662 | 5,031 |
| Sales promotion | | 5,311 | 5,511 |
| Sample | | 1,000 | 936 |
| Sales insurance premium | | 5,646 | 4,679 |
| | ₩ | 922,497 | 896,723 |

## 30. Research and Development Expenditures Recognized as Expenses

Research and development expenditures recognized as expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 103,818 | 83,057 |
| Cost of sales | | 355,204 | 317,466 |
| | ₩ | 459,022 | 400,523 |

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 31. Finance Income and Costs

Details of finance income and costs for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| **Finance income** | | | |
| Interest income | ₩ | 94,138 | 89,863 |
| Dividend income | | 157,907 | 144,451 |
| Gain on foreign currency transactions | | 203,512 | 247,539 |
| Gain on foreign currency translations | | 256,199 | 53,541 |
| Gain on disposals of available-for-sale investments | | 422,380 | 131,007 |
| Gain on valuation of derivatives | | - | 79,602 |
| Others | | 9,556 | 10,477 |
| | ₩ | 1,143,692 | 756,480 |
| | | | |
| **Finance costs** | | | |
| Interest expenses | ₩ | 116,558 | 154,864 |
| Loss on foreign currency transactions | | 216,182 | 298,006 |
| Loss on foreign currency translations | | 71,094 | 105,545 |
| Impairment loss on available-for-sale investments | | 94,350 | 222,725 |
| Loss on valuation of derivatives | | 165,425 | 81,408 |
| Loss on derivative transactions | | - | 17,034 |
| Others | | 3,598 | 2,929 |
| | ₩ | 667,207 | 882,511 |

71

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 26,284 | 19,579 |
| Gain on disposals of intangible assests | | 24,542 | 4,963 |
| Reversal of impairment losses on investment in subsidiaries, associates and joint ventures | | 225,860 | - |
| Gain on disposals of assets held for sale | | 87 | 6,814 |
| Premium income | | 4,593 | 9,285 |
| Reveral of provisions | | 419 | 12,475 |
| Others(*1) | | 154,290 | 28,753 |
| | ₩ | 436,075 | 81,869 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 140,987 | 93,536 |
| Impairment loss on property, plant and equipment | | 17,651 | 58,388 |
| Impairment loss on intangible assets | | 11,822 | 1,545 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Impairment loss on assets held for sale | | 21,873 | - |
| Other bad debt expenses | | 14,235 | 10,079 |
| Donations | | 42,084 | 34,324 |
| Others | | 38,336 | 19,686 |
| | ₩ | 460,272 | 401,841 |

(*1) The Company has recognized the refund of VAT amounting to ₩133,103 million as non-operating income in 2017, based on the result of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits for rectification were finalized.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2017 and 2016 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Changes in inventories(*1) | ₩ | (407,701) | (109,406) |
| Raw materials and consumables used | | 16,838,874 | 12,853,852 |
| Employee benefits expenses(*3) | | 1,635,553 | 1,644,415 |
| Outsourced processing cost | | 2,138,917 | 2,035,578 |
| Depreciation(*2) | | 2,092,603 | 2,061,408 |
| Amortization | | 91,603 | 79,655 |
| Electricity and water expenses | | 655,781 | 755,994 |
| Service fees | | 241,634 | 246,205 |
| Rental | | 74,363 | 79,840 |
| Advertising | | 104,210 | 73,823 |
| Freight and custody expenses | | 785,480 | 784,013 |
| Sales commissions | | 111,661 | 86,818 |
| Loss on disposals of property, plant and equipment | | 140,987 | 93,536 |
| Impairment loss on property, plant and equipment | | 17,651 | 58,388 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 173,284 | 184,283 |
| Other expenses | | 1,416,734 | 1,163,036 |
| | ₩ | 26,111,634 | 22,091,438 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---|---|
| Wages and salaries | ₩ | 1,492,354 | 1,477,745 |
| Expenses related to post-employment benefits | | 143,199 | 166,670 |
| | ₩ | 1,635,553 | 1,644,415 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 34. Income Taxes

(a) Income tax expense for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 531,666 | 472,264 |
| Deferred income taxes |  | 257,930 | 32,119 |
| Items credited directly to equity |  | 19,460 | (100,095) |
| Income tax expense | ₩ | 809,056 | 404,288 |

(*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The income taxes credited (charged) directly to equity for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

|  |  | 2017 | 2016 |
|---|---|---|---|
| Net changes in unrealized fair value of available-for-sale investments | ₩ | 2,219 | (100,330) |
| Remeasurements of defined benefit plans |  | 17,281 | 245 |
| Gain on disposal of treasury shares |  | (40) | (10) |
|  | ₩ | 19,460 | (100,095) |

74

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(c) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2017 and 2016 were as follows:

| *(in millions of Won)* | | **2017** | **2016** |
|---|---|---|---|
| Profit before income tax expense | ₩ | 3,354,741 | 2,189,334 |
| Income tax expense computed at statutory rate | | 811,385 | 529,357 |
| Adjustments: | | | |
|   Tax credit | | (30,069) | (22,948) |
|   Over provisions from prior years | | (25,245) | (2,625) |
|   Investment in subsidiaries, | | | |
|     associates and joint ventures | | (24,050) | (91,223) |
|   Tax effect due to permanent differences | | (44,064) | (10,624) |
|   Deficit not recognized in the past | | (32,305) | - |
|   Effect of tax rate change | | 150,554 | - |
|   Others | | 2,850 | 2,351 |
| | | (2,329) | (125,069) |
| Income tax expense | ₩ | 809,056 | 404,288 |
| | | | |
| Effective tax rate (%) | | 24.1% | 18.5% |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2017 and 2016 were as follows:

*(in millions of Won)*

| | | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | | December 31, 2016 | Increase (decrease) | December 31, 2017 | December 31, 2015 | Increase (decrease) | December 31, 2016 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (10,707) | (1,071) | (11,778) | (11,049) | 342 | (10,707) |
| Reserve for technology developments | | (91,153) | 53,570 | (37,583) | (175,853) | 84,700 | (91,153) |
| PPE - Depreciation | | (17,793) | 7,269 | (10,524) | (33,229) | 15,436 | (17,793) |
| Impairment loss | | 350,453 | (16,267) | 334,186 | 238,678 | 111,775 | 350,453 |
| Prepaid expenses | | 19,658 | 292 | 19,950 | 19,150 | 508 | 19,658 |
| PPE - Revaluation | | (1,517,978) | (305,542) | (1,823,520) | (1,387,331) | (130,647) | (1,517,978) |
| Gain or loss on foreign currency translation | | 10,797 | (40,024) | (29,227) | (8,121) | 18,918 | 10,797 |
| Defined benefit obligations | | 239,377 | 54,735 | 294,112 | 224,379 | 14,998 | 239,377 |
| Plan assets | | (269,257) | (35,663) | (304,920) | (245,036) | (24,221) | (269,257) |
| Accrued revenue | | (2,586) | (968) | (3,554) | (2,160) | (426) | (2,586) |
| Others | | 229,788 | 60,251 | 290,039 | 151,220 | 78,568 | 229,788 |
| | | (1,059,401) | (223,418) | (1,282,819) | (1,229,352) | 169,951 | (1,059,401) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | - | 28,200 | 28,200 | - | - | - |
| Tax credit carry-forward | | 82,212 | (82,212) | - | 173,177 | (90,965) | 82,212 |
| | | 82,212 | (54,012) | 28,200 | 173,177 | (90,965) | 82,212 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | (90,746) | 2,219 | (88,527) | 9,584 | (100,330) | (90,746) |
| Remeasurements of defined benefit plans | | 51,969 | 17,281 | 69,250 | 51,724 | 245 | 51,969 |
| | | (38,777) | 19,500 | (19,277) | 61,308 | (100,085) | (38,777) |
| | ₩ | (1,015,966) | (257,930) | (1,273,896) | (994,867) | (21,099) | (1,015,966) |

76

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

(e) Deferred tax assets (liabilities) as of December 31, 2017 and 2016 are as follows:

| *(in millions of Won)* | | 2017 | | | 2016 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (11,778) | (11,778) | - | (10,707) | (10,707) |
| Reserve for technology developments | | - | (37,583) | (37,583) | - | (91,153) | (91,153) |
| PPE - Depreciation | | 19,594 | (30,118) | (10,524) | 17,139 | (34,932) | (17,793) |
| Impairment loss | | 334,186 | - | 334,186 | 350,453 | - | 350,453 |
| Prepaid expenses | | 19,950 | - | 19,950 | 19,658 | - | 19,658 |
| PPE - Revaluation | | - | (1,823,520) | (1,823,520) | - | (1,517,978) | (1,517,978) |
| Gain or loss on foreign currency translation | | 113,051 | (142,278) | (29,227) | 88,263 | (77,466) | 10,797 |
| Defined benefit obligations | | 294,112 | - | 294,112 | 239,377 | - | 239,377 |
| Plan assets | | - | (304,920) | (304,920) | - | (269,257) | (269,257) |
| Accrued revenue | | - | (3,554) | (3,554) | - | (2,586) | (2,586) |
| Others | | 329,404 | (39,365) | 290,039 | 294,183 | (64,395) | 229,788 |
| | | 1,110,297 | (2,393,116) | (1,282,819) | 1,009,073 | (2,068,474) | (1,059,401) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 28,200 | - | 28,200 | - | - | - |
| Tax credit carry-forward | | - | - | - | 82,212 | - | 82,212 |
| | | 28,200 | - | 28,200 | 82,212 | - | 82,212 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in the unrealized fair value of AFS | | 59,445 | (147,972) | (88,527) | 28,629 | (119,375) | (90,746) |
| Remeasurements of defined benefit plans | | 69,250 | - | 69,250 | 51,969 | - | 51,969 |
| | | 128,695 | (147,972) | (19,277) | 80,598 | (119,375) | (38,777) |
| | ₩ | 1,267,192 | (2,541,088) | (1,273,896) | 1,171,883 | (2,187,849) | (1,015,966) |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

### 35. Earnings per Share

Basic and diluted earnings per share for the years ended December 31, 2017 and 2016 are as follows:

| (in Won, except per share information) | | 2017 | 2016 |
|---|---|---|---|
| Profit for the period | ₩ | 2,545,685,288,495 | 1,785,045,916,393 |
| Interests of hybrid bonds, net of tax | | (33,048,799,997) | (33,225,163,081) |
| Weighted-average number of common shares outstanding(*1) | | 79,998,600 | 79,996,389 |
| Basic and diluted earnings per share | ₩ | 31,409 | 21,899 |

(*1) The weighted-average number of common shares used to calculate basic and diluted earnings per share are as follows:

| (in share) | 2017 | 2016 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,188,235) | (7,190,446) |
| Weighted-average number of common shares outstanding | 79,998,600 | 79,996,389 |

Since there were no potential shares of common stock which had dilutive effects as of December 31, 2017 and 2016, diluted earnings per share is equal to basic earnings per share.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

**36. Related Party Transactions**

(a) Significant transactions with related companies for the years ended December 31, 2017 and 2016 were as follows:

1) For the year ended December 31, 2017

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries(*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3,328 | 71 | - | 151,639 | 32 | 18,352 |
| POSCO Processing&Service | 298,781 | 1 | 113,628 | 4,595 | 8,309 | 404 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 417,369 | 3,533 | - | - | 8,483 | 106 |
| POSCO ICT(*4) | 1,697 | 5,097 | - | 315,748 | 29,773 | 183,226 |
| eNtoB Corporation | 1 | 30 | 330,921 | 8,215 | 139 | 26,023 |
| POSCO CHEMTECH | 359,862 | 33,076 | 479,896 | 23,043 | 296,296 | 6,860 |
| POSCO ENERGY CO., LTD. | 179,966 | 1,456 | - | - | - | 2 |
| POSCO DAEWOO Corporation | 5,214,127 | 35,182 | 550,258 | 221 | 44,108 | 1,948 |
| POSCO Thainox Public Company Limited | 218,005 | 9,780 | 10,168 | - | - | - |
| POSCO America Corporation | 345,225 | - | 90 | - | - | 1,776 |
| POSCO Canada Ltd. | 439 | 690 | 278,915 | - | - | - |
| POSCO Asia Co., Ltd. | 1,949,354 | 1,454 | 365,025 | 337 | 1,625 | 4,982 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 161,803 | - | - | - | - | 176 |
| POSCO JAPAN Co., Ltd. | 1,436,159 | 20 | 26,256 | 621 | - | 44,829 |
| POSCO-VIETNAM Co., Ltd. | 212,883 | - | - | - | - | 7 |
| POSCO MEXICO S.A. DE C.V. | 276,387 | - | - | - | - | 1,749 |
| POSCO Maharashtra Steel Private Limited | 467,206 | - | - | - | - | 65 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 192,467 | - | - | - | - | - |
| Others | 932,048 | 10,073 | 262,828 | 25,270 | 240,687 | 118,665 |
| | 12,667,107 | 100,463 | 2,417,985 | 529,689 | 629,452 | 409,170 |
| | | | | | | |
| **Associates and joint ventures(*3)** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 2,947 | 112 | 5,487 | 300,041 | 20,718 | 19,763 |
| SNNC | 6,734 | 712 | 554,151 | - | - | 4 |
| POSCO-SAMSUNG-Slovakia Processing Center | 52,779 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 697,096 | - | - | - |
| CSP - Compania Siderurgica do Pecem | 7,384 | - | 159,501 | - | - | - |
| Others | 14,943 | 52,583 | 79,103 | - | - | 3 |
| | 84,787 | 53,407 | 1,495,338 | 300,041 | 20,718 | 19,770 |
| ₩ | 12,751,894 | 153,870 | 3,913,323 | 829,730 | 650,170 | 428,940 |

(*1) Sales and others mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2017, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

2) For the year ended December 31, 2016

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 29,511 | 16,661 | 8 | 183,768 | - | 24,511 |
| POSCO Processing&Service | 1,212,220 | 5,778 | 549,803 | 2,896 | 22,704 | 2,445 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 326,078 | 2,560 | - | - | 12,232 | 126 |
| POSCO ICT | 1,224 | 727 | - | 219,301 | 32,456 | 171,107 |
| eNtoB Corporation | - | 5 | 278,016 | 9,836 | 212 | 19,436 |
| POSCO CHEMTECH | 319,164 | 33,784 | 502,448 | 14,847 | 290,427 | 5,139 |
| POSCO ENERGY CO., LTD. | 187,311 | 1,382 | - | - | - | 7 |
| POSCO TMC Co., Ltd.(*1) | 219,489 | - | 2 | - | 863 | 1,177 |
| POSCO AST(*1) | 152,098 | 1 | - | - | 19,695 | 922 |
| POSCO DAEWOO Corporation | 3,227,716 | 34,341 | 92,203 | - | 343 | - |
| POSCO Thainox Public Company Limited | 237,471 | 2,915 | 9,593 | - | 19 | 548 |
| POSCO America Corporation | 469,543 | - | 284 | - | - | 1,103 |
| POSCO Canada Ltd. | 275 | - | 148,528 | - | - | - |
| POSCO Asia Co., Ltd. | 1,758,080 | 1,373 | 403,174 | 247 | 939 | 3,602 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 135,405 | - | - | - | - | 525 |
| POSCO JAPAN Co., Ltd. | 1,112,489 | 128 | 23,217 | 3,744 | 345 | 3,841 |
| POSCO-VIETNAM Co., Ltd. | 226,063 | 445 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 274,210 | 462 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 355,829 | 2,613 | - | - | - | 93 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 149,911 | - | - | - | - | - |
| Others | 766,263 | 22,717 | 207,601 | 62,202 | 212,344 | 145,562 |
| | 11,160,350 | 125,892 | 2,214,877 | 496,841 | 592,579 | 380,144 |
| | | | | | | |
| **Associates and joint ventures(*3)** | | | | | | |
| SeAH Changwon Integrated Special Steel | 28 | - | 1,095 | - | 627 | - |
| POSCO PLANTEC Co., Ltd. | 2,245 | 48 | 3,533 | 244,898 | 16,812 | 8,146 |
| SNNC | 6,004 | 1,042 | 487,395 | - | - | 2 |
| POSCO-SAMSUNG-Slovakia Processing center | 44,686 | - | - | - | - | - |
| KOBRASCO | - | 29,297 | - | - | - | - |
| Others | 26,625 | 13,122 | 175,246 | - | - | - |
| | 79,588 | 43,509 | 667,269 | 244,898 | 17,439 | 8,148 |
| ₩ | 11,239,938 | 169,401 | 2,882,146 | 741,739 | 610,018 | 388,292 |

(*1) During the year ended December 31, 2016, they were merged into POSCO Processing&Service.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2017

---

(b) The related account balances of significant transactions with related companies as of December 31, 2017 and 2016 are as follows:

1)  December 31, 2017

*(in millions of Won)*

| | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 2 | 2,908 | 2,910 | - | 21,965 | 674 | 22,639 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 58,184 | 324 | 58,508 | - | 5 | 504 | 509 |
| POSCO ICT | 55 | 217 | 272 | 1,458 | 72,586 | 27,009 | 101,063 |
| eNtoB Corporation | - | - | - | 12,252 | 31,899 | 20 | 44,171 |
| POSCO CHEMTECH | 61,810 | 3,589 | 65,399 | 51,774 | 20,313 | 17,568 | 89,655 |
| POSCO ENERGY CO., LTD. | 33,239 | 1,673 | 34,912 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 483,915 | 12,739 | 496,654 | 10,213 | 2,145 | 5,794 | 18,152 |
| POSCO Thainox Public Company Limited | 57,826 | - | 57,826 | 1,204 | - | - | 1,204 |
| POSCO America Corporation | 5,365 | - | 5,365 | - | - | - | - |
| POSCO Asia Co., Ltd. | 404,857 | 541 | 405,398 | 9,811 | 24 | - | 9,835 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 31,693 | - | 31,693 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 55,696 | 530 | 56,225 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 392,630 | 5,733 | 398,363 | - | - | - | - |
| Others | 384,385 | 49,403 | 433,788 | 15,038 | 59,575 | 31,118 | 105,731 |
| | 1,969,656 | 77,657 | 2,047,313 | 101,750 | 208,512 | 84,112 | 394,374 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 1,946 | 9 | 1,955 | 3,842 | 15,723 | - | 19,565 |
| SNNC | 648 | 61 | 709 | 49,506 | 3 | - | 49,509 |
| Others | 8,350 | 904 | 9,254 | 824 | - | - | 824 |
| | 10,944 | 974 | 11,918 | 54,172 | 15,726 | - | 69,898 |
| ₩ | 1,980,600 | 78,631 | 2,059,231 | 155,922 | 224,238 | 84,112 | 464,272 |

2)  December 31, 2016

*(in millions of Won)*

| | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3 | 3,359 | 3,362 | - | 9,825 | 515 | 10,340 |
| POSCO Processing&Service | 207,744 | 178 | 207,922 | 1,085 | 5,367 | 5,184 | 11,636 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 48,716 | 324 | 49,040 | - | 5 | 1,600 | 1,605 |
| POSCO ICT | - | 128 | 128 | 1,062 | 89,382 | 6,074 | 96,518 |
| eNtoB Corporation | - | - | - | 9,948 | 29,310 | 15 | 39,273 |
| POSCO CHEMTECH | 27,253 | 3,868 | 31,121 | 54,702 | 11,870 | 19,282 | 85,854 |
| POSCO ENERGY CO., LTD. | 18,701 | 2,012 | 20,713 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 182,700 | 11,184 | 193,884 | 460 | 183 | 49 | 692 |
| POSCO Thainox Public Company Limited | 62,034 | 8 | 62,042 | - | 224 | - | 224 |
| POSCO America Corporation | 10,008 | - | 10,008 | - | - | - | - |
| POSCO Asia Co., Ltd. | 375,823 | 458 | 376,281 | 25,101 | - | - | 25,101 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 25,386 | - | 25,386 | - | 5 | - | 5 |
| POSCO MEXICO S.A. DE C.V. | 114,166 | 1,024 | 115,190 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 208,737 | 9,923 | 218,660 | - | - | - | - |
| Others | 333,031 | 64,526 | 397,557 | 17,374 | 46,455 | 26,974 | 90,803 |
| | 1,614,302 | 96,992 | 1,711,294 | 109,732 | 192,626 | 61,118 | 363,476 |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 30 | 9 | 39 | 2,125 | 39,647 | - | 41,772 |
| SNNC | 223 | 26 | 249 | 40,201 | - | - | 40,201 |
| Others | 800 | 1 | 801 | 991 | 17,685 | - | 18,676 |
| | 1,053 | 36 | 1,089 | 43,317 | 57,332 | - | 100,649 |
| ₩ | 1,615,355 | 97,028 | 1,712,383 | 153,049 | 249,958 | 61,118 | 464,125 |

(c) For the years ended December 31, 2017 and 2016, details of compensation to key management officers were as follows:

| *(in millions of Won)* | **2017** | **2016** |
|---|---|---|
| Short-term benefits ₩ | 45,489 | 27,682 |
| Long-term benefits | 4,368 | 11,956 |
| Retirement benefits | 14,593 | 6,960 |
| ₩ | 64,450 | 46,598 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

81

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 37. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected.   Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.   If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.   All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.   Internal and external lawyers are used for these assessments.   In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

(b) Commitments

1) The Company entered into long-term contracts to purchase iron ore, coal, nickel and others.   The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.   These contracts provide for periodic price adjustments based on the market price.   As of December 31, 2017, 116 million tons of iron ore and 18 million tons of coal remained to be purchased under such long-term contracts.

2) The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.   The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

3) As of December 31, 2017, the Company entered into commitments with KOREA ENERGY AGENCY for long-term foreign currency borrowings, which are limited up to the amount of USD 6.49 million.   The borrowings are related to the exploration of gas hydrates in Western Fergana-Chinabad.   The repayment of the borrowings depends on the success of the project.   The Company is not liable for the repayment of full or part of the money borrowed if the respective project fail.   The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.   As of December 31, 2017, the balances of the borrowing are USD 1.02 million.

4) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO ENERGY CO., LTD.

5) The Company provides a supplementary fund of up to ₩9.8 billion to the Company's subsidiary, Busan E&E Co,. Ltd., at the request of creditors such as the Korea Development Bank.

6) The Company provides supplementary funding for the purpose of promoting the Suncheon Bay PRT business of Suncheon Eco Trans Co., Ltd, a subsidiary of the Company, at the request of creditors.

(c) As of December 31, 2017, the Company has provided three blank checks to KOREA ENERGY AGENCY as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

The Company is involved in 16 litigations for alleged damages aggregating to ₩24.7 billion as of December 31, 2017 which arose in the ordinary course of business.   The Company has recognized provisions for one of 16 litigations amounting to ₩2.1 billion by estimating the outcome of such litigations reasonably.   Except the one litigations, the Company has not recognized any provisions since the Company believes that it does not have a present obligation on other litigations as of December 31, 2017.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2017**

---

### 38. Statements of Cash Flows

(a) Changes in operating assets and liabilities for the years ended December 31, 2017 and 2016 were as follows:

| (in millions of Won) | | 2017 | 2016 |
|---|---|---:|---:|
| Trade accounts and notes receivable, net | ₩ | (706,458) | (467,096) |
| Other accounts receivable | | 35,409 | 24,329 |
| Inventories | | (542,819) | (528,926) |
| Prepaid expenses | | (4,326) | 5,058 |
| Other current assets | | (511) | 4,372 |
| Long-term guarantee deposits | | (145) | 199 |
| Other non-current assets | | 60 | (60) |
| Trade accounts and notes payable | | (54,063) | 492,256 |
| Other accounts payable | | (10,525) | (397) |
| Accrued expenses | | (6,412) | (6,756) |
| Advances received | | 21,108 | (2,560) |
| Withholdings | | (4,024) | 8,728 |
| Unearned revenue | | (1,125) | (1,416) |
| Other current liabilities | | (6,576) | (16,795) |
| Payments of severance benefits | | (116,385) | (92,478) |
| Plan assets | | 58,097 | (112,603) |
| Other non-current liabilities | | (19) | - |
| | ₩ | (1,338,714) | (694,145) |

(b) Changes in liabilities arising from financial activities for the year ended December 31, 2017 were as follows:

| (in millions of Won) | | Liabilities | | | | Derivatives that hedge long-term borrowings |
|---|---|---|---|---|---|---|
| | | Short-term borrowings | long-term borrowings | Dividend payable | Long-term financial liabilities | |
| Beginning | ₩ | 331,370 | 3,811,484 | 4,793 | 93,150 | (70,613) |
| Changes from financing cash flows | | 54,242 | (58,144) | (863,701) | (6,618) | - |
| The effect of changes in foreign exchange rates | | (1,636) | (239,468) | - | (155) | - |
| Changes in fair values | | - | - | - | - | 155,079 |
| Other changes: | | | | | | |
| Decrease in retained earnings | | - | - | 863,579 | - | - |
| Amortization of discount on debentures issued | | - | 3,376 | - | - | - |
| Ending | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

<u>Notice to Readers</u>

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2017 and the review of internal accounting control system pursuant to Article 2-3 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

85

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

<u>English Translation of a Report Originally Issued in Korean</u>

To the President of
POSCO:

We have reviewed the accompanying Report on the Operations of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2017.   The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS.   Our responsibility is to review management's assessment and issue a report based on our review.   In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on the assessment on the operations of the IACS, the Company's IACS has been effectively designed and operating as of December 31, 2017, in all material respects, in accordance with the IACS Framework issued by the Internal Accounting Control System Operation Committee."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants.   Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether Report on the Operations of Internal Accounting Control System is free of material misstatement.   Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances.   We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in conformity with Korean International Financial Reporting Standards.   Because of its inherent limitations, however, IACS may not prevent or detect misstatements.   Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that Report on the Operations of Internal Accounting Control System as of December 31, 2017 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2017.   We did not review the Company's IACS subsequent to December 31, 2017.   This report has been prepared for Korean regulatory purposes, pursuant to the External Audit Law, and may not be appropriate for other purposes or for other users.

Seoul, Korea
February 28, 2018

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Report on the Operations of Internal Accounting Control System

## English Translation of a Report Originally Issued in Korean

**Report on the Operations of Internal Accounting Control System**

English Translation of a Report Originally Issued in Korean

To the Board of Directors and Audit Committee of
POSCO:

I, as the Internal Accounting Control Officer ("IACO") of POSCO (the Company"), have assessed the status of the design and operations of the Company's internal accounting control system ("IACS") as of December 31, 2017.

The Company's management, including IACO, is responsible for the design and operations of its IACS. I, as the IACO, have assessed whether the IACS has been effectively designed and operating to prevent and detect any error or fraud which may cause any misstatement of the financial statements, for the purpose of establishing the reliability of financial statement preparation and presentation for external uses. I, as the IACO, applied the IACS Framework issued by the Internal Accounting Control System Operation Committee for the assessment of design and operations of the IACS.

Based on the assessment of the operations of the IACS, the Company's IACS has been effectively designed and operating as of December 31, 2017, in all material respects, in accordance with the IACS Framework issued by the Internal Accounting Control System Operation Committee.

January 22, 2018

Kwon, Oh-Joon, Chief Executive Officer

Choi, Jeong-Woo, Internal Accounting Control Officer

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
**Separate Financial Statements**
**December 31, 2018 and 2017**

**(With Independent Auditors' Report Thereon)**

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Table of Contents

**Page**

**Independent Auditors' Report**............................................................................................ 1

**Separate Financial Statements**

Separate Statements of Financial Position............................................................... 6

Separate Statements of Comprehensive Income.................................................... 8

Separate Statements of Changes in Equity ............................................................. 9

Separate Statements of Cash Flows ...................................................................... 10

Notes to the Separate Financial Statements ......................................................... 12

**Independent Auditors' Review Report on Internal Accounting Control System** ........... 95

**Report on the Operations of Internal Accounting Control System** ............................... 96

# Independent Auditors' Report

<u>Based on a report originally issued in Korean</u>

The Board of Directors and Shareholders
POSCO:

*Opinion*

We have audited the separate financial statements of POSCO ("the Company"), which comprise the separate statements of financial position as of December 31, 2018 and 2017, the separate statements of comprehensive income, changes in equity and cash flows for the years then ended, and notes, comprising significant accounting policies and other explanatory information.

In our opinion, the accompanying separate financial statements present fairly, in all material respects, the separate financial position of the Company as of December 31, 2018 and 2017, and its separate financial performance and its separate cash flows for the years then ended in accordance with Korean International Financial Reporting Standards ("K-IFRS").

*Basis for Opinion*

We conducted our audits in accordance with Korean Standards on Auditing (KSAs).   Our responsibilities under those standards are further described in the *Auditors' Responsibilities for the Audit of the Separate Financial Statements* section of our report.   We are independent of the Company in accordance with the ethical requirements that are relevant to our audit of the separate financial statements in Republic of Korea, and we have fulfilled our other ethical responsibilities in accordance with these requirements.   We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

*Key Audit Matters*

Key audit matters are those matters that, in our professional judgment, were of most significance in our audit of the separate financial statements as of and for the year ended December 31, 2018.   These matters were addressed in the context of our audit of the separate financial statements as a whole, and in forming our opinion thereon, and we do not provide a separate opinion on these matters.

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

(a) Assessment of impairment on investments in subsidiaries, associates and joint ventures

As described in note 11 to the separate financial statements, the carrying amount of investments in subsidiaries, associate and joint ventures recorded in the separate financial statements is ₩15,121,339 million as of December 31, 2018.  The Company recognized impairment loss on investments in subsidiaries, associates and joint ventures amounted to ₩787,999 million during the year ended December 31, 2018.

The Company identifies whether an impairment indication occurs every year and performs impairment test over investments in subsidiaries, associate and joint venture, and compares the carrying amount with the greater of the calculated value-in-use and fair value used to determine whether it is impaired.  In estimating the value-in-use, management's judgment is involved in determining the key assumptions such as sales growth rate, discount rate and terminal growth rate that have a significant impact on the estimated value-in-use. Considering significant degree of judgment in estimating value-in-use and likelihood of management bias, we identified assessment of impairment on investments in subsidiaries, associates and joint ventures as a key audit matter.

The primary procedures we performed to address this key audit matter included the following:

- Assess the qualification and objectivity of the external institution engaged by the Company to assess the value-in-use of some investments;
- Testing certain internal controls over the Company's impairment assessment process of investments in subsidiaries, associates and joint ventures;
- Compared the completeness of the list of impairment tests which an indication occurred;
- Evaluating the key assumptions used to determine the value in use which included the estimated sales growth rate and terminal growth rate by comparison with the latest financial budgets approved by the board of directors, historical performance and industry reports.
- Engaging our internal valuation specialists to assist us in assessing the discount rate applied and comparing with recalculated discount rate using observable information.
- Performing sensitivity analysis on the discount rate and terminal growth rate applied to assess the impact of changes in these key assumptions on the conclusion reached in management's impairment assessment.
- Compared the future cash flows forecasts prepared in prior year with the current year's performance to assess the Company's ability to accurately forecast.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

(b) Assessment of impairment of long-lived assets

As described in note 13 to the separate financial statements, the Company has decided to suspend additional investments in Synthetic Natural Gas (SNG) business, for which the related equipment had been in trial-run stage for an extended period of time. The Company performed impairment test over the long-term assets of SNG business, which are primarily comprised of equipment. Based on the impairment test, the Company recognized impairment loss of ₩877,764 million for the year ended December 31, 2018.

For the equipment of SNG business that could not be used for other businesses of the Company, there are impairment indicators for each individual asset. Determination of whether an individual asset could be sold or is technologically obsolete involves management judgment. In addition, estimating the recoverable amount of the individual assets that could be sold also involves management judgment on key assumptions such as estimated useful life and replacement costs. Considering the significant degree of judgment involved and potential management bias, we identified the assessment of impairment of long-term assets in SNG business as a key audit matter.

The primary procedures we performed to address this key audit matter included the following:

- Assessing the qualification and objectivity of the external valuation institution engaged by the Company to assess the recoverable amount of long-term assets of SNG business.
- Engaging an external valuation institution to assist us in assessing the methodology and significant assumptions used by the external valuation institution engaged by the Company.
- For selected samples, performing physical observation to assess management's determination on whether the equipment is obsolete, and testing the assumptions used in estimating recoverable amount, such as estimated useful life and replacement costs.

*Other Matter*
The procedures and practices utilized in the Republic of Korea to audit such separate financial statements may differ from those generally accepted and applied in other countries.

*Responsibilities of Management and Those Charged with Governance for the Separate Financial Statements*
Management is responsible for the preparation and fair presentation of the separate financial statements in accordance with K-IFRS, and for such internal control as management determines is necessary to enable the preparation of separate financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the separate financial statements, management is responsible for assessing the Company's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intends to liquidate the Company or to cease operations, or has no realistic alternative but to do so.

Those charged with governance are responsible for overseeing the Company's financial reporting process.

3

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

*Auditors' Responsibilities for the Audit of the Separate Financial Statements*

Our objectives are to obtain reasonable assurance about whether the separate financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditors' report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with KSAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these separate financial statements.

As part of an audit in accordance with KSAs, we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the separate financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Company's internal control.

- Evaluate the appropriateness of accounting policies used in the preparation of the separate financial statements and the reasonableness of accounting estimates and related disclosures made by management.

- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Company's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditors' report to the related disclosures in the separate financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditors' report. However, future events or conditions may cause the Company to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the separate financial statements, including the disclosures, and whether the separate financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

We also provide those charged with governance with a statement that we have complied with relevant ethical requirements regarding independence, and communicate with them all relationships and other matters that may reasonably be thought to bear on our independence, and where applicable, related safeguards.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

From the matters communicated with those charged with governance, we determine those matters that were of most significance in the audit of the separate financial statements of the current period and are therefore the key audit matters.   We describe these matters in our auditors' report unless law or regulation precludes public disclosure about the matter or when, in extremely rare circumstances, we determine that a matter should not be communicated in our report because the adverse consequences of doing so would reasonably be expected to outweigh the public interest benefits of such communication.

The engagement partner on the audit resulting in this independent auditors' report is Jo, Ja Young.

KPMG Samjong Accounting Corp.

Seoul, Korea
March 7, 2019

This report is effective as of March 7, 2019, the audit report date.   Certain subsequent events or circumstances, which may occur between the audit report date and the time of reading this report, could have a material impact on the accompanying separate financial statements and notes thereto.   Accordingly, the readers of the audit report should understand that the above audit report has not been updated to reflect the impact of such subsequent events or circumstances, if any.

5

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Financial Position
## As of December 31, 2018 and 2017

| (in millions of Won) | Notes | | December 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash and cash equivalents | 4,5,22 | ₩ | 259,219 | 332,405 |
| Trade accounts and notes receivable, net | 6,22,36 | | 3,968,372 | 3,867,714 |
| Other receivables, net | 7,22,36 | | 206,432 | 210,230 |
| Other short-term financial assets | 8,22 | | 7,025,143 | 5,824,087 |
| Inventories | 9,33 | | 5,288,009 | 4,543,533 |
| Assets held for sale | 10 | | 25,683 | 34,545 |
| Other current assets | 15 | | 23,542 | 27,907 |
| **Total current assets** | | | 16,796,400 | 14,840,421 |
| | | | | |
| Long-term trade accounts and notes receivable, net | 6,22 | | 7,673 | 12,774 |
| Other receivables, net | 7,22 | | 57,767 | 62,421 |
| Other long-term financial assets | 8,22 | | 1,176,757 | 1,393,316 |
| Investments in subsidiaries, associates and joint ventures | 11,32 | | 15,121,339 | 15,098,856 |
| Investment property, net | 12 | | 108,215 | 97,307 |
| Property, plant and equipment, net | 13,32 | | 20,154,334 | 21,561,270 |
| Intangible assets, net | 14 | | 645,222 | 528,074 |
| Other non-current assets | 15 | | 58,273 | 97,819 |
| **Total non-current assets** | | | 37,329,580 | 38,851,837 |
| | | | | |
| **Total assets** | | ₩ | 54,125,980 | 53,692,258 |

*See accompanying notes to the separate financial statements.*

6

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Financial Position, Continued**
**As of December 31, 2018 and 2017**

| (in millions of Won) | Notes | | December 31, 2018 | December 31, 2017 |
|---|---|---|---|---|
| **Liabilities** | | | | |
| Trade accounts and notes payable | 22,36 | ₩ | 1,106,226 | 1,025,027 |
| Short-term borrowings | | | | |
| and current installments of long-term borrowings | 4,16,22,38 | | 826,862 | 1,235,707 |
| Other payables | 17,22,36,38 | | 1,072,733 | 862,535 |
| Other short-term financial liabilities | 18,22,38 | | 12,638 | 23,164 |
| Current income tax liabilities | 34 | | 803,543 | 351,148 |
| Provisions | 19 | | 19,165 | 18,166 |
| Other current liabilities | 21 | | 54,806 | 54,401 |
| **Total current liabilities** | | | 3,895,973 | 3,570,148 |
| | | | | |
| Long-term borrowings, | | | | |
| excluding current installments | 4,16,22,38 | | 3,444,108 | 2,665,517 |
| Other payables | 17,22,38 | | 144,343 | 78,481 |
| Other long-term financial liabilities | 18,22,38 | | 79,936 | 129,176 |
| Defined benefit liabilities, net | 20 | | 863 | 43 |
| Deferred tax liabilities | 34 | | 1,179,672 | 1,273,896 |
| Long-term provisions | 19 | | 93,719 | 19,250 |
| Other non-current liabilities | 21 | | 15,264 | 14,292 |
| **Total non-current liabilities** | | | 4,957,905 | 4,180,655 |
| **Total liabilities** | | | 8,853,878 | 7,750,803 |
| | | | | |
| **Equity** | | | | |
| Share capital | 23 | | 482,403 | 482,403 |
| Capital surplus | 23 | | 1,154,775 | 1,156,429 |
| Hybrid bonds | 24 | | 199,384 | 996,919 |
| Reserves | 25 | | (207,191) | 233,390 |
| Treasury shares | 26 | | (1,532,728) | (1,533,054) |
| Retained earnings | 27 | | 45,175,459 | 44,605,368 |
| **Total equity** | | | 45,272,102 | 45,941,455 |
| **Total liabilities and equity** | | ₩ | 54,125,980 | 53,692,258 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Comprehensive Income
## For the years ended December 31, 2018 and 2017

| (in millions of Won, except per share information) | Notes | | 2018 | 2017 |
|---|---|---|---|---|
| **Revenue** | 28,36 | ₩ | 30,659,425 | 28,553,815 |
| **Cost of sales** | 9,20,30,33,36 | | (25,728,293) | (23,832,804) |
| **Gross profit** | | | 4,931,132 | 4,721,011 |
| Selling and administrative expenses | | | | |
|   Impairment loss on | | | | |
|     trade accounts and notes receivable | 22,33 | | (6,586) | (3,898) |
|   Other administrative expenses | 20,29,30,33 | | (881,163) | (892,163) |
|   Selling expenses | 29,33 | | (234,007) | (922,497) |
| **Operating profit** | | | 3,809,376 | 2,902,453 |
| Finance income and costs | | | | |
|   Finance income | 22,31 | | 629,940 | 1,143,692 |
|   Finance costs | 22,31 | | (458,326) | (667,207) |
| Other non-operating income and expenses | | | | |
|   Reversal of (Impairment loss) on other receivables | 22,33 | | 2,925 | (14,235) |
|   Other non-operating income | 32 | | 306,543 | 436,075 |
|   Other non-operating expenses | 32,33 | | (2,055,559) | (446,037) |
| **Profit before income tax** | | | 2,234,899 | 3,354,741 |
| Income tax expense | 34 | | (1,162,307) | (809,056) |
| **Profit** | | | 1,072,592 | 2,545,685 |
| **Other comprehensive income (loss)** | | | | |
|   Items that will not be reclassified | | | | |
|     subsequently to profit or loss: | | | | |
|     Remeasurements of defined benefit plans | 20 | | (106,057) | (19,787) |
|     Net changes in fair value of equity investments | | | | |
|       at fair value through other comprehensive income | 8,22,25 | | (131,646) | - |
|   Items that are or may be reclassified | | | | |
|     subsequently to profit or loss: | | | | |
|     Net changes in unrealized fair value | | | | |
|       of available-for-sale investments, net of tax | 8,22,25 | | - | (50,850) |
| **Total comprehensive income** | | ₩ | 834,889 | 2,475,048 |
| **Basic and diluted earnings per share (in Won)** | 35 | ₩ | 13,186 | 31,409 |

*See accompanying notes to the separate financial statements.*

8

# POSCO
## Separate Statements of Changes in Equity
## For the years ended December 31, 2018 and 2017

| (in millions of Won) | Share capital | Capital surplus | Hybrid bonds | Reserves | Treasury shares | Retained earnings | Total |
|---|---|---|---|---|---|---|---|
| **Balance as of January 1, 2017** | ₩ 482,403 | 1,156,303 | 996,919 | 284,240 | (1,533,468) | 42,943,050 | 44,329,447 |
| **Comprehensive income:** | | | | | | | |
| Profit | - | - | - | - | - | 2,545,685 | 2,545,685 |
| Other comprehensive income (loss) | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | (19,787) | (19,787) |
| Net changes in unrealized fair value of available-for-sale investments, net of tax | - | - | - | (50,850) | - | - | (50,850) |
| **Transactions with owners of the Company, recognized directly in equity:** | | | | | | | |
| Year-end dividends | - | - | - | - | - | (459,987) | (459,987) |
| Interim dividends | - | - | - | - | - | (359,993) | (359,993) |
| Interest of hybrid bonds | - | - | - | - | - | (43,600) | (43,600) |
| Disposal of treasury shares | - | 126 | - | - | 414 | - | 540 |
| **Balance as of December 31, 2017** | ₩ 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |
| **Balance as of January 1, 2018** | ₩ 482,403 | 1,156,429 | 996,919 | 233,390 | (1,533,054) | 44,605,368 | 45,941,455 |
| Adjustment on initial application of K-IFRS No. 1115, net of tax | - | - | - | - | - | (883) | (883) |
| Adjustment on initial application of K-IFRS No. 1109, net of tax | - | - | - | (321,654) | - | 321,603 | (51) |
| **Adjusted balance as of January 1, 2018** | 482,403 | 1,156,429 | 996,919 | (88,264) | (1,533,054) | 44,926,088 | 45,940,521 |
| **Comprehensive income:** | | | | | | | |
| Profit | - | - | - | - | - | 1,072,592 | 1,072,592 |
| Other comprehensive income (loss) | | | | | | | |
| Remeasurements of defined benefit plans, net of tax | - | - | - | - | - | (106,057) | (106,057) |
| Net changes in fair value of equity investments at fair value through other comprehensive income, net of tax | - | - | - | (118,927) | - | (12,719) | (131,646) |
| **Transactions with owners of the Company, recognized directly in equity:** | | | | | | | |
| Year-end dividends | - | - | - | - | - | (279,999) | (279,999) |
| Interim dividends | - | - | - | - | - | (400,003) | (400,003) |
| Repayment of hybrid bonds | - | (1,787) | (797,535) | - | - | - | (799,322) |
| Interest of hybrid bonds | - | - | - | - | - | (24,443) | (24,443) |
| Disposal of treasury shares | - | 133 | - | - | 326 | - | 459 |
| **Balance as of December 31, 2018** | ₩ 482,403 | 1,154,775 | 199,384 | (207,191) | (1,532,728) | 45,175,459 | 45,272,102 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@pks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode 3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Separate Statements of Cash Flows
## For the years ended December 31, 2018 and 2017

| (in millions of Won) | Notes | 2018 | 2017 |
|---|---|---|---|
| **Cash flows from operating activities** | | | |
| Profit | ₩ | 1,072,592 | 2,545,685 |
| Adjustments for : | | | |
| Expenses related to post-employment benefit | | 111,034 | 102,884 |
| Depreciation | | 2,111,870 | 2,092,603 |
| Amortization | | 69,101 | 91,603 |
| Bad debt expenses | | 3,661 | 18,133 |
| Finance income | | (443,952) | (940,180) |
| Finance costs | | 235,892 | 448,249 |
| Loss on valuation of inventories | | 12,169 | 2,363 |
| Gain on disposal of property, plant and equipment | | (47,941) | (26,284) |
| Loss on disposal of property, plant and equipment | | 120,570 | 140,987 |
| Impairment losses on property, plant and equipment | | 940,595 | 17,651 |
| Gain on disposal of intangible assets | | (99,378) | (24,542) |
| Impairment losses on intangible assets | | 1,293 | 11,822 |
| Impairment losses on investments in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Reversal of impairment losses on investments in subsidiaries, associates and joint ventures | | (56,420) | (225,860) |
| Impairment loss on assets held for sale | | 7,788 | 21,873 |
| Increase to provisions | | 53,477 | 403 |
| Income tax expense | | 1,162,307 | 809,056 |
| Others, net | | 1,055 | 8,154 |
| Changes in operating assets and liabilities | 38 | (813,429) | (1,338,714) |
| Interest received | | 154,529 | 89,041 |
| Interest paid | | (148,129) | (139,766) |
| Dividends received | | 228,296 | 159,506 |
| Income taxes paid | | (689,008) | (483,988) |
| Net cash provided by operating activities | ₩ | 4,775,971 | 3,553,963 |

*See accompanying notes to the separate financial statements.*

10

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Separate Statements of Cash Flows, Continued**
**For the years ended December 31, 2018 and 2017**

| (in millions of Won) | Notes | | 2018 | 2017 |
|---|---|---|---|---|
| **Cash flows from investing activities** | | | | |
| Decrease in deposits | | ₩ | 2,821,831 | 1,475,451 |
| Proceeds from disposal of short-term financial instruments | | | 27,992,468 | 17,315,782 |
| Proceeds from disposal of current portion of debt securities | | | 855 | - |
| Proceeds from disposal of long-term financial instruments | | | - | 1 |
| Proceeds from disposal of equity securities | | | 45,445 | - |
| Proceeds from disposal of debt securities | | | 130,000 | - |
| Proceeds from disposal of other securities | | | 2,658 | - |
| Proceeds from disposal of stock warrants | | | 130 | - |
| Proceeds from disposal of available-for-sale investments | | | - | 994,901 |
| Proceeds from disposal of investments in subsidiaries, associates and joint ventures | | | 101,294 | 6,112 |
| Proceeds from disposal of property, plant and equipment | | | 4,551 | - |
| Proceeds from disposal of intangible assets | | | 26,954 | 23,431 |
| Proceeds from disposal of assets held for sale | | | 231 | 667 |
| Increase in deposits | | | (3,404,466) | (1,650,334) |
| Acquisition of short-term financial investments | | | (28,613,172) | (18,831,717) |
| Payment of short-term loans | | | (2,950) | - |
| Payment of long-term loans | | | (261) | (60) |
| Acquisition of debt securities | | | (130,238) | - |
| Acquisition of equity securities | | | (1,443) | - |
| Acquisition of other securities | | | (464) | - |
| Acquisition of available-for-sale investments | | | - | (15,264) |
| Acquisition of investments in subsidiaries, associates and joint ventures | | | (855,602) | (115,147) |
| Acquisition of property, plant and equipment | | | (1,677,962) | (1,594,897) |
| Proceeds from disposal of property, plant and equipment | | | - | (3,654) |
| Acquisition of intangible asstes | | | (58,808) | (69,923) |
| Net cash used in investing activities | | ₩ | (3,618,949) | (2,464,651) |
| **Cash flows from financing activities** | 38 | | | |
| Proceeds from borrowings | | | 1,743,353 | 654,242 |
| Increase in long-term financial liabilities | | | 1,162 | 2,517 |
| Receipt of government grants | | | 86 | - |
| Repayment of borrowings | | | (1,452,359) | (658,144) |
| Decrease in long-term financial liabilities | | | (16,099) | (9,136) |
| Payment of cash dividends | | | (679,998) | (820,102) |
| Payment of interest of hybrid bonds | | | (26,353) | (43,600) |
| Repayment of hybrid bonds | | | (800,000) | - |
| Net cash used in financing activities | | ₩ | (1,230,208) | (874,223) |
| **Effect of exchange rate fluctuation on cash held** | | | - | (3,213) |
| **Net increase (decrease) in cash and cash equivalents** | | | (73,186) | 211,876 |
| **Cash and cash equivalents at beginning of the period** | 5 | | 332,405 | 120,529 |
| **Cash and cash equivalents at end of the period** | 5 | ₩ | 259,219 | 332,405 |

*See accompanying notes to the separate financial statements.*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements
## As of December 31, 2018

### 1. Reporting Entity

POSCO (the "Company") is the largest steel producer in Korea which was incorporated on April 1, 1968 to manufacture and sell steel rolled products and plates in the domestic and overseas markets.

The shares of the Company have been listed on the Korea Exchange since June 10, 1988. The Company owns and operates two steel plants (Pohang and Gwangyang) and one office in Korea, and it also operates internationally through six overseas liaison offices.

As of December 31, 2018, major shareholders are as follows:

| Shareholder's name | Number of shares | Ownership (%) |
|---|---|---|
| National Pension Service | 9,342,192 | 10.72 |
| BlackRock Fund Advisors(*1,2,3) | 4,549,553 | 5.22 |
| Nippon Steel & Sumitomo Metal Corporation(*1) | 2,894,712 | 3.32 |
| GIC Private Limited | 2,016,887 | 2.31 |
| KB Financial Group Inc. and subsidiaries(*2) | 2,001,820 | 2.30 |
| Others | 66,381,671 | 76.13 |
| | 87,186,835 | 100.00 |

(*1) Includes American Depository Receipts (ADRs) of POSCO, each of which represents 0.25 share of POSCO's common share which has par value of ₩5,000 per share.
(*2) Includes shares held by subsidiaries and others.
(*3) The number of shares held by the shareholder in accordance with the status report of large-scale share and others on October 4, 2018.

As of December 31, 2018, the shares of the Company are listed on the Korea Exchange, while its ADRs are listed on the New York Stock Exchanges.

12

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**

**As of December 31, 2018**

**2. Statement of Compliance**

**Statement of compliance**

The separate financial statements have been prepared in accordance with Korean International Financial Reporting Standards ("K-IFRS"), as prescribed in the *Act on External Audit of Stock Companies, Etc* in the Republic of Korea.

These financial statements are separate financial statements prepared in accordance with K-IFRS No. 1027 "Separate Financial Statements" presented by a parent, an investor with joint control of, or significant influence over, an investee, in which the investments are accounted for at cost.

The separate financial statements were authorized for issue by the Board of Directors on January 30, 2019, and will be submitted for approval at the shareholders' meeting to be held on March 15, 2019.

In 2018, the Company adopted K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments" for the first time.  Changes to significant accounting policies are described in Note 2 "Changes in Accounting Policies".

**Basis of measurement**

The separate financial statements have been prepared on the historical cost basis, except for the following material items in the statement of financial position, as described in the accounting policy below.

(a) Derivatives instruments measured at fair value
(b) Financial instruments measured at fair value through profit or loss
(c) Financial instruments measured at fair value through other comprehensive income
(d) Available-for-sale financial assets measured at fair value
(e) Defined benefit liabilities measured at the present value of the defined benefit obligation less the fair value of the plan assets

**Functional and presentation currency**

These separate financial statements are presented in Korean Won, which is the Company's functional currency which is the currency of the primary economic environment in which the Company operates.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Use of estimates and judgments**

The preparation of the separate financial statements in conformity with K-IFRS requires management to make judgments, estimates and assumptions that affect the application of accounting policies and the reported amounts of assets, liabilities, income and expenses. Actual results may differ from these estimates.

Estimates and underlying assumptions are reviewed on an ongoing basis.   Revisions to accounting estimates are recognized in the period prospectively.

(a) Judgments

Information about critical judgments in applying accounting policies that have the most significant effect on the amounts recognized in the separate financial statements is included in the following notes:

- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 24 - Hybrid bonds

(b) Assumptions and estimation uncertainties

Information about assumptions and estimation uncertainties that have a significant risk of resulting in a material adjustment within the next fiscal year is included in the following notes:

- Note 11 - Investments in subsidiaries, associates and joint ventures
- Note 13 - Property, Plant and Equipment
- Note 19 - Provisions
- Note 20 - Employee benefits
- Note 22 - Financial Instruments
- Note 34 - Income taxes
- Note 37 - Commitments and contingencies

(c) Measurement of fair value

The Company's accounting policies and disclosures require the measurement of fair values, for both financial and non-financial assets and liabilities.   The Company has an established control framework with respect to the measurement of fair values.   This includes a valuation team that has overall responsibility for overseeing all significant fair value measurements, including Level 3 fair values, and reports directly to the financial officer.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The valuation team regularly reviews significant unobservable inputs and valuation adjustments. If third party information, such as broker quotes or pricing services, is used to measure fair values, then the valuation team assesses the evidence obtained from the third parties to support the conclusion that such valuations meet the requirements of K-IFRS including the level in the fair value hierarchy in which such valuation techniques should be classified.

Significant valuation issues are reported to the Company's Audit Committee.

When measuring the fair value of an asset or a liability, the Company uses market observable data as far as possible. Fair values are categorized into different levels in a fair value hierarchy based on the inputs used in the valuation techniques as follows.

- Level 1 – unadjusted quoted prices in active markets for identical assets or liabilities.
- Level 2 – inputs other than quoted prices included in Level 1 that are observable for the assets or liability, either directly or indirectly.
- Level 3 – inputs for the assets or liability that are not based on observable market data.

If the inputs used to measure the fair value of an asset or a liability might be categorized in different levels of the fair value hierarchy, then the fair value measurement is categorized in its entirety in the same level of the fair value hierarchy as the lowest level input that is significant to the entire measurement. The Company recognizes transfers between levels of the fair value hierarchy at the end of the reporting period during which the change has occurred.

Information about the assumptions made in measuring fair values is included in the following note:

- Note 22 – Financial instruments

**Changes in Accounting Policies**

The Company has initially adopted K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments" from January 1, 2018. The other accounting standards adopted from January 1, 2018 had no significant effect on the Company's separate financial statements.

The effect of initially applying these standards is mainly attributed to the following:
- Identify the shipping services included in certain sales contracts as a separate performance obligation
- Estimate variable consideration such as sales discount
- Change in classification and subsequent measurement of financial assets
- Increase in impairment loss on financial assets

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(a) K-IFRS No. 1115 "Revenue from Contracts with Customers"

K-IFRS No. 1115 "Revenue from Contracts with Customers" provides a unified five-step model for determining the timing, measurement and recognition of revenue.   It replaced previous revenue recognition guidance, including K-IFRS No. 1018 "Revenue", K-IFRS No. 1011 "Construction Contracts", K-IFRS No. 2031 "Revenue- Barter transactions involving advertising services", K-IFRS No. 2113 "Customer Loyalty Programs", K-IFRS No. 2115 "Agreements for the construction of real estate", and K-IFRS No. 2118 "Transfers of assets from customers".

The Company applied the modified retrospective approach by recognizing the cumulative impact of initially applying the revenue standard as of January 1, 2018, the date of initial application and the Company also decided to apply the practical expedients as allowed by K-IFRS No. 1115 by applying the new standard only to those contracts that are not considered as completed contracts at the date of initial application.   Accordingly, the Company did not restate the financial statements for comparative periods.

The following table summarizes the impact, net of tax, of transition to K-IFRS No. 1115 on retained earnings as of January 1, 2018.

| (in millions of Won) | Retained earnings |
|---|---|
| Shipping services included in the sales contract | ₩ (510) |
| Variable consideration for sales discounts | (373) |
| | ₩ (883) |

The details of new significant accounting policies and impacts of the adoption of K-IFRS No. 1115 are as follows:

1) Identification of performance obligations

The Company operates manufacturing and selling steel rolled products and plates, and certain sales contracts include transport service.   When applying K-IFRS No. 1115, sales of manufactured products or merchandise and delivery of products (i.e. shipping service) are identified as separate performance obligations in the contracts with customers.   For transactions for which the shipping terms are on shipment basis and the customer pays shipping costs, the two performance obligations are separately accounted for because delivery of products is performed after the control over the products is transferred to the customer.   The transaction price allocated to the performance obligation of delivery service is recognized when the obligation of delivery of the product is completed.

16

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company identified shipping service included in the sales contract as a separate performance obligation that will be satisfied over the promised service period.   This change in relevant accounting policy resulted in decreases in revenue and cost of sales increases in contract liabilities and decrease in other payables as of and for the year period ended December 31, 2018.   In addition, the Company has decided to reclassify the costs incurred in the shipping services from selling and administrative expenses to cost of sales during the year ended December 31, 2018.

2) Variable consideration

The Company provides a certain percentage of price discount, if an accounts receivable is collected earlier than a certain collection date.   Under K-IFRS No. 1115, the Company estimates the amount of variable consideration by using the expected value which the Company expects to better predict the amount of consideration.   The Company recognizes revenue with transaction price including variable consideration only to the extent that it is highly probable that a significant reversal in the amount of cumulative revenue recognized will not occur when the refund period has lapsed.   This change in relevant accounting policy resulted in increase in revenue and contract liabilities for the year period ended December 31, 2018.

3) Impact of changes in accounting policies

The effects of adoption of K-IFRS No. 1115 to the Company's separate statements of financial position and separate statements of comprehensive income as of and for the year period ended December 31, 2018 are as follows.   There is no material impact on the Company's separate statements of cash flows for the year period ended December 31, 2018.

*(in millions of Won)*

|  |  | As reported | Adjustments of K-IFRS No. 1115 | Amounts without adoption of K-IFRS No. 1115 |
|---|---|---|---|---|
| **Financial statements of financial position** |  |  |  |  |
| Current liabilities | ₩ | 3,895,973 | 526 | 3,896,499 |
|   Other payables |  | 1,072,733 | 16,955 | 1,089,688 |
|   Current income tax liabilities |  | 803,543 | (366) | 803,177 |
|   Other current liabilities |  | 54,806 | (16,063) | 38,743 |
| Non-current liabilities |  | 4,957,905 | 120 | 4,958,025 |
|   Deferred tax liabilities |  | 1,179,672 | 120 | 1,179,792 |
| Retained earnings |  | 45,175,459 | (646) | 45,174,813 |
| **Statements of comprehensive income** |  |  |  |  |
| Revenue | ₩ | 30,659,425 | 980 | 30,660,405 |
| Cost of sales |  | (25,728,293) | (3,089) | (25,731,382) |
| Profit before income tax |  | 2,234,899 | (2,109) | 2,232,790 |
| Income tax expense |  | (1,162,307) | 580 | (1,161,727) |
| Profit |  | 1,072,592 | (1,529) | 1,071,063 |

17

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) K-IFRS No. 1109 "Financial Instruments"

K-IFRS No. 1109 "Financial Instruments" regulates requirements for measurement and recognition of certain contracts in relation to trading financial assets and liabilities or nonfinancial items.   It replaced existing guidance in K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement".

The Company applied retrospectively the standard with exemptions where an entity is not required to restate the comparative information for prior periods in relation to classification and measurement (including impairment) changes.   The Company recognized the cumulative effect resulting from initial application of K-IFRS No. 1109 as reserves and retained earnings of the Company at the date of initial application.

The following table summarizes the impact, net of tax, of transition to K-IFRS No. 1109 on reserves and retained earnings as of January 1, 2018.

| *(in millions of Won)* | | **Reserves** | **Retained earnings** |
|---|---|---|---|
| Classifiaction to fair value through profit or loss in securities and select to fair value through other comprehensive income in equity securities | ₩ | (321,654) | 321,654 |
| Recognition of expected credit losses | | - | (51) |
| | ₩ | (321,654) | 321,603 |

The details of new significant accounting policies and the nature and effect of the changes to previous accounting policies are set out below.

1) Classification and measurement of financial assets and financial liabilities

K-IFRS No. 1109 contains three principal classification categories for financial assets: measured at amortized cost, at fair value through other comprehensive income and at fair value through profit or loss. The classification of financial assets under K-IFRS No. 1109 is generally based on the business model in which a financial asset is managed and its contractual cash flow characteristics. Under K-IFRS No. 1109, derivatives embedded in contracts where the host is a financial asset in the scope of the standard are never separated. Instead, the hybrid financial instrument as a whole is assessed for classification.

18

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

As of January 1, 2018, the date of initial application, measurement categories and carrying amounts of financial assets in accordance with K-IFRS No. 1039 "Financial Instruments: Recognition and Measurement" and K-IFRS No. 1109 "Financial Instruments" are as follows:

| (in millions of Won) | Original classification under K-IFRS No. 1039 | Original carrying amounts under K-IFRS No. 1039 | New classification under K-IFRS No. 1109 | New carrying amounts under K-IFRS No. 1109 |
|---|---|---|---|---|
| Cash and cash equivalents | Loans and receivables | ₩ 332,405 | Amortized cost | ₩ 332,405 |
| Trade accounts and notes receivable(*1) | Loans and receivables | 3,874,929 | Amortized cost | 3,874,859 |
| Other receivables | Loans and receivables | 162,313 | Fair value through profit or loss | 1,898 |
| | | | Amortized cost | 160,415 |
| Equity securities(*2) | Available-for-sale financial assets | 1,324,715 | Fair value through other comprehensive income | 1,324,715 |
| Debt securities | Available-for-sale financial assets | 10,305 | Fair value through profit or loss | 8,050 |
| | | | Fair value through other comprehensive income | 2,255 |
| Other Securities | Available-for-sale financial assets | 60,569 | Fair value through profit or loss | 60,569 |
| Deposit instruments | Loans and receivables | 666,112 | Amortized cost | 666,112 |
| Short-term financial instruments | Loans and receivables | 5,155,702 | Fair value through profit or loss | 5,155,702 |

(*1) As a result of the adoption of K-IFRS No. 1109, as of January 1, 2018, the date of initial application, loss allowance was increased by ₩70 million and retained earnings were decreased by ₩51 million.

(*2) As a result of the adoption of K-IFRS No. 1109, as of January 1, 2018, the date of initial application, with respect to securities classified as fair value through profit or loss and equity securities determined fair value through other comprehensive income, reserves were decreased by ₩321,654 million and retained earnings were increased by ₩321,654 million.

K-IFRS No. 1109 "Financial Instruments" retains most of the requirements of K-IFRS 1039 "Financial Instruments: Recognition and Measurement" for the classification and measurement of financial liabilities.  Accordingly, the application of K-IFRS No. 1109 "financial instruments" has no significant effect on the Company's accounting policies related to financial liabilities.

2) Impairment of financial assets

K-IFRS No. 1109 replaces the incurred loss model in K-IFRS No. 1039 with a forward-looking expected credit loss model for debt instruments, lease receivables, contractual assets, loan commitments, and financial guarantee contracts.

Under K-IFRS No. 1109, impairment losses are likely to be recognized earlier than using the incurred loss model under the existing guidance in K-IFRS No. 1039 as loss allowances is measured either 12-month or lifetime expected credit loss based on the extent of increase in credit risk.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

As of January 1, 2018, the date of initial application, the Company recognized an increase in loss allowance of ₩70 million and a decrease in retained earnings of ₩51 million, respectively.

In addition to the application of K-IFRS No. 1109, the Company applied the amendments to K-IFRS No. 1001 "Presentation of Financial Statements", which requires the recognition of impairment of financial assets to be separated in the separate statements of comprehensive income.   Bad debt expenses and other bad debt expenses are presented as separate items.

## 3. Summary of Significant Accounting Policies

The significant accounting policies applied by the Company in preparation of its separate financial statements are included below.   The accounting policies set out below have been applied consistently to all periods presented in these financial statements, except for those as disclosed in note 2.

### Investments in subsidiaries, associates and joint ventures

These separate financial statements are prepared and presented in accordance with K-IFRS No. 1027 "Separate Financial Statements".   The Company applied the cost method to investments in subsidiaries, associates and joint ventures in accordance with K-IFRS No. 1027. Dividends from a subsidiary, associate or joint venture are recognized in profit or loss when the right to receive the dividend is established.

### Foreign currency transactions and translation

Foreign currency transactions are initially recorded using the spot exchange rate between the functional currency and the foreign currency at the date of the transaction.   At the end of each reporting period, foreign currency monetary items are translated using the closing rate. Non-monetary items that are measured in terms of historical cost in a foreign currency are translated using the exchange rate at the date of the original transaction.   Non-monetary items that are measured at fair value in a foreign currency are translated using the exchange rate at the date fair value is initially determined.

Exchange differences arising on the settlement of monetary items or on translating monetary items at rates different from those at which they were translated on initial recognition during the period or in previous financial statements are recognized in profit or loss in the period in which they arise.   When gains or losses on non-monetary items are recognized in other comprehensive income, exchange components of those gains or losses are recognized in other comprehensive income.   Conversely, when gains or losses on non-monetary items are recognized in profit or loss, exchange components of those gains or losses are recognized in profit or loss.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Cash and cash equivalents**

Cash and cash equivalents comprise cash on hand, demand deposits, and short-term investments in highly liquid securities that are readily convertible to known amounts of cash with maturities of three months or less from the acquisition date and which are subject to an insignificant risk of changes in value.   Equity investments are excluded from cash and cash equivalents.

**Non-derivative financial assets**

Trade receivables and debt securities issued are initially recognized when they are originated. All other financial assets are initially recognized when the Company becomes a party to the contractual provisions of the instrument.

A financial asset(unless it is a trade receivable without a significant financing component) is initially measured at fair value plus, for an item not at financial assets measured at fair value through profit or loss, transaction costs that are directly attributable to its acquisition or issue. A trade receivable without a significant financing component is initially measured at the transaction price.

On initial recognition, a financial asset is classified as measured at amortized cost, debt instruments measured at fair value through other comprehensive income, equity instruments measured at fair value through other comprehensive income, or financial assets measured at fair value through profit or loss.

Financial assets are not reclassified subsequent to their initial recognition unless the Company changes its business model for managing financial assets, in which case all affected financial assets are reclassified on the first day of the first day of the first reporting period following the change in the business model.

(a) Financial assets measured at amortized cost

A financial asset is measured at amortized cost if it meets both of the following conditions and is not designated as at fair value through profit or loss.
- it is held within a business model whose objective is to hold assets to collect contractual cash flows
- its contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding

Financial assets measured at amortized cost are subsequently measured at amortized cost using the effective interest method.   The amortized cost is reduced by impairment losses. Interest income, gains and losses on foreign currency translation and impairment losses are recognized in profit or loss.   Any gain or loss on derecognition is recognized in profit or loss.

21

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(b) Debt instruments measured at fair value through other comprehensive income

A debt instrument is measured at fair value through other comprehensive income if it meets both of the following conditions and is not designated as at fair value through profit or loss.
- it is held within a business model whose objective is achieved by both collection contractual cash flows and selling financial assets and
- its contractual terms give rise on specified dates to cash flows that are solely payments of principal and interest on the principal amount outstanding

Debt instruments measured at fair value through other comprehensive income are subsequently measured at fair value. Interest income which is calculated using the effective interest method, gains and losses from foreign currency translation and impairment losses are recognized in profit or loss and other net profit or losses are recognized in other comprehensive income. At the time of elimination, other accumulated comprehensive income is reclassified to profit or loss.

(c) Equity instruments measured at fair value through other comprehensive income

On initial recognition of an equity investment that is not held for trading, the Company may irrevocably elect to present subsequent changes in the investment's fair value in other comprehensive income. This election is made on an investment-by-investment basis.

Equity instruments measured at fair value through other comprehensive income are subsequently measured at fair value. Dividends are recognized as income in profit or loss unless the dividend clearly represents a recovery of part of the cost of the investment. Other net gains and losses are recognized in other comprehensive income and never reclassified to profit or loss.

(d) Financial assets measured at fair value through profit or loss

All financial assets not classified as measured at amortized cost of fair value through other comprehensive income as described above are measured at fair value through profit or loss. This includes all derivative financial assets. On initial recognition, the Company may irrevocably designate a financial asset that otherwise meets the requirements to be measured at amortized cost or at fair value through other comprehensive income as at fair value through profit or loss if doing so eliminates or significantly reduces an accounting mismatch that would otherwise arise.

Financial assets measured at fair value through profit or loss are subsequently measured at fair value. Net gains and losses, including any interest or dividend income, are recognized in profit or loss.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(e) Derecognition of non-derivative financial assets

The Company derecognizes non-derivative financial assets when the contractual rights to the cash flows from the financial asset expire, or the Company transfers the rights to receive the contractual cash flows from the financial asset as well as substantially all the risks and rewards of ownership of the financial asset.   Any interest in a transferred financial asset that is created or retained by the Company is recognized as a separate asset or liability.

If the Company retains substantially all the risks and rewards of ownership of the transferred financial assets, the Company continues to recognize the transferred financial assets and recognizes financial liabilities for the consideration received.

(f) Offsetting a financial asset and a financial liability

Financial assets and financial liabilities are offset and the net amount is presented in the separate statement of financial position only when the Company currently has a legally enforceable right to offset the recognized amounts, and there is the intention to settle on a net basis or to realize the asset and settle the liability simultaneously.

**Inventories**

Inventory costs, except materials-in-transit in which costs are determined by using specific identification method, are determined by using the moving-weighted average method.   The cost of inventories comprise all costs of purchase, costs of conversion and other costs incurred in bringing the inventories to their present location and condition.   The allocation of fixed production overheads to the costs of finished goods or work in progress are based on the normal capacity of the production facilities.

Inventories are measured at the lower of cost or net realizable value.   The amount of any write-down of inventories to net realizable value and all losses of inventories are recognized as an expense in the period the write-down or loss occurs.   The amount of any reversal of any write-down of inventories arising from an increase in net realizable value is recognized as a reduction in the amount of inventories recognized as a cost of goods sold in the period in which the reversal occurs.

The carrying amount of those inventories is recognized as cost of goods sold in the period in which the related revenue is recognized.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Non-current assets held for sale**

Non-current assets or disposal groups comprising assets and liabilities that are expected to be recovered primarily through sale rather than through continuing use are classified as held for sale.   In order to be classified as held for sale, the assets or disposal groups must be available for immediate sale in their present condition and their sale must be highly probable. The assets or disposal groups that are classified as non-current assets held for sale are measured at the lower of their carrying amount and fair value less cost to sell.

The Company recognizes an impairment loss for any initial or subsequent write-down of an asset or disposal group to fair value less costs to sell, and a gain for any subsequent increase in fair value less costs to sell, up to the cumulative impairment loss previously recognized in accordance with K-IFRS No. 1036 "Impairment of Assets".

A non-current asset that is classified as held for sale or part of a disposal group classified as held for sale is not depreciated (or amortized).

**Investment property**

Property held to earn rentals or for capital appreciation or both is classified as investment property.   Investment property is measured initially at its cost.   Transaction costs are included in the initial measurement.   Subsequently, investment property is carried at depreciated cost less any accumulated impairment losses.

Subsequent costs are recognized in the carrying amount of investment property at cost or, if appropriate, as separate items if it is probable that future economic benefits associated with the item will flow to the Company and the cost of the item can be measured reliably.   The carrying amount of the replaced part is derecognized.   The costs of the day-to-day servicing are recognized in profit or loss as incurred.

Depreciation methods, useful lives and residual values are reviewed at the end of each reporting date and adjusted, if appropriate.   The change is accounted for as a change in an accounting estimate.

**Property, plant and equipment**

Property, plant and equipment are initially measured at cost and after initial recognition, are carried at cost less accumulated depreciation and any accumulated impairment losses.   The cost of property, plant and equipment includes expenditures arising directly from the construction or acquisition of the asset, any costs directly attributable to bringing the asset to the location and condition necessary for it to be capable of operating in the manner intended by management and, when the Company has an obligation to remove the asset or restore the site, an estimate of the costs of dismantling and removing the item and restoring the site on which it is located.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

The cost of replacing a part of an item is recognized in the carrying amount of the item of property, plant and equipment, if the following recognition criteria are met:

(a) it is probable that future economic benefits associated with the item will flow to the Company and
(b) the cost can be measured reliably.

The carrying amount of the replaced part is derecognized at the time the replacement part is recognized.   The costs of the day-to-day servicing of the item are recognized in profit or loss as incurred.

Items of property, plant and equipment are depreciated from the date they are available for use or, in respect of self-constructed assets, from the date that the asset is completed and ready for use.   Other than land, the costs of an asset less its estimated residual value are depreciated.   Depreciation of property, plant and equipment is recognized in profit or loss on a straight-line basis, which most closely reflects the expected pattern of consumption of the future economic benefits embodied in the asset, over the estimated useful lives of each component of an item of property, plant and equipment.   Land is not depreciated.

Each part of an item of property, plant and equipment with a cost that is significant in relation to the total cost of the item is depreciated separately.

The gain or loss arising from the derecognition of an item of property, plant and equipment is included in profit or loss when the item is derecognized.

The estimated useful lives for the current period are as follows:

| | |
|---|---|
| Buildings | 5-40 years |
| Structures | 5-40 years |
| Machinery and equipment | 15 years |
| Vehicles | 4 years |
| Tools | 4 years |
| Furniture and fixtures | 4 years |
| Lease assets | 18 years |

The estimated residual value, useful lives and the depreciation method are reviewed at least at the end of each reporting period and, if expectations differ from previous estimates, the changes are accounted for as changes in accounting estimates.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Borrowing costs**

The Company capitalizes borrowing costs directly attributable to the acquisition, construction or production of a qualifying asset as part of the cost of that asset.   Other borrowing costs are recognized in expense as incurred.   A qualifying asset is an asset that requires a substantial period of time to get ready for its intended use or sale.   Financial assets and inventories that are manufactured or otherwise produced over a short period of time are not qualifying assets.   Assets that are ready for their intended use or sale when acquired are not qualifying assets.

To the extent that the Company borrows funds specifically for the purpose of obtaining a qualifying asset, the Company determines the amount of borrowing costs eligible for capitalization as the actual borrowing costs incurred on that borrowing during the period less any investment income on the temporary investment of those borrowings.   The Company immediately recognizes other borrowing costs as an expense.   To the extent that the Company borrows funds generally and uses them for the purpose of obtaining a qualifying asset, the Company shall determine the amount of borrowing costs eligible for capitalization by applying a capitalization rate to the expenditures on that asset.   The capitalization rate shall be the weighted average of the borrowing costs applicable to the borrowings of the Company that are outstanding during the period, other than borrowings made specifically for the purpose of obtaining a qualifying asset.   The amount of borrowing costs that the Company capitalizes during a period shall not exceed the amount of borrowing costs incurred during that period.

**Intangible assets**

Intangible assets are measured initially at cost and, subsequently, are carried at cost less accumulated amortization and accumulated impairment losses.

Amortization of intangible assets except for goodwill is calculated on a straight-line basis over the estimated useful lives of intangible assets from the date that they are available for use. The residual value of intangible assets is zero.   However, as there are no foreseeable limits to the periods over which club memberships are expected to be available for use, this intangible asset is determined as an having an indefinite useful life and not amortized.

| | |
|---|---|
| Intellectual property rights | 7 years |
| Development expense | 4 years |
| Port facilities usage rights | 4-75 years |
| Other intangible assets | 4 years |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

Amortization periods and the amortization methods for intangible assets with finite useful lives are reviewed at the end of each reporting period.   The useful lives of intangible assets that are not being amortized are reviewed at the end of each reporting period to determine whether events and circumstances continue to support indefinite useful life assessments for those assets.   Changes are accounted for as changes in accounting estimates.

Expenditures on research activities, undertaken with the prospect of gaining new scientific or technical knowledge and understanding, are recognized in profit or loss as incurred. Development expenditures are capitalized only if development costs can be measured reliably, the product or process is technically and commercially feasible, future economic benefits are probable, and the Company intends to and has sufficient resources to complete development and to use or sell the asset.   Other development expenditures are recognized in profit or loss as incurred.

Subsequent expenditures are capitalized only when they increase the future economic benefits embodied in the specific asset to which they relate.   All other expenditures, including expenditures on internally generated goodwill and brands, are recognized in profit or loss as incurred.

### Government grants

Government grants are not recognized unless there is reasonable assurance that the Company will comply with the grant's conditions and that the grant will be received.

(a) Grants related to assets

Government grants whose primary condition is that the Company purchase, construct or otherwise acquire long-term assets are deducted from the carrying amount of the assets and recognized in profit or loss on a systematic and rational basis over the life of the depreciable assets.

(b) Grants related to income

Government grants which are intended to compensate the Company for expenses incurred are deducted from the related expenses.

### Leases

The Company classifies and accounts for leases as either a finance or operating lease, depending on the terms.   Leases where the Company assumes substantially all of the risks and rewards of ownership are classified as finance leases.   All other leases are classified as operating leases.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(a) Finance leases

At the commencement of the lease term, the Company recognizes as finance assets and finance liabilities the lower amount of the fair value of the leased property and the present value of the minimum lease payments, each determined at the inception of the lease. Any initial direct costs are added to the amount recognized as an asset.

Minimum lease payments are apportioned between the finance charge and the reduction of the outstanding liability.   The finance charge is allocated to each period during the lease term so as to produce a constant periodic rate of interest on the remaining balance of the liability.   Contingent rents are charged as expenses in the periods in which they are incurred.

The depreciable amount of a leased asset is allocated to each accounting period during the period of expected use on a systematic basis consistent with the depreciation policy the Company adopts for similar depreciable assets that are owned.   If there is no reasonable certainty that the Company will obtain ownership by the end of the lease term, the asset is fully depreciated over the shorter of the lease term and its useful life.

(b) Operating leases

Leases obligations under operating leases are recognized as an expense on a straight-line basis over the lease term.   Contingent rents are charged as expenses in the periods in which they are incurred.

**Impairment for financial assets**

The Company recognizes loss allowances for expected credit losses on:

- financial assets measured at amortized cost
- debt instruments measured at fair value through other comprehensive income
- lease receivables, contractual assets, loan commitments, and financial guarantee contracts

If credit risk has increased significantly since the initial recognition, a loss allowance for lifetime expected credit loss is required to be measured at the end of every reporting period. If credit risk has not increased significantly since the initial recognition, a loss allowance is measured based on 12-month expected credit loss.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

If the financial instrument has low credit risk at the end of the reporting period, the Company may assume that the credit risk has not increased significantly since initial recognition. However, a loss allowance for lifetime expected credit losses is required for contract assets or trade receivables that do not contain a significant financing component.

(a) Judgments on credit risk

When determining whether the credit risk of a financial asset has increased significantly since initial recognition and when estimating expected credit losses, the Company considers reasonable and supportable information that is relevant and available without undue cost or effect.  This includes both quantitative and qualitative information and analysis, based on the Company's historical experience and informed credit assessment and including forward-looking information.

The Company assumes that the credit risk on a financial asset has increased significantly if it is more than 30 days past due. The Company considers a financial asset to be in default when the borrower is unlikely to pay its credit obligations to the Company in full, without recourse by the Company to actions such as realizing security (if any is held).  The Company considers a debt security to have low credit risk when its credit risk rating is equivalent to the globally understood definition of 'investment grade.

(b) Measurement of expected credit losses

Lifetime expected credit losses are the expected credit losses that result from all possible default events over the expected life of a financial instrument.  12-month expected credit losses are the portion of lifetime expected credit losses that result from default that are possible within the 12 months after the reporting date.   The maximum period considered when estimating expected credit losses is the maximum contractual period over which the Company is exposed to credit risk.

Expected credit losses are a probability-weighted estimate of credit losses.   Credit losses are measured as the present value of all cash shortfalls such as the difference between the cash flows due to the entity in accordance with the contract and the cash flows that the Company expects to receive.

Expected credit losses for financial assets measured at amortized cost are recognized in profit or loss.   Loss allowances for financial assets measured at amortized cost are deducted from carrying amount of the assets.   For debt instruments measured at fair value through other comprehensive income, the loss allowance is charged to profit or loss and is recognized in other comprehensive income.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(c) Credit-impaired financial assets

At each reporting date, the Company assesses whether financial assets measured at amortized cost and debt instrument measured at fair value through other comprehensive income are credit-impaired.   A financial asset is 'credit-impaired' when one or more events that have a detrimental impact on the estimated future cash flows of the financial asset have occurred.

Objective evidence that a financial asset or group of financial assets are impaired includes:

- significant financial difficulty of the issuer or borrower
- a breach of contract, such as a default or delinquency in interest or principal payments
- the lender, for economic or legal reasons relating to the borrower's financial difficulty, granting to the borrower a concession that the lender would not otherwise consider
- it becoming probable that the borrower will enter bankruptcy or other financial reorganization
- the disappearance of an active market for that financial asset because of financial difficulties

(d) Write-off

The gross carrying amount of a financial asset is written off when the Company has no reasonable expectations of recovering a financial asset in entirety or a portion.   The Company individually makes an assessment with respect to the timing and amount of write-off based on whether there is a reasonable expectation of recovery based on continuous payments and extinct prescriptions.   The Company expects no significant recovery from the amount written off.   However, financial assets that are written off could still be subject to enforcement activities in order to comply with the Company's procedures for recovery of amounts due.

**Impairment for non-financial assets**

The carrying amounts of the Company's non-financial assets, other than assets arising from contract assets,  contract assets recognized in accordance with revenue from contracts with customers, employee benefits, inventories, deferred tax assets and non-current assets held for sale, are reviewed at the end of the reporting period to determine whether there is any indication of impairment.   If any such indication exists, then the asset's recoverable amount is estimated. Intangible assets that have indefinite useful lives or that are not yet available for use, irrespective of whether there is any indication of impairment, are tested for impairment annually by comparing their recoverable amount to their carrying amount.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

Management estimates the recoverable amount of an individual asset.   If it is impossible to measure the individual recoverable amount of an asset, then management estimates the recoverable amount of cash-generating unit ("CGU").   A CGU is the smallest identifiable group of assets that generates cash inflows that are largely independent of the cash inflows from other assets or groups of assets.   The recoverable amount of an asset or CGU is the greater of its value in use and its fair value less costs to sell.   The value in use is estimated by applying a pre-tax discount rate that reflects current market assessments of the time value of money and the risks specific to the asset or CGU for which estimated future cash flows have not been adjusted, to the estimated future cash flows expected to be generated by the asset or CGU.

An impairment loss is recognized if the carrying amount of an asset or a CGU exceeds its recoverable amount.   Impairment losses are recognized in profit or loss.

Any impairment identified at the CGU level is used to reduce the carrying amount of the other assets in the CGU on a pro rata basis.   An impairment loss is reversed if there has been a change in the estimates used to determine the recoverable amount.   An impairment loss is reversed only to the extent that the asset's carrying amount does not exceed the carrying amount that would have been determined, net of depreciation or amortization, if no impairment loss had been recognized.

**Derivative financial instruments**

Derivatives are initially recognized at fair value.   Subsequent to initial recognition, derivatives that is not designated as a hedging instrument are measured at fair value, and changes therein are recognized in profit or loss.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Non-derivative financial liabilities**

The Company classifies non-derivative financial liabilities into financial liabilities measured at fair value through profit or loss or financial liabilities measured at amortized cost in accordance with the substance of the contractual arrangement and the definitions of financial liabilities. The Company recognizes financial liabilities in the separate statement of financial position when the Company becomes a party to the contractual provisions of the financial liability.

(a) Financial liabilities measured at fair value through profit or loss

A financial liability is classified as at fair value through profit or loss if it is classified as held-for-trading, it is a derivative or it is designated as such on initial recognition.   Subsequent to initial recognition, financial liabilities at fair value through profit or loss are measured at fair value, and changes therein are recognized in profit or loss.   Upon initial recognition, transaction costs that are directly attributable to the acquisition are recognized in profit or loss as incurred.

(b) Financial liabilities measured at amortized cost

Non-derivative financial liabilities other than financial liabilities measured at fair value through profit or loss are classified as financial liabilities measured at amortized cost.   At the date of initial recognition, financial liabilities measured at amortized cost are measured at fair value after deducting transaction costs that are directly attributable to the acquisition.   Financial liabilities measured at amortized cost are measured at amortized cost using the effective interest method subsequently to initial recognition.

(c) Derecognition of financial liabilities

The Company derecognizes a financial liability when its contractual obligations are discharged or cancelled, or expire.   The Company also derecognizes a financial liability when its terms are modified and the cash flows of the modified liability are substantially different, in which case a new financial liability based on the modified terms is recognized at fair value.   On derecognition of a financial liability, the difference between the carrying amount extinguished and the consideration paid (including any non-cash assets transferred or liabilities assumed) is recognized in profit or loss.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**Employee benefits**

(a) Short-term employee benefits

Short-term employee benefits are employee benefits that are due to be settled within twelve months after the end of the period in which the employees render the related service. When an employee has rendered service to the Company during an accounting period, the Company recognizes the undiscounted amount of short-term employee benefits expected to be paid in exchange for that service as profit or loss. If the Company has a legal or constructive obligation which can be reliably measured, the Company recognizes the amount of expected payment for profit-sharing and bonuses payable as liabilities.

(b) Other long-term employee benefits

Other long-term employee benefits include employee benefits that are settled beyond 12 months after the end of the period in which the employees render the related service, and are calculated at the present value of the amount of future benefit that employees have earned in return for their service in the current and prior periods, less the fair value of any related assets. The present value is determined by discounting the expected future cash flows using the interest rate of corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid. Any actuarial gains and losses are recognized in profit or loss in the period in which they arise.

(c) Retirement benefits: Defined contribution plans

For defined contribution plans, when an employee has rendered service to the Company during a period, the Company recognizes the contribution payable to a defined contribution plan in exchange for that service as an accrued expense, after deducting any contributions already paid. If the contributions already paid exceed the contribution due for service before the end of the reporting period, the Company recognizes that excess as an asset (prepaid expense) to the extent that the prepayment will lead to a reduction in future payments or a cash refund.

(d) Retirement benefits: Defined benefit plans

A defined benefit plan is a post-employment benefit plan other than a defined contribution plan. The Company's net obligation in respect of defined benefit plans is calculated by estimating the amount of future benefit that employees have earned in return for their service in the current and prior periods; that benefit is discounted to determine its present value. The fair value of plan assets is deducted. The calculation is performed annually by an independent actuary using the projected unit credit method.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The discount rate is the yield at the reporting date on corporate bonds that have maturity dates approximating the terms of the Company's obligations and that are denominated in the same currency in which the benefits are expected to be paid.    The Company recognizes all actuarial gains and losses arising from actuarial assumption changes and experiential adjustments in other comprehensive income when incurred.

When the fair value of plan assets exceeds the present value of the defined benefit obligation, the Company recognizes an asset, to the extent of the total of cumulative unrecognized past service cost and present value of any economic benefits available in the form of refunds from the plan or reduction in the future contributions to the plan.

Remeasurements of net defined benefit liabilities, which comprise actuarial gains and losses, the return on plan assets (excluding interest) and the effect of the asset ceiling (if any, excluding interest), are recognized immediately in other comprehensive income.    The Company determines the net interest expense (income) on the net defined benefit liability (asset) for the period by applying the discount rate used to measure the defined benefit obligation at the beginning of the annual period to the then-net defined benefit liability (asset), taking into account any changes in the net defined benefit liability (asset) during the period as a result of contributions and benefit payments, net interest expense and other expenses related to defined benefit plans are recognized in profit or loss.

When the benefits of a plan are changed or when a plan is curtailed, the resulting change in benefit that relates to past service or the gain or loss in curtailment is recognized immediately in profit or loss.    The Company recognizes gains and losses on the settlement of a defined benefit plan when the settlement occurs.

**Provisions**

Provisions are recognized when the Company has a present legal or constructive obligation as a result of a past event, it is probable that an outflow of resources embodying economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

The risks and uncertainties that inevitably surround many events and circumstances are taken into account in reaching the best estimate of a provision.    Where the effect of the time value of money is material, provisions are determined at the present value of the expected future cash flows.

Where some or all of the expenditures required to settle a provision are expected to be reimbursed by another party, the reimbursement shall be recognized when, and only when, it is virtually certain that reimbursement will be received if the entity settles the obligation. The reimbursement shall be treated as a separate asset.

34

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

Provisions are reviewed at the end of each reporting period and adjusted to reflect the current best estimates.   If it is no longer probable that an outflow of resources embodying economic benefits will be required to settle the obligation, the provision is reversed.

Provision for restoration related to contaminated area is recognized when the area meets the Company's policy and legal standards of contamination.

A provision is used only for expenditures for which the provision was originally recognized.

**Emission Rights**

The Company accounts for greenhouse gases emission right and the relevant liability as follows pursuant to the Act on the Allocation and Trading of Greenhouse Gas Emission Permits which became effective in Korea in 2015.

(a) Greenhouse Gases Emission Right

Greenhouse Gases Emission Right consists of emission allowances which are allocated from the government free of charge and those purchased from the market.   The cost includes any directly attributable costs incurred during the normal course of business.

Emission rights held for the purpose of performing the obligation are classified as intangible asset and initially measured at cost and subsequently carried at cost less accumulated impairment losses.   Emission rights held for short-swing profits are classified as current asset and are measured at fair value with any changes in fair value recognized as profit or loss in the respective reporting period.

The Company derecognizes an emission right asset when the emission allowance is unusable, disposed or submitted to government when the future economic benefits are no longer expected to be probable.

(b) Emission liability

Emission liability is a present obligation of submitting emission rights to the government with regard to emission of greenhouse gas.   Emission liability is recognized when there is a high possibility of outflows of resources in performing the obligation and the costs required to perform the obligation are reliably estimable.   Emission liability is an amount of estimated obligation for emission rights to be submitted to the government for the performing period.   The emission liability is measured based on the expected quantity of emission for the performing period in excess of emission allowance in possession, and the unit price for such emission rights in the market as of the end of the reporting period.

35

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Equity instruments**

(a) Share capital

Common stock is classified as equity and the incremental costs arising directly attributable to the issuance of common stock less their tax effects are deducted from equity.

If the Company reacquires its own equity instruments, the amount of those instruments ("treasury shares") are presented as a contra equity account.  No gain or loss is recognized in profit or loss on the purchase, sale, issuance or cancellation of its own equity instruments.  When treasury shares are sold or reissued subsequently, the amount received is recognized as an increase to equity, and the resulting surplus or deficit on the transaction is recorded in capital surplus.

(b) Hybrid bonds

Debt and equity instruments issued by the Company are classified as either financial liabilities or as equity in accordance with the substance of the contractual arrangements and the definitions of financial liability and an equity instrument.  When the Company has an unconditional right to avoid delivering cash or another financial asset to settle a contractual obligation, the instruments are classified as equity instruments.

**Revenue from contracts with customers**

The Company has initially applied K-IFRS No.1115 "Revenue from Contracts with Customers" from January 1, 2018.  Revenue is measured based on the consideration promised in the contract with the customer.  The Company recognizes revenue when the control over a good or service is transferred to the customer.  The following are the revenue recognition policies for performance obligations in the contracts with customers.

(a) Steel products

For domestic sales, the control of the product is usually transferred to the customer when the product is delivered to the customer, at which point in time revenue is recognized.  Invoices are generally payable within 10 to 90 days.  When a customer makes payment prior to the due date, they are offered a discount at certain percentage of the invoice amount.  Only when the price discount period has passed, only the amount of the cumulative revenue that has already been recognized, Income recognized including income.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

For export sales, revenue is recognized at the time when control of the product is transferred to the customer based on the "International Incoterms for Interpretation of Trade Terms" prescribed in the respective contracts.   Invoices are usually issued at the date of bill of lading and revenues are recognized based on the terms of Letter of Credit (L / C), Acceptance Condition (D / A), Payment Condition (D / P), Telegraphic Transfer (T / T) and others.   The Company does not offer price discounts related to prepayment for export.

(b) Transportation services

For the performance obligation for transportation services included in the Company's product sales contracts, revenue is recognized over the period when the services are provided and the revenue is measured by reference to the degree to which the service has been completed.   The billing date and payment terms for the service charge are the same as the billing date and payment terms for sale of steel products.

**Finance income and finance costs**

The Company's finance income and finance costs include:

- interest income;
- interest expense;
- dividend income;
- the foreign currency gain or loss on financial assets and financial liabilities;
- the net gain or loss on financial assets measured at fair value through profit or loss;
- the net gain or loss on the disposal of investments in debt securities measured at fair value through other comprehensive income.

Interest income or expense is recognized using the effective interest method.   Dividend income is recognized in profit or loss on the date on which the Company's right to receive payment is established.   The 'effective interest rate' is the rate that exactly discounts estimated future cash payments or receipts through the expected life of the financial instrument to:
- the gross carrying amount of the financial asset; or
- the amortized cost of the financial liability.

In calculating interest income and expense, the effective interest rate is applied to the gross carrying amount of the asset (when the asset is not credit-impaired) or to the amortized cost of the liability.   However, for financial assets that have become credit-impaired subsequent to initial recognition, interest income is calculated by applying the effective interest rate to the amortized cost of the financial asset.   If the asset is no longer credit-impaired, then the calculation of interest income reverts to the gross basis.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**Income tax**

Income tax expense comprises current and deferred tax.   Current tax and deferred tax are recognized in profit or loss except to the extent that it relates to items recognized directly in equity or in other comprehensive income.

The Company recognizes interest and penalties related to corporate tax as if it is applicable to the income taxes, the Company applies K-IFRS 1012 "Income Taxes", if it is not applicable to the income taxes, the Company applies K-IFRS 1037 "Provisions Contingent Liabilities and Contingent Assets".

The Company offsets current tax assets and current tax liabilities if, and only if, the Company:
- has a legally enforceable right to set off the recognized amounts, and
- intends either to settle on a net basis, or to realize the asset and settle the liability simultaneously.

(a) Current tax

Current tax is the expected tax payable or receivable on the taxable profit or loss for the year, using tax rates enacted or substantively enacted at the end of the reporting period and any adjustment to tax payable in respect of previous years.   The taxable profit is different from the accounting profit for the period since the taxable profit is calculated excluding the temporary differences, which will be taxable or deductible in determining taxable profit of future periods, and non-taxable or non-deductible items from the accounting profit.

(b) Deferred tax

The measurement of deferred tax liabilities and deferred tax assets reflects the tax consequences that would follow from the manner in which the Company expects, at the end of the reporting period, to recover or settle the carrying amount of its assets and liabilities.   The Company recognizes a deferred tax liability for all taxable temporary differences associated with investments in subsidiaries, associates, and joint ventures, except to the extent that the Company is able to control the timing of the reversal of the temporary difference and it is probable that the temporary difference will not reverse in the foreseeable future.   The Company recognizes a deferred tax asset for deductible temporary differences arising from investments in subsidiaries, associates and joint ventures, to the extent that it is probable that the temporary difference will reverse in the foreseeable future and taxable profit will be available against which the temporary difference can be utilized.   However, deferred tax is not recognized for the following temporary differences: taxable temporary differences arising on the initial recognition of goodwill, or the initial recognition of assets or liabilities in a transaction that is not a business combination and that affects neither accounting profit or loss nor taxable income.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

A deferred tax asset is recognized for the carryforward of unused tax losses tax credits and deductible temporary differences to the extent that it is probable that future taxable profit will be available against which the unused tax losses, tax credits and deductible temporary differences can be utilized.   The future taxable profit depends on reversing taxable temporary differences.   When there are insufficient taxable temporary differences, the probability of future taxable profit (including the reversal of temporary differences) should be considered.

The carrying amount of a deferred tax asset is reviewed at the end of each reporting period and is reduced to the extent that it is no longer probable that sufficient taxable profit will be available to allow the benefit of part or all of that deferred tax asset to be utilized.

Deferred tax assets and liabilities are measured at the tax rates that are expected to apply to the period when the asset is realized or the liability is settled, based on tax rates (and tax laws) that have been enacted or substantively enacted by the end of the reporting period.   Deferred tax assets and liabilities are offset only if there is a legally enforceable right to offset the related current tax liabilities and assets, and they relate to income taxes levied by the same tax authority and they intend to settle current tax liabilities and assets on a net basis.

**Earnings per share**

Management calculates basic earnings per share ("EPS") data for the Company's ordinary shares, which is presented at the end of the statement of comprehensive income.   Basic EPS is calculated by dividing profit attributable to ordinary shareholders of the Company by the weighted average number of ordinary shares outstanding during the period, adjusted for own shares held.

**New standards and interpretations not yet adopted**

The following new standard has been published but is not mandatory for the Company for annual period beginning on January 1, 2018, and the Company has not early adopted them.

(a) K-IFRS No. 1116 "Leases"

The Company will apply K-IFRS No. 1116 "Leases" for the year beginning on January 1, 2019.   The Company is evaluating analysis of financial impact resulting from adoption of new standards and the estimated effect on the separate financial statements at the date of initial application based on current situation as of December 31, 2018.   However, a reasonable estimation of financial impact is not determined since the analysis of financial impact is not completed.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

K-IFRS No. 1116 "Leases" replaces existing leases guidance, including K-IFRS No. 1017 "Leases", K-IFRS No. 2104 Determining whether an Arrangement contains a Lease, K-IFRS No. 2015 Operating Leases-Incentives and K-IFRS No. 2027 Evaluating the Substance of Transactions Involving the Legal Form of a Lease.

K-IFRS No. 1116 introduces a single accounting model that requires a lessee to recognize lease related asset and liability in the financial statements.   A lessee is required to recognize a right-of-use asset representing its right to use the underlying leased asset and a lease liability representing its obligation to make lease payments.   The lessee may elect not to apply the requirements to short-term lease with a term of 12 months or less at the commencement date or low value assets.   Accounting treatment for lessor is similar to the existing standard which classifies lease into finance and operating lease.

1) Leases in which the Company is a lessee

Upon adoption of K-IFRS No. 1116, the Company will recognize new assets and liabilities for its operating leases.   The nature of expenses related to those leases will change because the Company will recognize a deprecation charge for right-of-use assets and interest expense on lease liabilities.   Previously, the Company recognized operating lease expense on a straight-line basis over the term of the lease term.   It is expected that there will be no significant impact on finance leases.

As of the authorization date for issuance of these separate financial statements, the Company is still evaluating whether certain arrangements related to the use of vessels, warehouses and IT facilities contain leases that shall be accounted for in accordance with K-IFRS No. 1116.   The outcome of such evaluations may have significant impact on the Company's separate financial statements upon adoption of K-IFRS No. 1116.

As a lessee, the Company shall apply K-IFRS No. 1116 using one of the following two transition methods; (a) retrospectively to each prior reporting period presented in accordance with K-IFRS No. 1008 "Accounting Policies, Changes in Accounting Estimates and Errors"; or (b) retrospectively with the cumulative effect of initially applying this standard recognized at the date of initial application.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company intends to apply the modified retrospective approach when initially applying K-IFRS No. 1116 as of January 1, 2019, the date of initial application.   Accordingly, the Company will recognize the accumulated effect resulting from initial application of K-IFRS No. 1115 as retained earnings of the Company at the date of initial application and not restate the financial statements for comparative periods.

The Company plans to apply the practical expedient to grandfather the definition of a lease on transition.   This means that it will apply K-IFRS No. 1116 to all contracts entered into before January 1, 2019 and identified as leases in accordance with K-IFRS No. 1017 and K-IFRS No. 2104.

2) Leases in which the Company is a lessor

As a lessor, the Company expects the adoption of K-IFRS No. 1116 to have no significant impact on its separate financial statements.

(b) K-IFRS No. 2123 "Uncertainty over Tax Treatments"

If there is an uncertainty on tax treatment such as dispute of a particular tax treatment by the taxation authority, the Company determines whether it is probable that the taxation authority will accept an uncertain tax treatment in determining taxable profit, tax bases, unused tax losses, unused tax credits or tax rates.

If the Company concludes it is probable that the taxation authority will accept an uncertain tax treatment, the Company determines the taxable profit (tax loss), tax bases, unused tax losses, unused tax credits or tax rates consistently with the tax treatment used or planned to be used in its income tax filings.   If the Company concludes it is not probable that the taxation authority will accept an uncertain tax treatment, the Company reflects the effect of uncertainty for each uncertain tax treatment by using either of the most likely amount or the expected value depending on which method the entity expects to better predict the resolution of the uncertainty.

The application of K-IFRS No. 2123 "Uncertainty over Tax Treatments" is mandatory for the year beginning on January 1, 2019.   The Company expects the adoption of the standard will not have significant impact on separate financial statements.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**4. Risk Management**

The Company has exposure to the following risks from its use of financial instruments:

- credit risk
- liquidity risk
- market risk
- capital risk

This note presents information about the Company's exposure to each of the above risks, the Company's objectives, policies and processes for measuring and managing risk, and the Company's management of capital.   Further quantitative disclosures are included throughout these separate financial statements.

(a) Financial risk management

  1) Risk management framework

  The Board of Directors has overall responsibility for the establishment and oversight of the Company's risk management framework.   The Company's risk management policies are established to identify and analyze the risks faced by the Company, to set appropriate risk limits and controls, and to monitor risks and adherence to limits.   Risk management policies and systems are reviewed regularly to reflect changes in market conditions and the Company's activities.

  The Company, through its training and management standards and procedures, aims to develop a disciplined and constructive control environment in which all employees understand their roles and obligations.

  2) Credit risk

  Credit risk is the risk of financial loss to the Company if a customer or counterparty to a financial instrument fails to meet its contractual obligations, and arises principally from the Company's receivables from customers and investment securities.   In addition, credit risk arises from finance guarantees.

  The Company implements a credit risk management policy under which the Company only transacts business with counterparties that have a certain level of credit rate evaluated based on financial condition, historical experience, and other factors.   The Company's exposure to credit risk is influenced mainly by the individual characteristics of each customer.   The default risk of a nation or an industry in which a customer operates its business does not have a significant influence on credit risk.   The Company has established a credit policy under which each new customer is analyzed individually for creditworthiness.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company establishes an allowance for impairment that represents its estimate of expected losses in respect of trade and other receivables.   The main components of this allowance are a specific loss component that relates to individually significant exposures, and a collective loss component established for companies of similar assets in respect of losses that have been incurred.

Credit risk also arises from transactions with financial institutions, and such transactions include transactions of cash and cash equivalents, various deposits, and financial instruments such as derivative contracts.   The Company manages its exposure to this credit risk by only entering into transactions with banks that have high international credit ratings.   The Company's treasury department authorizes, manages, and overseas new transactions with financial institutions with whom the Company has no previous relationship.

Furthermore, the Company limits its exposure to credit risk of financial guarantee contracts by strictly evaluating their necessity based on internal decision making processes, such as the approval of the board of directors.

3) Liquidity risk

Liquidity risk is the risk that the Company will encounter difficulty in meeting the obligations associated with its financial liabilities that are settled by delivering cash or another financial asset.   The Company's approach to managing liquidity is to ensure, as far as possible, that it will always have sufficient liquidity to meet its liabilities when due, under both normal and stressed conditions, without incurring unacceptable losses or risking damage to the Company's reputation.

The Company's cash flow from business, borrowing or financing is sufficient to meet the cash requirements for the Company's strategic investments.   Management believes that the Company is capable of raising funds by borrowing or financing if the Company is not able to generate cash flow requirements from its operations.   The Company has committed borrowing facilities with various banks.

4) Market risk

Market risk means that the fair value or future cash flows of a financial instrument will fluctuate because of changes in market prices.   The goal of market risk management is optimization of profit and controlling the exposure to market risk within acceptable limits.

① Currency risk

The Company is exposed to currency risk on sales, purchases and borrowings that are denominated in a currency other than the functional currency of the Company, Korean Won.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

The Company's policy in respect of foreign currency risks is a natural hedge whereby foreign currency income is offset with foreign currency expenditures.   The remaining net exposures after the natural hedge have been hedged using derivative contracts such as forward exchange contracts.   In addition, the Company's derivative transactions are limited to hedging actual foreign currency transactions and speculative hedging is not permitted.   The Company reduces the foreign currency exposure by repayment of foreign currency borrowings subjected to investment in overseas when its maturities come.

② Interest rate risk

The Company manages the exposure to interest rate risk by adjusting of borrowing structure ratio between borrowings at fixed interest rate and variable interest rate.   The Company monitors interest rate risks regularly in order to avoid exposure to interest rate risk on borrowings at variable interest rate.

③ Other market price risk

Equity price risk arises from fluctuation of market price of listed equity securities. Management of the Company measures regularly the fair value of listed equity securities and the risk of variance in future cash flow caused by market price fluctuations.   Significant investments are managed separately and all buy and sell decisions are approved by management of the Company.

(b) Management of capital

The fundamental goal of capital management is the maximization of shareholders' value by means of the stable dividend policy and the retirement of treasury shares.   The capital structure of the Company consists of equity and net borrowings (after deducting cash and cash equivalents) and current financial instruments from borrowings.   The Company applied the same capital risk management strategy that was applied in the previous period.

Net borrowing-to-equity ratio as of December 31, 2018 and 2017 is as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Total borrowings | ₩ | 4,270,970 | 3,901,224 |
| Less: Cash and cash equivalents | | 259,219 | 332,405 |
| Net borrowings | | 4,011,751 | 3,568,819 |
| Total equity | ₩ | 45,272,102 | 45,941,455 |
| Net borrowings-to-equity ratio | | 8.86% | 7.77% |

44

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**5. Cash and Cash Equivalents**

Cash and cash equivalents as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Demand deposits and checking accounts | ₩ | 38,574 | 97,907 |
| Time deposits | | 84,700 | - |
| Other cash equivalents | | 135,945 | 234,498 |
| | ₩ | 259,219 | 332,405 |

**6. Trade Accounts and Notes Receivable**

Trade accounts and notes receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Trade accounts and notes receivable | ₩ | 3,989,699 | 3,886,950 |
| Less: Allowance for doubtful accounts | | (21,327) | (19,236) |
| | ₩ | 3,968,372 | 3,867,714 |
| **Non-current** | | | |
| Trade accounts and notes receivable | ₩ | 11,904 | 18,586 |
| Less: Present value discount | | (2,983) | (5,107) |
| Less: Allowance for doubtful accounts | | (1,248) | (705) |
| | ₩ | 7,673 | 12,774 |

Trade accounts and notes receivable sold to financial institutions, for which the derecognition conditions were not met, amounted to ₩176,612 million and ₩83,976 million as of December 31, 2018 and 2017, respectively.   The fair value of trade accounts and notes receivable approximates the carrying amounts and trade accounts and notes receivable are included in short-term borrowings from financial institutions (Note 16).

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 7. Other Receivables

Other receivables as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Short-term loans | ₩ | 2,950 | - |
| Other accounts receivable | | 186,951 | 199,724 |
| Others | | 25,065 | 22,476 |
| Less: Allowance for doubtful accounts | | (8,534) | (11,970) |
| | ₩ | 206,432 | 210,230 |
| **Non-current** | | | |
| Long-term loans | ₩ | 26,335 | 22,877 |
| Long-term other accounts receivable | | 36,832 | 44,616 |
| Others | | 2,915 | 2,896 |
| Less: Allowance for doubtful accounts | | (8,315) | (7,968) |
| | ₩ | 57,767 | 62,421 |

### 8. Other Financial Assets

(a) Other financial assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Debt securities | ₩ | 21 | - |
| Available-for-sale securities (bonds) | | - | 2,305 |
| Deposit instruments(*1) | | 1,248,715 | 666,080 |
| Short-term financial instruments | | 5,776,407 | 5,155,702 |
| | ₩ | 7,025,143 | 5,824,087 |
| **Non-current** | | | |
| Long-term derivatives assets held for trading | ₩ | 1,265 | - |
| Equity securities | | 1,104,092 | - |
| Debt securities | | 9,667 | - |
| Other securities | | 61,701 | - |
| Available-for-sale securities (equity instruments) | | - | 1,384,784 |
| Available-for-sale securities (others) | | - | 8,500 |
| Deposit instruments(*2) | | 32 | 32 |
| | ₩ | 1,176,757 | 1,393,316 |

(*1) As of December 31, 2018 and December 31, 2017, ₩5,715 million and ₩10,080 million, respectively, are restricted in relation to government assigned project.

(*2) The Company is required to provide deposits to maintain checking accounts and accordingly the withdrawal of these deposits is restricted.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(b) Equity securities and available-for-sale securities (equity instruments) as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | | 2018 | | | | 2017 |
|---|---|---|---|---|---|---|---|
| | Number of shares | Ownership (%) | Acquisition cost | Fair value | Net changes in fair value of equity securities | Book value | Book value |
| **Marketable equity securities** | | | | | | | |
| Nippon Steel & Sumitomo Metal Corporation | 15,698,500 | 1.65 | ₩ 473,962 | 301,010 | (172,952) | 301,010 | 430,748 |
| KB Financial group Inc. | 3,863,520 | 0.92 | 178,839 | 179,654 | 815 | 179,654 | 244,947 |
| Woori Bank | 20,280,000 | 3.00 | 244,447 | 316,368 | 71,921 | 316,368 | 319,410 |
| DONGKUK STEEL MILL CO., LTD | 1,786,827 | 1.87 | 10,471 | 12,919 | 2,448 | 12,919 | 19,655 |
| SAMWONSTEEL Co., Ltd. | 5,700,000 | 14.25 | 8,930 | 16,188 | 7,258 | 16,188 | 19,010 |
| DONGKUK INDUSTRIES COMPANY | 2,611,989 | 4.82 | 11,911 | 6,387 | (5,524) | 6,387 | 10,278 |
| Others (8 companies) | | | 61,083 | 42,247 | (18,836) | 42,247 | 52,240 |
| | | | 989,643 | 874,773 | (114,870) | 874,773 | 1,096,288 |
| **Non-marketable equity securities** | | | | | | | |
| Congonhas Minerios S.A.(*1) | 3,658,394 | 2.02 | 221,535 | 182,992 | (38,543) | 182,992 | 145,394 |
| Poongsan Special Metal | 315,790 | 5.00 | 7,657 | 7,657 | - | 7,657 | 7,657 |
| HANKUM CO., LTD | 21,000 | 4.99 | 4,599 | 4,599 | - | 4,599 | 4,599 |
| Core-Industry Co., Ltd. | 490,000 | 19.84 | 4,214 | 4,214 | - | 4,214 | 4,214 |
| AJUSTEEL CO., LTD | 17,000 | 4.36 | 4,165 | 4,165 | - | 4,165 | 4,165 |
| Others (32 companies)(*2) | | | 158,059 | 25,692 | (132,367) | 25,692 | 122,467 |
| | | | 400,229 | 229,319 | (170,910) | 229,319 | 288,496 |
| | | | ₩ 1,389,872 | 1,104,092 | (285,780) | 1,104,092 | 1,384,784 |

(*1) Fair value is based on an analysis performed by an external professional evaluation agency.

(*2) Other securities amounting to ₩60,069 million as of December 31, 2017 are included in book value which is classified as fair value through profit or loss from January 1, 2018, first application date of K-IFRS No. 1109 "Financial Instrument".

47

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 9. Inventories

(a) Inventories as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Finished goods | ₩ | 1,146,961 | 927,413 |
| Semi-finished goods | | 1,343,877 | 1,255,713 |
| By-products | | 6,166 | 8,454 |
| Raw materials | | 1,130,000 | 917,241 |
| Fuel and materials | | 552,270 | 520,341 |
| Materials-in-transit | | 1,120,349 | 916,255 |
| Others | | 555 | 479 |
| | | 5,300,178 | 4,545,896 |
| Less: Allowance for inventories valuation | | (12,169) | (2,363) |
| | ₩ | 5,288,009 | 4,543,533 |

(b) The changes of allowance for inventories valuation for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | 2,363 | 11,843 |
| Loss on valuation of inventories | | 12,169 | 2,363 |
| Utilization on sale of inventories | | (2,363) | (11,843) |
| Ending | ₩ | 12,169 | 2,363 |

### 10. Assets Held for Sale

Assets held for sale as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Investments in subsidiaries(*1) | ₩ | 25,683 | 34,153 |
| Property, plant and equipment | | - | 392 |
| | ₩ | 25,683 | 34,545 |

(*1) During the year ended December 31, 2017, the Company determined to dispose part of the interest of POSCO Thainox Public Company Limited, subsidiary of the Company, and classified investments in subsidiaries as assets held for sale. The Company recognized ₩ 7,788 million of impairment loss from the difference between book value and net fair value of the interest, and finished disposal for part of it.

48

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 11. Investments in Subsidiaries, Associates and Joint ventures

(a) Investments in subsidiaries, associates and joint ventures as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Subsidiaries | ₩ | 12,393,106 | 12,129,758 |
| Associates | | 634,094 | 639,229 |
| Joint ventures | | 2,094,139 | 2,329,869 |
| | ₩ | 15,121,339 | 15,098,856 |

There are no significant restrictions on the ability of subsidiaries, associates and joint ventures to transfer funds to the controlling company, such as in the forms of cash dividends and repayment of loans or payment of advances.

(b) Details of subsidiaries and carrying amounts as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | | | 2018 | | | | 2017 |
|---|---|---|---|---|---|---|---|---|
| | Country | Principal operations | | Number of shares | Ownership (%) | Net asset value | Acquisition cost | Book value | Book value |
| **[Domestic]** | | | | | | | | |
| POSCO DAEWOO Corporation(*1) | Korea | Trading | | 77,606,130 | 62.90 | ₩ 2,799,146 | 3,610,164 | 3,407,110 | 3,610,164 |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. | Korea | Engineering and construction | | 22,073,568 | 52.80 | 2,567,002 | 1,014,314 | 1,014,314 | 1,014,314 |
| POSCO ENERGY CO., LTD. | Korea | Power generation | | 40,234,508 | 89.02 | 1,221,038 | 658,176 | 658,176 | 658,176 |
| POSCO Processing&Service | Korea | Steel sales and trading | | 12,568,393 | 93.95 | 526,368 | 385,995 | 385,995 | 385,995 |
| POSCO COATED & COLOR STEEL Co., Ltd. | Korea | Coated steel manufacturing and sales | | 3,412,000 | 56.87 | 222,238 | 108,421 | 108,421 | 108,421 |
| POSCO Venture Capital Co., Ltd. | Korea | Investment in venture companies | | 19,700,000 | 95.00 | 124,882 | 103,780 | 103,780 | 103,780 |
| POSCO CHEMTECH | Korea | Refractory manufacturing and sales | | 35,442,000 | 60.00 | 693,809 | 100,535 | 100,535 | 100,535 |
| POSCO ES MATERIALS CO.,LTD(*2) | Korea | Secondary battery active material manufacturing and sales | | 8,999,630 | 90.00 | 185,303 | 196,409 | 107,096 | 83,309 |
| POSMATE | Korea | Business facility maintenance | | 902,946 | 59.80 | 182,319 | 73,374 | 73,374 | 73,374 |
| POSCO ICT | Korea | Computer hardware and software distribution | | 99,403,282 | 65.38 | 337,892 | 70,990 | 70,990 | 70,990 |
| POSCO M-TECH(*4,5) | Korea | Packing materials manufacturing and sales | | 20,342,460 | 48.85 | 88,251 | 107,278 | 107,278 | 50,857 |
| POSCO Family Strategy Fund | Korea | Investment in venture companies | | 460 | 69.91 | 46,944 | 45,273 | 32,457 | 32,457 |
| Busan E&E Co., Ltd.(*6) | Korea | Municipal solid waste fuel and power generation | | 6,029,660 | 70.00 | 48,899 | 30,148 | 30,148 | 30,148 |
| Others (9 companies) | Korea | | | | | 358,815 | 162,755 | 101,774 | 215,155 |
| | | | | | | 9,402,906 | 6,667,612 | 6,301,448 | 6,537,675 |
| **[Foreign]** | | | | | | | | |
| PT. KRAKATAU POSCO | Indonesia | Steel manufacturing and sales | | 739,900 | 70.00 | 107,854 | 813,431 | 813,431 | 813,431 |
| POSCO WA PTY LTD | Australia | Iron ore sales and mine development | | 617,869,589 | 100.00 | 395,539 | 635,736 | 635,736 | 631,625 |
| POSCO Maharashtra Steel Private Limited | India | Steel manufacturing and sales | | 361,789,958 | 100.00 | 449,687 | 722,569 | 722,569 | 722,569 |
| POSCO AUSTRALIA PTY LTD | Australia | Iron ore sales and mine development | | 761,775 | 100.00 | 453,907 | 330,623 | 330,623 | 330,623 |
| Zhangjiagang Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | | - | 58.60 | 526,652 | 283,845 | 283,845 | 283,845 |
| POSCO Thainox Public Company Limited | Thailand | Stainless steel manufacturing and sales | | 6,599,893,819 | 84.66 | 323,097 | 444,506 | 416,612 | 416,612 |
| POSCO SS VINA Co., Ltd.(*3) | Vietnam | Steel manufacturing and sales | | - | 100.00 | (33,935) | 241,426 | - | 241,426 |
| POSCO-China Holding Corp. | China | Investment management | | - | 100.00 | 509,515 | 593,841 | 593,841 | 240,430 |
| POSCO-India Private Limited | India | Steel manufacturing and sales | | 764,999,999 | 99.99 | 78,278 | 184,815 | 75,567 | 75,567 |
| POSCO MEXICO S.A. DE C.V. | Mexico | Plate steel manufacturing and sales | | 2,686,745,272 | 83.28 | 220,698 | 180,072 | 180,072 | 180,072 |
| POSCO America Corporation | USA | Steel trading | | 437,941 | 99.45 | 74,035 | 192,156 | 192,156 | 192,156 |
| POSCO-VIETNAM Co., Ltd. | Vietnam | Steel manufacturing and sales | | - | 100.00 | 27,699 | 160,572 | 160,572 | 160,572 |
| POSCO VST CO., LTD. | Vietnam | Stainless steel manufacturing and sales | | - | 95.65 | 37,915 | 144,573 | 144,573 | 144,573 |
| POSCO(Guangdong) Automotive Steel Co., Ltd. | China | Plate steel manufacturing and sales | | - | 83.64 | 92,656 | 130,751 | 130,751 | 130,751 |
| POSCO COATED STEEL (THAILAND) CO., LTD | Thailand | Plate steel manufacturing and sales | | 36,000,000 | 100.00 | 91,078 | 121,592 | 121,592 | 121,592 |
| POSCO Asia Co., Ltd. | Hong Kong | Steel and raw material trading | | 9,360,000 | 100.00 | 195,899 | 117,710 | 117,710 | 117,710 |
| POSCO ASSAN TST STEEL INDUSTRY | Turkey | Steel manufacturing and sales | | 144,579,160 | 60.00 | (50,292) | 92,800 | 92,800 | 92,800 |
| POSCO JAPAN Co., Ltd. | Japan | Steel trading | | 90,438 | 100.00 | 153,197 | 68,436 | 68,436 | 68,436 |
| Qingdao Pohang Stainless Steel Co., Ltd. | China | Stainless steel manufacturing and sales | | - | 70.00 | 103,632 | 65,982 | 65,982 | 65,982 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | China | Steel manufacturing and sales | | - | 90.00 | 139,132 | 62,494 | 62,494 | 62,494 |
| POSCO AFRICA (PROPRIETARY) LIMITED | South Africa | Mine development | | 1,390 | 100.00 | 32,796 | 50,297 | 50,297 | 50,297 |
| POSCO-Malaysia SDN. BHD. | Malaysia | Iron ore sales and mine development | | 144,772,000 | 81.79 | (8,221) | 45,479 | 45,479 | 45,479 |
| POSCO(Guangdong) Coated Steel Co., Ltd. | China | Plate steel sheet manufacturing and sales | | - | 87.04 | 31,627 | 31,299 | 31,299 | 31,299 |
| POSCO Argentina S.A.U. | Argentina | Mineral exploration, manufacturing and sales | | - | 100.00 | 347,636 | 349,097 | 349,097 | - |
| Others (27 companies) | | | | | | 670,281 | 439,521 | 406,124 | 371,742 |
| | | | | | | 4,970,362 | 6,503,623 | 6,091,658 | 5,592,083 |
| | | | | | | ₩ 14,373,268 | 13,171,235 | 12,393,106 | 12,129,758 |

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(*1) As of December 31, 2018, the Company performed the impairment test on shares of POSCO DAEWOO Corporation due to evidences of impairment such as continuous decrease of the fair value.   Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 7.84%.   As a result of the impairment test, the Company has recognized ₩203,054 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*2) As of December 31, 2018, the Company performed the impairment test on shares of POSCO ES MATERIALS CO., LTD due to business performance below the expectation.   Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 15.28%.   As a result of the impairment test, the Company has recognized ₩ 89,313 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*3) As of December 31, 2018, the Company performed the impairment test on shares of POSCO SS VINA Co., Ltd. due to evidences of impairment such as continuous loss. Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 5.45%.   As a result of the impairment test, the Company has recognized ₩ 241,426 million of impairment loss on its shares due to its carrying amount that significantly exceeded its recoverable amount.

(*4) As of December 31, 2018, the fair value of POSCO M-TECH was increased significantly and the recoverable amount is estimated since there is an objective evidence of a decrease in impairment loss recognized in prior periods.   Recoverable amount was determined based on fair value less cost to sell, which was calculated by the stock price as of the valuation date.   The fair value measurement is classified as fair value hierarchy Level 3 considering the inputs used to measure.

(*5) The Company classified POSCO M-TECH as a subsidiary investment in consideration of additional facts and circumstances, such as the relative size of the voting rights held by the Company and the degree of diversification of other voting rights holders, although the Company holds less than half of the voting rights of POSCO M-Tech Co., Ltd.

(*6) As of December 31, 2018 and 2017, the investments in a subsidiary amounting to ₩ 30,148 million were provided as collateral in relation to the loan agreements of Busan E&E Co., Ltd.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) Details of associates and carrying amounts as of December 31, 2018 and 2017 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2018 Net asset value | Acquisition cost | Book value | 2017 Book value |
|---|---|---|---|---|---|---|---|---|
| **[Domestic]** | | | | | | | | |
| EQP POSCO Global NO1 Natural Resources PEF | Korea | Mine investment | 169,316,307,504 | 29.63 | ₩ 551,977 | 169,316 | 169,316 | 169,316 |
| SNNC | Korea | STS material manufacturing and sales | 18,130,000 | 49.00 | 260,427 | 100,655 | 100,655 | 100,655 |
| Others (6 companies) | | | | | (11,563) | 540,468 | 19,052 | 19,052 |
| | | | | | 800,841 | 810,439 | 289,023 | 289,023 |
| **[Foreign]** | | | | | | | | |
| Nickel Mining Company SAS | New Caledonia | Raw material manufacturing and sales | 3,234,698 | 49.00 | 136,379 | 189,197 | 189,197 | 189,197 |
| 7623704 Canada Inc.(*1) | Canada | Mine investment | 114,452,000 | 10.40 | 1,232,207 | 124,341 | 124,341 | 124,341 |
| Zhongyue POSCO (Qinhuangdao) Tinplate Industrial Co., Ltd | China | Tinplate manufacturing and sales | - | 24.00 | 49,251 | 11,003 | 11,003 | 11,003 |
| Others (4 companies) | | | | | 32,612 | 25,547 | 20,530 | 25,665 |
| | | | | | 1,450,449 | 350,088 | 345,071 | 350,206 |
| | | | | | ₩ 2,251,290 | 1,160,527 | 634,094 | 639,229 |

(*1) As of December 31, 2018, it was classified as an associate even though the Company's ownership percentage is less than 20% of ownership since the Company has significant influence over the investee when considering its structure of the Board of Directors and others.

(d) Details of joint ventures and carrying amounts as of December 31, 2018 and 2017 are as follows:

*(in millions of Won)*

| | Country | Principal operations | Number of shares | Ownership (%) | 2018 Net asset value | Acquisition cost | Book value | 2017 Book value |
|---|---|---|---|---|---|---|---|---|
| Roy Hill Holdings Pty Ltd(*1) | Australia | Mine development | 10,494,377 | 10.00 | ₩ 3,623,127 | 1,225,464 | 1,225,464 | 1,225,464 |
| CSP - Compania Siderurgica do Pecem(*2) | Brazil | Steel manufacturing and sales | 1,108,696,532 | 20.00 | 1,375 | 558,821 | 336,600 | 573,830 |
| POSCO-NPS Niobium LLC | USA | Mine development | 325,050,000 | 50.00 | 726,810 | 364,609 | 364,609 | 364,609 |
| KOBRASCO | Brazil | Steel materials manufacturing and sales | 2,010,719,185 | 50.00 | 266,897 | 98,962 | 98,962 | 98,962 |
| Others (4 companies) | | | | | 360,554 | 68,504 | 68,504 | 67,004 |
| | | | | | ₩ 4,978,763 | 2,316,360 | 2,094,139 | 2,329,869 |

(*1) As of December 31, 2018 and 2017, the investments in joint ventures amounting to ₩1,225,464 million were provided as collateral in relation to loans from project financing of Roy Hill Holdings Pty Ltd.

(*2) As of December 31, 2018, the Company performed the impairment test on shares of CSP - Compania Siderurgica do Pecem due to evidences of impairment including continuous loss. Recoverable amount was determined based on its value in use, which is estimated from the present value of estimated future cash flows discounted at 8.71%. As a result of the impairment test, the Company has recognized ₩235,730 million of impairment losses on its shares due to its carrying amount that significantly exceeded its recoverable amount.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 12. Investment Property, Net

(a) Investment property as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated depreciation | Book value | Acquisition cost | Accumulated depreciation | Book value |
| Land | ₩ | 44,637 | - | 44,637 | 38,035 | - | 38,035 |
| Buildings | | 150,630 | (96,353) | 54,277 | 133,473 | (83,680) | 49,793 |
| Structures | | 22,508 | (13,207) | 9,301 | 21,691 | (12,212) | 9,479 |
| | ₩ | 217,775 | (109,560) | 108,215 | 193,199 | (95,892) | 97,307 |

The fair value of investment property as of December 31, 2018 is ₩483,508 million.

(b) Changes in the carrying amount of investment property for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 38,035 | - | 6,602 | 44,637 |
| Buildings | | 49,793 | (3,715) | 8,199 | 54,277 |
| Structures | | 9,479 | (596) | 418 | 9,301 |
| | ₩ | 97,307 | (4,311) | 15,219 | 108,215 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

2) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Depreciation(*1) | Transfer(*2) | Ending |
|---|---|---|---|---|---|
| Land | ₩ | 34,213 | - | 3,822 | 38,035 |
| Buildings | | 46,437 | (3,308) | 6,664 | 49,793 |
| Structures | | 5,646 | (585) | 4,418 | 9,479 |
| | ₩ | 86,296 | (3,893) | 14,904 | 97,307 |

(*1) The useful life and depreciation method of investment property are identical to those of property, plant and equipment.

(*2) Mainly includes assets transferred from property, plant and equipment in relation to change in rental ratio and the purpose of use.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 13. Property, Plant and Equipment, Net

(a) Property, plant and equipment as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | 2018 | | | | | 2017 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value | Acquisition cost | Accumulated depreciation | Accumulated impairment | Government grants | Book value |
| Land | ₩ 1,458,632 | - | - | - | 1,458,632 | 1,474,993 | - | - | - | 1,474,993 |
| Buildings | 6,078,950 | (3,868,189) | (11,332) | - | 2,199,429 | 6,030,099 | (3,685,001) | (10,699) | - | 2,334,399 |
| Structures | 4,936,474 | (2,679,134) | (13,241) | - | 2,244,099 | 4,880,792 | (2,519,411) | (9,373) | - | 2,352,008 |
| Machinery and equipment | 38,000,342 | (24,892,883) | (195,992) | - | 12,911,467 | 37,370,140 | (23,803,414) | (129,388) | - | 13,437,338 |
| Vehicles | 205,582 | (198,242) | - | - | 7,340 | 203,522 | (196,475) | - | - | 7,047 |
| Tools | 201,564 | (177,700) | - | - | 23,864 | 192,138 | (171,023) | - | - | 21,115 |
| Furniture and fixtures | 259,885 | (223,247) | (351) | - | 36,287 | 251,722 | (220,328) | (344) | - | 31,050 |
| Finance lease assets | 169,094 | (26,293) | - | - | 142,801 | 88,046 | (15,941) | - | - | 72,105 |
| Construction-in-progress | 1,982,037 | - | (846,401) | (5,221) | 1,130,415 | 1,836,350 | - | - | (5,135) | 1,831,215 |
| ₩ | 53,292,560 | (32,065,688) | (1,067,317) | (5,221) | 20,154,334 | 52,327,802 | (30,611,593) | (149,804) | (5,135) | 21,561,270 |

(b) Changes in the carrying amount of property, plant and equipment for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1,2) | Others(*3) | Ending |
|---|---|---|---|---|---|---|---|
| Land | ₩ 1,474,993 | - | (9,763) | - | - | (6,598) | 1,458,632 |
| Buildings | 2,334,399 | 11,743 | (10,586) | (207,946) | (633) | 72,452 | 2,199,429 |
| Structures | 2,352,008 | 9,837 | (1,469) | (187,572) | (3,868) | 75,163 | 2,244,099 |
| Machinery and equipment | 13,437,338 | 64,645 | (47,128) | (1,677,476) | (88,642) | 1,222,730 | 12,911,467 |
| Vehicles | 7,047 | 412 | - | (5,197) | - | 5,078 | 7,340 |
| Tools | 21,115 | 6,076 | (3) | (10,785) | - | 7,461 | 23,864 |
| Furniture and fixtures | 31,050 | 1,708 | (39) | (8,231) | (7) | 11,806 | 36,287 |
| Finance lease assets | 72,105 | 81,048 | - | (10,352) | - | - | 142,801 |
| Construction-in-progress | 1,831,215 | 1,608,023 | - | - | (846,401) | (1,462,422) | 1,130,415 |
| ₩ | 21,561,270 | 1,783,492 | (68,988) | (2,107,559) | (939,551) | (74,330) | 20,154,334 |

(*1) During 2018, the Company evaluated future economic performance of its Synthetic Natural Gas (SNG) facility that was still in trial run stage.   Considering the continuous decline in LNG price, increase in coal prices and the need for additional capital investment in the SNG facility, the Company concluded that the profitability for the SNG facility is unlikely to be sustainable and decided to terminate the operation of SNG facility as of December 31, 2018.   The property, plant and equipment in the SNG facility are primarily comprised of machinery and equipment, among which assets with a carrying value of ₩180,238 million are expected to be re-used in other facilities of the Company therefore no impairment test was conducted.   For the remaining assets impairment test was performed by estimating the recoverable amount of each individual assets.   For the assets which are determined to be technically obsolete and therefore sale is unlikely, recoverable amount represents expected scrap value less cost of disposal.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

For the assets for which sale is probable, the recoverable amount is determined based on fair value less cost of disposal. Fair value was measured using cost approach, which is based on estimated the current cost to purchase or replace the asset less applicable depreciation and obsolescence. Specifically, the Company used indirect cost approach to estimate the replacement cost for a new asset by applying asset specific inflation factors to the asset's historical cost. Then the Company estimates and deducts depreciation for physical deterioration. Depreciation factors are applied primarily based on estimated useful life of the asset and declining balance depreciation method. The fair value measurement of assets in SNG facility is considered to be level 3 because significant inputs used in the estimate, such as asset specific inflation factors and estimated useful lives, are unobservable.

As a result of the impairment test, the Company recognized an impairment loss of ₩877,764 million in connection with the property, plant and equipment in the SNG facility.

(*2) The Company has recognized an impairment loss amounting to ₩61,787 million since recoverable amount on Strip Casting facilities and others is less than its carrying amount for the period ended December 31, 2018.

(*3) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred to investment properties, and others.

2) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Depreciation | Impairment(*1) | Others(*2) | Ending |
|---|---|---|---|---|---|---|---|---|
| Land | ₩ | 1,472,419 | - | (4,970) | - | - | 7,544 | 1,474,993 |
| Buildings | | 2,451,009 | 2,324 | (4,129) | (217,381) | - | 102,576 | 2,334,399 |
| Structures | | 2,464,391 | 5,712 | (1,876) | (188,449) | (29) | 72,259 | 2,352,008 |
| Machinery and equipment | | 13,577,042 | 71,692 | (77,575) | (1,649,668) | (17,619) | 1,533,466 | 13,437,338 |
| Vehicles | | 11,316 | 521 | - | (7,117) | - | 2,327 | 7,047 |
| Tools | | 23,244 | 3,891 | (8) | (11,289) | (3) | 5,280 | 21,115 |
| Furniture and fixtures | | 33,890 | 3,793 | (29) | (9,063) | - | 2,459 | 31,050 |
| Finance lease assets | | 77,848 | - | - | (5,743) | - | - | 72,105 |
| Construction-in-progress | | 2,146,250 | 1,513,388 | - | - | - | (1,828,423) | 1,831,215 |
| | ₩ | 22,257,409 | 1,601,321 | (88,587) | (2,088,710) | (17,651) | (102,512) | 21,561,270 |

(*1) The Company has recognized impairment losses since recoverable amount on Fe powder factory and ULPC facilities were less than their carrying amount for the year ended December 31, 2017.

(*2) Represents assets transferred from construction-in-progress to intangible assets and other property, plant and equipment, assets transferred from investment properties, and others.

(c) Borrowing costs capitalized and the capitalized interest rate for the years ended December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Weighted average expenditure | ₩ | 444,586 | 740,490 |
| Borrowing costs capitalized | | 15,736 | 24,706 |
| Capitalization rate | | 3.54% | 3.34% |

54

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**14. Intangible Assets, Net**

(a) Intangible assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | | 2017 | | | |
|---|---|---|---|---|---|---|---|---|
| | | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value | Acquisition cost | Accumulated amortization | Accumulated impairment | Book value |
| Intellectual property rights | ₩ | 45,423 | (21,046) | - | 24,377 | 40,995 | (16,818) | - | 24,177 |
| Membership | | 76,806 | - | (3,623) | 73,183 | 51,276 | - | (2,999) | 48,277 |
| Development expense | | 399,001 | (307,243) | - | 91,758 | 348,326 | (273,521) | - | 74,805 |
| Port facilities usage rights | | 725,151 | (419,441) | - | 305,710 | 706,480 | (396,441) | - | 310,039 |
| Construction-in-progress | | 58,561 | - | - | 58,561 | 55,292 | - | - | 55,292 |
| Other intangible assets | | 362,493 | (259,028) | (11,832) | 91,633 | 285,010 | (257,704) | (11,822) | 15,484 |
| | ₩ | 1,667,435 | (1,006,758) | (15,455) | 645,222 | 1,487,379 | (944,484) | (14,821) | 528,074 |

(b) Changes in the carrying amount of intangible assets for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 24,177 | - | (401) | (5,041) | - | 5,642 | 24,377 |
| Membership(*1) | | 48,277 | 26,869 | (573) | - | (1,007) | (383) | 73,183 |
| Development expense | | 74,805 | 1,901 | - | (33,997) | - | 49,049 | 91,758 |
| Port facilities usage rights | | 310,039 | - | - | (23,001) | - | 18,672 | 305,710 |
| Construction-in-progress | | 55,292 | 59,257 | - | - | - | (55,988) | 58,561 |
| Other intangible assets | | 15,484 | 75,676 | - | (7,062) | (10) | 7,545 | 91,633 |
| | ₩ | 528,074 | 163,703 | (974) | (69,101) | (1,017) | 24,537 | 645,222 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

2) For the year ended December 31, 2017

| (in millions of Won) | | Beginning | Acquisitions | Disposals | Amortization | Impairment(*2) | Transfer(*3) | Ending |
|---|---|---|---|---|---|---|---|---|
| Intellectual property rights | ₩ | 22,671 | - | (447) | (4,339) | - | 6,292 | 24,177 |
| Membership(*1) | | 48,512 | - | (235) | - | - | - | 48,277 |
| Development expense | | 102,785 | 2,021 | - | (61,037) | - | 31,036 | 74,805 |
| Port facilities usage rights | | 257,348 | - | - | (19,990) | - | 72,681 | 310,039 |
| Construction-in-progress | | 52,925 | 62,200 | - | - | - | (59,833) | 55,292 |
| Other intangible assets | | 24,649 | 1,573 | (2) | (6,237) | (11,822) | 7,323 | 15,484 |
| | ₩ | 508,890 | 65,794 | (684) | (91,603) | (11,822) | 57,499 | 528,074 |

(*1) Economic useful life of membership is indefinite.
(*2) The Company has recognized impairment losses on some other intangible assets since the recoverable amounts were less than carrying amounts.
(*3) Represents assets transferred from construction-in-progress to intangible assets and assets transferred from property, plant and equipment, and others.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 15. Other Assets

Other current assets and other long-term assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Advance payments | ₩ | 4,157 | 7,156 |
| Prepaid expenses | | 19,385 | 20,751 |
| | ₩ | 23,542 | 27,907 |
| **Non-current** | | | |
| Long-term prepaid expenses | ₩ | 5,089 | 5,395 |
| Others(*1) | | 53,184 | 92,424 |
| | ₩ | 58,273 | 97,819 |

(*1) As of December 31, 2018 and 2017, the Company recognized tax assets amounting to ₩50,112 million and ₩88,633 million, respectively, based on the Company's best estimate of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits are finalized.

### 16. Borrowings

(a) Borrowings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Short-term borrowings** | | | |
| Short-term borrowings | ₩ | 476,612 | 383,976 |
| Current portion of long-term borrowings | | 375 | 2,715 |
| Current portion of debentures | | 350,000 | 849,644 |
| Less: Current portion of discount on debentures issued | | (125) | (628) |
| | ₩ | 826,862 | 1,235,707 |
| **Long-term borrowings** | | | |
| Long-term borrowings | ₩ | 1,141 | 1,468 |
| Debentures | | 3,456,367 | 2,672,327 |
| Less: Discount on debentures issued | | (13,400) | (8,278) |
| | ₩ | 3,444,108 | 2,665,517 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(b)  Short-term borrowings as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Short-term borrowings | Korea Development Bank | 2018.12.11 | 2019.05.11 | 2.26 | 300,000 | 300,000 |
| Transfers of account receivables that do not qualify for derecognition | - | - | - | - | 176,612 | 83,976 |
| | | | | | ₩ 476,612 | 383,976 |

(c) Current portion of long-term borrowings as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Borrowings | Woori Bank | 2011.04.28 | 2019.03.15 | 1.75 | ₩ | 2,715 |
| Debentures | Domestic debentures 307-1 | 2016.05.03 | 2019.05.03 | 1.76 | 349,875 | 469,736 |
| Foreign debentures | - | - | - | - | - | 379,280 |
| | | | | | ₩ 350,250 | 851,731 |

(d) Long-term borrowings excluding current portion, as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | Lenders | Issuance date | Maturity date | Annual interest rate (%) | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Borrowings | - | - | - | - | ₩ - | 375 |
| Foreign borrowings | KOREA ENERGY AGENCY | 2007.12.27~ 2008.12.29 | 2022.12.29 | 3 year Government bond | 1,141 | 1,093 |
| Debentures | Domestic debentures 304-2 and others | 2011.11.28~ 2018.07.05 | 2020.10.04~ 2023.10.04 | 1.88~4.12 | 1,177,704 | 1,028,258 |
| Foreign debentures | Japan Yen private bond and others | 2010.10.28~ 2018.08.01 | 2020.10.28~ 2023.08.01 | 2.70~5.25 | 2,265,263 | 1,635,791 |
| | | | | | ₩ 3,444,108 | 2,665,517 |

## 17. Other Payables

Other payables as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Accounts payable | ₩ | 590,424 | 460,427 |
| Accrued expenses | | 434,379 | 379,797 |
| Dividend payable | | 2,764 | 4,671 |
| Finance lease liabilities | | 10,116 | 6,003 |
| Withholdings | | 35,050 | 11,637 |
| | ₩ | 1,072,733 | 862,535 |
| **Non-current** | | | |
| Long-term accrued expenses | ₩ | 10,964 | 9,625 |
| Finance lease liabilities | | 131,646 | 65,500 |
| Long-term withholdings | | 1,733 | 3,356 |
| | ₩ | 144,343 | 78,481 |

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

---

### 18. Other Financial Liabilities

Other financial liabilities as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Derivative liabilities | ₩ | - | 9,632 |
| Financial guarantee liabilities | | 12,638 | 13,532 |
| | ₩ | 12,638 | 23,164 |
| **Non-current** | | | |
| Derivative liabilities | ₩ | 34,743 | 74,834 |
| Financial guarantee liabilities | | 45,193 | 54,342 |
| | ₩ | 79,936 | 129,176 |

### 19. Provisions

(a) Provisions as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Current | Non-current | Current | Non-current |
| Provision for bonus payments(*1,2) | ₩ | 9,786 | 26,963 | 5,893 | - |
| Provision for restoration(*3) | | 9,379 | 20,324 | 12,273 | 17,198 |
| Provision for legal contingencies and claims(*4) | | - | 46,432 | - | 2,052 |
| | ₩ | 19,165 | 93,719 | 18,166 | 19,250 |

(*1) Represents the provision for bonuses limited to 67% of annual salaries for executives.

(*2) The Company estimated the present value of estimated future cash payments about the long-term service reward, based on actuarial measurement and has recognized ₩ 29,126 million of provisions.

(*3) Due to contamination of land near the Company's magnesium smelting plant located in Gangneung province and others, the Company recognized present values of estimated costs for recovery as provisions for restoration as of December 31, 2018. In order to determine the estimated costs, the Company has assumed that it would use all of technologies and materials available for now to recover the land.   In addition, the Company has applied discount rates of 2.28%~2.37% to assess present value of these costs.

(*4) The Company has recognized provisions for certain litigations and other contingencies for the year ended December 31, 2018.

58

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Changes in provisions for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| *(in millions of Won)* | | Beginning | Increase | Utilization | Ending |
|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 5,893 | 45,827 | (14,971) | 36,749 |
| Provision for restoration | | 29,471 | 9,097 | (8,865) | 29,703 |
| Provision for legal contingencies and claims | | 2,052 | 44,380 | - | 46,432 |
| | ₩ | 37,416 | 99,304 | (23,836) | 112,884 |

2) For the year ended December 31, 2017

| *(in millions of Won)* | | Beginning | Increase | Reversal | Utilization | Ending |
|---|---|---|---|---|---|---|
| Provision for bonus payments | ₩ | 3,985 | 22,300 | - | (20,392) | 5,893 |
| Provision for restoration | | 37,178 | 822 | - | (8,529) | 29,471 |
| Provision for legal contingencies and claims | | 2,497 | - | (419) | (26) | 2,052 |
| | ₩ | 43,660 | 23,122 | (419) | (28,947) | 37,416 |

## 20. Employee Benefits

(a) Defined contribution plans

The expense related to post-employment benefit plans under defined contribution plans for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Expense related to post-employment benefit plans under defined contribution plans | ₩ | 31,324 | 26,227 |

(b) Defined benefit plans

1) The amounts recognized in relation to net defined benefit liabilities in the statements of financial position as of December 31, 2018 and 2017 are as follows:

| *(in millions of Won)* | | 2018 | 2017 |
|---|---|---|---|
| Present value of funded obligations | ₩ | 1,265,675 | 1,108,876 |
| Fair value of plan assets | | (1,264,812) | (1,108,833) |
| Net defined benefit liabilities | ₩ | 863 | 43 |

59

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

2) Changes in present value of defined benefit obligations for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Defined benefit obligation at the beginning of period | ₩ | 1,108,876 | 1,065,255 |
| Current service costs | | 111,033 | 115,113 |
| Interest costs | | 33,757 | 19,468 |
| Remeasurement : | | 132,868 | 25,425 |
| - Gain from change in financial assumptions | | 113,977 | (53,949) |
| - Loss (gain) from change in demographic assumptions | | - | 19,428 |
| - Loss from change in others | | 18,891 | 59,946 |
| Amount transferred from associate | | 241 | - |
| Benefits paid | | (121,100) | (116,385) |
| Defined benefit obligation at the end of period | ₩ | 1,265,675 | 1,108,876 |

3) Changes in the fair value of plan assets for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Fair value of plan assets at the beginning of period | ₩ | 1,108,833 | 1,146,876 |
| Interest on plan assets | | 33,756 | 31,697 |
| Remeasurement of plan assets | | (13,416) | (11,643) |
| Contributions to plan assets | | 240,440 | 49,963 |
| Benefits paid | | (104,801) | (108,060) |
| Fair value of plan assets at the end of period | ₩ | 1,264,812 | 1,108,833 |

The Company expects to make an estimated contribution of ₩241,000 million to the defined benefit plan assets in 2019.

4) The fair value of plan assets as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Debt instruments | ₩ | 511,406 | 352,413 |
| Deposits | | 748,230 | 747,590 |
| Others | | 5,176 | 8,830 |
| | ₩ | 1,264,812 | 1,108,833 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**

**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

5) The amounts recognized in the statements of comprehensive income for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Current service costs | ₩ | 111,033 | 115,113 |
| Net interest costs(*1) | | 1 | (12,229) |
| | ₩ | 111,034 | 102,884 |

(*1) The actual return on plan assets amounted to ₩20,340 million and ₩20,054 million for the years ended December 31, 2018 and 2017, respectively.

The above expenses by function were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Cost of sales | ₩ | 83,615 | 74,040 |
| Selling and administrative expenses | | 26,367 | 27,974 |
| Others | | 1,052 | 870 |
| | ₩ | 111,034 | 102,884 |

6) Remeasurements of defined benefit plans, net of tax recognized in other comprehensive income (loss) for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | (182,571) | (162,784) |
| Remeasurements of defined benefit plans | | (146,284) | (37,068) |
| Tax effects | | 40,228 | 17,281 |
| Ending | ₩ | (288,627) | (182,571) |

7) The principal actuarial assumptions as of December 31, 2018 and 2017 are as follows:

| | 2018 | 2017 |
|---|---|---|
| Discount rate | 2.60% | 3.10% |
| Expected future increases in salaries(*1) | 4.60% | 3.72% |

(*1) The expected future increases in salaries are based on the average salary increase rate for the past five years.

All assumptions are reviewed at the end of the reporting period.   Additionally, the total estimated defined benefit obligation includes actuarial assumptions associated with the long-term characteristics of the defined benefit plan.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

8) Reasonably possible changes at the reporting date to one of the relevant actuarial assumption, holding the other assumptions constant, would have affected the defined benefit obligation by the amounts shown below:

| (in millions of Won) | | 1% Increase | | 1% Decrease | |
|---|---|---|---|---|---|
| | | Amount | Percentage (%) | Amount | Percentage (%) |
| Discount rate | ₩ | (86,515) | (6.8) | 102,558 | 8.1 |
| Expected future increases in salaries | | 104,279 | 8.2 | (89,498) | (7.1) |

9) As of December 31, 2018 the maturity of the expected benefit payments are as follows:

| (in millions of Won) | | Within 1 year | 1 year - 5 years | 5 years - 10 years | 10 years - 20 years | After 20 years | Total |
|---|---|---|---|---|---|---|---|
| Benefits to be paid | ₩ | 41,423 | 437,842 | 535,142 | 343,227 | 174,488 | 1,532,122 |

The maturity analysis of the defined benefit obligation were nominal amounts of defined benefit obligations using expected remaining period of service of employees.

## 21. Other Liabilities

Other liabilities as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Current** | | | |
| Advances received | ₩ | 9,902 | 27,358 |
| Withholdings | | 25,034 | 25,556 |
| Unearned revenue | | 19,870 | 1,488 |
| | ₩ | 54,806 | 54,402 |
| **Non-current** | | | |
| Unearned revenue | ₩ | 15,264 | 14,292 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 22. Financial Instruments

(a) Classification and fair value of financial instruments

1) The carrying amount and the fair values of financial assets and financial liabilities by fair value hierarchy as of December 31, 2018 and 2017 are as follows:

① December 31, 2018

| (in millions of Won) | | Book value | Fair value | | | |
|---|---|---|---|---|---|---|
| | | | Level 1 | Level 2 | Level 3 | Total |
| **Financial assets** | | | | | | |
| Fair value through profit or loss | | | | | | |
| Derivate assets | ₩ | 1,265 | - | 1,265 | - | 1,265 |
| Short-term financial instruments | | 5,776,407 | - | 5,776,407 | - | 5,776,407 |
| Debt securities | | 8,050 | - | - | 8,050 | 8,050 |
| Other securities | | 61,701 | - | - | 61,701 | 61,701 |
| Other receivables | | 2,000 | - | - | 2,000 | 2,000 |
| Fair value through other comprehensive income | | | | | | |
| Equity securities | | 1,104,092 | 874,772 | - | 229,320 | 1,104,092 |
| Debt securities | | 1,638 | - | - | 1,638 | 1,638 |
| Financial assets measured at amortized cost(*1) | | | | | | |
| Cash and cash Equivalents | | 259,219 | - | - | - | - |
| Trade accounts and notes receivable | | 3,967,091 | - | - | - | - |
| Other receivables | | 158,256 | - | - | - | - |
| Deposit instruments | | 1,248,747 | - | - | - | - |
| | ₩ | 12,588,466 | 874,772 | 5,777,672 | 302,709 | 6,955,153 |
| **Financial liabilities** | | | | | | |
| Fair value through profit or loss | | | | | | |
| Derivative liabilities | ₩ | 34,743 | - | 34,743 | | 34,743 |
| Financial liabilities measured at amortized cost(*1) | | | | | | |
| Trade accounts and notes payable | | 1,106,226 | - | - | - | - |
| Borrowings | | 4,270,970 | - | 4,398,178 | - | 4,398,178 |
| Financial guarantee liabilities | | 57,831 | - | - | - | - |
| Others | | 1,206,529 | - | - | - | - |
| | ₩ | 6,676,299 | - | 4,432,921 | - | 4,432,921 |

(*1) Fair value of financial assets and liabilities measured at amortized cost except borrowings approximates carrying amounts.

63

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② December 31, 2017

*(in millions of Won)*

| | | Book value | Fair value | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | Level 1 | Level 2 | Level 3 | Total |
| **Financial assets** | | | | | | |
| Available-for-sale financial assets | ₩ | 1,395,589 | 1,096,288 | - | 299,301 | 1,395,589 |
| Loans and receivables(*1) | | | | | | |
| Cash and cash Equivalents | | 332,405 | - | - | - | - |
| Trade accounts and notes receivable | | 3,874,929 | - | - | - | - |
| Loans and other receivables | | 5,984,127 | - | - | - | - |
| | ₩ | 11,587,050 | 1,096,288 | - | 299,301 | 1,395,589 |
| **Financial liabilities** | | | | | | |
| Financial liabilities at fair value through profit or loss | | | | | | |
| Derivative liabilities | ₩ | 84,466 | - | 84,466 | - | 84,466 |
| Financial liabilities measured at amortized cost(*1) | | | | | | |
| Trade accounts and notes payable | | 1,025,027 | - | - | - | - |
| Borrowings | | 3,901,224 | - | 4,041,204 | - | 4,041,204 |
| Financial guarantee liabilities | | 67,874 | - | - | - | - |
| Others | | 932,405 | - | - | - | - |
| | ₩ | 6,010,996 | - | 4,125,670 | - | 4,125,670 |

(*1) Fair value of financial assets and liabilities measured at amortized cost except borrowings approximates carrying amounts.

2) Financial assets and financial liabilities classified as fair value hierarchy Level 2

Fair values of financial instruments are calculated based on the derivatives instrument valuation model such as market approach method and discounted cash flow method. Inputs of the financial instrument valuation model include interest rate, exchange rate, spot price of underlying assets, volatility and others.   It may change depending on the type of derivatives and the nature of the underlying assets.

3) Financial assets and financial liabilities classified as fair value hierarchy Level 3

① Value measurement method and significant but not observable inputs for the financial assets classified as fair value hierarchy Level 3 as of December 31, 2018 are as follows:

*(in millions of Won)*

| | | Fair value | Valuation technique | Inputs | Range of inputs | Effect on fair value assessment with unobservable input |
| --- | --- | --- | --- | --- | --- | --- |
| Financial assets at fair value | ₩ | 182,993 | Discounted cash flows | Discount rate | 10.20% | As discount rate increases, fair value decreases |
| | | 119,716 | Asset value approach | - | - | - |

64

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② Sensitivity analysis of financial assets and financial liabilities classified as Level 3 of fair value hierarchy

If other inputs remain constant as of December 31, 2018 and one of the significant but not observable input is changed, the effect on fair value measurement is as follows:

| (in millions of Won) | Input variable | | Favorable changes | Unfavorable changes |
|---|---|---|---|---|
| Financial assets at fair value | Fluctuation 0.5% of discount rate | ₩ | 12,883 | 11,775 |

③ Changes in fair value of financial assets and financial liabilities classified as Level 3 for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning | ₩ | 299,301 | 204,080 |
| Acquisition | | - | 166,407 |
| Gain or loss on valuation of financial assets | | 2,257 | (10,346) |
| Other comprehensive income (loss) | | 37,598 | 32,532 |
| Impairment | | - | (91,898) |
| Disposal and others | | (36,447) | (1,474) |
| Ending | ₩ | 302,709 | 299,301 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

4) Financial liabilities were recognized in connection with financial guarantee contracts as of December 31, 2018. The details of the amount of guarantees provided are as follows:

*(in millions of Won)*

| Guarantee beneficiary | Financial institution | | Guarantee limit | | Guarantee amount | |
|---|---|---|---|---|---|---|
| | | | Foreign currency | Won equivalent | Foreign currency | Won equivalent |
| POSCO Maharashtra | Export-Import Bank of Korea | USD | 180,000,000 | 201,258 | 36,000,000 | 40,251 |
| Steel Private Limited | HSBC | USD | 80,000,000 | 89,448 | 16,000,000 | 17,890 |
| | DBS | USD | 100,000,000 | 111,810 | 20,000,000 | 22,362 |
| | SCB | USD | 66,853,000 | 74,748 | 40,397,800 | 45,169 |
| | ING | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Citi | USD | 30,000,000 | 33,543 | 6,000,000 | 6,708 |
| POSCO ASSAN TST | SMBC | USD | 62,527,500 | 69,912 | 56,274,750 | 62,921 |
| STEEL INDUSTRY | ING | USD | 60,000,000 | 67,086 | 54,000,000 | 60,377 |
| | BNP | USD | 24,000,000 | 26,834 | 21,600,000 | 24,151 |
| POSCO Asia Co., Ltd. | BOC | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Credit Agricole | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| POSCO MEXICO S.A. DE C.V | SMBC | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | CITI BANAMEX | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | BOA | USD | 30,000,000 | 33,543 | 30,000,000 | 33,543 |
| | BTMU | USD | 30,000,000 | 33,543 | 30,000,000 | 33,543 |
| | ING | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| POSCO SS VINA Co., Ltd. | Export-Import Bank of Korea | USD | 249,951,050 | 279,470 | 193,722,717 | 216,601 |
| | BOA | USD | 40,000,000 | 44,724 | 30,976,000 | 34,634 |
| | BTMU | USD | 40,000,000 | 44,724 | 30,976,000 | 34,634 |
| | DBS | USD | 24,400,000 | 27,282 | 18,895,360 | 21,127 |
| POSCO-VIETNAM Co., Ltd. | BTMU | USD | 26,000,000 | 29,071 | 26,000,000 | 29,071 |
| | SMBC | USD | 50,000,000 | 55,905 | 50,000,000 | 55,905 |
| | Credit Agricole | USD | 40,000,000 | 44,724 | 40,000,000 | 44,724 |
| | Citi | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| | MIZUHO | USD | 20,000,000 | 22,362 | 20,000,000 | 22,362 |
| PT. KRAKATAU POSCO | Export-Import Bank of Korea | USD | 567,000,000 | 633,963 | 462,337,014 | 516,939 |
| | SMBC | USD | 140,000,000 | 156,534 | 114,331,913 | 127,835 |
| | BTMU | USD | 119,000,000 | 133,054 | 95,613,913 | 106,906 |
| | SCB | USD | 107,800,000 | 120,531 | 88,459,913 | 98,906 |
| | MIZUHO | USD | 105,000,000 | 117,400 | 84,365,217 | 94,329 |
| | Credit Suisse AG | USD | 91,000,000 | 101,747 | 73,116,522 | 81,752 |
| | HSBC | USD | 91,000,000 | 101,747 | 73,116,522 | 81,752 |
| | ANZ | USD | 73,500,000 | 82,180 | 60,900,609 | 68,093 |
| | BOA | USD | 35,000,000 | 39,134 | 28,121,739 | 31,443 |
| | The Tokyo Star Bank, Ltd | USD | 21,000,000 | 23,480 | 16,873,043 | 18,866 |
| POSCO COATED STEEL (THAILAND) CO., LTD. | The Great & Co. | THB | 5,501,000,000 | 188,959 | 5,501,000,000 | 188,959 |
| LLP POSUK Titanium | SMBC | USD | 15,000,000 | 16,772 | 15,000,000 | 16,772 |
| CSP - Compania | Export-Import Bank of Korea | USD | 182,000,000 | 203,494 | 171,344,336 | 191,580 |
| Siderurgica do Pecem | Santander | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | BNP | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | MIZUHO | USD | 47,600,000 | 53,222 | 44,322,524 | 49,557 |
| | Credit Agricole | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | SOCIETE GENERALE | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | KfW | USD | 20,000,000 | 22,362 | 18,622,913 | 20,822 |
| | BBVA Seoul | USD | 17,600,000 | 19,678 | 16,388,154 | 18,324 |
| | ING | USD | 17,600,000 | 19,678 | 16,388,154 | 18,324 |
| | BNDES | BRL | 464,060,000 | 133,686 | 462,554,370 | 133,253 |
| Nickel Mining Company SAS | SMBC | EUR | 46,000,000 | 58,841 | 46,000,000 | 58,841 |
| | | USD | 3,209,031,550 | 3,588,018 | 2,496,035,987 | 2,790,818 |
| | | EUR | 46,000,000 | 58,841 | 46,000,000 | 58,841 |
| | | THB | 5,501,000,000 | 188,959 | 5,501,000,000 | 188,959 |
| | | BRL | 464,060,000 | 133,686 | 462,554,370 | 133,253 |

66

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

5) Finance income and costs by category of financial instrument for the years ended December 31, 2018 and 2017 were as follows:

① For the year ended December 31, 2018

*(in millions of Won)*

| | | Finance income and costs | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Gain and loss on valuation | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | 131,903 | - | - | 1,199 | 3,522 | - | 136,624 | - |
| Financial assets at fair value through other comprehensive income | | - | 76,829 | - | - | - | - | 76,829 | (131,646) |
| Financial assets measured at amortized cost | | 27,769 | - | 12,660 | - | - | - | 40,429 | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | 11,420 | 40,090 | - | 51,510 | - |
| Financial liabilities measured at amortized cost | | (143,233) | - | (129,124) | - | - | 7,860 | (264,497) | - |
| | ₩ | 16,439 | 76,829 | (116,464) | 12,619 | 43,612 | 7,860 | 40,895 | (131,646) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates and joint ventures of ₩130,719 million for the year ended December 31, 2018.

② For the year ended December 31, 2017

*(in millions of Won)*

| | | Finance income and costs | | | | | | Other comprehensive income (loss) |
|---|---|---|---|---|---|---|---|---|
| | | Interest income (expense) | Dividend income(*1) | Gain and loss on foreign currency | Gain and loss on disposal | Impairment loss | Others | Total | |
| Financial assets at fair value through profit or loss | ₩ | - | - | - | - | - | (80,959) | (80,959) | - |
| Available-for-sale financial assets | | 55 | 35,223 | - | 421,559 | (94,350) | - | 362,487 | (50,850) |
| Loans and receivables | | 94,083 | - | (158,090) | - | - | (2,745) | (66,752) | - |
| Financial liabilities at fair value through profit or loss | | - | - | - | - | - | (84,466) | (84,466) | - |
| Financial liabilities measured at amortized cost | | (116,558) | - | 330,525 | - | - | 9,524 | 223,491 | - |
| | ₩ | (22,420) | 35,223 | 172,435 | 421,559 | (94,350) | (158,646) | 353,801 | (50,850) |

(*1) Finance income in the statement of comprehensive income includes the dividends from subsidiaries, associates and joint ventures of ₩122,684 million for the year ended December 31, 2017.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Credit risk

1) Credit risk exposure

The carrying amount of financial assets represents the Company's maximum exposure to credit risk.   The maximum exposure to credit risk as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| Cash and cash equivalents | ₩ | 259,219 | 332,405 |
| Derivative assets | | 1,265 | - |
| Short-term financial instrument | | 5,776,407 | 5,155,702 |
| Debt securities | | 9,688 | - |
| Other securities | | 61,701 | - |
| Available-for-sale financial assets | | - | 10,805 |
| Other receivables | | 160,256 | 162,313 |
| Trade accounts and notes receivable | | 3,967,091 | 3,874,929 |
| Bank deposit | | 1,248,747 | 666,112 |
| | ₩ | 11,484,374 | 10,202,266 |

The Company provided financial guarantee for the repayment of loans of subsidiaries, associates, and joint ventures.   As of December 31, 2018 and 2017, the maximum exposure to credit risk caused by financial guarantee amounted to ₩3,171,871 million and ₩3,497,038 million, respectively.

2) Impairment losses on financial assets

The Company assesses the expected credit loss on trade accounts and notes receivable, and other receivables by estimating the default rates based on the following three years of credit loss experience and overdue conditions.   The Company assesses the credit loss individually for credit-impaired assets and some other receivables.

① Allowance for doubtful accounts as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| Trade accounts and notes receivable | ₩ | 22,575 | 19,941 |
| Other accounts receivable | | 5,584 | 11,970 |
| Loans | | 11,265 | 7,968 |
| | ₩ | 39,424 | 39,879 |

68

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

② Impairment losses on financial assets for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| Bad debt expenses | ₩ | 3,661 | 18,133 |
| Impairment loss on available-for-sale securities | | - | 94,350 |

③ The aging and allowance for doubtful accounts of trade accounts and notes receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---:|---:|---:|---:|
| | | Trade accounts and notes receivable | Allowance for doubtful accounts | Trade accounts and notes receivable | Allowance for doubtful accounts |
| Not due | ₩ | 3,786,143 | 1,291 | 3,809,914 | 705 |
| Over due less than 1 month | | 186,676 | 4,607 | 47,566 | 1,193 |
| 1 month - 3 months | | 153 | 5 | 4,525 | 160 |
| 3 months - 12 months | | 791 | 23 | 14,630 | 911 |
| Over 12 months | | 24,857 | 16,649 | 23,794 | 16,972 |
| | ₩ | 3,998,620 | 22,575 | 3,900,429 | 19,941 |

④ The aging and allowance for doubtful accounts of loans and other account receivable as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---:|---:|---:|---:|
| | | Loans and other account receivable | Allowance for doubtful accounts | Loans and other account receivable | Allowance for doubtful accounts |
| Not due | ₩ | 140,271 | 8,327 | 121,311 | 8,057 |
| Over due less than 1 month | | 106 | - | 8,495 | - |
| 1 month - 3 months | | 163 | - | 90 | - |
| 3 months - 12 months | | 2,950 | 2,950 | 479 | 45 |
| Over 12 months | | 5,635 | 5,572 | 26,505 | 11,836 |
| | ₩ | 149,125 | 16,849 | 156,880 | 19,938 |

⑤ Changes in the allowance for doubtful accounts for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| Beginning | ₩ | 39,879 | 21,228 |
| Initial application of K-IFRS No. 1109 | | 70 | - |
| Bad debt expenses | | 3,661 | 18,133 |
| Others | | (4,186) | 518 |
| Ending | ₩ | 39,424 | 39,879 |

69

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(c) Liquidity risk

Contractual maturities for non-derivative financial liabilities, including estimated interest, are as follows:

| (in millions of Won) | Book value | Contractual cash flow | Within 3 months | 3 months - 6 months | 6 months - 1 year | 1 year - 5 years | After 5 years |
|---|---|---|---|---|---|---|---|
| Trade accounts and notes payable | ₩ 1,106,226 | 1,106,226 | 1,106,226 | - | - | - | - |
| Borrowings | 4,270,970 | 4,632,052 | 160,311 | 700,302 | 28,597 | 3,742,842 | - |
| Financial guarantee liabilities(*1) | 57,831 | 3,171,871 | 3,171,871 | - | - | - | - |
| Other financial liabilities | 1,241,272 | 1,276,348 | 1,023,197 | 6,141 | 47,304 | 176,350 | 23,356 |
| | ₩ 6,676,299 | 10,186,497 | 5,461,605 | 706,443 | 75,901 | 3,919,192 | 23,356 |

(*1) For issued financial guarantee contracts, the maximum amount of the guarantee is allocated to the earliest period in which the guarantee could be called.

(d) Currency risk

1) The Company has exposure to the risk that the fair value or future cash flows of a financial instrument will fluctuate because of the changes in foreign exchange rates. The exposure to currency risk as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | Assets | Liabilities | Assets | Liabilities |
| USD | ₩ | 982,856 | 2,742,712 | 892,188 | 1,892,720 |
| JPY | | 18,809 | 170,291 | 127,956 | 530,150 |
| CNY | | 351,550 | 891 | 316,243 | 371 |
| INR | | 427,151 | - | 395,585 | - |
| Others | | 260,553 | 7,856 | 267,270 | 60,552 |
| | ₩ | 2,040,919 | 2,921,750 | 1,999,242 | 2,483,793 |

2) As of December 31, 2018 and 2017, provided that functional currency against foreign currencies other than functional currency hypothetically strengthens or weakens by 10%, the changes in gain or loss for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | 10% increase | 10% decrease | 10% increase | 10% decrease |
| USD | ₩ | (175,986) | 175,986 | (100,053) | 100,053 |
| JPY | | (15,148) | 15,148 | (40,219) | 40,219 |
| CNY | | 35,066 | (35,066) | 31,587 | (31,587) |
| INR | | 42,715 | (42,715) | 39,559 | (39,559) |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

(e) Interest rate risk

1) The carrying amount of interest-bearing financial instruments as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Fixed rate** | | | |
| Financial assets | ₩ | 7,312,049 | 6,179,401 |
| Financial liabilities | | (4,411,216) | (3,968,544) |
| | ₩ | 2,900,833 | 2,210,857 |
| **Variable rate** | | | |
| Financial liabilities | ₩ | (1,516) | (4,183) |

2) Sensitivity analysis on the cash flows of financial instruments with variable interest rate

The Company's interest rate risk mainly arises from borrowings with variable interest rate.   As of December 31, 2018 and 2017, provided that other factors remain the same and the interest rate of borrowings with floating rates increases or decreases by 1%, the changes in interest expense for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | | 2017 | |
|---|---|---|---|---|---|
| | | 1% increase | 1% decrease | 1% increase | 1% decrease |
| Variable rate financial instruments | ₩ | (15) | 15 | (42) | 42 |

71

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 23. Share Capital and Capital Surplus

(a) Share capital as of December 31, 2018 and 2017 are as follows:

| (in Won, except per share information) | | 2018 | 2017 |
|---|---|---|---|
| Authorized shares | | 200,000,000 | 200,000,000 |
| Par value | ₩ | 5,000 | 5,000 |
| Issued shares(*1) | | 87,186,835 | 87,186,835 |
| Shared capital(*2) | ₩ | 482,403,125,000 | 482,403,125,000 |

(*1) As of December 31, 2018, total shares of ADRs of 36,860,288 are equivalent to 9,215,072 of common stock.

(*2) As of December 31, 2018, the difference between the ending balance of common stock and the par value of issued common stock is ₩46,469 million due to retirement of 9,293,790 treasury stocks.

(b) The changes in issued common stock for the years ended December 31, 2018 and 2017 were as follows:

| (Share) | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|
| | Issued shares | Treasury shares | Number of outstanding shares | Issued shares | Treasury shares | Number of outstanding shares |
| Beginning | 87,186,835 | (7,187,231) | 79,999,604 | 87,186,835 | (7,189,170) | 79,997,665 |
| Disposal of treasury shares | - | 1,528 | 1,528 | - | 1,939 | 1,939 |
| Ending | 87,186,835 | (7,185,703) | 80,001,132 | 87,186,835 | (7,187,231) | 79,999,604 |

(c) Capital surplus as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Share premium | ₩ | 463,825 | 463,825 |
| Gain on disposal of treasury shares | | 784,047 | 783,914 |
| Loss from merger | | (91,310) | (91,310) |
| Loss on disposal of hybrid bonds | | (1,787) | - |
| | ₩ | 1,154,775 | 1,156,429 |

72

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 24. Hybrid Bonds

(a) Hybrid bonds classified as equity as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | Date of issue | Date of maturity | Rate of interest (%) | | 2018 | 2017 |
|---|---|---|---|---|---|---|
| Hybrid bond 1-1(*1) | - | - | - | ₩ | - | 800,000 |
| Hybrid bond 1-2(*2) | 2013-06-13 | 2043-06-13 | 4.60 | | 200,000 | 200,000 |
| Issuance cost | | | | | (616) | (3,081) |
| | | | | ₩ | 199,384 | 996,919 |

(*1) During the year ended December 31, 2018, the Company exercised call option of the hybrid bond.

(*2) Details of hybrid bonds as of December 31, 2018 are as follows:

| | Hybrid bond 1-2 |
|---|---|
| Maturity date | 30 years (The Company has a right to extend the maturity date) |
| Interest rate | Issue date ~ 2023-06-12 : 4.60% <br> Reset every 10 years as follows; <br> · After 10 years : return on government bond (10 years) + 1.40% <br> · After 10 years : additionally + 0.25% according to Step-up clauses <br> · After 30 years : additionally + 0.75% |
| Interest payments condition | Quarterly (Optional deferral of interest payment is available to the Company) |
| Others | The Company can call the hybrid bond at year 10 and interest payment date afterwards |

The hybrid bond holders' preference in the event of liquidation is higher than the common stock holders, but lower than other creditors.  The interest accumulated but not paid on the hybrid bonds as of December 31, 2018 amounts to ₩479 million.

73

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 25. Reserves

(a) Reserves as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in fair value of equity investments at fair value through other comprehensive income | ₩ | (207,191) | - |
| Changes in unrealized fair value of available-for-sale investments | | - | 233,390 |
| | ₩ | (207,191) | 233,390 |

(b) Changes in fair value of equity investments at fair value through other comprehensive income and changes in unrealized fair value of available-for-sale investments for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Beginning balance | ₩ | 233,390 | 284,240 |
| Effect of accounting changes | | (321,654) | - |
| Changes in fair value of equity investments | | (176,756) | 261,078 |
| Reclassification to profit or loss upon disposal | | 12,719 | (408,497) |
| Impairment of available-for-sale investments | | - | 94,350 |
| Tax effects | | 45,110 | 2,219 |
| Ending balance | ₩ | (207,191) | 233,390 |

### 26. Treasury Shares

Based on the Board of Director's resolution, the Company holds treasury shares for the business purposes including price stabilization.   The changes in treasury shares for the years ended December 31, 2018 and 2017 were as follows:

| (shares, in millions of Won) | 2018 | | 2017 | |
|---|---|---|---|---|
| | Number of shares | Amount | Number of shares | Amount |
| Beginning | 7,187,231 ₩ | 1,533,054 | 7,189,170 ₩ | 1,533,468 |
| Disposal of treasury shares | (1,528) | (326) | (1,939) | (414) |
| Ending | 7,185,703 ₩ | 1,532,728 | 7,187,231 ₩ | 1,533,054 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 27. Retained Earnings

(a) Retained earnings as of December 31, 2018 and 2017 are summarized as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Legal reserve | ₩ | 241,202 | 241,202 |
| Reserve for business rationalization | | 918,300 | 918,300 |
| Reserve for research and manpower development | | 136,667 | 376,667 |
| Appropriated retained earnings for business expansion | | 41,510,500 | 39,510,500 |
| Appropriated retained earnings for dividends | | 944,103 | 947,673 |
| Unappropriated retained earnings | | 1,424,687 | 2,611,026 |
| | ₩ | 45,175,459 | 44,605,368 |

(b) Statements of appropriation of retained earnings as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Retained earnings before appropriation** | | | |
| Unappropriated retained earnings carried over from prior year | ₩ | 574,597 | 488,721 |
| Cumulative effect of accounting changes | | 320,720 | - |
| Remeasurements of defined benefit plans | | (106,057) | (19,787) |
| Loss on disposal of equity securities | | (12,719) | - |
| Interests of hybrid bonds | | (24,443) | (43,600) |
| Interim dividends | | (400,003) | (359,993) |
| (Dividends (ratio) per share | | | |
| ₩5,000 (100%) in 2018 | | | |
| ₩4,500 (90%) in 2017) | | | |
| Profit for the period | | 1,072,592 | 2,545,685 |
| | | 1,424,687 | 2,611,026 |
| **Transfer from discretionary reserve** | | | |
| Reserve for research and manpower development | | 136,667 | 240,000 |
| Appropriated retained earnings for dividends | | 531,861 | 3,570 |
| | | 668,528 | 243,570 |
| **Appropriation of retained earnings** | | | |
| Dividends | | 400,006 | 279,999 |
| (Dividends (ratio) per share | | | |
| ₩5,000 (100%) in 2018 | | | |
| ₩3,500 (70%) in 2017) | | | |
| Appropriated retained earnings for business expansion | | 1,100,000 | 2,000,000 |
| | | 1,500,006 | 2,279,999 |
| **Unappropriated retained earnings carried forward to subsequent year** | ₩ | 593,209 | 574,597 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**28. Revenue**

(a) Details of revenue disaggregated by types of revenue and timing of revenue recognition for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Types of revenue** | | | |
| Sales of steel product | ₩ | 29,676,951 | 28,321,004 |
| Transportation services | | 707,829 | - |
| Others | | 274,645 | 232,811 |
| | ₩ | 30,659,425 | 28,553,815 |
| **Timing of revenue recognition** | | | |
| Revenue recognized at a point in time | ₩ | 29,890,627 | 28,499,796 |
| Revenue recognized over time | | 768,798 | 54,019 |
| | ₩ | 30,659,425 | 28,553,815 |

(b) Details of contract assets and liabilities from contracts with customers as of December 31, 2018 and January 1, 2018, the initial application date of K-IFRS No. 1115 "Revenue from Contracts with Customers" and K-IFRS No. 1109 "Financial Instruments", are as follows:

| (in millions of Won) | | 2018 | The date of initial application (January 1, 2018) |
|---|---|---|---|
| **Receivables** | | | |
| Account receivables | ₩ | 3,967,091 | 3,874,859 |
| **Contract assets** | | | |
| Account receivables | | 8,954 | 5,559 |
| **Contract liabilities** | | | |
| Advance received | | 9,902 | 27,358 |
| Unearned income | | 34,480 | 30,735 |

76

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 29. Selling and Administrative Expenses

(a) Other administrative expenses

Other administrative expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Wages and salaries | ₩ | 237,356 | 219,965 |
| Expenses related to post-employment benefits | | 28,652 | 33,170 |
| Other employee benefits | | 56,563 | 43,222 |
| Travel | | 12,112 | 12,475 |
| Depreciation | | 17,804 | 16,800 |
| Amortization | | 30,527 | 58,878 |
| Rental | | 61,933 | 53,537 |
| Repairs | | 15,060 | 7,370 |
| Advertising | | 88,859 | 104,210 |
| Research & development | | 74,820 | 103,818 |
| Service fees | | 181,104 | 165,197 |
| Supplies expenses | | 3,207 | 4,573 |
| Vehicles maintenance | | 5,072 | 6,186 |
| Industry association fee | | 5,495 | 5,439 |
| Training | | 21,966 | 19,157 |
| Conference | | 5,866 | 4,898 |
| Others | | 34,767 | 33,268 |
| | ₩ | 881,163 | 892,163 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Selling expenses

Selling expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Freight and custody expenses(*1) | ₩ | 123,652 | 785,480 |
| Operating expenses for distribution center | | 9,715 | 9,737 |
| Sales commissions | | 85,044 | 111,661 |
| Sales advertising | | 4,738 | 3,662 |
| Sales promotion | | 5,430 | 5,311 |
| Sample | | 1,102 | 1,000 |
| Sales insurance premium | | 4,326 | 5,646 |
| | ₩ | 234,007 | 922,497 |

(*1) During the year ended December 31, 2018, the Company recognized the freight expenses included in selling expenses incurred for the delivery of transportation services identified as a separate performance obligations in cost of sales.

**30. Research and Development Expenditures Recognized as Expenses**

Research and development expenditures recognized as expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Selling and administrative expenses | ₩ | 74,820 | 103,818 |
| Cost of sales | | 410,350 | 355,204 |
| | ₩ | 485,170 | 459,022 |

78

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 31. Finance Income and Costs

Details of finance income and costs for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Finance income** | | | |
| Interest income(*1) | ₩ | 159,672 | 94,138 |
| Dividend income | | 207,548 | 157,907 |
| Gain on foreign currency transactions | | 174,569 | 203,512 |
| Gain on foreign currency translations | | 20,892 | 256,199 |
| Gain on valuation of derivatives | | 41,355 | - |
| Gain on derivative transactions | | 11,420 | - |
| Gain on disposals of available-for-sale investments | | - | 422,380 |
| Gain on valuation of financial assets at fair value through profit or loss | | 3,139 | - |
| Others | | 11,345 | 9,556 |
| | ₩ | 629,940 | 1,143,692 |
| | | | |
| **Finance costs** | | | |
| Interest expenses | ₩ | 143,233 | 116,558 |
| Loss on foreign currency transactions | | 220,149 | 216,182 |
| Loss on foreign currency translations | | 91,776 | 71,094 |
| Loss on valuation of derivatives | | - | 165,425 |
| Impairment loss on available-for-sale investments | | - | 94,350 |
| Others | | 3,168 | 3,598 |
| | ₩ | 458,326 | 667,207 |

(*1) Interest income calculated using the effective interest method for the years ended December 31, 2018 and 2017 were ₩27,769 million and ₩18,342 million, respectively.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# POSCO
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 32. Other Non-Operating Income and Expenses

Details of other non-operating income and expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| **Other non-operating income** | | | |
| Gain on disposals of property, plant and equipment | ₩ | 47,941 | 26,284 |
| Gain on disposals of intangible assests | | 99,378 | 24,542 |
| Reversal of impairment loss on investment in subsidiaries, associates and joint ventures | | 56,420 | 225,860 |
| Premium income | | 11,960 | 4,593 |
| Others(*1,2) | | 90,844 | 154,796 |
| | ₩ | 306,543 | 436,075 |
| **Other non-operating expenses** | | | |
| Loss on disposals of property, plant and equipment | ₩ | 120,570 | 140,987 |
| Impairment loss on property, plant and equipment | | 940,595 | 17,651 |
| Impairment loss on intangible assets | | 1,293 | 11,822 |
| Impairment loss on investment in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Impairment loss on assets held for sale | | 7,788 | 21,873 |
| Donations | | 42,016 | 42,084 |
| Transfer of provisions | | 44,585 | 299 |
| Others(*3) | | 110,713 | 38,037 |
| | ₩ | 2,055,559 | 446,037 |

(*1) During the year ended December 31, 2018, the Company recognized ₩55,306 million of tax refund without corporate tax due to the consequences of appeal to tax tribunal against tax investigation as non-operating income.

(*2) The Company has recognized the refund of VAT amounting to ₩133,103 million as non-operating income in 2017, based on the result of the tax amounts to be refunded when the result of the Company's appeal in connection with the additional income tax payment in prior years tax audits for rectification were finalized.

(*3) During the year ended December 31, 2018, the Company recognized ₩52,997 million of additional taxes imposed on value added tax related to imported LNG as non-operating expense.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

### 33. Expenses by Nature

Expenses that are recorded by nature as cost of sales, selling and administrative expenses and other non-operating expenses in the statements of comprehensive income for the years ended December 31, 2018 and 2017 were as follows (excluding finance costs and income tax expenses):

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in inventories(*1) | ₩ | (295,619) | (407,701) |
| Raw materials and consumables used | | 17,418,153 | 16,838,874 |
| Employee benefits expenses(*3) | | 1,819,797 | 1,635,553 |
| Outsourced processing cost | | 2,443,089 | 2,138,917 |
| Depreciation(*2) | | 2,111,870 | 2,092,603 |
| Amortization | | 69,101 | 91,603 |
| Electricity and water expenses | | 624,819 | 655,781 |
| Service fees | | 269,393 | 241,634 |
| Rental | | 83,842 | 74,363 |
| Advertising | | 88,859 | 104,210 |
| Freight and custody expenses | | 859,092 | 785,480 |
| Sales commissions | | 85,044 | 111,661 |
| Loss on disposals of property, plant and equipment | | 120,570 | 140,987 |
| Impairment loss on property, plant and equipment | | 940,595 | 17,651 |
| Impairment loss on investments in subsidiaries, associates and joint ventures | | 787,999 | 173,284 |
| Other expenses | | 1,482,328 | 1,416,734 |
| | ₩ | 28,908,932 | 26,111,634 |

(*1) Changes in inventories are the changes in products, semi-finished products and by-products.

(*2) Includes depreciation of investment property.

(*3) The details of employee benefits expenses for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Wages and salaries | ₩ | 1,675,814 | 1,492,354 |
| Expenses related to post-employment benefits | | 143,983 | 143,199 |
| | ₩ | 1,819,797 | 1,635,553 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

**34. Income Taxes**

(a) Income tax expense for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Current income taxes(*1) | ₩ | 1,170,211 | 531,666 |
| Deferred income taxes | | (94,224) | 257,930 |
| Items credited directly to equity | | 86,320 | 19,460 |
| Income tax expense | ₩ | 1,162,307 | 809,056 |

(*1) Refund (additional payment) of income taxes when filing a final corporation tax return credited (charged) directly to current income taxes.

(b) The income taxes credited (charged) directly to equity for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Changes in fair value of equity investments at fair value through other comprehensive income | ₩ | 45,110 | 2,219 |
| Remeasurements of defined benefit plans | | 40,228 | 17,281 |
| Gain on disposal of treasury shares | | (50) | (40) |
| Loss on disposal of hybrid bond | | 678 | - |
| Unappropriated retained earnings | | 354 | - |
| | ₩ | 86,320 | 19,460 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(c) The calculated income tax expense based on statutory rates compared to the actual amount of taxes recorded by the Company for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Profit before income tax expense | ₩ | 2,234,899 | 3,354,741 |
| Income tax expense computed at statutory rate | | 604,235 | 811,385 |
| Adjustments: | | | |
|   Tax credit | | (27,257) | (30,069) |
|   Additional Income tax expense for prior years (Over provisions from prior years) | | 31,999 | (25,245) |
|   Tax effect from tax audit | | 91,028 | - |
|   Investment in subsidiaries, associates and joint ventures | | 233,891 | (24,050) |
|   Tax effect due to permanent differences | | (14,129) | (44,064) |
|   Deficit not recognized in the past | | - | (32,305) |
|   Effect of tax rate change | | - | 150,554 |
|   Others(*1) | | 242,540 | 2,850 |
| | | 558,072 | (2,329) |
| Income tax expense | ₩ | 1,162,307 | 809,056 |
| | | | |
| Effective tax rate (%) | | 52.0% | 24.1% |

(*1) Includes the effect of undeductible impairment loss related to Synthetic Natural Gas (SNG) facility.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(d) The movements in deferred tax assets (liabilities) for the years ended December 31, 2018 and 2017 were as follows:

| *(in millions of Won)* | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | December 31, 2017 | Increase (decrease) | December 31, 2018 | December 31, 2016 | Increase (decrease) | December 31, 2017 |
| **Deferred income tax due to temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | (11,778) | 391 | (11,387) | (10,707) | (1,071) | (11,778) |
| Reserve for technology developments | | (37,583) | 37,583 | - | (91,153) | 53,570 | (37,583) |
| PPE - Depreciation | | (10,524) | 8,530 | (1,994) | (17,793) | 7,269 | (10,524) |
| Impairment loss(*1) | | 334,186 | (119,473) | 214,713 | 350,453 | (16,267) | 334,186 |
| Prepaid expenses | | 19,950 | (2,773) | 17,177 | 19,658 | 292 | 19,950 |
| PPE - Revaluation | | (1,823,520) | (49,800) | (1,873,320) | (1,517,978) | (305,542) | (1,823,520) |
| Gain or loss on foreign currency translation | | (29,227) | 4,597 | (24,630) | 10,797 | (40,024) | (29,227) |
| Defined benefit obligations | | 294,112 | 45,349 | 339,461 | 239,377 | 54,735 | 294,112 |
| Plan assets | | (304,920) | (42,894) | (347,814) | (269,257) | (35,663) | (304,920) |
| Accrued revenue | | (3,554) | (573) | (4,127) | (2,586) | (968) | (3,554) |
| Others(*1) | | 288,844 | 20,968 | 309,812 | 228,593 | 60,251 | 288,844 |
| | | (1,284,014) | (98,095) | (1,382,109) | (1,060,596) | (223,418) | (1,284,014) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 28,200 | (13,831) | 14,369 | - | 28,200 | 28,200 |
| Tax credit carry-forward | | - | - | - | 82,212 | (82,212) | - |
| | | 28,200 | (13,831) | 14,369 | 82,212 | (54,012) | 28,200 |
| **Deferred income taxes recognized directly to equity** | | | | | | | |
| Net changes in fair value of equity investments at fair value through other comprehensive income(*1) | | (87,332) | 165,922 | 78,590 | (89,551) | 2,219 | (87,332) |
| Remeasurements of defined benefit plans | | 69,250 | 40,228 | 109,478 | 51,969 | 17,281 | 69,250 |
| | | (18,082) | 206,150 | 188,068 | (37,582) | 19,500 | (18,082) |
| | ₩ | (1,273,896) | 94,224 | (1,179,672) | (1,015,966) | (257,930) | (1,273,896) |

(*1) These changes includes the cumulative impact of initial application of K-IFRS No. 1115 and K-IFRS No. 1109.

84

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

(e) Deferred tax assets (liabilities) as of December 31, 2018 and 2017 are as follows:

| (in millions of Won) | | 2018 | | | 2017 | | |
|---|---|---|---|---|---|---|---|
| | | Assets | Liabilities | Net | Assets | Liabilities | Net |
| **Deferred income tax due to** | | | | | | | |
| **temporary differences** | | | | | | | |
| Reserve for special repairs | ₩ | - | (11,387) | (11,387) | - | (11,778) | (11,778) |
| Reserve for technology | | | | | | | |
| developments | | - | - | - | - | (37,583) | (37,583) |
| PPE - Depreciation | | 19,114 | (21,108) | (1,994) | 19,594 | (30,118) | (10,524) |
| Impairment loss | | 214,713 | - | 214,713 | 334,186 | - | 334,186 |
| Prepaid expenses | | 17,177 | - | 17,177 | 19,950 | - | 19,950 |
| PPE - Revaluation | | - | (1,873,320) | (1,873,320) | - | (1,823,520) | (1,823,520) |
| Gain or loss on foreign | | | | | | | |
| currency translation | | 120,861 | (145,491) | (24,630) | 113,051 | (142,278) | (29,227) |
| Defined benefit obligations | | 339,461 | - | 339,461 | 294,112 | - | 294,112 |
| Plan assets | | - | (347,814) | (347,814) | - | (304,920) | (304,920) |
| Accrued revenue | | - | (4,127) | (4,127) | - | (3,554) | (3,554) |
| Others | | 350,430 | (40,618) | 309,812 | 328,209 | (39,365) | 288,844 |
| | | 1,061,756 | (2,443,865) | (1,382,109) | 1,109,102 | (2,393,116) | (1,284,014) |
| **Deferred tax from deficit and tax credit** | | | | | | | |
| Deficit carried over | | 14,369 | - | 14,369 | 28,200 | - | 28,200 |
| | | | | | | | |
| **Deferred income taxes** | | | | | | | |
| **recognized directly to equity** | | | | | | | |
| Net changes in fair value of equity investments | | | | | | | |
| at fair value through other comprehensive income | | 167,795 | (89,205) | 78,590 | 60,640 | (147,972) | (87,332) |
| Remeasurements of defined | | | | | | | |
| benefit plans | | 109,478 | - | 109,478 | 69,250 | - | 69,250 |
| | | 277,273 | (89,205) | 188,068 | 129,890 | (147,972) | (18,082) |
| | ₩ | 1,353,398 | (2,533,070) | (1,179,672) | 1,267,192 | (2,541,088) | (1,273,896) |

85

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

**35. Earnings per Share**

Basic and diluted earnings per share for the years ended December 31, 2018 and 2017 were
as follows:

| (in Won, except per share information) | | 2018 | 2017 |
|---|---|---|---|
| Profit for the period | ₩ | 1,072,591,562,885 | 2,545,685,288,495 |
| Interests of hybrid bonds, net of tax | | (17,720,986,299) | (33,048,799,997) |
| Weighted-average number of common shares outstanding(*1) | | 80,000,606 | 79,998,600 |
| Basic and diluted earnings per share | ₩ | 13,186 | 31,409 |

(*1) The weighted-average number of common shares used to calculate basic and diluted
earnings per share are as follows:

| (in share) | 2018 | 2017 |
|---|---|---|
| Total number of common shares issued | 87,186,835 | 87,186,835 |
| Weighted-average number of treasury shares | (7,186,229) | (7,188,235) |
| Weighted-average number of common shares outstanding | 80,000,606 | 79,998,600 |

Since there were no potential shares of common stock which had dilutive effects as of
December 31, 2018 and 2017, diluted earnings per share is equal to basic earnings per share.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

### 36. Related Party Transactions

(a) Significant transactions with related companies for the years ended December 31, 2018 and 2017 were as follows:

1) For the year ended December 31, 2018

| (in millions of Won) | Sales and others(*1) | | Purchase and others(*2) | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries(*3)** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 7,827 | 97 | - | 322,924 | 47 | 36,428 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 476,105 | 2,725 | - | - | 9,211 | 1,434 |
| POSCO ICT(*4) | 2,624 | 7,479 | - | 341,472 | 34,376 | 196,252 |
| eNtoB Corporation | 12 | 60 | 377,198 | 27,508 | 390 | 31,455 |
| POSCO CHEMTECH | 417,957 | 35,762 | 531,452 | 21,730 | 319,868 | 2,802 |
| POSCO ENERGY CO., LTD. | 206,638 | 1,445 | - | - | - | - |
| POSCO DAEWOO Corporation | 5,835,226 | 42,888 | 690,345 | - | 57,624 | 4,318 |
| POSCO Thainox Public Company Limited | 299,450 | 5,335 | 10,115 | - | - | 71 |
| POSCO America Corporation | 336,366 | - | - | - | - | 2,486 |
| POSCO Canada Ltd. | - | 2,155 | 300,982 | - | - | - |
| POSCO Asia Co., Ltd. | 1,857,665 | 253 | 536,280 | 650 | 2,449 | 6,524 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 188,252 | 7 | - | - | - | 34 |
| POSCO JAPAN Co., Ltd. | 1,353,313 | 6 | 25,773 | 4,204 | - | 5,411 |
| POSCO-VIETNAM Co., Ltd. | 273,573 | 156 | - | - | - | 8 |
| POSCO MEXICO S.A. DE C.V. | 299,276 | 17 | - | - | - | 35 |
| POSCO Maharashtra Steel Private Limited | 563,618 | 584 | - | - | - | 156 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 196,095 | - | 2,616 | - | - | 5 |
| Others(*5) | 1,158,122 | 44,098 | 456,804 | 31,787 | 264,060 | 140,869 |
| | 13,472,119 | 143,067 | 2,931,565 | 750,275 | 688,025 | 428,288 |
| **Associates and joint ventures(*3)** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 10,904 | 240 | 3,166 | 215,023 | 24,192 | 10,257 |
| SNNC | 5,105 | 4,108 | 558,425 | - | - | 80 |
| POSCO-SAMSUNG-Slovakia Processing Center | 61,981 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 810,196 | - | - | - |
| Others | 14,199 | 54,747 | 64,335 | - | - | 6 |
| | 92,189 | 59,095 | 1,436,122 | 215,023 | 24,192 | 10,343 |
| ₩ | 13,564,308 | 202,162 | 4,367,687 | 965,298 | 712,217 | 438,631 |

(*1) Sales and others are mainly consist of sales of steel products to subsidiaries, associates and joint ventures.

(*2) Purchases and others are mainly consist of subsidiaries' purchases of construction services and purchases of raw materials to manufacture steel products.

(*3) As of December 31, 2018, the Company provided guarantees to related parties (Note 22).

(*4) Others (purchase) mainly consist of service fees related to maintenance and repair of ERP System.

(*5) During the year ended December 31, 2018, the Company made loans of ₩2,950 million to Suncheon Eco Trans Co., Ltd., a subsidiary of the Company.  As of December 31, 2018, corresponding amounts of those loans were recorded as allowance for doubtful accounts.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
## Notes to the Separate Financial Statements, Continued
## As of December 31, 2018

2) For the year ended December 31, 2017

| (in millions of Won) | Sales and others | | Purchase and others | | | |
|---|---|---|---|---|---|---|
| | Sales | Others | Purchase of material | Purchase of fixed assets | Outsourced processing cost | Others |
| **Subsidiaries** | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 3,328 | 71 | - | 151,639 | 32 | 18,352 |
| POSCO Processing&Service | 298,589 | 1 | 113,628 | 4,595 | 8,309 | 404 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 417,369 | 3,533 | - | - | 8,483 | 106 |
| POSCO ICT | 1,697 | 5,097 | - | 315,748 | 29,773 | 183,141 |
| eNtoB Corporation | 1 | 30 | 330,921 | 8,215 | 139 | 26,023 |
| POSCO CHEMTECH | 359,862 | 33,076 | 479,896 | 23,043 | 296,296 | 6,860 |
| POSCO ENERGY CO., LTD. | 179,966 | 1,456 | - | - | - | 2 |
| POSCO DAEWOO Corporation | 5,214,127 | 35,182 | 550,258 | 221 | 44,108 | 1,948 |
| POSCO Thainox Public Company Limited | 218,005 | 9,780 | 10,168 | - | - | 1,776 |
| POSCO America Corporation | 345,225 | - | 90 | - | - | - |
| POSCO Canada Ltd. | 439 | 690 | 278,915 | - | - | - |
| POSCO Asia Co., Ltd. | 1,949,354 | 1,454 | 365,025 | 337 | 1,625 | 4,982 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 161,803 | - | - | - | - | 176 |
| POSCO JAPAN Co., Ltd. | 1,436,159 | 20 | 26,256 | 621 | - | 44,829 |
| POSCO MEXICO S.A. DE C.V. | 276,387 | - | - | - | - | 1,749 |
| POSCO Maharashtra Steel Private Limited | 467,206 | - | - | - | - | 65 |
| POSCO(Suzhou) Automotive Processing Center Co., Ltd. | 192,467 | - | - | - | - | - |
| Others | 1,145,123 | 10,058 | 262,828 | 25,271 | 240,687 | 118,577 |
| | 12,667,107 | 100,448 | 2,417,985 | 529,690 | 629,452 | 408,990 |
| **Associates and joint ventures** | | | | | | |
| POSCO PLANTEC Co., Ltd. | 2,947 | 112 | 5,487 | 300,041 | 20,718 | 19,763 |
| SNNC | 6,734 | 712 | 554,151 | - | - | 4 |
| POSCO-SAMSUNG-Slovakia Processing Center | 52,779 | - | - | - | - | - |
| Roy Hill Holdings Pty Ltd | - | - | 697,096 | - | - | - |
| CSP - Compania Siderurgica do Pecem | 7,384 | - | 159,501 | - | - | - |
| Others | 14,943 | 52,582 | 79,103 | - | - | 3 |
| | 84,787 | 53,406 | 1,495,338 | 300,041 | 20,718 | 19,770 |
| ₩ | 12,751,894 | 153,854 | 3,913,323 | 829,731 | 650,170 | 428,760 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV – Admin Review 12/1/17 – 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) The related account balances of significant transactions with related companies as of December 31, 2018 and 2017 are as follows:

1) December 31, 2018

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 57 | 5,181 | 5,238 | - | 52,775 | 438 | 53,213 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 55,598 | 317 | 55,915 | - | 25 | 1,194 | 1,219 |
| POSCO ICT | - | 229 | 229 | 1,572 | 112,960 | 8,717 | 123,249 |
| eNtoB Corporation | - | - | - | 10,860 | 22,072 | 11 | 32,943 |
| POSCO CHEMTECH | 40,258 | 3,883 | 44,141 | 19,911 | 58,725 | 19,012 | 97,648 |
| POSCO ENERGY CO., LTD. | 22,163 | 1,700 | 23,863 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 437,554 | 1,056 | 438,610 | 161 | 1,881 | 5,304 | 7,346 |
| POSCO Thainox Public Company Limited | 71,189 | - | 71,189 | 467 | 71 | - | 538 |
| POSCO America Corporation | 14,338 | - | 14,338 | - | 221 | - | 221 |
| POSCO Asia Co., Ltd. | 480,205 | 1,047 | 481,252 | 7,839 | - | - | 7,839 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 52,037 | - | 52,037 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 101,179 | 218 | 101,397 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 390,413 | 1,428 | 391,841 | - | - | - | - |
| Others | 379,950 | 54,407 | 434,357 | 33,183 | 36,591 | 85,745 | 155,519 |
| | 2,044,941 | 69,466 | 2,114,407 | 73,993 | 285,321 | 121,846 | 481,160 |
| | | | | | | | |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 249 | 10 | 259 | 3,275 | 34,803 | - | 38,078 |
| SNNC | 541 | 61 | 602 | 22,188 | 5 | - | 22,188 |
| Others | 918 | 910 | 1,828 | 23,214 | 76 | - | 23,290 |
| | 1,708 | 981 | 2,689 | 48,677 | 34,879 | - | 83,556 |
| ₩ | 2,046,649 | 70,447 | 2,117,096 | 122,670 | 320,200 | 121,846 | 564,716 |

2) December 31, 2017

| (in millions of Won) | Receivables | | | Payables | | | |
|---|---|---|---|---|---|---|---|
| | Trade accounts and notes receivable | Others | Total | Trade accounts and notes payable | Accounts payable | Others | Total |
| **Subsidiaries** | | | | | | | |
| POSCO ENGINEERING & CONSTRUCTION CO., LTD. ₩ | 2 | 2,908 | 2,910 | - | 21,965 | 674 | 22,639 |
| POSCO COATED & COLOR STEEL Co., Ltd. | 58,184 | 324 | 58,508 | - | 5 | 504 | 509 |
| POSCO ICT | 55 | 217 | 272 | 1,458 | 72,586 | 27,009 | 101,053 |
| eNtoB Corporation | - | - | - | 12,252 | 31,899 | 20 | 44,171 |
| POSCO CHEMTECH | 61,810 | 3,589 | 65,399 | 51,774 | 20,313 | 17,568 | 89,655 |
| POSCO ENERGY CO., LTD. | 33,239 | 1,673 | 34,912 | - | - | 1,425 | 1,425 |
| POSCO DAEWOO Corporation | 483,915 | 12,739 | 496,654 | 10,213 | 2,145 | 5,794 | 18,152 |
| POSCO Thainox Public Company Limited | 57,826 | - | 57,826 | 1,204 | - | - | 1,204 |
| POSCO America Corporation | 5,365 | - | 5,365 | - | - | - | - |
| POSCO Asia Co., Ltd. | 404,857 | 541 | 405,398 | 9,811 | 24 | - | 9,835 |
| Qingdao Pohang Stainless Steel Co., Ltd. | 31,693 | - | 31,693 | - | - | - | - |
| POSCO MEXICO S.A. DE C.V. | 55,695 | 530 | 56,225 | - | - | - | - |
| POSCO Maharashtra Steel Private Limited | 392,630 | 5,733 | 398,363 | - | - | - | - |
| Others | 384,385 | 49,403 | 433,788 | 15,038 | 59,575 | 31,118 | 105,731 |
| | 1,969,656 | 77,657 | 2,047,313 | 101,750 | 208,512 | 84,112 | 394,374 |
| | | | | | | | |
| **Associates and jointventures** | | | | | | | |
| POSCO PLANTEC Co., Ltd. | 1,946 | 9 | 1,955 | 3,842 | 15,723 | - | 19,565 |
| SNNC | 648 | 61 | 709 | 49,506 | 3 | - | 49,509 |
| Others | 8,350 | 904 | 9,254 | 824 | - | - | 824 |
| | 10,944 | 974 | 11,918 | 54,172 | 15,726 | - | 69,898 |
| ₩ | 1,980,600 | 78,631 | 2,059,231 | 155,922 | 224,238 | 84,112 | 464,272 |

(c) For the years ended December 31, 2018 and 2017, details of compensation to key management officers were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---|---|
| Short-term benefits | ₩ | 44,931 | 45,489 |
| Long-term benefits | | 6,485 | 4,368 |
| Retirement benefits | | 12,308 | 14,593 |
| | ₩ | 63,724 | 64,450 |

Key management officers include directors (including non-standing directors), executive officials and fellow officials who have significant influence and responsibilities in the Company's business and operations.

89

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 37. Commitments and Contingencies

(a) Contingent liabilities

Contingent liabilities may develop in a way not initially expected.   Therefore, management continuously assesses contingent liabilities to determine whether an outflow of resources embodying economic benefits has become probable.   If it becomes probable that an outflow of future economic benefits will be required for an item previously dealt with as a contingent liability, a provision is recognized in the financial statements of the period in which the change in probability occurs (except in the extremely rare circumstances where no reliable estimate can be made).

The management makes estimates and assumptions that affect disclosures of commitments and contingencies.   All estimates and assumptions are based on the evaluation of current circumstances and appraisals with the supports of internal specialists or external consultants.

The management regularly analyzes current information about these matters and provides for probable contingent losses including the estimate of legal expense to resolve the matters.   Internal and external lawyers are used for these assessments.   In making the decision regarding the need for provisions, management considers whether the Company has an obligation as a result of a past event, whether it is probable that an outflow or cash or other resources embodying economic benefits will be required to settle the obligation and the ability to make a reliable estimate of the amount of obligation.

(b) Commitments

1) The Company entered into long-term contracts to purchase iron ore, coal, nickel and others.   The contracts of iron ore and coal generally have terms of more than three years and the contracts of nickel have terms of more than one year.   These contracts provide for periodic price adjustments based on the market price.   As of December 31, 2018, 100 million tons of iron ore and 14 million tons of coal remained to be purchased under such long-term contracts.

2) The Company entered into an agreement with Tangguh Liquefied Natural Gas (LNG) Consortium in Indonesia to purchase 550 thousand tons of LNG annually for 20 years commencing in August 2005.   The purchase price is subject to change, based on changes of the monthly standard oil price (JCC) and with a price ceiling.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

3) The Company entered into consecutive voyage charter (CVC) contract for the transportation of raw materials.  As of December 31, 2018, there are 38 vessels under contract and the average remaining contract period is about 10 years.  During the year ended December 31, 2018, the freight expenses related to the CVC contract is USD 668 million.

4) As of December 31, 2018, the Company entered into commitments with KOREA ENERGY AGENCY for long-term foreign currency borrowing, which is limited up to the amount of USD 6.49 million.  The borrowing is related to the exploration of gas hydrates in Western Fergana-Chinabad.  The repayment of the borrowing depends on the success of the project.  The Company is not liable for the repayment of full or part of the money borrowed if the respective project fail.  The Company has agreed to pay a certain portion of its profits under certain conditions, as defined by the borrowing agreements.  As of December 31, 2018, the ending balance of the borrowing amounts to USD 1.02 million.

5) The Company has provided a supplemental funding agreement, as the largest shareholder, as requested from the creditors, including Norddeutsche Landesbank, for seamless funding to the construction of new power plant by POSCO ENERGY CO., LTD.

6) The Company provides a supplementary fund of up to ₩9.8 billion to the Company's subsidiary, Busan E&E Co,. Ltd., at the request of creditors such as the Korea Development Bank.

7) The company provides a supplementary funding for the purpose of promoting the Suncheon Bay PRT business of Suncheon Eco Trans Co., Ltd., a subsidiary of the Company, at the request of creditors.  On November 2018, creditors sued the company for subrogation based on a supplemental funding agreement.  The company recognized the provision based on the estimate of the amount and the possibility of any outflows of resources due to the litigation.

(c) As of December 31, 2018, the Company has provided three blank checks to KOREA ENERGY AGENCY as collateral for long-term foreign currency borrowings.

(d) Litigation in progress

The Company is involved in 27 lawsuits, claim for employee right, and claim for subrogation of the Suncheon Bay PRT business aggregating to ₩75.2 billion as defendant as of December 31, 2018, which arise from the ordinary course of business.  The Company has recognized provisions amounting to ₩8 billion for two of 27 lawsuits based on its reliable estimate of outflow of resources.  However, the Company has not recognized any provisions for the other lawsuits and claims since the Company does not believe it has a present obligation as of December 31, 2018.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

---

### 38. Statements of Cash Flows

(a) Changes in operating assets and liabilities for the years ended December 31, 2018 and 2017 were as follows:

| (in millions of Won) | | 2018 | 2017 |
|---|---|---:|---:|
| Trade accounts and notes receivable, net | ₩ | (102,920) | (706,458) |
| Other accounts receivable | | 14,700 | 35,409 |
| Inventories | | (745,730) | (542,819) |
| Prepaid expenses | | 1,710 | (4,326) |
| Other current assets | | 3,103 | (511) |
| Long-term guarantee deposits | | (22) | (145) |
| Other non-current assets | | 751 | 60 |
| Trade accounts and notes payable | | 84,883 | (54,063) |
| Other accounts payable | | 103,295 | (10,525) |
| Accrued expenses | | 46,550 | (6,412) |
| Advances received | | (2,210) | 21,108 |
| Withholdings | | (3,108) | (4,024) |
| Unearned revenue | | 4,270 | (1,125) |
| Other current liabilities | | 47,670 | (6,576) |
| Derivative liabilities | | (9,632) | - |
| Payments of severance benefits | | (121,100) | (116,385) |
| Plan assets | | (135,639) | 58,097 |
| Other non-current liabilities | | - | (19) |
| | ₩ | (813,429) | (1,338,714) |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**POSCO**
**Notes to the Separate Financial Statements, Continued**
**As of December 31, 2018**

(b) Changes in liabilities arising from financial activities for the years ended December 31, 2018 and 2017 were as follows:

1) December 31, 2018

*(in millions of Won)*

| | | Liabilities | | | | Derivatives that hedge long-term borrowings |
|---|---|---|---|---|---|---|
| | | Short-term borrowings | long-term borrowings | Dividend payable | Long-term financial liabilities | |
| **Beginning** | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |
| Changes from financing cash flows | | 92,744 | 198,250 | (706,351) | (14,937) | - |
| The effect of changes in foreign exchange rates | | (108) | 77,409 | | 258 | - |
| Changes in fair values | | - | - | - | - | (50,988) |
| Other changes: | | | | | | |
| Decrease in retained earnings | | - | - | 704,444 | - | - |
| Amortization of discount on debentures issued | | - | 1,451 | - | - | - |
| Increase in finance lease assets | | - | - | - | 81,048 | - |
| **Ending** | ₩ | 476,612 | 3,794,358 | 2,764 | 152,746 | 33,478 |

2) December 31, 2017

*(in millions of Won)*

| | | Liabilities | | | | Derivatives that hedge long-term borrowings |
|---|---|---|---|---|---|---|
| | | Short-term borrowings | long-term borrowings | Dividend payable | Long-term financial liabilities | |
| **Beginning** | ₩ | 331,370 | 3,811,484 | 4,793 | 93,150 | (70,613) |
| Changes from financing cash flows | | 54,242 | (58,144) | (863,701) | (6,618) | - |
| The effect of changes in foreign exchange rates | | (1,636) | (239,468) | | (155) | - |
| Changes in fair values | | - | - | - | - | 155,079 |
| Other changes: | | | | | | |
| Decrease in retained earnings | | - | - | 863,579 | - | - |
| Amortization of discount on debentures issued | | - | 3,376 | - | - | - |
| **Ending** | ₩ | 383,976 | 3,517,248 | 4,671 | 86,377 | 84,466 |

## 39. Events after the Reporting Period

Through the resolution of the board of directors on August 22, 2018, the Company decided to acquire POSCO Processing&Service, a subsidiary, and merged with POSCO Processing&Service on January 1, 2019 as a merger date. The purpose of the business combination is to promote management rationalization by streamlining fund management, streamlining operations of POSCO Processing&Service and subsidiaries, and enhancing shareholder value based on merger synergies. The Company delivered treasury shares to shareholders of POSCO Processing&Service rather than issuance of new shares at the date of the merger.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Notice to Readers

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2018 and the review of internal accounting control system pursuant to Article 8-7 of the Act on External Audit for Joint-stock Companies of the Republic of Korea.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Independent Auditors' Review Report on Internal Accounting Control System**

<u>English Translation of a Report Originally Issued in Korean</u>

To the President of
POSCO:

We have reviewed the accompanying Report on the Operational Status of Internal Accounting Control System ("IACS") of POSCO (the "Company") as of December 31, 2018.   The Company's management is responsible for designing and maintaining effective IACS and for its assessment of the effectiveness of IACS.   Our responsibility is to review management's assessment and issue a report based on our review.   In the accompanying report of management's assessment of IACS, the Company's management stated: "Based on our assessment, we concluded that the Company's ICFR is designed and operated effectively as of December 31, 2018, in all material respects, in accordance with the 'Guidelines for Internal Control over Financial Reporting'."

We conducted our review in accordance with IACS Review Standards, issued by the Korean Institute of Certified Public Accountants.   Those Standards require that we plan and perform the review to obtain assurance of a level less than that of an audit as to whether the Report on the Operational Status of Internal Accounting Control System is free of material misstatement.   Our review consists principally of obtaining an understanding of the Company's IACS, inquiries of company personnel about the details of the report, and tracing to related documents we considered necessary in the circumstances.   We have not performed an audit and, accordingly, we do not express an audit opinion.

A company's IACS is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with Korean International Financial Reporting Standards.   Because of its inherent limitations, however, IACS may not prevent or detect misstatements.   Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

Based on our review, nothing has come to our attention that the Report on the Operational Status of Internal Accounting Control System as of December 31, 2018 is not prepared in all material respects, in accordance with IACS Framework issued by the Internal Accounting Control System Operation Committee.

This report applies to the Company's IACS in existence as of December 31, 2018.   We did not review the Company's IACS subsequent to December 31, 2018.   This report has been prepared for Korean regulatory purposes, pursuant to the Act on External Audit of Stock Companies, Etc. and may not be appropriate for other purposes or for other users.

KPMG Samjong Accounting Corp.

'Seoul, Korea
March 7, 2019

This report is annexed in relation to the audit of the separate financial statements as of December 31, 2018.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## **Report on the Operations of Internal Accounting Control System**

English Translation of a Report Originally Issued in Korean

To the Shareholders, Board of Directors and Audit Committee of POSCO

We, as the Chief Executive Officer and the Internal Accounting Control Officer of the Company, assessed operating status of the Company's Internal Control over Financial Reporting("ICFR") for the year ending December 31, 2018.

Design and operation of ICFR is the responsibility of the Company's management, including the Chief Executive Officer and the Internal Accounting Control Officer (collectively, "We").

We evaluated whether the Company effectively designed and operated its ICFR to prevent and detect errors or frauds which may cause a misstatement in financial statements to ensure preparation and disclosure of reliable financial information.

We used the 'Guidelines for Internal Control over Financial Reporting' for evaluating design and operation of the Company's ICFR, established by the Operating Committee of Internal Control over Financial Reporting in Korea (the "ICFR Committee").

Based on our assessment, we concluded that the Company's ICFR is designed and operated effectively as of December 31, 2018, in all material respects, in accordance with the 'Guidelines for Internal Control over Financial Reporting'.

We certify that this report does not contain any untrue statement of a fact, or omit to state a fact necessary to be presented herein. We also certify that this report does not contain or present any statements which might cause material misunderstandings of the readers, and we have reviewed and verified this report with sufficient care.

*January 28, 2019*

Choi, Jeong-Woo,    Chief Executive Officer

Chon Jung-Son,    Internal Accounting Control Officer

96

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 5

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



# STEEL MARKET DEVELOPMENTS

## Q2 2018

OECD

BETTER POLICIES FOR BETTER LIVES

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Case 1:20-cv-03898-CRK     Document 81-4     Filed 11/03/21     Page 868 of 1165

This paper was authored by Fabien Mercier, Daichi Mabashi and Christian Steidl from the OECD Directorate for Science, Technology and Innovation (STI). It was approved and declassified by written procedure by the OECD Steel Committee on 26 March 2018 and prepared for publication by the OECD Secretariat.

*Note to Delegations:*
*This document is also available on O.N.E under the reference code:*
*DSTI/SC(2018)1/FINAL*

This document, as well as any data and any map included herein, are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

© OECD 2018

You can copy, download or print OECD content for your own use, and you can include excerpts from OECD publications, databases and multimedia products in your own documents, presentations, blogs, websites and teaching materials, provided that suitable acknowledgment of OECD as source and copyright owner is given. All requests for commercial use and translation rights should be submitted to rights@oecd.org.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# *Table of Contents*

**Executive Summary** ........................................................................................................... 4

**1. The economic outlook** ................................................................................................... 5

**2. Developments in steel markets** .................................................................................... 9

   2.1. Steel consumption ...................................................................................................... 9
   2.2. Steel production ........................................................................................................ 12
   2.3. World steel trade ...................................................................................................... 13
   2.4. Steel and steelmaking raw material prices ............................................................. 15

**3. The global excess capacity situation** ........................................................................ 19

**4. The steel market outlook** ........................................................................................... 21

   4.1. Global steel market outlook .................................................................................... 21
   4.2. Regional steel market outlook ................................................................................. 22

**References** ......................................................................................................................... 26

**Endnotes** ........................................................................................................................... 29

### Tables

Table 1. OECD Economic Projections, December 2017 ........................................................ 6
Table 2. World crude steel production developments in 2016 and 2017 ............................. 13
Table 3. Steel trade developments across major steel producing economies ...................... 14
Table 4. The October 2017 forecasts for regional apparent steel use by the World Steel Association . 21

### Figures

Figure 1. World industrial production, trade, and trade prices ............................................. 7
Figure 2. Steel Purchasing Managers' indices (PMIs) ......................................................... 8
Figure 3. Apparent steel use (finished steel products) ......................................................... 9
Figure 4. Consumption of hot-rolled steel products, major economies................................ 10
Figure 5. World exports of steel: monthly volume (mmt) and export ratio (% of crude steel
   production), 3-month moving averages............................................................................ 13
Figure 6. World steel prices (latest month January 2018) ................................................... 15
Figure 7. Steel price index for flat products, by region ....................................................... 16
Figure 8. HRC price indices by region (September 2009=100) ........................................... 16
Figure 9. Prices for key steel-making raw materials ........................................................... 17
Figure 10. Margin between steel and raw materials prices ................................................. 18
Figure 11. Evolution of crude steelmaking capacity in OECD/EU economies and non-OECD/EU
   economies ......................................................................................................................... 19
Figure 12. Global crude steelmaking capacity, production and  capacity utilisation rate .... 20

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**4** | STEEL MARKET DEVELOPMENTS – Q2 2018

## *Executive Summary*

Steel market conditions have continued to recover in most regions following the market weakness of 2015, but it is uncertain whether the momentum will continue. Important headwinds remain and include financial vulnerabilities of steel firms and the presence of distortive government support and subsidisation. This document provides an overview of recent steel market developments, the latest developments in global steelmaking capacity and a brief overview and outlook of regional markets, based on information available until December 2017. To summarise, the following key developments are discussed in this report.

- The economic situation: The economic recovery seems to have broadened, and risks to the downside, although always present, now seem to be subdued. The OECD projects world GDP growth to reach 3.6% in 2017, 3.7% in 2018, before decelerating slightly to 3.6% in 2019.
- Steel demand developments: Market data released in 2017 suggest that the recovery in steel demand that commenced during the second half of 2016 continued in 2017, with global steel production registering strong growth and monthly indicators of steel demand increasing in many economies. However, important structural imbalances remain unaddressed.
- Steel exports: After declining slightly in 2016, global steel exports fell by almost 7% in the first eight months of 2017.
- Steel prices: Steel prices continued to increase in 2017, despite a correction during the first half of the year. Iron ore and coking coal prices rebounded in the second half of the year following a weak start in early 2017, while ferrous scrap prices have remained buoyant.
- Steel demand forecasts: Forecasts by the World Steel Association, released in October 2017, suggest that global steel demand will continue to grow in 2018, albeit at a slower pace (1.6%) compared to 2017. Over the longer term, factors such as the circular economy and digitalisation trends could weigh on steel demand growth.

# 1.  The economic outlook

According to the November 2017 OECD Economic Outlook, world GDP growth has become more synchronised across economies, and is projected to have reached 3.6% in 2017. Growth is forecast to pick up slightly to 3.7% in 2018, followed by a slight deceleration to 3.6% in 2019 (see Table 1 below for the latest available OECD GDP growth forecasts).

In the euro area, the recovery is broad-based, driven by both domestic and external demand. The ongoing global recovery in output and trade and accommodative monetary policy, and reduced political uncertainty are important factors contributing to growth.[1] Euro area GDP growth was forecast at 2.4% in 2017, and is expected to ease to 2.2% in 2018 and 1.9% in 2019. A high level of indebtedness in both the household and the corporate sector, as well as a large stock of non-performing loans in some economies could negatively affect future growth.

In the United States (U.S.), GDP growth projections stand at 2.2% in 2017, 2.5% in 2018, and 2.1% in 2019. The OECD forecast assumes that the U.S. fiscal stance would become more accommodative in 2018, with the introduction of lower corporate and personal taxes, which would support both domestic consumption and investment. The main downside risks are elevated asset prices, including in the housing sector, high leverage in the corporate sector and potential trade frictions that could jeopardise the growth-inducing effects of global value chains of large U.S. corporations.

In Japan, economic growth is projected to have picked up to 1.5% in 2017, supported by stronger international trade and fiscal stimulus. Although some degree of fiscal consolidation should resume in 2018, growth is projected to remain close to 1% in 2018 and 2019, as export growth remains robust. The high level of government debt represents the main downside risk, as it could end up reducing investor confidence.

In emerging economies, economic growth rates vary depending on the degree of exposure to commodity markets and prices, progress in the implementation of structural reforms, the extent of financial vulnerabilities, and the different demand-side policies being implemented. In the People's Republic of China (hereafter "China"), real GDP growth is projected at 6.8% in 2017, 6.6% in 2018 and 6.4% in 2019. Economic growth is being supported by a rebalancing towards services as well as by some strategic industries. The Beijing-Hebei-Tianjin Corridor and the "One Belt, One Road" initiative are also expected to support domestic growth and to boost trade and investment ties with participating economies. Chinese domestic house price increases have decelerated, although price levels remain elevated. Potential headwinds to economic growth going forward include a real estate market downturn, rising non-performing loans due to a high level of corporate indebtedness (in particular for state-owned enterprises) and the effect of trade frictions. Corporate deleveraging is necessary to restore balance sheets amid rising debt service costs, yet monetary tightening alone is unlikely to restore financial stability.

In India, economic growth should regain strength, gradually recovering from the transitory adverse impact of rolling out the Goods and Services Tax (GST) and measures to reduce the black market economy, such as demonetisation. The OECD forecast points to GDP growth rates of 6.7% in 2017, 7.0% in 2018, and 7.4% in 2019, despite relatively weak manufacturing and investment activity. In the longer run, the GST will boost corporate investment, productivity and growth by creating a single market and reducing the cost of

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

capital equipment. Investment will be further supported by the plan to recapitalise public banks and by the new road plan.

In the Russian Federation (hereafter "Russia"), the economy is projected to continue growing only at a modest pace, with real wages continuing to decline and fiscal and monetary policy remaining tight. Russian GDP is expected to have grown by 1.9% in 2017, with growth projected to stay at 1.9% in 2018 and fall to 1.5% in 2019. Stable oil prices, better business sentiment and improved credit conditions are expected to support investment and consumption, but low productivity, a shrinking workforce, a relatively strong rouble and international sanctions will continue to weigh on economic activity.

In Brazil, the economy is emerging from eight quarters of GDP contraction, but the recovery is projected to remain weak and slow. Growth is expected to strengthen further. The OECD's forecast for GDP growth in Brazil stands at 0.7% for 2017, 1.9% for 2018 and 2.3% for 2019. The economy is benefitting from policies that are supporting the recovery, and from a decline in inflation which will leave more room for expansionary monetary policy. This, in turn, would boost investment. Nevertheless, high corporate indebtedness, and possible deterioration in the quality of loans, poses some risks to the outlook.

**Table 1. OECD Economic Projections, December 2017**

Real GDP growth (y-o-y).

| | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| **World** [1] | **3.3** | **3.1** | **3.6** | **3.7** | **3.6** |
| United States | 2.9 | 1.5 | 2.2 | 2.5 | 2.1 |
| Euro area | 2.0 | 1.8 | 2.4 | 2.2 | 1.9 |
|    Germany | 1.5 | 1.9 | 2.5 | 2.3 | 1.9 |
|    France | 1.0 | 1.1 | 1.8 | 1.8 | 1.7 |
|    Italy | 0.9 | 1.1 | 1.6 | 1.5 | 1.3 |
|    Spain | 3.4 | 3.3 | 3.1 | 2.3 | 2.1 |
| Japan | 1.1 | 1.0 | 1.5 | 1.2 | 1.0 |
| United Kingdom | 2.3 | 1.8 | 1.5 | 1.2 | 1.1 |
| Mexico | 3.3 | 2.7 | 2.4 | 2.2 | 2.3 |
| Korea | 2.8 | 2.8 | 3.2 | 3.0 | 3.0 |
| Canada | 0.9 | 1.5 | 3.0 | 2.1 | 1.9 |
| Turkey | 5.9 | 3.3 | 6.1 | 4.9 | 4.7 |
| Australia | 2.4 | 2.5 | 2.5 | 2.8 | 2.7 |
| China | 6.9 | 6.7 | 6.8 | 6.6 | 6.4 |
| India [2] | 8.0 | 7.1 | 6.7 | 7.0 | 7.4 |
| Russia | -2.8 | -0.2 | 1.9 | 1.9 | 1.5 |
| Brazil | -3.8 | -3.6 | 0.7 | 1.9 | 2.3 |
| Indonesia | 4.9 | 5.0 | 5.0 | 5.2 | 5.4 |
| South Africa | 1.3 | 0.3 | 0.7 | 1.0 | 1.5 |
| **OECD** [1] | **2.4** | **1.8** | **2.4** | **2.4** | **2.1** |
| **Non-OECD** [1] | **4.0** | **4.1** | **4.6** | **4.9** | **4.8** |
| **World real trade growth** | **2.7** | **2.6** | **4.8** | **4.1** | **4.0** |

*Note*: 1. Moving nominal GDP weights using purchasing power parities.
     2. Fiscal years starting in April.
*Source*: OECD Economic Outlook, November 2017, http://www.oecd.org/eco/outlook/economic-outlook/

World industrial production growth, which picked up from its 2015 lows and reached 3.7% in June 2016, has remained relatively stable since then (Figure 1). World industrial production growth has not only become more stable, but is now also more even across

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

economies—the (negative) gap between the growth rate of advanced economies and the growth rate of emerging and developing economies, observed for many years, has declined in recent months.

Global trade and commodity prices have continued to pick up, with their growth rates converging recently after years of decoupling.

**Figure 1. World industrial production, trade, and trade prices**

% change from one year earlier



*Source*: Netherlands Bureau for Economic Policy Analysis (CPB).

Steel market sentiment has continued to improve since January 2017, possibly reflecting the increase of steel prices and improvements in steel demand. However, the improvement could turn out to be temporary given the extent of the unaddressed underlying structural imbalances coupled with sluggish demand growth in the years to come.

The global Steel Purchasing Managers' Index (PMI), compiled monthly by Markit Economics, has been gradually rising since August 2015. In December 2017, it stood at 54.9 points, thus above the threshold reading of 50 that separates contraction from expansion (Figure 2, panel A). Since mid-2016, Markit Economics' steel PMIs have been stronger for Europe than the U.S. and Asia, but the differences have narrowed slightly over the last month, with a decline observed in Europe and in the U.S. (Figure 2, panel B).

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**8** │ STEEL MARKET DEVELOPMENTS – Q2 2018

### Figure 2. Steel Purchasing Managers' indices (PMIs)



*Source*: Markit Economics.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 2. Developments in steel markets

### 2.1. Steel consumption

#### *Global steel consumption*

After declining during 2015, demand for steel products around the world recovered in 2016 to 1 516 million metric tonnes (mmt). Global steel demand in 2016 was still below the recent peak attained in 2014 (1 547 mmt), but the data suggest that the recovery observed from the second quarter of 2016 continued in 2017 (Figure 3).

**Figure 3. Apparent steel use (finished steel products)**



*Source*: World Steel Association.

Figure 4 presents the year-on-year (y-o-y) percent change in the combined consumption of hot-rolled products for eight of the world's largest steel-consuming economies in Asia, the Commonwealth of Independent States (CIS) region, Europe, North America, and South America, which together account for around 70% of global steel demand. The y-o-y growth figure for the first four months in 2017 was a robust 6.8%, compared to the same period in 2016 according to International Steel Statistics Bureau (ISSB).[2]

**10** | STEEL MARKET DEVELOPMENTS – Q2 2018

**Figure 4. Consumption of hot-rolled steel products, major economies**

Y-o-y % changes



*Note*: Combined consumption of hot-rolled steel products of the following economies: Brazil, China, Germany, India, Japan, South Korea, Russia and the US. Consumption of hot-rolled products is defined as the sum of production and net imports.
*Source*: International Steel Statistics Bureau (ISSB).

## Americas

Steel demand is recovering in Latin America after a very difficult year in 2016, when demand contracted by 13.6%, driven by sharp declines in Brazil (14.6%) and Argentina (20.8%). According to the steel association Alacero (2017[1]), finished steel consumption in Latin America grew by 4% in January-October 2017 compared to the same time period in 2016. In Brazil, the largest steel-consuming economy in South America, steel demand recovered by 5% in January-October 2017. Steel demand also increased in Argentina (6%) and Colombia (2%) during the same period. Conversely, the Plurinational State of Bolivia (hereafter "Bolivia"), the Bolivarian Republic of Venezuela (hereafter "Venezuela") and Ecuador recorded declines of 18%, 15% and 6% respectively during January-October 2017, in year-on-year terms.

In North America, the U.S. monthly steel consumption indicator increased by 2% during the first four months of 2017, year-on-year. The recovery in steel demand is expected to continue. Although auto sales have recently decelerated, the construction sector in the U.S. is performing well and contributing to the growth of steel demand.

## Asia

Steel demand in China, which accounts for around 45% of global steel demand, showed some growth in 2016, after two consecutive years of decline. In 2016, Chinese apparent use of finished steel products stood at 681 mmt, 1.3% above 2015 levels, but about 7.4% below the level reached in 2013. The recent growth in Chinese steel demand seems to have benefited from stimulus measures affecting downstream sectors such as construction. The consumption of hot-rolled products in China registered a strong y-o-y growth rate of 8.7% in the first four months of 2017. Strong growth in Chinese steel demand in 2017 partly

reflected the one-off effect on steel demand resulting from the closure of induction furnaces, because demand for steel supplied by these induction furnaces was not previously captured by the official statistics.[3]

The monthly steel consumption indicator in India levelled off during the first four months of 2017, remaining flat compared with the same period in 2016. A slowdown in new domestic infrastructure projects might be leading to weakness in consumption of long products. In addition, recent policies by the Indian government, in particular, the demonetisation of banknotes in late 2016, which consisted in the replacement of the old denomination banknotes (INR 500 and INR 1 000) by brand new ones (INR 500 and INR 2 000) and the implementation of a Goods and Services Tax (GST) in July 2017, which works as a tax on value-added, might have affected steel demand in the short term.[4]

In the ASEAN (Association of Southeast Asian Nations) region, steel demand during the first half of 2017 recorded a moderate decline mainly as a result of falling demand in Thailand and Viet Nam, which account for 54% of steel demand in the ASEAN region (SEAISI, 2017[2]). According to the South East Asia Iron and Steel Institute (SEAISI), apparent steel consumption in ASEAN decreased by 6% during the first half of 2017 compared to the same period in 2016. Steel demand in Viet Nam fell sharply, by 11% y−o−y, the first decline following rapid growth during the previous five years. This could be attributable to the slowdown in construction of factories and warehouses due to the increase in construction material prices. Steel demand in Thailand also recorded a significant decline of 16% y-o-y in the first half of 2017, due to destocking following a strong build-up of inventories in 2016 on speculation that steel prices would rise (SEAISI, 2017[2]). Malaysia's apparent steel consumption declined by 7.7% y-o-y mainly due to weaker demand for long steel products used mainly in in the construction sector. Steel demand in Indonesia and the Philippines increased by 4% and 9.8% y-o-y, respectively, in the first half of 2017, supported by robust growth in demand for flat products used in manufacturing. Singapore's steel consumption recovered by 14% in the first half of 2017, after a significant decline of 29% in 2016.

In Japan, data on steel demand for ordinary finished steel products by domestic steel-consuming sector suggest that Japanese steel demand increased slightly during January to October 2017, growing by 1.9% from the same period of the previous year (JISF, 2017[3]). Orders from the construction sector generally remained strong, mainly driven by civil engineering activity. In addition, orders for steel from manufacturing sectors, especially the automotive and machinery equipment sectors, also contributed to Japanese steel demand growth in 2017.

In Korea, steel consumption increased by 1.2% in the first half of 2017 compared to the same period a year earlier. This was due to firm investment in the residential construction sector, according to the Korea Iron and Steel Association (KOSA, 2017[4]).

## CIS

In the Commonwealth of Independent States (CIS) region, Russian steel demand is likely to continue to pursue a moderate recovery in 2017. According to data from the Russian steel manufacturer EVRAZ (2017[5]), steel consumption in Russia increased by 5% to 18 mmt in the first half of 2017 compared to the same period in 2016, mainly driven by growth in demand for long products. According to Ukrmetalurgprom (2017[6]), domestic steel consumption in Ukraine was 1.7 mmt during January to July 2017, a significant decrease of 15.6% compared with the same period in 2016.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

*European Union*

In the European Union (E.U.), the construction (particularly the residential housing segment) and the steel tube sectors posted strong output growth (the latter mainly driven by a number of offshore and onshore pipeline projects), while the automotive industry saw output growth stabilise in the second quarter of 2017 after growing rapidly during the first quarter of the year (Eurofer, 2017[7]). A recent market report by EUROFER indicates that real steel consumption during the second quarter of 2017 grew by 1.5% y-o-y, and noted that 2017 would continue with rather strong market fundamentals.[5]

## 2.2. Steel production

Growth in world crude steel production maintained its momentum in 2017, with a solid 5.2% expansion. Nevertheless, there are significant differences in growth rates among regions (Table 2).

Total production in the North America region was 4.8% in 2017, with Canada and Mexico registering the strongest pace of production growth (8.3% and 6.3%, respectively) and the U.S. experiencing strong, but somewhat lower growth in 2017 (4.0%).

In the E.U., steel production maintained its upward momentum, increasing by 4.1% in 2017. Steel output in the United Kingdom (U.K.) contracted by 2.6%. The largest increases in steel production were seen in Poland (14.8%), France (7.6%) and Spain (6.2%), while Italian and German production grew at a firm yet more subdued pace, reaching 2.9% and 3.5%, respectively, in 2017.

In the "Other Europe" region, steel output increased by 13.1% in 2017, while economies in the CIS region experienced a stagnation of steel production growth (0.0%). Growth patterns differed significantly between countries in these regional groupings; for example, Turkish steel output expanded by 13.1% while Ukrainian production fell by 6.4% in 2017. The decrease in Ukraine's overall crude steel production partly reflects developments in the Donetsk and Lugansk regions (SBB, 2018[8]).[6] Ukrainian production continues to suffer from instability and infrastructure damage in the eastern part of the country, as well as challenging economic conditions in general. Russian output increased by a modest 1.3% for 2017 as a whole, reflecting the late timing of the pick-up in steel production that year.

Crude steel production increased by 5.2% in Asia in 2017, with China's steel production growing by 5.0%, Korea's by 3.7%, and Chinese Taipei's by 6.9%. India continued to exhibit solid steel production growth (6.2%), despite a slowdown during the first months of the year. China's steel production started to decline around mid-November 2017 as mills in the northern and eastern provinces curtailed output for the winter heating season, in line with market expectations. Japanese steel production, on the contrary, stagnated in 2017 (−0.1%).

In South America, the industry is rebounding from its previously sharp decline, with steel production growing at a rate of 8.7% in 2017. The two largest steel-producing economies, Brazil and Argentina, both experienced a marked recovery in steel production by 9.9% and 12.1%, respectively, largely due to the low base of comparison the previous year, whereas Venezuelan production continued to fall (-15%).

In the Middle East, production increased by 11.8% in 2017, led by the Islamic Republic of Iran (hereafter "Iran") (21.4%). Saudi Arabia steel production, on the contrary, contracted by 12.7%. African steel production has increased by 15.9% y-o-y, driven by a very strong

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

rebound in Egypt (35.0%). In South Africa, steel production rebounded after a decline during the first half of 2017, resulting in an overall 2.6% growth rate for 2017.

**Table 2. World crude steel production developments in 2016 and 2017**

| | Level, thousand mmt | | | % change, year-on-year | | |
|---|---|---|---|---|---|---|
| | Dec 2017 | 2016 | 2017 | Dec 2017 | 2016 | 2017 / 2016 |
| EU | 13 958 | 162 136 | 168 740 | 8.3 | -2.4 | 4.1 |
| Other Europe | 3 493 | 35 919 | 40 621 | 12.3 | 5.6 | 13.1 |
| CIS | 8 425 | 101 928 | 101 957 | -4.2 | 0.5 | 0.0 |
| North America | 9 504 | 110 624 | 115 955 | 5.1 | -0.3 | 4.8 |
| South America | 3 865 | 40 220 | 43 728 | 24.5 | -8.4 | 8.7 |
| Africa | 1 187 | 11 669 | 13 519 | 18.4 | -4.9 | 15.9 |
| Middle East | 2 698 | 29 025 | 32 449 | 7.6 | 7.6 | 11.8 |
| Asia, of which: | 92 875 | 1 107 912 | 1 165 112 | 1.0 | 1.6 | 5.2 |
| China | 66 151 | 804 803 | 845 030 | 0.4 | 0.8 | 5.0 |
| Oceania | 538 | 5 837 | 5 985 | 5.0 | 2.1 | 2.5 |
| World | 136 543 | 1 605 270 | 1 688 065 | 2.8 | 0.8 | 5.2 |

*Source*: World Steel Association, as of December 2017. Data are based on monthly production data and can differ slightly from annual data published after December of each year.

## 2.3. World steel trade

Monthly data from the International Steel Statistics Bureau (ISSB), taking into account internal E.U. and other inter-regional trade, point to global steel exports of 449 million tonnes during the first seven months of 2017 (annualised), down from 460 million tonnes in 2016. The world export ratio, i.e. exports as a share of crude steel production in 2017 (Figure 5.A), has been declining slightly when compared to levels in 2016. The world export ratio stood at 25.3% in July 2017, falling to the same level as in the beginning of 2014. Excluding intra-E.U. trade, monthly global steel exports have remained relatively stable at around 27 − 28 million tonnes during 2017. On the other hand, the export ratio (excluding intra-E.U. trade) has been declining, falling to 21.2% in July 2017, down from 23.9% in July 2016 (Figure 5.B).

**Figure 5. World exports of steel: monthly volume (mmt) and export ratio (% of crude steel production), 3-month moving averages**



A. Including intra − E.U. trade    B. Excluding intra − E.U. trade

*Source*: OECD calculations based on data from ISSB

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Table 3 presents recent data on trade developments in the seven largest steel-producing economies and the rest of the world. Exports from China have declined by 29.1% y-o-y in the first eight months of 2017. Japanese exports have also declined, doing so by 8.7% in the same period. On the other hand, exports from the E.U. (external) and Russia edged up by 1.2% in the first eight months of 2017. Korean exports were up by 5.6% in the same time period. India recorded a significant increase in steel exports in 2017 (74.4%), supported by strengthening construction activity in ASEAN and neighbouring countries (SBB, 2017[9]). Steel exports from the U.S. also started to grow again in 2017, climbing by 13.1% after four years of decline.

Turning to steel imports, the E.U. is the largest steel importing economy. E.U. imports increased significantly during the first eight months in 2017, rising by 6.9% compared to the same period in 2016. The U.S. recorded a rapid increase in steel imports in the same period (20.2%). Steel imports into the ASEAN region have registered sharp growth in recent years. However, in the first eight months of 2017, Viet Nam and Thailand experienced a significant decline, by 15.4% and 18.4%, respectively. The volume of imported steel products in India and Korea also decreased by 16.1% and 11.6%, respectively, in the first eight months of 2017. On the other hand, Japan and Russia recorded significant increases in steel imports (9.6% and 53.6%, respectively) in the period January-August 2017. Chinese imports increased modestly, climbing 1.3% in the first eight months of last year.

**Table 3. Steel trade developments across major steel producing economies**

| Thousands of metric tonnes | | 2013 | 2014 | 2015 | 2016 | 2017 Jan-Aug | 2016 Jan-Aug | % Change 2017 / 2016 |
|---|---|---|---|---|---|---|---|---|
| **China** | Exports | 61 083 | 92 348 | 110 928 | 107 531 | 53 587 | 75 609 | -29.1% |
| | Imports | 14 642 | 14 734 | 13 048 | 13 467 | 9 018 | 8 904 | 1.3% |
| **EU-28 (external trade)** | Exports | 36 087 | 36 451 | 32 998 | 29 251 | 19 604 | 19 379 | 1.2% |
| | Imports | 27 872 | 31 931 | 37 385 | 41 008 | 28 863 | 27 000 | 6.9% |
| **Japan** | Exports | 42 406 | 41 247 | 40 720 | 40 452 | 24 954 | 27 318 | -8.7% |
| | Imports | 5 345 | 6 657 | 5 850 | 5 965 | 4 256 | 3 883 | 9.6% |
| **United States** | Exports | 12 182 | 11 581 | 9 620 | 8 920 | 6 796 | 6 010 | 13.1% |
| | Imports | 29 727 | 40 285 | 35 564 | 29 918 | 23 986 | 19 958 | 20.2% |
| **Russian Federation** | Exports | 23 598 | 26 939 | 29 605 | 31 096 | 20 452 | 20 207 | 1.2% |
| | Imports | 6 453 | 5 644 | 4 309 | 4 389 | 4 047 | 2 634 | 53.6% |
| **India** | Exports | 9 646 | 9 828 | 7 117 | 9 933 | 10 394 | 5 959 | 74.4% |
| | Imports | 7 347 | 9 310 | 13 249 | 9 857 | 5 894 | 7 027 | -16.1% |
| **Korea** | Exports | 28 826 | 31 803 | 31 077 | 30 504 | 21 179 | 20 065 | 5.6% |
| | Imports | 18 878 | 22 268 | 21 546 | 23 168 | 14 041 | 15 882 | -11.6% |
| **Rest of the World** | Exports | 59 887 | 63 369 | 54 615 | 56 624 | 40 381 | 37 404 | 8.0% |
| | Imports | 86 005 | 100 690 | 105 975 | 110 768 | 66 665 | 74 393 | -10.4% |
| **World total** | Exports | 273 715 | 313 566 | 316 680 | 314 312 | 197 348 | 211 951 | -6.9% |
| | Imports | 196 269 | 231 519 | 236 926 | 238 540 | 156 769 | 159 680 | -1.8% |

*Note*: The definition of steel used in this table is HS 7206 to 7302, 7304-7306, and 7307.21-7307.99 excluding some forgings (7326.19), points and switches/crossings (7302.30 and 7302.90), some forged cold finished sections (7216.69 and 7216.99), some cold formed sections (7216.61 and 7216.91), welded shapes and sections (7301.20) and steel castings (7325.99).
*Source*: OECD calculations based on data from ISSB

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 2.4. Steel and steelmaking raw material prices

### 2.4.1. *Steel prices*

The uptake in steel demand during 2016 and 2017 has supported a rebound in steel prices from their 2015 lows. Following some volatility in the early part of 2017, world hot-rolled coil (HRC) and rebar prices bounced back in the latter part of the year to attain their highest levels since April 2013. Nevertheless, steel prices remain below their 2011 levels. The dispersion across regions for both rebar and flat products prices, after increasing considerably from 2013 to 2015, has been reverting to pre-2013 levels, albeit in a somewhat volatile manner (Figure 6).

**Figure 6. World steel prices (latest month January 2018)**



*Note 1*: The flat price and rebar price indices are defined as the arithmetic average of the individual regional Platts price series for the U.S., North Europe, China, Japan, India and Russia, when available. This simple arithmetic average had the closest fit to the two global Platts price indices used in previous Market reports, which were discontinued by Platts from September 2017 onwards.
*Note 2*: The coefficients of variation (CV) are defined as the ratio of the standard deviation of the regional Platts price series making up the indices to their (arithmetic) mean.
*Source*: Platts Steel Business Briefing.

Steel prices have been increasing more rapidly in China than in the global average over the last few years. While the world index (as discussed above) increased by 11% for rebar prices and approximately 13% for flat prices from January 2017 to January 2018, the Chinese steel price composite index[7] increased by around 17% over the same time horizon.

The increase in Chinese prices has reduced the gap relative to the prices of other markets, but without eliminating it. As can be seen in Figure 7, the price for flat products in China still remains significantly below comparable prices in other regions (−14% compared to Japanese and E.U. prices, and −23% compared to U.S. prices). This heterogeneity in steel price developments can also be observed when analysing price trends over a longer time horizon. Percentage-wise, the U.S. and China's steel prices have tended to increase the most since September 2009 (Figure 8). Prices in all considered regions followed the same

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**16** | STEEL MARKET DEVELOPMENTS – Q2 2018

dynamics and bottomed out in 2015/early 2016. Japanese prices now stand at around their level of September 2009, while Chinese prices reverted to a markedly higher level as compared to their September 2009 values. Chinese steel demand accounts for approximately 45% of global demand, and exports accounted for 27% of world steel exports in the first 8 months of 2017, which place China as the largest steel exporter in the world. As such, the recent developments in Chinese steel prices are likely to have had an important effect on the development of global steel prices as a whole.

**Figure 7. Steel price index for flat products, by region**



*Source*: Platts Steel Business Briefing.

**Figure 8. HRC price indices by region (September 2009=100)**

*Source*: Platts Steel Business Briefing.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

### 2.4.2. Steelmaking raw material prices

Prices of key steelmaking raw materials declined between early 2011 and the beginning of 2016, contributing significantly to lower steel production costs during that time period. Figure 9. below shows the prices for the three main inputs used in steel-making, i.e. iron ore, coking coal and scrap. All these prices reached lows in late 2015/early 2016, and have since started to recover, albeit at different rates.

Iron ore prices stabilised at around USD 65 per tonne in December 2017, down from USD 80 one year earlier and below its level of USD 86 per tonne in March 2017. Coking coal prices have been more volatile, increasing rapidly in the second half of 2016 before falling sharply in early 2017. As of December 2017, coking coal prices stood at USD 227 per tonne (FOB Australia). This represents an increase of 22% compared to the previous month, but is still markedly lower than levels resulting from the price spike at the end of 2016. Scrap prices have also increased, reaching USD 323 per tonne (FOB Rotterdam) in December 2017. After a slight dip in October and November, scrap prices returned to their recent highs attained in September 2017.

**Figure 9. Prices for key steel-making raw materials**



*Source*: Platts Steel Business Briefing (SBB).

Between 2013 and mid-2016, the margin between steel prices and prices of a basket of key steelmaking raw material (OECD, 2016[10]) increased significantly (see Figure 10 below). This was followed by a sharp drop in the margin in the second half of 2016, as steelmaking raw material prices increased, driven notably by the spike in coking coal prices mentioned above. In the course of the year 2017, the steel-raw material price margin stabilised again at values around those observed in 2015.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**18** │ STEEL MARKET DEVELOPMENTS – Q2 2018

### Figure 10. Margin between steel and raw materials prices



*Note*: The raw materials basket for steel production includes 70% of the usual quantities of iron ore (1.6 tonne) and coking coal (0.77 tonne) needed to produce steel in the integrated process and 30% of the quantity of ferrous scrap (1.07 tonne) needed to produce steel in the electric arc furnace process (see OECD, 2016). Prices used are as follows: Iron ore Fines, 62% Fe, SPOT, CFR China; Hard coking coal spot, FOB Australia; Scrap, #1 HMS, FOB Rotterdam. The basket is compared against HRC world prices. The margin is defined as the per cent difference between the steel flat price and the raw materials basket price.
*Source*: OECD calculations based on Platts Steel Business Briefing.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 3. The global excess capacity situation

Global excess capacity remains a major challenge for the global steel industry, affecting the financial and economic sustainability of the steel sector. Steel-making capacity developments are changing quickly in response to both investments and closures taking place in the industry, and the OECD works to monitor the situation on an ongoing basis. The latest available information (as of December 2017) suggests that nominal global crude steelmaking capacity decreased for the second consecutive year in 2017. The OECD has revised down its 2016 and 2017 figures for world steelmaking capacity to 2 280.7 mmt and 2 251.2 mmt, respectively, to incorporate closures and investments that were not taken into account previously (OECD, 2018[111]).[8] The decline in global steelmaking capacity in 2017 follows a deceleration in capacity growth since 2013, as a result of capacity reductions and slower capacity growth in OECD/EU economies and non-OECD/EU economies (Figure 11).

**Figure 11. Evolution of crude steelmaking capacity in OECD/EU economies and non-OECD/EU economies**



*Note*: Capacity data reflects all information on changes up to December 2017 and reflected comments and modifications from delegates after the discussion on a draft of this report at the Steel Committee meeting in March 2018. The European Union (EU) is a member of the Steel Committee and accordingly this data includes all EU Member States.
*Source*: OECD (2018[111])

The downward revisions to global crude steelmaking capacity have contributed to a narrowing of the gap between global capacity and demand, which is estimated to have stood at approximately 654 mmt in 2016. The 1.3% reduction in global crude steelmaking capacity in 2017, combined with strong growth in steel production, has contributed to rising capacity utilisation rates recently. The global steelmaking capacity utilisation rate (i.e. production divided by capacity) increased from 71.3% in 2016 to 75.1% in 2017, with the gap between global capacity and production declining to around 561 mmt (Figure 12).

**20** │ STEEL MARKET DEVELOPMENTS – Q2 2018

**Figure 12. Global crude steelmaking capacity, production and capacity utilisation rate**



A. Capacity-Production gap (mmt)          B. Capacity utilisation rate

*Note*: Capacity data reflects all information on changes up to December 2017.
*Source*: OECD for capacity and World Steel Association for production.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# 4. The steel market outlook

## 4.1. Global steel market outlook

The last Short Range Outlook released by the World Steel Association was in October 2017, at which time global steel demand was expected to reach 1 622.1 million metric tonnes (mmt) in 2017, and 1 648.1 mmt in 2018 (see Table 4). This corresponds to a 2.8% global growth rate for 2017, and a 1.6% global growth rate for 2018, taking into account the adjustments for Chinese data (see the footnote in Table 4).

The previous forecasts, released in April 2016, had indicated an increase in steel demand of 1.3% in 2017 and 0.9% in 2018. The upward revisions reflected the broadening of the cyclical upturn throughout 2017, leading to better-than-expected demand outcomes for both developed and most developing economies.

**Table 4. The October 2017 forecasts for regional apparent steel use by the World Steel Association**

Millions of tonnes of finished steel

|  | 2016 | | 2017 (f) | | 2018 (f) | |
|---|---|---|---|---|---|---|
|  | Volume | % change | Volume | % change | Volume | % change |
| E.U. (28) | 158.2 | 2.8 | 162.1 | 2.5 | 164.3 | 1.4 |
| Other Europe | 40.5 | 1.2 | 40.1 | -1.0 | 42.2 | 5.2 |
| CIS | 49.4 | -2.7 | 51.1 | 3.6 | 53.0 | 3.8 |
| NAFTA | 132.2 | -1.5 | 138.7 | 4.9 | 140.4 | 1.2 |
| Central & South America | 39.4 | -13.5 | 40.4 | 2.5 | 42.3 | 4.7 |
| Africa | 37.6 | -2.7 | 37.0 | -1.6 | 38.2 | 3.3 |
| Middle East | 53.1 | -1.4 | 53.9 | 1.5 | 56.5 | 4.8 |
| Asia & Oceania | 1 005.4 | 2.2 | 1 098.8 | 9.3* | 1 111.1 | 1.1 |
| of which: China | 681.0 | 1.3 | 765.7 | 12.4* | 765.7 | 0.0 |
| World | 1 515.9 | 1.0 | 1 622.1 | 7.0* | 1 648.1 | 1.6 |

*Note:* * a special note on China: China closed many of its outdated induction furnaces in 2017, a category which was generally not captured in official statistics. With closure of the induction furnaces, the demand from this sector of the market is now satisfied by mainstream steel makers and therefore captured in the official statistics in 2017. Consequently, the nominal growth rate for steel demand in China increased to 12.4% or 765.7 mmt. Disregarding this statistical base effect, the World Steel Association expects that the underlying growth rate of China's steel demand for 2017 will be 3%, which will make the corresponding global growth rate 2.8%.
*Source:* World Steel Association's Short Range Outlook, released in October 2017.

A number of risks cited by the World Steel Association that cloud the outlook remain important, but have abated to some extent during the course of 2017. They are: rising protectionism, U.S. policy shifts, E.U. election uncertainties and the Chinese economic growth deceleration. Moreover, escalating geopolitical tension in the Korean peninsula, China's debt challenge, as well as a fear of financial markets overvaluation will remain significant risk factors. In spite of these risks, both business and consumer confidence as well as investment continue to improve. Overall, the World Steel Association noted in its

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

October 2017 Short Range Outlook that the steel sector is at its "best balance of risks since 2008".

Nevertheless, the steel sector continues to face longer-term challenges such as the longer-term decline in steel intensities in some economies, excess capacity, expressed in still very low capacity utilisation rates, as well as in the still fragile financial situation of many steel firms.

## 4.2. Regional steel market outlook

### Europe and CIS economies

Eurofer expects apparent steel consumption in the E.U. to increase by 2.3% in 2017 and 1.7% in 2018, while real steel consumption is foreseen to grow 3.2% in 2017 followed by an expected increase of 1.5% in 2018 (Eurofer, 2017[7]). In 2017, the E.U. steel industry benefited from demand growth in steel using sectors, particularly tubes and construction.

After an expected rapid increase of 7.2% in 2017, production in the EU steel tube sector is projected to shrink slightly by 0.6% in 2018. The construction sector is expected to continue growing at a rate of 2.4% in 2018, after an expected growth rate of 4.2% in 2017. In Western Europe, the residential property investment is expected to sustain growth, boosted by attractive financial conditions, rising wages in the labour market, as well as tax incentives in a number of economies. Civil engineering activity is projected to increase particularly in central European economies, supported by public funding for new construction and renovation of infrastructure. Production in the second most important steel-using industry in the E.U., the automotive industry,[9] is expected to have grown by 3.2% in 2017 and to expand further by 1.8% in 2018. Domestic demand for cars in the E.U. is expected to continue increasing, albeit at slower rates going forward, owing to saturation effects. Passenger vehicle demand should continue to be sustained by rising wages and low interest rates on consumer credit. Demand from major export markets, such as the U.S., however, is likely to remain stable due to, among others, a strong euro, according to Eurofer (2017[7]). Machinery output was expected to have grown 4.6% in the year 2017, with a moderation in growth to 2.3% projected for 2018. Positive prospects for investments in the E.U. should drive domestic demand for machinery. Due to rising business investment in efficiency improvements, production of high-tech equipment related to automation and robotics should benefit (Eurofer, 2017[7]).

Steel markets in the E.U. could see some corporate consolidation in the near future. The envisaged merger of ThyssenKrupp with Tata could, according to media reports, be signed in early 2018 and completed at the end of the year (Financial Times, 2017[12]). In late December 2017, the German trade union IG Metall approved a job security deal proposed by ThyssenKrupp (Reuters, 2017[13]).[10] Concerning the planned acquisition of Ilva by ArcelorMittal, which was agreed in June 2017, the European Commission announced on 8 November 2017 that it would conduct an in-depth investigation of the deal (European Commission, 2017[14]) – a final decision is expected by 23 March 2018. Should the transaction be successful, it would be the largest merger within the European steel industry since over a decade.

According to the October 2017 forecasts of the World Steel Association, steel demand for finished steel products in the "Other Europe" regional category is expected to grow by 5.2% in 2018 after declining by 1% in 2017. A significant contributor to the high growth rate of this region is Turkey, where steel demand is estimated to grow by 6% in 2018 after an expected contraction of 1.7% in 2017 (World Steel Association, 2017[15]). The main drivers

behind Turkey's increasing steel demand are major ongoing infrastructure projects such as the new Istanbul airport and two large suspension bridges – the Çanakkale 1915 Bridge (which would become the world's longest suspension bridge), and the Osman Gazi Bridge along the Gebze–Izmir Motorway (ERAI, 2017[16]).

After an expected increase of 3.6% in 2017, steel demand in the CIS region is set to increase further by 3.8% in 2018. Russia, the largest steel economy in the CIS region, is expected to continue its recovery after a drop of 3.6% in 2016, and achieve steel demand growth rates of 2.6% and 3.2% in 2017 and 2018, respectively (World Steel Association, 2017[15]). Steel demand in Ukraine is expected to recover in 2018 to 4 mmt as compared to a foreseen 3.2 mmt in 2017 (+25%), according to Ukrmetalurgprom (2017[6]).

### Americas

Central and South American economies are expected to register steel demand growth of 2.5% and 4.7% in 2017 and 2018, respectively, according to the World Steel Association's October 2017 Short Range Outlook. These numbers have to be seen against the backdrop of a considerable decline in steel demand in 2016 (-13.5%). Thus, despite the predicted increase, estimated steel consumption in 2018 would not yet recover to the 2015 level (World Steel Association, 2016[17]; World Steel Association, 2017[15]). After the significant drop in steel demand in Brazil in 2016 and a recovery by an estimated 5% in 2017 (Aço Brasil, 2017[18]), apparent domestic steel consumption is projected to grow another 7% in 2018 (Alacero, 2017[19]). Moody's argues that an increase in steel consumption depends on a limited number of industries, as broader demand from major steel-using industries such as capital goods, durable goods and construction remains subdued (Moody's, 2017[20]). In Argentina, steel demand is expected to increase by 5% in 2018 (Alacero, 2017[19]), benefiting from reforms, as well as from private construction and government infrastructure projects (S&P Global Platts, 2017[21]; World Steel Association, 2017[22]). Upcoming elections in many Latin American economies in 2018 will be important to follow.

Regarding the NAFTA region, the World Steel Association (2017[15]) revised its estimated demand increase for 2017 upwards to 4.9%, while growth in 2018 is now expected to be 1.2%. After a decline in 2016, steel use in the U.S. is expected to have increased by 4.8% in 2017, with further growth of 1.1% projected for 2018, bringing demand to a level of 97.3 mmt (World Steel Association, 2017[15]). Planned government investment or incentives for private investments in infrastructure could further drive steel consumption. The U.S. tax reform, approved in December 2017, might provide a stimulus to domestic growth and consequently also benefit steelmakers. In 2017, Mexico experienced strong growth in its automotive sector, which contributed to steel demand growth of 5.7% that year. In line with a dampened outlook for the car industry, owing to a moderation in automobile demand in the U.S. (Mexico's biggest export market), steel demand in Mexico is expected to increase by a somewhat lower growth rate of 3% in 2018 (World Steel Association, 2017[15]).

### Middle East

In the Middle East, steel demand is forecast to have grown by 1.5% in 2017, accelerating to a projected 4.8% growth rate in 2018 (World Steel Association, 2017[15]). The steel demand outlook for the region is highly influenced by oil prices, geopolitical tensions and exchange rate fluctuations. Nevertheless, Gulf Coast Conference (GCC) economies are financing important infrastructure projects and public works that could support steel demand going forward. For example, in the United Arab Emirates (UAE) and Qatar,

infrastructure is expected to be built for the 2020 Expo in Dubai and the 2022 Football World Cup in Qatar. Also, in Saudi Arabia, the government is supporting the construction and modernisation of infrastructure, which would be an important driver of steel demand growth going forward (Djoudi, 2017[23]). Steel demand in Iran is expected to continue growing in response to continued economic growth, with factors that may affect the Iranian steel demand outlook including developments regarding economic sanctions, domestic political developments and the implementation of economic reforms.

### Asia and Oceania

The October 2017 forecasts by the World Steel Association indicate that the Asia and Pacific region would grow by 9.3% in 2017 and 1.1% in 2018. However, the numbers for 2017 include the one-off statistical effect resulting from the closure of induction furnaces in China that were operating in the informal sector. While the nominal growth rate for steel demand in China is forecast at 12.4% for 2017, disregarding the one-off statistical base effect would suggest that the underlying growth rate would be about 3% that year, which would make the corresponding global growth rate around 2.8% (World Steel Association, 2017[15]).

Looking forward, the World Steel Association's October 2017 forecasts indicate that Chinese steel demand growth would remain subdued in 2018 (no growth relative to 2017), as the government resumes and strengthens its efforts on economic rebalancing and environmental protection. On the other hand, the China Metallurgical Industry Planning and Research Institute forecasts that Chinese steel consumption would grow by 0.7% in 2018 compared to 2017 (China Daily, 2017[24]). The China Iron and Steel Association (CISA) indicates that Chinese steel demand is likely to be stable in 2018, supported by demand from infrastructure investment projects, manufacturing sectors and other steel consuming industries (Jin, 2018[25]).

Steel demand growth in China will likely continue to be supported by infrastructure investment projects, such as construction of roads, bridges and subways, even though there are some concerns that infrastructure investment might be slowing down in 2018 compared to 2017 because of increased efforts by the Chinese government to deleverage the economy (Bloomberg, 2017[26]).[11] Steel demand from the automotive industry is expected to be a slight slowdown, reflecting only modest growth in the Chinese automotive market in 2018 (Reuters, 2017[27]).

Steel demand in Japan is showing a stronger-than-expected growth performance, owing in part to the government stimulus package. Japanese steel demand is forecast to grow by 2.9% in 2017 and 0.8% in 2018 (World Steel Association, 2017[15]). According to the Japan Iron and Steel Federation (JISF), steel demand in Japan should continue to grow moderately, supported by preparations for the 2020 Olympic Games (JISF, 2017[28]). The non-housing sector in Japan is expected to support steel demand growth, and expectations about civil engineering activity suggest it will hover around a relatively high level. In Korea, steel demand is expected to have contracted by 1.5% in 2017, affected by high consumer debt, weakening construction and a depressed shipbuilding sector.

According to the latest Short Range Outlook by the World Steel Association, steel demand in India is expected to grow by 5.7% in 2018, revised down from the 7.1% growth projection of the previous outlook. There are some expectations that urbanisation and infrastructure developments could boost medium- to long-term steel demand, as noted in India's National Steel Policy 2017 (Steel Ministry of India, 2017[29]; S&P Global Platts, 2017[30]). However, delays to the execution of infrastructure projects might have an impact

on growth of steel demand in the short-term (Business Standard, 2017[31]). In order to satisfy the expected long-term increase in steel demand, the National Steel Policy 2017 furthermore outlines that 300 mmt crude steelmaking capacity would be needed by 2030−31, up from 125 mmt in 2017 (OECD, 2018[11]). This would require adding approximately 7% of capacity annually, and the policy outline acknowledges that achieving this targeted capacity growth requires considerable resources. According to OECD information about capacity additions currently underway, Indian steelmaking capacity is set to increase by 4.8% from 2017 to 2018 (OECD, 2018[11]). In the event that the planned capacity additions are completed and the projected demand increase falls short of expectations, any additional capacity that is not absorbed by domestic demand could create pressure for oversupply on world steel markets.

Steel demand in the ASEAN region is forecast to continue to grow strongly. SEAISI (2017[32]) indicates that the ASEAN-6 region (Indonesia, Malaysia, Philippines, Singapore, Thailand and Viet Nam) should maintain a steady growth rate in steel consumption of around 5-6% per year in the short-term. Apparent steel consumption in the region could surpass 90 mmt in 2019 (about the same level as that of the U.S. in 2016). The continuous growth of steel consumption in the region is being driven mainly by numerous government-led infrastructure projects, especially in Viet Nam, the Philippines, and Indonesia. The Vietnamese government has been attracting more foreign investment to prioritised areas such as infrastructure development. The Philippine government is committed to approving and launching more infrastructure projects under the "Build Build Build" program, aiming to accelerate infrastructure developments with public spending on projects, targeted to reach PHP 8-9 trillion from 2017 until 2022 (Philippine Government, 2018[33]). The Indonesian government is also prioritising infrastructure projects which would boost steel consumption in the short term. The Indonesian government is planning to allocate USD 35 billion of its 2018 annual budget for infrastructure projects (The Indonesia Iron and Steel Industry Association, 2017[34]).

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# *References*

Aço Brasil (2017), *Brazil Steel News, 39th edition*, http://www.acobrasil.org.br/siderurgiaemfoco/Aco_Brasil_Informa_Dez_17--web.pdf. [18]

Alacero (2017), *2018: Expected strengthening of economic activity and steel demand in Latin American countries*, https://www.alacero.org/en/page/prensa/noticias/2018-expected-strengthening-of-economic-activity-and-steel-demand-in-latin. [19]

alacero (2017), *Latin American steel crude and finished production increase 7% and 3% respectively during January-October 2017*, https://www.alacero.org/en/page/prensa/noticias/latin-american-steel-crude-and-finished-production-increase-7-and-3. [1]

Bloomberg (2017), *China's Infrastructure Binge Is Set for a Major Slowdown*, https://www.bloomberg.com/news/articles/2017-12-04/china-infrastructure-binge-seen-slowing-in-2018-as-debt-curbed. [26]

Bloomberg (2017), *U.S. Demands Steel Tracking in Tough Nafta Push on Autos*, https://www.bloomberg.com/news/articles/2017-10-13/u-s-is-said-to-demand-america-specific-auto-content-in-nafta. [35]

Business Standard (2017), *Project delays, cost overruns continue to plague infra sector*, http://www.business-standard.com/article/economy-policy/project-delays-cost-overruns-continue-to-plague-infra-sector-117081900073_1.html. [31]

China Daily (2017), *Steel consumption to rise 7.7% this year*, http://www.chinadaily.com.cn/business/2017-12/05/content_35207857.htm. [24]

Djoudi, K. (2017), *"The Iron and Steel Industry in the Arab World" (in French)*, OECD 83rd Session of the Steel Committee, 28-29 September 2017,, http://www.oecd.org/industry/ind/Item_9_1_AISU_Algeria.pdf. [23]

ERAI (2017), *10 Ongoing Mega Projects Of Turkey In 2017*, http://eraiturkey.com/2017/03/17/10-ongoing-mega-projects-of-turkey-in-2017/. [16]

Eurofer (2017), *Economic and Steel Market Outlook 2017-2018 Q4-2017 Report from EUROFER's Economic Committee*, http://www.eurofer.org/Issues%26Positions/Economic%20Development%20%26%20Steel%20Market/Market/Market%20Report-2017-Q4_final.pdf. [7]

European Commission (2017), *Press release - Mergers: Commission opens in-depth investigation into proposed acquisition of Ilva by ArcelorMittal*, http://europa.eu/rapid/press-release_IP-17-4485_en.htm. [14]

EVRAZ (2017), *EVRAZ announces unaudited interim financial results for H1 2017*, https://www.evraz.com/upload/iblock/8f1/EVRAZ_2017%20Interim%20report_final.pdf. [5]

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Financial Times (2017), *ThyssenKrupp and Tata agree steel merger*, https://www.ft.com/content/4504f0b4-9dc6-11e7-9a86-4d5a475ba4c5. [12]

Jindal Steel and Power Ltd. (2017), *Financial Results for First Quarter FY 2017-18*, http://www.jindalsteelpower.com/img/admin/financial_reports/press_release/JSPL_Press_Release_1QFY18_Financial_Results.pdf. [38]

Jin, W. (2018), *"Report on the 2018 Annual Meeting of China Iron and Steel Association" (in Chinese)*, http://www.chinaisa.org.cn/gxportal/DispatchAction.do?efFormEname=ECTM40&key=VjVeYQBrA2ICYw84VDNQMQZiVTUBZVBkUGADM1k7V2UDEFsUWUJXZ1NCAEcDFFEz. [25]

JISF (2017), *"Outlook of steel demand in FY2018" (in Japanese)*, http://www.jisf.or.jp/news/topics/documents/FY2018tekko-juyo.pdf. [28]

JISF (2017), *Order Booked of Steel Products by Consuming Sector*, http://www.jisf.or.jp/en/statistics/order/index.html. [3]

KOSA (2017), *Korean Steel Market in 2017*, Presentation at the 83rd Session of the OECD Steel Committee, 28-29 September 2017, http://www.oecd.org/industry/ind/Item_9_6_KOSA_Korea_Revised.pdf. [4]

Moody's (2017), *Moody's: Outlook for Brazil's steel industry is stable amid tepid demand*, https://www.moodys.com/research/Moodys-Outlook-for-Brazils-steel-industry-is-stable-amid-tepid--PR_372241. [20]

National Bureau of Statistics of China (2018), *Investment in Fixed Assets for 2017*, http://www.stats.gov.cn/english/PressRelease/201801/t20180125_1577161.html. [36]

OECD (2018), "Recent Developments in Steelmaking Capacity", *internal working document, Directorate for Science, Technology and Innovation*. [11]

OECD (2016), *Steel Market Developments, Q2 2016*, OECD Publishing, http://www.oecd.org/sti/ind/steel-market-developments-2016Q4.pdf. [10]

Philippine Government (2018), *Build!*, http://www.build.gov.ph/. [33]

Reuters (2017), *China auto market growth set to slow to 3 percent in 2018: industry body*, https://www.reuters.com/article/us-china-autos/china-auto-market-growth-set-to-slow-to-3-percent-in-2018-industry-body-idUSKBN1E806P?il=0. [27]

Reuters (2017), *Thyssenkrupp, workers strike deal to pave way for Tata Steel merger*, https://www.reuters.com/article/us-thyssenkrupp-tata-steel-unions/thyssenkrupp-workers-strike-deal-to-pave-way-for-tata-steel-merger-idUSKBN1EG0W9. [13]

S&P Global Platts (2017), *Argentina's Acindar sees steel output up 15% in 2017, 8% in 2018*, https://www.platts.com/latest-news/metals/cancun-mexico/argentinas-acindar-sees-steel-output-up-15-in-10018310. [21]

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**28** │ STEEL MARKET DEVELOPMENTS – Q2 2018

S&P Global Platts (2017), *Indian steel poised for demand boost: mills*,    [30]
    https://www.steelbb.com/?PageID=157&article_id=166960.

SBB (2018), *Ukraine's 2017 output falls on loss of steelmaking regions*,    [8]
    https://www.steelbb.com/?PageID=157&article_id=168237.

SBB (2017), *Indian steel exports to Asia rise*,    [9]
    https://www.steelbb.com/?PageID=157&article_id=166128 (accessed on 9 October 2017).

SEAISI (2017), *Update of steel situation in ASEAN-6 in the first half of 2017*,    [2]
    http://www.seaisi.org/news_details.php?nid=7008.

Steel Ministry of India (2017), *National Steel Policy 2017*, http://steel.gov.in/national-steel-    [29]
    policy-nsp-2017.

Tata Steel (2017), *Tata Steel reports Consolidated Financial Results for the Quarter ended June*    [37]
    *30, 2017*, http://www.tatasteel.com/media/4429/tata-steel-limited_q1fy18_press-
    release_final.pdf.

The Indonesia Iron and Steel Industry Association (2017), *Indonesia Steel Industry: Development*    [34]
    *& Opportunities*, Presentation at the 83rd Session of the OECD Steel Committee, 28-29
    September 2017.

Ukrmetalurgprom (2017), *The Steel Sector in Ukraine –Challenge and Opportunity-*,    [6]
    Presentation at the 83rd Session of the OECD Steel Committee, 28-29 September 2017,
    http://www.oecd.org/industry/ind/Item_9_3_Ukrmetalurgprom_Ukraine.pdf.

World Steel Association (2017), *Press Release - worldsteel Short Range Outlook 2017/2018*,    [22]
    https://www.worldsteel.org/media-centre/press-releases/2017/worldsteel-Short-Range-
    Outlook-2017-2018.html (accessed on 5 February 2018).

World Steel Association (2017), *worldsteel Short Range Outlook 2017/2018*,    [15]
    https://www.worldsteel.org/media-centre/press-releases/2017/worldsteel-Short-Range-
    Outlook-2017-2018.html.

World Steel Association (2016), *worldsteel Short Range Outlook 2016/2017*,    [17]
    https://www.worldsteel.org/en/dam/jcr:9e146c50-1d1d-4585-a595-
    62d9a21d39cd/SRO_Table.pdf.

Yong, T. (2017), *Updates on the Performance of the ASEAN Steel Industry and Outlook*, MISIF    [32]
    2017 Trade Forum On The Malaysian Iron And Steel Industry,
    https://www.misif.org.my/images/pdf/tay17.pdf.

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## *Endnotes*

[1]    The monetary policy stances could change, possibly depending on financial markets developments, realised and expected inflation rates, and economic growth goals.

[2]    Strong growth in global steel demand in 2017 partly reflected the one-off effect on Chinese steel demand resulting from the closure of induction furnaces, because demand for steel supplied by these induction furnaces was not previously captured by the official statistics. Please see the April 2018 Short range Outlook of the World Steel Association for more details, available at: https://www.worldsteel.org/en/dam/jcr:4f919e17-6d22-4c02-8baa-65d603958bef/worldsteel+Short+Range+Outlook+April+2018_Table.pdf

[3]    Please see the April 2018 Short range Outlook of the World Steel Association for more details, available at: https://www.worldsteel.org/en/dam/jcr:4f919e17-6d22-4c02-8baa-65d603958bef/worldsteel+Short+Range+Outlook+April+2018_Table.pdf

[4]    Some Indian steel manufacturers have mentioned the effect of these policies through their financial quarterly reports. See the press releases of Tata Steel (2017[37]) and Jindal Steel and Power Ltd. (2017[38])

[5]    Apparent steel consumption fell by 0.8% y-o-y during the second quarter of 2017 due to destocking which dampened the growth figure for apparent consumption that quarter.

[6]    Ukrainian mills situated outside the two self-proclaimed republics made 20.86 million metric tons of crude steel, the same amount produced in 2016, although their saleable steel output decreased by 1.5% year on year to 18 million metric tons.

[7]    The composite domestic steel price index for China is available at http://www.custeel.com/en/price.jsp

[8]    The data on nominal crude steelmaking capacity does not include production capacity by induction furnaces in China ("违法 Wéifǎ"), nor does it reflect any changes in steelmaking capacity associated with "these induction furnaces.

[9]    The automotive industry represents 18% of total steel consumption, while construction accounts for 35%.

[10]    Although the agreement is still subject to approval by the trade union's members, it is seen as an important step towards closure of the merger (Reuters, 2017[13]).

[11]    Fixed-asset investment in infrastructure (excluding electric power, heat power, gas and water) increased 19.0% in 2017, according to the National Bureau of Statistics of China (2018[36]).

Barcode:3877655-02 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

*Steel Market Developments* provide up-to-date information on global and regional steel markets. Reviewed and approved by the OECD Steel Committee, they are disseminated approximately twice a year to allow policymakers, industry, media and academia to keep abreast of the main trends and recent developments taking place in steel markets.

The reports provide an overview of recent supply and demand developments and, when available, forecasts from publicly available sources. Topics of special interest are occasionally covered, such as developments in steel-related raw material markets, steelmaking capacity trends or updates on specific regions that are important for the global steel market.

Stay informed by subscribing to our newsletter

**OECD News and Innovation, Science Technology and Industry: http://oe.cd/stinews**

 @OECDInnovation

http://www.oecd.org/sti/ind/steel.htm

@ Front cover image courtesy of JFE Steel Corporation

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved



# STEEL MARKET DEVELOPMENTS

## Q4 2018

OECD

BETTER POLICIES FOR BETTER LIVES

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**2** | STEEL MARKET DEVELOPMENTS – Q4 2018

This paper was authored by Fabien Mercier, Daichi Mabashi and Christian Steidl from the OECD Directorate for Science, Technology and Innovation (STI). It was approved and declassified by written procedure by the OECD Steel Committee on 11 January 2019 and prepared for publication by the OECD Secretariat.

*Note to Delegations:*
*This document is also available on O.N.E under the reference code:*
*DSTI/SC(2018)8/FINAL*

This document, as well as any data and any map included herein, are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

© OECD 2019

You can copy, download or print OECD content for your own use, and you can include excerpts from OECD publications, databases and multimedia products in your own documents, presentations, blogs, websites and teaching materials, provided that suitable acknowledgment of OECD as source and copyright owner is given. All requests for commercial use and translation rights should be submitted to rights@oecd.org.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# *Table of Contents*

**Executive Summary** ................................................................................................. **5**

**1. The Economic Outlook**................................................................................... **6**

**2. Developments in Steel Markets** ................................................................. **9**

2.1. Steel consumption................................................................................. 9
2.2. Steel production ................................................................................... 11
2.3. World steel trade ................................................................................. 13
2.4. Steel and steelmaking raw material prices .................................... 14

**3. Financial Performance of Steel Companies** ....................................... **18**

3.1. Profitability.......................................................................................... 18
3.2. Indebtedness........................................................................................ 20

**4. Steel Futures Markets** ................................................................................. **22**

**5. The Global Excess Capacity Situation**................................................... **29**

**6. The Steel Market Outlook** .......................................................................... **32**

6.1. Global Steel Market Outlook ........................................................... 32
6.2. Regional steel market outlook ......................................................... 33

**Annex A. Steel futures markets: Statistical tests (Granger causality)**............. **38**

**References** ............................................................................................................. **40**

**Endnotes** ............................................................................................................... **44**

## Tables

Table 1. OECD Economic Projections, May 2018.............................................. 7
Table 2. World crude steel production developments in 2017 and January-May 2018 ....................... 12
Table 3. Steel trade developments across major steel producing economies ...................... 14
Table 4. Cross-border Investments by Destination ......................................... 31
Table 5. The April 2018 forecasts for regional apparent steel use by the World Steel Association ..... 32

## Figures

Figure 1. World industrial production, trade, and trade prices.......................... 8
Figure 2. Steel Purchasing Managers' indices (PMIs)...................................... 8
Figure 3. Apparent steel use (finished steel products)..................................... 9
Figure 4. Consumption of hot-rolled steel products, major economies............. 10
Figure 5. World exports of steel .......................................................................... 13
Figure 6. World steel prices (latest month June 2018) .................................... 14
Figure 7. Steel price for flat products, by region ............................................. 15
Figure 8. Steel price for rebar products, by region .......................................... 16
Figure 9. Prices for key steel-making raw materials ........................................ 17
Figure 10. Margin between steel and raw materials prices .............................. 17
Figure 11. Evolution of operating profits between 2000 and 2017................... 18
Figure 12. Evolution of net profit margin between 2000 and 2017.................. 19
Figure 13. Distribution of net profits in selected years ................................... 20

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**4 |** STEEL MARKET DEVELOPMENTS – Q4 2018

Figure 14. Evolution of indebtedness between 2000 and 2017 ............................................ 21
Figure 15. NYMEX U.S. Midwest Domestic Hot Rolled Coil Steel Futures and spot prices ............. 25
Figure 16. SHFE Hot Rolled Coil Future ..................................................... 26
Figure 17. SHFE Rebar Commodity Future ..................................................... 26
Figure 18. SHFE Rebar Commodity Future ..................................................... 27
Figure 19. Evolution of Crude Steelmaking Capacity in OECD/EU Economies and non-OECD/EU
        Economies .................................................................. 29
Figure 20. Global Crude Steelmaking Capacity and Crude Steel Production ....................... 30
Figure 21.  Cross-border Investments in Steel Capacity ..................................... 31

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## *Executive Summary*

Steel market conditions have been improving gradually in most regions since late 2015, although it is uncertain how long the momentum can continue. Over the short and medium term, important headwinds include the increase in trade actions, the rising number of new capacity investments, the presence of distortive government support and subsidisation, and downside risks to world GDP growth once fiscal and monetary policy stimuli are withdrawn.

This document provides an overview of recent steel market developments, the latest developments in global steelmaking capacity and a brief overview and outlook for regional markets, based on information available until June 2018. It also includes an update of the financial situation of publicly listed steelmaking companies, as well as a section discussing the extent of speculative trading on steel prices. To summarise, the following key developments are discussed in this report.

- **The economic situation**: The economic recovery seems to have broadened and is more synchronised across countries. The OECD projects world GDP growth to reach 3.8% in 2018 and 3.9% in 2019, but notes that the recovery has until very recently been sustained by an accommodative fiscal and monetary stance.
- **Steel demand**: Market data released in 2018 suggest that steel demand continues to recover after reaching 1 587.4 million metric tonnes (mmt) in 2017. However, the recovery in demand looks rather fragile given the extent and persistence of structural imbalances.
- **Steel exports**: Global steel exports declined by about 9% year-on-year (y-o-y) in the first three months of 2018. The decline varied significantly across regions, with a marked 27% decline in the People's Republic of China (hereafter "China"), 35% in India, and less significant declines of 1% in the European Union (E.U.), 4% in Japan, and 3% in the United States (U.S.).
- **Steel prices**: Steel prices continued to increase in 2018, a trend that started in 2016. A more in depth analysis suggests that it is possible that speculative trading in futures markets has been impacting current steel spot prices. Iron ore, coking coal and ferrous scrap prices have only moderately decreased since the beginning of 2018, after strong increases in 2017.
- **The financial situation of steelmaking companies** has improved, but important downside risks remain. Deleveraging should continue and the closure of inefficient production units would help ensure the long-term sustainability of the industry.
- **Steel demand outlook**: Forecasts by the World Steel Association (worldsteel), released in April 2018, suggest that global steel demand will continue to grow in 2018 and 2019, albeit at a decreasing pace (1.8% in 2018 and 0.7% in 2019). The next world steel forecast will be released in October 2018. Steel demand is expected to increase in all regions in 2018, with considerable differences across jurisdictions.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 1. The Economic Outlook

According to the May 2018 OECD Economic Outlook, world GDP growth is forecast to be around 4% in the coming years (3.8% in 2018 and 3.9% in 2019, see Table 1 for the latest available OECD GDP growth forecasts). Nevertheless, economic growth is benefiting largely from accommodative monetary and fiscal policies, whereas in most economies the implementation of necessary structural reforms has stalled (OECD, 2018[1]). There are therefore significant downside risks to the GDP growth forecast due to the inevitable phasing out of central bank and government fiscal support.

In the euro area, GDP growth is projected to remain above 2% in 2018 and 2019, with a broad-based recovery driven by both domestic and external demand — private consumption and investment are being supported by the accommodative monetary and fiscal policy stance. A high level of indebtedness in both the household and the corporate sector, as well as a large stock of non-performing loans in some economies still have the potential to negatively affect future growth. Brexit is also a downside risk for E.U. countries should a workable trade agreement not be found prior to the United Kingdom leaving the European Union.

In the U.S., the economy has felt the effects of a substantial fiscal boost. Employment growth remains robust which, coupled with buoyant asset prices and strong consumer confidence, is sustaining income and consumption growth. Business investment is projected to strengthen as a result of major tax reforms and supportive financial conditions. GDP growth projections stand at 2.9% in 2018, and 2.8% in 2019. The main downside risks are a correction in asset prices, including in the housing sector, high leverage in the corporate sector and trade frictions that could jeopardise the growth-inducing effects of global value chains, and result in further tensions and increase in trade measures.

In Japan, economic growth is projected to be 1.2% both in 2018 and 2019, supported by exports, business investment and private consumption. The level of government debt (224% of GDP) is extremely high and poses serious downside risks. A loss of confidence in Japan's fiscal sustainability could destabilise the financial sector and the real economy, with potentially large negative spill-overs to the world economy. The escalation of trade actions is also a significant risk, although the recently signed Comprehensive and Progressive Agreement for Trans-Pacific Partnership (TPP-11) could help mitigate it.

Economic growth in emerging economies varies depending on the degree of exposure to commodity markets, progress in the implementation of structural reforms, the extent of financial vulnerabilities, and the different demand-side policies being implemented. In China, economic growth should soften as export and investment growth rates slow. GDP growth is projected at 6.7% in 2018 and 6.4% in 2019. Monetary policy has been tightened in order to curb excessive financial risks, while fiscal policy remains accommodative but should become tighter because of better scrutiny over unauthorised local government investments. The Belt and Road Initiative is expected to keep infrastructure investment and exports strong. Potential headwinds to economic growth going forward include the risks of a real estate market downturn, the rise of non-performing loans due to a high level of corporate indebtedness (particularly amongst state-owned enterprises) and increased trade actions.

In India, investment and exports have become major growth engines, supported by adjustments in how the new goods and services tax (GST) is implemented.[1] Private consumption was negatively affected by the confidence and employment shocks associated with demonetisation (a measure to reduce the black market economy), but the recovery seems well underway. Nevertheless, job creation in the formal sector is expected to remain sluggish, leaving the vast

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

majority of workers in low-productivity, low-paid activities. The OECD forecast points to GDP growth rates of 7.4% in 2018, and 7.5% in 2019. In the longer run, the new GST should continue to sustain corporate investment, productivity and growth by creating a single market and reducing the cost of capital equipment. Private investment is likely to accelerate, as deleveraging by corporations and banks continues to incentivise investors and infrastructure projects mature. Exports will strengthen thanks to competitiveness gains resulting from the implementation of the GST.

In the Russian Federation (hereafter "Russia"), the economy is projected to continue growing at a modest pace: 1.8% in 2018 and 1.5% in 2019. Private consumption and investment should benefit from a confidence boost from higher oil prices and macroeconomic policies that have improved financial conditions. Modest income growth is nevertheless keeping inequality and poverty at high levels. Oil price uncertainty, international sanctions and a decreasing workforce are likely to continue weighing on economic activity.

In Brazil, the recovery is projected to continue to strengthen and GDP growth is expected to reach 2.0% in 2018 and 2.8% in 2019. Solid investment growth reflects improving confidence due to recent reforms, particularly in financial markets. Downside risks include high corporate indebtedness, with a possible deterioration in loan quality, as well as fiscal sustainability that absent pension reforms could jeopardise investor confidence.

**Table 1. OECD Economic Projections, May 2018**
Real GDP growth (y-o-y).

| | 2015 | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|---|
| **World** [1] | **3.3** | **3.1** | **3.7** | **3.8** | **3.9** |
| United States | 2.9 | 1.5 | 2.3 | 2.9 | 2.8 |
| Euro area | 2.0 | 1.8 | 2.6 | 2.2 | 2.1 |
|    Germany | 1.5 | 1.9 | 2.5 | 2.1 | 2.1 |
|    France | 1.0 | 1.1 | 2.3 | 1.9 | 1.9 |
|    Italy | 0.8 | 1.0 | 1.6 | 1.4 | 1.1 |
|    Spain | 3.4 | 3.3 | 3.1 | 2.8 | 2.4 |
| Japan | 1.4 | 1.0 | 1.7 | 1.2 | 1.2 |
| United Kingdom | 2.3 | 1.9 | 1.8 | 1.4 | 1.3 |
| Mexico | 3.3 | 2.7 | 2.3 | 2.5 | 2.8 |
| Korea | 2.8 | 2.9 | 3.1 | 3.0 | 3.0 |
| Canada | 1.0 | 1.4 | 3.0 | 2.1 | 2.2 |
| Turkey | 5.9 | 3.2 | 7.4 | 5.1 | 5.0 |
| Australia | 2.5 | 2.6 | 2.3 | 2.9 | 3.0 |
| China | 6.9 | 6.7 | 6.9 | 6.7 | 6.4 |
| India [2] | 8.2 | 7.1 | 6.5 | 7.4 | 7.5 |
| Russia | -2.8 | -0.1 | 1.5 | 1.8 | 1.5 |
| Brazil | -3.6 | -3.5 | 1.0 | 2.0 | 2.8 |
| Indonesia | 4.9 | 5.0 | 5.1 | 5.3 | 5.4 |
| South Africa | 1.3 | 0.6 | 1.3 | 1.9 | 2.2 |
| **OECD** [1] | **2.5** | **1.7** | **2.6** | **2.2** | **2.5** |
| **Non-OECD** [1] | **3.9** | **4.2** | **4.6** | **4.8** | **5.1** |
| **World real trade growth** | **2.8** | **2.6** | **5.0** | **4.1** | **4.5** |

*Note*: 1. Moving nominal GDP weights using purchasing power parities.
     2. Fiscal years starting in April.
*Source*: OECD Economic Outlook, May 2018, http://www.oecd.org/eco/outlook/economic-outlook/

World industrial production growth, which picked up from its 2015 lows (1.2%) and reached 3.7% in June 2016, has remained around this level since then; in March 2018 growth stood at 3.9% (Figure 1, left hand-side). World industrial production growth has not only become more stable, but is now also more even across economies: the gap, observed for many years, between

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

the growth rate in emerging and developing economies on the one hand and the growth rate in advanced economies on the other has declined significantly over the last few years, remaining within a 0.5-1 percentage point range since mid-2017.

After a rapid increase in 2016 and 2017, the rates of increase in global trade and export prices have decelerated in recent months, with annual growth in export volumes (measured in terms of the three-month moving average) falling from 5.0% end of 2017 to 2.7% in March 2018.

**Figure 1. World industrial production, trade, and trade prices**
% change, year-on-year



*Source*: Netherlands Bureau for Economic Policy Analysis (CPB).

Steel market sentiment has continued to improve since January 2017, possibly reflecting the increase of steel prices and improvements in steel demand. The global Steel Purchasing Managers' Index (PMI), compiled monthly by Markit Economics, has been gradually rising since August 2015. In March 2018, it stood at 52.3 points, thus above the threshold reading of 50 that separates contraction from expansion (Figure 2, panel A). However, the series has experienced high volatility over the last two years, and should be interpreted with caution. Since mid-2016, Markit Economics' steel PMIs have been stronger for Europe than the U.S. and Asia, but the U.S. PMI recently experienced a larger increase than Europe's PMI, and the two now stand at approximately the same level (Figure 2, panel B).

**Figure 2. Steel Purchasing Managers' indices (PMIs)**

A. Global Steel PMI                                    B. Steel PMI, selected economies

*Source*: Markit Economics.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 2. Developments in Steel Markets

### 2.1. Steel consumption

#### 2.1.1. Global steel consumption

Demand for steel products around the world has been recovering gradually since 2015 (Figure 3). Global steel demand in 2017 reached 1 587.4 million metric tonnes (mmt), exceeding the previous peak attained in 2014 (1 545.8 mmt). This represents a 4.7% increase compared to 2016.[2] The increase in global steel demand was supported by China (which recorded an 8.3% growth rate)[3], the North American Free Trade Agreement (NAFTA) region (6.3%), the Commonwealth of Independent States (CIS) region (6.2%), Central and South America (3.8%) and the E.U. (2.5%). On the other hand, steel demand remained almost unchanged in the Middle East (increasing by only 0.4%), and decreased in Africa (6.6%) and Oceania (5.9%).

**Figure 3. Apparent steel use (finished steel products)**



*Source*: World Steel Association.

Figure 4 presents the y-o-y percentage change in the combined consumption of hot-rolled products for nine of the world's largest steel-consuming economies in Asia, the CIS region, Europe, North America and South America, which together account for approximately 73% of global steel demand. Consumption growth generally accelerated during the course of 2016, and remained relatively strong in 2017; in the first ten months of 2017, consumption of hot-rolled steel products in these nine economies increased by 6.7% relative to the same period in 2016.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Figure 4. Consumption of hot-rolled steel products, major economies**
Y-o-y % changes



*Note*: Combined consumption of hot-rolled steel products of the following economies: Brazil, China, India, Italy, Japan, Korea, Mexico, Russia and the U.S. Consumption of hot-rolled products is defined as the sum of production and net imports. Compared to the previous steel market developments paper, the Secretariat replaced the consumption data of Germany with the data of Italy, because the data of Germany has been discontinued from August 2017 according to the latest publication of ISSB (ISSB, 2018[2]). The Secretariat further added data on Mexico that are now available from ISSB.
*Source*: International Steel Statistics Bureau (ISSB).

### 2.1.2. Americas

After contracting by 13.6% in 2016, steel demand in Latin America has partially recovered, reaching a level of 40.9 mmt in 2017, i.e. a 3.8% increase compared to 2016. According to the regional steel association Alacero, consumption of finished steel products in Latin America increased by 3% in January-April 2018 compared to the same period in 2017 (Alacero, 2018[3]). Brazil registered consumption growth of 13% during the first four months of 2018. Large increases were also registered in Argentina (27%) and Panama (51%). In contrast, Uruguay, Peru and Bolivia saw their domestic steel consumption decrease by 33%, 21% and 18%, respectively, in the first four months of 2018. In North America, U.S. steel demand increased by 6.3% in 2017. Modest growth in housing and non-residential construction is expected to continue and contribute to the recovery of U.S. steel demand (Platts, 2018[4]). Steel demand in Mexico and Canada increased by 3.9% and 10.7% in 2017 respectively.

### 2.1.3. Asia

The reported 8.3% growth in Chinese apparent use of finished steel in 2017 includes the one-off statistical effect resulting from the closure of induction furnaces in China that were previously operating in the informal sector, without which the growth rate would have been 3.0% (World Steel Association, 2018[5]). Apparent use of finished steel products in China, which accounts for around 46% of global steel demand, has increased for two consecutive years, and reached a level of 736.8 mmt in 2017. The recent recovery in Chinese steel demand has benefited from stimulus measures provided to boost construction activity (World Steel Association, 2018[5]). Steel demand in India, the third largest steel consuming economy, has remained strong, increasing by 4.3% in 2017 compared to 2016. The implementation of

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

government-driven large-scale infrastructure projects contributed to the solid growth of steel demand (Metal Expert, 2018[6]).

In the ASEAN (Association of Southeast Asian Nations) region, apparent steel consumption contracted by 4.2% in 2017 compared to 2016 according to a Metal Expert report (Metal Expert, 2018[7]). Steel demand in Viet Nam is estimated to have decreased slightly in 2017 due to the slowdown in construction of factories and warehouses. Steel demand in Thailand, Malaysia and Singapore is also estimated to have declined significantly in 2017. On the other hand, steel demand levels in Indonesia and the Philippines are expected to have moderately increased in 2017, supported by the implementation of government-driven infrastructure projects (SEAISI, 2018[8]).

Apparent use of finished steel products in Japan increased by 3.5% in 2017, benefitting from strong activity in the construction sector, mainly driven by civil engineering activity. Manufacturing sectors, especially the automotive and machinery equipment industries, also contributed to Japanese steel demand growth in 2017 (JISF, 2018[9]). In Korea, steel demand decreased by 1.2% in 2017 compared to 2016. According to the Korea Iron and Steel Association (KOSA, 2018[10]), this decrease was attributable to a slowdown of the shipbuilding industry.

### 2.1.4. European Union

Steel firms in the E.U. benefited from strong growth in steel-using sectors in 2017, evidenced by the 5% increase in the so-called Steel Weighted Industrial Production Index (SWIP).[4] The tube sector registered high growth rates (+7.2% in 2017), as a result of temporarily high demand for pipelines. Mechanical engineering was another driving force owing to an upswing in capital expenditure. Real steel consumption grew by 3.8% y−o−y in Q4 2017, resulting in an annual growth rate of 4% in 2017.[5] Preliminary estimates for real steel consumption in the first quarter of 2018 suggest y−o−y growth of 2.4%. Apparent steel consumption grew by 1.3% in 2017 and is estimated at +1.6% y−o−y for Q1 2018 (Eurofer, 2018[11]). [6]

### 2.1.5. Other regions

The recovery in steel demand in the CIS region in 2017 (growth of 6.2%) was driven by Russia (5.2%) and Ukraine (4.7%). The increase in Russia was mainly supported by the recovery of investment activities due to credit expansion and easing monetary policy (World Steel Association, 2018[5]; Russian Steel, 2018[12]).

Steel demand in Turkey increased by 5.9% in 2017, supported by strong consumption of both long and flat products (Platts, 2018[13]). In the Middle East, steel demand remained almost unchanged in 2017 (with growth of 0.4%), reflecting strong demand growth in Iran of 4.7% which balanced weaker developments in other parts of the region. In Africa, steel demand fell by 6.6%, led by decreases in Egypt and South Africa of 6.0% and 12.8%, respectively.

## 2.2. Steel production

Growth in world crude steel production has maintained momentum in 2018, with a solid 4.6% expansion, y-o-y, during the first five months of 2018. All regions experienced positive production growth during this period, with the strongest growth observed in the Middle-East (14.0%) and Oceania (13.4%). Africa (6.8%), China (6%) and Other Europe (5.1%) also experienced strong y-o-y growth (Table 2).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Total crude steel production in the North America region was up 3.1% in Jan-May 2018, y-o-y, with Mexico registering the strongest pace of production growth (4.8%), followed by the U.S. (2.8%) and Canada (2.0%).

In the E.U., steel production maintained its upward momentum, increasing by 1.8% in Jan-May 2018, in y-o-y terms. Steel output in the United Kingdom (U.K.) continued to contract (-1% in Jan-May 2018, in y-o-y terms). The largest increases in steel production were experienced in Italy (3.9%), Spain (1.9%), Poland (1.9%) and France (1.8%), whereas German production grew by a mere 0.4%, y-o-y, during Jan-May 2018.

In the "Other Europe" region, steel output increased by 5.1% y-o-y during the first five months of 2018, while economies in the CIS region experienced more modest steel production growth (2.8%). Growth patterns differed significantly between countries in these regional groupings; for example, Turkish steel output expanded by 4.3%. In the CIS region, Russian output increased by 2% during the period, while Ukrainian production has recovered by 0.4%, but continues to suffer from instability in the country.

Asian crude steel production increased by 5.0% in Jan-May 2018, y-o-y, with China's steel production growing by 6.0%, India's by 4.7%, and Korea's by 3.7%. Japanese steel production increased modestly (+0.7%), whereas Chinese Taipei's decreased by 12.5% during the period after its sharp increase of 6.9% in 2017.

In South America, the steel industry is still recovering from its previously sharp decline, albeit at a much slower pace than in 2017, with steel production growing at a rate of 3% in Jan-May 2018, y-o-y. The largest increase was in Argentina, with production growth accelerating to 22%, whereas Brazil, grew at a more subdued pace of 1.4% in the first five months of this year.

In the Middle East, steel production increased by 14.0% in Jan-May 2018, y-o-y, mainly led by Iran (24.3%). Saudi Arabia's steel production, on the contrary, contracted by a slight 1.5%. African steel production increased by 6.8% during Jan-May, y-o-y, still driven by the very strong, albeit decelerating, rebound in Egypt (14.4% in Jan-May 2018 compared to 35.0% in 2017). In South Africa, steel production decelerated to a 1.1% growth rate in Jan-May 2018, in y-o-y terms.

**Table 2. World crude steel production developments in 2017 and January-May 2018**

| | Level, thousand mmt | | % change, year-on-year | | % change, year-on-year |
|---|---|---|---|---|---|
| | **May 2018** | **2017** | **May 2018** | **2017** | **Jan-May 2018** |
| EU | 14 979 | 168 458 | 5.4 | 8.3 | 1.8 |
| Other Europe | 3 614 | 40 633 | 11.7 | 6.3 | 5.1 |
| CIS | 9 035 | 100 932 | 14.1 | 7.2 | 2.8 |
| North America | 10 107 | 115 761 | 4.7 | 7.6 | 3.1 |
| South America | 3 522 | 43 689 | 3.5 | 7.0 | 3.0 |
| Africa | 1 216 | 13 593 | 16.4 | 5.1 | 6.8 |
| Middle East | 2 995 | 32 020 | 12.5 | 2.8 | 14.0 |
| Asia, of which: | 108 814 | 1 166 207 | 9.8 | 6.9 | 5.0 |
| China | 81 127 | 846 947 | 10.8 | 6.6 | 6.0 |
| Oceania | 574 | 5 985 | 13.9 | 3.2 | 13.4 |
| World | 154 856 | 1 687 277 | 9.3 | 7.0 | 4.6 |

*Source*: World Steel Association, as of June 2018. Data are based on monthly production data and can differ slightly from annual data published after December of each year.

## 2.3. World steel trade

Monthly data from the International Steel Statistics Bureau (ISSB), taking into account internal E.U. and other inter-regional trade, point to global steel exports averaging around 35-36 million tonnes per month during the first three months of 2018, down from around 37-39 million tonnes in 2017. The world export ratio, i.e. exports as a share of crude steel production in 2018 (Figure 5.A), has been declining slightly when compared to levels in 2017. The world export ratio stood at 25.7% in March 2018, falling to the same level as in the beginning of 2014. Excluding intra-E.U. trade, monthly global steel exports have been declining slightly from around 27-28 million tonnes during 2017 to around 26 million tonnes during the first three months of 2018. The export ratio (excluding intra-E.U. trade) has also been declining, falling to 20.8% in March 2018, down from 22.7% in March 2017 (Figure 5.B).

**Figure 5. World exports of steel**
Monthly volume (mmt) and export ratio (% of crude steel production), 3-month moving averages



*Source*: OECD calculations based on data from ISSB

Table 3 presents recent data on trade developments in the seven largest steel-producing economies and the rest of the world. Exports from China have declined by 27.3%, y-o-y, in the first three months of 2018 (Jan-Mar 2018). Exports from the E.U. (external trade) and Japan have also declined, by 1.3% and 4.3% y-o-y, respectively, during Jan-Mar 2018. Exports from India, which had recorded a significant increase in 2017 (60.7%), declined by 35.4% y-o-y in Jan-Mar 2018. Steel exports from the U.S. and Korea also started to decrease, declining by 3.2% and 2.3%, respectively, during Jan-Mar 2018. Russian steel exports increased slightly, climbing 1.2%, y-o-y, in the first three month of this year.

Turning to steel imports, the E.U., the largest steel-importing economy, saw steel imports increase by 3.9% in Jan-Mar 2018, compared to the corresponding time period one year earlier. The U.S., which had recorded a significant increase in steel imports in 2017 (14.7%), posted an import decline of 3.8%, y-o-y, during Jan-Mar 2018. The volume of imported steel products in Korea decreased significantly in the first three months of 2018, falling by 30.0% relative to a year earlier. Japanese imports decreased by 6.6%, y-o-y, in Jan-Mar 2018. On the other hand, China and Russia recorded increases in steel imports in the first three months of this year, amounting to 7.4% and 9.7%, respectively, in y-o-y terms.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 3. Steel trade developments across major steel producing economies**

| Thousands of metric tonnes | | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 Jan-Mar | 2017 Jan-Mar | % change, y-o-y Jan-Mar 2018 |
|---|---|---|---|---|---|---|---|---|---|
| **China** | Exports | 61 083 | 92 348 | 110 928 | 107 531 | 74 238 | 14 843 | 20 430 | -27.3% |
| | Imports | 14 642 | 14 734 | 13 048 | 13 467 | 13 792 | 3 809 | 3 547 | 7.4% |
| **EU-28 (external trade)** | Exports | 36 087 | 36 451 | 32 998 | 29 193 | 30 508 | 6 796 | 6 887 | -1.3% |
| | Imports | 27 872 | 31 931 | 37 385 | 41 150 | 41 702 | 11 705 | 11 266 | 3.9% |
| **Japan** | Exports | 42 406 | 41 247 | 40 720 | 40 452 | 37 408 | 9 276 | 9 691 | -4.3% |
| | Imports | 5 345 | 6 657 | 5 850 | 5 965 | 6 186 | 1 476 | 1 580 | -6.6% |
| **India** | Exports | 9 646 | 9 828 | 7 117 | 9 933 | 15 964 | 3 177 | 4 915 | -35.4% |
| | Imports | 7 347 | 9 310 | 13 249 | 9 857 | 8 818 | 1 953 | 2 023 | -3.4% |
| **United States** | Exports | 12 182 | 11 581 | 9 620 | 8 920 | 10 081 | 2 409 | 2 490 | -3.2% |
| | Imports | 29 727 | 40 285 | 35 564 | 29 918 | 34 327 | 7 786 | 8 094 | -3.8% |
| **Russian Federation** | Exports | 23 598 | 26 939 | 29 605 | 31 104 | 31 087 | 8 108 | 8 010 | 1.2% |
| | Imports | 6 453 | 5 644 | 4 309 | 4 389 | 6 407 | 1 479 | 1 348 | 9.7% |
| **Korea** | Exports | 28 826 | 31 803 | 31 077 | 30 504 | 31 254 | 7 750 | 7 929 | -2.3% |
| | Imports | 18 878 | 22 268 | 21 546 | 23 168 | 19 208 | 3 937 | 5 627 | -30.0% |

*Note*: The definition of steel used in this table is HS 7206 to 7302, 7304-7306, and 7307.21-7307.99 excluding some forgings (7326.19), points and switches/crossings (7302.30 and 7302.90), some forged cold finished sections (7216.69 and 7216.99), some cold formed sections (7216.61 and 7216.91), welded shapes and sections (7301.20) and steel castings (7325.99).
*Source*: OECD calculations based on data from ISSB.

## 2.4. Steel and steelmaking raw material prices

### 2.4.1. Steel prices

The uptick in steel demand from 2016 onwards has supported a rebound in steel prices from their 2015 lows (Figure 6). World hot-rolled coil (HRC) and rebar prices have both climbed back to their 2012 levels, although they remain below their 2011 levels. The dispersion across regions for both rebar and flat products prices has increased sharply since mid-2017 after a period of convergence. This can be explained by a recent increase in the differences between U.S. steel prices and steel prices for other economies (Figure 7).

**Figure 6. World steel prices (latest month June 2018)**



*Notes*: The flat price and rebar price indices are defined as the arithmetic average of the individual regional Platts price series for the U.S., North Europe, China, Japan, India and Russia, when available. This simple arithmetic

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

average had the closest fit to the two global Platts price indices used in previous Market reports, which were discontinued by Platts from September 2017 onwards. The coefficients of variation (CV) are defined as the ratio of the standard deviation of the regional Platts price series making up the indices to their (arithmetic) mean.
*Source*: Platts Steel Business Briefing.

Steel prices have been increasing more rapidly in the United States than in other jurisdictions in 2018. While the world price index increased by 13% for flat steel products and 9% for rebar from 1 January 2018 to 1 July 2018, U.S. flat steel prices increased by around 44% and U.S. rebar prices by 24% over the same period. The increase in Chinese prices has reduced the gap in Chinese prices relative to those in other markets, but without eliminating it. As can be seen in Figure 7, the price for flat products in China still remains significantly below comparable prices in other regions.

**Figure 7. Steel price for flat products, by region**



*Source*: Platts Steel Business Briefing.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Figure 8. Steel price for rebar products, by region**



*Note*: The stabilisation of US rebar price during the last months is explained by a market attitude of "wait and see" since the new, higher price level has been reached, according to the explanation provided by Platt's analysts to the OECD Secretariat.
*Source*: Platts Steel Business Briefing.

### 2.4.2. Steelmaking raw material prices

Prices of key steelmaking raw materials declined between early 2011 and the beginning of 2016, contributing significantly to lower steel production costs during that period. Nevertheless, this trend seems to have reversed in 2016, with raw material prices slowly climbing back towards their 2011 levels. Prices of steelmaking raw materials continued to climb in 2017, albeit at a slower pace. During the first half of 2018, those prices even declined slightly. Figure 9 shows the prices for the three main inputs used in steel-making, i.e. iron ore, coking coal and scrap.

Iron ore prices stabilised at around USD 66 per tonne in June 2018, down from USD 73 in January 2018 and below their high of USD 86 per tonne in March 2017. Coking coal prices have been more volatile, increasing rapidly in the second half of 2016 before falling sharply in early 2017, and then bouncing back again in the latter part of the year. Poor weather conditions, engineering problems and port congestion in Australia helped pushing coking coal price higher, to USD 235 per tonne in the beginning of 2018 (Hume, 2018[14]), but coking coal prices have come down since then, falling to USD 198 per tonne (FOB Australia) in June 2018. Scrap prices increased steadily during the course of 2017, reaching USD 323 per tonne (FOB Rotterdam) in December. Scrap prices increased slightly further in early 2018, but have receded more recently, falling back to USD 323 per tonne in June 2018, i.e. back to their December 2017 level.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Figure 9. Prices for key steel-making raw materials**



*Source*: Platts Steel Business Briefing (SBB).

Between 2013 and mid-2016, the margin between steel prices and the price basket of key steelmaking raw materials (OECD, 2016[15]) increased significantly (see Figure 10). This was followed by a sharp drop in this margin during the second half of 2016, as steelmaking raw material prices increased, driven notably by the spike in coking coal prices mentioned above. Since then, margins have recovered, due to a stabilisation in raw material prices and a continued increase in steel prices.

**Figure 10. Margin between steel and raw materials prices**



*Note*: The raw materials basket for steel production includes 70% of the usual quantities of iron ore (1.6 tonne) and coking coal (0.77 tonne) needed to produce steel in the integrated process and 30% of the quantity of ferrous scrap (1.07 tonne) needed to produce steel in the electric arc furnace process (see OECD, 2016). Prices used are as follows: Iron ore Fines, 62% Fe, SPOT, CFR China; Hard coking coal spot, FOB Australia; Scrap, #1 HMS, FOB Rotterdam. The basket is compared against HRC world prices. The margin is defined as the per cent difference between the steel flat price and the raw materials basket price.
*Source*: OECD calculations based on Platts Steel Business Briefing.

Barcode:3877655-03 A-580-876 REV – Admin Review 12/1/17 – 11/30/18

**18** │ STEEL MARKET DEVELOPMENTS – Q4 2018

## 3.  Financial Performance of Steel Companies

### 3.1. Profitability

The average operating profitability ratio (EBITDA to sales revenues) of the steelmaking industry, which had rebounded to 12.4% in 2016 from its 2012 record low of 8%, stabilised around that level during 2017 at 12.2% (Figure 11). Operating profitability for the steel industry remains well below its 2004 peak, when the average profitability of steel companies (weighted by total sales) reached 20%. Median profitability was also much lower than the (weighted) average profitability in 2017, standing at around 7.5%. This suggests that the average is being driven upwards by large steel firms, and/or that profitability is skewed to the right by a few firms making much larger profits than their peers. Profitability is probably still below sustainable levels for a large number of firms. Indeed, the long-dashed line in Figure 11 indicates that 50% of the companies have operating profitability levels below 7.5%, while the bottom dashed line shows that almost 25% of the steelmaking companies are operating with profitability lower than 3.7%, and are thus coping with a particularly challenging financial position. More than 16% of the firms in the sample were making operating losses in 2017.



**Figure 11. Evolution of operating profits between 2000 and 2017**

*Note*: Operating profitability is defined as EBITDA (earnings before interest, taxes, depreciation and amortisation) to sales revenue in per cent. The square dashed lines provide information on the distribution (first and third quartiles) of operating profitability across the firms in the sample: 25% of the companies have operating profitability below (above) the first (third) quartile line. The long dash line provides information on median operating profitability across firms in the sample: this line divides the distribution in two halves with 50% of the companies having operating profitability below the line. The heavy line depicts the industry average operating profitability, weighted by sales.
*Source*: OECD calculations based on data from Thomson Reuters Eikon.

Net profit is derived from operating profit by deducting all expenses incurred by firms, including taxes, interest paid on debt, depreciation and amortisation. The net profit margin is then simply the ratio of net profit over sales. Figure 12 shows that the (weighted) average net profit margin of steel companies fell to 2% in 2015 from a peak of 10% in 2004. In 2016, net profit margins rebounded, with the average increasing more than the median and reaching 5% that year. The pace of the rebound slowed down in 2017, with net profits increasing only

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

marginally to 5.5%. Nevertheless, the gap between the first and fourth quartile of the net margins distribution, which had widened considerably in 2015, and narrowed during 2016, continued to narrow in 2017. This can be attributed to the continued increase in the net profits of the least profitable firms — the 1st quartile of the distribution reached -0.8% in 2017, much higher than the -2.5% value observed in 2016. This nevertheless implies that 25% of steel companies still make losses that are larger than 0.8% of their total sales revenues. More than a quarter (26%) of the firms in the sample were making net losses in 2017.

**Figure 12. Evolution of net profit margin between 2000 and 2017**



*Note*: The square dashed lines provide information on the distribution (first and third quartiles) of net profits across the firms in the sample: 25% of the companies have net profits below (above) the first (third) quartile line. The long dash line provides information on median net profits across firms in the sample: this line divides the distribution in two halves with 50% of the companies having net profits below the line. The heavy line depicts the industry average net profits, weighted by sales.
*Source*: OECD calculations based on data from Thomson Reuters Eikon.

Overall, net operating profit margins still differ greatly across the different quartiles of the distribution: 25% of the companies in the sample at the higher end of the distribution (the upper dashed line in Figure 12) are making net profits amounting to 5.5% or more of their sales revenue, whereas 25% of companies at the lower end of the distribution are making net losses amounting to 0.8% or more of their sales revenue, as noted already above. The financial performance of the remaining steel firms ranges from net losses of 0.8% to net profits of 5.5% of their sales revenue.

Figure 13 shows the evolution of the distribution of net profits across steelmaking companies between four selected years (2004, 2008, 2012 and 2017). It is clear that there was a strong shift in the distribution towards the left (i.e. lower profitability) between 2004 and 2012: the reduction in average profitability was felt across the board. Nevertheless, in 2017 the distribution started to move back towards positive values. This suggests that in 2017, profitability has generally improved compared to 2012, but for most firms remained lower than in 2004 or 2008.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Figure 13. Distribution of net profits in selected years**
2004, 2008, 2012 and 2017



*Note*: This figure plots the distributions of net profit margin in different years using kernel density estimates. The kernel density estimate gives an approximation of the probability density function of a given distribution — up to a given point x in the horizontal axis, the area under this function provides the percentage of observations that have values that are lower or equal to x. The total area below the curve for each year equals one. For presentation purposes, the net profit values shown on the X axis of the chart range between -50% and 50%.
*Source*: OECD calculations based on data from Thomson Reuters Eikon.

## 3.2. Indebtedness

After several years of low profits, steelmaking companies had, until recently, rapidly accumulated high levels of debt. However, financial data for 2017 suggest that steel companies continue to slowly deleverage (Figure 14). Steelmakers seem to have been using the space provided by improved net profitability to reduce debt. A more cautious approach taken by banks and other financial institutions towards their lending to steel firms, as well as efforts to deleverage the corporate sector and deal with non-performing loans in some economies such as China and India, may also explain part of the deleveraging of steel companies. The average share of debt on total assets has decreased from 41% in 2014 to around 34% in 2017, but is still higher than levels seen for several years prior to 2008.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



**Figure 14. Evolution of indebtedness between 2000 and 2017**

*Note*: The square dashed lines provide information on the distribution (first and third quartiles) of indebtedness across the firms in the sample: 25% of the companies have debt to asset ratios below the quartile line at the bottom of the chart, and 25% have ratios above the quartile line at the top. The remaining 50% of companies have debt to asset ratios between the first and third quartile lines. The long dash line provides information on median indebtedness across firms in the sample: this line divides the distribution in two halves with 50% of the companies having debt to assets ratios below the line and 50% above the line. The heavy line depicts the industry average indebtedness.
*Source*: OECD calculations based on data from Thomson Reuters Eikon.

Nevertheless, the reduction in indebtedness indicated in Figure 14 should be interpreted with caution, since only debt of publicly listed companies is included in the Reuters Eikon data used for this report. Moreover, the maturity of the debt and the average interest rate paid are two other very important aspects to consider for assessing corporate financial conditions. A decrease in average debt maturity and increase in average interest rate has been documented for steel companies in some jurisdictions, which means that steel companies pay more to borrow for shorter periods of time (Financial Times, 2018[16]). Moreover, in some large steel-producing economies, debt has been reduced through the use of debt-for-equity swaps that are not necessarily market-driven and lack clarity concerning losses in cases of bankruptcy (Ren, 2017[17]).

In a context of very fragile balance sheets, a sustained recovery is needed to avoid debt defaults, with possible implications for the financial sector as well as other parts of the economy. Removing barriers to exit by restricting direct and indirect forms of support, ensuring adequate bankruptcy regulation is in place, allowing market-driven bankruptcy and debt-restructuring as well as by actively deploying measures to address specific closure costs (e.g. preparing effective worker programmes to minimise social costs), would help reallocate resources to the more efficient steel firms and ultimately ensure the viability and sustainability of the sector as a whole.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**22** │ STEEL MARKET DEVELOPMENTS – Q4 2018

## 4.  Steel Futures Markets

There have been some concerns that steel prices have recently been affected by speculative trading in commodity and financial markets, rather than being a reflection of the balance between supply and demand (Financial Times, 2016[18]). Indeed, prices for several steel products have increased particularly rapidly in certain markets. This section examines the extent of speculative trading in steel commodity and financial markets through futures contracts (see Box 1 for definitions). More specifically, it investigates whether steel future contract prices (hereafter futures prices) have the potential to influence steel spot prices, or whether steel spot price information enables a better forecasting of steel future prices. This will shed some light on whether speculators could influence steel (spot) prices by positioning themselves on the financial markets.

According to the arbitrage principle, futures prices should converge, at their maturity, towards the current spot prices.[7] But are futures prices drawn towards a current spot price that has its own, independent dynamics, or is the bidding taking place on the future market also influencing the spot price?

Future contracts remain the preferred instrument used by investors and speculators to take a position in steel. In order to position themselves to benefit from a possible increase of steel products prices in the future, investors and speculators are left with three possibilities: i) to directly stockpile steel products – that is, withdrawing steel from the spot physical market in the hope of selling it at a higher price later; ii) to buy shares in steel firm(s); or iii) to buy a future contract on an exchange (see Box 1). Investors who, on the contrary, believe that steel prices are going to decrease can sell a future contract to investors, accepting to make delivery, for a given price and at a later time, of a specified quantity of a steel product. Consequently, speculators bring liquidity to the market on both the sell and buy side.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

---

### Box 1. Steel Futures Exchanges World-wide

A **steel futures contract** is a binding legal contract to buy *a particular quantity of a steel product* of *standardised specifications* at a *predetermined and agreed price* at *a specified time in the future*. Futures contracts are standardised for quality and quantity to facilitate trading on a futures exchange. The buyer of a futures contract is taking on the obligation to buy the underlying asset when the futures contract expires. The seller of the futures contract is taking on the obligation to provide the underlying asset at the expiration date.

The main differences of a futures contract compared to a forward contract, which is also an agreement to buy a given quantity of steel product at a specified time at a given price are that i) futures contracts refer to standardised quantities whereas forward contracts are fully customisable; and ii) futures contracts are traded on exchanges that limit counterparty risks through the use of central clearing counterparties (CCP) and margin calls.

There are four major exchanges worldwide that allow for trade in steel futures:

- The **London Metal Exchange (LME)** proposes two future contracts related to steel: the LME Steel Rebar and the LME Steel Scrap contract, for delivery up to 15 months ahead. Orders are matched through an electronic platform (LMESelect), or through inter-office telephone between members of the exchange. LME plans to launch a HRC contract in 2019 (Kallanish, 2018[19]).

- The **New York Mercantile Exchange (NYMEX)** proposes a future contract for HRC for delivery up to 12 months ahead, the U.S. Midwest Domestic Hot-Rolled Coil Steel Index, with matching of orders occurring through the ME Globex electronic trading platform, and where off-exchange transactions can be submitted for clearing via the NYMEX ClearPort (CME Group, 2014[20]).

- The **Dubai Gold & Commodities Exchange (DGCX)** proposes a Rebar contract for delivery up to 12 months, matching buyers and sellers through a platform used by India's Multi Commodity Exchange of India (MCX), a minority shareholder in DGCX, and cleared through DGCX own clearing house.

- The **Shanghai Futures Exchange (SHFE)**[8] offers steel wire rod and steel rebar contract.[9] It settles in Renminbi.

---

Futures markets are the most convenient way to take a position in steel markets, in line with what happens in other commodity market segments. Stockpiling requires large operational capacity and involves high costs, unattainable for investors not actively participating in the physical steel market, and the price of steel firms' shares is subject to various other firm-specific risks that go beyond steel price dynamics — e.g. operational efficiency and firm-specific shocks. Hence, it is more convenient for asset managers, pension funds, banks and other institutional investors that want to invest in steel, to do so through futures markets. Because these types of investors prefer to avoid physically holding steel, they roll out or sell their future contracts before expiration.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**24 |** STEEL MARKET DEVELOPMENTS – Q4 2018

Futures are usually assumed to increase price transparency in the market they are concerned with and to benefit price discovery by i) having larger liquidity, ii) allowing investors to also short-sell the commodity (selling a future contract without having the underlying physical steel), and iii) being traded for standardised quantities on international exchanges. The selling of futures contracts is also an important instrument for producers, helping them hedge against a potential drop in the future price of steel — the alternative is a bilateral contract between a steel producer and a steel user (buyer) whereby the user agrees to buy a certain amount of steel products at a later date at a price decided at present.[10]

---

**Box 2. Physical versus Cash Delivery**

Both DGCX and SHFE exchanges use physical delivery, to help ensure that contract prices converge towards steel spot prices. Hence, market participants that have not closed their contract position are obliged to make a delivery or take a delivery of the product underlying the contract, which has to be of a minimum and specified quality grade. For example, delivery for the DGCX contract occurs at the Jebel Ali free-trade zone in Dubai.

LME and NYMEX exchanges use cash settlement: there is no physical delivery of the underlying product, but the final settlement (following the termination of the trading at the maturity date of each specific contract) is based on a price index. For the LME those are the Monthly Average Index Price of the "*Platts Steel Rebar FOB Turkey*"[11] for the rebar contract and the Monthly Average Index Price of the "*Platts TSI HMS 1/2 80:20 CFR Turkey*" for the scrap contract[12]. For NYMEX it is the "*CRU U.S. Midwest Domestic Hot-Rolled Coil Steel Index*"[13]. Cash settlement for steel prices also ensures price convergence between spot and future prices, but requires a widely accepted and reliable steel price index.

---

A short econometric analysis is performed on three different markets to assess whether future prices drive spot prices. Regarding futures prices, the analysis uses the daily price series of the US HRC market (NYMEX U.S. Midwest Domestic Hot Rolled Coil Steel Commodity Future), of the Chinese HRC market (SHFE Hot Rolled Coil Future) and of the Chinese Rebar market (SHFE Rebar Commodity Future), which are retrieved from Thomson Reuters EIKON. Spot prices are sourced from Platt's.

Figure 15 shows the evolution of the average spot price for US HRC, as well as the evolution of two futures of different maturities. For example, given the contract closing in June 2018, the data show that half of the time the future contract price is above the spot price, and half of the time below it, reflecting investors' mixed anticipations about the future June 2018 spot prices.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Figure 15. NYMEX U.S. Midwest Domestic Hot Rolled Coil Steel Futures and spot prices[14]**

Average spot prices and prices of future contracts of different maturity



*Note*: Average spot price is defined as the average between the maximum and the minimum spot price of a given day.

*Source*: Thomson Reuters, Platts.

Figure 16 and Figure 17 show the evolution of the average spot price for China HRC and China Rebar, as well as the evolution of futures prices for different maturities. Futures prices appear to be consistently below spot prices, suggesting that investors had lower expectations about the future spot prices during the period of time considered.

For each of the three steel futures markets described above, data were collected from Platts on the daily high and low spot price of the product considered, in order to calculate the average between the high and low spot price for each day (hereafter average spot price).[15] The daily closing prices of these future contracts are compared to the average spot price of the following day for the corresponding steel product.

Granger causality tests comparing the price variations of these daily series yield similar results for the three markets: the null hypothesis that changes in futures prices do not Granger-cause spot price changes is rejected, but not the reverse (see Annex for the test statistics). This means that the daily change of future prices seems to be leading the daily changes of the spot prices, and not the other way round.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**26** │ STEEL MARKET DEVELOPMENTS – Q4 2018

**Figure 16. SHFE Hot Rolled Coil Future**
Average spot prices and prices of future contracts of different maturity



*Note*: Average spot price is defined as the average between the maximum and the minimum spot price of a given day.
*Source*: Thomson Reuters, Platts.

**Figure 17. SHFE Rebar Commodity Future**
Average spot prices and prices of future contracts of different maturity



*Note*: Average spot price is defined as the average between the maximum and the minimum spot price of a given day.
*Source*: Thomson Reuters, Platts.

Case 1:20-cv-03898-CRK    Document 81-4    Filed 11/03/21    Page 923 of 1165

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

It is common in futures markets to consider, at a given time *t*, the values of future contracts of different maturity and to represent those on a graph. The resulting curve is called a forward curve. An upward sloping curve is described as *normal* (or as *backwardation*), while a downward sloping curve is defined as *contango*. For example, Figure 18 represents five forward curves for the SHFE Rebar Commodity Future, taken on five different dates. For each forward curve/date, the future prices of contracts of different maturities form a downward sloping curve: steel for a closer delivery is always more expensive than for delivery farther in the future. Steel and other metals with high storage fees are understandably more prone to be in *contango* (downward sloping curve). However, the main driver of future price dynamics is likely to be price expectations, rather than the relatively fixed storage fees and the benefit of holding the steel product. Notwithstanding, pure demand-supply dynamics could also play an important role on the future market.

**Figure 18. SHFE Rebar Commodity Future**
Five Chinese Rebar forward curves, all in *contango* (inverted curve)



*Note*: Each curve is a forward curve (the values of future contracts of different maturity, at a given time *t*) taken at a different point in time.
*Source*: Thomson Reuters.

To sum up, daily changes in futures prices have the potential to impact (current) spot price changes. While these findings are a necessary condition for the existence of independent speculative activity impacting current steel prices, it is not a sufficient condition for it. Further analysis to confirm the existence of speculative activity affecting current steel prices would require a full-fledged model containing not only spot and future prices but also all relevant market variables, and is therefore beyond the scope of this short study.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**28** | STEEL MARKET DEVELOPMENTS – Q4 2018

---

#### Box 3. Futures prices as Expectations of Future Steel Prices

The price of a futures contract of a given maturity in time $T$ reflects, to a large extent, the market's anticipation of what spot prices will be at that time $T$ in the future. Nevertheless, future prices and market expectations might not necessarily be fully aligned. Two main factors could explain why future prices may differ from expectations.

On the one hand, there are storage costs for holding physical steel. Consequently, a buyer that does not need the steel immediately or a speculator betting on a steel price increase can find it useful to buy a future contract, rather than to pay the storage costs of holding the steel himself. It is the seller of the future contract which will have to bear the storage costs in case he owns the steel — or alternatively the risk of later spot price volatility in case the seller plans to buy the steel at a later date to execute the delivery. Those costs or risks might in some circumstances[16] need to be compensated by a premium for the seller of the future contract, and thus push the future prices up, higher than the pure expectations about spot prices at period $T$. The longer the maturity date $T$, the larger the joint effect of uncertainty of price dynamics and storage fees.

On the other hand, there are advantages in holding physical steel. The holder of physical steel could use it to collateralise a loan,[17] or simply sell it in the spot market in the hope of buying it back later at a lower price. These benefits constitute what is called a "*convenience yield*". Convenience yields push the price of futures contracts down, below the expected steel price. For example, during a temporary shortage of physical steel, the convenience yield will rise, creating an inverted forward curve (or *contango*).

Finally, a disproportionate number of sellers compared to buyers (or the reverse) in the future markets may push future prices away from anticipated spot prices in either direction. Note that these imbalances can be quite different from the spot steel market or the forward market.[18] For example, if buyers of futures are much more numerous than sellers, they may accept to pay a premium to position themselves in the steel futures market.

Ultimately, price convergence between the spot price and the futures price is ensured when the contract nears delivery, through emerging arbitrage opportunities for market players ready to take or make a physical delivery of the steel.

---

## 5.  The Global Excess Capacity Situation

Global steelmaking capacity has decreased for two consecutive years in 2016 and 2017 due to capacity reductions and slower capacity growth in both OECD/EU economies and non-OECD/EU economies. However, the latest available information (as of June 2018) suggests that global steelmaking capacity (in nominal crude terms) is expected to increase in 2018 for the first time since 2015 (Figure 19). The OECD has revised its 2017 figure for world steelmaking capacity from 2 251.2 million metric tonnes (mmt) to 2 244.9 mmt, to incorporate closures and investments that were not taken into account previously. The net capacity change, taking into account new capacity investments underway and closures during the first half of 2018, brings current global steelmaking capacity up to 2 290.1 mmt, representing a 2.0% increase from the 2017 level.

**Figure 19. Evolution of Crude Steelmaking Capacity in OECD/EU Economies and non-OECD/EU Economies**

A. in levels                                        B. in changes



*Note*: Capacity data reflects all information on changes up to June 2018. The letter "e" denotes the OECD's expected nominal capacity figure for the year. The European Union (EU) is a member of the Steel Committee and accordingly this data includes all EU Member States.
*Source*: OECD (2018[21])

Even though global steelmaking capacity is expected to increase in 2018, the gap between global capacity and production is likely to narrow because the latter is increasing strongly; global crude steel production expanded by 4.3% in the first five months of 2018, compared to the corresponding time period a year earlier. Currently, the gap between capacity and production is estimated at around 540.0 mmt (Figure 20.A). The ratio of global production to capacity is expected to increase from 75.3% in 2017 to 76.4% in 2018 (Figure 20.B).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**30** | STEEL MARKET DEVELOPMENTS – Q4 2018

**Figure 20. Global Crude Steelmaking Capacity and Crude Steel Production**

A. Steel capacity-production gap (mmt)        B. Crude steel production as a % of capacity



*Note*: Capacity data reflect all information on changes up to June 2018. An assumption of annual production data for 2018 is made by applying the y-o-y growth rate for the first five months of 2018 to the annual figure from 2017.

*Source*: OECD for capacity and World Steel Association for production. The letter "e" denotes estimate based on information from the first half of the year.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

STEEL MARKET DEVELOPMENTS – Q4 2018 │ **31**

**Box 4. Cross-border Investments in Steel Capacity**

While global steelmaking capacity has decreased in 2016 and 2017, there have been concerns that the capacity reduction efforts by some economies might be offset by outward investments that shift capacity to other regions via foreign direct investments. In order to monitor this phenomenon and estimate its magnitude, the Secretariat has recently started collecting information on cross-border capacity investments. The map in Figure 21 illustrates the current information available to the Secretariat on where planned or underway capacity additions entail foreign direct investment or joint ventures with foreign participation.

**Figure 21. Cross-border Investments in Steel Capacity**



*Note*: The map reflects the location of the site, when such information is available. If this information is unavailable, the dot is plotted on the geographical centre of the jurisdiction. Data include fully foreign-owned investments (dark grey circles) as well as joint ventures with foreign participation (light grey circles), either planned or underway. Circle sizes are proportional to added capacity (in mmt).
*Source*: Representation based on the interim OECD steelmaking capacity report [DSTI/SC(2018)10/REV1]

**Table 4. Cross-border Investments by Destination**

| Economy | DZA | BOL | IDN | KAZ | MYS | PAK | ARE | VNM |
|---|---|---|---|---|---|---|---|---|
| JV | 5.1 | 0.2 | 8.0 | | 2.8 | | | 0.5 |
| CB | 2.3 | | 6.8 | 0.1 | 8.5 | 1.0 | 0.5 | 3.0 |

*Note*: values in mmt, JV = joint-venture investments that involve both foreign and domestic investors, CB = cross-border investments that are based wholly on foreign investors. More information on the source of investments is provided in the interim capacity report [DSTI/SC(2018)10/REV1].
*Source*: OECD interim report on steelmaking capacity [DSTI/SC(2018)10/REV1].

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**32** | STEEL MARKET DEVELOPMENTS – Q4 2018

# 6.  The Steel Market Outlook

## 6.1. Global Steel Market Outlook

The last Short Range Outlook released by the World Steel Association in April 2018 foresees global finished steel demand reaching 1 616.1 million metric tonnes (mmt) in 2018, which would represent a 1.8% increase over 2017 (see Table 5). This growth rate is expected to slow down to 0.7% in 2019, when global finished steel demand is projected to reach 1 626.7 mmt (World Steel Association, 2018[5]).

The previous forecasts, released in October 2017, had indicated an increase in steel demand of a similar order of magnitude for 2018 (a 1.6% increase compared to 2017). The World Steel Association highlights that the positive momentum benefits from strong investment levels in advanced economies, high confidence and a broader recovery in commodity prices. However, this could be eroded by a possible escalation of trade tensions, a probable U.S. and E.U. monetary policy tightening, as well as rising inflationary pressures. Overall, the World Steel Association noted in its April 2018 Short Range Outlook that the "upside and downside risks to this forecast are mostly balanced".

**Table 5. The April 2018 forecasts for regional apparent steel use by the World Steel Association**

Millions of tonnes of finished steel

| | 2017 | | 2018 (f) | | 2019 (f) | |
|---|---|---|---|---|---|---|
| | Volume | % change | Volume | % change | Volume | % change |
| E.U. (28) | 162.3 | 2.5 | 165.6 | 2.0 | 166.9 | 0.8 |
| Other Europe | 42.3 | 4.1 | 44.2 | 4.5 | 46.1 | 4.4 |
| CIS | 52.8 | 6.1 | 54.0 | 2.3 | 55.0 | 1.8 |
| NAFTA | 140.7 | 6.4 | 145.0 | 3.0 | 147.3 | 1.6 |
| Central & South America | 40.9 | 3.8 | 43.5 | 6.2 | 45.6 | 4.9 |
| Africa | 35.1 | -6.8 | 36.6 | 4.5 | 38.3 | 4.6 |
| Middle East | 53.3 | 0.4 | 55.7 | 4.6 | 57.8 | 3.7 |
| Asia & Oceania* | 1 060.1 | 5.5 | 1 071.4 | 1.1 | 1 069.7 | -0.2 |
| of which: China* | 736.8 | 8.3 | 736.8 | 0.0 | 722.1 | -2.0 |
| World* | 1 587.4 | 4.7 | 1 616.1 | 1.8 | 1 626.7 | 0.7 |

*Note*: * "a special note on China: China closed most of its outdated induction furnaces in 2017, a category which was generally not captured in official statistics. With closure of the induction furnaces, the demand from this sector of the market is now satisfied by mainstream steel makers and therefore captured in the official statistics in 2017. Consequently, the nominal growth rate for steel demand in China increased to 8.3% or 736.8 Mt. Disregarding this statistical base effect worldsteel expects that the underlying growth rate of China's steel demand for 2017 has been 3.0%, resulting in the corresponding global growth rate 2.4%." (World Steel Association, 2018[5])
*Source*: World Steel Association's Short Range Outlook, released in April 2018.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 6.2. Regional steel market outlook

### 6.2.1. Europe and CIS economies

Eurofer forecasts apparent steel consumption to grow by 2.3% in 2018 and 1.4% in 2019, while real steel consumption is expected to increase by 2.1% and 1.3%, respectively. (Eurofer, 2018[11]) In 2017, the E.U. steel industry benefited primarily from demand growth in the mechanical engineering and steel tubes industries, which registered a production increase of 6% and 7.2%, respectively. After this temporary boost in the demand for steel tubes, production in 2018 is currently expected to stabilise at the same level as in 2017, with a slight increase of 0.7% projected for 2019. Demand in mechanical engineering, which is predicted to rise by 4% in 2018 and 2.3% in 2019, is expected to provide some impetus for overall steel demand growth. The construction sector is expected to continue growing, albeit at slower rates going forward. Residential construction demand is supported by higher wages, strong consumer confidence as well as favourable financing costs. After high growth rates in recent years, the E.U. car industry is expected to continue growing on a stable but more moderate path. The sector's output is projected to increase by 1.8% in 2018 and 0.8% in 2019. Regarding the E.U. steel trade balance, Eurofer notes the heightened risk of trade measures targeting car imports in main E.U. automobile export markets. Domestic appliances is the only steel-using sector projected to register higher growth in 2018 than in 2017, with a growth rate of 4.2% in 2018 compared to 3.2% in 2017, driven by real income growth, while the sector is expected to increase its output by 2.1% in 2019 (Eurofer, 2018[11]). Downside risks include the current strength of the euro and possible protectionist measures which could weigh on exports.

With respect to corporate consolidation in the E.U., the European Commission (EC) announced on 7 May 2018 that it cleared ArcelorMittal's acquisition of Ilva, after the former had agreed to follow the EC's requirement to divest several steel plants, which was deemed necessary to prevent market domination and the resulting higher prices for flat carbon steel products (European Commission, 2018[22]). According to the European Commission's press release, the extensive package of divestitures involved will preserve effective competition. The same document states that *"(…) The Commission will assess whether the buyer(s) has/have the ability (i.e. expertise, financial resources etc.) and incentives to continue operating and developing the production assets in order to replicate Ilva as an active competitor of the merged entity on a lasting basis. In other words, the sale of a plant to a buyer, which would plan to subsequently close it down, would not be an acceptable solution."*. Furthermore, the Commission has noted that its decision on the acquisition does not affect its previous decision that two loans granted in 2015 to Ilva involved illegal State aid and the request that the authorities recover the undue benefit. (European Commission, 2018[22]).

The long planned 50:50 joint venture between Tata Europe and ThyssenKrupp was signed in late June 2018. Subject to approval by the EC, the new entity, second in size only to ArcelorMittal, is expected to be established in late 2018 or early 2019 (Reuters, 2017[23])This is another example of consolidation in the steel sector and further analysis by the OECD Steel Committee could provide additional insights on its effects on steel markets.

In its April 2018 Short Range Outlook, the World Steel Association revised downward its expected growth for the "Other Europe" regional category from 5.2% to 4.5% in 2018 and projects a similar performance in 2019 with growth reaching 4.4%. While steel demand growth is expected to ease back slightly in Turkey compared to 2017, it is still expected to increase by 5% in both 2018 and 2019 (World Steel Association, 2018[5]), driven by major infrastructure projects (ERAI, 2017[24]). Amid concerns about rising trade tensions (AMM, 2018[25]), Turkish

flat steel producers expect to increase their production thanks to strong local and export demand (Metal Bulletin, 2018[26]).

Steel demand growth in the CIS region is expected to ease back to 2.3% in 2018 and 1.8% in 2019, after having reached 6.1% in 2017. The region's largest steel-consuming economy, Russia, is expected to increase its steel demand by 2.1% and 1.4% in 2018 and 2019, respectively. This marks a continuation of its recovery after steel demand declined in 2016, albeit at lower levels than in 2017 when demand rebounded by 5.1%. Growth is expected to benefit from improved levels of business and consumer confidence and monetary easing (World Steel Association, 2018[5]).

### 6.2.2. Americas

Central and South American economies are expected to increase their steel demand growth to 6.2% in 2018 and 4.9% in 2019, according to the World Steel Association's April 2018 Short Range Outlook. This represents an upward correction compared to the October 2017 outlook which expected an increase of 4.7% in 2018. After the sharp drop in consumption in 2016, the predicted growth rates imply a recovery to pre-crisis levels of consumption in 2018 for the region (World Steel Association, 2016[27]; World Steel Association, 2018[5]). Nevertheless Brazilian steel consumption is only expected to reach its 2013 peak level of consumption in 2028 (Aço Brasil, 2017[28]). Alacero expects steel consumption in 2018 to increase by 7%, 5.3% and 4% in Brazil, Argentina and Colombia, respectively (Metal Expert, 2018[29]). According to Alacero, the Latin American steel industry as a whole is likely to benefit from a strong world economy. Depending on the implementation of economic reforms, the outlook for the steel market could improve further (Metal Expert, 2018[29]). In that context, the result of upcoming elections in many Latin American economies will be important.

Regarding the NAFTA region, the World Steel Association expects steel demand to grow by 3.0% in 2018, which marks an upward revision compared to its October outlook. In 2019, growth is projected to slow to 1.6%. After a strong performance in 2017, when steel demand growth reached 6.4% compared to 2016, the U.S. is expected to further increase its steel demand in 2018 by 2.7% to 100.3 mmt. For 2019, growth is predicted to moderate to 2.0%. While the relatively low external value of the USD and increasing investment following the tax reform could provide some support for the manufacturing sector, growth in automobile demand is likely to slow down due to already high levels of car ownership. Expected tighter monetary policy contributes to the projected decrease of steel demand growth rates. Mexican steel demand growth is expected to ease as well, from a projected 3.5% in 2018 to 1.5% in 2019 (World Steel Association, 2018[5]), partly because of a moderation of the U.S. car market (World Steel Association, 2017[30]). Alacero expects Mexican steel consumption in 2018 to increase by 3% (Metal Expert, 2018[29]). Trade policy developments represent a downward risk to the outlook, and NAFTA renegotiations continue to be important to follow.

### 6.2.3. Middle East

In the Middle East, steel demand is projected to grow by 4.6% in 2018, followed by slightly lower growth of 3.7% in 2019, according to the World Steel Association. Steel demand in the region could benefit from stabilising oil and commodity prices, and would further improve should geopolitical tensions ease (World Steel Association, 2018[5]). Gulf Coast Conference (GCC) economies are financing important infrastructure projects and public works that could support steel demand going forward. In the United Arab Emirates (UAE) and Qatar, the construction sector should benefit from improved demand in the wake of preparations for the 2020 Expo in Dubai and the 2022 Football World Cup in Qatar. In Saudi Arabia, the

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

government is supporting the construction and modernisation of infrastructure, which would be an important driver of future steel demand growth (Djoudi, 2017[31]). Steel demand in Iran is likely to be influenced by the withdrawal of the United States from the Joint Comprehensive Plan of Action (better known as Iran Deal) and its ensuing reintroduction of sanctions, which are expected to also affect the steel sector (Financial Times, 2018[32]). Pakistani steel demand is projected by some observers to reach 10 mmt within 2-3 years from its current level of 7.5 mmt (Pakistan & Gulf Economist, 2018[33]). The economy's steel sector is also likely to benefit from infrastructure projects in the framework of the Belt and Road Initiative (see also Box 5).

### 6.2.4. Asia and Oceania

The April 2018 forecast by the World Steel Association estimates that steel demand in the Asia and Pacific region should grow by 1.1% in 2018, followed by a stagnation in 2019 (-0.2%). As steel demand in China is expected to remain stable in 2018, India is likely to drive the projected increase in steel use in the region (World Steel Association, 2018[5]).

Chinese steel demand is expected to stagnate in 2018 and decline by 2.0% in 2019, due to a slowdown in construction activity and the Chinese government's effort to shift to a more consumption-driven growth path (World Steel Association, 2018[5]).[19] At the same time, the China Iron & Steel Association (CISA) indicated that Chinese steel consumption could continue to increase in 2018, by 0.8 %, supported by demand from the construction, manufacturing and energy sectors (Platts, 2018[34]). Steel demand growth in China will likely continue to be supported by infrastructure investment projects, such as construction of roads, bridges and subways. Nevertheless the rate of growth in investment in infrastructure (fixed-asset investment in infrastructure, excluding electric power, heat power, gas and water) started to slow down during the first five months of 2018, registering a 9.4 % increase y-o-y, which is three percentage points lower than that in the first four months of 2018, according to the National Bureau of Statistics of China (National Bureau of Statistics of China, 2018[35]). Possible risks to the outlook include, among others, high corporate leverage, although the World Steel Association does not believe this risk will materialise in the near future (World Steel Association, 2018[5]). Efforts to deleverage companies through debt-to-equity swaps with money from recently announced cuts of reserve requirements for banks (Bloomberg, 2018[36]) can only be effective if they are market driven, if the changes in ownership are used to sustainably improve a firm's viability and if the intervention is not used to continue the operation of non-viable firms. In the long run, steel exports might benefit from infrastructure projects within the framework of the Belt and Road Initiative (see Box 5).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

---

**Box 5. Belt and Road Initiative and its implications for steel demand and capacity**

First announced by Xi Jinping in 2013 as the "Silk Road Economic Belt" (the Belt) and the "21st Century Maritime Silk Road" (the Road) aimed at promoting a land-based and a maritime connection between Asia and Europe, the "Belt and Road Initiative" (BRI) has been clarified in an action plan released in 2015 and has been further extended and given form during the "Belt and Road Forum" in March 2017.

The BRI is a comprehensive strategy of which infrastructure investments are only one part. Nevertheless, infrastructure investments are a central pillar of the BRI, and those investments have the potential to increase steel demand in participating economies, according to some sources. Quantifying the size of this possible impact is difficult, and existing estimates vary widely. BHP expects up to 150 mmt of additional steel demand through BRI projects  (BHP, 2017[37]), Bloomberg sees total potential additional demand of 272 mmt  (Bloomberg, 2018[38]), and Dr. Chang-do Kim from the POSCO Research Institute puts the number at 30 mmt annually (Kim, 2017[39]). The BRI aspect of capacity cooperation to help emerging economies meet their increasing steel demand has also been highlighted as a possibility to ease steel production overcapacities (Zhang and Su, 2018[40]). Nevertheless, with the global capacity-production gap currently estimated at around 540.6 mmt, the abovementioned potential demand increase through BRI projects cannot be expected to provide a significant relief to the overcapacity situation.

At the same time, Chinese firms are encouraged to relocate production to ASEAN economies to help them "meet the local need of infrastructure development", as outlined during a speech delivered by Premier Li Keqiang (Li, 2014[41]). Hebei Province reportedly plans to move 20 million tonnes of steelmaking capacity abroad by 2023 (Global Times, 2014[42]). Efforts towards reducing overcapacity can only be effective if domestic closures are not compensated by new investments abroad.

---

While Japanese steel demand has benefitted from a government stimulus package in 2017, it is forecast to remain stable in 2018 (increase by 0.1%) and increase slightly in 2019 (by 0.6%) (World Steel Association, 2018[5]). According to the Japan Iron and Steel Federation (JISF), active investments associated with the Tokyo 2020 Olympic and Paralympic Games could have a positive effect on steel demand in Japan (JISF, 2018[43]). In Korea, steel demand is expected to increase by only 1.0% in both 2018 and 2019, affected by high consumer debts, weakening construction and a depressed shipbuilding sector (World Steel Association, 2018[5]).

According to the latest Short Range Outlook by the World Steel Association, steel demand in India is expected to grow by 5.5% in 2018 and by 6.0% in 2019, mainly driven by the construction sector (World Steel Association, 2018[5]). The Indian government has decided to accelerate infrastructure projects such as the development of rural areas.[20] The automotive sector is also likely to be a key driver of solid steel demand, as it is expected to grow by 8-10% in the financial year of 2018-2019 (April 2018 – March 2019) according to the projection of the Society of Indian Automotive Manufacturers (SIAM) (ET Auto, 2018[44]).

According to a report by SEAISI, steel demand in the ASEAN-6 region (Indonesia, Malaysia, Philippines, Singapore, Thailand and Viet Nam) is forecast to show a steady growth rate around 5-6% per year over the next few years and apparent steel consumption in the region could surpass 80 mmt in 2019 (SEAISI, 2018[45]). Steel demand in Viet Nam and Thailand is expected to increase again in 2018 (Metal Expert, 2018[7]). The Philippines continues to enjoy

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

a gradual increase of steel demand driven mainly by numerous government-led infrastructure projects under the "Build Build Build" program.[21] Indonesia might also keep its positive growth momentum due to solid demand from the construction industry (Metal Expert, 2018[7]).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**38** | STEEL MARKET DEVELOPMENTS – Q4 2018

## Annex A. Steel futures markets: Statistical tests (Granger causality)

The usual Granger causality tests were applied. Non-differentiated price series are all integrated of order 1, but are not co-integrated. Therefore, a Vector Autoregressive Model (VAR) without error-correcting term is the correct way to model price change interactions. Two lags for each variable were chosen, but robustness tests indicate that a different number of lags did not alter the results. Granger causality tests are then derived immediately from the VAR specification by jointly testing whether the coefficients are statistically different from zero.

Please note that when changes of future prices at close are instead compared to the changes of spot prices *of the same day* (rather than to changes in spot prices of the following day), it is found that each series may Granger-cause the other (that is, we cannot reject any null that one of the series is not Granger-causing the other). This is perfectly understandable, as the change of the current spot price of a given day occurs before the future closing price and thus partially explains it.

### US HRC

The p-value of 4.6% below indicates that we can reject the null hypothesis that the future price variations do not Granger-cause the spot price variations at a 5% confidence level. On the contrary, because 94% is high, we cannot reject the null hypothesis that the spot price variations do not Granger-cause the future price variations at any usual significance level.

```
Granger causality Wald tests
```

| Equation | Excluded | chi2 | df | Prob > chi2 |
|---|---|---|---|---|
| davg | dFClose_2018_06 | 6.1548 | 2 | 0.046 |
| davg | ALL | 6.1548 | 2 | 0.046 |
| dFClose_2018_06 | davg | .11895 | 2 | 0.942 |
| dFClose_2018_06 | ALL | .11895 | 2 | 0.942 |

### China HRC

The p-value of 0% below indicates that we can reject the null hypothesis that the future price variations do not Granger-cause the spot price variations at a 5% confidence level. On the contrary, because 83% is high, we cannot reject the null hypothesis that the spot price variations do not Granger-cause the future price variations at any usual significance level.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Granger causality Wald tests

| Equation | Excluded | chi2 | df | Prob > chi2 |
|---|---|---|---|---|
| davg | dFClose_2018_06 | 208.55 | 2 | 0.000 |
| davg | ALL | 208.55 | 2 | 0.000 |
| dFClose_2018_06 | davg | .36788 | 2 | 0.832 |
| dFClose_2018_06 | ALL | .36788 | 2 | 0.832 |

## China Rebar

The p-value of 0% below indicates that we can reject the null hypothesis that the future price variations do not Granger-cause the spot price variations at a 5% confidence level. On the contrary, because 38% is high, we cannot reject the null hypothesis that the spot price variations do not Granger-cause the future price variations at any usual significance level.

Granger causality Wald tests

| Equation | Excluded | chi2 | df | Prob > chi2 |
|---|---|---|---|---|
| davg | dFClose_2018_06 | 150.19 | 2 | 0.000 |
| davg | ALL | 150.19 | 2 | 0.000 |
| dFClose_2018_06 | davg | 1.9092 | 2 | 0.385 |
| dFClose_2018_06 | ALL | 1.9092 | 2 | 0.385 |

**40** | STEEL MARKET DEVELOPMENTS – Q4 2018

## *References*

(n.a.)((n.d.)), *Shanghai Futures Exchange website*, http://www.shfe.com.cn/en/aboutus/ (accessed on 13 November 2018). [52]

Aço Brasil (2017), *Aço Brasil Informa*, http://acobrasil.org.br/siderurgiaemfoco/Aco_Brasil_Informa_Dez_17--web.pdf (accessed on 2 July 2018). [28]

Alacero (2018), *Latin America: Consumption of finished steel grows 3% in Jan-Apr 2018, reaching 22.4 million tons*, https://www.alacero.org/sites/default/files/noticias/docs/pr_2018-06-26_production-trade_jan-apr_2018.pdf (accessed on 6 July 2018). [3]

AMM (2018), *Turkey must act fast on steel trade, TÇÜD warns*, http://www.amm.com/Article/3820148/Turkey-must-act-fast-on-steel-trade-TD-warns.html (accessed on 12 July 2018). [25]

BHP (2017), *China's Belt and Road Initiative, episode two: A vision encased in steel*, https://www.bhp.com/media-and-insights/prospects/2017/09/belt-and-road-initiative (accessed on 08 July 2018). [37]

Bloomberg (2018), *China to Unleash $108 Billion in Reserve Cut for Some Banks*, https://www.bloomberg.com/news/articles/2018-06-24/china-s-central-bank-cuts-reserve-ratio-for-some-banks (accessed on 26 June 2018). [36]

Bloomberg (2018), *Steel Demand May Improve on 'One Belt One Road'*, https://www.bloomberg.com/professional/blog/steel-demand-may-improve-on-one-belt-one-road/ (accessed on 8 July 2018). [38]

Bloomberg (2018), *Union Budget 2018: Jaitley Gives Infrastructure A Push*, https://www.bloombergquint.com/union-budget-2018/2018/02/01/union-budget-2018-jaitley-gives-infrastructure-a-push (accessed on 6 July 2018). [48]

CME Group (2014), *CME Clearing port*, https://www.cmegroup.com/clearing/files/CME_ClearPort_Brochure.pdf (accessed on 12 November 2018). [20]

Djoudi, K. (2017), *"The Iron and Steel Industry in the Arab World" (in French)*, OECD 83rd Session of the Steel Committee, 28-29 September 2017,, http://www.oecd.org/industry/ind/Item_9_1_AISU_Algeria.pdf. [31]

ERAI (2017), *10 Ongoing Mega Projects Of Turkey In 2017*, http://eraiturkey.com/2017/03/17/10-ongoing-mega-projects-of-turkey-in-2017/. [24]

ET Auto (2018), *FY 2018-19 to improve auto sales graph; PVs expect to grow at 8-10%*, https://auto.economictimes.indiatimes.com/news/industry/fy-2018-19-to-improve-auto-sales-graph-pvs-expected-to-grow-at-8-10/62462206 (accessed on 6 July 2018). [44]

Eurofer (2018), *Economic and Steel Market Outlook 2018-2019, Second Quarter, 2018*, http://www.eurofer.org/Issues%26Positions/Economic%20Development%20%26%20Steel%20Market/REPORT%20-%20Economic%20and%20Steel%20Market%20Outlook%20-%20Quarter%202,%202018.pdf (accessed on 25 June 2018). [11]

European Commission (2018), *Mergers: Commission clears ArcelorMittal's acquisition of Ilva, subject to conditions*, http://europa.eu/rapid/press-release_IP-18-3721_en.htm (accessed on 25 June 2018). [22]

Financial Times (2018), "China debt maturities reflect financial fragility", *Financial times*. [16]

Financial Times (2018), *Iran feels sting of US sanctions once more*. [32]

Financial Times (2016), "China warns off commodities market punters", *Financial Times*. [18]

Global Times (2014), *Hebei looks to relocate its largest and most polluting industries abroad*, http://www.globaltimes.cn/content/898086.shtml (accessed on 8 July 2018). [42]

HKTDC (2018), *The Belt and Road Initiative*, http://china-trade-research.hktdc.com/business-news/article/The-Belt-and-Road-Initiative/The-Belt-and-Road-Initiative/obor/en/1/1X000000/1X0A36B7.htm (accessed on 9 July 2018). [51]

Hume, N. (2018), "Coking coal in focus on lower production forecasts", *Financial Times*. [14]

ISSB (2018), *WORLD STEEL STATISTICS June 2018 Monthly*, ISSB Limited. [2]

JISF (2018), *Order Booked of Steel Products by Consuming Sector*, http://www.jisf.or.jp/en/statistics/report/index.html. [9]

JISF (2018), *Recent Market Developments*, http://www.oecd.org/industry/ind/84th_OECD_Steel_Committee_Item_10-5_JISF.pdf. [43]

Kallanish (2018), *LME plans to launch a HRC contract in 2019*. [53]

Kallanish (2018), *LME plans to launch a HRC contract in 2019*. [19]

Kim, C. (2017), *Chinese Steel Moves along the One Belt, One Road*, Asian Steel Watch. [39]

KOSA (2018), *Korean Steel Market in 2017*, http://www.oecd.org/industry/ind/84th_OECD_Steel_Committee_Item_10-6_KOSA.pdf. [10]

Li, K. (2014), *Remarks by H.E. Li Keqiang Premier of the State Council of the People's Republic of China At the 17th ASEAN-China Summit*, http://www.fmprc.gov.cn/mfa_eng/wjdt_665385/zyjh_665391/t1212266.shtml (accessed on 8 July 2018). [41]

Metal Bulletin (2018), *TURKEY FLAT STEEL OUTLOOK: Strong demand set to drive production*, https://www.metalbulletin.com/Article/3816784/TURKEY-FLAT-STEEL-OUTLOOK-Strong-demand-set-to-drive-production.html (accessed on 12 July 2018). [26]

**42** | STEEL MARKET DEVELOPMENTS – Q4 2018

Metal Expert (2018), *Alacero: "Stronger world economy and trade are going to drive Latin America's development"*, https://metalexpert.com/en/news/HTMLInetNews&head=Alacero-Stronger-world-economy-and-trade-are&unid=289A4D31FF4CAB68C22582410041DB41Q (accessed on 29 June 2018). [29]

Metal Expert (2018), *Consumption growth to prevent India from active export, but only in 2018*, https://metalexpert.com/en/news/HTMLInetNews&head=Consumption-growth-to-prevent-India-from-active&unid=D847E9E952A28D43C225827A0046E336Q (accessed on 6 July 2018). [6]

Metal Expert (2018), *Southeast Asia expects growth of steel consumption at 5-6% this year*, https://metalexpert.com/en/news/HTMLInetNews&head=Southeast-Asia-expects-growth-of-steel-consumption&unid=05EE98B8A8D459F3C22582B8002C78B2Q (accessed on 6 July 2018). [7]

Moody's (2018), *Moody's: Current M&A wave in Europe's steel sector will increase consolidation, reduce costs but fail to address overcapacity*, https://www.moodys.com/research/Moodys-Current-MA-wave-in-Europes-steel-sector-will-increase--PR_385363 (accessed on 9 July 2018). [49]

National Bureau of Statistics of China (2018), *Investment in Fixed Assets for the First Five Months of 2018*, http://www.stats.gov.cn/english/PressRelease/201806/t20180615_1604839.html (accessed on 6 July 2018). [35]

OECD (2018), "Latest developments in Steelmaking Capacity (Interim report)", *internal working document, Directorate for Science, Technology and Innovation*. [21]

OECD (2018), *OECD Economic Outlook, Volume 2018 Issue 1*, OECD Publishing, Paris, http://dx.doi.org/10.1787/eco_outlook-v2018-1-en. [1]

OECD (2016), *Steel Market Developments, Q2 2016*, OECD Publishing, http://www.oecd.org/sti/ind/steel-market-developments-2016Q4.pdf. [15]

Office of the Leading Group for the Belt and Road Initiative (2017), *Building the Belt and Road: Concept, Practice and China's Contribution*, https://eng.yidaiyilu.gov.cn/wcm.files/upload/CMSydylyw/201705/201705110537027.pdf (accessed on 9 July 2018). [50]

Pakistan & Gulf Economist (2018), *Likely steel demand of 10m tons in 2 to 3 years will push expansion and investment in near future*, http://www.pakistaneconomist.com/2018/04/16/likely-steel-demand-10m-tons-2-3-years-will-push-expansion-investment-near-future/ (accessed on 12 July 2018). [33]

Philippine government (2018), *Build Build Build*, http://www.build.gov.ph/Home/Projects?page=1&agency=DPWH (accessed on 6 July 2018). [47]

Platts (2018), *China steel consumption to rise at much slower pace: CISA*, https://www.steelbb.com/?PageID=157&article_id=170211. [34]

STEEL MARKET DEVELOPMENTS – Q4 2018 │ **43**

Platts (2018), *Turkish steel output and consumption rose notably in 2017*, [13]
https://www.steelbb.com/?PageID=157&article_id=169130 (accessed on 6 July 2018).

Platts (2018), *US economy picking up speed: AISI economist*, [4]
https://www.steelbb.com/?PageID=157&article_id=170427 (accessed on 6 July 2018).

Ren, S. (2017), "China's Debt Machine Gets Another Sausage Factory", *Bloomberg*, [17]
pp. https://www.bloomberg.com/gadfly/articles/2017-08-24/debt-swaps-open-pandora-s-box-
for-china-s-banks.

Reuters (2017), *Thyssenkrupp, workers strike deal to pave way for Tata Steel merger*, [23]
https://www.reuters.com/article/us-thyssenkrupp-tata-steel-unions/thyssenkrupp-workers-
strike-deal-to-pave-way-for-tata-steel-merger-idUSKBN1EG0W9.

Russian Steel (2018), *Russian Steel Markets Developments*, [12]
http://www.oecd.org/industry/ind/84th_OECD_Steel_Committee_Item_10-4_Russian-Steel-
Association.pdf.

SEAISI (2018), *Asean steel consumption to rebound in 2018: Seaisi*, [45]
http://www.seaisi.org/News/7589/Asean+steel+consumption+to+rebound+in+2018:+Seaisi+
(accessed on 6 July 2018).

SEAISI (2018), *Preliminary report on apparent steel demand in ASEAN-6 in 2017*, [8]
http://www.seaisi.org/news_details.php?nid=7386 (accessed on 6 July 2018).

ThyssenKrupp (2018), *Tata Steel and thyssenkrupp sign a definitive agreement to create a new* [46]
*European steel champion*, https://www.thyssenkrupp.com/en/newsroom/press-releases/press-
release-140129.html?id=182402 (accessed on 2 July 2018).

World Steel Association (2018), *Short Range Outlook April 2018*, [5]
https://www.worldsteel.org/media-centre/press-releases/2018/worldsteel-short-range-outlook-
april-2018.html (accessed on 26 June 2018).

World Steel Association (2017), *worldsteel Short Range Outlook 2017/2018*, [30]
https://www.worldsteel.org/media-centre/press-releases/2017/worldsteel-Short-Range-
Outlook-2017-2018.html.

World Steel Association (2016), *worldsteel Short Range Outlook 2016/2017*, [27]
https://www.worldsteel.org/en/dam/jcr:9e146c50-1d1d-4585-a595-
62d9a21d39cd/SRO_Table.pdf.

Zhang, Y. and Q. Su (2018), *Overcapacity requires a collective response from the international* [40]
*community (original: 产能过剩需要国际社会集体应对 )*, http://www.gov.cn/zhengce/2018-
07/06/content_5303932.htm (accessed on 8 July 2018).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**44** | STEEL MARKET DEVELOPMENTS – Q4 2018

## *Endnotes*

[1] The procedures to comply with the new GST have been adjusted in order to ease the liquidity constraints faced by Indian exporters (OECD, 2018[1]).

[2] It should be noted, however, that this growth rate is partly due to a statistical effect in China. According to worldsteel, production switched from induction furnaces to mainstream steel makers, and previously unaccounted production is now reflected in official statistics. Without this effect, worldsteel estimates that global apparent steel use grew by 2.4% between 2016 and 2017 (World Steel Association, 2018[5]).

[3] Without the statistical effect described above, the annual growth rate of China's domestic steel demand in 2017 is estimated to be 3.0% (World Steel Association, 2018[5]).

[4] The Steel Weighted Industrial Production Index (SWIP) is the average output of steel using sectors, weighted by their share in total consumption.

[5] According to Eurofer, "real steel consumption" is defined as consumption of all steel products used by the steel-using sectors in their production processes, also referred to as "final use" of steel products. This definition takes into account changes in inventory levels.

[6] Apparent steel consumption reflects the deliveries of steel to the marketplace from the domestic steel producers as well as from importers. This differs from real steel use, which takes into account steel delivered to or drawn from inventories. Therefore, slower growth in this apparent steel consumption in Q1 2018 compared to real steel consumption growth suggest that inventories are being reduced.

[7] Otherwise, an arbitrage opportunity would occur for those traders that are also operating in the physical steel market. For example, assume that the steel future price is higher than the current spot price. A trader would take a short position in a steel future — i.e. sell a future contract at the high price, and immediately use the resulting cash-flow to buy the corresponding quantity of physical steel in the spot market. As storage costs are low on a short period of time and insofar as the short period of time does not allow for the current steel price to vary significantly, the trader would make an easy short-term profit by simply holding the steel until delivery.

[8] http://www.shfe.com.cn/en/aboutus/

[9] http://www.shfe.com.cn/en/products/SteelRebar/contract/9220216.html

[10] The drawback of these types of agreements, called *forward contracts*, is that the buyer cannot change his mind (and sell the contract), and that there is no Central Counterparty Clearing House to mitigate counterparty risk through margin calls, a useful characteristic of future contracts. An advantage is that it is tailor-made to the specific needs of the buyer in terms of steel quality and quantity, rather than being a standardised product as in futures.

[11] https://www.lme.com/Metals/Ferrous/Steel-Rebar#tabIndex=4

[12] https://www.lme.com/Metals/Ferrous/Steel-Scrap#tabIndex=4

[13] http://www.cmegroup.com/trading/metals/ferrous/hrc-steel_contract_specifications.html

[14] For certain periods, the line representing the evolution of the price of the May 2018 contract can not be seen on the graph, because it correlates perfectly with the price of the June 2018 contract. Note that both prices diverge at the beginning and at the end of the period analysed.

[15] The average of the day might not be the average of the high and low, but this is consistent with what Platts indicates as average when downloading the daily prices. The Secretariat does not have access to the intra-day prices needed to build a true average.

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

[16] If the seller of a contract is a steel company aiming to hedge its future production against adverse price movements, it might require a lower premium from buyers of the future contract. On the contrary, even if the seller is a steel company that does not seek to hedge its production and has a positive outlook on steel prices in the future, a larger premium might be required. The extent to which storage costs are embedded in the value of a future contract thus depends significantly on the nature and purpose of market players and their expectations.

[17] While accepting steel physical stocks as collateral for loans might not be a sound risk-management practice, banks in some economies accept it. The risk for the bank stems from the difficulty to locate precisely the steel stock within the steel company warehouse, to ensure that it is stays there, and that it is not pledged to other banks to obtain further financing.

[18] Forward market prices are bilaterally agreed in private, non-exchangeable contracts for future steel delivery.

[19] China closed most of its outdated induction furnaces in 2017, a category which was generally not captured in official statistics. With closure of the induction furnaces, the demand from this sector of the market is now satisfied by mainstream steel makers and therefore captured in the official statistics in 2017. Consequently, the nominal growth rate for steel demand in China increased to 8.3% or 736.8 Mt. Disregarding this statistical base effect worldsteel expects that the underlying growth rate of China's steel demand for 2017 was 3.0%, which will make the corresponding global growth rate 2.4%. (World Steel Association, 2018[5])

[20] The Indian government has decided to allocate INR 5.97 trillion to infrastructure development in the Union Budget 2018 (April 2018 – March 2019), which is over 20% higher than in the same period of previous year (Bloomberg, 2018[48]).

[21] The Philippine government is committed to approving and launching more infrastructure projects under the "Build Build Build" program, aiming to accelerate infrastructure developments with public spending on projects, targeted to reach PHP 8-9 trillion from 2017 until 2022 (Philippine government, 2018[47]).

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

*Steel Market Developments* provide up-to-date information on global and regional steel markets. Reviewed and approved by the OECD Steel Committee, they are disseminated approximately twice a year to allow policymakers, industry, media and academia to keep abreast of the main trends and recent developments taking place in steel markets.

The reports provide an overview of recent supply and demand developments and, when available, forecasts from publicly available sources. Topics of special interest are occasionally covered, such as developments in steel-related raw material markets, steelmaking capacity trends or updates on specific regions that are important for the global steel market.

Stay informed by subscribing to our newsletter

**OECD News and Innovation, Science Technology and Industry: http://oe.cd/stinews**

 @OECDInnovation

http://www.oecd.org/sti/ind/steel.htm

@ Front cover image courtesy of JFE Steel Corporation

Filed By: Kangwoo.Lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

Barcode:3877655-03 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 6



Barcode:3877655-04 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**WP/18/216**

# IMF Working Paper

## China's Capacity Reduction Reform and Its Impact on Producer Prices

by Linxi Chen, Ding Ding and Rui C. Mano

***IMF Working Papers*** **describe research in progress by the author(s) and are published to elicit comments and to encourage debate.** The views expressed in IMF Working Papers are those of the author(s) and do not necessarily represent the views of the IMF, its Executive Board, or IMF management.

I N T E R N A T I O N A L   M O N E T A R Y   F U N D

Barcode:3877655-04 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

© 2018 International Monetary Fund
WP/18/216

# IMF Working Paper

Asia and Pacific Department

## China's Capacity Reduction Reform and Its Impact on Producer Prices Prepared by Linxi Chen, Ding Ding and Rui C. Mano[1]

Authorized for distribution by James Daniel

September 2018

---

*IMF Working Papers* **describe research in progress by the author(s) and are published to elicit comments and to encourage debate.** The views expressed in IMF Working Papers are those of the author(s) and do not necessarily represent the views of the IMF, its Executive Board, or IMF management.

---

## Abstract

In late 2015, the Chinese authorities launched a policy to reduce capacity in the coal and steel industries under the wider effort of Supply-Side Structural Reforms. Around the same time, producer price inflation in China started to pick up strongly after being trapped in negative territory for more than fifty consecutive months. So what is behind this strong reflation—capacity cuts in coal and steel, or a strengthening of aggregate demand? Our empirical analyses indicate that a pickup in aggregate demand, possibly due to the government's stimulus package in 2015-16, was the more important driver. Capacity cuts played a role in propping up coal and steel prices, explaining at most 40 percent of their price increase.

JEL Classification Numbers: E31, C22, E65

Keywords: China, capacity reduction, supply-side structural reforms, producer price index

Author's E-Mail Address: linxi.chen@duke.edu; dding@imf.org; rmano@imf.org

---

[1] Ding Ding and Rui C. Mano work for the International Monetary Fund. Linxi Chen is from Duke University. We would like to thank James Daniel, Sonali Jain-Chandra, Markus Rodlauer and participants at the IMF Asia and Pacific Department (APD) seminar for helpful comments, and Jacqueline Jiayi Zhang for excellent research assistance. The usual disclaimer applies.

Barcode:3877655-04 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# I. INTRODUCTION

**1.**      The Chinese economy is undergoing a transition with policymakers putting increasing emphasis on the quality rather than the quantity of growth. Years of rapid growth, driven by investment and credit expansion, led to significant accumulation of structural imbalances in the economy, including a large debt overhang, risks in the financial system, the proliferation of "zombie firms" (those that operate at a loss persistently), a rapid buildup of inventories in residential housing and excess capacity in certain industrial sectors. As the economy entered a "new normal" with the annual growth rate declining from double digits in the aftermath of the Global Financial Crisis (GFC) to 6-7 percent, the Chinese government announced in December 2015 that Supply-Side Structural Reforms (SSSR) would help "guide the economy to a new normal." The 19th Party Congress, held in October 2017, further elevated the SSSR as a main task in the national strategy of developing a modernized economy.

**2.**      There are five areas of focus under the SSSR: capacity reduction, housing inventory destocking, corporate deleveraging, reducing corporate costs, and improving "weak links" which contains a suite of measures aimed at industrial upgrading, infrastructure investment and etc. They are known in Chinese as the "three cuts, one reduction, and one improvement". In essence, the SSSR represents a departure from China's traditional demand-side stimulus policies to improve the quality of growth by addressing the structural imbalances in the economy. The Chinese "supply-side reforms" include a broader set of policies, including some designed to boost demand (e.g. housing destocking was partly achieved through increased support for home purchases).

**3.**      In this paper, we focus solely on capacity reduction under the SSSR. For years, China's investment-driven growth model led to persistently strong demand for commodities and heavy-industry products, fostering substantial capital investments in the industrial sector. For example, more than a third of the 4-trillion-yuan post-GFC stimulus package was channeled to transport and power infrastructure projects, resulting in rapid capacity and production expansion in many heavy industries including steel and coal (Fan 2016). In addition, extensive government subsidies, such as cheap land and credit, discounted power costs and tax breaks, were provided to about 30 percent of industrial output and represent a major driver of China's excess capacity (Haley and Haley 2013).

**4.**      Capacity cuts first targeted two heavy industries that experienced rapid expansion in recent years—steel and coal. From 1996 to 2010, China's steel production increased by more than six folds from around 100 million metric tons to 627 million tons, and its share in global steel production rose from 13.5 percent to 44.3 percent (Greenpeace 2017). Coal production in China grew by 3.9 percent per year in 2006-15, compared to the global growth rate of 2.5 percent. China accounted for 47 percent of global coal production in 2015 with a total production of 1.8 billion tons (BP 2017). As GDP growth started to decline in China after 2010, capacity utilization in the steel industry also contracted from 79 percent in 2010 to less than 70 percent in 2015, and that for the coal industry declined from more than 90 percent to 65 percent. Falling capacity utilization was accompanied by a sizable deterioration in

corporate profitability and debt-servicing capacity. By end-2015, the coal and steel industries accounted for around 14 percent of corporate debt in China's industrial sector. It would take 91 years and 74 years, respectively, for the coal and ferrous metal smelting (including steel) industries to pay back total debts at their current cash flow generation levels, compared to the industrial sector average of under 10 years (EIU 2017).



**5.**     China's excess industrial capacity also raised concerns internationally. According to the data published by China's Ministry of Commerce, about half of the anti-dumping and anti-subsidy investigations against China in 2016 were related to steel (and China has been under more anti-dumping and anti-subsidy investigations than any other countries for twenty consecutive years). In the 2015 Hangzhou summit, the G20 Group noted that excess capacity in steel and other industries was a global issue. A Global Forum on Steel Excess Capacity was formally established in December 2016 by the G20 Group with a goal to find collective solutions, with each economy taking the necessary actions to foster a level playing field in the global steel industry.

**6.**     Following the announcement of the SSSR in December 2015, China's State Council set targets for steel and coal capacity reduction by 45 million tons and 250 million tons receptively within the year (State Council 2016a and 2016b). The documents also announced that, within "three to five years", steel capacity would be reduced by 100-150 million tons (about 8-12 percent of the end-2015 capacity) and coal capacity by 1 billion tons (about 20 percent of the end-2015 capacity). The targets were set in net terms so any new capacity, presumably with higher efficiency, would require deeper cuts to the existing capacity. The State Council documents also required all coal producers to reduce the number of annual working days from 330 to 267, temporarily cutting coal production capacity by an additional 16 percent.

**7.**     Capacity reduction was also introduced in the context of the Chinese government's broad environmental protection effort. A series of severe pollution episodes, beginning with the January 2013 "Airpocalypse", forced the government to take tougher environmental measures. At the annual National People's Congress in March 2016, Premier Li Keqiang announced measures to cut coal consumption and vehicle emissions as well as punish "government officials who ignore environmental crimes." Emissions from Hebei, a province in Northern China with a large industrial sector that produces itself more steel than the United States, are a major source of regional pollution affecting Beijing. It is therefore not surprising that when the steel capacity reduction target was announced in 2016, Hebei alone accounted for more than a third of the planned annual reduction (Greenpeace 2017).

**8.**        According to published data, China is likely to achieve its capacity reduction goals well ahead of schedule. Steel capacity was curbed by 115 million tons in 2016-17, more than 75 percent of the 5-year target set for 2016-20. China also phased out the production of 140 million tons of steel made from scrap metal which led to a surge in scrap steel exports to 2.2 million tons in 2017 compared with just around 1,000 tons in 2016. China curbed its coal capacity by more than 290 million tons in 2016 and another 150 million tons in 2017, and reduced the number of coal mines from 10,800 in 2015 to about 7,000 at the end of 2017. With the significant capacity cuts, capacity utilization ratios and profitability improved markedly in both industries.





**9.**        In this paper we quantify the contribution of capacity cuts in coal and steel to the significant turnaround of producer price inflation. China's producer price index (PPI) inflation, after being trapped in negative territory for 54 months, turned positive in September 2015 and has remained robust thus far. This has in turn led to improved corporate revenues and profits including in the steel and coal industries. Although the PPI reflation was broad-based, it is natural to draw the connection between the rising industrial prices, and capacity reduction efforts, which reduced competitive pressures in steel and coal production and led to higher prices of steel and coal, two important inputs for most, if not all, of the



industrial sectors. Indeed, encouraged by the progress thus far, the government plans to expand capacity cuts to more industries including cement, electrolyzed aluminum, flat glass and coal-fired power plants.

Barcode:3877655-04 A-580-876 REV 6 Admin Review 12/1/17 - 11/30/18

10.    However, rising prices are not necessarily only due to tighter supply. Despite the reduced capacity, actual investment and production in metals processing and coal remains strong. Crude steel production, for instance, grew by 1.2 percent in 2016 and another 5.7 percent in 2017. The improvement in corporate profitability since 2015 has been more significant in the upstream industries than in the downstream industries, an indication that higher coal and steel prices may not have been fully transmitted to prices of other industrial products. Meanwhile, the growth momentum of the Chinese economy strengthened markedly after a brief period of moderation in mid-2015, thanks to the government's stimulus policies that boosted infrastructure spending, real estate activity and credit and likely resulted in a pickup in aggregate demand.

11.    Our results indicate that the general recovery in aggregate demand, rather than capacity reduction, was likely a more important driver of the PPI reflation. While capacity reduction has certainly played a role in propping up producer prices in steel and coal, it does not explain the broad-based reflation that touched other upstream industries whose production is not directly linked to steel or coal. Moreover, profits and margins rose broadly, including in downstream sectors, which suggests an important role for demand. The main findings are:

- We find that demand factors explain around 60 percent of the change in PPI in the coal and steel industries.

- Capacity cuts account for ¼ to one third of the change in PPI in the coal and steel industries.[2]

- For other upstream industries, demand factors more than explain the rise in PPI in industries chemical products (225 percent), non-ferrous metal extraction (121 percent), and nonferrous processing (123 percent) and up to 92, 97 and 70 percent in ferrous metal extraction, petroleum processing and petroleum extraction, respectively.[3]

- Allowing capacity cuts to have different impacts across steel and coal industries, we find that capacity reduction seems more important in the steel industry accounting for 42 percent of the change in PPI in 2016-17, while capacity cuts do not have a statistically significant impact in the coal industry.

---

[2] Regression residual account for the remaining portion.

[3] A number lager than 100 percent means that demand factors more than explain the change in producer prices in that sector.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:37 PM, Submission Status: Approved

## II. EMPIRICAL ANALYSES

### A. Understanding Producer Prices in China

**12.**     China's PPI index currently consists of 76 percent intermediate goods and 24 percent final consumer goods. Volatility of prices follows a general upstream-downstream ordering, with prices of mining and quarrying being the most volatile and prices of consumer goods the least. The PPI experienced a prolonged period of negative growth from 2012 to mid-2015, driven by declining prices of intermediate goods, while prices of final consumer goods remained stable.



**13.**     A decomposition of the PPI indicates that its dynamics are dominated by developments in upstream industries. Eight upstream industries (chemical products, coal, ferrous metal extraction, ferrous metal processing, nonferrous metal extraction, nonferrous metal processing, petroleum extraction, and petroleum processing)[4] together accounted for more than 80 percent of the variance of overall PPI since 2013. Although the prices of these eight industries are highly correlated, these industries produce mostly inputs used in secondary and tertiary industries without much direct production linkages among themselves. Therefore, we can focus on the price dynamics of these eight industries, including coal and steel, which would allow us to keep the econometric analysis parsimonious while exploiting information contained in a large set of variables.

**14.**     We first investigate the impact of capacity cuts in a panel setting, by comparing price movements of the targeted industries (steel and coal) to those of the other six upstream industries, while controlling for demand from downstream industries which may also drive price movements. We then move on to time-series analysis for coal and steel individually.

---

[4] Ferrous metal includes iron and steel. Nonferrous metals include aluminum, copper, and zinc.

Barcode:3877655-04 A-580-876 REV 8 - Admin Review 12/1/17 - 11/30/18





## B.   Common Demand Factors

**15.**     To properly capture demand and yet remain parsimonious, we exploit a large number of demand variables that represent downstream demand, and extract common demand factors (see Appendix I for the list of variables). We use factor analysis techniques to extract common demand factors. The top three common factors together explain around 70 of variations of a set of 40 demand variables.

**16.**     The three factors capture multiple dimensions of downstream demand. The charts below plot the three factors separately, and the three series that comove more closely with each factor.[5] Factor 1 comoves most with changes in inventory of key downstream industries, general equipment, furniture and overall manufacturing product inventory. Factor 2 comoves most with manufacturing value added variables, like electric machinery and equipment and special equipment as well as real estate investment. Factor 3 comoves with auto-inventory, price of asphalt and electricity consumption. These factors capture well the strengthening of demand after mid-2015, as the government implemented stimulus measures including boosting infrastructure spending, credit expansion and housing market policies in response to the growth slowdown. The strong pickup in housing market activity, for instance, had a direct impact on the demand of construction materials including steel.

---

[5] The series are selected based on a ranking of largest R-squared when regressed on the factors.









## C.  Panel regression: pooling demand and supply factors across sectors

**17.**     Having estimated factors that capture demand conditions, we turn to a panel regression analysis of the drivers of PPI, where we evaluate whether capacity cuts in steel and coal, measured as the actual capacity reduction relative to end-2015 capacity, had a statistically significant impact on producer prices. [6]

**18.**     The panel regression model is specified as follows.

$$\Delta PPI_{i,t} = \beta X_t + \delta D_{i,t} + \varepsilon_{i,t}$$

---

[6] As a robustness check, we also defined capacity cuts using industry-time dummies. Results are broadly unchanged from those presented in the text and are available upon request.

Barcode:3877655-05 A-580-876 REV Admin Review 12/1/17 - 11/30/18

10

where $\Delta PPI_{i,t}$ denotes the year-on-year growth rate of the PPI index for industry $i$ of the eight upstream industries at time $t$. On the right-hand side of the equation, $X_t$ is a vector of the three common factors extracted above, also including a common constant.

**19.**    In the baseline specification, the variable that captures capacity reduction, $D_{i,t}$, is measured as the semi-annual reduction[7] in capacity in percent of end-2015 capacity. $D_{i,t}$ only takes non-zero values after 2015, and only for the intervened industries of steel and coal. A positive $\delta$ indicates that the intervened industries indeed experienced faster price increases compared to the other industries, controlling for demand factors. Our sample includes monthly data from January 2012 to November 2017.

**20.**    The point estimate of $\delta$ (at 0.09) is positive and significantly different from zero. (Table 1). Admittedly $\delta$ could conflate many forces that drive PPI growth in intervened industries other than capacity reduction, but data limitations prevent us from separating other supply-side factors from capacity measures at the industry level.

**21.**    Capacity reduction efforts were indeed important in propping up steel and coal prices. For steel and coal, capacity reduction represents about 34 and 25 of the change in PPI in 2016-17, while demand factors represent 63 and 59 percent respectively, with the regression residuals accounting for the remaining. The PPI reflation in other upstream industries not subject to capacity reduction can also be explained by the common demand factors. For the other 6 industries that did not see capacity cuts, the common demand factor accounts for 70 – 225 percent of the change in producer prices, meaning common demand factors are more than sufficient to account for the change in PPI, with the remaining accounted for by regression residuals.





---

[7] We use semi-annual, rather than monthly, capacity reduction because of data availability. Still, we note that capacity reduction efforts have been applied quite uniformly at the semi-annual frequency.

Barcode:3877655-05 A-580-876 REV11 Admin Review 12/1/17 - 11/30/18

22.    To give a more intuitive interpretation of the effect of capacity reductions, we perform a difference-in-difference exercise. Table 2 shows the average year-on-year growth of industry-level PPI (the LHS variable, after controlling for demand factors we extracted conditional on whether the capacity measures are in place (baseline = before treatment, follow-up = after treatment) and whether the industry *i* is affected (control = not affected by capacity reduction, treated = affected). The results suggest that the coal and steel industries enjoyed much higher PPI inflation (11 percent higher) once the policy was in place, compared to industries were not intervened.

### D.  Time-Series Analysis: Allowing Sector-Specific Demand and Supply Effects

23.    The above results indicate that, although capacity cuts did lead to a faster recovery of the coal and steel prices, the broad PPI reflation since mid-2015 can be mostly explained by common demand factors. However, the panel regression pools the effects across coal and steel industries, ignoring that there may be differences in the effectiveness of capacity reduction efforts across them. In this section, we use a time series analysis to examine the drivers of coal and steel prices, separately.

24.    We allow coal and steel to have heterogeneous elasticities to the same three common demand factors explored previously. The model is specified as follows.

$$\Delta Y_{i,t} = \beta_i X_t + \delta_i D_{i,t} + \varepsilon_{i,t}$$

where $\Delta Y_{i,t}$ is year-on-year PPI inflation for sector *i*, where *i*={coal, steel}, $X_t$ is the vector of the three principal factors identified in the previous exercise, and the capacity cut variable $D_{i,t}$ measures semi-annual capacity cuts in percent of end-2015 capacity. $\delta_i$ captures the effect of capacity reduction on prices in industry *i*, and is therefore not pooled. Our sample includes monthly data from March 2012 to December 2017 for coal and from August 2012 to December 2017 for steel.

25.    We find that the individual sector regressions attribute an important role to capacity reduction efforts in steel but not for coal:

- For the steel industry, we find that demand, still explains a substantial fraction of steel price movements (58 percent), while capacity cuts account for 42 percent, larger than in the panel regression.

- However, for the coal industry we find that demand factors account for the full shift in PPI inflation in the sector, with capacity reduction becoming insignificant.





### III.  CONCLUSIONS

**26.**     We find that the strengthening of downstream demand played a major role in the broad-based PPI reflation in China since mid-2015. For the coal and steel industries, capacity cuts also played a role in shoring up prices. Demand factors likely reflect policies implemented in 2015-16 to boost infrastructure investment and housing sector activities. Destocking in the residential housing market, for instance, contributed to a resurgence in housing prices and sales particularly in China's smaller cities since 2015, until the government significantly tightened housing market policies to contain the house price bubble (Ding et al 2017). 2016 also saw a large increase in public sector infrastructure investment. Finally, tax cuts may have also played a role in boosting demand in downstream industries that supported upstream prices, such as the tax cut on vehicle purchases and a reduction in business taxes. Thus, the full package of stimulus policies seems to have been important.

**27.**     In theory, capacity reduction efforts can be welfare-improving if offsetting existing market failures. During the 2012-15 deflation episode, coal and steel industries witnessed steady production increases despite prolonged loss-making. It is possible that distortions prevented firms from lowering production or exiting when their selling price was consistently below average cost. For example, local governments may have incentives to provide financial support to steel mills that account for a significant share of local employment, investment, and tax revenue, even if the firms' long run solvency could be questionable. Capacity reduction may facilitate the exit of such insolvent (and low-capacity) firms. Sub-optimally excessive production also leads to a negative externality on the environment through air pollution.

**28.**     However, higher prices are not a sufficient condition for assessing whether capacity reduction is welfare improving. First, pervasive loss-making (price below average cost) is not necessarily a signal of market failures. As shown by Dixit and Pindyck (1994), loss-making firms may optimally choose to stay in the market when large upfront investments are not

easily reversible, as it would be too costly to re-enter if prices recover. Second, capacity reduction could exacerbate resource misallocation if it falls disproportionately on private firms. Third, rising steel and coal prices push up costs of downstream industries, including electricity generation, real estate, and manufacturing, and could just be a transfer without net positive welfare impacts. In this regard, the strong pickup in aggregate demand was important to mitigate the impact of surging steel and coal prices on the downstream industries. Without it, this would have hurt industries that use coal and steel as inputs, and would have been a transfer of resources to those two industries. Fortunately, strong demand allowed the downstream industries (and other upstream industries) to also raise their prices.

**29.**    A fuller cost-benefit analysis is outside of the scope of this paper, but would be desirable if capacity cuts are to be expanded to other industries. Supporting prices is a necessary condition for capacity cuts to have an overall positive welfare impact. But it is not sufficient, as capacity cuts alone can be a transfer, both within the intervened industries (from targeted firms to unaffected ones) and between intervened and non-intervened industries.

Barcode:3877655-05 A-580-876 REV 14 Admin Review 12/1/17 - 11/30/18

# References

BP, 2017. Statistical Review of World Energy 2017. British Petroleum, London.

Dixit, A. K. and R. S. Pindyck, 1994, "Investment under uncertainty," Princeton university press.

Ding, D., Huang, X., Jin, T. and W. Lam, 2017, "Assessing China's Residential Real Estate Market," IMF Working Paper No. 17/248.

EIU, 2017. China's Supply-Side Structural Reforms: Progress and Outlook. Intelligence Unit, the Economist.

Fan, R., 2016, "China's Excess Capacity: Drivers and Implications," Law Offices of Stewart and Stewart.

Haley, U.C.V. and G.T. Haley, 2013. Subsidies to Chinese Industry: State Capitalism, Business Strategy and Trade Policy. Oxford University Press, Oxford.

State Council 2016a, "The Opinion on Resolving Overcapacity and Difficulties in the Steel Industry," Guofa 2016-6.

State Council 2016b, "The Opinion on Resolving Overcapacity and Difficulties in the Steel Industry," Guofa 2016-7.

Barcode:3877655-05 A-580-876 REV15 Admin Review 12/1/17 - 11/30/18

**Appendix I. List of Downstream Demand Variables Used to Extract Common Factors[8]**

Aggregate variables:
1. Credit growth
2. Value-added of industrial sector
3. Electricity consumption
4. Railroad traffic

Real estate sector:
1. Vacant floor space/sales of floor space ratio
2. Fixed asset investment
3. Floor space under construction

Infrastructure:
1. Fixed asset investment
2. Number of government projects
3. Local government loan value

Industrial production of:
1. Rubber products
2. Furniture
3. General equipment
4. Machinery
5. Automobile

Inventory stock of:
1. Rubber products
2. Furniture
3. General equipment
4. Machinery
5. Automobile

Inventory/sales ratios
1. Steel billet inventory/steel billet sales
2. Automobile inventory/automobile sales

---

[8] All variables are either ratios or in year-on-year growth rates.

## Appendix II. Regression Tables

### Table 1: Panel regression of changes in PPI assuming homogeneous coefficients
(dependent variable is changes in PPI in the 8 upstream industries)

|  | (1) |
|---|---|
| Factor 1 | 0.01*** |
|  | (7.04) |
| Factor 2 | 0.02*** |
|  | (16.51) |
| Factor 3 | -0.04*** |
|  | (-21.02) |
| Capacity reduction | 3.55*** |
|  | (5.07) |
| Constant | -0.03*** |
|  | (-6.55) |
| Observations | 472 |
| R-squared | 0.69 |

Source: author's estimates.

*T*-statistics in parentheses. *p<0.05, **p<0.01, ***p<0.001.

### Table 2: Difference-in-difference decomposition of changes in PPI
(dependent variable is changes in PPI in the 8 upstream industries)

|  | Mean PPI | Std. Error | t | P>|t| |
|---|---|---|---|---|
| Before capacity cuts |  |  |  |  |
| Control | -0.02 | 0.01 | -1.62 | 0.11 |
| Treated | -0.04 | 0.01 | -4.56 | 0.00 |
| Difference | -0.03 | 0.01 | -3.83 | 0.00 |
| After capacity cuts |  |  |  |  |
| Control | -0.04 | 0.01 | -2.63 | 0.01 |
| Treated | 0.05 | 0.02 | 2.41 | 0.02 |
| Difference | 0.09 | 0.02 | 5.07 | 0.00 |
| Difference in difference | 0.11 | 0.02 | 6.12 | 0.00 |

Source: author's estimates.

*T*-statistics in parentheses. *p<0.05, **p<0.01, ***p<0.001.

**Table 3: Industry-specific estimates for coal and steel**
(dependent variable is industry-specific PPI changes)

| Dependent variable: | Coal | Steel |
|---|---|---|
| Factor 1 | 0.02*** | 0.01 |
| | (4.5) | (1.1) |
| Factor 2 | 0.02*** | 0.02*** |
| | (6.6) | (7.0) |
| Factor 3 | -0.06*** | -0.04*** |
| | (-15.8) | (-9.7) |
| Capacity reduction | -0.13 | 4.3** |
| | (-0.1) | (2.7) |
| Constant | -0.02 | -0.04* |
| | (-1.1) | (-2.3) |
| Observations | 59 | 59 |
| R-squared | 0.88 | 0.87 |

Source: Author's estimates.

$T$-statistics in parentheses. *p<0.05, **p<0.01, ***p<0.001.

Barcode:3877655-05 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 7

Barcode: 3879351-01 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



SECTOR BRIEFING

# 41

number

## DBS Asian Insights

DBS Group Research • April 2017

# China's Steel Sector
## Supply Reform



Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

DBS Asian Insights
SECTOR BRIEFING 41

02

# China's Steel Sector
## Supply Reform

**Eun Young LEE**
Equity Analyst
DBS Group Research
eunyoung@dbs.com

**Addison DAI**
Equity Analyst
DBS Group Research
addisondai@dbs.com

Produced by:
Asian Insights Office • DBS Group Research

🌐 go.dbs.com/research
🐦 @dbsinsights
✉ asianinsights@dbs.com

| Goh Chien Yen | *Editor-in-Chief* |
| Jean Chua | *Managing Editor* |
| Geraldine Tan | *Editor* |
| Martin Tacchi | *Art Director* |

Filed By: kaigwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



DBS Asian Insights

SECTOR BRIEFING 41

03

**04** **Executive Summary**

**07** **China's Supply Reforms and the Outlook for the Steel Sector**

Background on China's Supply Reforms

Progress of Reforms Since 2016

Key Measure for 2017: Shutting Down Intermediate Frequency Furnaces (IFF)

**13** **Impact of China's Supply Reforms on the Steel Sector**

Alleviating Oversupply Globally and Locally

Decline in China's Steel Exports to Improve Prices and Margins in the Region

Shutdown of IFFs – Who Are the Key Beneficiaries?

Impact on China's Steel Market

**20** **Impact of China's Supply Reforms on Raw Materials**

Iron Ore Market

Coking Coal Market

**27** **Outlook of Global Steel Sector**

Global Steel Demand: More Optimistic Outlook

Global Supply Surplus to Decline but Overcapacity Remains

**33** **Outlook for Prices of Steel and Raw Materials**

Volatile Metallurgical Coal Prices

Iron Ore Prices Finally Heading Down

Price Outlook: Steel Prices and Mills' Profitability

**46** **Outlook for Chinese Steel**



DBS Asian Insights
SECTOR BRIEFING 41

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

04

# Executive Summary

**The Boy Who Cried Wolf**

Capacity has been a long-standing issue in the Chinese steel sector. According to World Steel Association (WSA), more than 320 steel-related policies and measures were implemented in China from 1990 to 2016, of which about half were aimed at capacity control. However, these have been far from successful due to disharmonising policies between the central government and local governments; China's policy to reduce capacity has been considered the story of "The Boy Who Cried Wolf".

**Ambitious plan with concrete follow-up measures**

In February 2016, the Chinese government revealed its ambitious restructuring plans for the country's steel industry, aimed at tackling overcapacity and boosting efficiency of the sector. The government plans to remove 100-150 million tonnes of steel capacity and 800 million tonnes of outdated coal capacity by 2020. In November 2016, the Ministry of Industry and Information Technology (MIIT) officially confirmed this plan as the major target for China's steel industry under the 13th Five-Year Plan. At the beginning of 2017, the Chinese government announced that it successfully cut steel capacity by 65 million tonnes in 2016 and plans to reduce another 50 million tonnes of capacity in 2017. To achieve this target, the central government is tightly monitoring provincial governments' restructuring actions. Also to facilitate the country's supply-side reform measures, the US$5.9-billion Siyuanhe Steel Industry Restructure Fund was established on 7 April 2017 in Shanghai.

**Industrial concentration through M&A**

For the share of China's 10 biggest steel producers to reach 60% of the country's total (compared to 35% in 2015), a series of mergers and acquisitions (M&As) is expected in the steel industry. For a start, Baoshan Iron & Steel has merged with Wuhan Iron & Steel, creating China's largest and the world's second-biggest steel mill in terms of combined crude steel production (61 million tonnes in 2015). About 10 million tonnes of outdated steel capacity has been removed in the process and a total of 15.4 million tonnes will be cut by 2017. The consolidation is expected to increase competitiveness, especially in value-added sectors such as the automobile market, and improve profitability through cost savings.

**Cornerstone of reforms**

China's central government has decided to shut down all steel production based on intermediate frequency furnaces (IFFs) by 30 June 2017. Earlier, the State Council's environmental protection inspection teams visited outdated IFFs in northern Jiangsu and forced the shutdown of the facilities. According to China's Metallurgical Industry Planning & Research Institute (MPI), the capacity of IFFs is estimated at 80-120 million tonnes a year, with about 30-50 million tonnes produced in 2016. In January 2017, in an update to regulations governing entry into the iron and steel scrap processing industry, MIIT started prohibiting the sale of scrap to IFF operators. Furthermore, banks are forbidden to lend to the targeted companies, and are told instead to support steelmakers that conform to

Filed By: kaigwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

capacity cuts and environmental regulations. We think that shutting down substandard steel players should be a key step in achieving an effective capacity cut. IFFs are estimated to account for about 10% of China's total steel production capacity and their products are estimated to account for about 3.7% of the country's steel goods.

**Alleviating oversupply globally and locally**

The global steel capacity would decline to 2.32 billion tonnes in 2017 from the peak of 2.37 billion tonnes in 2015, if we factor in China's capacity cut of 65 million tonnes in 2016 as well as its targeted reduction of 50 million tonnes and closure of IFFs in 2017. As the Chinese government announced that the IFF shutdown is not part of its targeted cut this year, the real capacity cut is projected to hit a record this year. Following this, global overcapacity will decline gradually and the utilisation of the global steel industry will increase every year, assuming stagnant production growth. Also, the overcapacity in China should reduce gradually from the peak in 2015. Since China started implementing a restructuring plan – backed by more consistent and concrete measures compared to the past – forecasts of China's capacity have been revised down by analysts and industry experts.

**Steel prices to boost profitability**

Since August 2016, exports of Chinese steel products have decreased significantly, declining 18% year-on-year during August-December 2016 and 26% y-o-y in January-February 2017. This is a strong positive for regional steel prices and steelmakers' margins. In fact, the benchmark hot rolled coil (HRC) prices as well as spread between HRC prices and iron-ore prices has increased 36% and 27%, respectively from August 2016 to March 2017. In China, domestic HRC prices had surged to RMB3,947 per tonne (incl. value-added tax) at end-FY16 from RMB2,070/tonne (incl. VAT) in early 2016. Accordingly, the flat steel spread (HRC selling prices - raw material input cost) has improved to RMB1,571/tonne at end-FY16, versus RMB804/tonne at the beginning of the year. Thanks to the recovery in profitability, the total debt-to-equity ratio for China's large and medium-sized steel companies has slightly improved to 229% at end-2016, versus 234% at end-2015.

**Sustainable imports, supported by supply reforms**

China's steel-sector restructuring is likely to drive more consumption of imported iron ore as the Chinese steel sector will encourage large integrated steel mills to produce high-grade steel products. These steel mills, such as Baosteel, are nearly completely reliant on imported iron ore for their production. Also, the shutdown of IFFs is projected to boost demand for iron ore, given that the steel demand that had been met by IFFs should now be substituted by integrated steelmakers. Some steel companies are trying to upgrade IFFs to electric arc furnaces to avoid facility closure; the proportion of this would be less than 10%, according to market participants.

**Success?**

Despite these positives, the global steel sector will remain oversupplied and utilisation would not increase sharply as an estimated 650 million tonnes of overcapacity can still be deployed for production if steel prices and the market improve. In fact, the profitability recovery since last year's increase in steel prices' seems to be leading production growth in China; of note, daily crude steel output increased 1.9% y-o-y to 2.32 million tonnes in

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

06

March 2017 from 2.18 million tonnes in February 2017. The favourable market conditions would be negative in the long term as they would likely extend the lifespan of zombie companies, which will delay the industry's restructuring. Also, despite China's aggressive supply reforms, there is still doubt that the capacity cut is real and will lead to a decline in production; we have noticed that the output in China increased in 2016 despite the government having achieved its target to cut 650 million tonnes of capacity.

Reducing the government's role; strengthening invisible hands

Developed economies' experience in restructuring their steel industry demonstrates that the government plays a key role in the process. However, the government's role should be limited to the early stages of restructuring, such as providing financial support to help reduce excess capacity, resettling redundant employees, and reducing barriers to exit for loss-making companies. We believe that the market is the best mechanism to select the survivors and the losers. Also M&A should be part of companies' strategy to enhance competitiveness rather than a government's decision. Should the government's appropriate support for restructuring and the most efficient and effective market mechanism harmonise, we will see China establishing the most competitive steel mills in the world. ❌

'
*We think that shutting down substandard steel players should be a key step in achieving an effective capacity cut*
'

Filed By: kaigwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

**✕ DBS**

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# China's Supply Reforms and the Outlook for the Steel Sector

**Declining demand, excess capacity, trade conflict**

China's steel demand might have already peaked in 2013 and most industry experts believe that it is unlikely to return to the 2013 level in the long term, given that the Chinese economy is shifting its growth driver from investment, which relies heavily on steel, to private consumption, which will require less steel for the same rate of growth. Despite the fact that steel demand in other emerging countries is still robustly growing, it's too small to substantially offset the slowdown in China. China's steel sector has been increasing exports to defend against declining domestic demand, which has resulted in aggressive trade action by importing countries against Chinese steel exports. In light of the domestic and external environment, the Chinese steel industry faces a big challenge in remaining profitable; steel demand is expected to decline, while excess capacity will not be immediately eliminated. It is high time for the steel industry to be restructured and re-organised to achieve sustainability.

**Capacity control**

Capacity control has long been a headache for the Chinese government. According to WSA, more than 320 steel-related policies and measures were implemented in China from 1990 to 2016, of which half were aimed at capacity control. However, these have been far from successful as the country's crude-steel production continued to accelerate through the 1990s and 2000s, with its first decline observed only in 2015.

> *Despite the fact that steel demand in other emerging countries is still robustly growing, it's too small to substantially offset the slowdown in China*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

08

**Diagram 1. China's steel sector: Change of focus of industry policies**



Source: POSRI, WSA, DBS Bank

# Progress of Reforms Since 2016

More ambitious

In February 2016, the Chinese government revealed its ambitious restructuring plans for the country's steel industry, aimed at tackling overcapacity and boosting efficiency of the sector. The government plans to remove 100-150 million tonnes of steel capacity and 800 million tonnes of outdated coal capacity by 2020. The restructuring plan appears to have been well followed through so far as it was announced at the 12th National People's Congress annual meeting that China, in 2016, successfully cut steel capacity by more than 65 million tonnes and coal production capacity by 290 million tonnes, surpassing the target of 45 million tonnes and 250 million tonnes, respectively.

13th Five-Year Plan

In November 2016, MIIT officially unveiled the 13th Five-Year Plan for China's steel industry, which urged cuts to crude steel capacity by a net 100-150 million tonnes. We have noticed that the goal has been extended to five years from the original plan of three years. However, it is acknowledged that removing capacity and deleveraging are the key focus during the 13th Five-Year Plan.

Filed By: kaywoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

XDBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 2. China's steel sector: 13th Five-Year Plan targets**

|  | 2015 | 2020 |
|---|---|---|
| China Value Added of Industry y-o-y (%) | 5.4% | 6.0% |
| Crude steel capacity (million tonnes) | 1,130 | 1,000 |
| Crude steel utilisation (%) | 70% | 80% |
| Concentration ratio of top 10 (%) | 34% | 60% |

Source: MIIT

**Tight monitoring of provincial governments**

Provincial governments were told to compile reports on capacity reduction for the central government. The report should contain details such as the devices removed to completion of the task. In addition, there is mandatory monthly reporting of progress in different regions by the working group – which monitors the overcapacity reduction – for better supervision and accountability.

**Enhancing industrial concentration through M&A**

For the share of China's 10 biggest steel producers to reach 60% of the country's total (compared to 35% in 2015), a series of mergers and acquisitions (M&As) is expected in the steel industry. For a start, Baoshan Iron & Steel has merged with Wuhan Iron & Steel, creating China's largest and the world's second-biggest steel mill in terms of combined crude steel production (61 million tonnes in 2015). About 10 million tonnes of outdated steel capacity has been removed in the process and total of 15.4 million tonnes will be cut by 2017. The consolidation is expected to increase competitiveness, especially in value-added sectors such as the automobile market, and improve profitability through cost savings.

**More aggressive reforms in 2017**

Despite the outstanding results, China's crude steel output showed growth (+0.6% y-o-y) to 808.4 million tonnes in 2016. This is because a large proportion of closed capacity had actually already been left idle for years. In 2017, China plans to cut another 50 million tonnes of steel-making capacity, shut down coal output by 150 million tonnes, and, at the same time, close or stop construction of coal-fired power plants with capacity of more than 50 million kilowatts in 2017. Not included in this capacity-reduction target is the closure of IFFs that produce substandard steel.

**China's first steel industry restructuring fund**

To facilitate the country's supply-side reform measures, Siyuanhe Steel Industry Restructure Fund was established on 7 April 2017 in Shanghai. Among the four participants is China's Baowu Steel, which will hold 25% (US-China Green 25%, WL Ross & Co 26%, China Merchants Finance Holdings 24%). The US$5.9-billion fund is expected to launch in June 2017.

*The consolidation is expected to increase competitiveness, especially in value-added sectors, and improve profitability*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

10

# Key Measure for 2017: Shutting Down Intermediate Frequency Furnaces (IFF)

**Earlier measures**

At the end of November 2016, the State Council's environmental protection inspection teams visited outdated crude steel facilities in northern Jiangsu that use IFFs and ordered them to shut down (by cutting their power supply). In early December, the teams inspected Tangshan in Hebei province and also ordered the outdated crude steel facilities that use IFFs to halt output from 15 December. IFFs cause more air pollution and its steel products are of low quality.

Over January-November 2016, China's crude steel output edged up 1.1% to 739 million tonnes, driven by higher steel demand. In November, daily crude steel output was 2.14 million tonnes per day, which recovered slightly from early-2016's low of two tonnes per day, but remained below 2Q16's high of 2.3 million tonnes per day. November 2016's crude steel output represented a 3.2% month-on-month decline, as a result of environmental constraints.

**Shutdown of IFFs by June 2017**

China's central government has set 30 June as the date for the elimination of IFF-based steel production, which would be the cornerstone of its supply-side structural reforms of the industry in 2017. Earlier measures for curbing induction steel output have failed to deliver results, but this time round, the government seems to have set its mind on removing such steel-making capacity. According to China's Metallurgical Industry Planning & Research Institute (MPI), the capacity of IFFs is estimated at 80-120 million tonnes a year, with about 30-50 million tonnes produced in 2016. We think that shutting down substandard steel players should be a key step towards achieving an effective capacity cut. IFFs are estimated to account for about 10% of China's total steel-making capacity and its products, about 3.7% of total production.

**Follow-up measures**

In January 2017, in an update to regulations governing entry into the iron and steel scrap processing industry, MIIT started prohibiting the sale of scrap to IFF operators, starving them of their main raw material. In February 2017, the National Development and Reform Commission and four other top government agencies reiterated the importance of cracking down on excess capacity and IFFs churning out low-quality steel. A reminder on the 30 June deadline was also served. Furthermore, banks are forbidden to lend to the targeted companies, and are told instead to support steelmakers that conform to capacity cuts and environmental regulations.

**To cut more capacity than planned**

For 2017, we expect tighter environmental restraints and anticipate environmental-protection inspection of steel plants to spread across the full year. We think China will likely eliminate all of its IFF crude-steel capacity. This could help cut further excessive crude steel output, helped also by the capacity-mothballing targets of blast furnaces unveiled by the 13th Five-Year Plan.

**What is IFF steel?**

According to Platts, IFF steel ("ditiaogang" in Chinese, literally meaning ground bar steel) is made by melting scrap in IFFs using electricity. The process does not allow effective control

DBS

over the composition and quality of the steel produced. The Chinese government has been paying attention to IFF steel producers to regulate them, but it has largely failed to control them. Operators have been astute in expanding furnace inner volumes, adding secondary processing units, and branching out into casting and rolling in order to stay ahead of closure thresholds. Often, however, those added facilities are merely a facade and are not put into operation, according to the China Iron and Steel Association (CISA). IFF operators tend not to issue invoices for their purchases and sales, and their full-time staff members are few and transient, which means that they can avoid costly social security contributions borne by legitimate steelmakers.

> *We think that shutting down substandard steel players should be a key step towards achieving an effective capacity cut*

**Diagram 3. China: Steel-making capacity (m tonnes, 2016)**



Others 15

Small Steel Mills' EAF  45

CISA Members' EAF  100

Intermediate Frequency Furnace  105

Small Steel Mills' BF/BOF  715

Source: CISA, DBS Bank



DBS Asian Insights
SECTOR BRIEFING 41

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

12



**Diagram 4. China: Steel-making capacity by type**

(million tonne)

Source: CISA, DBS Bank

Supply cut to trim crude steel output

In 2016, China's crude steel output inched up 0.5% y-o-y to 808 million tonnes. For 2017, we project China's crude steel output to decline 1.2% y-o-y to 798 million tonnes in 2017 as the country's supply-side reform will materialise during the 13th Five-Year Plan. We forecast crude steel output to continue trending lower from 2017 onwards. This is set to provide some relief to the heavily indebted industry faced with a supply glut.

According to statistics of CISA, the total debt-to-equity ratio of China's large and medium-sized steel companies was 229% at end-2016, versus 234% at end-2015. This compares with 149% during the 2004-2011 commodity boom and 222% during the 2012-2015 commodity doom.

**Diagram 5. China's steel sector: Total debt-to-equity ratio of large and medium-sized steel mills**



Source: CEIC, DBS Vickers

Filed By: kaggwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Impact of China's Supply Reforms on the Steel Sector

## Alleviating Oversupply Globally and Locally

Excess capacity in the global steel industry has increased significantly since the global financial crisis. Despite slowing demand growth globally, there continue to be new investment projects in many parts of the world, especially China. According to the OECD, the world's steel-making capacity reached 2.32 billion tonnes in 2014, which is more than twice the 1.06-billion-tonne capacity in 2000. Before China's supply reforms took place, global steel-making capacity had been expected to climb another 100 million tonnes to 2.42 billion tonnes in 2017, factoring in only the projects already underway; global capacity would have reached as high as 2.72 billion tonnes upon completion.

Alleviating oversupply

Global steel capacity would decline to 2.32 billion tonnes in 2017 from the peak of 2.37 billion tonnes in 2015, if we factor in China's capacity cut of 65 million tonnes in 2016 as well as its targeted reduction of 50 million tonnes and closure of IFFs in 2017. As the Chinese government announced that the IFF shutdown is not part of its targeted cut this year, the real capacity cut is projected to hit a record this year. Following this, global overcapacity will decline gradually and the utilisation of the global steel industry will increase every year, assuming stagnant production growth. Also, the overcapacity in China should reduce gradually from the peak in 2015. Since China started implementing restructuring plan – backed by more consistent and concrete measures compared to the past – forecasts of China's capacity have been revised down by analysts and industry experts.

Challenges could remain…

Despite these positives, the global steel sector will remain oversupplied and utilisation would not increase sharply as an estimated 650 million tonnes of overcapacity can still be deployed for production if steel prices and the market improve. Also, despite China's aggressive supply reforms, there is still doubt that the capacity cut is real and will lead to a decline in production; we have noticed that the output in China increased in 2016 despite the government having achieved its target to cut 650 million tonnes of capacity.

*The overcapacity in China should reduce gradually from the peak in 2015*

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

14

**Diagram 6. Forecast of global steel-making capacity**



Source: WSA, OECD, DBS Bank
Base case: Factored the capacity construction already underway
Highest case: Factored all the capacity construction planned

**Diagram 7. Forecast of global crude steel production and utilisation**



Source: WSA, OECD, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 8. China: Steel-making capacity (m tonnes, 2016)**



Source: CISA, DBS Bank

# Decline in China's Steel Exports to Improve Prices and Margins in the Region

China's excess capacity has been a big burden for the regional steel market as China has been exporting surplus steel products to its neighbours. China's steel exports increased at a compound annual growth rate (CAGR) of 29% during 2009-2015 from 24.6 million tonnes to 112.4 million tonnes in 2016, which was slightly lower than US steel consumption of 121 million tonnes. Of note, the US is the second-largest steel-consuming country in the world. Overflow of cheap steel exports from China has been dampening steel prices and profitability in some regions.

Since August 2016, exports of Chinese steel products has decreased significantly, declining 18% y-o-y during August-December 2016 and 26%y-o-y in January-February 2017. This is a strong positive for regional steel prices and steelmakers' margins. In fact, the benchmark HRC prices as well as spread between HRC prices and iron-ore prices has increased 36% and 27%, respectively from August 2016 to March 2017. Although the export of Chinese steel products is not an absolute determinant of steel prices and profitability, it's obvious that having less exports from China is positive for the global and regional steel sector.

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

16



**Diagram 9. China: Steel exports and spread**

Source: Bloomberg LLP, DBS Bank

Low-grade steel products to benefit

Rod and bar products account for 38% of total exports while sheet and plates contribute 44%. As most of China's steel export is low-grade products for the construction sector, the reduction in capacity focused on low-grade facilities implies that the oversupply of steel products for the construction sector will ease going forward. This aligns with the IFF shutdown.

**Diagram 10. China's steel exports by products**



Source: CISA, DBS Bank
2017F is annualised figure based on Jan–Feb export statistics.

Filed By: kaggwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



**Diagram 11. China's steel exports by products (2016)**

Railway Use 0%
Tube & Pipe 9%
Others 4%
Rod & Bar 38%
Sheet & Plate 44%
Angle, Shape, Section 5%

Source: CISA, DBS Bank

# Shutdown of IFFs – Who Are the Key Beneficiaries?

The closure of induction steel plants will reduce the supply of steel, especially that of long-steel products such as rebar and rods. The production volumes of rebar and wire rods were 202.5 million tonnes and 141.9 million tonnes respectively in 2016, according to numbers from CEIC. The export volume of bar and rod products was 30.4 million tonnes in 2016, implying that 8.8% of production was exported. Diagram 12 shows where the surplus was consumed: mainly Southeast Asia and South Korea.



**Diagram 12. China: Bar/rod export destinations (2016)**

Indonesia 12%
South Korea 11%
Philippines 10%
Others 48%
Thailand 9%
Singapore 6%
Malaysia 4%

Source: Mysteel, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS Asian Insights
SECTOR BRIEFING 41

18

Hence, we believe that the early key beneficiaries of this measure are large state-owned steel mills in China that are focused on long-steel products. In particular, Maanshan Iron & Steel Company seems to be in a better position to enjoy the benefits, as its product range is tilted towards standard products including rebar and it has a larger exposure to the spot market than its peers. South Korean steel mills should also benefit as South Korea is a key market for Chinese bar and rod steel products, accounting for about 11% of exports. As the key exports of China's steel industry are low-end HRC, rebar, and H-beam, the beneficiaries would be Hyundai Steel and Dongkuk Steel, the leading players in long-steel products. Also, steel mills in Southeast Asia, which consume about 33% of Chinese steel exports, are likely to see some positive impact. Krakatau Steel – the largest steel mill in Southeast Asia – should be a major beneficiary.

## Impact on China's Steel Market

Recovery in steel profitability

Because of strict environmental constraints under supply-side reforms and solid downstream demand, China's steel selling prices started rebounding at beginning of 2016 and were up nearly 90% by the end of the year. For example, domestic HRC sold for RMB3,947/tonne (incl.VAT) at end-FY16, compared to RMB2,070/tonne (incl.VAT) in early 2016. The flat steel spread, representing the difference between HRC selling prices and raw material input cost (including iron ore, coking coal, and scrap) improved to RMB1,571/tonne at end-FY16 from RMB804/tonne at the beginning of the year.

Financial positions improved slightly

Thanks to the recovery in steel profitability, the total debt-to-equity ratio of China's large and medium-sized steel companies was 229% at end-2016, versus 234% at end-2015, according to statistics of CISA. This compares with 149% during the 2004-2011 commodity boom and 222% during the 2012-2015 commodity doom.

Push for M&As

Besides capacity curtailment, steel industry consolidation is another way to advance the reform agenda. In August 2016, the State Council's State-owned Assets Supervision and Administration approved the restructuring of Baosteel and Wuhan Steel, establishing the Bao-Wu Steel Group on 1 December 2016. Upon the M&A, China's concentration ratio of its ten biggest steel companies increased marginally to 36% in 2016 compared to 34% in 2015, which is well below the target of 60% by FY20. Thus, we expect the industry consolidation to accelerate during the 13th Five-Year Plan. The M&A between state-owned enterprises could be accelerated by the central government through equity swaps, while M&A between private enterprises could be driven by the market through debt-for-equity swaps.



*Besides capacity curtailment, steel industry consolidation is another way to advance the reform agenda*



Filed By: kang.woo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

✕ DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

19

**Diagram 13. China's steel sector: Concentration ratio of top ten steel companies**

2016

| Rank | Company | (million tonnes) | % total |
|------|---------|------------------|---------|
| 1 | Bao-Wu Steel Group | 64 | 7.9% |
| 2 | Hebei Iron & Steel Group | 45 | 5.6% |
| 3 | Shagang Group | 33 | 4.1% |
| 4 | Angang Steel Group | 33 | 4.1% |
| 5 | Shougang Group | 27 | 3.3% |
| 6 | Shandong Iron & Steel Group | 23 | 2.8% |
| 7 | Magang Group | 19 | 2.3% |
| 8 | Beijing Jianlong | 16 | 2.0% |
| 9 | Laiwu Iron & Steel Group | 16 | 1.9% |
| 10 | Hunan Hualin | 15 | 1.9% |
| | China's total | 808 | 36.0% |

2015

| Rank | Company | (million tonnes) | % total |
|------|---------|------------------|---------|
| 1 | Hebei Iron & Steel Group | 48 | 5.9% |
| 2 | Baosteel Group | 35 | 4.3% |
| 3 | Shagang Group | 34 | 4.3% |
| 4 | Angang Steel Group | 32 | 3.9% |
| 5 | Shougang Group | 29 | 3.6% |
| 6 | Wuhan Iron & Steel Group | 26 | 3.2% |
| 7 | Shandong Iron & Steel Group | 22 | 2.7% |
| 8 | Magang Group | 19 | 2.3% |
| 9 | Beijing Jianlong | 15 | 1.9% |
| 10 | Hunan Hualin | 15 | 1.8% |
| | China's total | 804 | 34.0% |

Source: Custeel, DBS Vickers

A bumpy road to capacity elimination

Over January-February 2017, China's daily crude steel output rose 5.8% y-o-y to 2.18 million tonnes- due to the low base in the same period in 2016 - but remained below FY16's daily crude steel output of 2.21 million tonnes. In March 2017, daily crude steel output increased 1.9% y-o-y to 2.32 million tonnes as strong steel profitability impeded capacity shutdown. Against a backdrop of improving profitability, steel companies wished to see other mills curtail capacity while they kept their own capacity operational. This has led to declining selling prices since early March 2017. If the pull-back in steel profitability lingers, the government could put in place stricter environmental constraints for steel production again. ❌

❌ DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Impact of China's Supply Reforms on Raw Materials

## Iron Ore Market

Dampened iron ore production

Demand for global iron ore peaked in 2014 and declined 2% in 2015 and 5% in 2016, and global pig-iron production slipped 2% and 8% in 2015 and 2016. Global iron-ore production – which had outpaced demand growth during the boom period – also has declined significantly in 2015 and 2016, declining 4% each year. This is mainly attributable to plunging iron-ore production in China, which declined 9% in 2015 and 7% in 2016. The fact that China's iron ore production declined more than other regions was natural consequences as the average production cost per tonne in China is estimated to be over US$60, hence, the weak iron-ore prices in 2015 and 2016 would force operations of high-cost mines in China to shut down.

China's appetite for imported iron ore

Accordingly, China's imports of iron ore grew 2% and 7% in 2015 and 2016 to slightly above 1 billion tonnes. In fact, China's imports of iron ore have increased at a CAGR of 12% during the last 10 years, led by the seaborne iron ore market. This is mainly driven by China's strong production during the boom; during a slowdown, domestically produced iron ore would be used. Our channel checks reveal that China's dependence on imported iron ore could rise to 85% in FY16 from 82% in FY15. We expect China to be more reliant on imported ore going forward.

China's iron ore imports to be sustainable

China's steel-sector restructuring is likely to drive more consumption of imported iron ore as the Chinese steel sector will encourage large integrated steel mills to produce high-grade steel products. These steel mills, such as Baosteel, are nearly completely reliant on imported iron ore for their production. Also, the shutdown of IFFs is projected to boost demand for iron ore, given that the steel demand that had been met by IFFs should now be substituted by integrated steelmakers. Some steel companies are trying to upgrade IFFs to electric arc furnaces to avoid facility closure; the proportion of this would be less than 10%, according to market participants.

Since the announcement of this policy, prices of iron ore and rebar have been boosted by this rationale, surging US$17/tonne and US$75/tonne, respectively, during January-February 2017. In particular, the annualised trading volumes of iron ore futures on Dalian Commodity Exchange and rebar in the Shanghai future Exchange have exceeded the country's annual consumption and production volumes. The key question is: what is the production volume from IFFs and how much of that volume will be substitute by integrated steel plants?

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

> *Our channel checks reveal that China's dependence on imported iron ore could rise to 85% in FY16 from 82% in FY15*

## Strong oligopoly to buffer negatives of oversupply

The iron ore market is likely to see a return to oversupply conditions, no thanks to the significant production growth of the Big 4 and cooling of demand from China. Exports from Australia and Brazil will start to ramp up in 2Q17 after the monsoon season (which ends in March every year). Some of the new major projects are expected to be the key determinants of iron ore supply in 2017 – Vale's new S11D mine in Brazil which has an annual capacity of 90m tons; and Roy Hill's new project in Australia with a current run-rate of about 35m tons p.a. is expected to achieve its full capacity run-rate of 55m tons per annum in March 2017. Out of the major miners (Vale, Rio Tinto, BHP Billiton, Fortescue Metals, and Roy Hill), Fortescue Metals is the only one expected to reduce its iron ore supply in 2017. Total additional seaborne supply coming from the Big 4 alone is estimated to be about 70 million tonnes in 2017, while the demand for iron ore would grow 24 million tonnes, based on our global steel production forecasts.

On the other hand, China will continue to reduce its iron ore supply this year, in line with its supply-side reform plans. According to Metallurgical Mines Association of China, it is estimated to fall 10m tons in 2017, or about 5% y-o-y. However, we believe the supply growth from major miners would overwhelm the output cut by Chinese domestic suppliers.

However, the iron-ore market has become a stronger oligopoly as the Big 4 are increasingly dominant. Notably, the market share of the Big 4 has increased to 80% in 2016 from 70% in 2013. At the same time, the contribution of Australian and Brazilian ore to China's total iron-ore imports has also jumped to 83% in 2016 from 69% in 2013. Despite oversupply, stronger-than-expected gains in iron-ore prices may be dependent on the Big 4's market dominance.

**Diagram 14. Iron-ore production by country**



(million tonne)

Source: Bloomberg LLP, DBS Bank

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

22

**Diagram 15. Iron-ore consumption by country**

(million tonne)



Source: Bloomberg LLP, DBS Bank

**Diagram 16. China's iron ore imports from Australia and Brazil**

(million tonne)



Source: Bloomberg LLP, DBS Bank

Filed By: kaigwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 17. Iron-ore exports by company**



Source: Companies, Bloomberg LLP, Platts, DBS Bank

**Diagram 18. China: Iron-ore production/imports/iron ore prices**



Source: Bloomberg LLP, DBS Bank

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Steel mills increase the use of steel scrap

Due to significant increase in iron-ore prices, Chinese steel companies have raised the use of scrap steel in steel-making since late 2016. As of April 2017, Chinese scrap prices have declined 9.4% to RMB1,540/tonne (incl.VAT) from a peak of RMB1,700/tonne (incl.VAT) in March 2017.

According to a survey by SMM, steels mill in China has raised input of steel scrap to converter (part of blast furnace-based crude steel-making process) to produce more crude steel since November 2016, resulting in about 80 million tonnes of additional crude steel production. This implies steel scrap input ratio per crude steel making has increased to 0.15 from 0.1. We think the ratio of using steel scrap will remain, given oversupply of scrap as a result of the country's IFF capacity shutdown.

# Coking Coal Market

Short-term shortage since 2H16

China's supply-reform measures for the coal sector were effective in 2016, as the government announced at the 12th National People's Congress annual meeting that it successfully removed 290 million tonnes of coal capacity in 2016 (against its target of 250 million tonnes). Its total coal production was also down about 9% y-o-y to 3.4 billion tonnes from 3.7 billion tonnes in 2015. One of the most notable measures taken was limiting the number of maximum working days at coal mines to 276 (versus 330 pre-regulation) from April to November 2016 to restrict production. The tight supply caused coking coal prices to soar, with both domestic spot coke and imported coking coal rising about 270% in 2016.

Reforms to maintain principle but adjust speed

In 2017, China plans to stop construction of coal-fired power plants with capacity of more than 50 million kilowatts (kW) and shut down at least 150 million tonnes of capacity, almost half of the 290m removed in 2016. China's intention to go easier on coal sector reform is also visible from its target coal output for 2020 that was raised to 3.9 billion tonnes, from the 3.75 billion tonnes set in 2015, on the back of expected rise in consumption to 4.1 billion tonnes in 2020. Under its restructuring plan, the NDRC will cut 800 million tons of outdated and inefficient coal capacity by 2020, while adding 500 million tonnes of "advanced" capacity. The reductions will be concentrated among smaller mines in the northeast while big producers in the western regions, such as Inner Mongolia and Xinjiang, will boost supplies.

At the same time, China is looking to impose stricter environmental protection measures. Of note, the Hebei Environmental Protection Department published a notice on 27 February that industrial companies, including coking coal producers, are required to reduce air pollution emissions (i.e. production) by 30%.

Prices to stabilise

Before the unexpected rally in prices following Cyclone Debbie, coal prices had been stabilising in 2017 after the strong run-up in the second half of 2016. We believe that the impact from the seaborne supply disruption is temporary, and should soon ease. Also, the

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

276-day rule, a key production-restriction measure in 2016, has not been reintroduced in 2017 although it was initially expected to resume in April. Hence, we believe that the coking coal price will stabilise following China's flexible policy in adjusting the supply of coal.

Reducing coal consumption over time

Surging coking coal prices in the second half of 2016 placed upward pressure on steel mills' costs of coke. To defend their profitability, steel mills have been increasingly switching to iron ore with higher Fe content, which would boost production while reducing the ratio of coke. In 2016, sinter as a proportion of total steel mills' iron ore consumption decreased about 0.2% while the average Fe content increased about 0.4%. Albeit small, the change hints at the possible shrinking need for coking coal going forward. Furthermore, the ongoing supply reform plan and burgeoning pressure on environmental regulations will contribute to lower coal consumption.

*The ongoing supply reforms and burgeoning pressure on environmental regulations will contribute to lower coal consumption*

**Diagram 19. Contribution to seaborne coking coal market**



Australia 61.6%
Canada 9.9%
US 12.2%
Mongolia 8.6%
China 0.4%
Others 7.3%

Source: Bloomberg LLP, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

26



**Diagram 20. Coking coal exports**

(million tonne)

Source: Bloomberg LLP, DBS Bank



**Diagram 21. Global coking coal demand**

(million tonne)

Source: Bloomberg LLP, DBS Bank

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Outlook Of Global Steel Sector

## Global Steel Demand: More Optimistic Outlook

Better-than-expected demand in 2016

We estimate that global steel demand increased 1.2% year-on-year in 2016, an improvement compared to our previous forecasts. In October 2016, we had expected 2016 global steel consumption to decline 0.8% y-o-y, and this was revised to flattish growth in December 2016, which was in line with the World Steel Association's (WSA) forecast. The key contributors to the higher estimates were buoyant construction activity and restocking demand in China, which led to a 1% demand growth in 2016. Also, we estimate that demand in the US registered positive growth, as opposed to the WSA's expectations of a decline.

More optimistic demand outlook in 2017

The business activity of the steel sector in China seems to be healthy so far this year, as the purchasing managers' index (PMI) for the Chinese steel sector in January 2017 was higher than January 2016 even though the Chinese New Year holidays took place in January, which was earlier than last year's festivities. Also post-Chinese New Year, orders for steel products were intact, given the low inventory and ongoing demand from previous investment projects. This means that Chinese mills would need to reduce exports to overseas markets. In fact, the Chinese exports actually declined 29% y-o-y to 5.75 million tonnes in February 2017 and 26% y-o-y to 13.17 million tonnes for the first two months of 2017, which helped boost prices in the regional markets. The situation in the developed markets looks positive as manufacturing in both the US and the Eurozone – as measured by the ISM Purchasing Managers' Index and Eurozone's industrial production indices – is gaining momentum. Mills in Europe and the US continue to push for higher prices behind tariff walls on the back of improving economic activity. In particular, the low inventory and strengthening steel scrap prices in the US helped boost steel prices further – it is worth noting that US Benchmark HRC prices have risen by US$42/tonne year-to-date.

*The key contributors to the higher estimates were buoyant construction activity and restocking demand in China*

DBS

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

28



Diagram 22. China: Manufacturing PMI SA

Source: Bloomberg LLP, DBS Bank



Diagram 23. China: Steel PMI

Source: Bloomberg LLP, DBS Bank

Filed By: kaggwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

29

**Diagram 24. US: Steel shipments**

(million tonne)



Source: Bloomberg LLP, DBS Bank

**Diagram 25. US: Inventory**

(million tonne)                                                                    (months)



Source: Bloomberg LLP, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

✕ DBS

DBS Asian Insights
SECTOR BRIEFING 41

Barcode:3877655-06 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

30

Demand recovery anticipated in most regions in 2017

Most regions are expected to register demand growth in 2017, especially as emerging and developing economies could register strong growth after escaping demand contraction in 2016. Those economies hit by low commodity prices and geopolitical conflicts have showed signs of stabilisation – countries that make up the Commonwealth of Independent States (CIS) are projected to register steel demand growth of 2% in both 2016 and 2017. Similarly, the Middle East and Africa are likely to report strong demand in 2017. The outlook for US steel demand is promising due to potential large-scale infrastructure investment by President Donald Trump's government, although there is some vagueness over the actual execution. We expect North America to likely register steel demand growth of 4% in 2017. All in all, global steel demand is estimated to have grown 1.2% in 2016 and then accelerate to 1.5% in 2017.

**Diagram 26. Forecast of global steel demand (by country/region)**

| (million tonnes) | | | | | | | Y-o-y change | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2013 | 2014 | 2015 | 2016 | 2017F | 2018F | 2016 | 2017F | 2018F |
| China | 715.6 | 698.5 | 646.8 | 653.2 | 658.4 | 632.1 | 1.0% | 0.8% | -4.0% |
| Other Asia | 350.5 | 362.0 | 371.1 | 374.8 | 380.4 | 384.2 | 1.0% | 1.5% | 1.0% |
| EU | 157.2 | 160.7 | 163.3 | 165.7 | 169.0 | 172.4 | 1.5% | 2.0% | 2.0% |
| North America | 134.5 | 146.6 | 139.3 | 144.9 | 150.7 | 153.7 | 4.0% | 4.0% | 2.0% |
| Middle East | 66.8 | 72.4 | 74.6 | 76.8 | 78.3 | 80.7 | 2.9% | 2.0% | 3.0% |
| Latin America | 52.7 | 53.8 | 51.3 | 47.8 | 48.0 | 50.4 | -6.8% | 0.4% | 5.0% |
| CIS | 48.6 | 46.7 | 42.0 | 41.2 | 42.0 | 42.9 | -1.9% | 2.0% | 2.0% |
| Africa | 42.4 | 42.6 | 43.9 | 46.1 | 47.5 | 49.8 | 5.0% | 3.0% | 4.8% |
| Other Europe | 36.6 | 35.7 | 34.3 | 35.3 | 35.7 | 36.7 | 2.9% | 1.1% | 2.8% |
| Australia & New Zealand | 7.6 | 7.5 | 7.3 | 7.3 | 7.3 | 7.3 | 0.0% | 0.0% | 0.0% |
| World total | 1,612.6 | 1,626.5 | 1,573.9 | 1,593.0 | 1,617.3 | 1,610.1 | 1.2% | 1.5% | -0.4% |

Crude steel equivalent consumption.
Source: WSA, DBS Bank

# Global Supply Surplus to Decline but Overcapacity Remains

Global steel production to edge up

We expect China's steel production (in volume terms) to decline 1.5% in 2017 in line with supply reforms. However, global steel production volume will increase 0.9% y-o-y due to production growth in most regions, especially in view of strong growth in the CIS countries

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights

SECTOR BRIEFING 41

31

and North America. We believe that production in China would grow when steel prices stabilise at a price which enables steel mills to remain profitable. In fact, China's crude steel output rose 5.8% to 128.7 million tonnes during the first two months of 2017, generating healthy profits for steel mills.

Supply-demand balance to improve in 2017 and 2018

In light of demand growth in most regions and supply contraction in China, global oversupply conditions are expected to abate in 2017 and 2018. This much-needed fundamental positive development will help support steel prices and the margins of steel mills, though we expect price volatility in the short term.

**Diagram 27. Forecast of global steel production (by country/region)**

| (million tonnes) | 2013 | 2014 | 2015 | 2016 | 2017F | 2018F | Y-o-y change | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 2016 | 2017F | 2018F |
| China | 822.0 | 822.8 | 803.8 | 808.4 | 796.2 | 772.4 | 0.6% | -1.5% | -3.0% |
| Other Asia | 301.6 | 316.9 | 309.0 | 316.7 | 323.1 | 326.3 | 2.5% | 2.0% | 1.0% |
| EU | 166.4 | 169.3 | 166.1 | 162.3 | 163.9 | 163.9 | -2.3% | 1.0% | 0.0% |
| North America | 119.0 | 121.1 | 110.9 | 111.0 | 114.3 | 116.6 | 0.0% | 3.0% | 2.0% |
| CIS | 108.4 | 106.1 | 101.6 | 102.4 | 105.5 | 109.7 | 0.8% | 3.0% | 4.0% |
| Latin America | 51.6 | 52.6 | 53.6 | 54.6 | 54.7 | 54.8 | 1.9% | 0.2% | 0.2% |
| Other Europe | 38.6 | 38.4 | 36.2 | 36.0 | 36.7 | 37.4 | -0.6% | 2.0% | 2.0% |
| Middle East | 27.0 | 30.0 | 29.4 | 29.0 | 29.6 | 30.8 | -1.4% | 2.0% | 4.0% |
| Africa | 16.0 | 14.9 | 13.7 | 12.2 | 13.4 | 15.0 | -11.0% | 10.0% | 12.0% |
| Australia & New Zealand | 5.6 | 5.5 | 5.7 | 5.8 | 6.0 | 6.0 | 2.1% | 2.0% | 0.0% |
| World total | 1,650.4 | 1,669.9 | 1,620.4 | 1,628.5 | 1,643.4 | 1,632.9 | 0.5% | 0.9% | -0.6% |

Based on crude steel.
Source: WSA, EIU, DBS Bank



*Global oversupply conditions are expected to abate in 2017 and 2018*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



DBS Asian Insights
SECTOR BRIEFING 41

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 28. Forecast of global steel demand**



Source: WSA, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

![DBS]

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Outlook for Prices of Steel and Raw Materials

## Volatile Metallurgical Coal Prices

**Seaborne coking coal prices almost doubled in April**

At the beginning of April 2017, Cyclone Debbie had caused Australia Queensland's coal rail systems to shut down, resulting in supply disruptions. Consequently, seaborne coking coal prices surged sharply – hard coking coal price (FOB Australia) jumped more than US$100/tonne in just a day, to US$262.6/tonne on 7 April from US$162/tonne on 6 April. Even as parts of the rail system has since reopened, the price has rallied further, reaching US$266.4/tonne on 13 April, on concerns about the time needed before normal operations can resume. The shipment disruption will likely continue throughout April 2017. In 2016, Australia accounted for 61.6% of the global seaborne coking coal market.

**Coal mining restrictions will not resume**

Coal market participants had been expecting the 276-working day rule to be resumed after March 2017 in China, which would send coal prices higher via production curbs. The rule had previously been implemented in April 2016 to rectify a supply glut and proved to be effective, as production dropped 9.4% and prices soared. The rule was relaxed in November 2016 and the maximum working-day limit returned to the pre-regulation level of 330 days, in order to meet higher coal demand during winter and to dampen surging coal prices. Contrary to the wide anticipation, the rule had not been reintroduced in April 2017.

**Prices to stabilise at US$150/tonne**

When the seaborne coking coal supply normalises, we expect coking coal prices to stabilise at around US$150/tonne over the mid-to-long term. The coal supply from China is likely to increase in the near term due to strong prices recently, which would be supported by the lack of restrictions on coal mine operations by the Chinese government. Hence, we maintain our price forecast for 2017 at US$184/tonne.



*We maintain our price forecast for 2017 at US$184/tonne*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

34

**Diagram 29. Coking coal spot prices**



Source: Bloomberg LLP, DBS Bank

**Diagram 30. Hard coking coal benchmark contract prices**



Source: Bloomberg LLP, DBS Bank

Filed By: kanggwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights

SECTOR BRIEFING 41

35

**Diagram 31. China's coking coal imports and exports**



Source: Bloomberg LLP, DBS Bank

**Diagram 32. Coke inventory at major ports and coke prices in China**



Source: Bloomberg LLP, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Iron Ore Prices Finally Heading Down

**Iron ore finally correcting**

Iron ore prices had risen since June 2016 from US$48/tonne to c US$80/tonne at the end of December and initially we had expected the prices to soften in the beginning of 2017. However, iron ore prices' run-up has been unexpectedly persistent, reaching US$92/tonne in mid-March 2017. The prices have begun to soften in April. The price of 62% iron ore (delivered to Qingdao) has tumbled to US$66/tonne on 18 April, down about 28% from its 2017 peak recorded in March. The fall in price has already been forecast as the inventory continued to build and new supplies are added from Australia and Brazil. That said, since April, the inventory of iron ore in major ports of China has started to fall as the weak prices should have negative impact on speculative demand.

**Premium for higher-grade iron ore falling**

The price gap between 62% Fe and 58% Fe continued to widen in 1Q17 even as coke prices started to weaken, thanks to the solid margins at steel mills. Such strong preference for higher-grade ore also provides an insight into iron ore's persistent price gains despite burgeoning stocks at Chinese ports, as lower-grade iron ore makes up a large proportion of port stocks. However, the gap started to narrow in April, down more than 10% month-on-month to US$24.7/tonne as of 14 April. The narrowing gap indicates declining profitability at Chinese steel mills.

**Prices to stabilise at US$60/tonne**

Iron-ore inventory in the Chinese ports has been rising strongly since 2H16 and increased 18% year-to-date. Following the correction in coal price, we think that low-grade iron ore would become more economically feasible in 2Q17 when cheaper coking coal would act as input for steel production – which may push prices of high-grade iron ore lower. Iron ore prices have started to correct, and we expect average iron ore prices to stabilise at US$60/tonne and the annual average price to be US$69/tonne in 2017.

*The fall in iron-ore prices has already been forecast as the inventory continued to build and new supplies are added from Australia and Brazil*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
## SECTOR BRIEFING 41

**Diagram 33. China's iron ore inventory vs. price**



Source: Bloomberg LLP, DBS Bank

**Diagram 34. Spread between China's 62% vs 58% iron ore import**



Source: Bloomberg LLP, DBS Bank



Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

38

# Price Outlook: Steel Prices and Mills' Profitability

**Strong steel prices in 1Q17**

Despite the decline in spot coal prices, steel prices have seen a stable growth trend amid improving economic indicators globally and a rise in input costs. A relatively high contract price of US$285/tonne for coking coal for 1Q17 is estimated to have been factored into steel production since February 2017, and strong iron ore prices have also pushed up the raw material cost by US$67/tonne compared to the previous quarter. This would lead to a stronger resolution by steel mills to hike selling prices to protect their margins. World benchmark hot rolled coil (HRC) prices have risen to US$527/tonne on 14 April from US$515/tonne in the end of 2016.

**Rebar prices grew the most in China**

In China, rebar prices have registered the strongest growth by rising 12%, or US$50/tonne, to US$450/tonne in 1Q17 on the back of a promising outlook for supply-demand dynamics. On the supply side, there would be constraints backed by the shutdown of IFF in 2H17 and robust demand arising from the Chinese government's policy of infrastructure investment. We expect steel demand in the Chinese infrastructure segment to grow 8% in 2017. While, HRC and cold rolled coil (CRC) prices in China declined US$30/tonne (-7%) and US$53/tonne (-9%), respectively, in 1Q17 due to a sharp drop since mid-March following a fall in iron-ore prices.

**Steel prices to start to soften…**

Steel prices have started to fall since 10 April in the wake of softer prices for iron ore and coking coal. The market is facing a precarious situation with steel inventories held by middlemen mounting quickly – far more quickly and earlier than usual in the market. This suggests that some of the orders are not yet being consumed. The inventory build-up may not be a problem, but if this is speculative inventory, the market strength may not last much longer. Without support of the Chinese market, the rest of the global industry would fold like a house of cards.

**…following weak prices of raw materials and rising inventory**

Meanwhile, mills that are ramping up output to maximise profitability even behind tariff walls will resort to giving discounts to move their products. The market was supported throughout 1Q17 by China as the inventory held by producers is still manageable, but once inventory is re-stocked, we think that there will be insufficient demand to support higher production levels. This will lead to increased export volumes, thus depressing international prices throughout 2Q17. The price cuts will feed through to lower prices in mature markets by 1H17.

**Profitability to remain strong**

Thanks to recent price hikes, steel players' earnings in 1Q17 are estimated to have picked up, backed by margins improvement. Also, their earnings in 2Q17 look more robust relative to initial expectations, as steel mills were able to increase their selling prices in February and March – with more prices hikes to come, thanks to customers relying on quarterly contract pricing. Also, expectations of sales volume growth, backed by resilient steel demand, will be another catalyst for 2Q17 earnings. However, we believe that margins will start to compress

**✕ DBS**

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

at the end of 2Q17 in the wake of weakness in steel and raw material prices, as current demand (including restocking needs) could be driven by short-lived optimism.

Regional variations in profitability

We believe steel mills will improve their profitability in 2017 in view of

1. cost-cutting efforts and process rationalisation,

2. higher domestic prices as a result of steel import barriers, and

3. rising raw material costs to enhance the pricing power of steel players.

The Chinese steel mills are likely to be in the black in 2017, while the US-based steel mills, especially electric arc furnace-based (EAF) mini-mills, will continue to be the major winners as steel scrap appears to be more cost-competitive than iron ore and metallurgical coal.

**Diagram 35. Price forecasts**

| (US$/tonne) | China import Iron Ore Fines(62% Fe, CFR Tianjin port) | Hamersley Fine to Asia | Premium Hard Coking Coal FOB Australia | MB benchmark HRC prices | China Export Rebar FOB Main China Port |
|---|---|---|---|---|---|
| 2011 | 168 | 163 | 289 | 705 | 693 |
| 2012 | 128 | 132 | 209 | 598 | 599 |
| 2013 | 135 | 121 | 151 | 566 | 524 |
| 2014 | 97 | 106 | 126 | 544 | 453 |
| 2015 | 56 | 58 | 102 | 370 | 321 |
| 2016 | 59 | 61 | 115 | 383 | 316 |
| 2017F | 69 | 72 | 184 | 498 | 423 |
| 2018F | 60 | 63 | 150 | 470 | 400 |
| % Chg y-o-y | | | | | |
| 2012 | (23.4) | (18.9) | (27.6) | (15.1) | (13.7) |
| 2013 | 5.3 | (8.3) | (27.9) | (5.3) | (12.5) |
| 2014 | (28.4) | (12.2) | (16.7) | (4.0) | (13.4) |
| 2015 | (42.6) | (45.4) | (18.6) | (32.0) | (29.1) |
| 2016 | 5.2 | 5.2 | 12.1 | 3.5 | 4.8 |
| 2017F | 18.4 | 18.4 | 60.5 | 30.2 | 33.9 |
| 2018F | (13.4) | (13.4) | (18.4) | (5.6) | (5.4) |

Source: Platts, Bloomberg L.P., DBS Bank



Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

40

**Diagram 36. China's steel inventory with middlemen**



Source: Bloomberg LLP, DBS Bank

**Diagram 37. Inventory at China's large and medium mills**



Source: Bloomberg LLP, DBS Bank

Filed By: kanqwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights

SECTOR BRIEFING 41

41



Diagram 38. Steel scrap prices

Source: Bloomberg LLP, DBS Bank



Diagram 39. HRC prices by region

Source: Bloomberg LLP, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

42

**Diagram 40. US: HRC & CRC prices**



Source: Bloomberg LLP, DBS Bank

**Diagram 41. CIS export prices**



Source: Bloomberg LLP, DBS Bank

Filed By: kaqgwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 42. China: HRC & CRC prices**



Source: Bloomberg LLP, DBS Bank

**Diagram 43. China: Rebar & Wire rod prices**



Source: Bloomberg LLP, DBS Bank



Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

44

### Diagram 44. Asian steel mills' profitability



Based on large integrated steel mills purchasing raw materials at the contract price basis.
Source: Platts, Bloomberg Finance L.P., DBS Bank

### Diagram 45. Spread between HRC prices and iron ore prices



Source: Bloomberg LLP, DBS Bank

Filed By: kaggwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 46. Quarterly price forecasts**

| | Prices (US$/tonne) | | | |
|---|---|---|---|---|
| | Iron Ore (Fine, 62%) Harmersley Fine to Asia | Contract hard coking coal | Raw material cost/ton of crude steel | Benchmark HRC prices |
| 1Q16 | 49 | 81 | 137 | 290 |
| 2Q16 | 56 | 84 | 140 | 410 |
| 3Q16 | 58 | 93 | 162 | 373 |
| 4Q16 | 71 | 200 | 232 | 458 |
| 1Q17 | 85 | 285 | 299 | 530 |
| 2Q17F | 70 | 160 | 240 | 530 |
| 3Q17F | 60 | 140 | 206 | 470 |
| 4Q17F | 62 | 150 | 206 | 480 |

| | Q-o-q Changes (%) | | | |
|---|---|---|---|---|
| | Iron Ore (Fine, 62%) Harmersley Fine to Asia | Contract hard coking coal | Raw material cost/ton of crude steel | Benchmark HRC prices |
| 1Q16 | 2 | 0 | (6) | 1 |
| 2Q16 | 7 | 19 | 4 | 120 |
| 3Q16 | 2 | (9) | 22 | (37) |
| 4Q16 | 13 | 85 | 70 | 85 |
| 1Q17 | 14 | 68 | 67 | 72 |
| 2Q17F | (15) | (99) | (59) | 0 |
| 3Q17F | (10) | (16) | (34) | (60) |
| 4Q17F | 2 | 8 | 0 | 10 |

Source: Platts, Bloomberg Finance L.P, DBS Bank

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS Asian Insights

SECTOR BRIEFING 41

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

46

# Outlook for Chinese Steel

Steel demand to grow mildly in 2017

In China, the real estate, infrastructure, machinery, auto, and home appliance sectors accounted for 32%,24%,19%,10%, 2% of steel consumption . In 2017, we project Chinese steel's apparent consumption to grow at a mild 0.5%, driven by expected resilience in the infrastructure (+8% y-o-y) and machinery segments (+5% y-o-y). We expect a consumption pick-up by the infrastructure and machinery sectors to more than offset a decline in the property sector (-7% y-o-y).

Environmental constraints: the new normal

The intermediate frequency furnace (IFF) steel-producing method does not come with environmental protection facilities and the steel products are of low quality, which is an alternative to the blast furnace's steel products. This is in response to surging coking coal prices in 2H16, as the IFF uses steel scrap as input material and electricity while the blast furnace uses coking coal. In late November 2016, the State Council's environmental protection inspection teams visited several outdated steel facilities in northern Jiangsu that use the IFF, and required them to shut down the facilities. In early December 2016, the environmental protection inspection teams inspected Tangshan (Hebei) and mandated that the outdated crude steel facilities that use the IFF halt output from 15 December.

Supply cut to trim crude steel output

During an official meeting in January 2017, China's NDRC and Ministry of Industry and Information Technology pledged to shut down all of the country's IFF capacity by end-June 2017. According to our channel checks, we estimate that 30 million tonnes of steel output in 2016 were produced by IFFs, based on their steel output capacity of 100 million tonnes per annum. In 2016, Chinese crude steel output edged up 0.5% y-o-y to 808 million tonnes. In 2017, we project the crude steel output to decline 1.5% y-o-y to 796 million tonnes as the country's supply-side reform is to materialise during the 13th Five-Year Plan.

Forecasts of steel prices

Steel selling prices in 1Q17 have maintained 4Q16's price momentum, driven by the market's high expectations of supply cuts and hike in raw-material prices. We calculate that YTD-2017 domestic HRC prices stand at RMB3,381/tonne (excl. VAT) versus RMB2,990/tonne (excl. VAT) in 4Q16. For 2017, we are now projecting HRC prices to increase 20% y-o-y to RMB2,938/tonne (excl. VAT). We project rebar prices to increase 18% y-o-y to RMB2,536/tonne (excl. VAT).

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

47

**Diagram 47. China's steel sector: Supply and demand forecasts (2016-2020F)**

|  | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017F | 2018F | 2019F | 2020F |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Steel (million tonnes) | | | | | | | | | | | |
| Capacity | 740 | 910 | 990 | 1,040 | 1,055 | 1,100 | 1,096 | 1,070 | 1,040 | 1,010 | 980 |
| Crude steel output | 627 | 684 | 709 | 775 | 813 | 804 | 808 | 796 | 788 | 780 | 773 |
| Capacity Utilisation rate (%) | 85% | 75% | 72% | 74% | 77% | 73% | 74% | 74% | 76% | 77% | 79% |
| Finished steel | 799 | 878 | 955 | 1,067 | 1,117 | 1,123 | 1,138 | 1,143 | 1,146 | 1,150 | 1,153 |
| Import | 16 | 16 | 14 | 14 | 14 | 13 | 13 | 13 | 13 | 13 | 13 |
| Export | 43 | 49 | 56 | 62 | 94 | 113 | 108 | 109 | 109 | 109 | 109 |
| Net export | 26 | 34 | 42 | 48 | 79 | 100 | 96 | 96 | 96 | 96 | 96 |
| Apparent consumption | 773 | 844 | 913 | 1,019 | 1,038 | 1,023 | 1,042 | 1,046 | 1,050 | 1,054 | 1,057 |
| y-o-y growth (%) | | | | | | | | | | | |
| Crude steel production | 10.3% | 9.2% | 3.6% | 9.2% | 5.0% | -2.1% | 0.5% | -1.5% | -1.0% | -1.0% | -0.9% |
| Finished steel production | 15.9% | 9.9% | 8.8% | 11.7% | 4.7% | 0.5% | 1.3% | 0.4% | 0.3% | 0.3% | 0.3% |
| Net exports | 272.7% | 29.2% | 24.9% | 14.4% | 64.6% | 26.0% | -4.5% | 0.8% | -0.3% | 0.0% | 0.0% |
| Apparent consumption | 13.3% | 9.2% | 8.1% | 11.6% | 1.9% | -1.4% | 1.9% | 0.4% | 0.4% | 0.3% | 0.3% |

Source: CEIC, Custeel, DBS Vickers

**Diagram 48. China's steel sector: Historical HRC prices\***

(Rmb/tonne, incl.VAT)



*Shanghai HRC prices
Source: Bloomberg, DBS Vickers

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Downstream segment forecasts

We project China's crude steel demand to inch up 0.8% in 2017, primarily due to:

1.  8% expansion in the infrastructure (including contribution of urbanisation construction) segment: In November 2016, the NDRC and the Ministry of Transport jointly published the official "Three-year action plan for the construction of mega infrastructure facilities", committing to a total investment of RMB4.7t.

2.  5% growth in the machinery segment: We estimate that China's steel consumption by this segment grew 8% in 2016 as industrial value-added of manufacturing of general-purpose machinery recovered from 2015's low, driven by a recovery in the economy. In November 2016, China's industrial value-added of manufacturing of general-purpose machinery rose 8.6% y-o-y. Over January to October 2016, China's sales of excavators surged 16.9% y-o-y, which is led by a pick-up in infrastructure projects. These include robust 'One Belt, One Road' infrastructure projects in Southwest China. We expect the growth to extend into 2017 as downstream restocking could continue.

3.  3% rise in the automobile segment: We expect the demand to moderate from the high growth enjoyed in 2016. China has raised its sales tax on small cars to 7.5% in 2017 from 5% in 2016, which is expected to weigh on demand for passenger vehicles below 1.6L.

4.  7% decline in the property segment: China's property tightening measures are expected to weigh on residential sales in 2017. We expect the gross floor area of China's new starts of commodity buildings (including residential and commercial buildings) to decline in 2017 after an estimated 8% growth in 2016.

*'We project China's crude steel demand to inch up 0.8% in 2017'*

Filed By: kaigwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Diagram 49. China's steel sector: Breakdown of demand forecasts (2017)**

| | 2013 | | 2014 | | 2015 | | 2016E | | | 2017F | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Vol (mt) | y-o-y % | Vol (mt) | y-o-y % | Vol (mt) | y-o-y % | Vol (mt) | y-o-y % | Share (%) | Vol (mt) | y-o-y % | Share (%) |
| Construction | 421 | 3% | 412 | -2% | 382 | -7% | 392 | 3% | 57% | 389 | -1% | 56% |
| --Property | 298 | 3% | 272 | -9% | 237 | -13% | 237 | 0% | 34% | 222 | -7% | 32% |
| --Infrastructure | 123 | 3% | 140 | 14% | 145 | 4% | 155 | 7% | 23% | 168 | 8% | 24% |
| Machinery | 112 | 4% | 117 | 5% | 117 | 0% | 128 | 9% | 19% | 134 | 5% | 19% |
| Automobile | 57 | 13% | 60 | 5% | 61 | 1% | 69 | 14% | 10% | 71 | 3% | 10% |
| Home appliance | 11 | 10% | 12 | 7% | 12 | 0% | 12 | 0% | 2% | 12 | 0% | 2% |
| Container | 2 | -5% | 2 | 2% | 2 | 0% | 2 | 0% | 0% | 2 | 0% | 0% |
| Shipbuilding | 21 | -10% | 22 | 5% | 22 | 0% | 22 | 0% | 3% | 22 | 0% | 3% |
| Railway | 6 | 5% | 6 | 8% | 6 | -1% | 6 | 0% | 1% | 6 | 0% | 1% |
| Pipeline | 9 | 5% | 9 | 10% | 9 | 0% | 9 | 0% | 1% | 9 | 0% | 1% |
| Elec. Power | 25 | 10% | 28 | 15% | 32 | 13% | 35 | 10% | 5% | 35 | 0% | 5% |
| Others | 57 | 0% | 20 | -65% | 22 | 10% | 15 | -32% | 2% | 15 | 0% | 2% |
| Total | 718 | 4% | 688 | -4% | 664 | -3% | 690 | 3.8% | 100% | 695 | 0.8% | 100% |

China's appetite for imports

Iron ore prices rose substantially in the second half of 2016, with prices (Platts, 62% Fe) hitting US$80/t by December. Over January-November 2016, China's imports of iron ore expanded 8.9% y-o-y to 844 million tonnes, which followed a 2.1% increase in imports for FY15. This reflects China's further reliance on imported ore. Our channel checks reveal that China's dependence on imported iron ore could rise to 85% in FY16 from 82% in FY15.

We estimate China's domestic iron concentrate output stood at around 206 million tonnes in 2016, with cash cost not exceeding US$70/tonne. In 2017, we do not expect domestic high-cost miners to resume production any time soon unless iron ore prices recover to above US$90/tonne. We expect China to absorb around 30 million tonnes of the world's new supply – estimated to be about 70 million tonnes. This accounts for 2.5% of China's requirement of iron concentrate in 2016. Thus, we see an overall supply/demand balance for iron ore in the year ahead.

*We expect China to absorb around 30 million tonnes of the world's new supply, estimated to be about 70 million tonnes*

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

⊠DBS

DBS Asian Insights
SECTOR BRIEFING 41

50

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Filed By: Xiaowoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

## Largely steady in 2017

China's exports of finished steel declined 4% y-o-y to 108.4 million tonnes in FY16, broadly in line with expectations. This is because strong domestic steel selling prices in 2016 to some extent dampened steel mills' enthusiasm for overseas business. For instance, at end-2016, domestic HRC prices were 8% higher than export rates. In 2016, South Korea and Vietnam were the two key markets, accounting for 13.2% and 10.8% of China's finished steel exports, respectively. The US merely accounted for 1.1% of China's exports. In terms of anti-dumping for China's steel exports products, we think the worst is largely over as most of the anti-dumping duties from the US, European Union, and India were imposed during 2015-16.

**Diagram 50. China's steel sector: Iron ore prices\***

(US$/tonne)



Note: * Iron ore price denotes iron concentrate fine 62% Fe export price Australia to China CIF
Source: Custeel, DBS Vickers

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

51

**Diagram 51. China's steel sector: Finished steel exports by country (2016)**



Source: Custeel, DBS Vickers

DBS

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

DBS Asian Insights
SECTOR BRIEFING 41

52



DBS



Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Disclaimers and Important Notices

The information herein is published by DBS Bank Ltd (the "Company"). It is based on information obtained from sources believed to be reliable, but the Company does not make any representation or warranty, express or implied, as to its accuracy, completeness, timeliness or correctness for any particular purpose. Opinions expressed are subject to change without notice. Any recommendation contained herein does not have regard to the specific investment objectives, financial situation and the particular needs of any specific addressee.

The information herein is published for the information of addressees only and is not to be taken in substitution for the exercise of judgement by addressees, who should obtain separate legal or financial advice. The Company, or any of its related companies or any individuals connected with the group accepts no liability for any direct, special, indirect, consequential, incidental damages or any other loss or damages of any kind arising from any use of the information herein (including any error, omission or misstatement herein, negligent or otherwise) or further communication thereof, even if the Company or any other person has been advised of the possibility thereof.

The information herein is not to be construed as an offer or a solicitation of an offer to buy or sell any securities, futures, options or other financial instruments or to provide any investment advice or services. The Company and its associates, their directors, officers and/or employees may have positions or other interests in, and may effect transactions in securities mentioned herein and may also perform or seek to perform broking, investment banking and other banking or financial services for these companies.

The information herein is not intended for distribution to, or use by, any person or entity in any jurisdiction or country where such distribution or use would be contrary to law or regulation.

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



www.dbs.com

# EXHIBIT 8

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



Organisation for Economic Co-operation and Development

DSTI/SC(2018)2/FINAL

**Unclassified**

**English - Or. English**

**7 December 2018**

**DIRECTORATE FOR SCIENCE, TECHNOLOGY AND INNOVATION**
**STEEL COMMITTEE**

**Recent developments in steelmaking capacity**

Contact: Daichi MABASHI, Daichi.Mabashi@oecd.org, +33 1 45 24 14 83.

**JT03441044**

This document, as well as any data and map included herein, are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

The OECD Steel Committee delegates discussed a draft of the report at the Steel Committee meeting on 5-6 March 2018 and have approved it for declassification following comments from delegates which are reflected in this document. The report and the underlying data on steelmaking capacity for all steel producing economies will be made available on the Steel Committee website: oe.cd/steelcapacity and on O.N.E. under the reference code: DSTI/SC(2018)2/FINAL.

This document, as well as any data and any map included herein, are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

© OECD 2018

You can copy, download or print OECD content for your own use, and you can include excerpts from OECD publications, databases and multimedia products in your own documents, presentations, blogs, websites and teaching materials, provided that suitable acknowledgment of OECD as source and copyright owner is given. All requests for commercial use and translation rights should be submitted to rights@oecd.org.

Case 1:20-cv-03898-CRK    Document 81-4    Filed 11/03/21    Page 1021 of 1165

Barcode:3877655-07 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Recent developments in steelmaking capacity

Daichi Mabashi

OECD Paris

## ABSTRACT

The Secretariat of the OECD Steel Committee provides monitoring reports on crude steelmaking capacity developments on a regular basis, using a wide range of publicly available and commercial data sources. This paper presents an updated overview of regional capacity trends, including an assessment of gross capacity additions in the period until 2020. Global steelmaking capacity (in nominal crude terms) has decreased for the second consecutive year to a level of 2 251.2 million tonnes in 2017. The decline in global steelmaking capacity in 2017 follows a deceleration in capacity growth since 2013 and results from capacity reductions and slower capacity growth in OECD/EU economies and non OECD/EU economies. However the modest reduction in 2017 (-1.3%) still falls short of alleviating global excess capacity. Moreover, the updated information on announced investment projects suggests that nearly 52 million tonnes of gross capacity additions are currently underway and could come on stream during the three-year period of 2018-20. An additional 39 million tonnes of capacity additions are currently in the planning stages for possible start-up during the same time period. The Middle East region is expected to experience a considerable increase in steelmaking capacity over the next few years, while many capacity additions are also planned in Asia. The information on announced investment projects also suggests that the CIS region, Latin America and Africa are regions where steel-making capacity could increase somewhat in the coming years.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

## *Table of contents*

**Recent developments in steelmaking capacity** ................................................................. 3

**1. Summary of the latest steelmaking capacity developments** ....................................... 5

**2. Latest developments of global steelmaking capacity** ................................................. 6

**3. A review of regional capacity developments, closures, postponement and cancellations** .......... 9

**Annex A. AVAILABLE EVIDENCE OF PLANT LEVEL INVESTMENTS** ............................. 14

**Annex B. AVAILABLE EVIDENCE OF PLANT LEVEL CLOSURES** ................................... 20

**Annex C. STEELMAKING CAPACITY DATA BY ECONOMY** .......................................... 23

**Annex D. WORKING DEFINITION USED** .................................................................... 27

**References** ...................................................................................................................... 29

**Endnotes** ........................................................................................................................ 31

### Tables

Table 1. Current nominal capacity and potential gross capacity additions by region ............................. 7
Table A1. Investment data ................................................................................................. 14
Table A2. Closure data ...................................................................................................... 20
Table A3. Crude steelmaking capacity developments (in mmt) ............................................ 23

### Figures

Figure 1. Evolution of crude steelmaking capacity in OECD/EU economies and non OECD/EU
economies .......................................................................................................................... 6
Figure 2. Global crude steelmaking capacity and crude steel production ................................. 8

Case 1:20-cv-03898-CRK    Document 81-4    Filed 11/03/21    Page 1023 of 1165

# 1. Summary of the latest steelmaking capacity developments[1]

The Secretariat of the OECD Steel Committee provides monitoring reports on crude steelmaking capacity development to members of the Committee on a regular basis. This paper presents an updated overview of recent steelmaking capacity developments taking place around the world and provides an assessment of gross capacity additions that could come on stream during the three-year period of 2018-20. The document also includes a brief summary, by region, identifying closures of capacity and investment projects, including any postponements and cancellations of announced projects where applicable.

The latest available data suggest that global steelmaking capacity has decreased for the second consecutive year in 2017. However this modest adjustment (-1.3%) still falls short of alleviating global excess capacity. Moreover, a number of new investment projects continue to take place around the world and global steelmaking capacity could increase by +2.3% between 2018 and 2020 in the absence of any further closures. Global excess capacity is expected to continue to be a major challenge for the global steel industry.

Conditions in steel markets are changing rapidly with several developments in steelmaking capacity, on both the investment and closure side. The Secretariat monitors capacity developments on an ongoing basis and updates capacity numbers with incoming publicly available information on capacity closures and new information on the status of investment projects. The information used to assess capacity developments has been obtained from a wide range of publicly available and commercial data sources. The figures presented in this document are based on data available until December 2017.

---

**Box 1. OECD Steelmaking Capacity database**

The OECD Steelmaking Capacity database contains data on crude steelmaking capacity by economy and provides researchers and policymakers with an important tool for analysing steel capacity developments. The database will be updated to reflect newer information provided in this paper, extending until December 2017.

The OECD Secretariat compiles steelmaking capacity data using a wide range of publicly available and commercial data sources. These data sources include government sources, commercial capacity databases, specialised media reports, and company information. The data are reviewed periodically by the OECD Steel Committee. Capacity figures are in terms of nominal crude steelmaking capacity. The data refer to maximum theoretical equipment capacity. This definition does not take into account yield losses, maintenance and other factors affecting the productivity of installed steelmaking equipment. Therefore, these steelmaking capacity figures provided should neither be regarded as effective capacity nor as production. The annual capacity figures reflect all existing steelmaking capacity at the end of a calendar year.

The OECD Steelmaking Capacity database as well as recent reports on steelmaking capacity developments are available at the OECD Steelmaking Capacity portal at: oe.cd/steelcapacity

---

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## 2. Latest developments of global steelmaking capacity

### 2.1. Global summary of steelmaking capacity

The latest available information (as of December 2017) suggests that global steelmaking capacity (in nominal crude terms) has decreased for the second consecutive year in 2017 (Figure 1). The OECD has revised down its 2016 and 2017 figures for world steelmaking capacity from 2 369.7 million metric tonnes (mmt) and 2 356.5 mmt to 2 280.7 mmt and 2 251.2 mmt, respectively for 2016 and 2017, to incorporate closures and investments that were not taken into account previously.[2] The decline in global steelmaking capacity in 2017 follows a deceleration in capacity growth since 2013 and results from capacity reductions and slower capacity growth in both OECD/EU economies and non OECD/EU economies (Figure 1. B).[3]

**Figure 1. Evolution of crude steelmaking capacity in OECD/EU economies and non OECD/EU economies**

A. in levels (mmt)                    B. in changes



*Note*: Capacity data reflects all information on changes up to December 2017. The European Union (EU) is a member of the Steel Committee and accordingly this data includes all EU Member States.
*Source*: OECD

### 2.2. Regional capacity developments

#### 2.2.1. Latest developments

Table 1 provides OECD data on existing nominal crude steelmaking capacity in 2016 and 2017, taking into account new information on capacity additions and closures available up to December 2017. The largest capacity additions have been in the Middle East region, where an additional 2.8 mmt of capacity (+4.6%) was deployed in 2017. The updated capacity estimates suggest a 2.1% net reduction in Asia, and 0.5% net reduction in Europe in 2017. In 2017, steelmaking capacity increased by 2.3% in Africa, 0.9% in Latin America and 0.2% in the North American Free Trade Agreement (NAFTA) region. In the Commonwealth of Independent States (CIS) and Oceania regions, there were no new investments underway, nor were permanent closures observed during 2017 from the publicly available sources used to update the OECD's capacity monitoring databases.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 1. Current nominal capacity and potential gross capacity additions by region**

| | Existing nominal capacity(mmt) | | % change expected | Potential gross capacity additions in 2018-20 (mmt) | | Capacity in 2020 (mmt) | | % change expected (2017 vs 2020) | |
|---|---|---|---|---|---|---|---|---|---|
| | 2016 | 2017 (A) | 2017-2016 | Underway (B) | Planned (C) | Low (A)+(B) | High (A)+(B)+(C) | Low | High |
| Asia | 1 521.6 | 1 488.9 | -2.1% | 18.7 | 23.7 | 1 507.6 | 1 531.3 | 1.3% | 2.9% |
| CIS | 145.7 | 145.7 | 0.0% | 2.1 | 0.6 | 147.8 | 148.4 | 1.4% | 1.9% |
| Latin America | 75.3 | 75.9 | 0.9% | 1.6 | 1.4 | 77.5 | 78.9 | 2.0% | 3.9% |
| Middle East | 60.9 | 63.7 | 4.6% | 23.0 | 8.5 | 86.7 | 95.2 | 36.1% | 49.5% |
| Africa | 35.7 | 36.6 | 2.3% | 5.9 | 2.6 | 42.4 | 45.0 | 16.0% | 23.1% |
| Europe | 276.6 | 275.2 | -0.5% | 0.0 | 2.0 | 275.2 | 277.2 | 0.0% | 0.7% |
| NAFTA | 158.5 | 158.9 | 0.2% | 0.6 | 0.0 | 159.5 | 159.5 | 0.4% | 0.4% |
| Oceania | 6.4 | 6.4 | 0.0% | 0.0 | 0.0 | 6.4 | 6.4 | 0.0% | 0.0% |
| OECD/EU Economies Total | 644.7 | 642.3 | -0.4% | 0.6 | 2.0 | 642.9 | 644.9 | 0.1% | 0.4% |
| Non OECD/EU Economies Total | 1 635.9 | 1 608.9 | -1.7% | 51.3 | 36.8 | 1 660.2 | 1 697.0 | 3.2% | 5.5% |
| World Total | 2 280.7 | 2 251.2 | -1.3% | 51.87 | 38.83 | 2 303.1 | 2 341.9 | 2.3% | 4.0% |

*Note*: Capacity data reflects all information on changes up to December 2017 as well as input provided by OECD Steel Committee delegates following the discussion of a draft version of this report presented at the Steel Committee meeting on 5-6 March 2018. In the table, "Europe" includes both OECD/EU economies and non OECD/EU economies in Europe, as well as Turkey. Please see Annex C for the detailed capacity data by economy. The European Union (EU) is a member of the Steel Committee and accordingly this data includes all EU Member States.
*Source*: OECD.

## 2.2.2. Gross capacity additions for 2018-2020

Even though the global steel industry is currently facing significant excess capacity, gross capacity additions are taking place in various regions of the world. Information on announced investment projects suggests that nearly 52 mmt of gross capacity additions are currently underway and could come on stream during the three-year period of 2018-20, while an additional 39 mmt of capacity additions are currently in the planning stages for possible start-up during the same time period (Table 1).

The Middle East region is expected to experience a considerable increase in steelmaking capacity over the next few years, with around 31.5 mmt of gross capacity additions currently underway or planned for start-up during 2018-20. Many capacity additions are also planned in Asia (almost 24 mmt), with around 19 mmt currently underway for completion in the next three years. The CIS region, Latin America and Africa could also see increases in capacity, with around 2.1 mmt, 1.6 mmt, and 5.9 mmt of gross additions currently underway in each region, respectively, for the 2018-20 period. In NAFTA region, a 0.6 mmt capacity increase is underway. No capacity additions are currently underway in Europe and Oceania.

## 2.3. The global excess capacity situation

The reduction in global crude steelmaking capacity in 2017 (- 1.3 %) has contributed to narrowing the gap between global capacity and production, which is now estimated at around 561 mmt (Figure 2 A). The global steelmaking capacity utilisation rate,

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**8** │ RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

measured as production divided by capacity has increased from 71.3% in 2016 to 75.1% in 2017.

**Figure 2. Global crude steelmaking capacity and crude steel production**

A. Capacity-Production gap (mmt)                              B. Capacity utilisation rate



*Source*: OECD for crude steelmaking capacity and World Steel Association for production.

# 3. A review of regional capacity developments, closures, postponement and cancellations

## 3.1. Middle East

Steelmaking capacity has increased rapidly over the last few years in the Middle East region, from around 24 mmt in 2007 to almost 63.7 mmt in 2017. Most of the newly installed steelmaking equipment in the region uses electric arc furnace (EAF) technology, reflecting natural endowments of natural gas used to produce direct reduced iron (DRI). Growth is expected to continue over the next few years and steelmaking capacity in the region could increase from 63.7 mmt in 2017 to 86.7 mmt in 2020 (+36.1%), with Iran likely to be the largest contributor to the steel industry's expansion.

The Iranian government has announced plans to increase national steelmaking capacity to 55 mmt by 2025, and there are a number of investment projects, either underway or in the planning stages, taking place in Iran's steel industry (IMIDRO, 2016[1]). If all the projects that are currently underway are completed as scheduled, Iran's nominal crude steelmaking capacity would reach 52.8 mmt by 2020, up from 28.2 mmt in 2016. Although steel demand prospects have been interesting for some foreign investors — e.g. the Chinese Metallurgical Group Corporation (MCC) has announced to finance some of the capacity projects — Iran has been experiencing difficulties in attracting the necessary investment to achieve the target of 55 mmt of steel production capacity by 2025. Elsewhere in the region, Moon Iron & Steel (MISCO) of Oman is building a 1.2 mmt EAF plant, which is expected to be operational in 2018.

## 3.2. Asia and Oceania

Steelmaking capacity in Asia has decreased from 1 521.6 mmt in 2016 to 1 488.9 mmt in 2017 (-2.1%). However, in the absence of additional closures, steelmaking capacity in the region could increase again to 1 507.6 mmt between 2018 and 2020 (+1.3 %). In Oceania, there are no new investments underway, nor were permanent closures observed during 2017 from the publicly available sources used to update the OECD's monitoring databases.

Between 2006 and 2015, Chinese steelmaking capacity more than doubled, from 488 mmt to 1 150.1 mmt. However, capacity has started to decline more recently, falling by around 60 mmt in 2016 from the previous year. Moreover, a target was set for reducing steelmaking capacity by an additional 50 mmt in 2017 as part of the 100-150 mmt closure target set for the period until 2020 by National Development and Reform Commission (NDRC) (NDRC, 2017[2]) (MIIT, 2016[3]).[4] According to the Ministry of Industry and Information Technology (MIIT), the People's Republic of China (hereafter "China") steel capacity closures in 2017 actually exceeded 50 mmt (MIIT, 2018[4]).

China has also started closing down outdated induction furnaces (IF). MIIT reported that 140 mmt of induction furnace (IF) capacities were eliminated in 2017 (MIIT, 2018[4]) (Platts, 2017[5]).[5] It is important to note that IF is not captured in official statistics and the closure of IF is additional to the 100-150 mmt closure target for the period through to 2020.[6]

**10** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

There are some new capacity investments projects in China. Shandong Iron & Steel is building an 8.5 mmt plant in Rizhao, Shandong province. In the context of Shougang Jingtang's investment project in Caofeidian port, Hebei province, the company has started a second phase that entails an additional 5 mmt of steelmaking capacity. These new mills are designed to produce high value-added products to meet demand for flat products in the automotive and home appliance industries in China.

Steelmaking capacity in India has been expanding at a fast rate in recent years and there are several new investment projects underway. Capacity is estimated to have increased to almost 122 mmt in 2016, more than double the level of 56 mmt in 2006. Further growth is expected over the short and longer term. For example, in late 2017, Jindal Steel and Power Ltd. (JSPL) completed the commissioning of a new basic oxygen furnace (BOF) at its Angul plant in the state of Odisha. The National Mineral Development Corporation (NMDC) is constructing a greenfield steelworks in the state of Chhattisgarh, while Steel Authority of India Ltd. (SAIL) is expanding steelmaking capacity at its Bhilai plant, both projects of which are expected to be operational in 2018. In addition, Shree Uttam Steel and Power Ltd. is constructing a greenfield plant in Maharashtra, which is expected to start operations in 2019. As a result of its rapid capacity expansion, India could become the world's second largest steel producer over the next few years.

On 8 May 2017, the Ministry of Steel of India published the "National Steel Policy 2017" (hereafter the NSP 2017) (Ministry of Steel of India, 2017[6]). According to the NSP 2017, India's authorities expect that 300 mmt of domestic crude steelmaking capacity would be required in the economy by 2030-31, based on its demand projections. These expectations assume that most of the projected additional demand for steel would need to be satisfied by domestic steel production. However, attaining such a level of production capacity would entail an additional 175.2 mmt from the 124.8 mmt level in 2017 (+140%) and the NSP notes that this would require an extensive mobilisation of natural resources, finances, manpower and infrastructure (including land).

Steelmaking capacity has expanded rapidly in the Association of South East Asian Nations (ASEAN) over the past decade and there are many steel projects being planned, particularly in Viet Nam. Steelmaking capacity in the ASEAN region has increased from 48.7 mmt to 55.7 mmt between 2016 and 2017 (+14.4 %).

Formosa Ha Tinh Steel has started operating a new BOF with a capacity of 7.0 mmt in Ha Tinh province, Viet Nam in 2017 (Formosa Ha Tinh Steel, 2017[7]). Other projects include the Gunung Steel Group's installation of a 0.5 mmt EAF in North Sumatra, Indonesia, and SteelAsia Manufacturing Corporation's 0.8 mmt EAF in Bulacan, Philippines, which are expected to become operational in 2018. In addition, solid steel demand growth has attracted many foreign investors to the South East Asian region and there are several new investment plans supported by Chinese companies. For example, Alliance Steel, which is funded by Chinese companies, is building a greenfield integrated steel mill with a capacity of 3.5 mmt in Kuantan Industrial Park, Malaysia, with commissioning expected for 2018. The construction of several large BOF plants are also being planned in Viet Nam, which would support capacity growth in the region in the coming few years.

Elsewhere in Asia, Bangladesh and Pakistan have enjoyed strong steel demand growth in recent years, and several projects to build new steel mills are underway. In Bangladesh, GPH Ispat Ltd. and Kabir Group of Industries are constructing new EAF

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

mills, with a total of 1.3 mmt of capacity expected to become operational in 2018. In Pakistan, Amreli Steels Ltd. has commissioned a 0.2 mmt IF in Dhabeji and Agha Steel Industries is installing a 0.08 mmt IF in Karachi, which are expected to become operational in 2018.

There are no capacity investments underway in Japan or Korea, but several closures have recently taken place as part of within-firm resource reallocation plans. For example, Japan's Kyoei Steel and Osaka Steel shut down two EAFs (with a capacity of 0.48 mmt each) in 2016, to reduce production costs and increase efficiency by reallocating all crude steelmaking production to other more efficient plants (Kyoei Steel, 2015[8]) (Osaka Steel, 2015[9]). In addition, Kobe Steel has shut down upstream equipment, also resulting in the permanent closure of a BOF with 1.38 mmt of capacity at Kobe Works at the end of October 2017 (Kobe Steel, 2017[10]). The upstream processes were moved to Kakogawa Works to compensate for the reduction at Kobe Works, but without any corresponding increase in crude steelmaking capacity this is likely to result in higher steelmaking capacity utilisation rates and potentially scale-driven efficiency gains at the Kakogawa Works (Kobe Steel, 2013[11]) (Platts, 2017[12]).[7]

## 3.3. CIS

In the Commonwealth of Independent States (CIS) region, several projects to build EAF and BOF facilities are currently underway. However, most of the capacity developments in this region relate to the modernisation of steel manufacturing facilities, while outdated open hearth furnaces (OHF) are shut down. For example, Russian steelmaker OMK is planning to withdraw an OHF in 2018, while Ukraine's Metinvest has plans to replace its OHF with a capacity of 4.7 mmt with new BOF capacity of 3.2 mmt in 2020. Amongst other projects, Russian steelmaker Tulachermet is installing a 1.8 mmt per year BOF in the Central Federal District, which is expected to be operational in 2018. The steelmaker NLMK has also announced a BOF capacity expansion at its Lipetsk site, of 1.5 mmt by 2020.

In addition, several Russian steel manufacturers are installing EAFs. Torex and Kirov Metallurgical Zavod are constructing new EAF furnaces with a capacity of 0.24 mmt and 0.37 mmt, respectively, which are expected to be operational in 2018. Don-Metal's new EAF with a capacity of 0.16 mmt is also underway with commissioning expected in 2019.

A total of 2.7 mmt of gross capacity additions are either underway or planned for completion in the 2018-20 period in the CIS region. Taking only underway projects into account, steelmaking capacity in the CIS region is expected to increase from 145.7 mmt to 147.8 mmt between 2018 and 2020 (+1.4%).

## 3.4. Africa

In Africa, there are investment projects planned or already underway, aimed at increasing domestically-produced steel for use in developing the region's infrastructure. Overall, a total of 8.5 mmt of gross capacity additions are either underway or planned for completion in the 2018-20 period in Africa, with new investments foreseen mainly in North African economies, and the region's steelmaking capacity is expected to grow from a level of 35 mmt in 2017.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

For example, in Algeria Tosyaly is investing in a new EAF plant with the capacity to produce 2.3 mmt, with a view to starting operations by 2018. Algeria's Qatari Solb Company has started to construct a new steel plant with a capacity of 2.1 mmt, with operations expected to begin in 2018. In Egypt, the Egyptian Steel Group started operation of an EAF mill with a capacity to produce 0.83 mmt of steel in Ain Al Sokhna in 2017, while Ezz Steel's new EAF mill with a capacity of 0.85 mmt is expected to become operational in 2019.

## 3.5. Latin America

In Latin America, most of the capacity expansion projects in the recent past have occurred in Brazil, such as the 3 mmt expansion by Companhia Siderúrgica do Pecém (CSP) in 2016 and Grupo Ferroeste's 0.6 mmt expansion in 2015. However, some capacity expansion plans have been postponed recently due to weak conditions in the steel market. For instance, Arcelor Mittal Brazil's plan to install an EAF with 0.2 mmt of capacity at the Monlevade steel works, which initially was scheduled for commissioning in 2017, has been put on hold. In addition, Siderúrgica Latino Americana (Silat) has postponed its construction of a 1.2 mmt plant in Primavera, Ceará.

However, some EAF projects are underway, or have recently come on stream, in other parts of the region. For example, Gerdau S.A started operations at a 0.65 mmt EAF plant in Perez, Argentina in 2017 and Siderurgica Nacional is installing an EAF plant with 1.55 mmt of capacity in Ciudad Piar, Bolivar, Venezuela, which is expected to become operational in 2018. Overall, the level of steelmaking capacity in Latin America could increase by 2.0% to 77.5 mmt by 2020 if all the underway projects come on stream.

## 3.6. NAFTA

Crude steelmaking capacity in the NAFTA region was around 159 mmt in 2017. Changes during 2018-20 are expected to be relatively small. An addition of 0.6 mmt of EAF steelmaking capacity is expected to be deployed in Mexico's Tlaxcala region in 2018, as a result of an investment project by Industrias CH, Grupo Simec (DANIELI, 2018[13]) (Metal Expert, 2018[14]). In the United States, Commercial Metals Company (CMC) in Oklahoma, started operation of new EAF with capacities of 0.35 mmt in 2017 (CMC, 2018[15]).

A number of closures have taken place in recent years. For example, Warren Steel Holdings shut down an EAF plant in Ohio in 2016 (Platts, 2016[16]). In the absence of additional closures, steelmaking capacity in the region could increase by 0.6 mmt to reach nearly 160 mmt by 2020.

## 3.7. Europe

Steelmaking capacity in Europe decreased from 278.3 mmt to 276.9 mmt in 2017 (-0.5%) and could remain stable between 2018 and 2020, according to the publicly available sources used to update the OECD's monitoring databases.

There are no capacity investments underway in the European Union. Closures have, however, occurred, mainly in downstream and upstream facilities. In Italy, Aferpi started closing its BOF in Piombino in 2017, which had a capacity of 2.9 mmt (Aferpi, 2017[17]). On the other hand, as part of their business plan for revival of Piombino plant,

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Aferpi announced that it was ordering two new EAFs with a capacity of about 1.0 mmt each, during the 2018-2019 period (Aferpi, 2016[18])[8].

In the region "Other Europe" (i.e. Norway, Switzerland and Turkey), there are no steelmaking capacity investment projects underway, except for Turkish Habas's project which started operation of an EAF with 1.5 mmt in Izmir in 2017. A previously foreseen EAF project that was underway, amounting to 0.5 mmt per year, in Turkey (Corbus Celik's plant in Hatay province), has been suspended since 2015.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**14** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

## Annex A. AVAILABLE EVIDENCE OF PLANT LEVEL INVESTMENTS

Table A2 summarises the plant level database providing the developments in underway or planned steelmaking capacity investment projects up to 2020, according to publicly available information.

### Table A1. Investment data

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|---|---|---|---|---|---|---|---|---|---|
| Africa | Algeria | El Hadjar, Annaba | IMETAL | BOF | x 1 | 350 | underway | 2018 | World Steel Capacities |
| Africa | Algeria | Bethioua | Tosyali | EAF | x 1 | 2 300 | underway | 2018 | World Steel Capacities |
| Africa | Algeria | Bellara, Jijel | Algerian Qatari Solb Company | EAF | x 2 | 2 100 | underway | 2018 | World Steel Capacities |
| Africa | Algeria | El Hadjar, Annaba | Gulf National Steel | EAF | x 1 | 600 | postponement | 2018 | World Steel Capacities |
| Africa | Algeria | El Hadjar, Annaba | IMETAL | EAF | x 1 | 600 | plan | 2018 | World Steel Capacities |
| Africa | Algeria | Bellara, Jijel | Algerian Qatari Solb Company | EAF | x 1 | 2 000 | plan | 2019 | Metal Expert |
| Africa | Algeria | Annaba | Emarat Dzayer Steel Company | EAF | x 1 | n/a | plan | n/a | World Steel Capacities |
| Africa | Algeria | n/a | Lamino Group Attia | EAF | x 1 | 600 | plan | n/a | World Steel Capacities |
| Africa | Egypt | Al Ain Al Sokhna | Egyptian Steel Group | EAF | x 1 | 830 | operating | 2017 | Metal Expert |
| Africa | Egypt | Sokhna, Suez | Ezz Steel | EAF | x 1 | 850 | operating | 2018 | Metal Expert |
| Africa | Kenya | Mwavumbo | Top Steel Kenya | Steelmkg | n/a | 157 | plan | n/a | Platts |
| Africa | Kenya | Sinosteel | Sinosteel | Steelmkg | n/a | 1 000 | plan | n/a | Metal Expert |
| Africa | Mozambique | Revuboe Industrial Zone | Capitol Iron & Steel Ltd | Steelmkg | n/a | 500 | plan | n/a | Metal Expert |
| Africa | Nigeria | Lagos | Standard Metallurgical Company | EAF | x 1 | 260 | underway | 2018 | World Steel Capacities |
| Africa | South Africa | Hebei Iron & Steel (Hegang) | Hebei Iron & Steel (Hegang) | Steelmkg | n/a | 5 000 | postponement | 2020 | Metal Expert / Platts |
| Africa | Tanzania | Liganga | Tanzania China International Mineral Resources Ltd | Steelmkg | n/a | 1 000 | plan | n/a | Metal Expert |
| Asia | Bangladesh | Masjiddah, Kumira, Sitakunda, Chittagong | GPH Ispat Ltd | EAF | x 1 | 815 | underway | 2018 | World Steel Capacities |
| Asia | Bangladesh | Ghoramora, Bara Kumira, Sitakunda, Chittagong | Kabir Group of Industries | EAF | n/a | 500 | underway | 2018 | World Steel Capacities |
| Asia | China | Rizhao, Shandong | Shandong Iron & Steel Rizhao | BOF | x 4 | 8 500 | operating | 2017 | Metal Expert, Wood Machenzie |
| Asia | China | Caofeidian port, Hebei | Shougang Jingtang | BOF | x 4 | 5 000 | underway | 2018 | Platts |
| Asia | China | Fangchenggang, Guangxi | Liuzhou Iron & Steel | BOF | x 7 | 14 700 | plan | n/a | Platts |
| Asia | China | Hebei, Laoting | Hebei Iron & Steel (Hegang) | Steelmkg | n/a | 7 100 | plan | n/a | Platts |
| Asia | China | Ningde, Fujian | Angang Iron & Steel Group | Steelmkg | n/a | 10 000 | plan | n/a | Platts |
| Asia | China | Tangshan | Tangshan Bohai Iron & Steel | Steelmkg | n/a | 8 000 | plan | n/a | Platts |
| Asia | China | n/a | HBIS Tangyin (河北钢铁集团唐银钢铁有限公司) | BOF | n/a | 500 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | Jixin (内蒙古吉鑫钢铁) | BOF | n/a | 2 100 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | Qingquan (清泉钢铁有限公司) | BOF | n/a | 500 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | Sanming Fuxin (福建三明钢铁集团福建福鑫钢铁有限公司) | BOF | n/a | 500 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | Suzhou (江苏苏钢集团有限公司) | BOF | n/a | 500 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | Xinxing Kingtec (新兴铸管有限公司金特) | BOF | n/a | 1 000 | operating | 2016 | Wood Machenzie |
| Asia | China | n/a | NHIC (内蒙古北方重工) | EAF | n/a | 2 800 | operating | 2016 | Wood Machenzie |
| Asia | China | Zhanjiang, Guangdong | Guangdong Steel Group Corp | BOF | x 1 | 2 976 | operating | 2016 | Platts |
| Asia | India | Angul, Odisha | Jindal Steel and Power Limited (JSPL) | BOF | x 1 | 3 000 | operating | 2017 | Platts |
| Asia | India | Dilmili, Chhattisgarh | NMDC | BOF | x 2 | 3 000 | underway | 2018 | World Steel Capacities |
| Asia | India | Bhilai, Chhattisgarh | Steel Authority of India Ltd (SAIL) | BOF | x 3 | 3 000 | underway | 2018 | World Steel Capacities |
| Asia | India | Sindhudurg, Maharashtra | Shree Uttam Steel and Power Ltd | BOF | x 1 | 1 550 | underway | 2019 | World Steel Capacities |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

RECENT DEVELOPMENTS IN STEELMAKING CAPACITY | **15**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|---|---|---|---|---|---|---|---|---|---|
| Asia | India | Chhattisgarh (Bastar Greenfield Project) | Tata Steel | Steelmkg | n/a | 5 000 | postponement | n/a | Metal Expert |
| Asia | India | Paradip, Odisha | Essar Steel | BOF | x 1 | 6 000 | plan | 2018 | World Steel Capacities |
| Asia | India | Kalinganagar, Odisha | Mideast Integrated Steel (Mesco Steel) | BOF | n/a | 1 200 | plan | 2019 | World Steel Capacities |
| Asia | India | Kalinganagar, Odisha | Mideast Integrated Steel (Mesco Steel) | BOF | n/a | 2 300 | plan | 2019 | World Steel Capacities |
| Asia | India | Anjar, Gujarat | Welspun Group | BOF | x 2 | 3 000 | plan | 2020 | World Steel Capacities |
| Asia | India | Dolvi, Maharashtra | JSW Ispat Steel Ltd. | BOF | x 2 | 5 000 | plan | 2020 | Platts, World Steel Capacities |
| Asia | India | Patratu, Jharkhand | Jindal Steel and Power Limited (JSPL) | BOF | x 1 | 3 200 | plan | n/a | World Steel Capacities |
| Asia | India | Ballari | Sesa Sterlite | n/a | n/a | 4 000 | plan | n/a | Metal Expert |
| Asia | India | Dilmili, Chhattisgarh | NMDC & SAIL JV | Steelmkg | n/a | 6 000 | plan | n/a | Platts |
| Asia | India | Jajpur, Odisha | Neelachal Ispat Nigam (NINL) | BOF | x 1 | 1 000 | plan | n/a | World Steel Capacities |
| Asia | India | Panjim | Shree Uttam Steel and Power Ltd | BOF | x 1 | 1 550 | plan | n/a | World Steel Capacities |
| Asia | India | Wardha, Maharashtra | Uttam Galva Steels Ltd | Steelmkg | n/a | 1 000 | plan | n/a | Metal Expert |
| Asia | India | Jamshedpur, Jharkhand | Tata Steel | EAF | n/a | 1 500 | plan | n/a | Platts |
| Asia | India | Jharkhand | Tata Steel | Steelmkg | n/a | 12 000 | plan | n/a | Metal Expert |
| Asia | India | Kalinganagar, Odisha | Mideast Integrated Steel (Mesco Steel) | EAF | n/a | 400 | plan | n/a | Metal Expert |
| Asia | India | Kalinganagar, Odisha | Tata Steel | BOF | n/a | 5 000 | plan | n/a | World Steel Capacities, Platts |
| Asia | India | Keonjhar, Odisha | NMDC & OMC JV | Steelmkg | n/a | 12 000 | plan | n/a | Metal Expert |
| Asia | India | Marakuta | MSP Metallics Ltd | IF | x 4 | 240 | plan | n/a | World Steel Capacities |
| Asia | India | Odisha | POSCO India Limited | Steelmkg | n/a | 12 000 | plan | n/a | Platts |
| Asia | India | Salboni, West Bengal | JSW Steel | BOF | x 2 | 3 000 | plan | n/a | Platts, Metal Expert |
| Asia | India | Salboni, West Bengal | JSW Steel | Steelmkg | n/a | 7 000 | plan | n/a | Platts, Metal Expert |
| Asia | India | Jharkhand | JSW Steel | Steelmkg | n/a | 10 000 | plan | n/a | Metal Expert |
| Asia | India | Odisha | JSW Steel | Steelmkg | n/a | 10 000 | plan | n/a | Metal Expert |
| Asia | India | Vijayanagar, Karnataka | JSW Steel | BOF | x 1 | 2 000 | operating | 2016 | Metal Expert |
| Asia | India | Visakhapatnam, Andhra-Pradesh | Rashtriya Ispat Nigam Ltd (RINL) | BOF | x 1 | 1 000 | operating | 2016 | Metal Expert |
| Asia | India | Jharkhand | ArcelorMittal | Steelmkg | n/a | 3 000 | cancelled | n/a | Metal Expert |
| Asia | India | Karnataka | ArcelorMittal | Steelmkg | n/a | 6 000 | cancelled | n/a | Metal Expert |
| Asia | Indonesia | North Sumatra | Gunung Gahapi Sakti (GGS) | EAF | x 1 | 500 | underway | 2018 | Metal Expert |
| Asia | Indonesia | North Sumatra | Gunung Gahapi Sakti (GGS) | EAF | x 1 | 500 | plan | n/a | Metal Expert |
| Asia | Indonesia | Central Sulawesi | Anshan Iron & Steel Group Corporation | Steelmkg | n/a | 5 000 | plan | n/a | Platts |
| Asia | Indonesia | China Minsheng Investment Co | China Minsheng Investment Co | Steelmkg | n/a | 3 000 | plan | n/a | Metal Expert |
| Asia | Indonesia | Cilegon, West Java | Krakatau POSCO | Steelmkg | n/a | 3 000 | plan | n/a | Metal Expert |
| Asia | Indonesia | East Java | Wuhan Iron & Steel (Wugang) | EAF | x 1 | 5 000 | plan | n/a | Platts |
| Asia | Malaysia | Kuantan Industrial Park | Alliance Steel | BOF | x 2 | 3 500 | underway | 2018 | Platts, World Steel Capacities |
| Asia | Malaysia | Kemaman,Terengganu | Eastern Steel Sdn Bhd | Steelmkg | n/a | 2 000 | plan | n/a | Metal Expert |
| Asia | Malaysia | Sarawak State | Hebei Xinwuan Steel Group | BOF | x 1 | 5 000 | plan | n/a | Metal Expert |
| Asia | Malaysia | Selangor Darul Ehsan | The Lion Group | BOF | x 1 | 1 600 | plan | n/a | World Steel Capacities |
| Asia | Mongolia | Sainshand | DRI plant and steelworks project | Steelmkg | n/a | 3 500 | plan | n/a | Platts |
| Asia | Pakistan | Karachi | Faizan Steel Mills | IF | x 2 | 80 | underway | 2018 | World Steel Capacities |
| Asia | Pakistan | Dhabeji | Amreli Steels / Dhabeji plant | IF | x 1 | 200 | plan | 2018 | World Steel Capacities |
| Asia | Pakistan | Port Qasim, Karachi | Agha Steel Industries | EAF | x 1 | 300 | plan | 2018 | World Steel Capacities |
| Asia | Pakistan | Faisalabad | Faisalabad Works | IF | x 2 | 600 | plan | 2019 | World Steel Capacities |
| Asia | Pakistan | n/a | Taybah Steel Group | EAF | x 1 | 500 | plan | 2020 | World Steel Capacities |
| Asia | Pakistan | n/a | Taybah Steel Group | EAF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Pakistan | n/a | Indus Consortium Mining & Steel Industry | BOF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Pakistan | n/a | Indus Consortium Mining & Steel Industry | BOF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Pakistan | Dhabeji | Amreli Steels / Dhabeji plant | IF | x 1 | 200 | operating | 2017 | World Steel Capacities |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**16** | **RECENT DEVELOPMENTS IN STEELMAKING CAPACITY**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|---|---|---|---|---|---|---|---|---|---|
| Asia | Philippines | Bulacan | SteelAsia Manufacturing Corporation | EAF | n/a | 800 | underway | 2018 | World Steel Capacities |
| Asia | Philippines | Bulacan | SteelAsia Manufacturing Corporation | EAF | n/a | 600 | plan | 2018 | World Steel Capacities |
| Asia | Philippines | Davao | SteelAsia Manufacturing Corporation | EAF | n/a | n/a | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Haiphong | Australia Steel Billet Co | EAF | n/a | 750 | postponement | n/a | Metal Expert |
| Asia | Viet Nam | Ninh Binh | Kyoei Steel Vietnam Company | EAF | x 1 | 300 | plan | n/a | Platts |
| Asia | Viet Nam | Hai Phong | Vietnam-Japan Steel (Vija) | EAF | x 1 | 350 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Dung Quat Industrial Park, Quang Ngai | Hoa Phat Group | BOF | x 2 | 2 000 | plan | 2018 | Metal Expert |
| Asia | Viet Nam | Dung Quat Industrial Park, Quang Ngai | Hoa Phat Group | BOF | x 2 | 2 000 | plan | 2019 | World Steel Capacities |
| Asia | Viet Nam | Lao Cai | Vietnam Steel Corporation (VSC) | BOF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Thai Nguyen | Thai Nguyen Iron & Steel Corporation (TISCO) | BOF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Tang Loong Industrial Zone in Bao Thang district, Lao Cai province | Viet - Trung Metallurgy Company | BOF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Phu My, Ba Ria Vung Tau | Hoa Sen Group | EAF | n/a | 800 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Phu My, Ba Ria Vung Tau | Hoa Sen Group | EAF | n/a | 500 | plan | n/a | World Steel Capacities |
| Asia | Viet Nam | Vung Ang, Ha Tinh | Formosa Ha Tinh Steel Corp | BOF | x 3 | 7 000 | operating | 2017 | World Steel Capacities, Company HP |
| Asia | Viet Nam | Vung Ang, Ha Tinh | Formosa Ha Tinh Steel Corp | BOF | x 1 | 3 000 | plan | n/a | World Steel Capacities |
| CIS | Azerbaijan | The Azerbaijani Government | The Azerbaijani Government | Steelmkg | n/a | n/a | plan | n/a | Platts |
| CIS | Georgia | Rustavi | Georgian Steel | EAF | x 1 | 180 | postponement | n/a | Platts |
| CIS | Georgia | Rustavi | Georgian Steel | EAF | x 1 | 180 | plan | n/a | Platts |
| CIS | Kazakhstan | Aktau | Caspian Stal | EAF | x 1 | 80 | plan | n/a | World Steel Capacities |
| CIS | Kazakhstan | Aktau | Aksuskiy Electrical Steel Works | EAF | x 1 | 600 | plan | n/a | World Steel Capacities |
| CIS | Kazakhstan | Aktobe | SBS Group | EAF | x 1 | 300 | plan | n/a | World Steel Capacities |
| CIS | Kazakhstan | Shymkent | Ferrum-Vtor | EAF | x 1 | 350 | plan | n/a | World Steel Capacities |
| CIS | Kyrgyztan | Chuyskya region | Kyrgyz Metall | EAF | x 1 | 120 | plan | 2018 | World Steel Capacities |
| CIS | Russian Federation | Khabarovsk | Torex / Khabarovsk Steel Mill | EAF | x 1 | 240 | underway | 2018 | World Steel Capacities |
| CIS | Russian Federation | Kirov | Kirov Metallurgical Zavod | EAF | x 1 | 372 | underway | 2018 | World Steel Capacities |
| CIS | Russian Federation | Tula, Central Federal District | Tulachermet | BOF | x 1 | 1 800 | underway | n/a | World Steel Capacities |
| CIS | Russian Federation | Rostov, Southern Federal District | Don-Metall | EAF | x 1 | 160 | underway | 2018 | Metal Expert |
| CIS | Russian Federation | Lipetsk site | NLMK | BOF | x 2 | 1 500 | underway | 2020 | Company HP, Platts |
| CIS | Russian Federation | Nizhny Tagil | Evraz NTMK | BOF | x 1 | 2 000 | postponement | 2017 | World Steel Capacities |
| CIS | Russian Federation | Nizhny Tagil | Evraz NTMK | BOF | x 1 | 1 500 | postponement | 2017 | World Steel Capacities |
| CIS | Russian Federation | Murmansk | Monchegorsk Mechanical Engineering Plant | EAF | n/a | 135 | postponement | 2017 | Metal Expert |
| CIS | Russian Federation | Kolpino, Northwestern Federal District | Mera-Stal | EAF | x 1 | 350 | postponement | 2017 | Metal Expert |
| CIS | Russian Federation | Kineshma | Kineshma Electrometallurgical Works | IF | x 1 | 240 | postponement | 2017 | World Steel Capacities |
| CIS | Russian Federation | Bratsk, Siberian Federal District | East Siberian Metallurgical Co | EAF | x 1 | 270 | postponement | 2018 | Metal Expert |
| CIS | Russian Federation | Chusovoy, Volga Federal District | United Metallurgical (OMK) | EAF | x 1 | 800 | postponement | 2018 | Ministry of Industry and Trade of the Russian Federation |
| CIS | Russian Federation | Leningradskaya region | Metal and Innovations | EAF | x 1 | 350 | postponement | 2019 | World Steel Capacities |
| CIS | Russian Federation | Rostov, Southern Federal District | DonElectroStal | EAF | x 1 | 285 | postponement | 2022 | World Steel Capacities |
| CIS | Russian Federation | Volgotsemmash | Volgotsemmash | EAF | n/a | 500 | postponement | n/a | Metal Expert |
| CIS | Russian Federation | Mtsensk, Orel | StalKron | EAF | n/a | 500 | postponement | n/a | Metal Expert |
| CIS | Russian Federation | Krasnoyarsk | Krasny Yar AO | EAF | n/a | 200 | postponement | n/a | World Steel Capacities |
| CIS | Russian Federation | Volgotsemmash | Volgotsemmash | EAF | n/a | 500 | postponement | n/a | Metal Expert |
| CIS | Russian Federation | Magnitogorsk | Magnitogorsk Iron & Steel Works | BOF | x 1 | 3 200 | plan | 2018 | World Steel Capacities |
| CIS | Russian Federation | Beloretsk | Belstal | BOF | x 1 | 500 | plan | 2018 | World Steel Capacities |
| CIS | Russian Federation | Khabarovsk | | BOF | x 1 | n/a | plan | n/a | World Steel Capacities |
| CIS | Russian Federation | Chelyabinsk | Zlatoust Steel Plant | EAF | x 1 | 700 | plan | n/a | Ministry of Industry and Trade of the Russian Federation |
| CIS | Russian Federation | Novotroitsk | Metalloinvest | BOF | x 1 | 3 000 | plan | n/a | World Steel Capacities |
| CIS | Russian Federation | Irkutsk, Siberian Federal District | Basic Element and En+ Group | Steelmkg | n/a | 260 | plan | n/a | Ministry of Industry and Trade of the Russian Federation |

RECENT DEVELOPMENTS IN STEELMAKING CAPACITY | **17**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|---|---|---|---|---|---|---|---|---|---|
| CIS | Russian Federation | Tula, Central Federal District | Tulachermet | BOF | x 1 | 1 870 | plan | n/a | Metal Expert |
| CIS | Russian Federation | Leninogorsk | TatStal | EAF | x 1 | 1 200 | cancelled | 2017 | World Steel Capacities |
| CIS | Russian Federation | Tatarstan | Maxi-Invest investment company | EAF | x 1 | 1 200 | cancelled | n/a | Metal Expert |
| CIS | Ukraine | Zaporizhzhya | Metinvest | BOF | x 2 | 3 200 | underway | 2020 | World Steel Capacities |
| CIS | Ukraine | Mariupol | Ilyich Iron and Steel Works | BOF | x 2 | 5 000 | postponement | 2017 | World Steel Capacities |
| CIS | Ukraine | Donetsk | Donetsk Iron & Steel Works (DMZ) | EAF | x 1 | 1 500 | postponement | n/a | Platts |
| Europe | Germany | Badische Stahlwerke GmbH | Badische Stahlwerke GmbH | EAF | x 2 | 400 | plan | n/a | World Steel Capacities |
| Europe | Italy | n/a | Aferpi | EAF | x 1 | 1 000 | plan | 2018 | World Steel Capacities |
| Europe | Italy | n/a | Aferpi | EAF | x 1 | 1 000 | plan | 2019 | World Steel Capacities |
| Latin America | Argentina | Perez | Gerdau S.A. | EAF | x 1 | 650 | operating | 2017 | World Steel Capacities |
| Latin America | Bolivia | El Mutún, Santa Cruz | Empresa Siderurgica del Mutun | EAF | x 1 | 150 | plan | 2019 | World Steel Capacities |
| Latin America | Bolivia | Buena Vista, Santa Cruz province | Las Lomas | EAF | n/a | 200 | plan | 2019 | Platts |
| Latin America | Brazil | Monlevade | ArcelorMittal Brazil | BOF | x 1 | 1 200 | postponement | 2017 | Metal Expert |
| Latin America | Brazil | Primavera, Ceará | Siderúrgica Latino Americana (Silat) | EAF | x 1 | 1 200 | postponement | n/a | Metal Expert |
| Latin America | Brazil | Juiz de Fora | ArcelorMittal Acos Longos | EAF | x 1 | 200 | plan | n/a | World Steel Capacities |
| Latin America | Brazil | Ceara | Companhia Siderúrgica do Pecém (CSP) | Steelmkg | n/a | 3 000 | plan | n/a | Metal Expert |
| Latin America | Brazil | Espírito Santo | Companhia Siderúrgica Ubu (CSU) | Steelmkg | n/a | 5 000 | plan | n/a | Metal Expert |
| Latin America | Brazil | Pará | Aços Laminados do Pará (ALPA) | Steelmkg | n/a | 2 500 | plan | n/a | Metal Expert |
| Latin America | Ecuador | Jv with Sinosteel | State-owned flat steel mill | n/a | n/a | n/a | plan | n/a | Platts |
| Latin America | Ecuador | Porsorja | EP Petroecuador | EAF | x 1 | 1 000 | plan | n/a | World Steel Capacities |
| Latin America | Peru | Pisco | Aceros Arequipa | EAF | x 1 | 650 | plan | 2018 | Platts |
| Latin America | Peru | Pisco | Aceros Arequipa | EAF | x 1 | 400 | plan | 2019 | World Steel Capacities |
| Latin America | Venezuela | Ciudad Piar, Bolivar | Siderurgica Nacional | EAF | x 1 | 1 550 | underway | 2018 | World Steel Capacities |
| Latin America | Venezuela | Ciudad Ojeda, Zulia | Gerdau Sizuca | EAF | x 1 | 60 | plan | n/a | Metal Expert |
| Middle East | Afghanistan | Hajigak | Afghan Iron & Steel Consortium (Afisco) | Steelmkg | n/a | 1 200 | plan | n/a | Platts |
| Middle East | Iran | Bandar Abbas | Kish South Kaveh Steel | EAF | x 1 | 1 200 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | C. KHORASAN, Torbat Heydariyeh | National Iranian Steel Company | EAF | x 1 | 800 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Esfahan | Natanz Steel Industries | EAF | x 1 | 850 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Shiraz | Fasa Steel Complex Co (Fasco) | EAF | x 1 | 1 500 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Kermanshah | Bistoun Steel | IF | x 1 | 400 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Sadrfoulad | Sadrfoulad Complex | EAF | x 1 | 400 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Saeb Steel Complex | Saeb Steel Complex | EAF | x 1 | 550 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Bardsir | MIDHCO / Bardsir Sponge Iron and Steel Plant - Bardsir Steel Making Plant | EAF | x 1 | 1 000 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Zarand Iron & Steel Company (ZISCO) | Zarand Iron & Steel Company (ZISCO) | BOF | x 1 | 1 700 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Urmia 2nd Industrial Zone, Western Azerbaijan | Orumieh Steel Group | EAF | n/a | 1 200 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Charmahal-va-Bakhtiyari | Mobarakeh Steel / Sefid Dasht Steel Complex (Chaharmahal Bakhtiari) | EAF | x 1 | 1 000 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Fars | Eghlid Steel | EAF | x 1 | 1 500 | underway | 2018 | irsteel.com |
| Middle East | Iran | Khorasan | IMIDRO (Sabzevar Steel) | EAF | x 1 | 800 | underway | 2018 | Platts, World Steel Capacities |
| Middle East | Iran | Shadegan, Khuzestan | Khouzestan / Shadegan Steel Complex | EAF | x 1 | 1 000 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Khuzestan | Arvand Jahanara Steel Company | EAF | x 1 | 1 200 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Yazd | Iran Alloy Steel Company | EAF | x 1 | 700 | underway | 2018 | World Steel Capacities |

**18** | **RECENT DEVELOPMENTS IN STEELMAKING CAPACITY**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|---|---|---|---|---|---|---|---|---|---|
| Middle East | Iran | Eshtehard, Alborz | Aria Zob Steel Complex | EAF | x 1 | 500 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Sirjan, Kerman | Golgohar Mining & Industrial Co. / Jahan Foolad Sirjan Steel Complex | EAF | x 1 | 1 300 | underway | 2018 | World Steel Capacities |
| Middle East | Iran | Chatroud, Kerman Province | Butia Steel Company | EAF | x 1 | 1 500 | underway | 2019 | Metal Expert |
| Middle East | Iran | Abarkooh, Yazd | Abar Kouh Steel & Rolling | EAF | x 1 | 600 | underway | 2019 | World Steel Capacities |
| Middle East | Iran | Abarkuh, Yazd, Sarmad Abarkuh | Sarmad Iron and Steel Company | EAF | n/a | 600 | underway | 2020 | World Steel Capacities |
| Middle East | Iran | Hormozgan, Hormozgan | Mobarakeh Steel | EAF | x 1 | 1 500 | underway | 2020 | World Steel Capacities |
| Middle East | Iran | Bonab | Bonab Steel Complex | EAF | x 1 | 1 500 | cancelled | n/a | World Steel Capacities |
| Middle East | Iran | Sadr | Shahrood Steel Co | EAF | x 1 | 400 | underway | n/a | World Steel Capacities |
| Middle East | Iran | n/a | Azna Steel | EAF | x 1 | 700 | underway | n/a | World Steel Capacities |
| Middle East | Iran | Sirjan Iranian Steel Company (SISCO) | MIDHCO / Sirjan Iranian Steel Company (SISCO) | EAF | n/a | 1 000 | underway | n/a | Company HP |
| Middle East | Iran | Sadr | Shahrood Steel Co | EAF | x 1 | 300 | underway | n/a | World Steel Capacities |
| Middle East | Iran | Chabahar city, Sistan and Baluchestan | Pars Kohan Diar Parsian Steel (PKP) | EAF | x 1 | 1 600 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Malekan, Eastern Azerbaijan | Malekan Steel | EAF | x 1 | 400 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Azerbaijan | Eight mini steelworks (Mianeh Steel) | EAF | x 1 | 800 | plan | 2018 | Platts |
| Middle East | Iran | n/a | Bafgh Mineral Complex Iron and Steel Industry Company (B-MISCO) | EAF | x 1 | 800 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Sefid dasht Industrial Park, Chahamahal and Bakhtiari | Saba Foulad Zagros | EAF | x 1 | 460 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Golgohar | Golgohar Mining & Industrial Co. | EAF | x 1 | 1 500 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Dezful, Khorasan province | Dezful Steel | IF | x 1 | 450 | plan | 2018 | World Steel Capacities |
| Middle East | Iran | Ahwaz | Khouzestan Steel Company (KSC) | EAF | x 6 | 1 400 | plan | 2019 | Metal Expert |
| Middle East | Iran | Qeshm Free Zone | Qeshm Steel Development Co.(QE.S.D.Co) | EAF | x 1 | 1 500 | plan | 2021 | World Steel Capacities |
| Middle East | Iran | Qeshm Free Zone | Qeshm Steel Development Co.(QE.S.D.Co) | EAF | x 1 | 1 500 | plan | 2023 | World Steel Capacities |
| Middle East | Iran | Khouzestan | Eight mini steelworks (Shadegan Steel) | EAF | x 1 | 1 000 | plan | n/a | Metal Expert |
| Middle East | Iran | Macran Steel Complex | IMIDRO | EAF | x 1 | 3 200 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Bandar Abbas, Hormozgan | Persian Gulf Saba Steel | EAF | x 1 | 1 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Bandar Abbas, Hormozgan | Persian Gulf Saba Steel | EAF | x 1 | 1 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Bandar Abbas, Hormozgan | Persian Gulf Saba Steel | EAF | x 1 | 1 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Torbat Heydariyeh | Mobarakeh Steel | EAF | x 1 | 1 000 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Torbat Heydariyeh | Torbat Heydariyeh Steel | EAF | x 1 | 1 450 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Torbat Heydariyeh | Torbat Heydariyeh Steel | EAF | x 1 | 1 450 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Chahamahal Bakhtiari | Eight mini steelworks (Sefid Dasht Steel) | EAF | x 1 | 800 | plan | n/a | Metal Expert |
| Middle East | Iran | Esfahan | Esfahan Steel | BOF | x 2 | 2 280 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Esfahan | Esfahan Steel | EAF | x 1 | 1 650 | plan | n/a | Metal Bulletin |
| Middle East | Iran | Fars | Eight mini steelworks (Neyriz Steel) | EAF | x 1 | 800 | plan | n/a | Platts |
| Middle East | Iran | Kerman | Eight mini steelworks (Baft Steel) | EAF | x 1 | 800 | plan | n/a | Platts |
| Middle East | Iran | Shadegan Steel Complex | Khouzestan | EAF | x 1 | 1 300 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Khorramshahr Steel | Khouzestan | EAF | x 1 | 1 250 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Khorramshahr Steel | Khouzestan | EAF | x 1 | 1 250 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Khorramshahr Steel | Khouzestan | EAF | x 1 | 1 250 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Khorramshahr Steel | Khouzestan | EAF | x 1 | 1 250 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Khuzestan | Arvand Jahanara Steel Company | EAF | x 1 | 1 200 | plan | n/a | World Steel Capacities |
| Middle East | Iran | n/a | North West Steel Industries (NWSI) | EAF | x 1 | 800 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Samangan Steel Industries | Samangan Steel Industries | EAF | x 1 | 750 | plan | n/a | Metal Expert |
| Middle East | Iran | Samangan Steel Industries | Samangan Steel Industries | EAF | x 1 | 750 | plan | n/a | Metal Expert |
| Middle East | Iran | Golgohar | Golgohar Mining & Industrial Co. | EAF | x 1 | 1 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Golgohar | Golgohar Mining & Industrial Co. | EAF | x 1 | 1 000 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Sistan and Baluchestan | IMIDRO | EAF | x 1 | 3 200 | plan | n/a | Metal Expert |
| Middle East | Iran | n/a | Foolad Kavir | EAF | x 1 | 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | Tehran | West Alborz Steel Co. | EAF | x 1 | 1 000 | plan | n/a | World Steel Capacities |

RECENT DEVELOPMENTS IN STEELMAKING CAPACITY | **19**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | CAPACITY | STATUS | START | SOURCES |
|--------|-----------|----------|---------|-----------|---------------------|----------|--------|-------|---------|
| Middle East | Iran | Yazd | Chadormalu Mining & Industrial Co / Samen Steel | EAF | x 1 | 1 300 | operating | 2017 | World Steel Capacities |
| Middle East | Iran | Khorasan | Khorasan Steel Complex | EAF | x 1 | 650 | operating | 2017 | World Steel Capacities |
| Middle East | Iran | Shahrekord | Mobarakeh Steel / Saba Steel Complex | EAF | x 1 | 850 | operating | 2017 | World Steel Capacities |
| Middle East | Iran | Erbil | WorldBridge Steel | EAF | x 1 | 500 | postponement | 2017 | Metal Expert |
| Middle East | Iran | Zonouz (Shams Iron & Steel Complex) | Daric Investment Group | EAF | x 1 | 1 500 | plan | n/a | World Steel Capacities |
| Middle East | Iran | South Khorasan | IMIDRO / Ghaenat Steel Complex | EAF | x 1 | 800 | plan | n/a | World Steel Capacities |
| Middle East | Iraq | Basra | Al Moussawi Trading | EAF | n/a | 500 | plan | n/a | Platts |
| Middle East | Iraq | Sulaymaniyah, Kurdistan | Mass Group Holding | EAF | x 1 | 250 | plan | n/a | Metal Expert |
| Middle East | Iraq | Taji | Al-Sumood Company for Steel Industries | EAF | x 2 | 150 | plan | n/a | Platts |
| Middle East | Jordan | Zarqa | National Steel Industry | IF | x 1 | 100 | postponement | 2018 | Metal Expert |
| Middle East | Oman | Sohar | Moon Iron & Steel (MISCO) | EAF | x 1 | 1 200 | underway | 2018 | Metal Expert |
| Middle East | Oman | Sur | Sun Metals | EAF | x 2 | 2 400 | postponement | 2018 | Metal Expert |
| Middle East | Oman | Muscat Steel | Muscat Steel | EAF | x 1 | 200 | plan | n/a | Metal Expert |
| Middle East | Saudi Arabia | Jeddah | Arkan Steel | EAF | x 1 | 600 | plan | n/a | World Steel Capacities |
| Middle East | Saudi Arabia | Rabigh | Al-Raki for Trading & Industry | EAF | x 1 | 400 | postponement | 2017 | World Steel Capacities |
| Middle East | Saudi Arabia | Yanbu, Medina | Atoun Steel Industry | EAF | x 1 | 910 | postponement | 2017 | Metal Expert |
| Middle East | Saudi Arabia | Jizan | Al-Yamamah Steel Industries | EAF | x 1 | 1 000 | postponement | n/a | Platts |
| Middle East | Saudi Arabia | Rabigh | Factory Rabigh Steel Industry | EAF | x 1 | n/a | plan | n/a | World Steel Capacities |
| Middle East | Saudi Arabia | Ras Al-Khair | Gulf Tubing Co | EAF | x 1 | 600 | plan | 2019 | Metal Expert |
| Middle East | Saudi Arabia | Al-Jubail | Saudi Iron & Steel Co (Hadeed) | Steelmkg | n/a | 3 500 | plan | 2025 | Metal Expert |
| Middle East | Saudi Arabia | Dammam | Al-Qaryan Steel Company | EAF | x 1 | 300 | plan | n/a | Metal Expert |
| Middle East | Saudi Arabia | Watani Steel II, Riyadh | Taybah Steel | EAF | x 1 | 1 500 | plan | n/a | Metal Expert |
| Middle East | Saudi Arabia | Riyadh | Rajhi Steel Industries | EAF | x 1 | 2 000 | cancelled | 2017 | World Steel Capacities |
| Middle East | United Arab Emirates | Abu Dhabi | BILDCO | Steelmkg | n/a | 1 000 | postponement | n/a | Metal Expert |
| Middle East | United Arab Emirates | Jebel Ali, Dubai | Gulf National Steel | EAF | n/a | 500 | plan | 2019 | World Steel Capacities |
| NAFTA | Mexico | Apizaco, Tlaxcala | Grupo SIMEC / Industrias CH | EAF | x 1 | 600 | underway | 2018 | World Steel Capacities, Company HP |
| NAFTA | Mexico | Pesqueria, Nuevo Leon | Ternium Mexico | EAF | x 2 | 3 000 | plan | n/a | MBR |
| NAFTA | Mexico | Nuevo León | Frisa | EAF | x 1 | 350 | operating | 2016 | Platts |
| NAFTA | United States | Durant, Oklahoma | CMC Steel Oklahoma (Durant) | EAF | x 1 | 350 | operating | 2017 | World Steel Capacities, Company HP |
| NAFTA | United States | San Patricio | Tianjin Pipe Group (TPCO) | EAF | x 1 | 500 | plan | n/a | World Steel Capacities |
| NAFTA | United States | Louisiana | Benteler Steel/Tube | EAF | x 1 | n/a | plan | 2018 | World Steel Capacities |
| NAFTA | United States | Montpelier, Iowa | SSAB North American Division | EAF | x 1 | 1 200 | plan | n/a | Metal Expert |
| NAFTA | United States | Texas | E Unitd Group | EAF | x 2 | 2 500 | plan | n/a | Metal Expert |
| NAFTA | United States | Fairfield, Alabama | US Steel | EAF | n/a | 1 600 | plan | n/a | World Steel Capacities |
| Other Europe | Turkey | n/a | Platinum Demir Celik | IF | x 2 | 100 | postponement | 2017 | Metal Expert |
| Other Europe | Turkey | Payas, Hatay | Corbus Celik | EAF | n/a | 500 | postponement | n/a | Platts |
| Other Europe | Turkey | Bartin | Mescier Steel Industry & Trade L.C. | EAF | x 1 | 1 000 | postponement | n/a | Metal Expert |
| Other Europe | Turkey | Osmaniye | Yolbulan Bastug | EAF | x 1 | 2 000 | plan | cancelled | Platts |
| Other Europe | Turkey | Canakkale, Biga | Icdas | BOF | n/a | 2 000 | plan | cancelled | Metal Expert |
| Other Europe | Turkey | Filyos, Zonguldak | Kardemir | BOF | n/a | 6 000 | plan | cancelled | Platts |
| Other Europe | Turkey | Orhangazi, Bursa | Asil Celik | EAF | x 1 | 500 | plan | n/a | Metal Expert |
| Other Europe | Turkey | Aliaga, Izmir | Ege Celik | EAF | x 1 | 1 200 | plan | n/a | World Steel Capacities |
| Other Europe | Turkey | Izmir | Habas | EAF | x 1 | 1 500 | operating | 2017 | Metal Expert |

*Source*: Media sources listed in the table.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**20** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

# Annex B. AVAILABLE EVIDENCE OF PLANT LEVEL CLOSURES

The closure information collected in this table is based on plant-level data originally obtained from public and commercial sources, in particular from media reports, but does not represent an exhaustive list of closures. These sources are listed in Table A3.

**Table A2. Closure data**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | DETAIL | TYPE OF CLOSURE | CAPACITY | Year | SOURCES |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | China | n/a | Anhui Fuxin (安徽富鑫钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Anhui Jin'an (安徽金安钢铁) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Antai Hebei (河北安泰实业有限公司) | BOF | n/a | n/a | Permanent | 970 | 2016 | Wood Machenzie |
| Asia | China | n/a | Bajiao (德阳八角钢铁) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Baode (唐山宝得钢铁有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | Baogang (包钢集团有限责任公司) | BOF | n/a | n/a | Permanent | 450 | 2016 | Wood Machenzie |
| Asia | China | n/a | Baowu Kungang (宝武集团昆明钢铁集团) | BOF | n/a | n/a | Permanent | 1 170 | 2016 | Wood Machenzie |
| Asia | China | n/a | Baowu Wuhan (宝武集团武汉总公司) | BOF | n/a | n/a | Permanent | 2 120 | 2016 | Wood Machenzie |
| Asia | China | n/a | Baoxin Special (包头市宝鑫特钢有限责任公司) | BOF | n/a | n/a | Permanent | 70 | 2016 | Wood Machenzie |
| Asia | China | n/a | Changping (山西常平集团有限公司) | BOF | n/a | n/a | Permanent | 1 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Chongqing Yuxi (重庆渝西钢铁集团) | BOF | n/a | n/a | Permanent | 100 | 2016 | Wood Machenzie |
| Asia | China | n/a | Chuanwei (四川川威集团有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | Dazhou (四川省达州钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Delong Aoyu (德龙涞源奥宇钢铁) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | Donghai (唐山东海钢铁有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Dongshan (河北新武安钢铁集团东山冶金工业有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Fushun Fuxin (安徽省河北省富钢铁公司) | BOF | n/a | n/a | Permanent | 1 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Guanyuan Metal Products (廊坊市沃远金属制品有限公司) | BOF | n/a | n/a | Permanent | 2 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Guofeng (唐山国丰钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 700 | 2016 | Wood Machenzie |
| Asia | China | n/a | Hangzhou (杭州钢铁集团公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | HBIS Shijiazhuang (河北钢铁集团石家庄钢铁公司) | BOF | n/a | n/a | Permanent | 350 | 2016 | Wood Machenzie |
| Asia | China | n/a | HBIS Tangshan (河北钢铁集团唐山公司) | BOF | n/a | n/a | Permanent | 720 | 2016 | Wood Machenzie |
| Asia | China | n/a | Hebei Xinjin (河北新武安钢铁集团新金钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 100 | 2016 | Wood Machenzie |
| Asia | China | n/a | Henglong (重庆万州恒降钢铁公司) | BOF | n/a | n/a | Permanent | 450 | 2016 | Wood Machenzie |
| Asia | China | n/a | Huaie Alloy (连云港华尔合金有限公司) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiangxin (山东临沂江鑫钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiaxin (唐山佳鑫钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 050 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jinxi Iron and Steel (河北唐山津西钢铁) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiugang Hongxing (酒泉钢铁集团宏兴钢铁股份有限公司（嘉峪关）) | BOF | n/a | n/a | Permanent | 550 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiugang Yicheng (酒泉钢铁集团宜昌公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiugang Yuzhong (酒泉钢铁集团甘肃榆中分公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiujiang Wire (九江线材钢铁有限公司) | BOF | n/a | n/a | Permanent | 450 | 2016 | Wood Machenzie |
| Asia | China | n/a | Liangang Ruifeng (唐山瑞丰钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

RECENT DEVELOPMENTS IN STEELMAKING CAPACITY | **21**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | DETAIL | TYPE OF CLOSURE | CAPACITY | Year | SOURCES |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | China | n/a | Lueyang (陕西略阳钢铁) | BOF | n/a | n/a | Permanent | 800 | 2016 | Wood Machenzie |
| Asia | China | n/a | Ma'anshan (马钢集团马鞍山钢铁股份有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Machenzie |
| Asia | China | n/a | Masteel Hefei (马钢集团合肥钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 1 700 | 2016 | Wood Machenzie |
| Asia | China | n/a | Nanchang (江西南昌钢铁有限责任公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Nanfang (河南信马店南方钢铁有限公司) | BOF | n/a | n/a | Permanent | 750 | 2016 | Wood Machenzie |
| Asia | China | n/a | Pangang Chengdu (鞍钢集团攀钢集团成都钢钒公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Pangang Panzhihua (鞍钢集团攀枝花钢铁（集团）有限责任公司) | BOF | n/a | n/a | Permanent | 1 250 | 2016 | Wood Machenzie |
| Asia | China | n/a | Pangang Xichang (鞍钢集团攀钢集团西昌钢钒有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Pinggang (方大集团江西萍乡钢铁公司) | BOF | n/a | n/a | Permanent | 770 | 2016 | Wood Machenzie |
| Asia | China | n/a | Pinggang Special Steel (方大集团萍乡萍钢特钢有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Machenzie |
| Asia | China | n/a | Puyang (河北新武安钢铁集团普阳钢铁有限公司) | BOF | n/a | n/a | Permanent | 430 | 2016 | Wood Machenzie |
| Asia | China | n/a | Qian'an Jin'an (津安钢铁有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Qianjin (河北秦皇岛前进钢铁) | BOF | n/a | n/a | Permanent | 660 | 2016 | Wood Machenzie |
| Asia | China | n/a | Qinyou (扬州市泰郁特种金属材料有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Quanfu (山西晨福钢铁广) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Rongxin (荣信钢铁有限公司) | BOF | n/a | n/a | Permanent | 580 | 2016 | Wood Machenzie |
| Asia | China | n/a | Sande (临沂三德钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shagang Xixing (沙钢集团江苏锡兴钢铁有限公司) | BOF | n/a | n/a | Permanent | 800 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shanghai Stainless Steel (宝武集团上海第一钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 240 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shanxi Huanhai (山西环海钢铁) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shengbao Pipe (河北胜宝制管有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shougang Changzhi (首钢长治钢铁有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shougang Shuicheng (首钢集团贵州水城钢铁（集团）有限责任公司) | BOF | n/a | n/a | Permanent | 750 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shougang Tonghua (首钢通化钢铁集团有限责任公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shunxin (湖南顺鑫钢铁有限公司) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Siping Modern (吉林四平现代钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Taigang (太原钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Taigang New Lingang (太原钢铁集团新临钢钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 100 | 2016 | Wood Machenzie |
| Asia | China | n/a | Tangshan Xingye (唐山兴业工贸有限公司) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Tiangang (天钢集团有限公司) | BOF | n/a | n/a | Permanent | 900 | 2016 | Wood Machenzie |
| Asia | China | n/a | Tianzhu (天柱钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Machenzie |
| Asia | China | n/a | Wen'an (河北新武安钢铁集团文安钢铁有限公司) | BOF | n/a | n/a | Permanent | 440 | 2016 | Wood Machenzie |
| Asia | China | n/a | Wenfeng (河北文丰钢铁有限公司) | BOF | n/a | n/a | Permanent | 290 | 2016 | Wood Machenzie |
| Asia | China | n/a | Xilin (黑龙江西林钢铁集团) | BOF | n/a | n/a | Permanent | 700 | 2016 | Wood Machenzie |
| Asia | China | n/a | Xinda (唐山钢铁有限公司) | BOF | n/a | n/a | Permanent | 870 | 2016 | Wood Machenzie |
| Asia | China | n/a | Xingtai (河北邢台钢铁有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Machenzie |
| Asia | China | n/a | Xingyuan Iron and Steel (赢源县星原钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 800 | 2016 | Wood Machenzie |
| Asia | China | n/a | Yaxin Zhongsheng (山西中升钢铁有限公司) | BOF | n/a | n/a | Permanent | 900 | 2016 | Wood Machenzie |
| Asia | China | n/a | Yutian Jianbang (玉田建邦实业有限公司) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Zhayi Liancheng (天津轧一联成钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 820 | 2016 | Wood Machenzie |
| Asia | China | n/a | Zongheng Cangzhou (河北沧州纵横钢铁有限公司) | BOF | n/a | n/a | Permanent | 1 100 | 2016 | Wood Machenzie |
| Asia | China | n/a | Zongheng Handan (河北邯郸纵横钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Machenzie |
| Asia | China | n/a | Chengdu Metallurgy (成都冶金实验厂有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Machenzie |
| Asia | China | n/a | Handing (内蒙古汉鼎钢铁) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Machenzie |
| Asia | China | n/a | Jiangyin Huarun (江阴华润制钢有限公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Shizi Metal (重庆璧山狮狮子金属加工有限责任公司) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Tsingshan Jinhui (青山控股河南金汇特钢) | BOF | n/a | n/a | Permanent | 150 | 2016 | Wood Machenzie |
| Asia | China | n/a | Valin Xigang (江苏华菱锡钢钢铁有限公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Machenzie |
| Asia | China | n/a | Xi'an (陕西龙钢集团西安钢铁有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Machenzie |

**22 | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY**

| REGION | ECONOMIES | LOCATION | COMPANY | EQUIPMENT | NUMBER OF EQUIPMENT | DETAIL | TYPE OF CLOSURE | CAPACITY | Year | SOURCES |
|---|---|---|---|---|---|---|---|---|---|---|
| Asia | China | n/a | Xilin (黑龙江西林钢铁集团) | BOF | n/a | n/a | Permanent | 650 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xindongfang (苏州新东方特钢) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xinjiang Minxin (新疆闽新钢铁（集团）有限责任公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Dazhan (湖北大族钢铁有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Baowu Baotong (宝武集团南通宝通钢铁有限公司) | BOF | n/a | n/a | Permanent | 350 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shengtelong (湖州盛特隆金属制品有限公司) | BOF | n/a | n/a | Permanent | 270 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shougang Guiyang (首钢集团贵阳特殊钢有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shuangyou (南平市双友金属制品有限公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Baowu Shaoguan (宝武集团广东韶关钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xilin Acheng (西林钢铁集团阿城钢铁有限公司) | BOF | n/a | n/a | Permanent | 550 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Huaxin Metallurgy (广水华鑫冶金工业有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Wucheng (湖北吴城钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xuzhou Dongnan (江苏徐州东南钢铁有限公司) | BOF | n/a | n/a | Permanent | 200 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shagang Xinrui (沙钢集团鑫瑞特钢有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shunle (武汉顺乐不锈钢有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Yuebei (广东粤北钢铁有限公司) | BOF | n/a | n/a | Permanent | 700 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Qilu Special Steel (齐鲁特钢) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shanghai Stainless Steel (宝武集团上海第一钢铁有限公司) | BOF | n/a | n/a | Permanent | 550 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Fushun (东北特殊钢集团抚顺特殊钢股份有限公司) | BOF | n/a | n/a | Permanent | 300 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xwang Special (西王特钢) | BOF | n/a | n/a | Permanent | 120 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Southwest Stainless (四川西南不锈钢公司) | BOF | n/a | n/a | Permanent | 1 100 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Dingxin Nickel (福建鼎信镍业有限公司) | BOF | n/a | n/a | Permanent | 1 000 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Xuefeng (江苏无锡雪丰钢铁有限公司) | BOF | n/a | n/a | Permanent | 600 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shanghai Special Steel (宝武集团上海特钢公司) | BOF | n/a | n/a | Permanent | 400 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Taigang (太原钢铁集团有限公司) | BOF | n/a | n/a | Permanent | 270 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Hangzhou (杭州钢铁集团公司) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Lijin (湖北立金钢铁集团有限公司（原立晋冶金）) | BOF | n/a | n/a | Permanent | 500 | 2016 | Wood Mackenzie |
| Asia | China | n/a | Shagang Xixing (沙钢集团江苏锡兴钢铁有限公司) | BOF | n/a | n/a | Permanent | 800 | 2016 | Wood Mackenzie |
| Asia | China | n/a | n/a (aggregate) | Steelmkg (not including IF) | n/a | n/a | Permanent | 50 000 | 2017 | Ministry of Industry and Information Technology (MIIT) |
| Asia | China | n/a | n/a (aggregate) | IF | n/a | n/a | Permanent | 140 000 | 2017 | Ministry of Industry and Information Technology (MIIT) |
| Asia | Japan | Osaka | Kyoei Steel Ltd | EAF | x 1 | 40t | Permanent | 480 | 2016 | Company HP, World Steel Capacities |
| Asia | Japan | Okajima | Osaka Steel Co., Ltd. | EAF | x 1 | 40t | Permanent | 480 | 2016 | Company HP, World Steel Capacities |
| Asia | Japan | Kobe Works | Kobe Steel | BOF | x 2 | 90t | Permanent | 1 380 | 2017 | Company HP, World Steel Capacities |
| CIS | Russia | Vyksa | OMK | OHF | x 2 | 250 t, 251 t | Permanent | 460 | 2018 | World Steel Capacities |
| CIS | Ukraine | Zaporizhzhya | Metinvest | OHF | x 9 | n/a | Permanent | 4 700 | 2020 | World Steel Capacities |
| Europe | Italy | Piombino | Aferpi | BOF | x 3 | n/a | Permanent | 2 900 | 2017 | Company HP, Metal Expert |
| Europe | Poland | Dabrowa Gornicza | ArcelorMittal | BOF | x 1 | n/a | Others (unidentified) | n/a | 2016 | World Steel Capacities |
| Europe | Spain | Asturias (Aviles) | ArcelorMittal | BOF | x 1 | n/a | Others (unidentified) | n/a | 2016 | World Steel Capacities |
| NAFTA | United States | Ohio | Warren Steel Holdings | EAF | x 1 | n/a | Permanent | 500 | 2016 | Metal Expert |

*Note*: In column "Type of closure", the term "Others" refers to a closure that is not necessarily permanent, e.g. the idling or temporary stoppage of the steel facility. The data on nominal crude steelmaking capacity provided for China do not include the production capacity of "illegal" (*"违法 Wéifǎ"*) induction furnaces, nor does it reflect any changes in steelmaking capacity associated with those furnaces.

*Source*: Media sources listed in the table.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Annex C. STEELMAKING CAPACITY DATA BY ECONOMY

### Table A3. Crude steelmaking capacity developments (in mmt)

| | Nominal crude steelmaking capacity | | | | | |
|---|---|---|---|---|---|---|
| | **2007** | **2013** | **2014** | **2015** | **2016** | **2017** |
| Asia | 899.0 | 1 514.3 | 1 554.9 | 1 575.4 | 1 521.6 | 1 488.9 |
| Non-OECD Asia | 712.2 | 1 297.0 | 1 337.9 | 1 359.4 | 1 306.6 | 1 275.3 |
| Non-OECD Asia (excl.China, India) | 63.7 | 86.8 | 89.9 | 94.8 | 95.3 | 102.5 |
| Japan | 129.6 | 131.2 | 131.1 | 130.5 | 129.6 | 128.2 |
| Korea | 57.2 | 86.0 | 85.9 | 85.5 | 85.5 | 85.5 |
| China (People's Republic of) | 588.5 | 1 106.2 | 1 140.0 | 1 150.1 | 1 089.4 | 1 047.9 |
| Chinese Taipei | 21.8 | 29.4 | 29.4 | 29.4 | 29.4 | 29.4 |
| India | 60.0 | 104.0 | 108.0 | 114.5 | 121.8 | 124.8 |
| Pakistan | 4.0 | 5.5 | 5.6 | 5.9 | 5.9 | 6.1 |
| Indonesia | 5.9 | 9.7 | 9.7 | 10.9 | 10.9 | 10.9 |
| Malaysia | 9.0 | 10.0 | 10.7 | 10.7 | 10.7 | 10.7 |
| Philippines | 1.8 | 2.1 | 2.1 | 2.1 | 2.1 | 2.1 |
| Thailand | 6.5 | 9.4 | 9.9 | 9.9 | 9.9 | 9.9 |
| Viet Nam | 4.7 | 10.7 | 11.2 | 13.8 | 14.3 | 21.3 |
| Others_Asia | 9.9 | 10.1 | 11.3 | 12.2 | 12.2 | 12.2 |
| Bangladesh | 2.5 | 2.5 | 3.7 | 4.6 | 4.6 | 4.6 |
| Cambodia | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hong Kong (China) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Lao People's Democratic Republic | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Mongolia | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| Myanmar | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Nepal | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| Democratic People's Republic of Korea | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 | 6.0 |
| Singapore | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| Sri Lanka | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Developed Asia | 208.7 | 246.6 | 246.4 | 245.4 | 244.4 | 243.0 |
| ASEAN-6 | 28.8 | 42.6 | 44.4 | 48.2 | 48.7 | 55.7 |
| | | | | | | |
| CIS | 135.0 | 143.8 | 144.7 | 144.7 | 145.7 | 145.7 |
| Kazakhstan | 6.0 | 8.2 | 8.2 | 8.2 | 8.2 | 8.2 |
| Russia | 77.0 | 86.6 | 87.0 | 87.0 | 88.0 | 88.0 |
| Ukraine | 45.5 | 42.5 | 42.5 | 42.5 | 42.5 | 42.5 |
| Others | 6.5 | 6.5 | 7.1 | 7.1 | 7.1 | 7.1 |
| Azerbaijan | 1.0 | 1.0 | 1.3 | 1.3 | 1.3 | 1.3 |
| Belarus | 2.8 | 2.8 | 3.0 | 3.0 | 3.0 | 3.0 |
| Georgia | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 | 0.6 |
| Moldova | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| Turkmenistan | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Uzbekistan | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**24** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

| | Nominal crude steelmaking capacity | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **South America** | 56.7 | 68.1 | 68.1 | 69.0 | 72.6 | 73.2 |
| **Latin America** | 59.2 | 70.8 | 70.8 | 71.7 | 75.3 | 75.9 |
| **Non OECD Latin America** | 57.2 | 68.8 | 68.8 | 69.7 | 73.3 | 74.0 |
| **Argentina** | 6.1 | 6.7 | 6.7 | 6.7 | 6.7 | 7.3 |
| **Brazil** | 39.0 | 48.0 | 48.0 | 48.5 | 52.1 | 52.1 |
| **Chile** | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| **Colombia** | 1.4 | 2.4 | 2.4 | 2.4 | 2.4 | 2.4 |
| **Peru** | 1.6 | 1.6 | 1.6 | 2.0 | 2.0 | 2.0 |
| **Venezuela** | 6.1 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 |
| **Others** | 3.1 | 4.0 | 4.0 | 4.0 | 4.0 | 4.0 |
| **Bolivia** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Costa Rica** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Cuba** | 0.5 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| **Dominican Republic** | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Ecuador** | 0.3 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| **El salvador** | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Guatemala** | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Panama** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Paraguay** | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Puerto rico** | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Trinidad and Tobago** | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Uruguay** | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | | | | | | |
| **Middle East** | 24.5 | 54.3 | 59.1 | 60.9 | 60.9 | 63.7 |
| **Non OECD Middle East** | 24.0 | 53.8 | 58.6 | 60.4 | 60.4 | 63.2 |
| **Iran** | 12.0 | 27.0 | 27.0 | 28.2 | 28.2 | 31.0 |
| **Iraq** | 0.4 | 1.7 | 1.7 | 1.7 | 1.7 | 1.7 |
| **Israel** | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Jordan** | 0.4 | 0.9 | 1.1 | 1.1 | 1.1 | 1.1 |
| **Qatar** | 2.8 | 2.9 | 3.9 | 3.2 | 3.2 | 3.2 |
| **Saudi Arabia** | 7.4 | 12.5 | 12.5 | 13.7 | 13.7 | 13.7 |
| **Syrian Arab Republic** | 0.1 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| **United Arab Emirates** | 0.2 | 3.0 | 3.7 | 3.7 | 3.7 | 3.7 |
| **Others** | 0.8 | 3.2 | 6.1 | 6.1 | 6.1 | 6.1 |
| **Afghanistan** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Bahrain** | 0.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| **Kuwait** | 0.0 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 |
| **Lebanon** | 0.1 | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 |
| **Oman** | 0.5 | 0.5 | 3.2 | 3.2 | 3.2 | 3.2 |
| **Yemen** | 0.1 | 0.3 | 0.3 | 0.3 | 0.3 | 0.3 |

| | Nominal crude steelmaking capacity | | | | | |
|---|---|---|---|---|---|---|
| | 2007 | 2013 | 2014 | 2015 | 2016 | 2017 |
| **Africa** | 30.5 | 33.9 | 34.6 | 35.7 | 35.7 | 36.6 |
| **Algeria** | 2.5 | 3.7 | 3.7 | 3.7 | 3.7 | 3.7 |
| **Egypt** | 8.0 | 10.5 | 11.2 | 12.3 | 12.3 | 13.2 |
| **Libya** | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 | 1.6 |
| **Morocco** | 0.8 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| **Nigeria** | 2.7 | 2.9 | 2.9 | 2.9 | 2.9 | 2.9 |
| **South Africa** | 13.0 | 10.3 | 10.3 | 10.3 | 10.3 | 10.3 |
| **Zimbabwe** | 1.0 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| **Others** | 0.9 | 1.1 | 1.1 | 1.1 | 1.1 | 1.1 |
| **Congo** | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Côte d'Ivoire** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Ethiopia** | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Ghana** | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Kenya** | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Mauritius** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Mozambique** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Sudan** | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| **Tanzania** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Togo** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Tunisia** | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Uganda** | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| **Zambia** | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Europe** | 276.6 | 289.4 | 287.6 | 281.6 | 276.6 | 275.2 |
| **OECD Europe** | 258.6 | 275.1 | 273.3 | 267.3 | 262.3 | 260.9 |
| **Non-OECD Europe** | 18.0 | 14.3 | 14.3 | 14.3 | 14.3 | 14.3 |
| **Other Europe** | 39.9 | 57.8 | 58.0 | 56.0 | 56.0 | 57.5 |
| **EU-28** | 236.7 | 231.6 | 229.6 | 225.6 | 220.6 | 217.7 |
| **Turkey** | 32.0 | 49.2 | 49.4 | 47.4 | 47.4 | 48.9 |
| **Norway** | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 | 0.8 |
| **Switzerland** | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 |
| **Bosnia and Herzegovina** | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| **Bulgaria** | 3.2 | 1.2 | 1.2 | 1.2 | 1.2 | 1.2 |
| **Croatia** | 0.2 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| **Montenegro** | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 |
| **Romania** | 9.0 | 6.2 | 6.2 | 6.2 | 6.2 | 6.2 |
| **Serbia** | 2.2 | 2.7 | 2.7 | 2.7 | 2.7 | 2.7 |
| **Others** | 1.2 | 1.4 | 1.4 | 1.4 | 1.4 | 1.4 |
| **Albania** | 0.7 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| **Cyprus** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Latvia** | 0.8 | 0.9 | 0.9 | 0.9 | 0.9 | 0.9 |
| **Former Yugoslav Republic of Macedonia** | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**26** │ RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

| | Nominal crude steelmaking capacity | | | | | |
|---|---|---|---|---|---|---|
| | **2007** | **2013** | **2014** | **2015** | **2016** | **2017** |
| **NAFTA** | 153.9 | 158.0 | 158.2 | 157.2 | 158.5 | 158.9 |
| **United States** | 113.4 | 113.5 | 113.5 | 111.3 | 112.3 | 112.6 |
| **Canada** | 19.0 | 20.5 | 20.7 | 20.7 | 20.7 | 20.7 |
| **Mexico** | 21.5 | 24.0 | 24.0 | 25.2 | 25.6 | 25.6 |
| | | | | | | |
| **Oceania** | 9.1 | 6.4 | 6.4 | 6.4 | 6.4 | 6.4 |
| **Australia** | 8.1 | 5.4 | 5.4 | 5.4 | 5.4 | 5.4 |
| **New Zealand** | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 | 1.0 |
| | | | | | | |
| **OECD/EU economies TOTAL** | 610.9 | 659.2 | 657.4 | 649.4 | 644.7 | 642.3 |
| **Non OECD/EU economies TOTAL** | 976.9 | 1 611.6 | 1 658.8 | 1 684.2 | 1 635.9 | 1 608.9 |
| | | | | | | |
| **WORLD TOTAL** | 1 587.7 | 2 270.8 | 2 316.2 | 2 333.6 | 2 280.7 | 2 251.2 |

Note on China: The data on nominal crude steelmaking capacity provided for China does not include production capacity by "illegal" *("违法 Wéifǎ")* induction furnace, nor does it reflect any changes in steelmaking capacity associated with "illegal" *("违法 Wéifǎ")* induction furnaces.

The statistical data for Israel are supplied by and under the responsibility of the relevant Israeli authorities. The use of such data by the OECD is without prejudice to the status of the Golan Heights, East Jerusalem and Israeli settlements in the West Bank under the terms of international law.

Note by Turkey:
The information in this document with reference to "Cyprus" relates to the southern part of the Island. There is no single authority representing both Turkish and Greek Cypriot people on the Island. Turkey recognizes the Turkish Republic of Northern Cyprus (TRNC). Until a lasting and equitable solution is found within the context of United Nations, Turkey shall preserve its position concerning the "Cyprus" issue.

Note by all the European Union Member States of the OECD and the European Union:
The Republic of Cyprus is recognized by all members of the United Nations with the exception of Turkey. The information in this document relates to the area under the effective control of the Government of the Republic of Cyprus.

The European Union is a member of the Steel Committee and accordingly this data includes all EU Member States.

*Source*: OECD Secretariat

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Annex D. WORKING DEFINITION USED

**Steelmaking capacity**

The OECD Secretariat employs a definition of nominal crude steelmaking capacity based on maximum theoretical equipment capacity.[9] This definition does not take into account yield losses, maintenance and other factors affecting the productivity of installed steelmaking equipment. Therefore, steelmaking capacity figures provided by the OECD should not be regarded as effective capacity.

Capacity is defined in volume (tonnes) and annual capacity data figures reflect all existing steelmaking capacity at the end of a calendar year.

**Steelmaking equipment**

The OECD Secretariat considers as steelmaking equipment any equipment used to produce crude steel. The definition excludes iron-making equipment considered here as upstream, as well as casting, rolling or finishing equipment considered here as downstream. More specifically, the following equipment types are considered as crude steelmaking:

| Type | Code |
| --- | --- |
| Electric arc furnace | EAF |
| Energy Optimising Furnace | EOF |
| Induction furnace | IF |
| LD Basic Oxygen furnace | BOF |
| Open hearth furnace | OHF |
| Steelmaking - not specified | STEELMKG |

**Assessing capacity developments**

The three databases described in this paper are used to assess capacity developments. Changes in capacity are derived by taking into account new capacity additions and permanent closures in a given economy. In order to assess potential gross capacity additions in the future, investment projects are classified as "underway" or "planned". A project classified as "underway" is one which is under construction or for which contracts for equipment have been awarded and a major financial or state commitment has been made. "Planned" projects are more uncertain because they are either at the feasibility or early planning stage, yet to receive financial or state backing, or not scheduled for completion at a specified time. The classification of projects and comments on their progress do not in any way represent a judgement or imply a view on the advisability or feasibility of the projects.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**28** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

Because closures cannot be forecast, the tables in this document provide only potential gross capacity additions and do not provide projections of net changes in capacity. It should be noted that planned or underway investments are sometimes altered due to changes in market conditions. Postponements refer to projects that were put on hold for a definite or indefinite period, while cancellations are previously announced projects that will no longer be implemented.

**Steelmaking capacity closures**

The OECD Secretariat distinguishes between "permanent" and "temporary" steelmaking capacity closures. Permanent closures of capacity are considered to involve dismantling and scrapping of the equipment used for producing crude steel, or otherwise rendering such equipment permanently unusable for manufacturing crude steel. Temporary closures entail measures other than permanent closures as defined above, whereby production can be resumed in the future. Temporary closures include, for example, the idling of a plant's furnace. Only permanent closures are used for the purpose of calculating existing capacity. In practice, when compiling the database, it is unfortunately not always possible to understand from media sources if a closure is only temporary or permanent. This explains why the field value of "Type of closures" is sometimes set to "Others (unidentified)" in the OECD database on closures.

Case 1:20-cv-03898-CRK    Document 81-4    Filed 11/03/21    Page 1047 of 1165
Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# *References*

Aferpi (2017), *STEELWORK DISMANTLING PLAN AND EQUIPMENTS ON SALE*, http://www.aferpi.it/equipment/steelwork-dismantling-plan-and-equipments-on-sale/?lang=en (accessed on 10 August 2018). [17]

Aferpi (2016), *Aferpi orders new EAF and rolling mill from SMS*, http://www.aferpi.it/aferpi-orders-new-eaf-and-rolling-mill-from-sms/ (accessed on 10 August 2018). [18]

CMC (2018), *CMC Reports Second Quarter 2018 Earnings From Continuing Operations Of $0.08 Per Share; And Adjusted*, http://ir.cmc.com/profiles/investor/PdfView.aspx?&m=rl&b=653&ID=87270 (accessed on 10 August 2018). [15]

DANIELI (2018), *The first billet was rolled in the most modern Minimill for special steel grades in SIMEC Apizaco, Mexico*, https://www.danieli.com/en/news-media/news-events/the-first-billet-is-rolled-in-the-most-modern-minimill-for-special-steel-grades-in-simec-apizaco-mexico_37_280.htm (accessed on 10 August 2018). [13]

Formosa Ha Tinh Steel (2017), *Caster Plant produced the first domestic made slab in Vietnam*, https://www.fhs.com.vn/Portal/newsroom.html (accessed on 10 August 2018). [7]

IMIDRO (2016), *An Overview Of Actions Taken By IMIDRO (Iranian Mines and Mining Industries Development and Renovation Organization) 2015 - 2016 And Future Plan*, http://imidro.gov.ir/general_content/14141-An-overview-of-actions-taken-by-IMIDRO-2015-2016-and-future-plan.html (accessed on 10 August 2018). [1]

Kobe Steel (2017), *GROUP PROFILE 2017*, http://www.kobelco.co.jp/english/about_kobelco/outline/group_profile/files/group_profile.pdf (accessed on 10 August 2018). [10]

Kobe Steel (2013), *Fiscal 2013-2015 Midium-Term Business Plan*, http://www.kobelco.co.jp/english/releases/2013/__icsFiles/afieldfile/2013/08/09/ir_briefing_material_2013.pdf (accessed on 10 August 2018). [11]

Kyoei Steel (2015), *Notice of Closure of the Hirakata Division Osaka Mill*, http://contents.xj-storage.jp/xcontents/54400/874c56ce/f56f/43a3/bdb1/6931dad31f3f/20150604212324563s.pdf (accessed on 10 August 2018). [8]

Metal Expert (2018), *Mexico's Grupo SIMEC commissions new mini-mill in Tlaxcala*, https://metalexpert.com/en/news/HTMLinetnews&head=Mexicos-Grupo-SIMEC-commissions-new-mini-mill-in&unid=C3B15FD12E2D45EBC225822F00475966Q (accessed on 10 August 2018). [14]

Metal Expert (2017), *World Steel Capacities Database*, Metal Expert. [19]

MIIT (2018), *Steel industry in 2017 and 2018 (in Chinese)*, http://www.miit.gov.cn/n1146290/n1146402/n1146455/c6053798/content.html (accessed on 10 August 2018). [4]

MIIT (2016), *Circular on Issuing the Planning for the Adjustment and Upgrading of the Iron and Steel Industry (in Chinese)*, [3]

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**30** | RECENT DEVELOPMENTS IN STEELMAKING CAPACITY

http://www.miit.gov.cn/n1146285/n1146352/n3054355/n3057569/n3057573/c5353862/content.html (accessed on 10 August 2018).

Ministry of Steel of India (2017), *National Steel Policy 2017*, http://steel.gov.in/national-steel-policy-nsp-2017 (accessed on 10 August 2018). [6]

NDRC (2017), *The Opinions of Supporting the Steel and Coal Industries in Resolving Superfluous Production Capacity for Purposes of Poverty Alleviation and Development in 2017 (in Chinese)*, http://zfxxgk.ndrc.gov.cn/PublicItemView.aspx?ItemID=%7b92749e8f-3b25-4ea0-8835-4d74100b6a3e%7d (accessed on 1 December 2017). [2]

Osaka Steel (2015), *The Optimization of the Production System in Osaka Area (in Japanese)*, http://www.osaka-seitetu.co.jp/ir/pdf/brief_20150528.pdf (accessed on 10 August 2018). [9]

Platts (2017), *Kobe Steel stops upstream at Kobe steelworks*, https://www.steelbb.com/?PageID=157&article_id=166727 (accessed on 10 August 2018). [12]

Platts (2017), *Special report: China to scrap 119 mil mt/y of IF capacity*, https://www.steelbb.com/?PageID=157&article_id=162052 (accessed on 10 August 2018). [5]

Platts (2016), *Warren Steel to permanently close Ohio mill*, https://www.steelbb.com/?PageID=157&article_id=148992 (accessed on 10 August 2018). [16]

## *Endnotes*

[1] This document, as well as any data and any map included herein are without prejudice to the status of or sovereignty over any territory, to the delimitation of international frontiers and boundaries and to the name of any territory, city or area.

[2] The previous figure was based on information available up until the end of June 2017. The new estimate for capacity in 2016 and 2017 is based on information made available up to December 2017 and reflects comments and modifications from OECD Steel Committee delegates after discussion on a draft of this report at the Steel Committee meeting in March 2018.

[3] The European Union (EU) is a member of the Steel Committee and accordingly this data includes all EU Member States.

[4] National Development and Reform Commission (NDRC) has announced the closure target of 2017 on 17 April 2017 at their website (NDRC, 2017[2]), however this website is not available as of 10 August 2018.

[5] According to the report by the China Iron & Steel Association (CISA), over 500 IF steel producers had been identified nationwide. Vice chairman of CISA, Mr. Chi Jingdong, said at a press conference of CISA in Beijing on April 26 2017 (Platts, 2017[5]).

[6] According to the NDRC's announcement on 17 April 2017, "Capacity of IFs shall be completely out until end of June 2017 in accordance with the law" is specified as one of "Target requirements", apart from the closure target of 50 mmt in 2017 (NDRC, 2017[2]).

[7] Kobe Steel has strengthened production capacities at Kakogawa works, by the relining of its blast furnace and adding a new continuous bloom caster (Platts, 2017[12]).

[8] According to World Steel Capacities Database (compiled by Metal Expert) on 22 December 2017, installation of two EAFs (with each 1.0 mmt) by Aferpi are described as being planned and expected to be commissioned in 2018 and 2019 (Metal Expert, 2017[19]).

[9] This definition is also commonly referred to as nominal, rated or nameplate capacity.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 9

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**SteelBenchmarker™ Data (launched April 12, 2006)**
*(US$ per metric tonne)*
Source: *steelbenchmarker.com/files/price_history.xls.*

| Date | CHINA HRC Price $/MT) | Average from Mar-16 to Aug-17 ($/MT) | Average from Sept-17 to Aug-17 ($/MT) |
|---|---|---|---|
| 13-Apr-15 | 330 | | |
| 27-Apr-15 | 333 | | |
| 11-May-15 | 335 | | |
| 25-May-15 | 325 | | |
| 8-Jun-15 | 321 | | |
| 22-Jun-15 | 307 | | |
| 27-Jul-15 | 275 | | |
| 10-Aug-15 | 282 | | |
| 24-Aug-15 | 269 | | |
| 14-Sep-15 | 265 | | |
| 28-Sep-15 | 261 | | |
| 12-Oct-15 | 259 | | |
| 26-Oct-15 | 253 | | |
| 9-Nov-15 | 244 | | |
| 23-Nov-15 | 238 | | |
| 14-Dec-15 | 231 | | |
| 28-Dec-15 | 244 | | |
| 11-Jan-16 | 251 | | |
| 25-Jan-16 | 248 | | |
| 8-Feb-16 | 250 | | |
| 22-Feb-16 | 262 | | |
| 14-Mar-16 | 310 | 310 | |
| 28-Mar-16 | 320 | 320 | |
| 11-Apr-16 | 352 | 352 | |
| 25-Apr-16 | 414 | 414 | |
| 9-May-16 | 361 | 361 | |
| 23-May-16 | 333 | 333 | |
| 13-Jun-16 | 327 | 327 | |
| 27-Jun-16 | 313 | 313 | |
| 11-Jul-16 | 320 | 320 | |
| 25-Jul-16 | 323 | 323 | |
| 8-Aug-16 | 337 | 337 | |
| 22-Aug-16 | 351 | 351 | |
| 12-Sep-16 | 350 | 350 | |
| 26-Sep-16 | 348 | 348 | |
| 10-Oct-16 | 352 | 352 | |
| 24-Oct-16 | 361 | 361 | |
| 14-Nov-16 | 415 | 415 | |
| 28-Nov-16 | 434 | 434 | |
| 12-Dec-16 | 453 | 453 | |
| 26-Dec-16 | 459 | 459 | |
| 9-Jan-17 | 453 | 453 | |
| 23-Jan-17 | 463 | 463 | |
| 13-Feb-17 | 467 | 467 | |
| 27-Feb-17 | 474 | 474 | |
| 13-Mar-17 | 455 | 455 | |
| 27-Mar-17 | 429 | 429 | |
| 10-Apr-17 | 404 | 404 | |
| 24-Apr-17 | 371 | 371 | |
| 8-May-17 | 379 | 379 | |
| 22-May-17 | 396 | 396 | |
| 12-Jun-17 | 404 | 404 | |

| Date | CHINA HRC Price $/MT) | Average from Mar-16 to Aug-17 ($/MT) | Average from Sept-17 to Aug-17 ($/MT) |
|---|---|---|---|
| 26-Jun-17 | 423 | 423 | |
| 10-Jul-17 | 449 | 449 | |
| 24-Jul-17 | 468 | 468 | |
| 14-Aug-17 | 516 | 516 | |
| 28-Aug-17 | 525 | 525 | |
| 11-Sep-17 | 551 | | 551 |
| 25-Sep-17 | 517 | | 517 |
| 9-Oct-17 | 533 | | 533 |
| 23-Oct-17 | 533 | | 533 |
| 13-Nov-17 | 528 | | 528 |
| 27-Nov-17 | 533 | | 533 |
| 11-Dec-17 | 556 | | 556 |
| 25-Dec-17 | 558 | | 558 |
| 8-Jan-18 | 549 | | 549 |
| 22-Jan-18 | 540 | | 540 |
| 12-Feb-18 | 549 | | 549 |
| 26-Feb-18 | 556 | | 556 |
| 12-Mar-18 | 538 | | 538 |
| 26-Mar-18 | 510 | | 510 |
| 9-Apr-18 | 524 | | 524 |
| 23-Apr-18 | 542 | | 542 |
| 14-May-18 | 559 | | 559 |
| 28-May-18 | 555 | | 555 |
| 11-Jun-18 | 566 | | 566 |
| 25-Jun-18 | 559 | | 559 |
| 9-Jul-18 | 535 | | 535 |
| 23-Jul-18 | 530 | | 530 |
| 13-Aug-18 | 531 | | 531 |
| 27-Aug-18 | 542 | | 542 |
| 10-Sep-18 | 540 | | |
| 24-Sep-18 | 534 | | |
| 8-Oct-18 | 519 | | |
| 22-Oct-18 | 515 | | |
| 12-Nov-18 | 479 | | |
| 26-Nov-18 | 450 | | |
| 10-Dec-18 | 458 | | |
| 24-Dec-18 | 461 | | |
| 14-Jan-19 | 461 | | |
| 28-Jan-19 | 467 | | |
| 11-Feb-19 | 474 | | |
| 25-Feb-19 | 476 | | |
| 11-Mar-19 | 483 | | |
| 25-Mar-19 | 489 | | |
| 8-Apr-19 | 498 | | |
| 22-Apr-19 | 504 | | |
| **Average Price per metric ton** | | **397** | **541** |

### SteelBenchmarker™ Data (launched April 12, 2006)

*(US$ per metric tonne)*

| PH# | Date | USA HRB | USA CRC | USA Plate | USA Rebar | China HRB | China CRC | China Plate | China Rebar | W.Eur HRB | W.Eur CRC | W.Eur Plate | W.Eur Rebar | World HRB | World CRC | World Plate | World Rebar | Scrap #1 HM | Scrap Sh. Scr | Scrap #1 Bush. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 236 | 8-Feb-16 | 443 | 597 | 534 | | 250 | 342 | 245 | 241 | 360 | | | | 272 | | | | 162 | 184 | 184 |
| 237 | 22-Feb-16 | 441 | 602 | 499 | | 262 | 347 | 262 | 253 | 362 | | | | 283 | 368 | | | 164 | 187 | 181 |
| 238 | 14-Mar-16 | 457 | 632 | 531 | | 310 | 407 | 323 | 292 | 369 | | | | 299 | 410 | | | 175 | 199 | 190 |
| 239 | 28-Mar-16 | 466 | 656 | 570 | 514 | 320 | 413 | 325 | 298 | 390 | | | | 321 | 445 | | | 176 | 198 | 195 |
| 240 | 11-Apr-16 | 504 | 692 | 621 | | 352 | 429 | 345 | 331 | 420 | | | | 370 | 458 | | | 220 | 248 | 243 |
| 241 | 25-Apr-16 | 559 | 751 | 675 | | 414 | 490 | 398 | 390 | 441 | | | | 434 | 513 | | | 220 | 244 | 241 |
| 242 | 9-May-16 | 625 | 811 | 687 | | 361 | 465 | 359 | 339 | 475 | | | | 452 | 506 | | | 241 | 270 | 276 |
| 243 | 23-May-16 | 684 | 874 | 714 | | 333 | 426 | 327 | 292 | 487 | | | | 427 | 497 | | | 243 | 270 | 279 |
| 244 | 13-Jun-16 | 697 | 880 | 731 | | 327 | 384 | 311 | 282 | 492 | | | | 414 | 493 | | | 223 | 249 | 273 |
| 245 | 27-Jun-16 | 691 | 897 | 721 | | 313 | 377 | 301 | 278 | 469 | | | | 362 | | | | 216 | 246 | 276 |
| 246 | 11-Jul-16 | 693 | 909 | 705 | | 320 | 378 | 311 | 293 | 459 | | | | 365 | 432 | | | 226 | 236 | 285 |
| 247 | 25-Jul-16 | 687 | 899 | 708 | | 323 | 389 | 316 | 295 | 456 | | | | 364 | 437 | | | 212 | 241 | 280 |
| 248 | 8-Aug-16 | 679 | 899 | 699 | | 337 | 403 | 330 | 309 | 458 | | | | 367 | 441 | | | 216 | 241 | 266 |
| 249 | 22-Aug-16 | 660 | 875 | 642 | | 351 | 429 | 338 | 316 | 480 | | | | 376 | | | | 216 | 236 | 256 |
| 250 | 12-Sep-16 | 636 | 855 | 645 | | 350 | 442 | 337 | 312 | 500 | | | | 381 | 466 | | | 202 | 217 | 226 |
| 251 | 26-Sep-16 | 584 | | | | 348 | 443 | 331 | 307 | 500 | | | | 381 | | | | 197 | 216 | 231 |
| 252 | 10-Oct-16 | 569 | 777 | 634 | | 352 | 452 | 335 | 311 | 498 | | | | 399 | | | | 177 | 197 | 202 |
| 253 | 24-Oct-16 | 546 | 757 | 612 | | 361 | 464 | 345 | 323 | 496 | | | | 417 | | | | 177 | 197 | 202 |
| 254 | 14-Nov-16 | 542 | 767 | 625 | | 415 | 529 | 397 | 376 | 518 | | | | 448 | | | | 202 | 236 | 241 |
| 255 | 28-Nov-16 | 588 | 802 | 628 | | 434 | 546 | 413 | 383 | 543 | | | | 477 | | | | 216 | 256 | 261 |
| 256 | 12-Dec-16 | 629 | 851 | 666 | | 453 | 561 | 427 | 401 | 584 | | | | 490 | 627 | | | 246 | 276 | 280 |
| 257 | 26-Dec-16 | 670 | 868 | 674 | | 459 | 580 | 439 | 401 | 588 | | | | 515 | 621 | | | 246 | 276 | 285 |
| 258 | 9-Jan-17 | 671 | 869 | 704 | | 453 | 577 | 428 | 387 | 594 | | | | 522 | 636 | | | 285 | 315 | 325 |
| 259 | 23-Jan-17 | 690 | 901 | 747 | | 463 | 584 | 435 | 404 | 608 | | | | 528 | | | | 280 | 300 | 320 |
| 260 | 13-Feb-17 | 681 | 883 | 788 | | 467 | 587 | 442 | 422 | 605 | | | | 516 | 604 | | | 256 | 285 | 315 |
| 261 | 27-Feb-17 | 673 | 889 | 796 | | 474 | 591 | 464 | 462 | 600 | | | | 527 | 607 | | | 290 | 300 | 320 |
| 262 | 13-Mar-17 | 699 | 903 | 811 | | 455 | 568 | 454 | 460 | 609 | | | | 524 | 610 | | | 285 | 320 | 364 |
| 263 | 27-Mar-17 | 704 | 901 | 841 | | 429 | 527 | 444 | 450 | 608 | | | | 530 | 618 | | | 290 | 315 | 369 |
| 264 | 10-Apr-17 | 713 | 910 | 821 | | 404 | 489 | 427 | 434 | 574 | | | | 527 | 608 | | | 271 | 295 | 354 |
| 265 | 24-Apr-17 | 704 | 894 | 800 | | 371 | 457 | 397 | 404 | 580 | | | | 510 | 607 | | | 261 | 290 | 369 |
| 266 | 8-May-17 | 686 | 879 | 809 | | 379 | 457 | 397 | 429 | 585 | | | | 496 | 608 | | | 271 | 295 | 369 |
| 267 | 22-May-17 | 673 | 876 | 822 | | 396 | 462 | 407 | 455 | 576 | | | | 496 | 601 | | | 276 | 290 | 369 |
| 268 | 12-Jun-17 | 665 | 856 | 777 | | 404 | 470 | 408 | 449 | 555 | | | | 479 | 581 | | | 266 | 285 | 364 |
| 269 | 26-Jun-17 | 669 | 866 | 792 | | 423 | 481 | 415 | 449 | 548 | | | | 474 | 558 | | | 266 | 285 | 364 |
| 270 | 10-Jul-17 | 672 | 862 | 796 | | 449 | 512 | 436 | 462 | 559 | | | | 477 | 566 | | | 266 | 290 | 369 |
| 271 | 24-Jul-17 | 681 | 883 | 822 | | 468 | 536 | 455 | 476 | 573 | | | | 491 | 595 | | | 266 | 280 | 369 |
| 272 | 14-Aug-17 | 683 | 867 | 767 | | 516 | 590 | 498 | 516 | 605 | | | | 542 | 642 | | | 280 | 305 | 384 |
| 273 | 28-Aug-17 | 694 | 876 | 783 | | 525 | 599 | 505 | 522 | 619 | | | | 536 | 643 | | | 280 | 305 | 384 |
| 274 | 11-Sep-17 | 702 | 880 | 795 | | 551 | 624 | 536 | 536 | 645 | | | | 561 | 642 | | | 280 | 305 | 384 |
| 275 | 25-Sep-17 | 690 | 878 | 775 | | 517 | 591 | 514 | 505 | 641 | | | | 577 | 643 | | | 276 | 300 | 379 |
| 276 | 9-Oct-17 | 672 | 861 | 738 | 643 | 533 | 594 | 525 | 511 | 635 | | | | 574 | 634 | | | 250 | 271 | 348 |
| 277 | 23-Oct-17 | 661 | 843 | 754 | | 533 | 604 | 531 | 507 | 634 | | | | 570 | 634 | | | 255 | 275 | 345 |
| 278 | 13-Nov-17 | 671 | 853 | 755 | | 528 | 603 | 525 | 516 | 626 | | | | 561 | 621 | | | 255 | 275 | 345 |
| 279 | 27-Nov-17 | 682 | 849 | 747 | | 533 | 617 | 531 | 553 | 632 | | | | 566 | 621 | | | 260 | 280 | 340 |
| 280 | 11-Dec-17 | 690 | 890 | 813 | | 556 | 636 | 551 | 604 | 628 | | | | 564 | 627 | | | 290 | 320 | 370 |
| 281 | 25-Dec-17 | 703 | 901 | 786 | | 558 | 641 | 551 | 587 | 634 | | | | 578 | | | | 290 | 330 | 371 |
| 282 | 8-Jan-18 | 726 | 906 | 807 | 663 | 549 | 644 | 545 | 531 | 648 | | | | 578 | 628 | | | 310 | 345 | 385 |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 10

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold & Porter

J. David Park
+1 202.942.5646 Direct
David.Park@arnoldporter.com

July 16, 2018

Case No. A-580-876
Total Pages: 9
Investigation
Changed Circumstances Review
ITA/E&C/Office II

**PUBLIC DOCUMENT**

**VIA ELECTRONIC FILING**

The Honorable Wilbur L. Ross, Jr.
Secretary of Commerce
U.S. Department of Commerce
APO/Dockets Unit, Room 18022
14th Street & Constitution Avenue, NW
Washington, DC 20230

Re:     **Welded Line Pipe from the Republic of Korea:  Request to Reject
Petitioner's Changed Circumstances Review Request**

Dear Secretary Ross:

On behalf of Hyundai Steel Company ("Hyundai Steel"), we respectfully request that the

Department reject Petitioner's request to initiate a changed circumstances review of the

antidumping duty order on Welded Line Pipe from the Republic of Korea.  On June 22, 2018,

Petitioner requested a changed circumstances review of the original investigation in the above-

referenced case.[1]  The Department should decline to initiate a changed circumstances review

because Petitioner's claims do not warrant a changed circumstances review.  Moreover, even if

---

[1] See Letter from Wiley Rein LLP re:  Welded Line Pipe from the Republic of Korea:  Request
to Initiate a Changed Circumstances Review (June 22, 2018) ("Petitioner's CCR Request").

**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave, NW | Washington, DC 20001-3743 | www.arnoldporter.com

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
July 16, 2018
Page 2

the Department were to decide to initiate a changed circumstances review, the Department

should decline to initiate the review with respect to Hyundai Steel since Petitioner's CCR

Request fails on its face to show any relevance to Hyundai Steel, given that Hyundai Steel did

not have any direct or indirect sales of line pipe to Korea Gas Corporation ("KOGAS") during

the period of investigation ("POI").

## I.    Petitioner's Allegations Are Insufficient To Warrant a Changed Circumstances Review

The Department has traditionally reserved changed circumstances reviews for

extraordinary events,[2] cases in which there have been changes in the name or structure of a

respondent,[3] or instances where there is no domestic interest in maintaining an existing order.[4]

When evaluating a request for a changed circumstances review, the Department considers

requests within the confines of U.S. antidumping duty laws and regulations.

---

[2] See, e.g., Initiation of Changed Circumstances Countervailing Duty Administrative Reviews: Leather from Argentina, Wool from Argentina, Oil country Tubular Goods from Argentina, and Cold-Rolled Carbon Steel Flat-Rolled Products from Argentina, 61 Fed. Reg. 14, 553 (Apr. 2, 1996) (pertaining to Argentina's accession to the GATT); and Solid Urea from the German Democratic Republic; Initiation of Changed Circumstances Antidumping Duty Administrative Review, 57 Fed. Reg. 5130 (Feb. 12, 1992) (pertaining to the unification of Germany).

[3] See, e.g., Oil Country Tubular Goods from Mexico:  Preliminary Results of Changed Circumstances Antidumping Duty Administrative Review, 64 Fed. Reg. 14,213 (Mar. 24, 1999); and Certain Tin Mill Products from Japan:  Final Results of Changed Circumstances Review, 66 Fed. Reg. 52,109 (October 12, 2001).

[4] See, e.g., Notice of Final Results of Changed Circumstances Review:  Polychloroprene Rubber from Japan, 69 Fed. Reg. 67,890 (Nov. 22, 2004) citing, Brass Sheet and Strip from Canada: Notice of Final Results of Antidumping Duty Administrative Review, 57 Fed. Reg. 20,460 (May 13, 1992); and Certain Circular Welded Carbon Steel Pipes and Tubes from Taiwan: Initiation of Antidumping Duty Changed Circumstance Review, 70 Fed. Reg. 17,063 (Apr. 4, 2005); Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled Into Modules, from the People's Republic of China:  Imitation of Changed circumstance Review, 80 Fed. Reg. 15,568 (Marc. 24, 2015).

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
July 16, 2018
Page 3

In <u>Certain Steel Concrete Reinforcing Bars from Turkey</u>, the Department concluded that findings by a foreign government agency did not provide a sufficient reason to re-visit prior antidumping duty segments.[5] The petitioner in that case requested a changed circumstances review to reconsider the revocation of the antidumping duty order and apply a rate based on adverse facts available ("AFA"). Citing to findings by the Turkish Government Competition Board, the petitioner alleged that each of the rebar producers involved in the administrative review was engaged in anti-competitive practices in the home and U.S. markets during the period of review ("POR"). Based on such findings, the petitioner asked the Department to re-examine its prior final results and find the existence of a particular market situation or sales outside the ordinary course of trade.[6] The Department disagreed that the existence of the report alone constituted a sufficient reason to re-examine a previously closed segment of the case. For similar reasons, the Department should decline to initiate a changed circumstances review in the present case.

## II.    Petitioner's CCR Request Does Not Have Any Relevance To Hyundai Steel

Even if the Department were to decide to initiate a changed circumstances review, the Department should decline to initiate the review with respect to Hyundai Steel since Petitioner's

---

[5] See <u>Certain Steel Concrete Reinforcing Bars from Turkey</u>; Final Results of Antidumping Duty Administrative Review and New Shipper Review and Determination to Revoke in Part, 72 Fed. Reg. 62,630 (Nov. 6, 2007) and accompanying Issues and Decision Memorandum ("Rebar from Turkey IDM") at cmt. 1.

[6] See <u>Certain Steel Concrete Reinforcing Bars from Turkey</u>; Preliminary Results of Antidumping Duty Administrative Review and New Shipper Review and Notice of Intent to Revoke in Part, 72 Fed. Reg. 25,253 (May 4, 2007), at 25,255.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
July 16, 2018
Page 4

CCR Request fails on its face to show any relevance to Hyundai Steel.  Specifically, the Korea

Fair Trade Commission ("KFTC") finding upon which Petitioner bases its request pertains to

activities between January 2003 and December 2013.  Even accepting Petitioner's argument that

there is a three-month overlap between that period and the October 1, 2013 to September 30,

2014 POI for the original investigation, <u>Hyundai Steel did not have any direct or indirect sales to</u>

<u>KOGAS during the POI, and, therefore, the KFTC's findings have no bearing on Hyundai</u>

<u>Steel's reported sales in the original investigation</u>.

　　　As an initial matter, Hyundai Steel did <u>not</u> have any direct sales to KOGAS during the

POI, and Petitioner does not dispute this verified fact.  There is also no evidence on the verified

record to suggest that Hyundai Steel had any indirect sales to KOGAS during the POI, either

through Hyundai Steel's customers or customers' customers.

　　　Despite this fact, Petitioner attempts to forge a link between the KFTC's findings and

Hyundai Steel's sales during the POI by simply suggesting that it is within the realm of

possibility that Hyundai Steel's customers or customers' customers may have sold Hyundai

Steel's products to KOGAS.  Specifically, without any evidentiary support, Petitioner puts forth

the baseless claim that "the evidence of record indicates that it is reasonable to assume that at

least some of Hyundai's home market sales were ultimately provided to KOGAS."[7]

　　　<u>Petitioner's claim is false and is belied by its very own excerpts of the KFTC's findings</u>.

Specifically, on page 5 of Petitioner's CCR Request, Petitioner states the following:  "As the

---

[7] Petitioner's CCR Request at 6.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
July 16, 2018
Page 5

KFTC notes, 'before 2012, the allocation was made evenly among the conspirators as they agreed in advance.  <u>Since 2013, however, the allocation was not made as KOGAS did not allow the bid winner to outsource parts of the winning bids to other manufacturers.</u>'"[8]  In other words, even based on Petitioner's own translation, bid winners were not permitted to outsource any portion of the winning bids to other manufacturers and <u>could only sell their own products directly to KOGAS from 2013 onwards</u>.

Therefore, by Petitioner's own admission, neither Hyundai Steel's customers nor its customers' customers could have sold Hyundai Steel's products to KOGAS during the POI since the POI started in October 2013, and manufacturers could only sell their own products directly to KOGAS from 2013 onwards.  This confirms that Hyundai Steel did not have any direct or indirect sales to KOGAS during the POI.  Thus, even if the Department were to decide to initiate a changed circumstances review, the Department should decline to initiate the review with respect to Hyundai Steel since Petitioner's CCR Request <u>fails on its face</u> to show any relevance to Hyundai Steel.[9]

<p align="center">*      *      *      *      *</p>

---

[8] <u>Id</u>. at 5 (emphasis added).

[9] Hyundai Steel also notes that a changed circumstances review with respect to Hyundai Steel would be meaningless since any recalculation of Hyundai Steel's antidumping duty rate from the original investigation would be superseded by the Department's July 11, 2018 final results of the first antidumping duty administrative review of <u>Welded Line Pipe from the Republic of Korea</u>.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Arnold&Porter

The Honorable Wilbur L. Ross, Jr.
July 16, 2018
Page 6

In accordance with the Department's regulations, we are filing this submission electronically via ACCESS at http://access.trade.gov and are serving copies today on parties indicated on the attached certificate of service.  If the Department has any questions regarding this submission or requires any additional information, please do not hesitate to contact the undersigned.

Respectfully Submitted,


/s/ J. David Park
J. David Park
Phyllis L. Derrick
Henry D. Almond
Daniel R. Wilson
Sylvia Y. Chen
Kang Woo Lee

ARNOLD & PORTER KAYE SCHOLER LLP
*Counsel to Hyundai Steel Company*

**WELDED LINE PIPE**
**FROM THE REPUBLIC OF KOREA (A-580-876):**
**INVESTIGATION**

**COMPANY CERTIFICATION**

I,  ___LEE, Jongmin_____ , currently employed by Hyundai Steel Company

("Hyundai Steel"), certify that I prepared or otherwise supervised the preparation of the attached

submission of Hyundai Steel's *Request to Reject Petitioner's Changed Circumstances Review*

*Request,* filed on July 16, 2018, pursuant to the antidumping duty investigation of Welded Line

Pipe from the Republic of Korea (A-580-876).  I certify that the public information and any

business proprietary information of Hyundai Steel contained in this submission is accurate and

complete to the best of my knowledge.  I am aware that the information contained in this

submission may be subject to verification or corroboration (as appropriate) by the U.S.

Department of Commerce.  I am also aware that U.S. law (including, but not limited to, 18

U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make

material false statements to the U.S. Government.  In addition, I am aware that, even if this

submission may be withdrawn from the record of the AD/CVD proceeding, the Department may

preserve this submission, including a business proprietary submission, for purposes of

determining the accuracy of this certification.  I certify that a copy of this signed certification

will be filed with this submission to the U.S. Department of Commerce.


*Signature:*  _____

*Date:*  ___Jul, 16, 2018_____

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

LEGAL REPRESENTATIVE CERTIFICATION

I, J. David Park, with Arnold & Porter Kaye Scholer LLP, counsel to Hyundai Steel Company ("Hyundai Steel"), certify that I have read the attached submission of Hyundai Steel's *Request to Reject Petitioner's Changed Circumstances Review Request,* filed on July 16, 2018, pursuant to the antidumping duty investigation of Welded Line Pipe from the Republic of Korea (A-580-876). In my capacity as counsel, I certify that the information contained in this submission is accurate and complete to the best of my knowledge. I am aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the Department may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification. I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

*Signature:* _____

*Date:* 7/16/18 _____

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## <u>PUBLIC CERTIFICATE OF SERVICE</u>

**Welded Line Pipe from Korea**
**Case No. A-580-876**
**Investigation**

I hereby certify that, on this day, copies of the foregoing submission were served upon the following parties via fist-class mail:

**On Behalf of Stupp Corporation, a division of Stupp Bros., Inc., American Cast Iron Pipe Company and Maverick Tube Corp.:**
Allan H. Price, Esq.
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006

**On Behalf of American Cast Iron Pipe Company, Energex Tube, a division of JMC Steel Group; Northwest Pipe Company, Stupp Corporation, a division of Stupp Bros., Inc., Tex-Tube Company, TMK IPSCO and Weispun Tubular LLC USA:**
Roger B. Schagrin, Esq.
Schagrin Associates
900 7th Street, NW, Suite 500
Washington, DC 20001

**On Behalf of Husteel Co., Ltd.:**
Donald B. Cameron, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW, Suite 600
Washington, DC 20005

**On Behalf of SeAH Steel Corporation**
Jeffrey M. Winton, Esq. (Lead Firm)
Law Office of Jeffrey M. Winton PLLC
1900 L Street, NW, Suite 611
Washington, DC 20036

**On Behalf of United Steel Corporation:**
Jeffrey D. Gerrish, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005

Robert G. Gosselink, Esq.
Trade Pacific PLLC
660 Pennsylvania Avenue, SE, Suite 401
Washington, DC 20003

_____
7/16/2018
Date

/s/ Kang Woo Lee
Kang Woo Lee
Arnold & Porter Kaye Scholer LLP

Barcode:3741652-01 A-580-876 SCR - Changed Circumstances - ( KFTC

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-580-876
Changed Circumstances Review
Public Document
AD/CVD/OII: EE

DATE:  August 9, 2018

MEMORANDUM TO:  James Maeder
Associate Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations
 performing the duties of Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations

THROUGH:  Melissa G. Skinner
Director, Office II
Antidumping and Countervailing Duty Operations

FROM:  Elizabeth Eastwood
Program Manager, Office II
Antidumping and Countervailing Duty Operations

RE:  Whether to Initiate a Changed Circumstances Review of the Less-Than-Fair-Value Investigation on Welded Line Pipe from the Republic of Korea

## I.    Summary

On June 22, 2018, the Department of Commerce (Commerce) received a request from Maverick Tube Corporation (Maverick)[1] to initiate a changed circumstances review (CCR) of the underlying LTFV investigation on WLP from Korea, in accordance with 19 CFR 351.216(b). As discussed, below, after considering the arguments raised by the interested parties, we have determined not to initiate a CCR of the LTFV investigation.

## II.    Background

In October 2015, Commerce published in the *Federal Register* the final determination of sales at LTFV on WLP from Korea,[2] and subsequently issued an antidumping duty (AD) order on WLP from Korea.[3]

---

[1] Maverick was one of the petitioners in the underlying less-than-fair-value (LTFV) investigation of welded line pipe (WLP) from the Republic of Korea (Korea).
[2] *See Welded Line Pipe from the Republic of Korea: Final Determination of Sales at Less Than Fair Value*, 80 FR 61366 (October 13, 2015) (*Final Determination*).
[3] *See Welded Line Pipe from the Republic of Korea and the Republic of Turkey: Antidumping Duty Orders*, 80 FR 75056 (December 1, 2015).



Barcode:3741652-01 A-580-876 CCR - Changed Circumstances r...

On June 22, 2018, Maverick submitted a request that Commerce initiate a CCR of the LTFV investigation based on a finding by the Korea Fair Trade Commission (KFTC).[4]  Specifically, Maverick noted that the KFTC found six Korean pipe producers, including LTFV investigation respondents Hyundai Steel Company (Hyundai Steel) and SeAH Steel Corporation (SeAH), engaged in a price-fixing scheme with respect to sales to the Korea Gas Corporation (KOGAS) through December 2013.[5]  On June 29, 2018, SeAH submitted comments on Maverick's CCR request,[6] to which Maverick responded on July 6, 2018.[7]  Further, on July 16, 2018, Hyundai Steel also submitted comments on Maverick's CCR request.[8]

On July 18, 2018, Commerce published in the *Federal Register* the final results of its first administrative review of the AD order on WLP from Korea.[9]  In that segment of the administrative proceeding, we again examined Hyundai Steel and SeAH as mandatory respondents and revised the cash deposit rates for both, as well as the following companies which were not individually examined for which a review was requested:  AJU BESTEEL CO., Ltd.; Daewoo International Corporation; Dong Yang Steel Pipe; Dongbu Incheon Steel Co.; Dongbu Steel Co., Ltd.; Dongkuk Steel Mill; EEW Korea Co, Ltd.; HISTEEL CO., Ltd.; Husteel Co., Ltd.; Keonwood Metals Co., Ltd.; Kolon Global Corp.; Korea Cast Iron Pipe Ind. Co., Ltd.; Miju Steel MFG Co., Ltd.; MSTEEL Co., Ltd.; NEXTEEL Co., Ltd.; Poongsan Valinox (Valtimet Division); POSCO; Sam Kang M&T Co., Ltd.; Sin Sung Metal Co., Ltd.; Soon-Hong Trading Company; Steel Flower Co., Ltd.; and TGS Pipe.  We also calculated assessment rates for each of the companies involved in the administrative review in order to liquidate entries during the period May 22, 2015, through November 30, 2016.

On July 26, 2018, Maverick responded to Hyundai Steel's comments.[10]  Finally, on July 27, 2018, SeAH submitted additional comments on the CCR request,[11] to which Maverick responded on July 30, 2018.[12]

---

[4] *See* Letter from Maverick, "Welded Line Pipe from the Republic of Korea: Request to Initiate a Changed Circumstances Review," dated June 22, 2018, (Maverick's CCR Request) at Exhibit 3 (KFTC, *Case for unfair corporate action of 6 business operators in relation to bidding for buying a steel pipe orders by Korea Gas Corporation*, dated December 21, 2017).

[5] *Id.*  The period of investigation (POI) in the LTFV investigation was October 1, 2013, through September 30, 2014.

[6] *See* Letter from SeAH, "Administrative Review of the Antidumping Order on Welded Line Pipe from Korea – Response to Wiley Rein's September 25 Letter," dated June 29, 2018.

[7] *See* Letter from Maverick, "Welded Line Pipe from the Republic of Korea: Response to SeAH's June 29, 2018 Letter," dated July 6, 2018.

[8] *See* Letter from Hyundai Steel, "Welded Line Pipe from the Republic of Korea: Request to Reject Petitioner's Changed Circumstances Review Request," dated July 16, 2018 (Hyundai Steel's CCR Rebuttal Comments).

[9] *See Welded Line Pipe from the Republic of Korea:  Final Results of Antidumping Duty Administrative Review; 2015–2016*, 83 FR 33919 (July 18, 2018) (*Final Results*).

[10] *See* Letter from Maverick, "Welded Line Pipe from the Republic of Korea: Response to Hyundai's July 16, 2018 Letter," dated July 26, 2018 (Maverick's CCR Hyundai Steel Rebuttal Comments).

[11] *See* Letter from SeAH, "Antidumping Order on Welded Line Pipe from Korea – Response to Request for Changed Circumstances Review," dated July 27, 2018 (SeAH's CCR Rebuttal Comments).

[12] *See* Letter from Maverick, "Welded Line Pipe from the Republic of Korea: Response to SeAH's July 27, 2018

## III.  Summary of Arguments

### A.  Maverick's Arguments

Maverick argues that Commerce should initiate a CCR of the LTFV investigation based on the KTFC's finding of price fixing by Hyundai Steel, SeAH, and other Korean steel pipe producers in their sales to KOGAS from January 2003 through December 2013.   Maverick notes that KOGAS is one of the largest purchasers of welded line pipe in Korea and SeAH reported selling subject merchandise to KOGAS during the POI.[13]   According to Maverick, in the LTFV investigation, SeAH stated that its sales to KOGAS were made through "a competitive bidding process," which the KTFC's report demonstrates was a mischaracterization.[14]   Moreover, Maverick claims that it is reasonable to assume that at least some of Hyundai Steel's home market sales during the POI were ultimately provided to KOGAS.[15]   As a result, Maverick contends that Commerce should apply adverse facts available to Hyundai Steel and SeAH, and the petition rate to all other Korean exporters/producers of subject merchandise.[16]   Finally, Maverick contends that Commerce has conducted CCRs when presented with similar circumstances, citing *Tokyo Kikai* and *Ad Hoc Shrimp*.[17]

### B.  The Respondents' Rebuttals

Hyundai Steel and SeAH disagree that it is appropriate to initiate a CCR in this proceeding. Hyundai Steel notes that Commerce has previously declined to initiate a CCR given similar facts in *Rebar from Turkey*.[18]   Moreover, Hyundai Steel notes that Maverick's CCR request is not relevant to Hyundai Steel because, during the POI:   1) it did not have any direct sales to KOGAS; and 2) there is no evidence that Hyundai Steel had any indirect home market sales to KOGAS.[19]   According to Hyundai Steel, the KFTC's findings support this conclusion, given

---

Letter," dated July 30, 2018 (Maverick's CCR SeAH Rebuttal Comments).

[13] *See* Maverick's CCR Request at 5.

[14] *Id.*

[15] *Id.*

[16] *Id.* at 9.

[17] *See Tokyo Kikai Seisakusko, Ltd. v. United States*, 529 F.3d 1352, 1360-61 (Fed. Cir. 2008) (*Tokyo Kikai*) (noting Commerce's inherent authority to reconsider its decisions to protect the integrity of its proceedings from fraud); and *Ad Hoc Shrimp Trade Action Comm. v. United States*, 882 F. Supp. 2d 1377, 1381 (CIT 2013) (*Ad Hoc Shrimp*) (holding Commerce's need to protect the integrity of administrative proceedings from fraud was greater than the need for finality).

[18] *See* Hyundai Steel's CCR Rebuttal Comments at 3 (citing *Certain Steel Concrete Reinforcing Bars from Turkey; Final Results of Antidumping Duty Administrative Review and New Shipper Review and Determination to Revoke in Part*, 72 FR 62630 (November 6, 2007) (*Rebar from Turkey*), and accompanying Issues and Decision Memorandum (IDM) at Comment 1 (where Commerce determined that the findings of the Turkish Government Competition Board alone were insufficient to examine a previously-closed segment of a proceeding).

[19] *Id.* at 4.

3

that the KFTC notes that, since 2013, the bid winner was not allowed to outsource portions of its winning bid to other suppliers.[20]

SeAH notes that the position taken by Maverick in its request for a CCR directly contradicts its statements in the second administrative review of WLP from Korea.   Specifically, SeAH states that Maverick advocates using SeAH's home market sales "made in the ordinary course of trade" in the LTFV investigation to calculate constructed value (CV) selling expenses and profit in the current administrative review.[21]   According to SeAH, because Maverick has admitted that SeAH's home market sales during the LTFV investigation can be used to calculate normal value, its request for a CCR must be dismissed.

C.    Maverick's Rebuttals

Maverick disagrees with Hyundai Steel's arguments, noting that Commerce's decision not to initiate a CCR in *Rebar from Turkey* was based on the reconsideration of revocation, which is not an issue not of concern here.   Moreover, Maverick argues that, unlike *Rebar from Turkey*, the respondents in this case provided false or misleading responses to Commerce that are contradicted by the evidence Maverick provided.   Specifically, Maverick contends that SeAH's statement that its sales were made according to a competitive bidding process is belied by its involvement in the price-fixing scheme identified in the KFTC's findings.   Maverick also disagrees with Hyundai Steel that its CCR request does not pertain to it.   According to Maverick, the KFTC found Hyundai Steel to be a "top offender," because it is among the producers assigned the highest penalties.[22]   According to Maverick, Hyundai Steel's statement that it had no direct or indirect sales to KOGAS during the POI is contradicted by its statement in the LTFV investigation that it had no knowledge of the disposition of its home market sales to traders.[23]

Maverick also contends that SeAH's arguments are meritless.   According to Maverick, until Commerce initiates and conducts a CCR of the LTFV investigation, Commerce can consider SeAH's information from the LTFV investigation to be the best information available to determine CV profit in the second administrative review.[24]

IV.    **Analysis**

Commerce is rarely faced with a situation in which a party requests that the agency open a previously completed segment of a proceeding given the rule of finality, and we carefully

---

[20] *Id.* at 5 (citing Maverick's CCR Request at 5).
[21] *See* SeAH's CCR Rebuttal Comments at 2.
[22] *See* Maverick's CCR Hyundai Steel Rebuttal Comments at 9 (citing Maverick's CCR Request at Exhibits 1 and 4).
[23] *Id.* (citing *Final Determination* and accompanying IDM at Comment 6).
[24] *See* Maverick's CCR SeAH Rebuttal Comments at 4.

4

examine the circumstances surrounding any such request.[25]

Maverick's request for a CCR in this proceeding is predicated on a price fixing scheme found by the KFTC that overlaps with a portion of the POI in the LTFV investigation.   Following the affirmative LTFV determination, we set cash deposit rates for Hyundai Steel, SeAH, and all other producers/exporters of WLP from Korea.[26]   Since the issuance of the *Final Determination*, Commerce has conducted and completed the first administrative review of the AD order on WLP from Korea.[27]   As a result of that segment of the proceeding, Commerce revised the cash deposit rates applicable to 24 producers/exporters subject to that review; the number of producers/exporters in that review exceeded the number of exporters named in the petition.[28] Because any rates recalculated as part of a CCR of the LTFV investigation have already been revised for virtually all producers/exporters of WLP in Korea, we find that conducting a CCR of the LTFV investigation will have no impact on the AD rates applicable to producers/exporters of the subject merchandise in this case.

Based upon the specific facts and circumstances present in this case, as indicated above, we have determined not to initiate a CCR in this particular case.

## V.    **Recommendation**

We recommend not initiating a CCR in this proceeding for the reasons set forth above.

☒                                    ☐
_____                    _____
Agree                                Disagree

8/9/2018

X  *James Maeder*

Signed by: JAMES MAEDER

_____
James Maeder
Associate Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations
 performing the duties of Deputy Assistant Secretary
 for Antidumping and Countervailing Duty Operations

---

[25] *See, e.g.*, *Large Newspaper Printing Presses and Components Thereof, Whether Assembled or Unassembled, from Japan: Final Results of Changed Circumstances Review*, 71 FR 11590 (March 8, 2006).
[26] *See Final Determination*, 80 FR at 61367.
[27] *See Final Results*.
[28] *Id.*, 83 FR at 33920.

# EXHIBIT 11

# EXHIBIT 11-A

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

| Month | Production Quantity |
|---|---|
| 17-Dec | 1,438 |
| 18-Jan | 1,559 |
| 18-Feb | 1,358 |
| 18-Mar | 1,436 |
| 18-Apr | 1,200 |
| 18-May | 1,546 |
| 18-Jun | 1,598 |
| 18-Jul | 1,413 |
| 18-Aug | 1,512 |
| 18-Sep | 1,404 |
| 18-Oct | 1,340 |
| 18-Nov | 1,207 |
| Total | 17,011 |

한국철강협회
Korea Iron & Steel Association

HOME  사이트맵   ENGLISH

| 협회소개 | 뉴스&보도 | 회원사 | 정보&정책이슈 | 위원회&협의회 | 철강학습 | 퇴직자 추 |

## 철강생산통계

🏠 > 철강정보 > 통계자료 > 철강생산통계

정보&정책이슈

| 형강 | H형강 | 봉강 | 철근 | 선재 | 중후판 | 열연강판 | 냉연강판 | 용융아연도강판 | 전기아연도강판 | 칼라강판 | 석도강판 | 강관 |

Shape steel / H shape steel / Bar steel / Rebar / Steel wire / Heavy-middle thick plate / **Hot-rolled steel sheet** / Cold-rolled steel sheet / Hot-dip galvanized steel sheet / Electro galvanizing sheet / Color steel sheet / Tin plate / Steel pipe

철강산업현황

철강산업발전사

철강기술발전사

**통계자료** ＞

조사통계보고서

철강정책이슈

철강보



그래프 다운로드

(단위 : 천톤)

※ 열연강판(생산 - 자가소비)

◉ 2018년 월별통계

| 월 | 물량 | 전년비 | | 월 | 물량 | 전년비 |
|---|---|---|---|---|---|---|
| 1 | 1,559 | 1.6 | | 7 | 1,413 | -0.3 |
| 2 | 1,358 | 2.4 | | 8 | 1,512 | -4.4 |
| 3 | 1,436 | 8.0 | | 9 | 1,404 | 13.0 |
| 4 | 1,200 | -14.6 | | 10 | 1,340 | -11.6 |
| 5 | 1,546 | 8.5 | | 11 | 1,207 | -8.0 |
| 6 | 1,598 | 29.7 | | 12 | 1,384 | -3.8 |

엑셀 다운로드   연도별 보기

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



한국철강협회
Korea Iron & Steel Association

HOME 사이트맵 ENGLISH + 전체메뉴

협회소개 | 뉴스&보도 | 회원사 | 정보&정책이슈 | 위원회&협의회 | 철강학습 | 퇴직자 취업정보

정보&정책이슈

# 철강생산통계 Steel production statistics

형강 / H형강 / 봉강 / 철근 / 선재 / 중후판 / **열연강판** / 냉연강판 / 용융아연도강판 / 전기아연도강판 / 칼라강판 / 석도강판 / 강관

Shape steel / H shape steel / Bar steel / Rebar / Steel wire / Heavy-middle thick plate / **Hot-rolled steel sheet** / Cold-rolled steel sheet / Hot-dip galvanized steel sheet / Electro galvanizing sheet / Color steel sheet / Tin plate / Steel pipe

철강산업현황
철강산업발전사
철강기술발전사
통계자료 >
조사통계보고서
철강정책이슈
철강보

HOME
정책이슈
협회소식
조사통계 보고서
회원가입 안내
오시는길

그래프 다운로드

(단위 : 천톤) Unit: Thousand MT

※ 열연강판(생산 – 자가소비)

**2017년 월별통계** Monthly figures for 2017

| 월 Month | 물량 Quantity | 전년비 Year on Year | 월 Month | 물량 Quantity | 전년비 Year on Year |
|---|---|---|---|---|---|
| 1 | 1,534 | 5.3 | 7 | 1,418 | -9.6 |
| 2 | 1,327 | -5.4 | 8 | 1,581 | 14.9 |
| 3 | 1,329 | -11.6 | 9 | 1,243 | -20.6 |
| 4 | 1,406 | -7.0 | 10 | 1,516 | -4.0 |
| 5 | 1,426 | -0.9 | 11 | 1,312 | 0.5 |
| 6 | 1,232 | -7.8 | 12 | 1,438 | -7.4 |

엑셀 다운로드 연도별 보기

# EXHIBIT 11-B

HR코일 수입 내역 (출처: 철강협회)
HR Coil Imports (Source: KOSA, Korea Iron and Steel Association)

(Thousand Tons, US$)

| | 201712 | 201801 | 201802 | 201803 | 201804 | 201805 | 201806 | 201807 | 201808 | 201809 | 201810 | 201811 POR | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 전세계 (Worldwide) | 400 | 375 | 362 | 487 | 358 | 312 | 329 | 214 | 270 | 257 | 289 | 325 | 3,990 |
| 단가 (Unit Price) | 605 | 605 | 602 | 615 | 632 | 632 | 639 | 625 | 627 | 616 | 615 | 608 | 617 |
| 중국 (China) | 150 | 150 | 175 | 209 | 162 | 160 | 111 | 72 | 99 | 91 | 91 | 81 | 1,550 |
| 단가 (Unit Price) | 600 | 597 | 599 | 622 | 621 | 621 | 624 | 625 | 621 | 611 | 611 | 609 | 613 |
| 일본 (Japan) | 227 | 198 | 146 | 237 | 162 | 137 | 187 | 138 | 169 | 145 | 180 | 200 | 2,127 |
| 단가 (Unit Price) | 607 | 607 | 609 | 610 | 621 | 637 | 652 | 662 | 624 | 612 | 614 | 609 | 618 |
| China/Japan Price Dif | -7.5 | -10.1 | -10.1 | 11.5 | 0.5 | -14.4 | -29.4 | -3.8 | -0.1 | 8.9 | -3.4 | 0.0 | -5.0 |
| China/Japan Price Dif ratio | -1.24% | -1.67% | -1.66% | 1.88% | 0.07% | -2.27% | -4.51% | -0.61% | 0.08% | 1.45% | -0.56% | 0.00% | -9.04% |



Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

How to calculate worldwide Net price for 2018 September

(1,000 Tons, 1,000,000US$, $/MT)

| | Quantity | Amount | Unit Price |
|---|---|---|---|
| worldwide including STS | 293,393 | 222,737 | |
| worldwide only STS | 36,587 | 64,633 | |
| worldwide Net | 256,806 | 158,104 | 616 |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 12



Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Price History
## Tables and Charts

**USA**             **China**

**Western Europe**  **World Export**

Hot-rolled Band

Cold-rolled Coil

Standard Plate

Rebar

Steel Scrap

Register at:  **www.steelbenchmarker.com**

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Steel*Benchmarker***™

## Global HRB Price Slide Pauses Outside of China

Western Europe, World Export, and USA <u>up</u> 4.4%, 2.2% and 1.0%. China <u>down</u> 0.8%.

## *SteelBenchmarker*™ Report #319

ENGLEWOOD CLIFFS, NJ – The bi-monthly ***SteelBenchmarker*™** <u>Western European</u> HRB price for July 24th was up 4.4% to $543 per tonne (on a Euro basis, it was up 5.1%) after decreasing in the previous report. The <u>World Export</u> HRB price was up 2.2% to $511 per tonne after declining in the previous six reports. The <u>United States</u> HRB price was up 1.0% to $631 per tonne after declining in the previous five reports. The <u>Chinese</u> HRB price was down 0.8% to $474 per tonne after increasing in the previous report.

In its three hundred nineteenth report, the ***SteelBenchmarker*™** released 10 steel products and 3 USA scrap prices. Of these, here are four <u>benchmark prices for hot-rolled band</u> July 24, 2019:

**USA** –$631 per metric tonne ($572 per net ton), FOB the mill – <u>up $6</u> from $625 ($567 nt) two weeks ago, <u>up $221</u> from the recent low of $412 ($374 nt) on Dec. 14, 2015 and <u>up $202</u> from the low of $429 per tonne ($390 nt) on May 25, 2009. It is <u>down $375</u> per tonne from the recent high of $1,006 ($912 nt) on Jul. 11, 2018 and <u>down $572 (47.5%)</u> from the record peak of $1,203 per tonne ($1,091 nt) on July 28, 2008.

**China** – $474 per metric tonne, ex-works – <u>down $4</u> from $478 two weeks ago, <u>up</u> $243 per tonne from the recent low of $231 on Dec. 14, 2015 and <u>up $67</u> per tonne from the low of $407 per tonne on Oct. 12, 2009. It is <u>down $163</u> per tonne from the recent high of $637 on Aug. 22, 2011 and <u>down $259 (35.3%)</u> from the record peak of $733 per tonne on July 14, 2008.

**Western Europe -** $543 (€487) per metric tonne, ex-works – <u>up $23</u> from $520 (€464) two weeks ago, <u>up $197 (up €162)</u> from the recent low of $346 (€325) on Nov. 23, 2015 and <u>down $28 (up €106)</u> from the low of $571 (€381) per tonne on Nov. 23, 2009. It is <u>down $309 (€118)</u> per tonne from the recent high of $852 (€605) on Mar. 28, 2011 and <u>down $661 (54.9%) (€269) (35.6%)</u> from the record peak of $1,204 (€756) per tonne on July 14, 2008**.**

**World Export Price** – $511 per metric tonne, FOB the port of export – <u>up $11</u> from $500 two weeks ago, <u>up $239</u> per tonne from the recent low of $272 on Feb. 8, 2016 and <u>up $15</u> from the low of $496 per tonne on Nov. 9, 2009. It is <u>down $262</u> per tonne from the recent high of $773 on Feb 14, 2011 and <u>down $602 (54.1%)</u> from the record peak of $1,113 per tonne on July 28, 2008.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel Benchmarker™

## STEELBENCHMARKER PRICES
### July 22, 2019
dollars per metric tonne
(net ton) [gross ton] {Euros}

### Region: USA, East of the Mississippi

| | | |
|---|---|---|
| Hot-rolled band: | 631 | (572) |
| Cold-rolled coil: | 800 | (726) |
| Standard plate: | 955 | (866) |
| #1 Heavy melting scrap: | 234 | [238] |
| Shredded scrap*: | 261 | [265] |
| #1 Busheling scrap: | 285 | [290] |

### Region: Mainland China***

| | |
|---|---|
| Hot-rolled band: | 474 |
| Cold-rolled coil: | 530 |
| Rebar: | 489 |
| Standard plate: | 487 |

### Region: Western Europe

| | | |
|---|---|---|
| Hot-rolled band: | 543 | {485e} |

### Region: World Export Market

| | |
|---|---|
| Hot-rolled band: | 511 |

NOTES:

Released July 24, 2019 at 9:00 a.m. to Price Assessment Providers.
The first price release was for April 10, 2006.

If a product is not listed or a price is not indicated, fewer than ten (10) price inputs were received at this time. ** Development stage -- fewer than 20 assessment providers.

Prices are: USA -- FOB mill; Western Europe and China -- Ex-works; and World Export Market -- FOB port of export. For USA steel scrap -- delivered to the steel plant. * For shredded scrap the region is "for all but the West Coast" (CA, OR & WA).

*** SteelHome's non-steelbenchmarker derived average price for each product is the determinant of the Chinese ex-works benchmark price. It is published for comparative purposes.

For product specifications go to www.steelbenchmarker.com/specifications.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



## SteelBenchmarker™ HRB Price

### USA, China, Western Europe and World Export
(WSD's PriceTrack data, Jan. 2002 - March 2006; SteelBenchmarker data begins April 2006)



Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel Benchmarker ™

### *SteelBenchmarker*™ CRC Price

#### USA, China, Western Europe and World Export
(WSD's PriceTrack data, Jan. 2002 - March 2006; SteelBenchmarker data begins April 2006)



Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

SteelBenchmarker™

## *SteelBenchmarker*™ Plate Price

**USA, China, Western Europe and World Export**
(WSD's PriceTrack data, Jan. 2002 - March 2006; SteelBenchmarker data begins April 2006)

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved



Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel*Benchmarker*™

### *SteelBenchmarker*™ Rebar Price

#### USA, China, Western Europe and World Export
(WSD's PriceTrack data, Jan. 2002 - March 2006; SteelBenchmarker data begins April 2006)



July 22, 2019

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Steel**Benchmarker™

### *SteelBenchmarker*™ Scrap Price

**USA, delivered to steel plant**

(AMM scrap price data, Jan. 2002 - Jan. 2007; SteelBenchmarker data begins Feb. 2007)



Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



# USA
## FOB mill*
### *Dollars per Net Ton*

| | ---------HRB------- | | | ---------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng |
| 12-Mar-18 | 811 | 51 | 6.7% | 944 | 68 | 7.8% | 879 | 33 | 4.0% | 699 | 26 | 3.9% |
| 26-Mar-18 | 825 | 14 | 1.7% | 951 | 7 | 0.7% | 924 | 44 | 5.1% | 706 | 7 | 0.9% |
| 09-Apr-18 | 854 | 29 | 3.5% | 977 | 26 | 2.7% | 935 | 12 | 1.3% | 742 | 36 | 5.1% |
| 23-Apr-18 | 866 | 12 | 1.4% | 973 | -4 | -0.4% | 938 | 3 | 0.3% | 725 | -17 | -2.3% |
| 14-May-18 | 881 | 15 | 1.8% | 995 | 22 | 2.2% | 927 | -11 | -1.2% | 732 | 7 | 1.0% |
| 28-May-18 | 886 | 4 | 0.5% | 996 | 2 | 0.2% | 935 | 8 | 0.9% | 766 | 34 | 4.6% |
| 11-Jun-18 | 890 | 5 | 0.5% | 1013 | 16 | 1.6% | 925 | -10 | -1.1% | 673 | -93 | -12.2% |
| 25-Jun-18 | 907 | 16 | 1.9% | 1012 | -1 | -0.1% | 970 | 45 | 4.8% | 725 | 52 | 7.8% |
| 09-Jul-18 | 912 | 5 | 0.6% | 1000 | -11 | -1.1% | 990 | 20 | 2.0% | 758 | 33 | 4.6% |
| 23-Jul-18 | 903 | -10 | -1.1% | 994 | -6 | -0.6% | 978 | -12 | -1.2% | 762 | 4 | 0.5% |
| 13-Aug-18 | 904 | 2 | 0.2% | 965 | -29 | -3.0% | 993 | 15 | 1.6% | na | - | - |
| 27-Aug-18 | 890 | -14 | -1.5% | 966 | 1 | 0.1% | 989 | -4 | -0.4% | 724 | - | - |
| 10-Sep-18 | 878 | -12 | -1.4% | 959 | -7 | -0.7% | 990 | 1 | 0.1% | na | - | - |
| 24-Sep-18 | 872 | -7 | -0.7% | 957 | -2 | -0.2% | 984 | -5 | -0.5% | na | - | - |
| 08-Oct-18 | 853 | -19 | -2.2% | 933 | -24 | -2.5% | 1003 | 19 | 1.9% | na | - | - |
| 22-Oct-18 | 842 | -11 | -1.3% | 923 | -11 | -1.1% | 994 | -9 | -0.9% | na | - | - |
| 12-Nov-18 | 835 | -7 | -0.8% | 926 | 3 | 0.3% | 992 | -2 | -0.2% | na | - | - |
| 26-Nov-18 | 784 | -51 | -6.1% | 899 | -27 | -2.9% | 1014 | 22 | 2.2% | na | - | - |
| 10-Dec-18 | 778 | -6 | -0.8% | 894 | -5 | -0.5% | 986 | -28 | -2.8% | na | - | - |
| 24-Dec-18 | 767 | -11 | -1.4% | 884 | -11 | -1.2% | 1029 | 43 | 4.4% | na | - | - |
| 14-Jan-19 | 731 | -36 | -4.7% | 843 | -41 | -4.6% | 995 | -34 | -3.3% | 717 | - | - |
| 28-Jan-19 | 693 | -38 | -5.2% | 822 | -21 | -2.5% | 1007 | 12 | 1.2% | 731 | 15 | 2.0% |
| 11-Feb-19 | 701 | 8 | 1.2% | 825 | 3 | 0.3% | 998 | -9 | -0.9% | 720 | -11 | -1.5% |
| 25-Feb-19 | 701 | 0 | 0.0% | 814 | -11 | -1.3% | 989 | -9 | -0.9% | na | - | - |
| 11-Mar-19 | 709 | 7 | 1.0% | 836 | 22 | 2.7% | 985 | -4 | -0.4% | na | - | - |
| 25-Mar-19 | 710 | 2 | 0.3% | 842 | 6 | 0.8% | 990 | 5 | 0.5% | na | - | - |
| 08-Apr-19 | 701 | -9 | -1.3% | 836 | -6 | -0.8% | 976 | -14 | -1.4% | na | - | - |
| 22-Apr-19 | 704 | 3 | 0.4% | 834 | -2 | -0.2% | 954 | -22 | -2.2% | na | - | - |
| 13-May-19 | 655 | -49 | -7.0% | 786 | -48 | -5.8% | 978 | 24 | 2.5% | na | - | - |
| 27-May-19 | 635 | -20 | -3.0% | 753 | -33 | -4.2% | 895 | -83 | -8.4% | na | - | - |
| 10-Jun-19 | 609 | -26 | -4.1% | 738 | -15 | -2.0% | 894 | -2 | -0.2% | na | - | - |
| 24-Jun-19 | 574 | -34 | -5.7% | 712 | -25 | -3.4% | 870 | -24 | -2.6% | na | - | - |
| 08-Jul-19 | 567 | -7 | -1.3% | 715 | 3 | 0.4% | 774 | -96 | -11.1% | na | - | - |
| 22-Jul-19 | 572 | 5 | 1.0% | 726 | 11 | 1.5% | 866 | 93 | 12.0% | na | - | - |

Notes: * Ex-works (the same as FOB mill)

Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers. If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for April 10, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# SteelBenchmarker™

## USA
### FOB mill*
### Dollars per _Metric Tonne_

| | ---------HRB------- | | | ---------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng |
| 12-Mar-18 | 894 | 56 | 6.7% | 1041 | 75 | 7.8% | 969 | 37 | 4.0% | 771 | 29 | 3.9% |
| 26-Mar-18 | 909 | 15 | 1.7% | 1049 | 8 | 0.7% | 1018 | 49 | 5.1% | 778 | 7 | 0.9% |
| 09-Apr-18 | 941 | 32 | 3.5% | 1077 | 28 | 2.7% | 1031 | 13 | 1.3% | 818 | 40 | 5.1% |
| 23-Apr-18 | 955 | 14 | 1.4% | 1072 | -5 | -0.4% | 1034 | 3 | 0.3% | 799 | -19 | -2.3% |
| 14-May-18 | 972 | 17 | 1.8% | 1096 | 24 | 2.2% | 1022 | -12 | -1.2% | 807 | 8 | 1.0% |
| 28-May-18 | 976 | 5 | 0.5% | 1098 | 2 | 0.2% | 1031 | 9 | 0.9% | 844 | 37 | 4.6% |
| 11-Jun-18 | 982 | 5 | 0.5% | 1116 | 18 | 1.6% | 1020 | -11 | -1.1% | 741 | -103 | -12.2% |
| 25-Jun-18 | 1000 | 18 | 1.9% | 1115 | -1 | -0.1% | 1069 | 49 | 4.8% | 799 | 58 | 7.8% |
| 09-Jul-18 | 1006 | 6 | 0.6% | 1102 | -13 | -1.1% | 1091 | 22 | 2.0% | 836 | 37 | 4.6% |
| 23-Jul-18 | 995 | -11 | -1.1% | 1096 | -6 | -0.6% | 1078 | -13 | -1.2% | 840 | 4 | 0.5% |
| 13-Aug-18 | 997 | 2 | 0.2% | 1064 | -32 | -3.0% | 1095 | 17 | 1.6% | na | - | - |
| 27-Aug-18 | 981 | -15 | -1.5% | 1064 | 1 | 0.1% | 1090 | -4 | -0.4% | 798 | | |
| 10-Sep-18 | 968 | -13 | -1.4% | 1057 | -7 | -0.7% | 1091 | 1 | 0.1% | na | - | - |
| 24-Sep-18 | 961 | -7 | -0.7% | 1055 | -2 | -0.2% | 1085 | -6 | -0.5% | na | - | - |
| 08-Oct-18 | 940 | -21 | -2.2% | 1029 | -26 | -2.5% | 1106 | 21 | 1.9% | na | - | - |
| 22-Oct-18 | 928 | -12 | -1.3% | 1017 | -12 | -1.1% | 1096 | -10 | -0.9% | na | - | - |
| 12-Nov-18 | 920 | -8 | -0.8% | 1020 | 3 | 0.3% | 1094 | -2 | -0.2% | na | - | - |
| 26-Nov-18 | 864 | -56 | -6.1% | 991 | -30 | -2.9% | 1118 | 24 | 2.2% | na | - | - |
| 10-Dec-18 | 858 | -7 | -0.8% | 986 | -5 | -0.5% | 1087 | -31 | -2.8% | na | - | - |
| 24-Dec-18 | 846 | -12 | -1.4% | 974 | -12 | -1.2% | 1134 | 48 | 4.4% | na | - | - |
| 14-Jan-19 | 806 | -40 | -4.7% | 929 | -45 | -4.6% | 1097 | -37 | -3.3% | 790 | | |
| 28-Jan-19 | 764 | -42 | -5.2% | 906 | -23 | -2.5% | 1110 | 13 | 1.2% | 806 | | |
| 11-Feb-19 | 773 | 9 | 1.2% | 909 | 3 | 0.3% | 1100 | -10 | -0.9% | 794 | | |
| 25-Feb-19 | 773 | 0 | 0.0% | 897 | -12 | -1.3% | 1090 | -10 | -0.9% | na | - | - |
| 11-Mar-19 | 781 | 8 | 1.0% | 921 | 24 | 2.7% | 1086 | -4 | -0.4% | na | - | - |
| 25-Mar-19 | 783 | 2 | 0.3% | 928 | 7 | 0.8% | 1091 | 5 | 0.5% | na | - | - |
| 08-Apr-19 | 773 | -10 | -1.3% | 921 | -7 | -0.8% | 1076 | -15 | -1.4% | na | - | - |
| 22-Apr-19 | 776 | 3 | 0.4% | 919 | -2 | -0.2% | 1052 | -24 | -2.2% | na | - | - |
| 13-May-19 | 722 | -54 | -7.0% | 866 | -53 | -5.8% | 1078 | 26 | 2.5% | na | - | - |
| 27-May-19 | 700 | -22 | -3.0% | 830 | -36 | -4.2% | 987 | -91 | -8.4% | na | - | - |
| 10-Jun-19 | 671 | -29 | -4.1% | 813 | -17 | -2.0% | 985 | -2 | -0.2% | na | - | - |
| 24-Jun-19 | 633 | -38 | -5.7% | 785 | -28 | -3.4% | 959 | -26 | -2.6% | na | - | - |
| 08-Jul-19 | 625 | -8 | -1.3% | 788 | 3 | 0.4% | 853 | -106 | -11.1% | na | - | - |
| 22-Jul-19 | 631 | 6 | 1.0% | 800 | 12 | 1.5% | 955 | 102 | 12.0% | na | - | - |

Notes: * Ex-works (the same as FOB mill)

Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price Assessment Providers.  If a price is not indicated, fewer than ten (10) price inputs were received at that time. The first price release was for April 10, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel*Benchmarker*™

## USA
### delivered to steel plant
*Dollars per* <u>Gross Ton</u>

|  | -----Steel Scrap**----- | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | *#1 Heavy Melting* | | | *Shredded Scrap* | | | *#1 Busheling* | | |
|  | <u>Price</u> | Dlr <u>Chng</u> | Pct <u>Chng</u> | <u>Price</u> | Dlr <u>Chng</u> | Pct <u>Chng</u> | <u>Price</u> | Dlr <u>Chng</u> | Pct <u>Chng</u> |
| 12-Mar-18 | 340 | 25 | 7.9% | 365 | 20 | 5.9% | 380 | -5 | -1.3% |
| 26-Mar-18 | 340 | 0 | 0.0% | 365 | 0 | 0.0% | 380 | 0 | 0.0% |
| 09-Apr-18 | 355 | 15 | 4.4% | 385 | 20 | 5.5% | 395 | 15 | 3.9% |
| 23-Apr-18 | 350 | -5 | -1.4% | 380 | -5 | -1.3% | 395 | 0 | 0.0% |
| 14-May-18 | 350 | 0 | 0.0% | 370 | -10 | -2.6% | 395 | 0 | 0.0% |
| 28-May-18 | 350 | 0 | 0.0% | 370 | 0 | 0.0% | 395 | 0 | 0.0% |
| 11-Jun-18 | 350 | 0 | 0.0% | 375 | 5 | 1.4% | 405 | 10 | 2.5% |
| 25-Jun-18 | 350 | 0 | 0.0% | 375 | 0 | 0.0% | 405 | 0 | 0.0% |
| 09-Jul-18 | 350 | 0 | 0.0% | 375 | 0 | 0.0% | 415 | 10 | 2.4% |
| 23-Jul-18 | 350 | 0 | 0.0% | 375 | 0 | 0.0% | 415 | 0 | 0.0% |
| 13-Aug-18 | 325 | -25 | -7.1% | 350 | -25 | -6.7% | 405 | -10 | -2.4% |
| 27-Aug-18 | 325 | 0 | 0.0% | 350 | 0 | 0.0% | 405 | 0 | 0.0% |
| 10-Sep-18 | 305 | -20 | -6.2% | 330 | -20 | -5.7% | 385 | -20 | -4.9% |
| 24-Sep-18 | 305 | 0 | 0.0% | 330 | 0 | 0.0% | 385 | 0 | 0.0% |
| 08-Oct-18 | 315 | 10 | 3.3% | 340 | 10 | 3.0% | 405 | 20 | 5.2% |
| 22-Oct-18 | 315 | 0 | 0.0% | 340 | 0 | 0.0% | 405 | 0 | 0.0% |
| 12-Nov-18 | 335 | 20 | 6.3% | 360 | 20 | 5.9% | 405 | 0 | 0.0% |
| 26-Nov-18 | 335 | 0 | 0.0% | 360 | 0 | 0.0% | 405 | 0 | 0.0% |
| 10-Dec-18 | 331 | -4 | -1.2% | 357 | -3 | -0.8% | 403 | -2 | -0.5% |
| 24-Dec-18 | 325 | -6 | -1.8% | 352 | -5 | -1.4% | 400 | -3 | -0.7% |
| 14-Jan-19 | 303 | -22 | -6.8% | 328 | -24 | -6.8% | 375 | -25 | -6.3% |
| 28-Jan-19 | 299 | -4 | -1.3% | 324 | -4 | -1.2% | 366 | -9 | -2.4% |
| 11-Feb-19 | 302 | 3 | 1.0% | 327 | 3 | 0.9% | 358 | -8 | -2.2% |
| 25-Feb-19 | 307 | 5 | 1.7% | 333 | 6 | 1.8% | 368 | 10 | 2.8% |
| 11-Mar-19 | 320 | 13 | 4.2% | 345 | 12 | 3.6% | 378 | 10 | 2.7% |
| 25-Mar-19 | 320 | 0 | 0.0% | 345 | 0 | 0.0% | 378 | 0 | 0.0% |
| 08-Apr-19 | 298 | -22 | -6.9% | 324 | -21 | -6.1% | 350 | -28 | -7.4% |
| 22-Apr-19 | 292 | -6 | -2.0% | 315 | -9 | -2.8% | 340 | -10 | -2.9% |
| 13-May-19 | 264 | -28 | -9.6% | 293 | -22 | -7.0% | 315 | -25 | -7.4% |
| 27-May-19 | 272 | 8 | 3.0% | 296 | 3 | 1.0% | 320 | 5 | 1.6% |
| 10-Jun-19 | 238 | -34 | -12.5% | 265 | -31 | -10.5% | 287 | -33 | -10.3% |
| 24-Jun-19 | 229 | -9 | -3.8% | 255 | -10 | -3.8% | 276 | -11 | -3.8% |
| 08-Jul-19 | 226 | -3 | -1.3% | 250 | -5 | -2.0% | 272 | -4 | -1.4% |
| 22-Jul-19 | 238 | 12 | 5.3% | 265 | 15 | 6.0% | 290 | 18 | 6.6% |

Notes: ** Steel scrap delivered to steel plant
   #1 heavy melting – demolition scrap that is at least ¼" thick.  This grade does not include
      the heavy "p & s" (plate and structural ) category that includes the very thick scrap items.
   Shredded – largely old cars and some appliances – for all but the West Coast (CA, OR & WA).
   #1 busheling – new sheet steel scrap.

Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers. If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for Feb.12, 2007 for data go to steelbenchmarker.com/files/history2.pdf.

   For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel**Benchmarker**™

## China

### Ex-works

*Dollars per Metric Tonne*

| | ---------HRB------- | | | ---------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng |
| 12-Mar-18 | 538 | -18 | -3.2% | 630 | -8 | -1.3% | 557 | -2 | -0.4% | 530 | -21 | -3.8% |
| 26-Mar-18 | 510 | -28 | -5.2% | 609 | -21 | -3.3% | 549 | -8 | -1.4% | 484 | -46 | -8.7% |
| 09-Apr-18 | 524 | 14 | 2.7% | 611 | 2 | 0.3% | 553 | 4 | 0.7% | 501 | 17 | 3.5% |
| 23-Apr-18 | 542 | 18 | 3.4% | 614 | 3 | 0.5% | 567 | 14 | 2.5% | 519 | 18 | 3.6% |
| 14-May-18 | 559 | 17 | 3.1% | 621 | 7 | 1.1% | 586 | 19 | 3.4% | 544 | 25 | 4.8% |
| 28-May-18 | 555 | -4 | -0.7% | 617 | -4 | -0.6% | 581 | -5 | -0.9% | 525 | -19 | -3.5% |
| 11-Jun-18 | 566 | 11 | 2.0% | 625 | 8 | 1.3% | 587 | 6 | 1.0% | 538 | 13 | 2.5% |
| 25-Jun-18 | 559 | -7 | -1.2% | 620 | -5 | -0.8% | 578 | -9 | -1.5% | 537 | -1 | -0.2% |
| 09-Jul-18 | 535 | -24 | -4.3% | 601 | -19 | -3.1% | 553 | -25 | -4.3% | 511 | -26 | -4.8% |
| 23-Jul-18 | 530 | -5 | -0.9% | 591 | -10 | -1.7% | 543 | -10 | -1.8% | 515 | 4 | 0.8% |
| 13-Aug-18 | 531 | 1 | 0.2% | 593 | 2 | 0.3% | 546 | 3 | 0.6% | 537 | 22 | 4.3% |
| 27-Aug-18 | 542 | 11 | 2.1% | 607 | 14 | 2.4% | 556 | 10 | 1.8% | 555 | 18 | 3.4% |
| 10-Sep-18 | 540 | -2 | -0.4% | 608 | 1 | 0.2% | 556 | 0 | 0.0% | 559 | 4 | 0.7% |
| 24-Sep-18 | 534 | -6 | -1.1% | 609 | 1 | 0.2% | 553 | -3 | -0.5% | 561 | 2 | 0.4% |
| 08-Oct-18 | 519 | -15 | -2.8% | 596 | -13 | -2.1% | 545 | -8 | -1.4% | 545 | -16 | -2.9% |
| 22-Oct-18 | 515 | -4 | -0.8% | 594 | -2 | -0.3% | 532 | -13 | -2.4% | 558 | 13 | 2.4% |
| 12-Nov-18 | 479 | -36 | -7.0% | 564 | -30 | -5.1% | 510 | -22 | -4.1% | 542 | -16 | -2.9% |
| 26-Nov-18 | 450 | -29 | -6.1% | 535 | -29 | -5.1% | 469 | -41 | -8.0% | 489 | -53 | -9.8% |
| 10-Dec-18 | 458 | 8 | 1.8% | 536 | 1 | 0.2% | 471 | 2 | 0.4% | 489 | 0 | 0.0% |
| 24-Dec-18 | 461 | 3 | 0.7% | 532 | -4 | -0.7% | 472 | 1 | 0.2% | 485 | -4 | -0.8% |
| 14-Jan-19 | 461 | 0 | 0.0% | 532 | 0 | 0.0% | 476 | 4 | 0.8% | 477 | -8 | -1.6% |
| 28-Jan-19 | 467 | 6 | 1.3% | 536 | 4 | 0.8% | 483 | 7 | 1.5% | 480 | 3 | 0.6% |
| 11-Feb-19 | 474 | 7 | 1.5% | 539 | 3 | 0.6% | 490 | 7 | 1.4% | 489 | 9 | 1.9% |
| 25-Feb-19 | 476 | 2 | 0.4% | 546 | 7 | 1.3% | 496 | 6 | 1.2% | 488 | -1 | -0.2% |
| 11-Mar-19 | 483 | 7 | 1.5% | 555 | 9 | 1.6% | 500 | 4 | 0.8% | 493 | 5 | 1.0% |
| 25-Mar-19 | 489 | 6 | 1.2% | 564 | 9 | 1.6% | 506 | 6 | 1.2% | 501 | 8 | 1.6% |
| 08-Apr-19 | 498 | 9 | 1.8% | 566 | 2 | 0.4% | 512 | 6 | 1.2% | 509 | 8 | 1.6% |
| 22-Apr-19 | 504 | 6 | 1.2% | 567 | 1 | 0.2% | 518 | 6 | 1.2% | 518 | 9 | 1.8% |
| 13-May-19 | 493 | -11 | -2.2% | 547 | -20 | -3.5% | 505 | -13 | -2.5% | 505 | -13 | -2.5% |
| 27-May-19 | 487 | -6 | -1.2% | 536 | -11 | -2.0% | 498 | -7 | -1.4% | 502 | -3 | -0.6% |
| 10-Jun-19 | 469 | -18 | -3.7% | 522 | -14 | -2.6% | 485 | -13 | -2.6% | 483 | -19 | -3.8% |
| 24-Jun-19 | 467 | -2 | -0.4% | 523 | 1 | 0.2% | 485 | 0 | 0.0% | 479 | -4 | -0.8% |
| 08-Jul-19 | 478 | 11 | 2.4% | 530 | 7 | 1.3% | 490 | 5 | 1.0% | 494 | 15 | 3.1% |
| 22-Jul-19 | 474 | -4 | -0.8% | 530 | 0 | 0.0% | 487 | -3 | -0.6% | 489 | -5 | -1.0% |

Notes: SteelHome's non-steelbenchmarker derived average price for each product is the determinant of
  the Chinese ex-works benchmark price.  It is published for comparative purposes.

Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers.  If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for April 10, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.
Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# SteelBenchmarker™

## Western Europe
### Ex-works
### _Dollars_ per Metric Tonne

| | ---------HRB------- | | | ---------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng |
| 12-Mar-18 | 701 | -1 | -0.2% | na | - | - | na | - | - | na | - | - |
| 26-Mar-18 | 701 | 0 | 0.0% | na | - | - | na | - | - | na | - | - |
| 09-Apr-18 | 694 | -7 | -1.0% | na | - | - | na | - | - | na | - | - |
| 23-Apr-18 | 680 | -14 | -2.0% | na | - | - | na | - | - | na | - | - |
| 14-May-18 | 671 | -9 | -1.3% | na | - | - | na | - | - | na | - | - |
| 28-May-18 | 657 | -14 | -2.1% | na | - | - | na | - | - | na | - | - |
| 11-Jun-18 | 644 | -13 | -2.0% | na | - | - | na | - | - | na | - | - |
| 25-Jun-18 | 649 | 5 | 0.8% | na | - | - | na | - | - | na | - | - |
| 09-Jul-18 | 634 | -15 | -2.3% | na | - | - | na | - | - | na | - | - |
| 23-Jul-18 | 637 | 3 | 0.5% | na | - | - | na | - | - | na | - | - |
| 13-Aug-18 | 649 | 12 | 1.9% | na | - | - | na | - | - | na | - | - |
| 27-Aug-18 | 654 | 5 | 0.8% | na | - | - | na | - | - | na | - | - |
| 10-Sep-18 | 636 | -18 | -2.8% | na | - | - | na | - | - | na | - | - |
| 24-Sep-18 | 644 | 8 | 1.3% | na | - | - | na | - | - | na | - | - |
| 08-Oct-18 | 622 | -22 | -3.4% | na | - | - | na | - | - | na | - | - |
| 22-Oct-18 | 620 | -2 | -0.3% | na | - | - | na | - | - | na | - | - |
| 12-Nov-18 | 610 | -10 | -1.6% | na | - | - | na | - | - | na | - | - |
| 26-Nov-18 | 601 | -9 | -1.5% | na | - | - | na | - | - | na | - | - |
| 10-Dec-18 | 574 | -27 | -4.6% | na | - | - | na | - | - | na | - | - |
| 24-Dec-18 | 575 | 1 | 0.2% | na | - | - | na | - | - | na | - | - |
| 14-Jan-19 | 573 | -2 | -0.3% | na | - | - | na | - | - | na | - | - |
| 28-Jan-19 | 548 | -25 | -4.4% | na | - | - | na | - | - | na | - | - |
| 11-Feb-19 | 561 | 13 | 2.4% | na | - | - | na | - | - | na | - | - |
| 25-Feb-19 | 566 | 5 | 0.9% | na | - | - | na | - | - | na | - | - |
| 11-Mar-19 | 570 | 4 | 0.7% | na | - | - | na | - | - | na | - | - |
| 25-Mar-19 | 569 | -1 | -0.2% | na | - | - | na | - | - | na | - | - |
| 08-Apr-19 | 585 | 16 | 2.8% | na | - | - | na | - | - | na | - | - |
| 22-Apr-19 | 567 | -18 | -3.1% | na | - | - | na | - | - | na | - | - |
| 13-May-19 | 543 | -24 | -4.2% | na | - | - | na | - | - | na | - | - |
| 27-May-19 | 529 | -14 | -2.6% | na | - | - | na | - | - | na | - | - |
| 10-Jun-19 | 524 | -5 | -0.9% | na | - | - | na | - | - | na | - | - |
| 24-Jun-19 | 527 | 3 | 0.6% | na | - | - | na | - | - | na | - | - |
| 08-Jul-19 | 520 | -7 | -1.3% | na | - | - | na | - | - | na | - | - |
| 22-Jul-19 | 543 | 23 | 4.4% | na | - | - | na | - | - | na | - | - |

Notes:
Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers.  If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for May 8, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel Benchmarker™

## Western Europe
### Ex-works
### *Euros* per Metric Tonne

| | Euro ($/Euro) | ---------HRB------- | | | --------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Price | Euro Chng | Pct Chng | Price | Euro Chng | Pct Chng | Price | Euro Chng | Pct Chng | Price | Euro Chng | Pct Chng |
| 12-Mar-18 | 1.238 | 566 | -4 | -0.7% | na | - | - | na | - | - | na | - | - |
| 26-Mar-18 | 1.239 | 566 | 0 | -0.1% | na | - | - | na | - | - | na | - | - |
| 09-Apr-18 | 1.236 | 561 | -4 | -0.8% | na | - | - | na | - | - | na | - | - |
| 23-Apr-18 | 1.223 | 556 | -5 | -1.0% | na | - | - | na | - | - | na | - | - |
| 14-May-18 | 1.190 | 564 | 8 | 1.4% | na | - | - | na | - | - | na | - | - |
| 28-May-18 | 1.157 | 568 | 4 | 0.7% | na | - | - | na | - | - | na | - | - |
| 11-Jun-18 | 1.179 | 546 | -22 | -3.8% | na | - | - | na | - | - | na | - | - |
| 25-Jun-18 | 1.167 | 556 | 10 | 1.8% | na | - | - | na | - | - | na | - | - |
| 09-Jul-18 | 1.172 | 541 | -15 | -2.7% | na | - | - | na | - | - | na | - | - |
| 23-Jul-18 | 1.171 | 544 | 3 | 0.6% | na | - | - | na | - | - | na | - | - |
| 13-Aug-18 | 1.143 | 568 | 24 | 4.4% | na | - | - | na | - | - | na | - | - |
| 27-Aug-18 | 1.172 | 558 | -10 | -1.7% | na | - | - | na | - | - | na | - | - |
| 10-Sep-18 | 1.159 | 549 | -9 | -1.7% | na | - | - | na | - | - | na | - | - |
| 24-Sep-18 | 1.179 | 546 | -2 | -0.4% | na | - | - | na | - | - | na | - | - |
| 08-Oct-18 | 1.150 | 541 e | -5 | -1.0% | na | - | - | na | - | - | na | - | - |
| 22-Oct-18 | 1.148 | 540 | -1 | -0.1% | na | - | - | na | - | - | na | - | - |
| 12-Nov-18 | 1.128 | 541 | 1 | 0.1% | na | - | - | na | - | - | na | - | - |
| 26-Nov-18 | 1.134 | 530 | -11 | -2.0% | na | - | - | na | - | - | na | - | - |
| 10-Dec-18 | 1.138 | 504 | -26 | -4.9% | na | - | - | na | - | - | na | - | - |
| 24-Dec-18 | 1.138 | 505 | 1 | 0.2% | na | - | - | na | - | - | na | - | - |
| 14-Jan-19 | 1.147 | 499 | -5 | -1% | na | - | - | na | - | - | na | - | - |
| 28-Jan-19 | 1.143 | 479 | -20 | -4% | na | - | - | na | - | - | na | - | - |
| 11-Feb-19 | 1.133 | 495 | 16 | 3% | na | - | - | na | - | - | na | - | - |
| 25-Feb-19 | 1.139 | 497 | 2 | 0% | na | - | - | na | - | - | na | - | - |
| 11-Mar-19 | 1.125 | 507 | 10 | 2% | na | - | - | na | - | - | na | - | - |
| 25-Mar-19 | 1.131 | 503 | -4 | -1% | na | - | - | na | - | - | na | - | - |
| 08-Apr-19 | 1.126 | 520 | 17 | 3% | na | - | - | na | - | - | na | - | - |
| 22-Apr-19 | 1.124 | 504 | -15 | -3% | na | - | - | na | - | - | na | - | - |
| 13-May-19 | 1.122 | 484 | -21 | -4% | na | - | - | na | - | - | na | - | - |
| 27-May-19 | 1.120 | 472 | -11 | -2% | na | - | - | na | - | - | na | - | - |
| 10-Jun-19 | 1.133 | 462 | -10 | -2% | na | - | - | na | - | - | na | - | - |
| 24-Jun-19 | 1.136 | 464 | 2 | 0% | na | - | - | na | - | - | na | - | - |
| 08-Jul-19 | 1.121 | 464 | 0 | -0.1% | na | - | - | na | - | - | na | - | - |
| 22-Jul-19 | 1.115 | 487 | 24 | 5% | na | - | - | na | - | - | na | - | - |

Notes:
Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers.  If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for May 8, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# Steel Benchmarker™

## World Export Price
### FOB the Port of Export
*Dollars per Metric Tonne*

| | ---------HRB------- | | | ---------CRC--------- | | | ---------Plate--------- | | | --------Rebar--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng | Price | Dlr Chng | Pct Chng |
| 12-Mar-18 | 630 | 13 | 2.1% | 705 | 1 | 0.1% | na | - | - | na | - | - |
| 26-Mar-18 | 637 | 7 | 1.1% | 679 | -26 | -3.7% | na | - | - | na | - | - |
| 09-Apr-18 | 617 | -20 | -3.1% | 684 | 5 | 0.7% | na | - | - | na | - | - |
| 23-Apr-18 | 617 | 0 | 0.0% | 672 | -12 | -1.8% | na | - | - | na | - | - |
| 14-May-18 | 612 | -5 | -0.8% | 671 | -1 | -0.1% | na | - | - | na | - | - |
| 28-May-18 | 602 | -10 | -1.6% | 668 | -3 | -0.4% | na | - | - | na | - | - |
| 11-Jun-18 | 599 | -3 | -0.5% | na | - | - | na | - | - | na | - | - |
| 25-Jun-18 | 601 | 2 | 0.3% | 681 | - | - | na | - | - | na | - | - |
| 09-Jul-18 | 593 | -8 | -1.3% | na | - | - | na | - | - | na | - | - |
| 23-Jul-18 | 593 | 0 | 0.0% | na | - | - | na | - | - | na | - | - |
| 13-Aug-18 | 588 | -5 | -0.8% | 676 | - | - | na | - | - | na | - | - |
| 27-Aug-18 | 594 | 6 | 1.1% | na | - | - | na | - | - | na | - | - |
| 10-Sep-18 | 588 | -6 | -1.1% | 662 | - | - | na | - | - | na | - | - |
| 24-Sep-18 | 586 | -2 | -0.3% | 661 | -1 | -0.2% | na | - | - | na | - | - |
| 08-Oct-18 | 579 | -7 | -1.2% | na | - | - | na | - | - | na | - | - |
| 22-Oct-18 | 577 | -2 | -0.3% | na | - | - | na | - | - | na | - | - |
| 12-Nov-18 | 550 | -27 | -4.7% | na | - | - | na | - | - | na | - | - |
| 26-Nov-18 | 533 | -17 | -3.1% | na | - | - | na | - | - | na | - | - |
| 10-Dec-18 | 512 | -21 | -3.9% | na | - | - | na | - | - | na | - | - |
| 24-Dec-18 | 488 | -24 | -4.7% | na | - | - | na | - | - | na | - | - |
| 14-Jan-19 | 503 | 15 | 3.1% | na | - | - | na | - | - | na | - | - |
| 28-Jan-19 | 498 | -5 | -1.0% | na | - | - | na | - | - | na | - | - |
| 11-Feb-19 | 515 | 17 | 3.4% | na | - | - | na | - | - | na | - | - |
| 25-Feb-19 | 537 | 22 | 4.3% | na | - | - | na | - | - | na | - | - |
| 11-Mar-19 | 547 | 10 | 1.9% | na | - | - | na | - | - | na | - | - |
| 25-Mar-19 | 544 | -3 | -0.5% | na | - | - | na | - | - | na | - | - |
| 08-Apr-19 | 558 | 14 | 2.6% | na | - | - | na | - | - | na | - | - |
| 22-Apr-19 | 550 | -8 | -1.4% | na | - | - | na | - | - | na | - | - |
| 13-May-19 | 523 | -27 | -4.9% | na | - | - | na | - | - | na | - | - |
| 27-May-19 | 518 | -5 | -1.0% | na | - | - | na | - | - | na | - | - |
| 10-Jun-19 | 517 | -1 | -0.2% | na | - | - | na | - | - | na | - | - |
| 24-Jun-19 | 513 | -4 | -0.8% | na | - | - | na | - | - | na | - | - |
| 08-Jul-19 | 500 | -13 | -2.5% | na | - | - | na | - | - | na | - | - |
| 22-Jul-19 | 511 | 11 | 2.2% | na | - | - | na | - | - | na | - | - |

Notes:
Prices released on Wednesdays following the 2nd and 4th Mondays of the month at 9:00 AM to Price
Assessment Providers. If a price is not indicated, fewer than ten (10) price inputs were received at that time.
The first price release was for April 10, 2006 for data go to steelbenchmarker.com/files/history2.pdf.

For product specifications refer to last page, or go to steelbenchmarker.com/specifications.

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18



## Spot Market New Booking Prices for Near-Term Delivery
## Commodity-grade product to mid-sized buyers

*(Dollars per Metric Tonne, 500 to 2,000 tonnes transaction size)*

### USA Market
#### East of the Mississippi

| FOB mill |
| --- |
| **Hot-rolled band \*** <br> (0.2" thick x 48-60" wide) |
| **Cold-rolled coil \*** <br> (0.03" x 48-60" wide) |
| **Rebar #5 \*** <br> (5/8" in diameter) |
| **Standard plate \*** <br> (1" x 96" x 240") |
| **Steel scrap \*\*** <br> #1 Heavy melting <br> Shredded - all but West Coast <br> #1 Busheling |

### Western Europe Market
#### Germany/France

| Ex-works |
| --- |
| **Hot-rolled band \*** <br> (5mm thick x 1200-1500mm wide) |
| **Cold-rolled coil \*** <br> (0.7mm x 1200-1500mm wide) |
| **Rebar #5 \*** <br> (16mm in diameter) |
| **Standard plate \*** <br> (24mm x 2400mm x 6000mm) |

### Chinese Market
#### Home Market

| Ex-works |
| --- |
| **Hot-rolled band \*** <br> (5mm thick x 1200-1500mm wide) |
| **Cold-rolled coil \*** <br> (0.7mm x 1200-1500mm wide) |
| **Rebar #5 \*** <br> (16mm in diameter) |
| **Standard plate \*** <br> (24mm x 2400mm x 6000mm) |

### World Export Market
#### Atlantic and Pacific Basin

| FOB port of export |
| --- |
| **Hot-rolled band \*\*\*** <br> (5mm thick x 1200-1500mm wide) |
| **Cold-rolled coil \*\*\*** <br> (0.7mm x 1200-1500mm wide) |
| **Rebar #5 \*\*\*** <br> (16mm in diameter) |
| **Standard plate \*\*\*** <br> (24mm x 2400mm x 6000mm) |

Note:  Near-term delivery is normally two to six weeks.

Hot-rolled band is the first product off the hot strip mill with: (1) a thickness of about 0.20 inch
(but no less than 0.10 inch or more than 0.50 inch); (2) a coil size of 10 to 20 tons;
(3) a width of 48 to 60 inches; and (4) a carbon component of 0.08% to 0.13%.

SteelHome's average price for each product is the determinant of the Chinese ex-works benchmark price.
It is published for comparative purposes.

 \* Ex-works (the same as FOB mill).
 \*\* Steel scrap delivered to steel plant on a near-term basis, normally from two days to a month.
#1 heavy melting – demolition scrap that is at least ¼" thick and surface dimension no larger than
60 by 24 inches.  This grade does not include the heavy "p & s" (plate and structural ) category that
includes the very thick scrap items.

Shredded – largely old cars and some appliances – for all but the West Coast (California, Oregon and Washington).
Shredded scrap is homogeneous iron and steel scrap magnetically separated, no. 1, no. 2 steel, miscellaneous
bailing and sheet scrap with an average weight from 50 to 70 pounds per square foot.
#1 busheling – new sheet steel scrap.

 \*\*\* FOB port of export
Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 13

PUBLIC VERSION - RANGED DATA

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Per-Unit Prices of Hot Rolled Coil Purchases

Period: January 1, 2017~ December 31,2017

(Unit: MT, 1000KRW)

| Name of Major Input | Supplier | Specification | Total Volume Purchased | Total Value Purchased | Average Price (KRW/MT) | Average Price (USD/MT) | % Supplier-Specific Purchases Represent of Total Purchases of that Input ( (b) Volume / (a) Volume)* |
|---|---|---|---|---|---|---|---|
| Hot-rolled coil | POSCO | [ | | | | | ] |
| | | [ | 120,000 | | | | ] |
| | | [ | | | | | ] |
| | POSCO Daewoo | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | Others | [ | | | | | ] |
| | | [ | | 4,000,000 | | | ] |
| | | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | | [ | | | | | ] |

(Exchange Rate: 1,096.99 WON /US$)

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

PUBLIC VERSION - RANGED DATA

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Per-Unit Prices of Hot Rolled Coil Purchases**

Period: January 1, 2018~ December 31,2018

(Unit: MT, 1000KRW)

| Name of Major Input | Supplier | Specification | | Total Volume Purchased | Total Value Purchased | Average Price (KRW/MT) | Average Price (USD/MT) | % Supplier-Specific Purchases Represent of Total Purchases of that Input ( (b) Volume / (a) Volume)* |
|---|---|---|---|---|---|---|---|---|
| | | | | 65,000 | | | | |
| | | | | | 1,000,000 | | | |
| | | | | | | | | |
| | | | | - | - | - | - | - |
| | | | [ | | | | | ] |

(Exchange Rate: 1,096.99 WON /US$)

PUBLIC VERSION - RANGED DATA

**Per-Unit Prices of Hot Rolled Coil Purchases**

Period: December 1, 2016~ November 30, 2017

(Unit: MT, 1000KRW)

| Name of Major Input | Supplier | Specification | Total Volume Purchased | Total Value Purchased | Average Price (KRW/MT) | Average Price (USD/MT) | % Supplier-Specific Purchases Represent of Total Purchases of that Input ( (b) Volume / (a) Volume)* |
|---|---|---|---|---|---|---|---|
| Hot-rolled coil | POSCO | [ | | | | | ] |
| | | [ | 130,000 | | | | ] |
| | | [ | | | | | ] |
| | POSCO Daewoo | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | Others | [ | | | | | ] |
| | | [ | | 4,000,000 | | | ] |
| | | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | **Total** | [ | | | | | ] |

(Exchange Rate: 1,140.61 WON /US$)

**Per-Unit Prices of Hot Rolled Coil Purchases**

Period: January 1, 2016~ December 31,2016

(Unit: MT, 1000KRW)

| Name of Major Input | Supplier | Specification | Total Volume Purchased | Total Value Purchased | Average Price (KRW/MT) | Average Price (USD/MT) | % Supplier-Specific Purchases Represent of Total Purchases of that Input ( (b) Volume / (a) Volume)* |
|---|---|---|---|---|---|---|---|
| Hot-rolled coil | POSCO | [ | 70,000 | | | | ] |
| | | [ | | | | | ] |
| | | [ | | 500,000 | | | ] |
| | | [ | | | | | ] |
| | POSCO Daewoo | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | Others | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | **Total** | [ | | | | | ] |

(Exchange Rate: 1,140.61 WON /US$)

PUBLIC VERSION - RANGED DATA
Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Per-Unit Prices of Hot Rolled Coil Purchases**

Period: January 1, 2017~ December 31,2017

(Unit: MT, 1000KRW)

| Name of Major Input | Supplier | Specification | Total Volume Purchased | Total Value Purchased | Average Price (KRW/MT) | Average Price (USD/MT) | % Supplier-Specific Purchases Represent of Total Purchases of that Input ( (b) Volume / (a) Volume)* |
|---|---|---|---|---|---|---|---|
| Hot-rolled coil | POSCO | [ | | 45,000,000 | | | ] |
| | | [ | | | | | ] |
| | | [ | | | | | ] |
| | POSCO Daewoo | [ | | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | Others | [ | | | | | ] |
| | | [ | | | | | ] |
| | | [ | 15,000 | | | | ] |
| | **Sub-total** | [ | | | | | ] |
| | **Total** | [ | | | | | ] |

(Exchange Rate: 1,140.61 WON /US$)

PUBLIC VERSION - RANGED DATA
Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

## Monthly Quantity and Value of HRC purchase by Grade and Suppliers

**a. Grade: [        ]**
**b: Production: Standard Pipe, Line Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201612 | [ | | | ] |
| 201701 | [ | | | ] |
| 201702 | [ | | | 4,000,000.00 ] |
| 201703 | [ | | | ] |
| 201704 | [ | | | ] |
| 201705 | [ | | | ] |
| 201706 | [ | | | ] |
| 201707 | [ | | | ] |
| 201708 | [ | | | 4,500,000.00 ] |
| 201709 | [ | | | ] |
| 201710 | [ | | | ] |
| 201711 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [        ]**
**b: Production: OCTG**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201612 | [ | | | ] |
|  | [ | | | ] |
| 201701 | [ | | | ] |
|  | [ | | | ] |
| 201702 | [ | | | ] |
|  | [ | | | 18,000,000 ] |
| 201703 | [ | | | ] |
| 201704 | [ | | | ] |
|  | [ | | | ] |
| 201705 | [ | | | ] |
| 201706 | [ | | 30,000 | ] |
| 201707 | [ | | | ] |
| 201708 | [ | | | ] |
| 201709 | [ | | | ] |
| 201710 | [ | | | ] |
| 201711 | [ | | | ] |
| **Total** | | [ | | ] |

PUBLIC VERSION - RANGED DATA

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**a. Grade: [        ]**

    **b: Production: OCTG**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201703 | [ | | | 200,000 ] |
| 201705 | [ | | | ] |
| **Total** | | [ | | ] |

**. Grade: [        ]**

    **b: Production: OCTG**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201701 | [ | | | ] |
| 201702 | [ | | | ] |
| **Total** | | [ | | ] |

**Grade: [        ]**

    **b: Production: Line pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201612 | [ | | | ] |
| 201701 | [ | | | ] |
| 201702 | [ | | | ] |
| 201703 | [ | | | ] |
| | [ | | | ] |
| 201704 | [ | | | ] |
| 201705 | [ | | | ] |
| 201706 | [ | | | ] |
| 201707 | [ | | 23,000 | ] |
| 201708 | [ | | | ] |
| 201709 | [ | | | ] |
| 201710 | [ | | | ] |
| 201711 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [        ]**

    **b: Production: Standard Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201701 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [         ]**

**b: Production: Standard Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|-------|----------|------------------|----------|--------|
| 201709 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [         ]**

**b: Production: Standard Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|-------|----------|------------------|----------|--------|
| 201703 | [ | | | ] |
| | [ | | | ] |
| | [ | | | 190,000 ] |
| 201704 | [ | | | ] |
| 201705 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [         ]**

**b: Production: Standard Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|-------|----------|------------------|----------|--------|
| 201612 | [ | | | ] |
| | [ | | | ] |
| 201701 | [ | | | ] |
| | [ | | | ] |
| | [ | | | ] |
| 201703 | [ | | 5,000 | ] |
| | [ | | | ] |
| | [ | | | ] |
| 201704 | [ | | | ] |
| 201705 | [ | | | ] |
| 201706 | [ | | | ] |
| 201707 | [ | | | ] |
| | [ | | | ] |
| | [ | | | ] |
| 201708 | [ | | | 2,000,000 ] |
| | [ | | | ] |
| | [ | | | ] |
| 201709 | [ | | | ] |
| | [ | | | ] |
| 201710 | [ | | | ] |
| | [ | | | ] |
| 201711 | [ | | | ] |
| **Total** | | [ | | ] |

PUBLIC VERSION - RANGED DATA

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**a. Grade: [        ]**

    **b: Production: Standard Pipe, Line Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201707 | [ | | | ] |
| 201708 | [ | | | 340,000 ] |
| 201709 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [        ]**

    **b: Production: Standard Pipe, Line Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201612 | [ | | | ] |
| | [ | | | ] |
| 201701 | [ | | | ] |
| 201702 | [ | | | ] |
| 201703 | [ | | | ] |
| | [ | | | ] |
| | [ | | | ] |
| 201704 | [ | | | ] |
| | [ | | | ] |
| 201705 | [ | | | ] |
| 201707 | [ | | | ] |
| | [ | | | ] |
| 201708 | [ | | | 1,600,000 ] |
| 201709 | [ | | | ] |
| 201710 | [ | | | ] |
| | [ | | | ] |
| 201711 | [ | | | ] |
| **Total** | | [ | | ] |

**a. Grade: [        ]**

    **b: Production: Standard Pipe**

*(Unit: MT, 1,000 KRW)*

| Month | Supplier | Country of Orgin | Quantity | Amount |
|---|---|---|---|---|
| 201612 | [ | | | ] |
| **Total** | | [ | | ] |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 14

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Korean Purchases of Hot-Rolled Coils - Calendar Year 2016
Source: United Nations, COMTRADE

| Row Labels | Sum of Netweight (kg) | Sum of Trade Value (US $) | $/KG | $/MT | |
|---|---|---|---|---|---|
| **720825** | **37,996,412.00** | **20,869,430.00** | 0.55 | 549.25 | (Pickled - not used for OCTG) |
| China | 6,341,221.00 | 1,724,011.00 | 0.27 | 271.87 | |
| Finland | 6.00 | 670.00 | 111.67 | 111,666.67 | |
| Japan | 11,991,135.00 | 8,436,203.00 | 0.70 | 703.54 | |
| Other Asia, nes | 664,075.00 | 273,788.00 | 0.41 | 412.28 | |
| United States of America | 1,769.00 | 43.00 | 0.02 | 24.31 | |
| World | 18,998,206.00 | 10,434,715.00 | 0.55 | 549.25 | |
| | | | | | |
| **720826** | **44,092,730.00** | **16,572,756.00** | 0.38 | 375.86 | (Pickled - not used for OCTG) |
| China | 2,347,740.00 | 813,326.00 | 0.35 | 346.43 | |
| Japan | 12,875,830.00 | 4,962,231.00 | 0.39 | 385.39 | |
| Netherlands | 7,585.00 | 7,866.00 | 1.04 | 1,037.05 | |
| Other Asia, nes | 6,815,210.00 | 2,502,955.00 | 0.37 | 367.26 | |
| World | 22,046,365.00 | 8,286,378.00 | 0.38 | 375.86 | |
| | | | | | |
| **720827** | **289,248,556.00** | **103,055,546.00** | 0.36 | 356.29 | (Pickled - not used for OCTG) |
| Canada | 1,583.00 | 1,685.00 | 1.06 | 1,064.43 | |
| China | 41,218,550.00 | 14,615,704.00 | 0.35 | 354.59 | |
| India | 4,852.00 | 10,065.00 | 2.07 | 2,074.40 | |
| Japan | 88,372,650.00 | 31,415,835.00 | 0.36 | 355.49 | |
| Netherlands | 75,062.00 | 76,237.00 | 1.02 | 1,015.65 | |
| Other Asia, nes | 14,943,660.00 | 5,395,114.00 | 0.36 | 361.03 | |
| United States of America | 7,921.00 | 13,133.00 | 1.66 | 1,658.00 | |
| World | 144,624,278.00 | 51,527,773.00 | 0.36 | 356.29 | |
| | | | | | |
| **720836** | **296,091,338.00** | **101,836,980.00** | 0.34 | 343.94 | Potential OCTG |
| Austria | 9,142.00 | 10,502.00 | 1.15 | 1,148.76 | |
| China | 123,399,811.00 | 41,242,902.00 | 0.33 | 334.22 | |
| Japan | 24,434,774.00 | 9,598,243.00 | 0.39 | 392.81 | |
| New Zealand | 201,910.00 | 66,650.00 | 0.33 | 330.10 | |
| United States of America | 32.00 | 193.00 | 6.03 | 6,031.25 | |
| World | 148,045,669.00 | 50,918,490.00 | 0.34 | 343.94 | |
| | | | | | |
| **720837** | **598,072,082.00** | **201,307,910.00** | 0.34 | 336.59 | Potential OCTG |
| China | 176,651,162.00 | 60,412,952.00 | 0.34 | 341.99 | |
| Czech Rep. | 19.00 | 318.00 | 16.74 | 16,736.84 | |
| Japan | 120,777,090.00 | 39,710,623.00 | 0.33 | 328.79 | |
| New Zealand | 1,441,570.00 | 473,537.00 | 0.33 | 328.49 | |
| Other Asia, nes | 166,200.00 | 56,525.00 | 0.34 | 340.10 | |
| World | 299,036,041.00 | 100,653,955.00 | 0.34 | 336.59 | |
| | | | | | |
| **720838** | **1,238,531,804.00** | **410,369,562.00** | 0.33 | 331.34 | Potential OCTG |
| Belgium | 375,380.00 | 195,197.00 | 0.52 | 520.00 | |
| China | 250,994,987.00 | 80,397,408.00 | 0.32 | 320.31 | |
| New Zealand | 360,455,570.00 | 122,192,415.00 | 0.34 | 338.99 | |
| Other Asia, nes | 1,133,720.00 | 392,860.00 | 0.35 | 346.52 | |
| World | 6,306,245.00 | 2,006,901.00 | 0.32 | 318.24 | |
| | 619,265,902.00 | 205,184,781.00 | 0.33 | 331.34 | |
| | | | | | |
| **720839** | **2,396,639,338.00** | **800,285,090.00** | 0.33 | 333.92 | Potential OCTG |
| Australia | 459.00 | 358.00 | 0.78 | 779.96 | |
| China | 372,070,751.00 | 120,091,629.00 | 0.32 | 322.77 | |
| Germany | 98,257.00 | 184,974.00 | 1.88 | 1,882.55 | |
| Japan | 761,705,312.00 | 257,903,189.00 | 0.34 | 338.59 | |
| New Zealand | 592,830.00 | 187,932.00 | 0.32 | 317.01 | |
| Other Asia, nes | 63,852,060.00 | 21,774,463.00 | 0.34 | 341.01 | |
| World | 1,198,319,669.00 | 400,142,545.00 | 0.33 | 333.92 | |
| | | | | | |
| **721114** | **453,096.00** | **382,538.00** | 0.84 | 844.28 | (Too thin - not used for OCTG) |
| Austria | 5,650.00 | 27,477.00 | 4.86 | 4,863.19 | |
| Belgium | 900.00 | 1,553.00 | 1.73 | 1,725.56 | |
| Canada | 1,174.00 | 6,142.00 | 5.23 | 5,231.69 | |
| China | 208,794.00 | 127,353.00 | 0.61 | 609.95 | |
| Germany | 7,824.00 | 15,737.00 | 2.01 | 2,011.38 | |
| Mexico | 1,300.00 | 980.00 | 0.75 | 753.85 | |
| United States of America | 883.00 | 11,804.00 | 13.37 | 13,368.06 | |
| Viet Nam | 23.00 | 223.00 | 9.70 | 9,695.65 | |
| World | 226,548.00 | 191,269.00 | 0.84 | 844.28 | |
| | | | | | |
| **721119** | **2,261,934.00** | **1,720,030.00** | 0.76 | 760.42 | (Too thin - not used for OCTG) |
| Brazil | 16,774.00 | 24,731.00 | 1.47 | 1,474.37 | |
| Canada | 2,750.00 | 9,210.00 | 3.35 | 3,349.09 | |
| China | 648,325.00 | 269,715.00 | 0.42 | 416.02 | |
| Czech Rep. | 500.00 | 3,085.00 | 6.17 | 6,170.00 | |
| Germany | 39,626.00 | 38,410.00 | 0.97 | 969.31 | |
| Italy | 1.00 | 80.00 | 80.00 | 80,000.00 | |
| Japan | 356,851.00 | 148,721.00 | 0.42 | 416.76 | |
| Netherlands | 6,697.00 | 10,682.00 | 1.60 | 1,595.04 | |
| Other Asia, nes | 13,971.00 | 261,910.00 | 18.75 | 18,746.69 | |
| Poland | 500.00 | 301.00 | 0.60 | 602.00 | |
| United Kingdom | 202.00 | 1,371.00 | 6.79 | 6,787.13 | |
| United States of America | 44,771.00 | 91,799.00 | 2.05 | 2,050.41 | |
| World | 1,130,966.00 | 860,015.00 | 0.76 | 760.43 | |
| | | | | | |
| **Grand Total** | **4,903,387,290.00** | **1,656,399,842.00** | 0.34 | 337.81 | |
| Excluding China | 3,929,505,949.00 | 1,336,704,842.00 | 0.34 | 340.17 | |
| China Only | 973,881,341.00 | 319,695,000.00 | 0.33 | 328.27 | |
| | | | | | |
| Total for OCTG HTS (720836, 720837, 720838, 720839) | 4,529,334,562.00 | 1,513,799,542.00 | 0.33 | 334.22 | |
| Excluding China | 3,606,217,851.00 | 1,211,654,651.00 | 0.34 | 335.99 | |
| China Only | 923,116,711.00 | 302,144,891.00 | 0.33 | 327.31 | |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Korean Purchases of Hot-Rolled Coils - Calendar Year 2017
Source: United Nations, COMTRADE

| Row Labels | Sum of Netweight (kg) | Sum of Trade Value (US$) | $/KG | $/MT | Remarks |
|---|---|---|---|---|---|
| **720825** | | | | | |
| China | 12,266,333 | 6,273,625 | 0.51 | 511.45 | Pickled - not used for |
| Italy | 1,222 | 7,374 | 6.03 | 6034.37 | OCTG |
| Japan | 6,156,174 | 4,398,414 | 0.71 | 714.47 | |
| Other Asia, nes | 331,750 | 181,732 | 0.53 | 527.48 | |
| Sweden | 60 | 1,883 | 31.38 | 31383.33 | |
| USA | 15,578 | 100,715 | 6.47 | 6465.21 | |
| **720825 Total** | **18,771,117** | **10,957,003** | 0.58 | 583.72 | |
| | | | | | |
| **720826** | | | | | |
| Canada | 2,500 | 6,169 | 2.47 | 2467.60 | Pickled - not used for |
| China | 13,908,559 | 7,328,504 | 0.53 | 526.91 | OCTG |
| India | 234 | 783 | 3.35 | 3346.15 | |
| Japan | 24,094,490 | 13,461,104 | 0.56 | 558.68 | |
| Mexico | 76 | 379 | 4.99 | 4986.84 | |
| Other Asia, nes | 15,704,315 | 8,987,233 | 0.57 | 572.28 | |
| USA | 199,172 | 189,281 | 0.95 | 950.34 | |
| **720826 Total** | **53,909,346** | **29,973,453** | 0.56 | 556.00 | |
| | | | | | |
| **720827** | | | | | |
| Australia | 18,777,440 | 9,319,321 | 0.50 | 496.30 | Pickled - not used for |
| Brazil | 8,757 | 16,103 | 1.84 | 1838.87 | OCTG |
| China | 51,541,380 | 29,490,258 | 0.57 | 572.17 | |
| Germany | 585 | 2,670 | 4.56 | 4564.10 | |
| India | 597 | 1,279 | 2.14 | 2142.38 | |
| Japan | 130,830,630 | 73,445,059 | 0.56 | 561.38 | |
| Mexico | 4,236 | 11,329 | 2.67 | 2674.46 | |
| Other Asia, nes | 14,060,100 | 7,936,122 | 0.56 | 564.44 | |
| Thailand | 843 | 1,871 | 2.22 | 2219.45 | |
| **720827 Total** | **215,224,568** | **120,224,012** | 0.56 | 558.60 | |
| | | | | | |
| **720836** | | | | | |
| Austria | 12,680 | 7,359 | 0.58 | 580.36 | Potential OCTG |
| China | 90,284,623 | 46,703,555 | 0.52 | 517.29 | |
| India | 2,176,520 | 1,250,904 | 0.57 | 574.73 | |
| Japan | 51,556,362 | 29,548,138 | 0.57 | 573.12 | |
| Other Asia, nes | 2,184,290 | 1,252,360 | 0.57 | 573.35 | |
| Turkey | 180 | 2,141 | 11.89 | 11894.44 | |
| **720836 Total** | **146,214,655** | **78,764,457** | 0.54 | 538.69 | |
| | | | | | |
| **720837** | | | | | |
| Australia | 7,204,780 | 3,136,033 | 0.44 | 435.27 | Potential OCTG |
| China | 268,270,590 | 139,600,271 | 0.52 | 520.37 | |
| India | 2,450,160 | 1,434,123 | 0.59 | 585.32 | |
| Japan | 378,685,400 | 216,983,515 | 0.57 | 572.99 | |
| New Zealand | 184,280 | 65,419 | 0.35 | 355.00 | |
| Other Asia, nes | 5,937,490 | 2,970,672 | 0.50 | 500.32 | |
| Turkey | 206,250 | 144,375 | 0.70 | 700.00 | |
| Viet Nam | 1,150 | 10,699 | 9.30 | 9303.48 | |
| **720837 Total** | **662,940,100** | **364,345,107** | 0.55 | 549.59 | |
| | | | | | |
| **720838** | | | | | |
| Australia | 26,645,940 | 13,215,009 | 0.50 | 495.95 | Potential OCTG |
| Belgium | 648,430 | 397,045 | 0.61 | 612.32 | |
| Brazil | 303,480 | 153,404 | 0.51 | 505.48 | |
| China | 527,946,900 | 273,667,516 | 0.52 | 518.36 | |
| India | 5,736,500 | 3,257,707 | 0.57 | 567.89 | |
| Japan | 725,069,900 | 402,790,178 | 0.56 | 555.52 | |
| Other Asia, nes | 14,426,535 | 7,727,481 | 0.54 | 535.64 | |
| Thailand | 55,293 | 127,387 | 2.30 | 2303.85 | |
| Viet Nam | 878,290 | 461,380 | 0.53 | 525.32 | |
| **720838 Total** | **1,301,711,298** | **701,797,107** | 0.54 | 539.13 | |
| | | | | | |
| **720839** | | | | | |
| Australia | 19,765,193 | 9,750,613 | 0.49 | 493.32 | Potential OCTG |
| Brazil | 520 | 2,885 | 5.55 | 5548.08 | |
| China | 686,092,500 | 357,998,931 | 0.52 | 521.79 | |
| Egypt | 97,660 | 51,760 | 0.53 | 530.00 | |
| India | 3,838,568 | 2,279,578 | 0.59 | 593.86 | |
| Indonesia | 676 | 1,262 | 1.87 | 1866.86 | |
| Japan | 1,283,755,300 | 698,346,815 | 0.54 | 543.99 | |
| Other Asia, nes | 168,817,460 | 91,113,332 | 0.54 | 539.72 | |
| Thailand | 470 | 1,098 | 2.34 | 2336.17 | |
| Viet Nam | 2,213,130 | 1,162,587 | 0.53 | 525.31 | |
| **720839 Total** | **2,164,581,477** | **1,160,708,861** | 0.54 | 536.23 | |
| | | | | | |
| **721114** | | | | | |
| China | 192,731 | 267,364 | 1.39 | 1387.24 | Not used for OCTG |
| Iran | 820 | 2,827 | 3.45 | 3447.56 | (Too thin) |
| Japan | 43,701 | 100,646 | 2.30 | 2303.06 | |
| Netherlands | 1,280 | 1,781 | 1.39 | 1391.41 | |
| Poland | 120 | 11,639 | 96.99 | 96991.67 | |
| United Kingdom | 1,270 | 79,973 | 62.97 | 62970.87 | |
| USA | 3,508 | 33,981 | 9.69 | 9686.72 | |
| **721114 Total** | **243,430** | **498,211** | 2.05 | 2046.63 | |
| | | | | | |
| **721119** | | | | | |
| Australia | 281,970 | 205,662 | 0.73 | 729.38 | Not used for OCTG |
| China | 1,809,334 | 1,007,430 | 0.56 | 556.80 | (Too thin) |
| Czechia | 11,520 | 49,876 | 4.33 | 4329.51 | |
| Germany | 194,022 | 196,709 | 1.01 | 1013.85 | |
| India | 1,931 | 1,574 | 0.82 | 815.12 | |
| Italy | 4,052 | 15,491 | 3.82 | 3823.05 | |
| Japan | 77,579 | 56,379 | 0.73 | 726.73 | |
| Mexico | 51,891 | 97,828 | 1.89 | 1885.26 | |
| Other Asia, nes | 30,511 | 127,153 | 4.17 | 4167.45 | |
| Poland | 30,244 | 138,098 | 4.57 | 4566.13 | |
| United Kingdom | 776 | 3,201 | 4.13 | 4125.00 | |
| USA | 42,280 | 119,886 | 2.84 | 2835.53 | |
| Viet Nam | 35 | 4 | 0.11 | 114.29 | |
| **721119 Total** | **2,536,145** | **2,019,291** | 0.80 | 796.20 | |
| **Grand Total** | **4,566,132,136** | **2,469,287,502** | 0.54 | 540.78 | |
| **Excluding China** | 2,993,537,523 | 1,651,317,229 | 0.55 | 551.63 | |
| **China Only** | 1,572,594,613 | 817,970,273 | 0.52 | 520.14 | |
| | | | | | |
| **Total for OCTG HTS (7208.36, 7208.37, 7208.38, 7208.39)** | **4,275,447,530** | **2,305,615,532** | 0.54 | **539.27** | |
| **Excluding China** | 2,702,852,917 | 1,487,645,259 | 0.55 | **550.40** | |
| **China Only** | 1,572,594,613 | 817,970,273 | 0.52 | **520.14** | |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 15

| HS CODE | KOR | ENG |
|---|---|---|
| 7208 | 철이나 비합금강의 평판압연제품[폭이 600밀리미터 이상인 것으로서 열간(熱間)압연한 것으로 한정하고, 클래드(clad)·도금·도포한 것은 제외한다] | Flat-rolled products of iron or nonalloy steel, of a width of 600 mm or more, hot-rolled, not clad, plated or coated: |
| 7208.25 | 두께가 4.75밀리미터 이상인 것 | Of a thickness of 4.75 mm or more: |
| 7208.25.3000 | 고강도강의 것 | Of high-strength steel |
| 7208.25.5000 | 기타 | Other |
| 7208.26.00 | 두께가 3밀리미터 이상 4.75밀리미터 미만인 것 | Of a thickness of 3 mm or more but less than 4.75 mm |
| 7208.26.0030 | 고강도강 | High-strength steel |
| 7208.26.0060 | 기타 | Other |
| 7208.27.00 | 두께가 3밀리미터 미만인 것 | Of a thickness of less than 3 mm |
| 7208.27.0030 | 고강도강 | High-strength steel |
| 2708.27.0060 | 기타 | Other |
|  | 기타[코일 모양인 것으로서 열간(熱間)압연보다 더 가공하지 않은 것으로 한정한다] | Other, in coils, not further worked from hot-rolled: |
| 7208.36.00 | 두께가 10밀리미터를 초과하는 것 | Of a thickness exceeding 10 mm |
| 7208.36.0030 | 고강도강 | High-strength steel |
| 7208.36.0060 | 기타 | Other |
| 7208.37.00 | 두께가 4.75밀리미터 이상 10밀리미터 이하인 것 | Of a thickness of 4.75 mm or more but not exceeding 10 mm |
| 7208.37.0030 | 고강도강 | High-strength steel |
| 7208.37.0060 | 기타 | Other |
| 7208.38.00 | 두께가 3밀리미터 이상 4.75밀리미터 미만인 것 | Of a thickness of 3 mm or more but less than 4.75 mm |
| 7208.38.0015 | 고강도강 | High-strength steel |
|  | 기타 | Other |
| 7208.38.0030 | 손질을 하지 않은 가장자리로 | With untrimmed edges |
| 7208.38.0090 | 기타 | Other |
| 7208.39.00 | 두께가 3밀리미터 미만인 것 | Of a thickness of less than 3 mm |
| 7208.39.0015 | 고강도강 | High-strength steel |
|  | 기타 | Other |
| 7208.39.0030 | 손질을 하지 않은 가장자리로 | With untrimmed edges |
| 7208.39.0090 | 기타 | Other |
| 7211 | 철이나 비합금강의 평판압연제품[폭이 600밀리미터 미만인 것으로 한정하고, 클래드(clad)·도금·도포한 것은 제외한다] | Flat-rolled products of iron or nonalloy steel, of a width of less than 600 mm, not clad, plated or coated: |
|  | 열간(熱間)압연보다 더 가공하지 않은 것 | Not further worked than hot-rolled: |
| 7211.14.00 | 기타(두께가 4.75밀리미터 이상인 것으로 한정한다) | Other, of a thickness of 4.75 mm or more |
| 7211.14.0030 | 고강도강의 것 | Of high-strength steel |
|  | 기타 | Other |
| 7211.14.0045 | 코일 상이 아닌 것 | Not in coils |
| 7211.14.0090 | 기타 | Other |
| 7211.19 | 기타 | Other |
| 7211.19.1500 | 고강도강의 것 | Of high-strength steel |
|  | 기타 | Other |
| 7211.19.2000 | 두께가 1.25 밀리미터 초과인 것 | Of a thickness exceeding 1.25 mm |
| 7211.19.3000 | 기타 | Other |
|  | 기타 | Other |
| 7211.19.4500 | 고강도강의 것 | Of high-strength steel |
|  | 기타 | Other |
| 7211.19.6000 | 산처리한 것 | Pickled |
| 7211.19.75 | 기타 | Other |
|  | 코일 모양: | In coils: |
| 7211.19.7530 | 손질을 하지 않은 가장자리로 | With untrimmed edges |
| 7211.19.7560 | 기타 | Other |
| 7211.19.7590 | 기타 | Other |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 16

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 5.3.1 Industrial electricity prices in the IEA**

Pence per kWh[1]

| | Electricity | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Excluding taxes | | | | | | Including taxes[2] | | | | | |
| | 2005 | 2010 | 2015 | 2016 | 2017 | 2018 | 2005 | 2010 | 2015 | 2016 | 2017 | 2018 |
| **EU 15** | | | | | | | | | | | | |
| Austria | 4.24 | 7.25 | 5.09 | 5.36 | 5.56 | 5.89 | 5.60 | 8.86 | 7.11 | 7.83 | 7.94r | 8.16 |
| Belgium | .. | 7.17 | 6.89 | 7.71 | 7.88 | + | .. | 8.06 | 8.18 | 9.69 | 10.58 | + |
| Denmark | 4.39 | 6.75 | 4.09 | 4.76 | 5.31 | - | 5.10 | 7.41 | 6.27 | 7.28 | 7.13 | - |
| Finland | 3.56 | 5.92 | 4.38 | 4.83 | 5.04 | 5.26 | 3.87 | 6.14 | 4.89 | 5.40 | 5.65 | 5.88 |
| France | 2.43 | 6.19 | 5.80 | 6.10 | 6.52 | + | 2.74 | 6.93 | 7.47 | 7.84 | 8.47 | + |
| Germany | 4.62 | 6.82 | 5.05 | 5.52 | 5.57 | + | 4.62 | 8.79 | 9.49 | 10.44 | 11.11 | + |
| Greece | 3.69 | 6.37 | 6.00 | 5.91 | 6.44 | - | 3.69 | 7.37 | 6.89 | 7.34 | 8.32 | + |
| Ireland | 5.47 | 8.88 | 8.66 | 8.77 | 9.62 | 9.64 | 5.47 | 8.88 | 8.66 | 8.77 | 9.62 | 9.64 |
| Italy | 7.52 | | 7.35 | 7.92 | 8.25 | + | 9.57 | 12.99 | 12.32 | 13.69 | 13.75 | + |
| Luxembourg | .. | 6.93 | 4.08 | 4.39 | 5.15 | - | | 7.50 | 4.70 | 5.10 | 5.97 | - |
| Netherlands | .. | 6.58 | 4.83 | 5.03 | 5.23 | - | | 7.52 | 5.86 | 6.31 | 6.71 | - |
| Portugal | 5.39 | 7.97 | 7.22 | 7.76 | 7.83 | 6.91 | 5.39 | 7.97 | 8.33 | 9.25 | 10.03r | 9.94 |
| Spain | 4.36 | 8.19 | 7.94 | 8.16 | 8.53 | + | 4.59 | 8.59 | 8.24 | 8.57 | 8.97 | + |
| Sweden | .. | 6.19 | 3.81 | 4.42 | 4.81 | - | | 6.23 | 3.85 | 4.46 | 4.85 | - |
| United Kingdom | 4.56 | 7.57 | 9.25 | 8.93 | 9.39 | 10.03 | 4.77 | 7.84 | 9.50 | 9.28 | 9.79 | 10.43 |
| **Rest of IEA** | | | | | | | | | | | | |
| Australia | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. | .. |
| Canada | 2.71 | 4.33 | 3.88 | 5.17 | 5.73 | 5.56 | 3.04 | 4.73 | 4.19 | 5.84 | 6.50 | 6.29 |
| Czech Republic | 4.43 | 9.22 | 6.31 | 6.50 | 6.78 | 7.13 | 4.43 | 9.32 | 6.39 | 6.58 | 6.87 | 7.23 |
| Hungary | 5.21 | 8.40 | 5.88 | 6.03 | 6.24 | 6.73 | 5.26 | 8.59 | 6.52 | 6.65 | 6.88 | 7.08 |
| Japan | 6.23 | 9.72 | 9.61 | 10.94 | 11.42r | + | 6.43 | 10.00 | 9.81 | 11.19 | 11.68r | + |
| Korea | | 4.29 | 6.21 | 6.84 | 7.28 | 7.25 | 3.24 | 4.45 | 6.44 | 7.09 | 7.65 | 7.52 |
| New Zealand | 3.38 | 4.56 | 5.24 | 5.52 | 6.74r | - | 3.38 | 4.56 | 5.24 | 5.52 | 6.74r | - |
| Norway | 1.91 | 3.82 | 1.85 | 2.51 | 2.83 | 4.09 | 1.91 | 3.82 | 1.85 | 2.51 | 2.83 | 4.09 |
| Poland | 3.51 | 7.36 | 5.52 | 5.76 | 6.39 | 6.75 | 3.85 | 7.79 | 5.87 | 6.13 | 6.80 | 7.17 |
| Slovakia | 6.08 | 10.95 | 8.45 | 9.16 | 9.89 | 10.47 | 6.08 | 11.06 | 8.54 | 9.27 | 10.01 | 10.59 |
| Switzerland | 4.43 | 6.99 | 7.26 | 8.92 | 8.43 | 7.39 | 4.43 | 7.27 | 8.01 | 9.89 | 9.61 | 9.15 |
| Turkey | 4.77 | 7.96 | 5.97 | 6.38 | 5.54 | 5.25 | 4.96 | 8.28 | 6.21 | 6.58r | 5.67r | 5.33 |
| USA | 3.00 | 4.19 | 4.30 | 4.77 | 5.11 | 4.95 | 3.15 | 4.40 | 4.52 | 5.01 | 5.36 | 5.20 |
| IEA median | 4.41 | 6.96 | 5.88 | 6.03 | 6.44 | 6.73 | 4.59 | 7.79 | | 7.28 | 7.65 | 7.52 |
| UK relative to: | | | | | | | | | | | | |
| IEA median% | +3.3 | +8.8 | +57.2 | +48.2 | +45.8 | +49.0 | +4.0 | +0.6 | +45.6 | +27.5 | +28.0 | +38.6 |
| IEA rank | 14 | 18 | 26 | 25 | 24 | 25 | 14 | 15 | 25 | 22 | 21 | 22 |
| G7 rank | 4 | 5 | 6 | 6 | 6 | 6 | 5 | 4 | 5 | 4 | 4 | 4 |

Source: Derived from the International Energy Agency publication, Energy Prices and Taxes

(1) Prices converted to pounds sterling using annual average exchange rates.
(2) Prices include all taxes where not refundable on purchase.
(3) Some prices taken from Eurostat.
(4) Prices excluding taxes have been estimated using a weighted average of general sales taxes and fuel taxes levied by individual states.
Note: For EU comparisons, BEIS recommends use of the Eurostat data in Table 5.4.1

.. Data unavailable.
-    BEIS estimates that the price is likely to be below the IEA median.
+/- BEIS estimates that the price is likely to be around the IEA median.
+    BEIS estimates that the price is likely to exceed the IEA median.

Filed By: kangwoo.lee@pks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 5.3.1 Industrial electricity prices in the IEA**

Pence per kWh[1]

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EU 15** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Austria | 2.77 | 2.85 | 2.85 | 3.25 | 3.37 | 3.43 | 3.47 | 4.04 | 4.20 | 3.96 | 3.63 | 3.86 | 3.99 | 4.12 | 4.71 | 4.64 | 4.92 | 5.08 | 4.96 | 4.76 | 3.50 | 2.53 | .. | .. | .. | 3.87 | 4.24 | 4.57 | 5.47 | 6.97 | 8.08 | 7.25 | 7.15 | 7.14 | 7.15 | 6.22 | 5.09 | 5.36 | 5.56 | 5.89 |
| Belgium | 2.28 | 2.51 | 2.90 | 2.96 | 3.47 | 3.67 | 3.73 | 3.87 | 3.63 | 3.28 | 3.43 | 4.15 | 3.98 | 4.15 | 4.46 | 4.29 | 4.64 | 4.55 | 3.83 | 3.73 | 3.43 | 3.15 | .. | .. | .. | 6.76 | 8.15 | 7.17 | 7.63 | 7.00 | 6.86 | 7.84 | 6.89 | 7.71 | 7.88 | . | | | | |
| Denmark | 2.14 | 2.15 | 2.67 | 2.93 | 3.07 | 2.95 | 3.59 | 3.09 | 2.48 | 2.80 | 3.51 | 3.50 | 3.69 | 3.80 | 4.18 | 3.60 | 3.82 | 4.02 | 3.37 | 3.41 | 3.23 | 3.17 | 3.51 | 4.00 | 4.94 | 4.78 | 4.39 | 4.55 | 4.33 | 6.27 | 6.17 | 6.75 | 6.60 | 6.13 | 6.74 | 4.97 | 4.09 | 4.76 | 5.31 | . |
| Finland | 1.97 | 1.94 | 1.96 | 2.27 | 2.35 | 2.31 | 2.33 | 2.49 | 2.74 | 2.56 | 2.59 | 2.90 | 2.87 | 3.06 | 3.27 | 3.37 | 3.86 | 3.89 | 2.92 | 2.79 | 2.55 | 2.29 | 2.38 | 2.58 | 3.69 | 3.59 | 3.56 | .. | 3.91 | 5.08 | 6.01 | 5.92 | 6.47 | 5.99 | 6.23 | 5.07 | 4.38 | 4.83 | 5.04 | 5.26 |
| France | 1.59 | 1.85 | 1.88 | 2.19 | 2.59 | 2.71 | 2.75 | 2.99 | 3.02 | 2.91 | 3.00 | 3.36 | 3.24 | 3.40 | 3.68 | 3.60 | 3.60 | 2.84 | 2.69 | 2.55 | 2.44 | 2.44 | 2.51 | 2.41 | 2.43 | 2.45 | 4.12 | 5.14 | 6.15 | 6.18 | 6.52 | 6.21 | 6.61 | 6.34 | 5.80 | 6.10 | 6.52 | . | | |
| Germany | 3.01 | 3.06 | 3.18 | 3.50 | 3.81 | 3.93 | 4.00 | 4.69 | 4.99 | 4.66 | 4.71 | 4.97 | 4.81 | 5.06 | 5.48 | 5.28 | 5.58 | 5.38 | 4.41 | 4.08 | 3.52 | 2.68 | 3.05 | 3.24 | 4.01 | 4.20 | 4.62 | 5.12 | 5.44 | .. | .. | 7.47 | 8.82 | 8.92 | 6.31 | 6.59 | 5.64 | 5.05 | 5.52 | 5.57 |
| Greece | 0.24 | 0.32 | 0.40 | 0.56 | 0.70 | 0.85 | 1.04 | 1.46 | 1.99 | 1.62 | 1.69 | 2.16 | 2.43 | 2.87 | 3.11 | 3.05 | 3.49 | 3.41 | 2.97 | 2.75 | 3.00 | 3.06 | 3.41 | 3.46 | 3.69 | .. | .. | 6.13 | 6.95 | 6.37 | 6.76 | 7.01 | 7.41 | 7.03 | 6.00 | 5.91 | 6.44 | .. | | |
| Ireland | 1.50 | 1.88 | 2.65 | 3.44 | 3.60 | 3.98 | 4.08 | 4.61 | 3.85 | 3.63 | 3.49 | 3.71 | 3.64 | 3.83 | 4.05 | 4.02 | 4.30 | 4.26 | 3.67 | 3.58 | 3.50 | 3.23 | 4.19 | 5.01 | 5.76 | 5.22 | 5.47 | 6.62 | 7.45 | 10.14 | 10.84 | 8.86 | 9.50 | 9.79 | 11.10 | 10.10 | 8.66 | 8.77 | 9.62 | 9.64 |
| Italy | 1.34 | 1.70 | 1.93 | 2.32 | 2.82 | 3.07 | 3.44 | 3.23 | 3.22 | 2.96 | 3.00 | 3.27 | 3.62 | 4.14 | 4.61 | 4.77 | 5.31 | 5.42 | 4.72 | 4.51 | 4.30 | 4.98 | 6.22 | 5.65 | 6.92 | 8.78 | 7.52 | 8.87 | 9.03 | 12.52 | 13.92 | 12.89 | 12.77 | 12.59 | 13.14 | 9.12 | 7.35 | 7.92 | 8.25 | . |
| Luxembourg | 1.95 | 2.04 | 2.19 | 2.73 | 3.31 | 3.53 | 3.62 | 3.93 | 4.26 | 3.97 | 3.95 | ... | | | | | | | | | | | | | | | | 6.03 | 6.38 | 6.87 | 6.98 | 6.70 | 6.46 | 5.46 | 4.08 | 4.39 | 5.15 | . | | |
| Netherlands | 2.83 | 3.19 | 3.65 | 3.76 | 3.83 | 3.73 | 3.53 | 3.29 | 3.15 | 2.61 | 2.75 | 3.09 | 3.15 | 3.01 | 4.18 | 4.13 | 4.50 | 4.45 | 3.65 | 3.79 | 3.69 | 3.63 | 3.69 | ... | 5.36 | 6.39 | 7.92 | 6.58 | 6.45 | 6.01 | 6.29 | 5.79 | 4.83 | 5.03 | 5.23 | . | | | | |
| Portugal | 0.46 | 0.68 | 0.84 | 1.24 | 1.80 | 2.26 | 2.99 | 3.88 | 4.45 | 4.34 | 4.40 | 4.98 | 5.53 | 6.58 | 7.35 | 7.21 | 7.29 | 6.78 | 5.69 | 5.49 | 4.81 | 4.43 | 4.58 | 4.56 | 5.08 | 5.07 | 5.39 | 6.00 | 8.43 | 7.16 | 8.17 | 7.79 | 8.67 | 9.30 | 9.65 | 8.38 | 7.22 | 7.76 | 7.63 | 6.91 |
| Spain | 0.79 | 1.06 | 1.42 | 1.64 | 2.08 | 2.35 | 2.51 | 3.10 | 3.59 | 3.53 | 3.88 | 4.27 | 4.49 | 4.79 | 5.05 | 4.89 | 4.70 | 4.60 | 3.69 | 3.27 | 2.88 | 2.68 | 2.72 | 3.07 | 3.13 | 3.11 | 4.36 | 4.72 | 4.26 | 6.50 | 6.29 | 8.12 | 8.82 | 8.40 | 8.93 | 8.99 | 7.94 | 8.16 | 8.53 | . |
| Sweden | 1.43 | 1.42 | 1.57 | 1.49 | 1.51 | 1.64 | 1.73 | 1.88 | 1.89 | 1.89 | 2.08 | 2.28 | 2.52 | 2.66 | 2.35 | 2.36 | 2.50 | 2.86 | 2.09 | ... | | | | | 3.75 | 5.16 | 5.26 | 6.19 | 6.44 | 5.58 | 5.74 | 4.92 | 3.81 | 4.42 | 4.61 | . | | | | |
| United Kingdom | 2.70 | 2.70 | 3.14 | 3.44 | 3.46 | 3.48 | 3.58 | 3.63 | 3.52 | 3.70 | 3.73 | 3.98 | 4.11 | 4.32 | 4.55 | 4.38 | 4.34 | 4.19 | 3.95 | 3.92 | 3.94 | 3.86 | 3.34 | 3.22 | 3.12 | 3.40 | 4.56 | 6.12 | 6.28 | 7.73 | 8.34 | 7.57 | 7.81 | 8.21 | 8.65 | 9.13 | 9.25 | 8.93 | 9.39 | 10.03 |
| **Rest of IEA** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Australia | 1.34 | 1.32 | 1.78 | 2.14 | 2.71 | 3.06 | 2.65 | 2.28 | 2.23 | 2.36 | 2.72 | 2.59 | 2.68 | 2.61 | 2.90 | 2.96 | 3.84 | 4.04 | 3.46 | 2.85 | 3.12 | 2.98 | 3.05 | 3.25 | 3.30 | 3.32 | | | | | | | | | | | | | | |
| Canada | ... | | 2.03 | 2.16 | 2.15 | 2.46 | 2.37 | 2.28 | 2.32 | 2.19 | 2.04 | 2.08 | 2.27 | 2.58 | 2.33 | 2.56 | 2.38 | 2.71 | 2.89 | 2.93 | 3.54 | 3.57 | 4.33 | 4.52 | 4.79 | 5.81 | 4.35 | 3.88 | 5.17 | 5.73 | 5.56 | | | | | | | | | |
| Czech Republic | ... | | 2.38 | 2.94 | 3.50 | 3.68 | 3.84 | 3.80 | 3.16 | 3.12 | 2.98 | 2.84 | 2.96 | 3.28 | 3.44 | 3.61 | 4.43 | 5.10 | 5.76 | 8.16 | 9.38 | 9.22 | 9.87 | 9.05 | 9.43 | 7.37 | 6.31 | 6.50 | 6.78 | 7.13 | | | | | | | | | | |
| Hungary | ... | | 3.56 | 3.42 | 3.52 | 3.02 | 2.85 | 3.09 | 3.32 | 3.37 | 3.40 | 3.52 | 3.52 | 3.92 | 4.80 | 5.00 | 5.21 | 5.64 | 6.66 | 9.18 | 10.16 | 8.40 | 8.20 | 7.81 | 7.96 | 6.86 | 5.88 | 6.03 | 6.24 | 6.73 | | | | | | | | | | |
| Japan | 2.80 | 3.59 | 4.81 | 4.99 | 6.06 | 6.90 | 7.15 | 8.34 | 8.08 | 7.90 | 7.87 | 6.52 | 7.11 | 7.87 | 10.28 | 10.65 | 11.09 | 9.52 | 8.24 | 7.17 | 8.15 | 6.75 | 8.17 | 7.07 | 6.86 | 6.40 | 6.23 | 5.87 | 5.36 | 7.04 | 9.38 | 9.24 | 10.36 | 11.96 | 10.90 | 10.43 | 9.61 | 10.94 | 11.42 | . |
| Korea | 0.97 | 1.19 | 1.35 | 1.47 | 1.72 | 1.61 | 1.51 | 1.69 | 1.80 | 2.04 | 2.11 | 1.92 | 1.89 | 1.84 | 2.17 | 2.28 | 2.59 | 2.72 | 2.73 | 2.26 | 2.04 | 1.85 | 1.91 | 2.19 | 2.81 | 2.78 | 3.36 | 3.24 | 3.42 | 3.90 | 4.17 | 4.64 | 5.29 | 5.39 | 6.08 | 6.06 | 5.24 | 5.52 | 6.74 | . |
| New Zealand | 0.42 | 0.61 | 0.76 | 0.96 | 1.04 | 1.13 | 1.28 | 1.46 | 1.42 | 1.50 | 1.54 | 1.63 | 1.86 | | | | | | 1.04 | 1.42 | 1.65 | 2.25 | 1.91 | 1.91 | 2.41 | 1.92 | 2.77 | 3.01 | 3.62 | 3.55 | 2.91 | 3.52 | 2.65 | 1.85 | 2.51 | 2.63 | 4.09 | | | |
| Norway | | | | | | | | | | | | | | 1.83 | 1.97 | 2.20 | 2.31 | 2.57 | 2.21 | 2.24 | 2.27 | 2.44 | 3.11 | 3.00 | 3.13 | 2.98 | 3.51 | 3.64 | 3.76 | 6.06 | 7.27 | 7.36 | 7.16 | 8.84 | 6.60 | 5.68 | 5.52 | 5.76 | 6.39 | 6.75 |
| Poland | 0.70 | 0.89 | 0.68 | 0.73 | 0.80 | 0.85 | 0.89 | 1.02 | 1.09 | 1.03 | 1.07 | ... | | 3.76 | 3.72 | 3.98 | 4.08 | 3.76 | 3.83 | 3.71 | 3.91 | 4.26 | 4.46 | 5.90 | 6.01 | 6.08 | 8.59 | 7.68 | 9.84 | 12.49 | 10.95 | 11.13 | 10.71 | 11.46 | 9.52 | 8.45 | 9.16 | 9.89 | 10.47 | |
| Slovakia | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Switzerland | 2.62 | 2.42 | 2.45 | 2.86 | 3.36 | 3.63 | 3.66 | 4.54 | 4.94 | 4.66 | 4.56 | 5.02 | 5.09 | 5.51 | 6.36 | 6.91 | 7.93 | 7.71 | 6.21 | 6.10 | 5.59 | 4.56 | 4.89 | 4.70 | 4.82 | 4.56 | 4.43 | 4.36 | 4.58 | 5.12 | 5.73 | 6.99 | 7.91 | 7.92 | 8.17 | 7.42 | 7.26 | 8.92 | 8.43 | 7.39 |
| Turkey | ... | | 2.04 | 3.32 | 3.29 | 3.56 | 4.00 | 3.84 | 4.21 | 3.78 | 3.28 | 3.78 | 4.14 | 4.20 | 4.66 | 5.55 | 4.92 | 4.16 | 4.77 | 4.42 | 4.43 | 4.57 | 7.19 | 7.96 | 7.04 | 7.62 | 7.64 | 6.47 | 5.97 | 6.38 | 5.54 | 5.25 | | | | | | | | |
| USA | ... | | | | | | | | | | | | | | | | | | | | | 3.00 | 3.19 | 3.04 | 3.55 | 4.16 | 4.19 | 4.05 | 4.01 | 4.17 | 4.11 | 4.30 | 4.77 | 5.11 | 4.95 | | | | | |
| IEA median | 1.34 | 1.91 | 2.08 | 2.53 | 2.95 | 3.07 | 3.45 | 3.26 | 3.37 | 3.12 | 3.46 | 3.50 | 3.59 | 3.80 | 4.11 | 3.87 | 4.07 | 4.14 | 3.88 | 3.58 | 3.43 | 3.07 | 3.23 | 3.25 | 3.69 | 3.74 | 4.41 | 4.65 | 4.43 | 6.22 | 7.37 | 6.99 | 7.09 | 7.01 | 7.01 | 6.34 | 5.66 | 6.03 | 6.44 | 6.73 |
| **UK relative to:** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IEA median% | +69.7 | +41.3 | +51.1 | +36.1 | +17.4 | +12.9 | +3.6 | +11.2 | +4.5 | +18.7 | +7.7 | +13.6 | +14.4 | +13.8 | +10.6 | +13.2 | +6.7 | +1.3 | +7.3 | +9.4 | +14.8 | +19.3 | +3.5 | -0.9 | -15.5 | -9.1 | +3.3 | +31.7 | +41.8 | +24.2 | +13.2 | +8.4 | +10.2 | +17.1 | +23.4 | +44.1 | +37.2 | +48.2 | +45.8 | +49.0 |
| IEA rank | 17 | 18 | 18 | 18 | 16 | 14 | 14 | 13 | 12 | 16 | 15 | 14 | 18 | 17 | 16 | 17 | 15 | 13 | 17 | 17 | 16 | 18 | 12 | 9 | 5 | 8 | 14 | 17 | 18 | 21 | 19 | 18 | 19 | 24 | 26 | 25 | 24 | 25 | | |
| G7 rank | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | |

Source: Derived from the International Energy Agency publication, Energy Prices and Taxes

(1) Prices converted to pounds sterling using annual average exchange rates.
(2) Prices include all taxes where tax refundable or not payable.
(3) Prices including taxes have been estimated using a weighted average of general sales taxes and fuel taxes levied by individual states.
.. Data unavailable
+ OECD estimates that the price is likely to be below the IEA median.
- OECD estimates that the price is likely to be exceeded by the IEA median.

Return to Contents Page

61

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 5.3.1 Industrial**

Electricity

Including Taxes [1]

Pence per kWh [1]

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **EU 16** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Austria | 2.77 | 2.85 | 2.85 | 3.25 | 3.37 | 3.43 | 3.47 | 4.04 | 4.20 | 3.96 | 3.63 | 3.86 | 3.99 | 4.12 | 4.71 | 4.64 | 4.92 | 5.08 | 4.96 | 4.76 | 3.50 | 2.53 | .. | .. | .. | 5.23 | 5.60 | 5.93 | 6.70 | 8.41 | 9.64 | 8.86 | 8.79 | 8.71 | 9.04 | 8.20 | 7.11 | 7.83 | 7.94 | 8.16 |
| Belgium | 2.28 | 2.51 | 2.90 | 2.96 | 3.47 | 3.67 | 3.73 | 3.87 | 3.63 | 3.28 | 3.43 | 4.15 | 3.98 | 4.15 | 4.46 | 4.29 | 4.64 | 4.55 | 3.83 | 3.73 | 3.43 | 3.15 | .. | .. | .. | .. | .. | .. | 7.56 | 8.90 | 8.06 | 8.64 | 7.96 | 8.21 | 9.18 | 8.18 | 9.69 | 10.58 | - |
| Denmark | 2.14 | 2.15 | 2.67 | 2.93 | 3.07 | 2.95 | 3.59 | 3.09 | 2.48 | 2.80 | 3.51 | 3.50 | 3.69 | 3.80 | 4.89 | 4.11 | 4.39 | 4.67 | 3.92 | 4.12 | 4.05 | 3.81 | 4.14 | 4.64 | 5.60 | 5.23 | 5.10 | 5.26 | 5.04 | 7.09 | 7.10 | 7.41 | 7.18 | 7.01 | 7.66 | 7.35 | 6.27 | 7.28 | 7.13 | - |
| Finland | 2.08 | 2.04 | 2.07 | 2.39 | 2.48 | 2.48 | 2.45 | 2.63 | 2.74 | 2.56 | 2.59 | 2.90 | 2.87 | 3.06 | 3.46 | 3.37 | 3.66 | 3.89 | 3.13 | 3.04 | 2.83 | 2.55 | 2.65 | 2.85 | 4.01 | 3.93 | 3.87 | .. | 4.07 | 5.29 | 6.25 | 6.14 | 7.08 | 6.56 | 6.83 | 5.63 | 4.89 | 5.40 | 5.65 | 5.88 |
| France | 1.59 | 1.85 | 1.88 | 2.19 | 2.59 | 2.71 | 2.75 | 2.99 | 3.02 | 2.91 | 3.00 | 3.35 | 3.24 | 3.40 | 3.68 | 3.49 | 3.79 | 3.60 | 3.00 | 2.84 | 2.69 | 2.36 | 2.41 | 2.44 | 2.74 | 2.72 | 2.74 | 2.76 | 4.60 | 5.72 | 6.84 | 6.92 | 7.58 | 7.33 | 8.07 | 8.01 | 7.47 | 7.84 | 8.47 | - |
| Germany | 3.19 | 3.20 | 3.31 | 3.64 | 3.93 | 4.07 | 4.14 | 4.88 | 5.29 | 5.00 | 5.11 | 5.39 | 5.21 | 5.48 | 5.89 | 5.73 | 6.06 | 5.38 | 4.41 | 4.08 | 3.52 | 2.68 | 3.05 | 3.24 | 4.01 | 4.20 | 4.62 | 5.12 | 5.44 | 7.04 | 8.95 | 8.79 | 9.80 | 9.38 | 10.84 | 10.63 | 9.49 | 10.44 | 11.11 | - |
| Greece | 0.24 | 0.32 | 0.40 | 0.56 | 0.70 | 0.85 | 1.04 | 1.46 | 1.89 | 1.62 | 1.69 | 2.16 | 2.43 | 2.87 | 3.11 | 3.05 | 3.49 | 3.41 | 2.97 | 2.92 | 2.97 | 2.75 | 3.00 | 3.06 | 3.41 | 3.46 | 3.69 | .. | .. | 6.13 | 7.31 | 7.37 | 7.83 | 8.44 | 9.09 | 8.66 | 6.88 | 7.34 | 8.32 | - |
| Ireland | 1.50 | 1.88 | 2.65 | 3.44 | 3.60 | 3.96 | 4.06 | 4.61 | 3.65 | 3.63 | 3.49 | 3.71 | 3.64 | 3.83 | 4.05 | 4.02 | 4.30 | 4.26 | 3.67 | 3.58 | 3.50 | 3.23 | 4.19 | 5.01 | 5.76 | 5.22 | 5.47 | 6.52 | 7.45 | 10.14 | 10.94 | 9.88 | 9.50 | 9.79 | 11.10 | 10.10 | 8.66 | 8.77 | 9.62 | 9.64 |
| Italy | 1.36 | 1.72 | 1.95 | 2.39 | 2.95 | 3.22 | 3.58 | 3.61 | 3.65 | 3.43 | 3.56 | 4.32 | 4.70 | 5.28 | 5.76 | 5.90 | 6.46 | 6.57 | 5.72 | 5.74 | 5.31 | 5.87 | 7.46 | 7.54 | 8.99 | 8.82 | 9.57 | 11.39 | 11.84 | 15.82 | 17.71 | 16.71 | 17.41 | 18.41 | 20.60 | 14.30 | 12.32 | 13.65 | 13.75 | - |
| Luxembourg | 1.95 | 2.04 | 2.19 | 2.73 | 3.31 | 3.53 | 3.62 | 3.93 | 4.26 | 3.97 | 3.95 | | | | | | | | | | | | | | | | | | 6.31 | 8.75 | 7.44 | 7.36 | 7.05 | 6.83 | 6.00 | 4.70 | 5.10 | 5.97 | - | |
| Netherlands | 2.83 | 3.19 | 3.65 | 3.76 | 3.83 | 3.73 | 3.53 | 3.29 | 3.15 | 2.81 | 2.75 | 3.09 | 3.15 | 3.01 | 4.18 | 4.13 | 4.50 | 4.45 | 3.85 | 3.79 | 3.77 | 3.77 | 4.07 | .. | .. | .. | .. | 6.03 | 7.25 | 8.89 | 7.52 | 7.39 | 6.91 | 7.22 | 7.16 | 5.86 | 6.31 | 6.71 | - | |
| Portugal | 0.46 | 0.68 | 0.84 | 1.24 | 1.80 | 2.26 | 2.99 | 3.88 | 4.45 | 4.34 | 4.40 | 4.98 | 5.53 | 6.58 | 7.35 | 7.21 | 7.29 | 6.78 | 5.69 | 5.49 | 4.81 | 4.43 | 4.58 | 4.56 | 5.08 | 5.07 | 5.39 | 6.00 | 6.43 | 7.16 | 8.17 | 7.79 | 8.67 | 9.30 | 9.74 | 9.48 | 8.33 | 9.25 | 10.03 | 9.94 |
| Spain | 0.83 | 1.14 | 1.52 | 1.81 | 2.28 | 2.61 | 2.79 | 3.47 | 4.02 | 3.96 | 3.88 | 4.27 | 4.49 | 4.76 | 5.05 | 4.89 | 4.70 | 4.60 | 3.69 | 3.44 | 3.02 | 2.81 | 2.85 | 3.23 | 3.29 | 3.27 | 4.59 | 4.96 | 4.47 | 6.83 | 6.82 | 8.54 | 9.27 | 8.98 | 9.88 | 9.41 | 8.24 | 8.57 | 8.97 | - |
| Sweden | 1.65 | 1.73 | 1.87 | 1.76 | 1.76 | 2.09 | 2.18 | 2.36 | 2.37 | 2.35 | 2.65 | 2.81 | 2.99 | 3.15 | 2.35 | 2.38 | 2.50 | 2.88 | 2.09 | | | | | | | 3.79 | 5.20 | 5.50 | 6.23 | 6.49 | 5.63 | 5.70 | 4.96 | 3.85 | 4.46 | 4.85 | | |
| United Kingdom | 2.70 | 2.70 | 3.14 | 3.44 | 3.46 | 3.48 | 3.50 | 3.63 | 3.52 | 3.70 | 3.73 | 3.98 | 4.11 | 4.32 | 4.55 | 4.38 | 4.34 | 4.19 | 3.95 | 3.92 | 3.94 | 3.66 | 3.53 | 3.46 | 3.35 | 3.54 | 4.77 | 6.35 | 6.49 | 7.97 | 8.61 | 7.84 | 8.08 | 8.47 | 8.89 | 9.38 | 5.50 | 9.28 | 9.79 | 10.43 |
| **Rest of IEA** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Australia | 1.34 | 1.32 | 1.78 | 2.14 | 2.71 | 3.06 | 2.60 | 2.28 | 2.23 | 2.36 | 2.72 | 2.59 | 2.88 | 2.61 | 2.80 | 2.96 | 3.84 | 4.04 | 3.48 | 2.85 | 3.12 | 2.98 | 3.05 | 3.25 | 3.30 | 3.32 | | | | | | | | | | | | | | |
| Canada | 0.71 | 0.74 | 0.94 | 1.20 | 1.50 | 1.71 | 1.75 | 1.58 | 1.50 | 1.54 | 1.84 | 2.11 | 2.40 | 2.39 | 2.69 | 2.60 | 2.49 | 2.54 | 2.41 | 2.28 | 2.33 | 2.54 | 2.88 | 2.60 | 2.86 | 2.67 | 3.04 | 3.23 | 3.24 | 3.87 | 3.92 | 4.73 | 5.05 | 5.37 | 6.17 | 4.88 | 4.19 | 5.84 | 6.50 | 6.29 |
| Czech Republic | | | | | | | | | | | | | 2.38 | 2.94 | 3.50 | 3.68 | 3.84 | 3.80 | 3.16 | 3.12 | 2.98 | 2.84 | 2.96 | 3.28 | 3.44 | 3.61 | 4.43 | 5.10 | 5.76 | 8.25 | 9.47 | 9.32 | 9.97 | 9.14 | 9.53 | 7.46 | 6.39 | 6.58 | 6.87 | 7.23 |
| Hungary | | | | | | | | | | | | | 3.56 | 3.42 | 3.52 | 3.02 | 2.85 | 3.09 | 3.32 | 3.37 | 3.40 | 3.22 | 3.22 | 3.52 | 3.92 | 4.80 | 5.05 | 5.26 | 5.69 | 8.55 | 8.30 | 8.49 | 7.46 | 6.52 | 6.65 | 6.88 | 7.06 | | | |
| Japan | 2.91 | 3.72 | 4.96 | 5.17 | 6.28 | 7.15 | 7.41 | 8.66 | 8.37 | 8.20 | 7.75 | 8.69 | 7.29 | 7.87 | 10.54 | 10.93 | 11.39 | 9.78 | 8.47 | 7.38 | 8.40 | 9.02 | 8.43 | 7.31 | 7.09 | 6.61 | 6.43 | 6.06 | 5.52 | 7.24 | 9.64 | 9.52 | 10.65 | 12.26 | 11.15 | 10.65 | 9.81 | 11.19 | 11.88 | - |
| Korea | 2.96 | 3.49 | 4.56 | 5.39 | 5.66 | 6.16 | 5.96 | 4.97 | 4.57 | 4.39 | 4.80 | 3.94 | 3.88 | 3.88 | 4.49 | 3.75 | 3.87 | 3.85 | 3.20 | 2.37 | 2.85 | 3.41 | 3.31 | 3.14 | 3.10 | 2.87 | 3.24 | 3.52 | 3.47 | 3.28 | 3.71 | 4.45 | 4.75 | 5.40 | 6.10 | 6.39 | 6.44 | 7.09 | 7.65 | 7.52 |
| New Zealand | 0.97 | 1.19 | 1.35 | 1.47 | 1.72 | 1.61 | 1.51 | 1.69 | 1.89 | 2.04 | 2.11 | 1.92 | 1.89 | 1.84 | 2.17 | 2.28 | 2.59 | 2.72 | 2.73 | 2.26 | 2.04 | 1.85 | 1.91 | 2.19 | 2.81 | 2.78 | 3.38 | 3.24 | 3.42 | 3.90 | 4.17 | 4.64 | 5.29 | 5.30 | 6.06 | 6.06 | 5.24 | 5.52 | 6.74 | - |
| Norway | 0.61 | 0.78 | 0.96 | 1.15 | 1.27 | 1.38 | 1.54 | 1.75 | 1.72 | 1.81 | 1.86 | 1.98 | 2.01 | .. | .. | .. | .. | .. | 1.04 | 1.42 | 1.65 | 2.25 | 1.91 | 1.91 | 2.41 | 1.92 | 2.77 | 3.01 | 3.82 | 3.50 | 2.91 | 3.52 | 2.65 | 1.85 | 2.51 | 2.83 | 4.08 | | |
| Poland | | | | | | | | | | | | | 1.83 | 1.97 | 2.20 | 2.31 | 2.51 | 2.57 | 2.21 | 2.22 | 2.27 | 2.44 | 3.11 | 3.25 | 3.45 | 3.28 | 3.85 | 3.99 | 4.12 | 6.51 | 7.66 | 7.79 | 7.58 | 7.22 | 7.01 | 6.07 | 5.87 | 6.13 | 6.80 | 7.17 |
| Slovakia | 0.70 | 0.69 | 0.68 | 0.73 | 0.80 | 0.85 | 0.89 | 1.02 | 1.09 | 1.03 | 1.07 | 1.24 | 2.88 | 3.57 | 3.76 | 3.72 | 3.98 | 4.08 | 3.78 | 3.83 | 3.74 | 3.95 | 4.30 | 4.48 | 5.90 | 6.01 | 6.08 | 6.59 | 7.68 | 9.84 | 12.49 | 10.95 | 11.13 | 10.71 | 11.58 | 9.63 | 8.54 | 9.27 | 10.01 | 10.59 |
| Switzerland | 2.62 | 2.42 | 2.45 | 2.88 | 3.36 | 3.63 | 3.66 | 4.54 | 4.94 | 4.66 | 4.56 | 5.02 | 5.09 | 5.51 | 6.36 | 6.91 | 7.93 | 7.71 | 6.21 | 6.10 | 5.59 | 4.58 | 4.69 | 4.70 | 4.82 | 4.58 | 4.43 | 4.36 | 4.18 | 5.12 | 6.00 | 7.27 | 8.23 | 8.22 | 8.48 | 7.81 | 8.01 | 9.89 | 9.61 | 9.15 |
| Turkey | | | 2.09 | 3.37 | 3.33 | 3.60 | 4.04 | 3.88 | 4.26 | 3.81 | 3.35 | 3.80 | 4.18 | 4.24 | 4.71 | 5.61 | 4.36 | 4.20 | 4.81 | 4.10 | 3.96 | 4.83 | 5.32 | 5.16 | 4.63 | 4.96 | 4.60 | 4.61 | 6.42 | 7.48 | 8.28 | 7.32 | 7.60 | 7.95 | 6.73 | 6.21 | 6.58 | 5.67 | 5.33 | - |
| USA | 1.44 | 1.59 | 2.14 | 2.83 | 3.27 | 3.79 | 4.02 | 3.34 | 2.89 | 2.60 | 2.87 | 2.67 | 2.76 | 2.76 | 3.24 | 3.08 | 2.86 | 2.95 | 2.77 | 2.70 | 2.43 | 3.04 | 3.47 | 3.20 | 3.14 | 2.88 | 3.15 | 3.35 | 3.20 | 3.73 | 4.37 | 4.40 | 4.25 | 4.21 | 4.38 | 4.31 | 4.52 | 5.01 | 5.38 | 5.20 |
| IEA median | 1.62 | 1.88 | 2.14 | 2.73 | 3.07 | 3.22 | 3.48 | 3.47 | 3.52 | 3.28 | 3.49 | 3.61 | 3.56 | 3.66 | 4.12 | 3.88 | 4.09 | 4.14 | 3.68 | 3.58 | 3.43 | 3.10 | 3.39 | 3.25 | 3.45 | 3.79 | 4.59 | 5.10 | 4.82 | 6.67 | 7.68 | 7.79 | 7.83 | 7.95 | 8.21 | 7.48 | 6.52 | 7.28 | 7.65 | 7.52 |
| **UK relative to:** | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| IEA median% | +66.5 | +43.4 | +47.1 | +25.6 | +12.6 | +7.6 | +2.9 | +4.5 | +0.0 | +12.7 | +6.8 | +10.3 | +15.3 | +17.2 | +10.6 | +12.8 | +6.2 | +1.3 | +7.3 | +9.4 | +14.6 | +18.2 | +4.1 | +6.4 | -2.8 | -3.9 | +4.0 | +24.5 | +34.6 | +19.5 | +12.1 | +0.7 | +3.2 | +6.0 | +8.3 | +25.3 | +45.6 | +27.5 | +28.0 | +38.6 |
| IEA rank | 19 | 20 | 20 | 20 | 18 | 15 | 16 | 16 | 13 | 17 | 17 | 16 | 20 | 19 | 17 | 19 | 16 | 14 | 19 | 17 | 19 | 18 | 15 | 14 | 9 | 12 | 14 | 18 | 19 | 22 | 16 | 16 | 15 | 18 | 17 | 20 | 25 | 22 | 21 | 22 |
| G7 rank | 5 | 5 | 5 | 5 | 5 | 4 | 4 | 5 | 4 | 5 | 5 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 5 | 6 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |

Source: Derived from the

[1] Prices converted to poun
[2] Break in series after tax
[3] Price excluding taxes
.. Data unavailable
- OECD estimates that the
- UK relative to median

Return to Contents Page

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV – Admin Review 12/1/17 – 11/30/18

**Annual percentage movements in industrial electricity prices in the IEA**
**calculated in national currencies**

**Excluding Taxes**

| | 2002-2003 | 2003-2004 | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Australia | -7.5% | -0.4% | .. | .. | .. | .. | | | | | | | | | | |
| Austria | .. | .. | 8.6% | 8.1% | 19.4% | 9.1% | | | | | | | | | | |
| Belgium | .. | .. | .. | .. | .. | .. | 8.0% | -8.6% | 5.2% | -1.8% | -4.4% | -8.1% | -9.2% | -6.9% | -2.8% | 4.8% |
| Canada | 6.7% | -3.1% | 5.3% | 1.0% | 4.3% | 10.0% | -8.2% | 8.3% | 4.2% | 5.8% | 23.4% | -15.3% | -4.3% | 22.1% | 3.5% | 0.4% |
| Czech Republic | -1.9% | 7.6% | 13.5% | 9.8% | 10.4% | 9.2% | 9.0% | -2.4% | 2.9% | 0.2% | 2.9% | -12.5% | -5.8% | -9.2% | -5.4% | 1.2% |
| Denmark | 12.3% | -1.3% | -8.6% | 4.0% | -5.2% | 24.2% | -11.9% | 13.6% | -3.2% | -0.9% | 5.3% | -22.3% | -8.5% | 2.7% | 4.4% | .. |
| Finland | 30.2% | -0.7% | -1.7% | .. | .. | 11.5% | 6.1% | 2.2% | 8.2% | -1.1% | -0.7% | -14.1% | -4.2% | -2.4% | -2.3% | 3.3% |
| France | -6.6% | -1.8% | 0.0% | 0.8% | 67.7% | 7.0% | 7.1% | 4.7% | 4.9% | 1.7% | 2.2% | 0.0% | 1.6% | -6.9% | 0.0% | .. |
| Germany | 12.4% | 6.9% | 9.2% | 11.1% | 5.9% | .. | .. | -5.1% | 0.3% | -2.4% | -0.4% | -9.7% | -0.6% | -3.1% | -5.6% | .. |
| Greece | 1.2% | 3.4% | 5.7% | .. | .. | .. | 1.6% | -4.7% | 4.8% | 11.0% | 0.8% | 0.2% | -5.3% | -12.8% | 2.1% | .. |
| Hungary | 16.1% | 5.5% | 1.8% | 15.6% | 12.1% | 18.5% | 10.4% | -15.9% | -2.0% | 5.6% | 0.0% | -5.4% | -4.5% | -8.8% | -3.8% | 10.1% |
| Ireland | 4.4% | -7.5% | 3.9% | 21.3% | 12.2% | 16.8% | -4.3% | -14.8% | 5.7% | 10.2% | 8.1% | -4.0% | -4.8% | -10.4% | 2.8% | -0.9% |
| Italy | 11.1% | 0.0% | 10.0% | 18.2% | 1.5% | 18.9% | -0.4% | .. | .. | 3.9% | -4.0% | -6.3% | -10.5% | -4.6% | -2.5% | .. |
| Japan | -2.2% | -2.4% | -1.6% | 0.8% | 0.5% | 5.6% | 2.6% | -3.7% | 5.6% | 8.7% | 9.9% | 9.4% | -2.3% | -9.7% | 2.8% | .. |
| Korea | .. | .. | .. | .. | .. | .. | .. | 6.0% | 14.3% | 8.5% | 6.1% | 0.5% | -0.3% | 0.3% | .. | -0.9% |
| Luxembourg | .. | .. | .. | .. | .. | .. | 24.5% | -14.1% | -0.4% | 2.6% | -7.9% | -10.8% | -17.2% | -4.6% | 9.7% | .. |
| Netherlands | .. | .. | .. | .. | .. | 2.4% | 10.9% | -13.7% | -3.1% | -0.3% | -0.2% | -2.8% | -7.4% | -7.8% | -2.6% | .. |
| New Zealand | 11.1% | -2.7% | 13.4% | 5.4% | 1.3% | 9.4% | 2.1% | -0.0% | 5.5% | 6.1% | 5.9% | 4.0% | -4.6% | -6.8% | 14.0% | .. |
| Norway | 31.3% | -9.5% | -4.9% | 26.9% | -20.6% | 27.3% | 2.9% | 20.7% | -10.6% | -16.0% | 20.6% | -14.8% | -17.2% | 25.0% | 5.7% | 47.1% |
| Poland | 8.1% | 0.2% | 3.4% | 0.8% | 0.1% | 28.6% | 32.2% | -3.0% | -0.8% | 3.7% | -7.6% | -9.4% | 7.8% | -3.7% | 1.4% | 4.6% |
| Portugal | 1.1% | 1.8% | 5.6% | 11.6% | 6.8% | -4.5% | 2.1% | 1.4% | 7.6% | 14.5% | -0.9% | -8.4% | -4.4% | -4.8% | -5.6% | -12.6% |
| Slovakia | 20.3% | 3.9% | 0.4% | 8.6% | 16.2% | 9.9% | 13.7% | -8.9% | 0.5% | 3.0% | 2.1% | -12.3% | -1.6% | -4.0% | 1.1% | 4.7% |
| Spain | -7.4% | 1.2% | 39.1% | 8.5% | -10.1% | 30.9% | -13.3% | 35.2% | 1.6% | 10.3% | -4.7% | 9.5% | -2.1% | -8.9% | -2.1% | .. |
| Sweden | .. | .. | .. | .. | .. | .. | 23.1% | 0.6% | 9.6% | -2.6% | -10.7% | -2.5% | -4.9% | -11.7% | 4.0% | 3.7% |
| Switzerland | -3.5% | -2.0% | -3.3% | 0.2% | -0.2% | 1.2% | -4.4% | 15.9% | 0.0% | 4.5% | 0.7% | -5.6% | -4.5% | 11.0% | -9.8% | -9.9% |
| Turkey | 4.9% | -4.4% | -2.9% | 0.0% | -0.9% | 27.5% | 18.1% | 6.3% | 2.3% | 14.8% | 5.2% | 2.5% | 6.5% | 4.7% | 0.0% | 30.2% |
| United Kingdom | -3.1% | 9.0% | 34.1% | 34.2% | 2.6% | 23.1% | 7.9% | -9.2% | 3.2% | 5.1% | 5.4% | 5.6% | 1.3% | -3.4% | 5.1% | 6.8% |
| USA | | | | | | | | | | | | | | | | |

**Including Taxes**

| | 2002-2003 | 2003-2004 | 2004-2005 | 2005-2006 | 2006-2007 | 2007-2008 | 2008-2009 | 2009-2010 | 2010-2011 | 2011-2012 | 2012-2013 | 2013-2014 | 2014-2015 | 2015-2016 | 2016-2017 | 2017-2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Australia | -7.5% | -0.4% | .. | .. | .. | .. | | | | | | | | | | |
| Austria | .. | .. | 6.2% | 6.2% | 12.6% | 7.6% | | | | | | | | | | |
| Belgium | .. | .. | .. | .. | .. | .. | 5.4% | -5.9% | 5.9% | -1.1% | -1.9% | 18.0% | -1.2% | 4.9% | 2.2% | .. |
| Canada | 6.7% | -2.8% | 5.3% | 0.7% | 3.1% | 8.8% | -7.8% | 7.7% | 6.5% | 6.2% | 16.7% | -10.5% | -8.0% | 27.7% | 4.1% | 0.1% |
| Czech Republic | -1.9% | 7.6% | 13.5% | 9.8% | 10.4% | 10.4% | 8.9% | -2.4% | 2.9% | 0.2% | 2.9% | -12.4% | -5.8% | -9.1% | -5.3% | 1.2% |
| Denmark | 9.7% | -4.7% | -3.1% | 3.4% | -4.5% | 20.6% | -10.4% | 8.4% | -1.6% | 1.6% | 4.5% | 1.2% | -5.2% | 2.6% | -8.4% | .. |
| Finland | 27.8% | 0.2% | -2.3% | .. | .. | 11.5% | 5.8% | 2.1% | 14.1% | -1.0% | -0.6% | -12.9% | -3.8% | -2.1% | -2.0% | 3.0% |
| France | 1.9% | 1.4% | 0.0% | 0.7% | 66.6% | 6.5% | 7.1% | 5.3% | 8.8% | 3.2% | 6.7% | 2.6% | 3.5% | -7.1% | 1.1% | .. |
| Germany | 12.4% | 6.9% | 9.2% | 11.1% | 5.9% | 10.9% | 13.9% | 2.1% | 10.2% | 2.4% | 10.2% | 3.6% | -1.0% | -2.6% | -0.4% | .. |
| Greece | 1.2% | 3.4% | 5.7% | .. | .. | .. | 6.8% | 4.9% | 4.9% | 15.3% | 2.7% | 0.7% | -11.8% | -5.7% | 6.1% | .. |
| Hungary | 16.1% | 6.6% | 1.8% | 15.5% | 12.0% | 18.7% | 10.3% | -14.6% | 0.0% | 7.4% | 0.3% | -3.3% | -2.9% | -9.2% | -3.8% | 4.9% |
| Ireland | 4.4% | -7.5% | 3.9% | 21.3% | 12.2% | 16.8% | -4.3% | -14.8% | 5.7% | 10.2% | 8.1% | -4.0% | -4.8% | -10.4% | 2.8% | -0.9% |
| Italy | 8.3% | 0.0% | 7.7% | 19.3% | 3.6% | 14.6% | 0.3% | -23.8% | 4.0% | 11.4% | 2.2% | -0.9% | -4.4% | -1.6% | -5.9% | .. |
| Japan | -2.3% | -2.4% | -1.8% | 0.8% | 0.3% | 5.4% | 2.5% | -3.6% | 5.5% | 8.5% | 9.7% | 9.2% | -2.2% | -9.5% | 2.7% | .. |
| Korea | 2.2% | -0.1% | 0.0% | 2.8% | 4.3% | 2.6% | 11.2% | 7.8% | 6.0% | 14.3% | 8.5% | 6.1% | 0.5% | -0.3% | 0.3% | -0.9% |
| Luxembourg | .. | .. | .. | .. | .. | .. | 24.1% | -10.9% | -3.1% | 2.5% | -7.5% | -7.2% | -13.1% | -4.0% | 9.6% | .. |
| Netherlands | .. | .. | .. | .. | .. | 3.1% | 9.8% | -12.2% | -2.9% | 0.1% | -0.2% | 4.7% | -9.3% | -4.6% | -0.5% | .. |
| New Zealand | 11.1% | -2.7% | 13.4% | 5.4% | 1.3% | 9.4% | 2.1% | -0.6% | 5.5% | 6.1% | 5.9% | 4.0% | -4.6% | -6.8% | 14.0% | .. |
| Norway | 31.3% | -9.5% | -4.9% | 26.9% | -20.6% | 27.3% | 2.9% | 20.7% | -10.6% | -16.0% | 20.6% | -14.8% | -17.2% | 25.0% | 5.7% | 47.1% |
| Poland | 10.0% | 0.2% | 3.1% | 0.7% | 0.1% | 26.1% | 29.9% | -2.8% | -0.8% | 3.5% | -7.1% | -8.9% | 7.3% | -3.5% | 1.4% | 4.3% |
| Portugal | 1.1% | 1.8% | 5.6% | 11.6% | 6.8% | -4.5% | 2.1% | 1.4% | 7.6% | 14.5% | 0.0% | 2.5% | -2.3% | -1.6% | 1.6% | -2.0% |
| Slovakia | 19.6% | 3.9% | 0.4% | 8.6% | 16.2% | 9.9% | 13.7% | -8.0% | 0.5% | 2.9% | 2.1% | -12.2% | -1.6% | -4.0% | 1.1% | 4.7% |
| Spain | -7.4% | 1.3% | 39.1% | 8.5% | -10.1% | 30.9% | -13.3% | 35.0% | 1.6% | 10.3% | -4.2% | 8.7% | -2.9% | -7.9% | -2.0% | .. |
| Sweden | .. | .. | .. | .. | .. | .. | 22.9% | 0.6% | 9.6% | -2.6% | -10.6% | -2.4% | -4.8% | -11.6% | 4.0% | 3.7% |
| Switzerland | -3.5% | -2.0% | -3.3% | 0.2% | -0.2% | 1.2% | 0.0% | 15.2% | 0.0% | 4.4% | 0.6% | -4.1% | 0.0% | 11.7% | -7.3% | -2.1% |
| Turkey | 4.9% | -4.4% | 0.0% | 0.0% | -1.0% | 27.5% | 18.1% | 6.3% | 2.3% | 14.8% | 5.2% | 2.5% | 6.5% | 3.8% | -0.8% | 29.3% |
| United Kingdom | -3.2% | 8.7% | 31.0% | 33.1% | 2.2% | 22.8% | 8.1% | -9.0% | 3.1% | 4.8% | 5.0% | 5.4% | 1.3% | -2.3% | 5.5% | 6.5% |
| USA | 6.9% | 2.7% | 8.9% | 7.4% | 3.8% | 6.8% | -0.2% | -0.0% | 0.5% | -2.2% | 2.5% | 3.8% | -2.7% | -2.1% | 2.1% | 0.3% |

Return to Contents Page



**Chart 5.3.1 Industrial electricity prices in the IEA - 2018**

- Price (excl tax)
- Tax Component
- IEA Median (including taxes)

Pence per kWh

Norway, Sweden, USA, Turkey, Finland, Luxembourg, Canada, New Zealand, Netherlands, Hungary, Poland, Czech Rep, Denmark, Korea, Greece, Austria, France, Spain, Switzerland, Ireland, Portugal, UK, Slovakia, Belgium, Germany, Japan, Italy

Return to Contents Page

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

Filed By: kangwoo.lee@bpks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Annual Average Exchange Rates**

Annual Average Exchange Rates

| | 1979 | 1980 | 1981 | 1982 | 1983 | 1984 | 1985 | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Australia | 1.89 | 2.04 | 1.75 | 1.72 | 1.68 | 1.52 | 1.84 | 2.19 | 2.34 | 2.28 | 2.07 | 2.28 | 2.27 | 2.39 | 2.21 | 2.10 | 2.13 | 1.99 | 2.21 | 2.64 | 2.51 | 2.81 | 2.79 | 2.76 | 2.52 | 2.49 | 2.39 | 2.44 | 2.39 | 2.19 | 2.00 | 1.88 | 1.55 | 1.53 | 1.82 | 1.83 | 2.04 | 1.82 | 1.68 | 1.79 |
| Austria | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Belgium | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Canada | 2.48 | 2.72 | 2.41 | 2.15 | 1.87 | 1.72 | 1.75 | 2.04 | 2.17 | 2.19 | 1.94 | 2.07 | 2.02 | 2.12 | 1.94 | 2.09 | 2.17 | 2.13 | 2.27 | 2.46 | 2.40 | 2.25 | 2.23 | 2.36 | 2.29 | 2.38 | 2.20 | 2.20 | 2.09 | 2.15 | 1.96 | 1.78 | 1.59 | 1.59 | 1.64 | 1.61 | 1.82 | 1.95 | 1.79 | 1.67 | 1.73 |
| Czech Republic | | | | | | | | | | | | | 51.99 | 49.61 | 43.77 | 44.06 | 41.68 | 42.37 | 51.53 | 50.46 | 50.96 | 58.49 | 54.75 | 49.11 | 45.94 | 47.09 | 43.04 | 41.56 | 40.60 | 31.29 | 29.70 | 29.47 | 28.33 | 30.96 | 30.04 | 34.20 | 37.60 | 33.19 | 30.11 | 28.98 |
| Denmark | 11.14 | 13.10 | 14.30 | 14.53 | 13.86 | 13.76 | 13.59 | 11.86 | 11.16 | 11.07 | 11.96 | 10.99 | 11.28 | 10.60 | 8.73 | 9.74 | 8.84 | 9.05 | 10.82 | 11.10 | 11.26 | 12.24 | 11.98 | 11.63 | 10.74 | 10.97 | 10.90 | 10.94 | 10.90 | 9.34 | 8.36 | 8.68 | 8.59 | 9.17 | 8.79 | 9.26 | 10.26 | 9.08 | 8.50 | 8.42 |
| Finland | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| France | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Germany | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Greece | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Hungary | | | | | | | | | | | | | 131.80 | 136.64 | 137.86 | 160.82 | 166.35 | 239.10 | 305.70 | 354.90 | 363.54 | 363.24 | 407.23 | 412.64 | 386.89 | 366.33 | 371.34 | 362.75 | 367.20 | 367.35 | 310.03 | 310.07 | 320.89 | 322.96 | 356.26 | 340.35 | 360.23 | 426.00 | 379.62 | 353.45 | 360.42 |
| Ireland | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Italy | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Japan | 484.30 | 526.50 | 443.19 | 434.87 | 358.63 | 316.08 | 306.19 | 247.03 | 236.46 | 227.93 | 225.67 | 255.17 | 237.26 | 232.34 | 190.92 | 156.45 | 148.44 | 169.81 | 199.19 | 216.87 | 182.96 | 163.24 | 174.98 | 187.92 | 189.35 | 199.18 | 200.20 | 214.13 | 230.63 | 169.43 | 145.50 | 139.34 | 127.77 | 126.47 | 152.50 | 174.36 | 180.02 | 148.83 | 144.45 | 147.30 |
| Korea | 1025.21 | 1411.90 | 1368.26 | 1276.71 | 1175.78 | 1073.16 | 1117.49 | 1291.02 | 1048.97 | 1208.59 | 1094.47 | 1207.48 | 1203.44 | 1369.10 | 1254.72 | 1251.16 | 1217.25 | 1255.30 | 1508.50 | 2320.34 | 1919.95 | 1711.60 | 1858.92 | 1878.92 | 1840.11 | 2008.56 | 1901.83 | 1757.92 | 1858.86 | 2017.29 | 1987.66 | 1764.54 | 1773.04 | 1764.18 | 1710.92 | 1794.67 | 1729.83 | 1568.20 | 1455.94 | 1467.42 |
| Luxembourg | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Netherlands | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| New Zealand | 2.07 | 2.36 | 2.32 | 2.33 | 2.27 | 2.35 | 2.60 | 2.91 | 2.77 | 2.72 | 2.74 | 2.98 | 3.05 | 3.26 | 2.78 | 2.58 | 2.40 | 2.27 | 2.48 | 3.10 | 3.06 | 3.34 | 3.43 | 3.25 | 2.81 | 2.76 | 2.58 | 2.84 | 2.72 | 2.81 | 2.49 | 2.14 | 2.03 | 1.96 | 1.91 | 1.99 | 2.19 | 1.94 | 1.61 | 1.55 |
| Norway | 10.72 | 11.47 | 11.52 | 11.27 | 11.06 | 10.86 | 11.03 | 10.84 | 11.21 | 11.58 | 11.29 | 11.12 | 11.44 | 10.91 | 10.60 | 10.90 | 10.00 | 10.08 | 11.58 | 12.50 | 12.51 | 13.32 | 12.95 | 11.98 | 11.56 | 12.35 | 11.71 | 11.81 | 11.72 | 10.35 | 9.81 | 9.34 | 8.98 | 9.21 | 9.18 | 10.38 | 12.53 | 11.34 | 10.80 | 10.85 |
| Poland | | | | | | | | | | | | | 1.97 | 2.36 | 2.72 | 3.48 | 3.83 | 4.21 | 5.37 | 5.79 | 6.41 | 8.58 | 9.90 | 6.12 | 8.35 | 8.89 | 5.88 | 5.71 | 5.53 | 4.42 | 4.86 | 4.66 | 4.75 | 5.10 | 4.94 | 5.20 | 5.76 | 5.32 | 4.87 | 4.82 |
| Portugal | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Slovakia | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.58 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Spain | 1.55 | 1.67 | 1.80 | 1.79 | 1.70 | 1.89 | 1.70 | 1.49 | 1.42 | 1.51 | 1.49 | 1.40 | 1.43 | 1.36 | 1.28 | 1.29 | 1.21 | 1.23 | 1.45 | 1.46 | 1.52 | 1.84 | 1.61 | 1.59 | 1.45 | 1.47 | 1.46 | 1.47 | 1.46 | 1.25 | 1.12 | 1.17 | 1.15 | 1.23 | 1.18 | 1.24 | 1.38 | 1.22 | 1.14 | 1.13 |
| Sweden | 9.08 | 9.83 | 10.17 | 10.97 | 11.62 | 11.01 | 11.04 | 10.44 | 10.37 | 10.90 | 10.54 | 10.51 | 10.66 | 10.22 | 11.69 | 11.01 | 11.26 | 10.47 | 12.51 | 13.17 | 13.37 | 13.87 | 14.68 | 14.09 | 13.19 | 13.46 | 13.59 | 13.57 | 13.52 | 12.09 | 11.93 | 11.12 | 10.40 | 10.73 | 10.18 | 11.30 | 12.89 | 11.55 | 11.01 | 11.08 |
| Switzerland | 3.52 | 3.90 | 3.95 | 3.94 | 3.19 | 3.13 | 3.15 | 2.64 | 2.44 | 2.60 | 2.67 | 2.47 | 2.53 | 2.47 | 2.22 | 2.09 | 1.87 | 1.93 | 2.38 | 2.40 | 2.43 | 2.56 | 2.43 | 2.34 | 2.20 | 2.28 | 2.26 | 2.31 | 2.40 | 1.99 | 1.88 | 1.61 | 1.42 | 1.49 | 1.45 | 1.51 | 1.47 | 1.33 | 1.27 | 1.30 |
| Turkey | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 | 0.01 | 0.02 | 0.05 | 0.07 | 0.15 | 0.25 | 0.43 | 0.68 | 0.95 | 1.77 | 2.27 | 2.45 | 2.51 | 2.44 | 2.63 | 2.60 | 2.36 | 2.41 | 2.32 | 2.68 | 2.84 | 2.98 | 3.61 | 4.16 | 4.08 | 4.70 | 6.46 |
| United Kingdom | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| USA | 2.12 | 2.32 | 2.01 | 1.75 | 1.52 | 1.33 | 1.29 | 1.47 | 1.64 | 1.78 | 1.64 | 1.78 | 1.76 | 1.76 | 1.50 | 1.53 | 1.58 | 1.56 | 1.64 | 1.66 | 1.62 | 1.51 | 1.44 | 1.50 | 1.63 | 1.83 | 1.82 | 1.84 | 2.00 | 1.85 | 1.56 | 1.54 | 1.60 | 1.58 | 1.56 | 1.65 | 1.53 | 1.35 | 1.29 | 1.33 |

Source: OECD

Return to Contents Page

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18





## Industrial electricity prices in the IEA

Publication date:          27-Jun-2019
Data period:               Revised data for 2017 and New Data for 2018
Next Update                26-Sep-2019

<u>Contents</u>
Main points            Highlights page - with commentary on recent price movements
Table                  Table 5.3.1: Industrial electricity prices in the IEA with and without tax
Charts                 Charts - showing price trends
Historic data          Annual data from 1979 with and without tax
                       Annual percentage changes in original currency
                       Exchange rates

<u>Background</u>
Data in these tables shows annual prices of electricity to industrial consumers in the IEA, with and without tax.
Data is available back to 1979 on the historic data sheet.

<u>Further information</u>
Publication                    Quarterly Energy Prices
Website                        International industrial energy prices
Data sources & methodology     International statistics data sources and methodologies
Revisions policy               Energy statistics revisions policy
Glossary of terms              Digest of United Kingdom Energy Statistics (DUKES): glossary and acronyms

Contacts
BEIS Press Office (media enquiries)      tel: 020 7215 1000          e-mail:   newsdesk@beis.gov.uk
Statistics team contact: Susan Lomas     tel: 0300 068 5047          e-mail:   susan.lomas@beis.gov.uk

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Table 5.3.1 Industrial electricity prices in the IEA**

**<u>Main points</u>**

In 2018, average UK industrial electricity prices including taxes were the sixth highest in the IEA and mid-ranked in the G7, and were 39 per cent above the IEA median.

Prices in the UK excluding taxes were the third highest in the IEA and second highest in the G7, and were 49 per cent above the IEA median.

Prices relative to the median for some countries have been estimated.

The UK price including taxes increased by 6.5 per cent between 2017 and 2018 with changes in the other IEA countries ranging between -5.9 and +5.2 per cent.  This difference in growth rates was partly driven by movements in exchange rates.

Note: The international comparison tables based on data collected by the IEA have been updated to show prices for all IEA countries, rather than EU & G7 countries as previously shown.  For comparisons with EU countries for Industrial Electricity, BEIS recommends the use of Tables 5.4.1 - 5.4.4.

**Last updated 27th June 2019**

Return to Contents Page

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 17

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Electricity prices for non-household consumers - bi-annual data (from 2007 onwards)**    [nrg_pc_205]

Last update: 14.06.19

Source of data: Eurostat

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding taxes and levies  **CURRENCY:** Euro

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| European Union - 28 countries | 0.0923 | 0.0899 | 0.0877 | 0.0861 | 0.0817 | 0.0802 | 0.0779 | 0.0765 | 0.0794 | 0.0802 |
| European Union - 27 countries (2007-2013) | 0.0924 | 0.0900 | 0.0877 | 0.0862 | 0.0819 | 0.0803 | 0.0787 | : | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.0916 | 0.0880 | 0.0868 | 0.0846 | 0.0813 | 0.0800 | 0.0785 | 0.0772 | 0.0799 | 0.0800 |
| Belgium | 0.0916 | 0.0879 | 0.0898 | 0.0920 | 0.0850 | 0.0879 | 0.0816 | 0.0721 | 0.0767 | 0.0827 |
| Bulgaria | 0.0736 | 0.0747 | 0.0682 | 0.0772 | 0.0992 | 0.0778 | 0.0753 | 0.0780 | 0.0800 | 0.0835 |
| Czechia | 0.0819 | 0.0809 | 0.0761 | 0.0773 | 0.0720 | 0.0721 | 0.0677 | 0.0699 | 0.0722 | 0.0710 |
| Denmark | 0.0654 | 0.0666 | 0.0591 | 0.0567 | 0.0588 | 0.0633 | 0.0616 | 0.0629 | 0.0593 | 0.0651 |
| Germany (until 1990 former territory of the FRG) | 0.0844 | 0.0808 | 0.0809 | 0.0813 | 0.0788 | 0.0793 | 0.0761 | 0.0786 | 0.0771 | 0.0780 |
| Estonia | 0.0794 | 0.0809 | 0.0755 | 0.0824 | 0.0737 | 0.0755 | 0.0721 | 0.0697 | 0.0731 | 0.0790 |
| Ireland | 0.1303 | 0.1277 | 0.1294 | 0.1231 | 0.1198 | 0.1115 | 0.1095 | 0.1093 | 0.1171 | 0.1240 |
| Greece | 0.1090 | 0.1034 | 0.1037 | 0.1022 | 0.0929 | 0.0875 | 0.0862 | 0.0870 | 0.0790 | 0.0793 |
| Spain | 0.1185 | 0.1110 | 0.1116 | 0.1078 | 0.1051 | 0.0979 | 0.1010 | 0.0982 | 0.1008 | 0.1045 |
| France | 0.0765 | 0.0717 | 0.0776 | 0.0702 | 0.0714 | 0.0655 | 0.0733 | 0.0666 | 0.0737 | 0.0670 |
| Croatia | 0.0903 | 0.0867 | 0.0869 | 0.0875 | 0.0851 | 0.0825 | 0.0821 | 0.0812 | 0.0848 | 0.0867 |
| Italy | 0.1080 | 0.1052 | 0.0943 | 0.0919 | 0.0841 | 0.0879 | 0.0829 | 0.0813 | 0.0892 | 0.0885 |
| Cyprus | 0.1672 | 0.1831 | 0.1316 | 0.1319 | 0.0954 | 0.1211 | 0.1275 | 0.1258 | 0.1241 | 0.1703 |
| Latvia | 0.0903 | 0.0915 | 0.0910 | 0.0915 | 0.0897 | 0.0933 | 0.0911 | 0.0891 | 0.0811 | 0.0833 |
| Lithuania | 0.0958 | 0.0961 | 0.0818 | 0.0828 | 0.0777 | 0.0730 | 0.0696 | 0.0686 | 0.0701 | 0.0762 |
| Luxembourg | 0.0949 | 0.0928 | 0.0842 | 0.0804 | 0.0784 | 0.0767 | 0.0696 | 0.0719 | 0.0746 | 0.0754 |
| Hungary | 0.0836 | 0.0822 | 0.0778 | 0.0783 | 0.0729 | 0.0719 | 0.0638(e) | 0.0649 | 0.0738 | 0.0737 |
| Malta | 0.1770 | 0.1780 | 0.1599 | 0.1405 | 0.1422 | 0.1399 | 0.1336 | 0.1349 | 0.1331 | 0.1341 |
| Netherlands | 0.0769 | 0.0769 | 0.0722 | 0.0712 | 0.0652 | 0.0657 | 0.0607 | 0.0603 | 0.0611 | 0.0623 |
| Austria | 0.0827 | 0.0786 | 0.0731 | 0.0729 | 0.0703 | 0.0685 | 0.0621 | 0.0688 | 0.0704 | 0.0719 |
| Poland | 0.0777 | 0.0786 | 0.0833 | 0.0813 | 0.0762 | 0.0769 | 0.0673 | 0.0651 | 0.0648 | 0.0649 |
| Portugal | 0.1029 | 0.1052 | 0.0989 | 0.1001 | 0.0943 | 0.0948 | 0.0835 | 0.0837 | 0.0781 | 0.0814 |
| Romania | 0.0753 | 0.0710 | 0.0707 | 0.0681 | 0.0635 | 0.0643 | 0.0642 | 0.0658 | 0.0710 | 0.0734 |
| Slovenia | 0.0754 | 0.0736 | 0.0714 | 0.0711 | 0.0678 | 0.0666 | 0.0619 | 0.0619 | 0.0689 | 0.0698 |
| Slovakia | 0.1107 | 0.1129 | 0.1081 | 0.1077 | 0.1047 | 0.1067 | 0.0741 | 0.0736 | 0.0790 | 0.0819 |
| Finland | 0.0664 | 0.0652 | 0.0637 | 0.0635 | 0.0614 | 0.0624 | 0.0596 | 0.0605 | 0.0611 | 0.0636 |
| Sweden | 0.0702 | 0.0661 | 0.0617 | 0.0585 | 0.0611 | 0.0651 | 0.0643 | 0.0642 | 0.0643 | 0.0688 |
| United Kingdom | 0.1246 | 0.1290 | 0.1184 | 0.1206 | 0.1042 | 0.0970 | 0.0938 | 0.0892 | 0.0970 | 0.1007 |
| Iceland | : | : | : | : | 0.0714 | 0.0630 | 0.0768(p) | : | 0.0756(e) | |
| Liechtenstein | 0.1359 | 0.1374 | 0.1426 | 0.1400 | 0.1255 | 0.1268 | 0.1156 | 0.0642 | | : |
| Norway | 0.0649 | 0.0661 | 0.0612 | 0.0532 | 0.0574 | 0.0639 | 0.0605 | 0.0601 | 0.0677 | 0.0771 |
| Montenegro | 0.0761 | 0.0753 | 0.0766 | 0.0764 | 0.0794 | 0.0782 | 0.0724 | 0.0718 | 0.0765 | 0.0761 |
| North Macedonia | 0.0419 | 0.0414 | 0.0836 | 0.0811 | 0.0819 | 0.0521 | 0.0524 | 0.0561 | 0.0624 | 0.0675 |

| TIME / GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Serbia | 0.0507 | 0.0659 | 0.0591 | 0.0630 | 0.0616 | 0.0418 | 0.0587 | 0.0691 | 0.0647 | 0.0661 |
| Turkey | 0.0720 | 0.0779 | 0.0790 | 0.0678 | 0.0722 | 0.0704 | 0.0615 | 0.0580 | 0.0571 | 0.0601 |
| Bosnia and Herzegovina | 0.0652 | 0.0621 | 0.0625 | 0.0613 | 0.0612 | 0.0607 | 0.0581 | 0.0600 | 0.0643 | 0.0635 |
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0637 | 0.0729 | 0.0705 | 0.0751 | 0.0687 | 0.0708 | 0.0731 | 0.0740 | 0.0729 | 0.0721 |
| Moldova | : | : | 0.0707 | 0.0765 | 0.0827 | 0.0778 | 0.0828 | 0.0852 | 0.0880 | 0.0787 |
| Ukraine | : | : | : | : | : | : | : | : | 0.0595 | 0.0618 |
| Georgia | : | : | : | : | : | : | : | : | 0.0489 | 0.0564 |

Available flags:

**b** break in time series    **c** confidential    **d** definition differs, see metadata    Special value:

**e** estimated    **f** forecast    **n** not significant    **:** not available

**p** provisional    **r** revised    **s** Eurostat estimate

**u** low reliability    **z** not applicable

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding taxes and levies  **CURRENCY:** Purchasing Power Standard

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| **European Union - 28 countries** | 0.0924 | 0.0900 | 0.0877 | 0.0862 | 0.0819 | 0.0803 | 0.0788 | : | : | : |
| **European Union - 27 countries (2007-2013)** | 0.0922 | 0.0898 | 0.0875 | 0.0860 | 0.0818 | 0.0802 | 0.0786 | : | : | : |
| **Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19)** | 0.0895 | 0.0860 | 0.0865 | 0.0843 | 0.0792 | 0.0781 | 0.0768 | : | : | : |
| **Belgium** | 0.0825 | 0.0792 | 0.0809 | 0.0834 | 0.0786 | 0.0822 | 0.0747 | 0.0660 | 0.0694 | 0.0749 |
| **Bulgaria** | 0.1561 | 0.1584 | 0.1446 | 0.1670 | 0.2152 | 0.1679 | 0.1585 | 0.1618 | 0.1659 | 0.1733 |
| **Czechia** | 0.1273 | 0.1265 | 0.1186 | 0.1199 | 0.1126 | 0.1137 | 0.1031 | 0.1024 | 0.1022 | 0.1016 |
| **Denmark** | 0.0485 | 0.0493 | 0.0454 | 0.0436 | 0.0438 | 0.0471 | 0.0460 | 0.0470 | 0.0444 | 0.0488 |
| **Germany (until 1990 former territory of the FRG)** | 0.0810 | 0.0775 | 0.0776 | 0.0780 | 0.0764 | 0.0765 | 0.0715 | 0.0742 | 0.0720 | 0.0728 |
| **Estonia** | 0.1063 | 0.1083 | 0.1011 | 0.1136 | 0.1012 | 0.1060 | 0.0975 | 0.0952 | 0.0965 | 0.1043 |
| **Ireland** | 0.1171 | 0.1147 | 0.1163 | 0.1105 | 0.1079 | 0.1034 | 0.0991 | 0.0978 | 0.1047 | 0.1109 |
| **Greece** | 0.1315 | 0.1247 | 0.1251 | 0.1278 | 0.1126 | 0.1060 | 0.1032 | 0.1060 | 0.0960 | 0.0964 |
| **Spain** | 0.1325 | 0.1241 | 0.1248 | 0.1204 | 0.1187 | 0.1095 | 0.1118 | 0.1090 | 0.1115 | 0.1156 |
| **France** | 0.0695 | 0.0654 | 0.0724 | 0.0655 | 0.0650 | 0.0596 | 0.0669 | 0.0608 | 0.0673 | 0.0612 |
| **Croatia** | 0.1424 | 0.1371 | 0.1370 | 0.1382 | 0.1356 | 0.1308 | 0.1279 | 0.1265 | 0.1313 | 0.1342 |
| **Italy** | 0.1076 | 0.1048 | 0.0939 | 0.0913 | 0.0857 | 0.0896 | 0.0838 | 0.0828 | 0.0902 | 0.0895 |
| **Cyprus** | 0.1902 | 0.2083 | 0.1497 | 0.1448 | 0.1079 | 0.1369 | 0.1436 | 0.1423 | 0.1391 | 0.1909 |
| **Latvia** | 0.1317 | 0.1334 | 0.1327 | 0.1356 | 0.1347 | 0.1407 | 0.1349 | 0.1293 | 0.1176 | 0.1208 |
| **Lithuania** | 0.1563 | 0.1567 | 0.1328 | 0.1373 | 0.1285 | 0.1226 | 0.1130 | 0.1118 | 0.1105 | 0.1202 |
| **Luxembourg** | 0.0796 | 0.0778 | 0.0706 | 0.0670 | 0.0666 | 0.0649 | 0.0580 | 0.0595 | 0.0609 | 0.0616 |
| **Hungary** | 0.1469 | 0.1460 | 0.1369 | 0.1398 | 0.1297 | 0.1274 | 0.1074(e) | 0.1092 | 0.1214 | 0.1249 |
| **Malta** | 0.2208 | 0.2221 | 0.1994 | 0.1752 | 0.1773 | 0.1743 | 0.1607 | 0.1622 | 0.1601 | 0.1613 |
| **Netherlands** | 0.0703 | 0.0703 | 0.0665 | 0.0656 | 0.0601 | 0.0608 | 0.0552 | 0.0538 | 0.0545 | 0.0556 |
| **Austria** | 0.0748 | 0.0711 | 0.0661 | 0.0671 | 0.0659 | 0.0642 | 0.0570 | 0.0633 | 0.0639 | 0.0653 |
| **Poland** | 0.1340 | 0.1361 | 0.1425 | 0.1429 | 0.1407 | 0.1419 | 0.1182 | 0.1138 | 0.1105 | 0.1129 |
| **Portugal** | 0.1323 | 0.1352 | 0.1271 | 0.1285 | 0.1211 | 0.1212 | 0.1044 | 0.1051 | 0.0959 | 0.1000 |
| **Romania** | 0.1471 | 0.1375 | 0.1376 | 0.1372 | 0.1295 | 0.1324 | 0.1297 | 0.1299 | 0.1417 | 0.1465 |
| **Slovenia** | 0.0943 | 0.0921 | 0.0893 | 0.0889 | 0.0861 | 0.0850 | 0.0773 | 0.0750 | 0.0834 | 0.0845 |
| **Slovakia** | 0.1661 | 0.1695 | 0.1622 | 0.1657 | 0.1601 | 0.1642 | 0.1112 | 0.1083 | 0.1163 | 0.1206 |
| **Finland** | 0.0534 | 0.0524 | 0.0512 | 0.0512 | 0.0503 | 0.0515 | 0.0482 | 0.0487 | 0.0492 | 0.0512 |
| **Sweden** | 0.0531 | 0.0515 | 0.0486 | 0.0457 | 0.0474 | 0.0524 | 0.0502 | 0.0503 | 0.0522 | 0.0570 |
| **United Kingdom** | 0.1091 | 0.1089 | 0.0940 | 0.0941 | 0.0879 | 0.0904 | 0.0846 | 0.0835 | 0.0870 | 0.0914 |
| Iceland | : | : | : | : | 0.0538 | 0.0426 | 0.0467(p) | : | 0.0483(e) | : |
| Liechtenstein | | | | | | | | | | |
| **Norway** | 0.0429 | 0.0445 | 0.0423 | 0.0391 | 0.0420 | 0.0451 | 0.0405 | 0.0414 | 0.0465 | 0.0530 |
| **Montenegro** | 0.1482 | 0.1466 | 0.1587 | 0.1583 | 0.1620 | 0.1620 | 0.1479 | 0.1466 | 0.1534 | 0.1526 |
| **North Macedonia** | 0.1012 | 0.0999 | 0.2045 | 0.1985 | 0.1987 | 0.1249 | 0.1215 | 0.1300 | 0.1420 | 0.1533 |
| **Serbia** | 0.1031 | 0.1377 | 0.1256 | 0.1411 | 0.1389 | 0.0952 | 0.1286 | 0.1459 | 0.1322 | 0.1349 |
| **Turkey** | 0.1346 | 0.1397 | 0.1425 | 0.1381 | 0.1416 | 0.1451 | 0.1319 | 0.1415 | 0.1419 | 0.1940 |
| **Bosnia and Herzegovina** | 0.1351 | 0.1288 | 0.1294 | 0.1301 | 0.1295 | 0.1284 | 0.1201 | 0.1222 | 0.1309 | 0.1293 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | : | : | : | : | : | : | : | : | : | : |
| Moldova | : | : | : | : | : | : | : | : | : | : |
| Ukraine | : | : | : | : | : | : | : | : | : | : |
| Georgia | : | : | : | : | : | : | : | : | : | : |

Available flags:

| **b** break in time series | **c** confidential | **d** definition differs, see metadata | Special value: |
|---|---|---|---|
| **e** estimated | **f** forecast | **n** not significant | **:** not available |
| **p** provisional | **r** revised | **s** Eurostat estimate | |
| **u** low reliability | **z** not applicable | | |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding taxes and levies  **CURRENCY:** National currency (former currencies of the euro area countries)

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | |
| European Union - 28 countries | 0.0924 | 0.0900 | 0.0877 | 0.0862 | 0.0819 | 0.0803 | 0.0788 | : | : |
| European Union - 27 countries (2007-2013) | 0.0924 | 0.0900 | 0.0877 | 0.0862 | 0.0819 | 0.0803 | 0.0787 | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.0916 | 0.0880 | 0.0869 | 0.0847 | 0.0813 | 0.0801 | 0.0788 | : | : |
| Belgium | 0.0916 | 0.0879 | 0.0898 | 0.0920 | 0.0850 | 0.0879 | 0.0816 | 0.0721 | 0.0767 |
| Bulgaria | 0.1440 | 0.1461 | 0.1334 | 0.1510 | 0.1940 | 0.1522 | 0.1472 | 0.1525 | 0.1564 |
| Czechia | 2.2476 | 2.2338 | 2.0940 | 2.0911 | 1.9468 | 1.9492 | 1.8128 | 1.8086 | 1.8417 |
| Denmark | 0.4882 | 0.4961 | 0.4407 | 0.4234 | 0.4383 | 0.4707 | 0.4579 | 0.4682 | 0.4414 |
| Germany (until 1990 former territory of the FRG) | 0.0844 | 0.0808 | 0.0809 | 0.0813 | 0.0788 | 0.0793 | 0.0761 | 0.0786 | 0.0771 |
| Estonia | 0.0794 | 0.0809 | 0.0755 | 0.0824 | 0.0737 | 0.0755 | 0.0721 | 0.0697 | 0.0731 |
| Ireland | 0.1303 | 0.1277 | 0.1294 | 0.1231 | 0.1198 | 0.1115 | 0.1095 | 0.1093 | 0.1171 |
| Greece | 0.1090 | 0.1034 | 0.1037 | 0.1022 | 0.0929 | 0.0875 | 0.0862 | 0.0870 | 0.0790 |
| Spain | 0.1185 | 0.1110 | 0.1116 | 0.1078 | 0.1051 | 0.0979 | 0.1010 | 0.0982 | 0.1008 |
| France | 0.0765 | 0.0717 | 0.0776 | 0.0702 | 0.0714 | 0.0655 | 0.0733 | 0.0666 | 0.0737 |
| Croatia | 0.6886 | 0.6631 | 0.6626 | 0.6654 | 0.6434 | 0.6192 | 0.6118 | 0.6070 | 0.6293 |
| Italy | 0.1080 | 0.1052 | 0.0943 | 0.0919 | 0.0841 | 0.0879 | 0.0829 | 0.0813 | 0.0892 |
| Cyprus | 0.1672 | 0.1831 | 0.1316 | 0.1319 | 0.0954 | 0.1211 | 0.1275 | 0.1258 | 0.1241 |
| Latvia | 0.0903 | 0.0915 | 0.0910 | 0.0915 | 0.0897 | 0.0933 | 0.0911 | 0.0891 | 0.0811 |
| Lithuania | 0.3309 | 0.3317 | 0.0818 | 0.0828 | 0.0777 | 0.0730 | 0.0696 | 0.0686 | 0.0701 |
| Luxembourg | 0.0949 | 0.0928 | 0.0842 | 0.0804 | 0.0784 | 0.0767 | 0.0696 | 0.0719 | 0.0746 |
| Hungary | 25.6688 | 25.5233 | 23.9305 | 24.4451 | 22.7897 | 22.2971 | 19.7265(e) | 20.0506 | 23.1719 |
| Malta | 0.1770 | 0.1780 | 0.1599 | 0.1405 | 0.1422 | 0.1399 | 0.1336 | 0.1349 | 0.1331 |
| Netherlands | 0.0769 | 0.0769 | 0.0722 | 0.0712 | 0.0652 | 0.0657 | 0.0607 | 0.0603 | 0.0611 |
| Austria | 0.0827 | 0.0786 | 0.0731 | 0.0729 | 0.0703 | 0.0685 | 0.0621 | 0.0688 | 0.0704 |
| Poland | 0.3245 | 0.3294 | 0.3451 | 0.3437 | 0.3328 | 0.3353 | 0.2871 | 0.2764 | 0.2733 |
| Portugal | 0.1029 | 0.1052 | 0.0989 | 0.1001 | 0.0943 | 0.0948 | 0.0835 | 0.0837 | 0.0781 |
| Romania | 0.3362 | 0.3141 | 0.3145 | 0.3024 | 0.2853 | 0.2886 | 0.2911 | 0.3029 | 0.3304 |
| Slovenia | 0.0754 | 0.0736 | 0.0714 | 0.0711 | 0.0678 | 0.0666 | 0.0619 | 0.0619 | 0.0689 |
| Slovakia | 0.1107 | 0.1129 | 0.1081 | 0.1077 | 0.1047 | 0.1067 | 0.0741 | 0.0736 | 0.0790 |
| Finland | 0.0664 | 0.0652 | 0.0637 | 0.0635 | 0.0614 | 0.0624 | 0.0596 | 0.0605 | 0.0611 |
| Sweden | 0.6287 | 0.6104 | 0.5763 | 0.5477 | 0.5680 | 0.6267 | 0.6169 | 0.6208 | 0.6530 |
| United Kingdom | 0.1023 | 0.1021 | 0.0867 | 0.0868 | 0.0811 | 0.0834 | 0.0807 | 0.0796 | 0.0853 |
| Iceland | : | : | : | : | 10.0394 | 8.0005 | 8.9951(p) | : | 9.3416(e) |
| Liechtenstein | 0.1660 | 0.1660 | 0.1507 | 0.1510 | 0.1375 | 0.1375 | 0.1245 | 0.0736 | : |
| Norway | 0.5369 | 0.5573 | 0.5290 | 0.4914 | 0.5408 | 0.5851 | 0.5557 | 0.5695 | 0.6498 |
| Montenegro | 0.0761 | 0.0753 | 0.0766 | 0.0764 | 0.0794 | 0.0782 | 0.0724 | 0.0718 | 0.0765 |
| North Macedonia | 2.5823 | 2.5494 | 5.1489 | 4.9977 | 5.0528 | 3.2056 | 3.2255 | 3.4505 | 3.8414 |
| Serbia | 5.8627 | 7.8338 | 7.1479 | 7.5898 | 7.5687 | 5.1566 | 7.2391 | 8.2480 | 7.6588 |
| Turkey | 0.2136 | 0.2217 | 0.2261 | 0.2158 | 0.2352 | 0.2413 | 0.2423 | 0.2498 | 0.2831 |
| Bosnia and Herzegovina | 0.1277 | 0.1217 | 0.1223 | 0.1199 | 0.1197 | 0.1188 | 0.1136 | 0.1173 | 0.1257 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0637 | 0.0729 | 0.0705 | 0.0751 | 0.0687 | 0.0708 | 0.0731 | 0.0740 | 0.0729 |
| Moldova | : | : | 1.4266 | 1.6513 | 1.8400 | 1.7009 | 1.7329 | 1.7672 | 1.7788 |
| Ukraine | : | : | : | : | : | : | : | : | 1.9300 |
| Georgia | : | : | : | : | : | : | : | : | 0.1459 |

| TIME GEO | 2018S2 |
|---|---|
| European Union - 28 countries | : |
| European Union - 27 countries (2007-2013) | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | : |
| Belgium | 0.0827 |
| Bulgaria | 0.1634 |
| Czechia | 1.8306 |
| Denmark | 0.4854 |
| Germany (until 1990 former territory of the FRG) | 0.0780 |
| Estonia | 0.0790 |
| Ireland | 0.1240 |
| Greece | 0.0793 |
| Spain | 0.1045 |
| France | 0.0670 |
| Croatia | 0.6432 |
| Italy | 0.0885 |
| Cyprus | 0.1703 |
| Latvia | 0.0833 |
| Lithuania | 0.0762 |
| Luxembourg | 0.0754 |
| Hungary | 23.8431 |
| Malta | 0.1341 |
| Netherlands | 0.0623 |
| Austria | 0.0719 |
| Poland | 0.2792 |
| Portugal | 0.0814 |
| Romania | 0.3415 |
| Slovenia | 0.0698 |
| Slovakia | 0.0819 |
| Finland | 0.0636 |
| Sweden | 0.7129 |
| United Kingdom | 0.0896 |
| Iceland | : |
| Liechtenstein | : |
| Norway | 0.7405 |
| Montenegro | 0.0761 |
| North Macedonia | 4.1493 |
| Serbia | 7.8148 |

Filed By: kangwoo.lee@apks.com, Filed Date: 8/12/19 4:47 PM, Submission Status: Approved

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

| TIME | 2018S2 |
|------|--------|
| **GEO** | |
| **Turkey** | 0.3870 |
| **Bosnia and Herzegovina** | 0.1241 |
| **Kosovo (under United Nations Security Council Resolution 1244/99)** | 0.0721 |
| **Moldova** | 1.5316 |
| **Ukraine** | 1.9693 |
| **Georgia** | 0.1691 |

Available flags:                                                    Special value:
**b** break in time series        **c** confidential         **d** definition differs, see metadata        **:** not available
**e** estimated              **f** forecast             **n** not significant
**p** provisional            **r** revised              **s** Eurostat estimate
**u** low reliability         **z** not applicable

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding VAT and other recoverable taxes and levies  **CURRENCY:** Euro

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| European Union - 28 countries | 0.1222 | 0.1197 | 0.1203 | 0.1181 | 0.1155 | 0.1129 | 0.1133 | 0.1118 | 0.1139 | 0.1149 |
| European Union - 27 countries (2007-2013) | 0.1226 | 0.1200 | 0.1207 | 0.1185 | 0.1161 | 0.1135 | 0.1141 | : | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.1308 | 0.1270 | 0.1261 | 0.1229 | 0.1217 | 0.1195 | 0.1203 | 0.1184 | 0.1194 | 0.1192 |
| Belgium | 0.1094 | 0.1086 | 0.1100 | 0.1081 | 0.1115 | 0.1158 | 0.1104 | 0.1087 | 0.1085 | 0.1142 |
| Bulgaria | 0.0746 | 0.0757 | 0.0692 | 0.0782 | 0.1002 | 0.0788 | 0.0763 | 0.0790 | 0.0810 | 0.0846 |
| Czechia | 0.0829 | 0.0819 | 0.0772 | 0.0783 | 0.0730 | 0.0732 | 0.0688 | 0.0710 | 0.0733 | 0.0721 |
| Denmark | 0.0939 | 0.0972 | 0.0899 | 0.0899 | 0.0948 | 0.0936 | 0.0845 | 0.0846 | 0.0807 | 0.0788 |
| Germany (until 1990 former territory of the FRG) | 0.1586 | 0.1520 | 0.1509 | 0.1493 | 0.1505 | 0.1492 | 0.1519 | 0.1514 | 0.1499 | 0.1516 |
| Estonia | 0.0916 | 0.0931 | 0.0889 | 0.0958 | 0.0878 | 0.0896 | 0.0870 | 0.0846 | 0.0865 | 0.0924 |
| Ireland | 0.1365 | 0.1357 | 0.1417 | 0.1357 | 0.1327 | 0.1245 | 0.1237 | 0.1241 | 0.1321 | 0.1349 |
| Greece | 0.1336 | 0.1298 | 0.1292 | 0.1150 | 0.1173 | 0.1115 | 0.1073 | 0.1190 | 0.1038 | 0.1050 |
| Spain | 0.1246 | 0.1167 | 0.1173 | 0.1133 | 0.1105 | 0.1029 | 0.1061 | 0.1032 | 0.1059 | 0.1098 |
| France | 0.0986 | 0.0938 | 0.1027 | 0.0951 | 0.0962 | 0.0903 | 0.0978 | 0.0920 | 0.0982 | 0.0889 |
| Croatia | 0.0956 | 0.0918 | 0.0920 | 0.0928 | 0.0903 | 0.0877 | 0.0874 | 0.0920 | 0.0994 | 0.1013 |
| Italy | 0.1720 | 0.1735 | 0.1608 | 0.1597 | 0.1526 | 0.1556 | 0.1477 | 0.1449 | 0.1423 | 0.1434 |
| Cyprus | 0.1748 | 0.1903 | 0.1393 | 0.1412 | 0.1048 | 0.1295 | 0.1414 | 0.1392 | 0.1405 | 0.1811 |
| Latvia | 0.1171 | 0.1183 | 0.1178 | 0.1183 | 0.1165 | 0.1201 | 0.1179 | 0.1159 | 0.1039 | 0.1047 |
| Lithuania | 0.1168 | 0.1171 | 0.0989 | 0.0997 | 0.0940 | 0.0882 | 0.0837 | 0.0825 | 0.0838 | 0.0899 |
| Luxembourg | 0.1007 | 0.0987 | 0.0928 | 0.0893 | 0.0873 | 0.0858 | 0.0780 | 0.0803 | 0.0833 | 0.0846 |
| Hungary | 0.0914 | 0.0899 | 0.0867 | 0.0870 | 0.0805 | 0.0796 | 0.0772(e) | 0.0779 | 0.0840 | 0.0822 |
| Malta | 0.1770 | 0.1780 | 0.1599 | 0.1405 | 0.1422 | 0.1399 | 0.1351 | 0.1364 | 0.1346 | 0.1356 |
| Netherlands | 0.0934 | 0.0888 | 0.0902 | 0.0846 | 0.0857 | 0.0805 | 0.0822 | 0.0764 | 0.0863 | 0.0809 |
| Austria | 0.1089 | 0.1055 | 0.1039 | 0.1047 | 0.1026 | 0.1004 | 0.0930 | 0.0997 | 0.0997 | 0.1011 |
| Poland | 0.0825 | 0.0833 | 0.0882 | 0.0861 | 0.0808 | 0.0815 | 0.0866 | 0.0862 | 0.0876 | 0.0884 |
| Portugal | 0.1162 | 0.1187 | 0.1140 | 0.1154 | 0.1125 | 0.1132 | 0.1145 | 0.1147 | 0.1123 | 0.1170 |
| Romania | 0.0877 | 0.0807 | 0.0830 | 0.0802 | 0.0760 | 0.0771 | 0.0769 | 0.0786 | 0.0831 | 0.0866 |
| Slovenia | 0.0866 | 0.0847 | 0.0827 | 0.0870 | 0.0847 | 0.0832 | 0.0784 | 0.0784 | 0.0860 | 0.0866 |
| Slovakia | 0.1152 | 0.1174 | 0.1126 | 0.1122 | 0.1092 | 0.1112 | 0.1118 | 0.1113 | 0.1166 | 0.1201 |
| Finland | 0.0734 | 0.0722 | 0.0707 | 0.0706 | 0.0685 | 0.0694 | 0.0667 | 0.0676 | 0.0681 | 0.0707 |
| Sweden | 0.0708 | 0.0666 | 0.0622 | 0.0590 | 0.0616 | 0.0656 | 0.0648 | 0.0647 | 0.0684 | 0.0727 |
| United Kingdom | 0.1289 | 0.1338 | 0.1489 | 0.1520 | 0.1377 | 0.1278 | 0.1264 | 0.1246 | 0.1337 | 0.1423 |
| Iceland | : | : | : | : | 0.0736 | 0.0652 | 0.0795(p) | : | 0.0769(e) | : |
| Liechtenstein | 0.1384 | 0.1399 | 0.1631 | 0.1612 | 0.1463 | 0.1479 | 0.1296 | 0.0773 | | |
| Norway | 0.0798 | 0.0808 | 0.0770 | 0.0685 | 0.0744 | 0.0813 | 0.0711 | 0.0703 | 0.0778 | 0.0872 |
| Montenegro | 0.0761 | 0.0753 | 0.0766 | 0.0764 | 0.0794 | 0.0782 | 0.0775 | 0.0770 | 0.0810 | 0.0805 |
| North Macedonia | 0.0753 | 0.0784 | 0.0836 | 0.0811 | 0.0819 | 0.0521 | 0.0524 | 0.0561 | 0.0624 | 0.0675 |
| Serbia | 0.0514 | 0.0666 | 0.0598 | 0.0678 | 0.0670 | 0.0470 | 0.0639 | 0.0751 | 0.0704 | 0.0719 |
| Turkey | 0.0742 | 0.0807 | 0.0817 | 0.0702 | 0.0744 | 0.0725 | 0.0634 | 0.0601 | 0.0589 | 0.0621 |
| Bosnia and Herzegovina | 0.0652 | 0.0621 | 0.0625 | 0.0613 | 0.0612 | 0.0607 | 0.0594 | 0.0614 | 0.0661 | 0.0653 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0703 | 0.0793 | 0.0763 | 0.0809 | 0.0750 | 0.0771 | 0.0798 | 0.0758 | 0.0746 | 0.0733 |
| Moldova | : | : | 0.0707 | 0.0765 | 0.0827 | 0.0778 | 0.0828 | 0.0852 | 0.0880 | 0.0787 |
| Ukraine | : | : | : | : | : | : | : | : | 0.0595 | 0.0618 |
| Georgia | : | : | : | : | : | : | : | : | 0.0489 | 0.0564 |

Available flags:

| | | |
|---|---|---|
| **b** break in time series | **c** confidential | **d** definition differs, see metadata |
| **e** estimated | **f** forecast | **n** not significant |
| **p** provisional | **r** revised | **s** Eurostat estimate |
| **u** low reliability | **z** not applicable | |

Special value:
**:** not available

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding VAT and other recoverable taxes and levies  **CURRENCY:** Purchasing Power Standard

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| European Union - 28 countries | 0.1225 | 0.1199 | 0.1206 | 0.1183 | 0.1159 | 0.1133 | 0.1140 | : | : | : |
| European Union - 27 countries (2007-2013) | 0.1224 | 0.1198 | 0.1205 | 0.1183 | 0.1159 | 0.1133 | 0.1139 | : | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.1279 | 0.1242 | 0.1256 | 0.1224 | 0.1188 | 0.1167 | 0.1177 | : | : | : |
| Belgium | 0.0986 | 0.0979 | 0.0991 | 0.0979 | 0.1030 | 0.1083 | 0.1011 | 0.0996 | 0.0982 | 0.1034 |
| Bulgaria | 0.1583 | 0.1606 | 0.1468 | 0.1693 | 0.2174 | 0.1701 | 0.1606 | 0.1639 | 0.1680 | 0.1755 |
| Czechia | 0.1289 | 0.1282 | 0.1202 | 0.1215 | 0.1142 | 0.1153 | 0.1047 | 0.1040 | 0.1038 | 0.1032 |
| Denmark | 0.0697 | 0.0719 | 0.0691 | 0.0691 | 0.0707 | 0.0697 | 0.0632 | 0.0632 | 0.0604 | 0.0590 |
| Germany (until 1990 former territory of the FRG) | 0.1522 | 0.1459 | 0.1448 | 0.1432 | 0.1459 | 0.1440 | 0.1428 | 0.1428 | 0.1399 | 0.1415 |
| Estonia | 0.1227 | 0.1247 | 0.1191 | 0.1321 | 0.1205 | 0.1258 | 0.1176 | 0.1155 | 0.1142 | 0.1220 |
| Ireland | 0.1226 | 0.1219 | 0.1273 | 0.1218 | 0.1195 | 0.1155 | 0.1119 | 0.1110 | 0.1181 | 0.1206 |
| Greece | 0.1611 | 0.1566 | 0.1558 | 0.1438 | 0.1421 | 0.1351 | 0.1284 | 0.1450 | 0.1262 | 0.1276 |
| Spain | 0.1393 | 0.1305 | 0.1311 | 0.1266 | 0.1248 | 0.1151 | 0.1175 | 0.1146 | 0.1171 | 0.1215 |
| France | 0.0896 | 0.0856 | 0.0959 | 0.0888 | 0.0876 | 0.0822 | 0.0893 | 0.0840 | 0.0896 | 0.0812 |
| Croatia | 0.1507 | 0.1451 | 0.1451 | 0.1465 | 0.1440 | 0.1391 | 0.1360 | 0.1435 | 0.1539 | 0.1568 |
| Italy | 0.1714 | 0.1729 | 0.1602 | 0.1587 | 0.1555 | 0.1585 | 0.1494 | 0.1476 | 0.1439 | 0.1450 |
| Cyprus | 0.1989 | 0.2165 | 0.1585 | 0.1550 | 0.1186 | 0.1464 | 0.1592 | 0.1575 | 0.1575 | 0.2030 |
| Latvia | 0.1707 | 0.1725 | 0.1718 | 0.1753 | 0.1750 | 0.1812 | 0.1745 | 0.1681 | 0.1507 | 0.1519 |
| Lithuania | 0.1905 | 0.1909 | 0.1606 | 0.1653 | 0.1554 | 0.1481 | 0.1359 | 0.1345 | 0.1322 | 0.1418 |
| Luxembourg | 0.0845 | 0.0828 | 0.0778 | 0.0744 | 0.0741 | 0.0726 | 0.0650 | 0.0664 | 0.0680 | 0.0691 |
| Hungary | 0.1605 | 0.1596 | 0.1525 | 0.1554 | 0.1433 | 0.1410 | 0.1301(e) | 0.1310 | 0.1382 | 0.1393 |
| Malta | 0.2208 | 0.2221 | 0.1994 | 0.1752 | 0.1773 | 0.1743 | 0.1625 | 0.1640 | 0.1619 | 0.1631 |
| Netherlands | 0.0853 | 0.0811 | 0.0831 | 0.0780 | 0.0790 | 0.0746 | 0.0747 | 0.0682 | 0.0770 | 0.0722 |
| Austria | 0.0985 | 0.0955 | 0.0940 | 0.0964 | 0.0961 | 0.0941 | 0.0853 | 0.0917 | 0.0905 | 0.0918 |
| Poland | 0.1423 | 0.1443 | 0.1508 | 0.1512 | 0.1492 | 0.1504 | 0.1522 | 0.1507 | 0.1496 | 0.1539 |
| Portugal | 0.1494 | 0.1526 | 0.1465 | 0.1481 | 0.1445 | 0.1448 | 0.1432 | 0.1441 | 0.1379 | 0.1437 |
| Romania | 0.1713 | 0.1563 | 0.1616 | 0.1616 | 0.1551 | 0.1587 | 0.1554 | 0.1552 | 0.1659 | 0.1728 |
| Slovenia | 0.1083 | 0.1060 | 0.1035 | 0.1088 | 0.1076 | 0.1062 | 0.0979 | 0.0950 | 0.1042 | 0.1049 |
| Slovakia | 0.1729 | 0.1762 | 0.1690 | 0.1727 | 0.1670 | 0.1711 | 0.1677 | 0.1638 | 0.1716 | 0.1768 |
| Finland | 0.0590 | 0.0581 | 0.0568 | 0.0569 | 0.0561 | 0.0573 | 0.0539 | 0.0544 | 0.0548 | 0.0569 |
| Sweden | 0.0535 | 0.0519 | 0.0491 | 0.0461 | 0.0478 | 0.0529 | 0.0506 | 0.0507 | 0.0555 | 0.0603 |
| United Kingdom | 0.1129 | 0.1129 | 0.1182 | 0.1186 | 0.1162 | 0.1191 | 0.1141 | 0.1166 | 0.1199 | 0.1291 |
| Iceland | : | : | : | : | 0.0554 | 0.0440 | 0.0483(p) | : | 0.0491(e) | : |
| Liechtenstein | : | : | : | : | : | : | : | : | : | : |
| Norway | 0.0528 | 0.0544 | 0.0532 | 0.0504 | 0.0545 | 0.0574 | 0.0476 | 0.0484 | 0.0534 | 0.0599 |
| Montenegro | 0.1482 | 0.1466 | 0.1587 | 0.1583 | 0.1620 | 0.1620 | 0.1583 | 0.1573 | 0.1624 | 0.1614 |
| North Macedonia | 0.1820 | 0.1892 | 0.2045 | 0.1985 | 0.1987 | 0.1249 | 0.1215 | 0.1300 | 0.1420 | 0.1533 |
| Serbia | 0.1045 | 0.1391 | 0.1273 | 0.1519 | 0.1512 | 0.1071 | 0.1401 | 0.1586 | 0.1439 | 0.1467 |
| Turkey | 0.1388 | 0.1448 | 0.1474 | 0.1429 | 0.1459 | 0.1495 | 0.1360 | 0.1465 | 0.1463 | 0.2004 |
| Bosnia and Herzegovina | 0.1351 | 0.1288 | 0.1294 | 0.1301 | 0.1295 | 0.1284 | 0.1228 | 0.1251 | 0.1346 | 0.1331 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | : | : | : | : | : | : | : | : | : | : |
| Moldova | : | : | : | : | : | : | : | : | : | : |
| Ukraine | : | : | : | : | : | : | : | : | : | : |
| Georgia | : | : | : | : | : | : | : | : | : | : |

Available flags:

| | | | | Special value: |
|---|---|---|---|---|
| **b** break in time series | **c** confidential | **d** definition differs, see metadata | | **:** not available |
| **e** estimated | **f** forecast | **n** not significant | | |
| **p** provisional | **r** revised | **s** Eurostat estimate | | |
| **u** low reliability | **z** not applicable | | | |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** Excluding VAT and other recoverable taxes and levies  **CURRENCY:**
National currency (former currencies of the euro area countries)

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | |
| European Union - 28 countries | 0.1225 | 0.1199 | 0.1206 | 0.1183 | 0.1159 | 0.1133 | 0.1140 | : | : |
| European Union - 27 countries (2007-2013) | 0.1226 | 0.1200 | 0.1207 | 0.1185 | 0.1161 | 0.1135 | 0.1141 | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.1309 | 0.1271 | 0.1262 | 0.1230 | 0.1219 | 0.1197 | 0.1208 | : | : |
| Belgium | 0.1094 | 0.1086 | 0.1100 | 0.1081 | 0.1115 | 0.1158 | 0.1104 | 0.1087 | 0.1085 |
| Bulgaria | 0.1460 | 0.1481 | 0.1354 | 0.1530 | 0.1960 | 0.1542 | 0.1492 | 0.1545 | 0.1584 |
| Czechia | 2.2759 | 2.2621 | 2.1223 | 2.1194 | 1.9751 | 1.9775 | 1.8411 | 1.8369 | 1.8700 |
| Denmark | 0.7007 | 0.7236 | 0.6704 | 0.6704 | 0.7062 | 0.6964 | 0.6285 | 0.6292 | 0.6013 |
| Germany (until 1990 former territory of the FRG) | 0.1586 | 0.1520 | 0.1509 | 0.1493 | 0.1505 | 0.1492 | 0.1519 | 0.1514 | 0.1499 |
| Estonia | 0.0916 | 0.0931 | 0.0889 | 0.0958 | 0.0878 | 0.0896 | 0.0870 | 0.0846 | 0.0865 |
| Ireland | 0.1365 | 0.1357 | 0.1417 | 0.1357 | 0.1327 | 0.1245 | 0.1237 | 0.1241 | 0.1321 |
| Greece | 0.1336 | 0.1298 | 0.1292 | 0.1150 | 0.1173 | 0.1115 | 0.1073 | 0.1190 | 0.1038 |
| Spain | 0.1246 | 0.1167 | 0.1173 | 0.1133 | 0.1105 | 0.1029 | 0.1061 | 0.1032 | 0.1059 |
| France | 0.0986 | 0.0938 | 0.1027 | 0.0951 | 0.0962 | 0.0903 | 0.0978 | 0.0920 | 0.0982 |
| Croatia | 0.7289 | 0.7020 | 0.7017 | 0.7050 | 0.6830 | 0.6584 | 0.6508 | 0.6882 | 0.7375 |
| Italy | 0.1720 | 0.1735 | 0.1608 | 0.1597 | 0.1526 | 0.1556 | 0.1477 | 0.1449 | 0.1423 |
| Cyprus | 0.1748 | 0.1903 | 0.1393 | 0.1412 | 0.1048 | 0.1295 | 0.1414 | 0.1392 | 0.1405 |
| Latvia | 0.1171 | 0.1183 | 0.1178 | 0.1183 | 0.1165 | 0.1201 | 0.1179 | 0.1159 | 0.1039 |
| Lithuania | 0.4033 | 0.4042 | 0.0989 | 0.0997 | 0.0940 | 0.0882 | 0.0837 | 0.0825 | 0.0838 |
| Luxembourg | 0.1007 | 0.0987 | 0.0928 | 0.0893 | 0.0873 | 0.0858 | 0.0780 | 0.0803 | 0.0833 |
| Hungary | 28.0438 | 27.8983 | 26.6610 | 27.1756 | 25.1702 | 24.6776 | 23.8927(e) | 24.0645 | 26.3926 |
| Malta | 0.1770 | 0.1780 | 0.1599 | 0.1405 | 0.1422 | 0.1399 | 0.1351 | 0.1364 | 0.1346 |
| Netherlands | 0.0934 | 0.0888 | 0.0902 | 0.0846 | 0.0857 | 0.0805 | 0.0822 | 0.0764 | 0.0863 |
| Austria | 0.1089 | 0.1055 | 0.1039 | 0.1047 | 0.1026 | 0.1004 | 0.0930 | 0.0997 | 0.0997 |
| Poland | 0.3445 | 0.3494 | 0.3651 | 0.3637 | 0.3528 | 0.3553 | 0.3697 | 0.3660 | 0.3699 |
| Portugal | 0.1162 | 0.1187 | 0.1140 | 0.1154 | 0.1125 | 0.1132 | 0.1145 | 0.1147 | 0.1123 |
| Romania | 0.3913 | 0.3571 | 0.3692 | 0.3562 | 0.3417 | 0.3460 | 0.3488 | 0.3618 | 0.3869 |
| Slovenia | 0.0866 | 0.0847 | 0.0827 | 0.0870 | 0.0847 | 0.0832 | 0.0784 | 0.0784 | 0.0860 |
| Slovakia | 0.1152 | 0.1174 | 0.1126 | 0.1122 | 0.1092 | 0.1112 | 0.1118 | 0.1113 | 0.1166 |
| Finland | 0.0734 | 0.0722 | 0.0707 | 0.0706 | 0.0685 | 0.0694 | 0.0667 | 0.0676 | 0.0681 |
| Sweden | 0.6337 | 0.6154 | 0.5813 | 0.5527 | 0.5730 | 0.6317 | 0.6219 | 0.6258 | 0.6940 |
| United Kingdom | 0.1059 | 0.1059 | 0.1090 | 0.1094 | 0.1072 | 0.1098 | 0.1088 | 0.1112 | 0.1176 |
| Iceland | : | : | : | : | 10.3394 | 8.2761 | 9.3074(p) | : | 9.4977(e) |
| Liechtenstein | 0.1690 | 0.1690 | 0.1723 | 0.1739 | 0.1604 | 0.1604 | 0.1395 | 0.0886 | : |
| Norway | 0.6608 | 0.6812 | 0.6655 | 0.6329 | 0.7008 | 0.7451 | 0.6526 | 0.6664 | 0.7467 |
| Montenegro | 0.0761 | 0.0753 | 0.0766 | 0.0764 | 0.0794 | 0.0782 | 0.0775 | 0.0770 | 0.0810 |
| North Macedonia | 4.6451 | 4.8277 | 5.1489 | 4.9977 | 5.0528 | 3.2056 | 3.2255 | 3.4505 | 3.8414 |
| Serbia | 5.9437 | 7.9148 | 7.2409 | 8.1692 | 8.2355 | 5.7998 | 7.8812 | 8.9635 | 8.3326 |
| Turkey | 0.2202 | 0.2298 | 0.2339 | 0.2234 | 0.2424 | 0.2486 | 0.2498 | 0.2587 | 0.2918 |
| Bosnia and Herzegovina | 0.1277 | 0.1217 | 0.1223 | 0.1199 | 0.1197 | 0.1188 | 0.1162 | 0.1201 | 0.1292 |

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | |
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0703 | 0.0793 | 0.0763 | 0.0809 | 0.0750 | 0.0771 | 0.0798 | 0.0758 | 0.0746 |
| Moldova | : | : | 1.4266 | 1.6513 | 1.8400 | 1.7009 | 1.7329 | 1.7672 | 1.7788 |
| Ukraine | : | : | : | : | : | : | : | : | 1.9300 |
| Georgia | : | : | : | : | : | : | : | : | 0.1459 |

| TIME | 2018S2 |
|---|---|
| **GEO** | |
| European Union - 28 countries | : |
| European Union - 27 countries (2007-2013) | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | : |
| Belgium | 0.1142 |
| Bulgaria | 0.1654 |
| Czechia | 1.8589 |
| Denmark | 0.5876 |
| Germany (until 1990 former territory of the FRG) | 0.1516 |
| Estonia | 0.0924 |
| Ireland | 0.1349 |
| Greece | 0.1050 |
| Spain | 0.1098 |
| France | 0.0889 |
| Croatia | 0.7514 |
| Italy | 0.1434 |
| Cyprus | 0.1811 |
| Latvia | 0.1047 |
| Lithuania | 0.0899 |
| Luxembourg | 0.0846 |
| Hungary | 26.5926 |
| Malta | 0.1356 |
| Netherlands | 0.0809 |
| Austria | 0.1011 |
| Poland | 0.3804 |
| Portugal | 0.1170 |
| Romania | 0.4028 |
| Slovenia | 0.0866 |
| Slovakia | 0.1201 |
| Finland | 0.0707 |
| Sweden | 0.7539 |
| United Kingdom | 0.1266 |
| Iceland | : |
| Liechtenstein | : |
| Norway | 0.8374 |
| Montenegro | 0.0805 |
| North Macedonia | 4.1493 |
| Serbia | 8.5004 |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

| TIME | 2018S2 |
|---|---|
| **GEO** | |
| **Turkey** | 0.3998 |
| **Bosnia and Herzegovina** | 0.1278 |
| **Kosovo (under United Nations Security Council Resolution 1244/99)** | 0.0733 |
| **Moldova** | 1.5316 |
| **Ukraine** | 1.9693 |
| **Georgia** | 0.1691 |

Available flags:                                                            Special value:

**b** break in time series        **c** confidential              **d** definition differs, see metadata     **:** not available
**e** estimated                   **f** forecast                 **n** not significant
**p** provisional                 **r** revised                  **s** Eurostat estimate
**u** low reliability             **z** not applicable

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** All taxes and levies included  **CURRENCY:** Euro

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| **European Union - 28 countries** | 0.1511 | 0.1484 | 0.1490 | 0.1463 | 0.1432 | 0.1401 | 0.1405 | 0.1386 | 0.1411 | 0.1422 |
| **European Union - 27 countries (2007-2013)** | 0.1516 | 0.1488 | 0.1495 | 0.1468 | 0.1439 | 0.1407 | 0.1417 | : | : | : |
| **Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19)** | 0.1604 | 0.1562 | 0.1549 | 0.1511 | 0.1497 | 0.1470 | 0.1481 | 0.1455 | 0.1468 | 0.1464 |
| **Belgium** | 0.1283 | 0.1309 | 0.1301 | 0.1297 | 0.1349 | 0.1398 | 0.1336 | 0.1314 | 0.1313 | 0.1381 |
| **Bulgaria** | 0.0896 | 0.0909 | 0.0831 | 0.0939 | 0.1202 | 0.0946 | 0.0915 | 0.0947 | 0.0972 | 0.1015 |
| **Czechia** | 0.1003 | 0.0991 | 0.0934 | 0.0947 | 0.0884 | 0.0885 | 0.0832 | 0.0859 | 0.0887 | 0.0872 |
| **Denmark** | 0.2562 | 0.2606 | 0.2589 | 0.2587 | 0.2664 | 0.2651 | 0.2579 | 0.2579 | 0.2537 | 0.2510 |
| **Germany (until 1990 former territory of the FRG)** | 0.2071 | 0.1992 | 0.1979 | 0.1960 | 0.1974 | 0.1958 | 0.1991 | 0.1985 | 0.1967 | 0.1987 |
| **Estonia** | 0.1100 | 0.1117 | 0.1066 | 0.1117 | 0.1054 | 0.1075 | 0.1044 | 0.1015 | 0.1038 | 0.1109 |
| **Ireland** | 0.1541 | 0.1532 | 0.1601 | 0.1531 | 0.1498 | 0.1404 | 0.1392 | 0.1399 | 0.1491 | 0.1518 |
| **Greece** | 0.1510 | 0.1467 | 0.1460 | 0.1299 | 0.1326 | 0.1260 | 0.1215 | 0.1315 | 0.1169 | 0.1184 |
| **Spain** | 0.1507 | 0.1412 | 0.1420 | 0.1371 | 0.1337 | 0.1245 | 0.1284 | 0.1249 | 0.1282 | 0.1329 |
| **France** | 0.1183 | 0.1126 | 0.1232 | 0.1141 | 0.1145 | 0.1075 | 0.1180 | 0.1102 | 0.1174 | 0.1053 |
| **Croatia** | 0.1195 | 0.1148 | 0.1150 | 0.1159 | 0.1129 | 0.1096 | 0.0987 | 0.1040 | 0.1124 | 0.1144 |
| **Italy** | 0.2000 | 0.2033 | 0.1873 | 0.1855 | 0.1771 | 0.1807 | 0.1712 | 0.1675 | 0.1642 | 0.1662 |
| **Cyprus** | 0.2070 | 0.2256 | 0.1648 | 0.1668 | 0.1238 | 0.1532 | 0.1664 | 0.1637 | 0.1653 | 0.2137 |
| **Latvia** | 0.1417 | 0.1374 | 0.1425 | 0.1432 | 0.1410 | 0.1453 | 0.1427 | 0.1402 | 0.1257 | 0.1267 |
| **Lithuania** | 0.1414 | 0.1417 | 0.1198 | 0.1205 | 0.1136 | 0.1069 | 0.1024 | 0.1000 | 0.1014 | 0.1089 |
| **Luxembourg** | 0.1067 | 0.1046 | 0.1003 | 0.0965 | 0.0943 | 0.0926 | 0.0849 | 0.0873 | 0.0905 | 0.0914 |
| **Hungary** | 0.1142 | 0.1123 | 0.1080 | 0.1084 | 0.1004 | 0.0992 | 0.0947(e) | 0.0957 | 0.1042 | 0.1023 |
| **Malta** | 0.1856 | 0.1870 | 0.1679 | 0.1475 | 0.1493 | 0.1469 | 0.1419 | 0.1432 | 0.1413 | 0.1424 |
| **Netherlands** | 0.1131 | 0.1075 | 0.1091 | 0.1024 | 0.1037 | 0.0974 | 0.0995 | 0.0925 | 0.1044 | 0.0978 |
| **Austria** | 0.1307 | 0.1266 | 0.1247 | 0.1260 | 0.1264 | 0.1229 | 0.1116 | 0.1196 | 0.1196 | 0.1214 |
| **Poland** | 0.1015 | 0.1025 | 0.1085 | 0.1059 | 0.0993 | 0.1003 | 0.1065 | 0.1061 | 0.1078 | 0.1088 |
| **Portugal** | 0.1427 | 0.1460 | 0.1402 | 0.1420 | 0.1384 | 0.1392 | 0.1408 | 0.1411 | 0.1381 | 0.1440 |
| **Romania** | 0.1087 | 0.1001 | 0.1029 | 0.0989 | 0.0913 | 0.0926 | 0.0915 | 0.0936 | 0.0989 | 0.1030 |
| **Slovenia** | 0.1056 | 0.1033 | 0.1009 | 0.1061 | 0.1033 | 0.1015 | 0.0957 | 0.0956 | 0.1050 | 0.1057 |
| **Slovakia** | 0.1382 | 0.1409 | 0.1351 | 0.1346 | 0.1310 | 0.1334 | 0.1342 | 0.1336 | 0.1399 | 0.1441 |
| **Finland** | 0.0910 | 0.0895 | 0.0877 | 0.0875 | 0.0849 | 0.0861 | 0.0827 | 0.0838 | 0.0844 | 0.0876 |
| **Sweden** | 0.0885 | 0.0833 | 0.0778 | 0.0738 | 0.0770 | 0.0820 | 0.0810 | 0.0808 | 0.0855 | 0.0909 |
| **United Kingdom** | 0.1548 | 0.1606 | 0.1788 | 0.1823 | 0.1653 | 0.1534 | 0.1508 | 0.1487 | 0.1596 | 0.1699 |
| Iceland | : | : | : | : | 0.0912 | 0.0740 | 0.0980(p) | : | 0.0861(e) | : |
| **Liechtenstein** | 0.1494 | 0.1511 | 0.1760 | 0.1741 | 0.1580 | 0.1597 | 0.1399 | 0.0835 | : | : |
| **Norway** | 0.0998 | 0.1010 | 0.0962 | 0.0856 | 0.0930 | 0.1017 | 0.0888 | 0.0879 | 0.0973 | 0.1090 |
| **Montenegro** | 0.0907 | 0.0900 | 0.0913 | 0.0909 | 0.0945 | 0.0930 | 0.0917 | 0.0912 | 0.0976 | 0.0970 |
| **North Macedonia** | 0.0889 | 0.0925 | 0.0986 | 0.0957 | 0.0967 | 0.0615 | 0.0618 | 0.0662 | 0.0737 | 0.0796 |
| **Serbia** | 0.0617 | 0.0799 | 0.0718 | 0.0813 | 0.0804 | 0.0565 | 0.0767 | 0.0901 | 0.0845 | 0.0863 |
| **Turkey** | 0.0876 | 0.0952 | 0.0964 | 0.0829 | 0.0878 | 0.0856 | 0.0748 | 0.0709 | 0.0695 | 0.0733 |
| **Bosnia and Herzegovina** | 0.0762 | 0.0726 | 0.0732 | 0.0717 | 0.0716 | 0.0711 | 0.0695 | 0.0718 | 0.0773 | 0.0764 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0816 | 0.0920 | 0.0885 | 0.0917 | 0.0810 | 0.0832 | 0.0862 | 0.0818 | 0.0806 | 0.0791 |
| Moldova | : | : | 0.0842 | 0.0915 | 0.0859 | 0.0932 | 0.0991 | 0.1019 | 0.1054 | 0.0966 |
| Ukraine | : | : | : | : | : | : | : | : | 0.0715 | 0.0742 |
| Georgia | : | : | : | : | : | : | : | : | 0.0577 | 0.0666 |

Available flags:

| | | |
|---|---|---|
| **b** break in time series | **c** confidential | **d** definition differs, see metadata |
| **e** estimated | **f** forecast | **n** not significant |
| **p** provisional | **r** revised | **s** Eurostat estimate |
| **u** low reliability | **z** not applicable | |

Special value:
**:** not available

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** All taxes and levies included  **CURRENCY:** Purchasing Power Standard

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | | |
| European Union - 28 countries | 0.1514 | 0.1487 | 0.1493 | 0.1466 | 0.1437 | 0.1406 | 0.1415 | : | : | : |
| European Union - 27 countries (2007-2013) | 0.1513 | 0.1485 | 0.1492 | 0.1465 | 0.1436 | 0.1405 | 0.1414 | : | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.1569 | 0.1528 | 0.1544 | 0.1505 | 0.1461 | 0.1436 | 0.1451 | : | : | : |
| Belgium | 0.1156 | 0.1179 | 0.1172 | 0.1175 | 0.1247 | 0.1308 | 0.1224 | 0.1203 | 0.1188 | 0.1250 |
| Bulgaria | 0.1900 | 0.1927 | 0.1762 | 0.2031 | 0.2607 | 0.2041 | 0.1927 | 0.1966 | 0.2017 | 0.2106 |
| Czechia | 0.1560 | 0.1551 | 0.1455 | 0.1470 | 0.1382 | 0.1396 | 0.1267 | 0.1258 | 0.1256 | 0.1248 |
| Denmark | 0.1901 | 0.1930 | 0.1989 | 0.1989 | 0.1985 | 0.1973 | 0.1928 | 0.1928 | 0.1898 | 0.1881 |
| Germany (until 1990 former territory of the FRG) | 0.1988 | 0.1912 | 0.1899 | 0.1879 | 0.1913 | 0.1890 | 0.1872 | 0.1873 | 0.1836 | 0.1855 |
| Estonia | 0.1473 | 0.1496 | 0.1428 | 0.1540 | 0.1447 | 0.1509 | 0.1411 | 0.1386 | 0.1371 | 0.1464 |
| Ireland | 0.1385 | 0.1376 | 0.1438 | 0.1374 | 0.1349 | 0.1302 | 0.1259 | 0.1251 | 0.1333 | 0.1358 |
| Greece | 0.1821 | 0.1769 | 0.1761 | 0.1624 | 0.1607 | 0.1527 | 0.1454 | 0.1602 | 0.1421 | 0.1439 |
| Spain | 0.1685 | 0.1579 | 0.1588 | 0.1531 | 0.1510 | 0.1392 | 0.1422 | 0.1387 | 0.1418 | 0.1470 |
| France | 0.1075 | 0.1027 | 0.1150 | 0.1065 | 0.1042 | 0.0979 | 0.1078 | 0.1006 | 0.1072 | 0.0961 |
| Croatia | 0.1884 | 0.1814 | 0.1813 | 0.1831 | 0.1799 | 0.1738 | 0.1537 | 0.1621 | 0.1739 | 0.1772 |
| Italy | 0.1993 | 0.2025 | 0.1866 | 0.1844 | 0.1804 | 0.1841 | 0.1732 | 0.1706 | 0.1661 | 0.1681 |
| Cyprus | 0.2355 | 0.2566 | 0.1875 | 0.1831 | 0.1401 | 0.1732 | 0.1874 | 0.1852 | 0.1853 | 0.2395 |
| Latvia | 0.2066 | 0.2003 | 0.2078 | 0.2122 | 0.2118 | 0.2192 | 0.2113 | 0.2034 | 0.1823 | 0.1838 |
| Lithuania | 0.2305 | 0.2310 | 0.1945 | 0.1997 | 0.1879 | 0.1795 | 0.1663 | 0.1630 | 0.1599 | 0.1717 |
| Luxembourg | 0.0895 | 0.0877 | 0.0841 | 0.0804 | 0.0801 | 0.0784 | 0.0707 | 0.0722 | 0.0739 | 0.0747 |
| Hungary | 0.2006 | 0.1995 | 0.1900 | 0.1936 | 0.1788 | 0.1759 | 0.1595(e) | 0.1610 | 0.1714 | 0.1734 |
| Malta | 0.2315 | 0.2333 | 0.2094 | 0.1839 | 0.1862 | 0.1830 | 0.1706 | 0.1722 | 0.1699 | 0.1713 |
| Netherlands | 0.1033 | 0.0982 | 0.1006 | 0.0944 | 0.0956 | 0.0902 | 0.0905 | 0.0825 | 0.0932 | 0.0873 |
| Austria | 0.1183 | 0.1145 | 0.1128 | 0.1160 | 0.1184 | 0.1152 | 0.1024 | 0.1100 | 0.1086 | 0.1103 |
| Poland | 0.1750 | 0.1775 | 0.1855 | 0.1860 | 0.1835 | 0.1850 | 0.1872 | 0.1854 | 0.1840 | 0.1893 |
| Portugal | 0.1834 | 0.1877 | 0.1802 | 0.1822 | 0.1778 | 0.1780 | 0.1761 | 0.1772 | 0.1696 | 0.1769 |
| Romania | 0.2124 | 0.1938 | 0.2004 | 0.1994 | 0.1862 | 0.1906 | 0.1849 | 0.1847 | 0.1975 | 0.2056 |
| Slovenia | 0.1321 | 0.1292 | 0.1262 | 0.1327 | 0.1312 | 0.1296 | 0.1195 | 0.1158 | 0.1272 | 0.1280 |
| Slovakia | 0.2074 | 0.2115 | 0.2028 | 0.2071 | 0.2003 | 0.2053 | 0.2013 | 0.1967 | 0.2059 | 0.2121 |
| Finland | 0.0732 | 0.0720 | 0.0705 | 0.0705 | 0.0695 | 0.0711 | 0.0669 | 0.0674 | 0.0679 | 0.0705 |
| Sweden | 0.0669 | 0.0649 | 0.0613 | 0.0576 | 0.0598 | 0.0661 | 0.0633 | 0.0634 | 0.0693 | 0.0753 |
| United Kingdom | 0.1356 | 0.1356 | 0.1419 | 0.1423 | 0.1396 | 0.1429 | 0.1361 | 0.1392 | 0.1432 | 0.1541 |
| Iceland | : | : | : | : | 0.0687 | 0.0500 | 0.0595(p) | : | 0.0549(e) | : |
| Liechtenstein | : | : | : | : | : | : | : | : | : | : |
| Norway | 0.0660 | 0.0680 | 0.0664 | 0.0630 | 0.0681 | 0.0718 | 0.0595 | 0.0605 | 0.0668 | 0.0749 |
| Montenegro | 0.1766 | 0.1753 | 0.1892 | 0.1883 | 0.1928 | 0.1927 | 0.1873 | 0.1863 | 0.1957 | 0.1945 |
| North Macedonia | 0.2148 | 0.2232 | 0.2413 | 0.2342 | 0.2345 | 0.1474 | 0.1434 | 0.1534 | 0.1675 | 0.1809 |
| Serbia | 0.1254 | 0.1670 | 0.1527 | 0.1823 | 0.1814 | 0.1286 | 0.1681 | 0.1903 | 0.1726 | 0.1761 |
| Turkey | 0.1637 | 0.1708 | 0.1739 | 0.1687 | 0.1722 | 0.1764 | 0.1605 | 0.1729 | 0.1726 | 0.2365 |
| Bosnia and Herzegovina | 0.1581 | 0.1505 | 0.1514 | 0.1521 | 0.1516 | 0.1502 | 0.1438 | 0.1464 | 0.1575 | 0.1557 |

| TIME GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 | 2018S2 |
|---|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | : | : | : | : | : | : | : | : | : | : |
| Moldova | : | : | : | : | : | : | : | : | : | : |
| Ukraine | : | : | : | : | : | : | : | : | : | : |
| Georgia | : | : | : | : | : | : | : | : | : | : |

Available flags:

| | | | | |
|---|---|---|---|---|
| **b** break in time series | **c** confidential | **d** definition differs, see metadata | | Special value: |
| **e** estimated | **f** forecast | **n** not significant | | **:** not available |
| **p** provisional | **r** revised | **s** Eurostat estimate | | |
| **u** low reliability | **z** not applicable | | | |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**PRODUCT:** Electrical energy  **CONSOM:** Band IC : 500 MWh < Consumption < 2 000 MWh
**UNIT:** Kilowatt-hour  **TAX:** All taxes and levies included  **CURRENCY:** National currency (former currencies of the euro area countries)

| TIME | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| **GEO** | | | | | | | | | |
| European Union - 28 countries | 0.1514 | 0.1487 | 0.1493 | 0.1466 | 0.1437 | 0.1406 | 0.1415 | : | : |
| European Union - 27 countries (2007-2013) | 0.1516 | 0.1488 | 0.1495 | 0.1468 | 0.1439 | 0.1407 | 0.1417 | : | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | 0.1606 | 0.1564 | 0.1551 | 0.1512 | 0.1499 | 0.1473 | 0.1489 | : | : |
| Belgium | 0.1283 | 0.1309 | 0.1301 | 0.1297 | 0.1349 | 0.1398 | 0.1336 | 0.1314 | 0.1313 |
| Bulgaria | 0.1752 | 0.1777 | 0.1625 | 0.1836 | 0.2351 | 0.1850 | 0.1790 | 0.1853 | 0.1901 |
| Czechia | 2.7538 | 2.7371 | 2.5680 | 2.5645 | 2.3899 | 2.3928 | 2.2277 | 2.2226 | 2.2627 |
| Denmark | 1.9121 | 1.9408 | 1.9305 | 1.9305 | 1.9845 | 1.9725 | 1.9182 | 1.9190 | 1.8891 |
| Germany (until 1990 former territory of the FRG) | 0.2071 | 0.1992 | 0.1979 | 0.1960 | 0.1974 | 0.1958 | 0.1991 | 0.1985 | 0.1967 |
| Estonia | 0.1100 | 0.1117 | 0.1066 | 0.1117 | 0.1054 | 0.1075 | 0.1044 | 0.1015 | 0.1038 |
| Ireland | 0.1541 | 0.1532 | 0.1601 | 0.1531 | 0.1498 | 0.1404 | 0.1392 | 0.1399 | 0.1491 |
| Greece | 0.1510 | 0.1467 | 0.1460 | 0.1299 | 0.1326 | 0.1260 | 0.1215 | 0.1315 | 0.1169 |
| Spain | 0.1507 | 0.1412 | 0.1420 | 0.1371 | 0.1337 | 0.1245 | 0.1284 | 0.1249 | 0.1282 |
| France | 0.1183 | 0.1126 | 0.1232 | 0.1141 | 0.1145 | 0.1075 | 0.1180 | 0.1102 | 0.1174 |
| Croatia | 0.9112 | 0.8775 | 0.8771 | 0.8812 | 0.8538 | 0.8230 | 0.7354 | 0.7776 | 0.8334 |
| Italy | 0.2000 | 0.2033 | 0.1873 | 0.1855 | 0.1771 | 0.1807 | 0.1712 | 0.1675 | 0.1642 |
| Cyprus | 0.2070 | 0.2256 | 0.1648 | 0.1668 | 0.1238 | 0.1532 | 0.1664 | 0.1637 | 0.1653 |
| Latvia | 0.1417 | 0.1374 | 0.1425 | 0.1432 | 0.1410 | 0.1453 | 0.1427 | 0.1402 | 0.1257 |
| Lithuania | 0.4881 | 0.4891 | 0.1198 | 0.1205 | 0.1136 | 0.1069 | 0.1024 | 0.1000 | 0.1014 |
| Luxembourg | 0.1067 | 0.1046 | 0.1043 | 0.0965 | 0.0943 | 0.0926 | 0.0849 | 0.0873 | 0.0905 |
| Hungary | 35.0540 | 34.8693 | 33.2061 | 33.8596 | 31.4072 | 30.7816 | 29.3027(e) | 29.5620 | 32.7328 |
| Malta | 0.1856 | 0.1870 | 0.1679 | 0.1475 | 0.1493 | 0.1469 | 0.1419 | 0.1432 | 0.1413 |
| Netherlands | 0.1131 | 0.1075 | 0.1091 | 0.1024 | 0.1037 | 0.0974 | 0.0995 | 0.0925 | 0.1044 |
| Austria | 0.1307 | 0.1266 | 0.1247 | 0.1260 | 0.1264 | 0.1229 | 0.1116 | 0.1196 | 0.1196 |
| Poland | 0.4237 | 0.4298 | 0.4491 | 0.4474 | 0.4339 | 0.4370 | 0.4547 | 0.4502 | 0.4550 |
| Portugal | 0.1427 | 0.1460 | 0.1402 | 0.1420 | 0.1384 | 0.1392 | 0.1408 | 0.1411 | 0.1381 |
| Romania | 0.4852 | 0.4429 | 0.4578 | 0.4395 | 0.4103 | 0.4154 | 0.4150 | 0.4306 | 0.4604 |
| Slovenia | 0.1056 | 0.1033 | 0.1009 | 0.1061 | 0.1033 | 0.1015 | 0.0957 | 0.0956 | 0.1050 |
| Slovakia | 0.1382 | 0.1409 | 0.1351 | 0.1346 | 0.1310 | 0.1334 | 0.1342 | 0.1336 | 0.1399 |
| Finland | 0.0910 | 0.0895 | 0.0877 | 0.0875 | 0.0849 | 0.0861 | 0.0827 | 0.0838 | 0.0844 |
| Sweden | 0.7922 | 0.7693 | 0.7266 | 0.6908 | 0.7163 | 0.7896 | 0.7774 | 0.7822 | 0.8675 |
| United Kingdom | 0.1271 | 0.1271 | 0.1309 | 0.1312 | 0.1287 | 0.1318 | 0.1298 | 0.1327 | 0.1404 |
| Iceland | : | : | : | : | 12.8209 | 9.4003 | 11.4662(p) | : | 10.6384(e) |
| Liechtenstein | 0.1825 | 0.1825 | 0.1860 | 0.1878 | 0.1732 | 0.1732 | 0.1506 | 0.0957 | : |
| Norway | 0.8260 | 0.8515 | 0.8318 | 0.7911 | 0.8760 | 0.9314 | 0.8158 | 0.8330 | 0.9334 |
| Montenegro | 0.0907 | 0.0900 | 0.0913 | 0.0909 | 0.0945 | 0.0930 | 0.0917 | 0.0912 | 0.0976 |
| North Macedonia | 5.4812 | 5.6967 | 6.0758 | 5.8973 | 5.9623 | 3.7826 | 3.8061 | 4.0716 | 4.5329 |
| Serbia | 7.1325 | 9.4977 | 8.6890 | 9.8031 | 9.8826 | 6.9598 | 9.4575 | 10.7562 | 9.9991 |
| Turkey | 0.2598 | 0.2711 | 0.2760 | 0.2637 | 0.2860 | 0.2933 | 0.2948 | 0.3053 | 0.3443 |
| Bosnia and Herzegovina | 0.1494 | 0.1423 | 0.1431 | 0.1402 | 0.1401 | 0.1390 | 0.1360 | 0.1405 | 0.1512 |

| TIME / GEO | 2014S1 | 2014S2 | 2015S1 | 2015S2 | 2016S1 | 2016S2 | 2017S1 | 2017S2 | 2018S1 |
|---|---|---|---|---|---|---|---|---|---|
| Kosovo (under United Nations Security Council Resolution 1244/99) | 0.0816 | 0.0920 | 0.0885 | 0.0917 | 0.0810 | 0.0832 | 0.0862 | 0.0818 | 0.0806 |
| Moldova | : | : | 1.7006 | 1.9751 | 1.9100 | 2.0382 | 2.0729 | 2.1144 | 2.1318 |
| Ukraine | : | : | : | : | : | : | : | : | 2.3200 |
| Georgia | : | : | : | : | : | : | : | : | 0.1722 |

| TIME / GEO | 2018S2 |
|---|---|
| European Union - 28 countries | : |
| European Union - 27 countries (2007-2013) | : |
| Euro area (EA11-2000, EA12-2006, EA13-2007, EA15-2008, EA16-2010, EA17-2013, EA18-2014, EA19) | : |
| Belgium | 0.1381 |
| Bulgaria | 0.1985 |
| Czechia | 2.2493 |
| Denmark | 1.8721 |
| Germany (until 1990 former territory of the FRG) | 0.1987 |
| Estonia | 0.1109 |
| Ireland | 0.1518 |
| Greece | 0.1184 |
| Spain | 0.1329 |
| France | 0.1053 |
| Croatia | 0.8490 |
| Italy | 0.1662 |
| Cyprus | 0.2137 |
| Latvia | 0.1267 |
| Lithuania | 0.1089 |
| Luxembourg | 0.0914 |
| Hungary | 33.1140 |
| Malta | 0.1424 |
| Netherlands | 0.0978 |
| Austria | 0.1214 |
| Poland | 0.4679 |
| Portugal | 0.1440 |
| Romania | 0.4793 |
| Slovenia | 0.1057 |
| Slovakia | 0.1441 |
| Finland | 0.0876 |
| Sweden | 0.9424 |
| United Kingdom | 0.1511 |
| Iceland | : |
| Liechtenstein | : |
| Norway | 1.0468 |
| Montenegro | 0.0970 |
| North Macedonia | 4.8961 |
| Serbia | 10.2005 |

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

| TIME | 2018S2 |
|------|--------|
| **GEO** | |
| **Turkey** | 0.4718 |
| **Bosnia and Herzegovina** | 0.1495 |
| **Kosovo (under United Nations Security Council Resolution 1244/99)** | 0.0791 |
| **Moldova** | 1.8801 |
| **Ukraine** | 2.3631 |
| **Georgia** | 0.1996 |

Available flags:                                                              Special value:

**b** break in time series        **c** confidential              **d** definition differs, see metadata        **:** not available

**e** estimated                    **f** forecast                 **n** not significant

**p** provisional                  **r** revised                  **s** Eurostat estimate

**u** low reliability              **z** not applicable

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 18

PUBLIC VERSION - RANGED DATA

**Cost of goods manufactured statement**

Financial year: 2018
Period: Jan~Nov

| Total | | |
|---|---|---|
| **I. Raw material** | [ | ] |
| Beginning of period | [ | ] |
| Purchase during period | [ | ] |
| Purchase during period (tolling) | [ | ] |
| Transfer-in | [ | ] |
| Transfer-out | [ | ] |
| Transfer-out for sale | [ | ] |
| Ending balance of period | [ | ] |
| **II. Labor cost** | [ | ] |
| Salary | [ | ] |
| Bonus | [ | ] |
| Other allowance | [ | ] |
| Allowance for retirement benefits transfer | [ | ] |
| Miscellaneous allowances | [ | 7,000,000 ] |
| **III. Over-head cost** | [ | ] |
| Welfare | [ | ] |
| Traveling expenses | [ | ] |
| Communication | [ | ] |
| Supplies | [ | ] |
| Packing expenses | [ | 1,000,000,000 ] |
| Taxes and dues | [ | ] |
| Rental expense | [ | ] |
| Fee and other charge | [ | ] |
| Depreciation expense | [ | ] |
| Repair and maintenance expenses | [ | ] |
| Insurance | [ | ] |
| Freight | [ | ] ⬅ |
| Outside tolling expenses | [ | ] |
| Utility expense | [ | ] |
| Electricity | [ | ] |
| Books and printing expense | [ | ] |
| Training | [ | ] |
| Miscellaneous expense | [ | ] |
| **IV. Total manufacturing cost** | [ | ] ⬅ |
| **V. Beginng of work-in-process** | [ | ] |
| **VI. Total** | [ | ] |
| **VII. Ending of work-in-process** | [ | ] |
| **VIII. Transfer-in** | [ | ] |
| **VIX. Transfer-out** | [ | ] |
| **X. Total cost of finished goods manufactued** | [ | ] |

PUBLIC VERSION - RANGED DATA

Barcode:3877655-08 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

제조원가명세서



**PUBLIC VERSION - RANGED DATA**

Barcode:3877655-09 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

**Ratio of electricity expense to COM**

(Unit: Won)

|  | **2017.12~12** **(a)** | **2018.1~11** **(b)** | POR Total (=a+b) |
|---|---|---|---|
| Electricity | [ | 4,000,000,000 | ] |
| COM | [ 20,000,000,000 | | ] |
| | [ | | ] |

Barcode:3877655-09 A-580-876 REV - Admin Review 12/1/17 - 11/30/18

# EXHIBIT 19

Barcode:3545533-03 A-580-870 REV - Administrative Review

**UNITED STATES DEPARTMENT OF COMMERCE**
International Trade Administration
Washington, D.C. 20230

A-580-870
POR: 07/18/2014 - 08/31/2015
**PUBLIC VERSION**
AD/CVD Operations, Office VI: DS

February 21, 2017

MEMORANDUM TO:      Carole Showers
                    Executive Director
                     Office of Policy, Policy & Negotiations

FROM:               Gary Taverman
                    Associate Deputy Assistant Secretary
                     for Antidumping and Countervailing Duty Operations

SUBJECT:            2014-2015 Administrative Review of the Antidumping Duty Order
                    on Certain Oil Country Tubular Goods from the Republic of
                    Korea:  Memorandum on Particular Market Situation Allegations

**SUMMARY**

The Department of Commerce (the Department) is conducting an administrative review of the antidumping duty (AD) order on certain oil country tubular goods (OCTG) from the Republic of Korea (Korea) covering the period of review (POR) July 18, 2014 through August 31, 2015. During the course of this administrative review, petitioner Maverick Tube Corporation (Maverick) alleged that certain particular market situations exist.  We have considered the information contained in Maverick's allegations, along with comments submitted by interested parties after the *Preliminary Results*,[1] and have determined that there is insufficient evidence to show that the particular market situations alleged by Maverick exist in the instant POR.

**BACKGROUND**

On November 2, 2015, the Department initiated the AD administrative review of OCTG from Korea for the period July 18, 2014 through August 31, 2015.[2]  On November 25, 2015, Maverick

---

[1] *See Certain Oil Country Tubular Goods from the Republic of Korea:  Preliminary Results of Antidumping Duty Administrative Review; 2014–2015*, 81 FR 71074 (October 14, 2016) (*Preliminary Results*) and Memorandum from Christian Marsh, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, to Ronald K. Lorentzen, Acting Assistant Secretary for Enforcement and Compliance, "Decision Memorandum for the Preliminary Results of the Antidumping Duty Administrative Review:  Certain Oil Country Tubular Goods from the Republic of Korea," dated October 5, 2016 (Preliminary Decision Memorandum).
[2] *See Initiation of Antidumping and Countervailing Duty Administrative Reviews*, 80 FR 69193 (November 9, 2015) (*Initiation Notice*).

Barcode:3545533-03 A-580-870 REV - Admin Review 7/12/14 - 9/11/15

alleged that three particular market situations exist in Korea with respect to hot-rolled coil (HRC), the largest input used to produce OCTG, such that the Department must use an alternative calculation methodology in place of the reported production costs.[3]  Maverick made these allegations under section 504 of the Trade Preferences Extension Act of 2015 (TPEA), which added "particular market situations" to the list of sales outside the "ordinary course of trade" pursuant to section 771(15) of the Tariff Act of 1930, as amended (the Act).

Maverick first alleged that a subsidy finding in the countervailing duty (CVD) investigation on Korean hot-rolled steel flat products, which include HRC, would signify that the costs and prices of Korean HRC are distorted, and thus would preclude the Department from accurately calculating the cost of producing OCTG in the ordinary course of trade.[4]  Second, Maverick alleged that the Korean market has been flooded with imports of cheaper, unfairly-traded Chinese hot-rolled flat products over the last three years, placing further downward pressure on Korean domestic HRC prices and causing additional price distortions.[5]  Because the Korean subsidies and Chinese imports affect the whole Korean HRC industry, Maverick argued the Department should completely disregard the Korean HRC prices and choose a surrogate price which reflects the world market price of HRC.[6]  Third, Maverick alleged that the two major HRC suppliers in Korea, POSCO and Hyundai Steel,[7] charge favorable prices for HRC to select OCTG producers through "strategic alliances," while charging market prices to others.  Maverick argued that because sales to the different customer groups are made at radically different prices, sales of HRC to members of these strategic alliances do not reflect the true price of the input and are outside the ordinary course of trade.[8]  Maverick asserted the Department could utilize the prices POSCO and Hyundai Steel charged companies outside of their networks, and therefore it urged the Department to request certain data from the Korean HRC suppliers (*i.e.*, POSCO and Hyundai Steel) and OCTG producers.[9]

On February 3, 2016, Maverick also alleged that a particular market situation exists in Korea with respect to electricity.[10]  Maverick claimed that Korean electricity prices are highly distorted due to the Korean government's "pervasive intervention" in the production and distribution of electricity, and thus are countervailable subsidies.[11]  Maverick argued that because Korean steel producers are allegedly able to purchase electricity at below-market prices, and electricity

---

[3] *See* Letter from Maverick to the Department, "Certain Oil Country Tubular Goods from the Republic of Korea: Information and Comments Requiring Immediate Action," dated November 25, 2015 (November 25, 2015 HRC Allegations Letter), at 2-12.

[4] *Id.*, at 2-3.

[5] *Id.*, at 4.

[6] *Id.*

[7] On September 21, 2016, the Department published the final results of a changed circumstances review with respect to OCTG from Korea, finding that Hyundai Steel is the successor-in-interest to Hyundai HYSCO for purposes of determining antidumping duty cash deposits and liabilities.  *See Notice of Final Results of Antidumping Duty Changed Circumstances Review: Oil Country Tubular Goods from the Republic of Korea*, 81 FR 64873 (September 21, 2016).

[8] *Id.*, at 5-10.

[9] *Id.*, at 10-12.

[10] *See* Letter from Maverick to the Department, "Certain Oil Country Tubular Goods from the Republic of Korea: Particular Market Situation Allegation on Electricity," dated February 3, 2016 (February 3, 2016 Electricity Allegation Letter).

[11] *Id.*, at 2-4.

Filed By: Tyler Weinhold, Filed Date: 2/28/17 1:10 PM, Submission Status: Approved

Barcode:3645588-03 A-580-870 REV - Admin Review 7/12/14 - 6/31/15

accounts for over 10 percent of OCTG's cost of manufacture (COM), the Department should make an adjustment to cost of production (COP) under the new law to accurately value the COM of OCTG.[12]  Specifically, Maverick asserted the Department should make an adjustment using surrogate values, namely, Japanese electricity rates for industrial users.[13]

On September 6, 2016, Maverick filed information and comments regarding its previously submitted particular market situation allegations on HRC and electricity.[14]  In this submission, Maverick reiterated its allegations that four particular market situations exist in Korea. Regarding its allegation on Korean HRC subsidization, Maverick argued the Department's recent final determination in the CVD investigation on hot-rolled steel flat products signifies that Korean HRC costs and prices are distorted.[15]  With respect to its allegation on Chinese hot-rolled imports, Maverick asserted that POSCO itself has confirmed that Chinese hot-rolled products have been dumped aggressively into Korea at excessively below-cost prices.[16]  Concerning its allegation on strategic alliances, Maverick claimed that SeAH Steel Corporation (SeAH) and NEXTEEL Co., Ltd. (NEXTEEL) purchased approximately [  ] and [  ] percent, respectively, of their HRC from POSCO during the POR.[17]  Given POSCO's relationships with SeAH and NEXTEEL, Maverick argued that the Department should reject the HRC prices that POSCO charged SeAH and NEXTEEL.[18]  To correct the resulting distortions to HRC costs, Maverick asserted the Department should increase reported HRC costs by the subsidy rates determined in the CVD investigation on hot-rolled steel flat products from Korea (58.68 percent for HRC supplied by POSCO,[19] and 3.89 percent (the all-others rate) for HRC from suppliers other than POSCO).[20]  Regarding its allegation on Korean electricity subsidies, Maverick contended that the Department should disregard the respondents' reported electricity costs and instead utilize Japanese electricity rates as surrogates to value the electricity used to convert HRC into OCTG.[21]

On October 14, 2016, the Department published the *Preliminary Results* of the instant administrative review.[22]  In the *Preliminary Results*, we stated that we intended to further consider allegations of a particular market situation in this segment of the proceeding, and invited interested parties to submit comments and arguments, as well as rebuttal comments, on these allegations.[23]  On November 4, 2016, Maverick and SeAH submitted comments and

---

[12] *Id.*, at 4-6 and 12.

[13] *Id.*, at 25-28.

[14] *See* Letter from Maverick to the Department, "Certain Oil Country Tubular Goods from the Republic of Korea: Particular Market Situations and Other Factual Information Submission," dated September 6, 2016 (September 6, 2016 Allegations Letter).

[15] *Id.*, at 5-6 (citing *Countervailing Duty Investigation of Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Final Affirmative Determination*, 81 FR 53439 (August 12, 2016) (*CVD Final Determination on HR from Korea*)).

[16] *Id.*, at 9-10.

[17] *Id.*, at 12.

[18] *Id.*, at 12-17.

[19] The 58.68 percent rate for POSCO was determined in *Certain Hot-Rolled Steel Flat Products from Brazil and the Republic of Korea:  Amended Final Affirmative Countervailing Duty Determinations and Countervailing Duty Orders*, 81 FR 67960 (October 3, 2016) (*CVD Amended Final Determination and Order on HR from Korea*).

[20] *Id.*, at 25.

[21] *Id.*, at 25-26.

[22] *See Preliminary Results*, 81 FR at 71074.

[23] *Id.*, 81 FR at 71075.

Barcode:3645588-03 A-580-870 REV - Admin Review 7/12/14 - 6/13/15

arguments on the particular market situation allegations.[24]  On November 14, 2016, Maverick, SeAH, and NEXTEEL submitted rebuttal comments.[25]

## COMMENTS RECEIVED AFTER THE *PRELIMINARY RESULTS*

*Maverick's Comments:*

Referring to the four particular market situation allegations described in its November 25, 2015 HRC Allegations Letter, February 3, 2016 Electricity Allegation Letter, and September 6, 2016 Allegations Letter, Maverick contends that the Department should adjust for each particular market situation separately, and perhaps serially.[26]  Maverick argues that section 504 of the TPEA applies whenever reported costs do not reflect the COP in the ordinary course of trade, and provides the Department with the authority to apply an alternative calculation methodology.[27]  According to Maverick, the Statement of Administrative Action accompanying the Uruguay Round Agreements Act (SAA) suggests that a particular market situation exists when, for example, there are distortions due to set-up sales, government intervention in a market, or differing economic conditions between markets.[28]

Maverick then addresses each of the particular market situation allegations in turn, and proposes the remedies the Department should employ to correct the distortions caused by each situation.  For the first particular market situation allegation, Korean subsidization of HRC, Maverick maintains the Department found that Korean hot-rolled steel producers received countervailable subsidies in the recent CVD investigation on Korean hot-rolled steel flat products (including HRC), which thus distorts the COP of Korean OCTG manufacturers.[29]  Therefore, Maverick contends, the Department should increase the cost of HRC supplied by POSCO by 58.68 percent and the cost of HRC from other suppliers by 3.89 percent, *i.e.*, the subsidy rates determined in the above-noted CVD investigation.[30]

Next, Maverick addresses its allegation that a particular market situation exists with respect to Chinese HRC.  Maverick claims once again that the Korean market has been flooded with

---

[24] *See* Letter from Maverick to the Department, "Certain Oil Country Tubular Goods from the Republic of Korea: Comments and Arguments on Particular Market Situation Allegations," dated November 4, 2016 (Maverick's Comments) and Letter from SeAH to the Department, "Administrative Review of the Antidumping Order on Oil Country Tubular Goods from Korea for the –Comments on Wiley Rein's 'Particular Market Situation' Allegations," dated November 4, 2016 (SeAH's Comments), respectively.

[25] *See* Letter from Maverick to the Department, "Certain Oil Country Tubular Goods from the Republic of Korea: Rebuttal Comments in Response to Comments and Arguments on Particular Market Situation Allegations," dated November 14, 2016 (Maverick's Rebuttal Comments); Letter from SeAH to the Department, "Administrative Review of the Antidumping Order on Oil Country Tubular Goods from Korea for the –Comments on Wiley Rein's 'Particular Market Situation' Allegations," dated November 14, 2016 (SeAH's Rebuttal Comments); and Letter from NEXTEEL to the Department, "Oil Country Tubular Goods from the Republic of Korea:  NEXTEEL's Rebuttal Comments on Particular Market Situation Allegations," dated November 14, 2016 (NEXTEEL's Rebuttal Comments), respectively.

[26] *See* Maverick's Comments at 2 and 4.

[27] *Id.*, at 4-10.

[28] *Id.*, at 7 (citing the SAA at 822).

[29] *Id.*, at 10-11.

[30] *Id.*, at 12-14.

Filed By: Tyler Weinhold, Filed Date: 2/28/19 10:18 PM, Submission Status: Approved

Barcode:3545533-03 A-580-870 REV - Admin Review 7/12/14 - 6/31/15

below-cost, increasingly cheaper Chinese hot-rolled flat products over the last three years, which has caused Korean HRC prices to plummet.[31]  In particular, Maverick argues, Korean imports of Chinese non-stainless steel hot-rolled products rose from 1,862,976 metric tons (MT) in 2013 to 2,910,525 MT in 2015, while their price fell from $581 per MT to $421 per MT during that same period.[32]  To account for this distortion, Maverick asserts the Department should replace the prices of HRC purchased from Chinese and other suppliers with the highest available price for HRC purchased from a Korean supplier.[33]  Specifically, Maverick suggests that the Department replace [        ] HRC purchases [

                                                  ], and increase the price of [                          ] HRC purchases [
                                        ].[34]

Concerning its allegation that a particular market situation exists due to strategic alliances, Maverick argues that affiliation between companies is irrelevant and not required to find a particular market situation.[35]  Maverick disagrees with the Department's statement in the *Preliminary Results* that it did not provide evidence supporting its strategic alliances allegation. On the contrary, Maverick contends, it did place evidence from the investigation on the record of this review.  Specifically, Maverick refers to a sworn affidavit which confirms "[

                        ], and that POSCO [

                                                                  ]."[36]  Maverick claims that under section 504 of the TPEA, the Department has the authority to make adjustments for distortions that may not entail affiliations, but, rather, involve influential steel suppliers that create strategic alliances with downstream producers.[37]  To correct these distortions, Maverick urges the Department to increase the price of HRC purchased from POSCO by 18.5 percent, which represents the difference (from the original investigation) between the prices POSCO offered to NEXTEEL and SeAH versus the prices offered to POSCO's competitors.[38]

Regarding its allegation that the Korean government's subsidization of electricity constitutes a particular market situation, Maverick continues to assert that the Department should correct the resulting distortions by using Japanese electricity rates as surrogates to value the electricity used in converting HRC into OCTG.[39]

Finally, Maverick argues, if the Department does not make an adjustment under the particular market situation provision, "the Department should apply an extension of the arm's length test

---

[31] *Id.*, at 14-16.
[32] *Id.*, at 14 (citing November 25, 2015 HRC Allegations Letter at Attachment 27).
[33] *Id.*, at 16.
[34] *Id.*, at 16-17.
[35] *Id.*, at 17.
[36] *Id.*, at 18-19 (citing November 25, 2015 HRC Allegations Letter at Attachment 4).
[37] *Id.*, at 22-23.
[38] *Id.*, at 23-24 (citing Letter from Maverick to the Department, "Oil Country Tubular Goods from the Republic of Korea:  Submission of Factual Information" on SeAH, dated November 13, 2015, at Attachment 4, pages 7 and 19-20).
[39] *Id.*, at 24-28.

Filed By: Tyler Weinhold, Filed Date: 2/28/17 1:10 PM, Submission Status: Approved

Barcode:3845588-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

and major input rule" to NEXTEEL. Specifically, Maverick contends the Department should disregard POSCO's distorted HRC prices to NEXTEEL and adjust NEXTEEL's HRC costs by 58.68 percent (i.e., the subsidy rate determined for POSCO in the CVD investigation on Korean hot-rolled steel flat products).[40]

*SeAH's Comments:*

SeAH argues that Maverick's particular market situation allegations do not accord with any plausible reading of the relevant statutory provisions.[41] According to SeAH, section 504(a) of the TPEA did not modify the definition of "ordinary course of trade" in 771(15)(A) and (B) of the Act, which relate to disregarding below-cost sales and disregarding transactions between affiliates, respectively.[42] Instead, SeAH claims, section 504(a) of the TPEA amended the definition of "ordinary course of trade" to include "{s}ituations in which … the particular market situation prevents a proper comparison with the export price or constructed export price."[43]

SeAH asserts that section 504(c) of the TPEA amended the provisions in section 773(e) of the Tariff Act, such that the Department may adjust the costs used to compute constructed value (CV) only when, as a result of a particular market situation, the costs do not accurately reflect the COP in the ordinary course of trade.[44] SeAH contends that in cases when the Department is not calculating CV, or when the costs in a CV calculation accurately reflect the COP in the ordinary course of trade, the pre-existing statutory provisions govern the Department's calculations.[45] Thus, SeAH maintains, Maverick's allegations and proposed adjustments to SeAH's COP data go beyond the plain language and Congressional intent in enacting section 504 of the TPEA, and therefore should be rejected.[46]

Next, SeAH claims, when the Department finds that an input supplier received a subsidy, this does not automatically mean the supplier's customers paid prices for the inputs that were less than the COP of the input in the ordinary course of trade.[47] According to SeAH, a finding that an upstream subsidy affected the prices paid by downstream producers must be based on substantial record evidence concerning the effect of the subsidy, and Maverick has not provided any such evidence.[48]

SeAH asserts that, even if the alleged particular market situations regarding Korean HRC and electricity did exist, they would not be relevant to the comparison of SeAH's U.S. and Canadian sales.[49] Further, SeAH contends, Maverick has not provided any evidence regarding the prices that SeAH paid for HRC and electricity or what the COP of those inputs would be in the ordinary

---

[40] *Id.*, at 28-29.
[41] *See* SeAH's Comments at 1.
[42] *Id.*, at 2-3.
[43] *Id.*
[44] *Id.*, at 4-5.
[45] *Id.*, at 5-6.
[46] *Id.*, at 6.
[47] *Id.*, at 6-7 (citing 19 C.F.R. 351.503(b) and *Countervailing Duties; Final Rule,* 63 FR 65438, 65360 (November 25, 1998)).
[48] *Id.*, at 8.
[49] *Id.*

Barcode:3845533-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

course of trade.[50]  SeAH expresses disagreement with Maverick's depiction of the effect Chinese imports have had on the Korean market and the alleged strategic alliances, and contends that Maverick's reliance on the Department's prior subsidy determinations is likewise insufficient.[51] Regarding electricity, SeAH argues the Department has consistently found that the electricity prices paid by Korean steel producers reflected "adequate remuneration" and were not below market prices.[52]  With respect to the subsidy rate imposed on POSCO's HRC, SeAH contends the Department based this rate on adverse facts available (AFA) because of POSCO's alleged failure to respond fully to the Department's questionnaire, and not on a finding that POSCO charged below-cost prices to its customers.[53]  According to SeAH, the new statutory provisions governing particular market situations do not allow the Department to adjust CV profit for generalized distortions.[54]

Finally, referring to Maverick's proposed adjustments, SeAH argues that: any adjustments to reported input costs must result in costs that accurately reflect the input's COP; nothing in the statute implies that any adjustment be a replacement for an upstream subsidy finding or that input costs be brought to the level of market prices; and the Department has consistently found that Japanese electricity prices are not a suitable benchmark for Korean electricity.[55]

*Maverick's Rebuttal Comments*:

According to Maverick, SeAH overlooks the requirement of section 504 of the TPEA that the Department must adjust costs in order to correct distortions when those costs do not reflect the COP in the ordinary course of trade due to a particular market situation.[56]  Maverick also disagrees with SeAH's contention that cost distortions do not affect the comparison of SeAH's U.S. and Canadian sales.[57]  Regardless of whether the Department determines Canada is a viable market, Maverick contends the new statute requires the Department to first ascertain whether costs are outside the ordinary course of trade due to a particular market situation, and, if so, they cannot be used for normal value (NV).[58]  Also notwithstanding viability, Maverick claims the new statute also requires the Department to collect cost data immediately to conduct below-cost comparisons.[59]  Thus, Maverick argues, the Department must first establish whether costs are distorted due to a particular market situation before determining whether SeAH's Canadian sales pass the cost test.[60]  As a result, Maverick contends, if HRC costs are adjusted for distortions and no Canadian sales pass the cost test, NV must be based on CV, which means that particular market situations do affect the comparability of SeAH's U.S. and Canadian sales.[61]

---

[50] *Id.*, at 9.
[51] *Id.*
[52] *Id.*
[53] *Id.*, at 9-10.
[54] *Id.*, at 10-11.
[55] *Id.*, at 11-12.
[56] *See* Maverick's Rebuttal Comments at 2-4.
[57] *Id.*, at 4.
[58] *Id.*, at 5.
[59] *Id.*
[60] *Id.*, at 6.
[61] *Id.*

Filed By: Kingston Tyler Weinhold, Filed Date: 2/8/17 1:10 PM, Submission Status: Approved

Barcode:3845583-03 A-580-870 REV - Admin Review 7/19/14 - 8/31/15

Maverick then reiterates that four particular market situations exist and makes the following assertions in response to SeAH's comments.  First, Maverick contends, it is irrelevant that POSCO's subsidy rate in the recent CVD investigation on Korean hot-rolled steel was based on AFA, because the Department determines AFA rates to account for distortions concealed by respondents.[62]  Maverick also disagrees with SeAH's contention that the imposition of CVD duties on HRC does not mean the purchasers of HRC obtained a benefit from the subsidy, because access to subsidized HRC inputs permits Korean OCTG producers to lower their OCTG export prices.[63]

Second, with respect to Chinese HRC inputs, Maverick claims the record confirms that SeAH's HRC purchases [

].[64]

Third, concerning strategic alliances, Maverick argues SeAH provided no evidence that strategic alliances do not distort costs, and POSCO and SeAH were found in many prior AD/CVD proceedings to be affiliated and continue to maintain a close business relationship.[65]  Noting that NEXTEEL is affiliated with POSCO, Maverick also contends POSCO's involvement in NEXTEEL's production and sales process allows it to exercise restraint or direction over NEXTEEL.[66]

Fourth, regarding electricity, Maverick contends it is irrelevant that the Department found electricity not to be countervailable, because the Korean government's pervasive intervention in the electricity market precludes an accurate assessment of the real cost of electricity in Korea.[67]

In closing, Maverick argues the Department should adjust HRC coil and electricity costs using the methodologies proposed in its prior submissions.[68]  With regard to SeAH's contention that Japanese electricity prices are not a suitable benchmark for Korean electricity, Maverick asserts that SeAH has not provided any evidence for this claim, and that SeAH's claim is contradicted by ample record evidence demonstrating that Japanese electricity rates are the most appropriate choice for surrogate values.[69]

*SeAH's rebuttal comments:*

SeAH reiterates that Maverick's particular market situation allegations are not in accordance with the new statutory provisions, and that Maverick has not provided evidence that SeAH's input costs were below the COP of the inputs in the ordinary course of trade.[70]  Regarding the allegation of a strategic alliance between SeAH and POSCO, SeAH argues that while the Department found SeAH and POSCO to be affiliated in past cases, POSCO sold its ownership of

---

[62] *Id.*, at 6-7.
[63] *Id.*, at 7-8.
[64] *Id.*, at 8-9.
[65] *Id.*, at 9-10.
[66] *Id.*, at 11.
[67] *Id.*, at 11-13.
[68] *Id.*, at 13-16.
[69] *Id.*, at 14-15.
[70] *See* SeAH's Rebuttal Comments at 2.

8

Barcode:3845532-01 A-580-870 REV - Admin Review 7/29/14 - 8/31/15

SeAH in April 2013, and since then the Department has determined that SeAH and POSCO are not affiliated.[71]  Concerning HRC prices, SeAH asserts it purchased HRC for POR OCTG production from POSCO, Japanese manufacturer [          ], and three Chinese producers; it maintains the average price it paid [
                                      ], and the prices it paid [
                      ].[72]  According to SeAH, this evidence contradicts Maverick's claims that POSCO sold HRC to SeAH at below-market prices and that Chinese suppliers sold HRC at prices much lower than market-economy suppliers would have proffered.[73]

### *NEXTEEL's rebuttal comments:*

NEXTEEL argues that Maverick's proposed adjustments are based on a misreading of section 504 of the TPEA.[74]  NEXTEEL asserts that, while the new statute allows the Department to adjust costs that do not accurately reflect the COP in the ordinary course of trade, it does not eliminate the requirement to calculate dumping margins as accurately as possible or to make reasonable adjustments.[75]  NEXTEEL contends the Department should find that no particular market situations exist and reject Maverick's requested adjustments as unreasonable and distortive.[76]

NEXTEEL then addresses each of the alleged particular market situations in turn and argues why each should be rejected.  Regarding the allegation on Korean HRC subsidies, NEXTEEL asserts the Department's findings in the CVD investigation on Korean hot-rolled steel products do not relate to OCTG.[77]  NEXTEEL maintains that the CVD law is the proper channel through which to examine whether subsidies are having an impact on OCTG, but Maverick has not alleged, nor has the U.S. International Trade Commission (ITC) investigated, whether the U.S. OCTG industry is being injured due to Korean subsidies on OCTG or hot-rolled steel.[78]  NEXTEEL avers that, while the AD law allows the Department to address particular market situations, the AD law cannot function as an alternative to the CVD law.[79]

NEXTEEL contends that the CVD law also provides a means to deal with upstream subsidies, which is precisely what Maverick alleges here.[80]  NEXTEEL argues that Maverick's proposal to increase HRC prices by the subsidy rate from the CVD investigation goes far beyond the benefit measure stipulated in the upstream subsidy provision.[81]  NEXTEEL asserts there is no evidence showing that any alleged subsidies received by the hot-rolled steel producers affected the HRC prices charged to the OCTG producers, and a producer receiving a subsidy would not pass along

---

[71] *Id.*, at 3.
[72] *Id.*, at 3-4.
[73] *Id.*, at 4.
[74] *See* NEXTEEL's Rebuttal Comments at 3.
[75] *Id.*
[76] *Id.*, at 4.
[77] *Id.*, at 5.
[78] *Id.* at 5-6 (citing section 701(a)(1) of the Act).
[79] *Id.*, at 6.
[80] *Id.* (citing sections 701(e) and 771A(a) of the Act).
[81] *Id.*, at 6-7 (citing section 771A(b)(1) of the Act).

Filed By: Tyler Weinhold, Filed Date: 2/26/17 1:10 PM, Submission Status: Approved

Barcode:3847582-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

the entire benefit to its customers.[82]  NEXTEEL maintains it has never indicated that POSCO passes through subsidies via reduced prices, and that it pays market prices to POSCO.[83] Moreover, NEXTEEL avers, the Department's long-standing practice is not to consider subsidies in AD cases as a cost or part of NV, and nothing in section 504 of the TPEA warrants a change from the Department's settled practice of accounting for subsidies under the CVD laws.[84]

According to NEXTEEL, Maverick's proposed adjustment for HRC purchased from POSCO is unreasonable, particularly because the subsidy rate determined for POSCO was not based on actual, calculated subsidies for hot-rolled steel, but, rather, completely on AFA.[85]  Thus, NEXTEEL claims, making Maverick's proposed adjustment would be equivalent to applying AFA to NEXTEEL in the instant review, and there is no basis on the record to do so.[86] Furthermore, NEXTEEL argues, the programs and subsidies addressed in the hot-rolled steel CVD investigation include export subsidy programs and other programs which do not relate to the HRC supplied to NEXTEEL in the Korean domestic market.[87]  NEXTEEL maintains that, even if an input supplier receives countervailable benefits, this does not prove that a particular market situation exists or that transactions are outside the ordinary course of trade.[88]  Finally, NEXTEEL avers, Maverick does not mention that in the *Preliminary Results*, the Department found NEXTEEL's purchases from POSCO to be outside the ordinary course of trade under section 771(15)(B) of the Act and applied a major input adjustment to those purchases.[89]

With respect to Chinese HRC imports**,** NEXTEEL avers that any increases in hot-rolled steel imports and/or price fluctuations do not signify that NEXTEEL's HRC purchases were outside the ordinary course of trade, or that a particular market situation exists.[90]  NEXTEEL claims the situation that Maverick describes regarding Chinese HRC imports is not unique to Korea, and, if anything, Chinese imports and fluctuating prices imply that the Korean market is functioning efficiently under normal market principles.[91]  Noting Maverick's assertion regarding falling prices for Chinese hot-rolled steel, NEXTEEL contends Maverick did not allege that these price declines were inconsistent with global hot-rolled steel prices; in fact, NEXTEEL claims, the ITC recently observed that prices for U.S.-produced hot-rolled steel fell from $622 per short ton (ST) in 2013 to $424 per ST in the first quarter of 2016.[92]  According to NEXTEEL, the particular market situation provisions were not meant to address general price declines.[93]  NEXTEEL asserts that while the SAA provides a non-exhaustive list of situations that might constitute a particular market situation, and the fact that HRC is shipped from China to Korea does not rise to

---

[82] *Id.*, at 7-8.
[83] *Id.*, at 8.
[84] *Id.*, at 8-9.
[85] *Id.*, at 9-10.
[86] *Id.*, at 10.
[87] *Id.*.
[88] *Id.*, at 11.
[89] *Id.*, at 11-12.
[90] *Id.*, at 12.
[91] *Id.*
[92] *Id.*, at 13 (citing *Certain Hot-Rolled Steel Flat Products from Australia, Brazil, Japan, Korea, the Netherlands, Turkey, and the United Kingdom*, Investigation Nos. 701-TA-545-547 and 731 TA 1291-1297 (Final), USITC Publication 4638 (September 2016) (*ITC Final – Hot-Rolled Steel*) at III-9).
[93] *Id.*

Filed By: Tyler Weinhold, Filed Date: 2/28/17 1:19 PM, Submission Status: Approved

Barcode:3845588-03 A-580-870 REV - Admin Review 7/12/14 - 6/31/15

this level.[94]  Furthermore, NEXTEEL contends, the Department already addresses input price fluctuations through the quarterly cost methodology, which the Department did not need to use in the *Preliminary Results*.[95]

Regarding strategic alliances, NEXTEEL argues Maverick's claim that such alliances exist between HRC and OCTG producers in Korea is untrue and, in any event, does not mean a particular market situation exists.[96]  NEXTEEL claims that its relationships with its suppliers are no different than the business relationships between input suppliers and producers across industries and countries, and, as such, its relationships are not outside the ordinary course of trade.[97]  NEXTEEL also asserts that the Department should reject this allegation because it is analogous to Maverick's argument in the investigation that the Department depart from its major input analysis due to strategic alliances, which the Department and U.S. Court of International Trade (CIT) addressed and repudiated.[98]  According to NEXTEEL, Maverick has not addressed how an argument the CIT found "highly speculative and unpersuasive" and "not significant" could be indicative of a particular market situation.[99]  In addition, NEXTEEL claims, the Department must realize that the allegations regarding Chinese hot-rolled steel and strategic alliances are contradictory, because if the alleged strategic alliances existed, then one would not expect Chinese hot-rolled steel to be flooding the market, but, rather, purchasers to be sourcing entirely from within their strategic alliances.[100]

With respect to electricity, NEXTEEL avers the appropriate channel to address this particular market situation allegation is the CVD law.[101]  Also, NEXTEEL claims, any involvement by the Korean government in the electricity market is no different than government involvement and regulation in energy markets in other countries throughout the world.[102]  Accordingly, NEXTEEEL argues, there is no particular market situation regarding Korean electricity subsidies.[103]

Lastly, NEXTEEL contends the Department should reject the argument that if the Department does not make Maverick's proposed adjustments, it should apply an extension of the arm's-length test and major input rule and adjust NEXTEEL's HRC purchases from POSCO by 58.68 percent.  NEXTEEL maintains that not only is this argument merely a reprise of Maverick's request that the Department adjust NEXTEEL's costs based on the CVD investigation on Korean hot-rolled steel, but it contains two flaws.[104]  First, NEXTEEL asserts, since POSCO submitted a full response to the Department's section D questionnaire, the record contains information on

---

[94] *Id.*, at 13-14 (citing the SAA at 822).
[95] *Id.*, at 14.
[96] *Id.*, at 15.
[97] *Id.*
[98] *Id.*, at 15-16 (citing *Certain Oil Country Tubular Goods from the Republic of Korea: Final Determination of Sales at Less Than Fair Value and Negative Final Determination of Critical Circumstances*, 79 FR 41983 (July 18, 2014) and accompanying Issues and Decision Memorandum at Comment 20, and *Husteel v. United States*, 98 F.Supp.3d 1315, 1359 (CIT 2015).
[99] *Id.*, at 16 (citing *Husteel v. United States*, 98 F.Supp.3d at 1359).
[100] *Id.*, at 17.
[101] *Id.*, at 17-18.
[102] *Id.*, at 18.
[103] *Id.*, at 17-18.
[104] *Id.*, at 18-19.

Barcode:3845588-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

POSCO's actual costs, and, in fact, the Department relied on POSCO's response in applying the major input rule to NEXTEEL's HRC costs.[105]  Second, NEXTEEL argues, the adverse rate applied to POSCO in the CVD investigation would greatly overstate any adjustment, as the record shows that POSCO is not NEXTEEL's only supplier and also that NEXTEEL's HRC acquisition prices are not equal to POSCO's COP.[106]

**LEGAL FRAMEWORK**

Section 504 of the TPEA added "particular market situations" to the definition of sales and transactions, among others, that the Department would consider to be outside the "ordinary course of trade" pursuant to section 771(15) of the Act, and not used for the purposes of calculating an AD margin.  The TPEA further amended the Act expressly to permit the Department to use an alternative calculation methodology when constructing NV, where a "particular market situation" distorts costs such that they do not "accurately reflect the cost of production in the ordinary course of trade."

Section 504 of the TPEA states, in relevant part:

(a) Definition of Ordinary Course of Trade.--Section 771(15) of the Tariff Act of 1930 (19 U.S.C. 1677(15)) is amended by adding at the end the following:

"(C) Situations in which the administering authority determines that the particular market situation prevents a proper comparison with the export price or constructed export price."

(c) Definition of Constructed Value.--Section 773(e) of the Tariff Act of 1930 (19 U.S.C. 1677b(e)) is amended--
(1) in paragraph (1), by striking "business" and inserting "trade"; and
(2) by striking the flush text at the end and inserting the following:

"For purposes of paragraph (1), if a particular market situation exists such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade, the administering authority may use another calculation methodology under this subtitle or any other calculation methodology.  For purposes of paragraph (1), the cost of materials shall be determined without regard to any internal tax in the exporting country imposed on such materials or their disposition that is remitted or refunded upon exportation of the subject merchandise produced from such materials."

The new law does not further define the term "particular market situation."  Therefore, existing law and the Department's prior practice regarding the identification and treatment of particular market situations is instructive.  Prior to the TPEA, in a limited number of cases, the Department found that particular market situations existed and, as a result, declined to use an entire market

---

[105] *Id.*, at 19-20 (citing Memorandum from Sheikh M. Hannan to Neal M. Halper, "Constructed Value Calculation Adjustments for the Preliminary Results – NEXTEEL Co., Ltd.," dated October 5, 2016), at Attachments 3A-3C (NEXTEEL Preliminary Cost Memo)).

[106] *Id.*, at 20 (citing NEXTEEL Preliminary Cost Memo as an example).

Filed By: Tyler Weinhold, Filed Date: 8/17/18 10 PM, Submission Status: Approved

Barcode:3845532-03 A-580-870 REV - Admin Review 7/19/14 - 9/31/15

for purposes of calculating NV, as provided for in section 351.404(c)(2) of the Department's regulations.[107]  The Department's practice in finding particular market situations starts with a substantiated allegation from an interested party that reasonably demonstrates that such situations exist.[108]  The Act, the Department's regulations, the SAA do not define what constitutes a "particular market situation."  However, the SAA provides a non-exhaustive list of examples of what might be considered a particular market situation.  For instance, a particular market situation might exist where the home market consists of a single sale, where there is government control over pricing to such an extent that home market prices cannot be considered to be competitively set, or where the demand patterns in the foreign market are different from those in the United States (*e.g.*, where substantial price changes are closely correlated with holidays occurring at different times of the year in the two markets).[109]

## ANALYSIS

Maverick's allegations of particular market situations in the instant review are the first such allegations filed since the enactment of the TPEA.  The Department has considered these allegations, so as to develop the concepts and types of analysis that would be necessary for affirmative determinations of particular market situations.  We note that while the new law does not define the term "particular market situation," it does amend the statute to include particular market situations as one of the enumerated bases for finding sales or costs to be outside the ordinary course of trade.  In particular, section 771(15) states that the term "ordinary course of trade" means "the conditions and practices which, for a reasonable time prior to the exportation of the subject merchandise, have been normal in the trade under consideration with respect to merchandise of the same class or kind."

In addition, the new law added the concept of particular market situation to the determination of constructed value under section 773(e), which states that "if a particular market situation exists such that the cost of materials and fabrication or other processing of any kind does not accurately reflect the cost of production in the ordinary course of trade, the administering authority may use another calculation methodology under this subtitle or any other calculation methodology."  Similar to disregarding the sales prices of the foreign like product in the exporting or third country, the Department may find a particular market situation when an interested party files an allegation that is properly substantiated.  This aspect of particular market situation may be based upon evidence of market anomalies or operational dysfunction in the market for the inputs used to produce the subject merchandise.  We note, however, that government involvement in a market is not in itself dispositive that such anomalies or dysfunction exist.  The Department recognizes, for example, that government involvement or even an agreement or alliance between

---

[107] Examples of prior cases where the Department found a particular market situation include *Notice of Final Determination of Sales at Less Than Fair Value: Fresh Atlantic Salmon from Chile*, 63 FR 31411 (June 9, 1998); *Mechanical Transfer Presses from Japan; Final Results of Antidumping Duty Administrative Review and Revocation of Antidumping Duty Administrative Order in Part*, 63 FR 37331 (July 10, 1998); and *Notice of Final Results of the Ninth Administrative Review of the Antidumping Duty Order on Certain Pasta from Italy*, 72 FR 7011 (February 14, 2007).

[108] *See Large Power Transformers from the Republic of Korea: Final Results of Antidumping Duty Administrative Review; 2013-2014*, 81 FR 14087 (March 16, 2016), and accompanying Issues and Decision Memorandum, at Comment 1.

[109] *See* SAA at 822.

Filed By: Tyler Weinhold, Filed Date: 2/28/19 1:10 PM, Submission Status: Approved

Barcode:3645583-01 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

unaffiliated companies can create a situation in which sales between such companies are not normal in the trade under consideration. However, an allegation of a particular market situation must be substantiated by sufficient evidence that such conditions exist in the market to the extent that, as a result, the cost "does not accurately reflect the cost of production in the ordinary course of trade." *See* section 773(e) of the TPEA.

In the instant review, Maverick alleged that three particular market situations exist with respect to the HRC input used to manufacture OCTG, and one particular market situation exists with regard to electricity. As explained below, for the allegations made in this administrative review, the Department finds that such a particular market situation does not exist with respect to the production of OCTG in Korea by the respondents under examination. We address each of Maverick's allegations in turn.

## 1. Particular Market Situation Allegations Regarding HRC

### A. *Korean subsidization of HRC*

The Department recently issued its final determination in the CVD investigation of hot-rolled steel flat products from Korea and found company-specific subsidy rates of 58.68 percent for POSCO and 3.89 percent for Hyundai Steel and all other exporters/producers.[110] According to Maverick, the Department's final determination in the CVD investigation establishes that the COP of OCTG is distorted due to Korean government's subsidization of HRC, the primary input used to make OCTG, and, thus, a particular market situation exists.

The information that Maverick placed on the record in support of this allegation chiefly consisted of documents from the CVD investigation on Korean hot-rolled steel, such as the amended final determination calculation memorandum for POSCO, the memorandum responding to parties' ministerial error comments, and the Issues and Decision Memorandum accompanying the *CVD Final Determination on HR from Korea*.[111] Maverick did not identify any specific findings in these documents or evidence from that proceeding that would lead the Department to find that a particular market situation exists with respect to the production of OCTG in Korea due to the subsidization of HRC by the Korean government. Instead, Maverick merely referred to these documents to assert that the Department made a final affirmative subsidy determination and to reference the resulting CVD rates. The affirmative finding in the *CVD Final Determination on HR from Korea* pertains to the production of HRC only, not to HRC's role as an input to OCTG, the subject merchandise. While the Department can envision circumstances in which a party provides persuasive evidence indicating that a previously countervailed subsidy has also

---

[110] *See CVD Amended Final Determination and Order on HR from Korea*, 81 FR at 67961.

[111] *See* September 6, 2016 Allegations Letter at Exhibits 1, 2, and 10 (containing, respectively, Memorandum to the File from Katie Marksberry, "Countervailing Duty Investigation of Certain Hot-Rolled Steel Flat Products from the Republic of Korea: Amended Final Determination Calculation Memorandum for POSCO," dated August 23, 2016; Memorandum to Christian Marsh, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, from Katie Marksberry, "Response to Ministerial Error Comments filed by Hyundai Steel Co. Ltd. and POSCO," dated August 23, 2016; and Memorandum from Christian Marsh, Deputy Assistant Secretary for Antidumping and Countervailing Duty Operations, to Ronald K. Lorentzen, Acting Assistant Secretary for Enforcement and Compliance, "Issues and Decision Memorandum for the Final Determination in the Countervailing Duty Investigation of Certain Hot-Rolled Steel Flat Products from the Republic of Korea," dated August 4, 2016).

Filed By: Tyler Weinhold, Filed Date: 2/13/19 1:10 PM, Submission Status: Approved

Barcode:3545522-03 A-580-870 REV - Admin Review 7/12/14 - 6/31/15

impacted costs that are directly related to the production of the subject merchandise such that those costs do not reasonably reflect the cost of production in the ordinary course of trade, no such persuasive evidence has been presented here. Thus, the record does not contain evidence that the Government of Korea has introduced policies or mandates with regard to HRC that distort the cost to produce the subject merchandise for either NEXTEEL or SeAH.

## B. _Distorted Chinese HRC Prices_

Maverick claims that a particular market situation exists because the Korean market has been flooded with unfairly-traded Chinese hot-rolled flat products over the last three years, causing Korean HRC prices to fall dramatically. While the Department acknowledges a rise in exports of steel products (including HRC) from China, Maverick has not demonstrated that this situation is unique to Korea, and that it is not being experienced globally. The potential broad effect on prices creates a situation outside the scope of a particular market situation, as the impact of Chinese exports in the Korean market are also reflected in other markets across the world. In fact, an article that Maverick placed on the record with regard to this allegation states, "Prices have plummeted as demand in China, which makes half the world's steel, contracts for the first time in a generation, creating a surplus and spurring mills to sell record amounts overseas."[112]

In addition, the record contains no evidence of specific price distortions for Korean HRC as a result of Chinese hot-rolled steel imports. Maverick asserts that the price of Korean imports of non-stainless steel hot-rolled products from China plunged from $581 per MT in 2013 to $421 per MT in 2015,[113] but, as NEXTEEL points out, U.S. producers' hot-rolled steel prices dropped from $622 per ST in 2013 to $424 per ST for the first quarter of 2016.[114] Based on this information, it is clear that prices for both Korean imports of Chinese hot-rolled steel and U.S.-produced hot-rolled steel declined considerably from 2013 to 2015, and are illustrative of the recent global price declines for steel products. In any event, the prices cited by Maverick for Korean imports of Chinese hot-rolled steel were for "hot-rolled items," which includes hot-rolled wide strip, hot-rolled strip, and hot-rolled sheets.[115] As such, these prices are not specifically for HRC, and are not evidence that Chinese hot-rolled steel or HRC caused distortions in Korean HRC prices such that a particular market situation exists.

Further, we disagree with Maverick's statement that SeAH's HRC purchases [                                    ]. The record shows that during the POR, SeAH purchased [     ] percent of its HRC from POSCO; [     ] percent from Japanese producer [          ]; and [     ] percent from three Chinese producers.[116] In other words, [

---

[112] _Id._, at Exhibit 4 (containing article by Heesu Lee, "POSCO Posts Smallest Ever Profit Amid Chinese Steel Deluge," Bloomberg (January 28, 2016)).

[113] _See_ Maverick's Comments at 14 (citing November 25, 2015 HRC Allegations Letter at Attachment 27). We note that the 2015 price was based on data for the period January-September 2015; Maverick then projected the nine-month price to be the price for the full 2015 year.

[114] _See_ NEXTEEL's Rebuttal Comments at 13 (citing _ITC Final – Hot-Rolled Steel_ at III-9). To compare the time periods consistently, we note that the _ITC Final – Hot-Rolled Steel_ at III-9 shows an average price of $507 per ST for 2015 for U.S.-produced hot-rolled steel.

[115] _See_ November 25, 2015 HRC Allegations Letter at Attachment 27.

[116] _See_ Letter from SeAH to the Department, "Administrative Review of the Antidumping Duty Order on Oil Country Tubular Goods from Korea — Response to February 12 Questionnaire," dated March 31, 2016, at

Filed By: Tyler Weinhold, Filed Date: 4/28/17 1:10 PM, Submission Status: Approved

Barcode:3845532-03 A-580-870 REV - Admin Review 7/12/14 - 9/31/15

].  In the case of NEXTEEL, the record shows that during the POR, nearly [   ] percent of NEXTEEL's HRC purchases were from POSCO, with the remainder sourced from [

].[117]  Maverick's argument that NEXTEEL's OCTG costs are distorted by Chinese HRC is unpersuasive, because the record demonstrates that NEXTEEL [

] during the POR.  Thus, the record establishes that [                    ] of the HRC used by SeAH and NEXTEEL to produce OCTG during the POR was not from Chinese suppliers.

C. _Strategic Alliances_

Maverick alleges that "strategic alliances" between Korean HRC suppliers and OCTG producers constitute a particular market situation because these alliances result in favorable HRC prices being offered to certain producers, thereby distorting the true cost of HRC.  We have considered Maverick's allegation that "strategic alliances" between OCTG producers and their suppliers of HRC result in a particular market situation, and find that this allegation is not supported by record evidence.

In direct response to the Department's statement in the _Preliminary Results_ that Maverick did not provide evidence in support of its strategic alliances allegation,[118] Maverick contends that it did provide specific evidence in the form of a sworn affidavit from [                ], an employee of [                                        ].[119]  We note, first of all, that this affidavit pertained to discussions that took place in [                        ], _i.e._, prior to the instant POR.  Second, while Maverick claims this affidavit verified [

], we note the affidavit [

].  As such, the affidavit refers to [

].  Thus, we find that the affidavit does not speak to any specific arrangement whereby certain Korean producers of the subject merchandise receive favorable pricing for HRC while other Korean producers do not, and it certainly [

].  Third, the affidavit does not contain any specific information with respect to HRC costs or pricing.

---

Appendix D-4-D.  We note that, according to Appendix D-4-D, the [

].

[117] _See_ Letter from NEXTEEL to the Department, "Oil Country Tubular Goods from the Republic of Korea: Sections C-D Response," dated March 31, 2016, at Exhibit D-6 and Letter from NEXTEEL to the Department, "Oil Country Tubular Goods from the Republic of Korea:  Supplemental Section C Questionnaire Response," dated June 8, 2016, at Exhibit SC-4.
[118] _See Preliminary Results_, 81 FR at 71074 and accompanying Preliminary Decision Memorandum at 15.
[119] _See_ Maverick's Comments at 18-19 (citing November 25, 2015 HRC Allegations Letter at Attachment 4).

Filed By: Tyler Weinhold, Filed Date: 2/18/17 1:19 PM, Submission Status: Approved

Barcode:3545588-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

Hence, in this review, Maverick has only provided an affidavit relating to pre-POR events occurring in [            ] which contains no references to prices or written policies that would otherwise support its claim.  Further, Maverick does not describe the conditions where the market for HRC is distorted, but only implies that certain producers are benefitting from the alleged alliances between unaffiliated suppliers and OCTG producers.

Regarding Maverick's argument that SeAH and NEXTEEL purchased approximately [  ] and [  ] percent, respectively, of their HRC from POSCO during the POR, we disagree that this is indicative of a particular market situation.  As Maverick itself recognizes, POSCO is a major supplier of HRC in the Korean market.  Thus, it is logical that SeAH and NEXTEEL would purchase HRC from POSCO.  Further, the fact that SeAH and NEXTEEL both purchased HRC from suppliers other than POSCO indicates that SeAH and NEXTEEL were not required to source all of their HRC from POSCO, which one would expect to be the case if the alleged strategic alliances existed.  Thus, the percentages of HRC that SeAH and NEXTEEL each obtained from POSCO as opposed to other suppliers do not in themselves establish that HRC prices were distorted and outside the ordinary course of trade.

In its November 25, 2015 HRC Allegations Letter, Maverick requested that the Department collect certain data concerning Korean HRC costs.  However, as a threshold matter, the burden of substantiating Maverick's allegation does not fall on the Department or another interested party, but on the party making the allegation, *i.e.*, Maverick, to provide all of the information necessary in support of its claim.[120]  As such, we disagree with Maverick's rebuttal argument that SeAH should be faulted for not providing evidence that strategic alliances do not distort costs.

<u>Recommendation</u>:

As explained above, the record contains insufficient evidence to support Maverick's allegations that a particular market situation exists in the OCTG market in Korea due to (a) the Department's affirmative subsidy finding on Korean hot-rolled steel; (b) Chinese HRC imports; or (c) the alleged strategic alliances.  As a result, we recommend finding that Maverick's allegations regarding HRC in Korea do not constitute a particular market situation.

☒                              ☐

_____        _____
Agree                          Disagree

## 2.  Particular Market Situation Allegations Regarding Electricity

Maverick alleges that a particular market situation exists with respect to electricity consumption by the respondents because the Korean government's "pervasive intervention" in the electricity market results in distorted electricity prices.  This allegation is based on the Department's recent

---

[120] *See, e.g., QVD Food v. United States*, 658 F.3d 1318, 1324 (Fed. Cir. 2011) ("{T}he burden of creating an adequate record lies with {interested parties} and not with Commerce.")

Filed By: Kang Tyler Weinhold, Filed Date: 12/17/15 10 PM, Submission Status: Approved

Barcode:3845583-03 A-580-870 REV - Admin Review 7/12/14 - 8/31/15

final determination in the CVD investigation on hot-rolled steel flat products from Korea.[121]  We disagree with Maverick's allegation that the electricity market in Korea constitutes a particular market situation.  While the evidence on the record shows government involvement in the electricity sector within Korea, there is no evidence to suggest that electricity prices charged to producers of either HRC or OCTG in Korea do not reasonably reflect the cost of production for the electricity or are otherwise anomalous.

Recommendation:

We recommend finding that Maverick's allegation of a particular market situation is not supported by record evidence.  As a result, we recommend finding that Maverick's allegation regarding the Korean electricity market does not constitute a particular market situation.

☒                                    ☐

_____                _____
Agree                              Disagree


## 3. Alternate Adjustment for NEXTEEL

Maverick argues that if the Department does not make an adjustment in accordance with the particular market situation provision, the Department should apply an extension of the arm's-length test and major input rule with regard to NEXTEEL.  To do this, Maverick contends the Department should disregard POSCO's HRC prices to NEXTEEL and adjust NEXTEEL's HRC costs by 58.68 percent (*i.e.*, POSCO's rate from the Korean hot-rolled steel CVD investigation).

As explained in detail above, the Department determines that none of the particular market situations alleged by Maverick exist in the instant POR.  However, in the *Preliminary Results*, the Department already applied the major input rule to NEXTEEL's costs pursuant to section 773(f)(3) of the Act.  Therefore, we do not find it necessary to amend NEXTEEL's costs using Maverick's proposed alternate adjustment.

Recommendation:

Because we applied the major input rule to NEXTEEL's costs pursuant to section 773(f)(3) of the Act in the *Preliminary Results*, we recommend making no additional adjustments.

☒                                    ☐

_____                _____
Agree                              Disagree

---

[121] *See* September 6, 2016 Allegations Letter at 18.

Filed By: Tyler Weinhold, Filed Date: 2/28/17 1:10 PM, Submission Status: Approved

Barcode:3545532-01 A-580-870 REV - Admin Review 7/19/14 - 8/31/15

## RECOMMENDATION

We recommend that you approve the above positions with respect to Maverick's particular market situation allegations.

☒                                    ☐

_____                    _____
Agree                                Disagree

## OPPORTUNITY TO COMMENT

The Department invites interested parties to comment on the issues discussed in this memorandum.  The schedule for submitting case and rebuttal briefs on these specific issues will be announced in a separate letter.

2/21/2017

X   *Carole Showers*

Signed by: CAROLE SHOWERS

_____
Carole Showers
Executive Director, Office of Policy
   Policy & Negotiations

Filed By: Tyler Weinhold, Filed Date: 2/28/17 1:10 PM, Submission Status: Approved

Barcode:3549795-01 A-580-870 REV - Admin Review 7/18/14 - 8/31/15

UNITED STATES DEPARTMENT OF COMMERCE
International Trade Administration
Washington, D.C. 20230

A-580-870
POR: 7/18/2014-8/31/2015
Public Document
AD/CVD Operations, OVI: DS

March 8, 2017

**MEMORANDUM TO:**        The File

**THROUGH:**              Scot Fullerton
                          Director
                          Antidumping and Countervailing Duty Operations, Office VI

**FROM:**                 Deborah Scott
                          International Trade Compliance Analyst
                          Antidumping and Countervailing Duty Operations, Office VI

**SUBJECT:**              Certain Oil Country Tubular Goods from the Republic of Korea

The Department is placing the attached document on the record of the above-captioned administrative review.



Barcode:3849795=01 A=580=870 REV = Admin Review 7/19/14 = 8/31/15

**From:** "Navarro, Peter K. EOP/WHO" <{EMAIL ADDRESS REDACTED}>
**Date:** Thursday, March 2, 2017 at 1:48 PM
**To:** "Comstock, Earl (Federal)" <{EMAIL ADDRESS REDACTED}>, Wilbur Ross <{EMAIL ADDRESS REDACTED}>
**Subject:** Recommendation for Action

ACTION, TIME-SENSITIVE

March 2, 2017

Memo to: Secretary of Commerce
From: Director of National Trade Council
Re: Application of Particular Market Situation Protocol in Pending Antidumping Case

_____

Teneris S.A., which produces oil country tubular goods (OCTG) has a case pending before the Department of Commerce alleging dumping by South Korea. Final determination is scheduled for March 30, with the possibility of an extension to April 12th.

This case is important because it provides Commerce with an important opportunity to potentially exercise new powers granted under the Trade Preferences Extension Act of 2015, which make it easier for industries to demonstrate injury. Expanded powers include the ability to apply the "particular market situation" (PMST) measuring tool to calculate the size of antidumping duties.

In particular, application of PMST methodology may allow Commerce "to reject not only the home market sale price of merchandise under consideration but also two additional metrics of normal value – the third country sale price of merchandise under consideration and cost of production of such merchandise."

In this case, we have a situation in which South Korea appears to be relying on both dumped Chinese hot rolled coil and domestically-produced hot rolled coil to manufacture OCTG at export prices that arguably constitute dumping. Tenaris is at particular risk because it is just completing a new modern OCTG facility in Houston, Texas that, according to a company fact sheet, will "substitute much of Tenaris' South American and Mexican imports for U.S. production."

At present, the US has a successful case against Chinese dumping of hot rolled coil with a roughly 60% margin. Given that hot rolled coil constitutes about 60% of the cost, a logical setting of margin in the Tenaris case would provide for margins at a minimum of about 36%. However, this kind of logic is not operative unless the PMS tool comes into play. Nor would Commerce be able to fully value the size of the Korean subsidies to hot rolled coil production because is it a market economy unless again the tool of PMS is applied. If low margins are set in this case, this would be particularly damaging to Teneris.

Barcode:3849795-03 A-580-870 REV - Admin Review 7/19/14 - 8/31/15

This is a case that will be closely watched both by industry and the World Trade Organization.  As with many of America's rules governing trade, there appears to be a reluctance with the U.S. bureaucracy to take measures that might be challenged by the WTO.  However, PMST appears to be a useful tool to stop both diversionary dumping by non-market economies like China and an undervaluation of Korean subsidies under the guise that it is a market economy.

RECOMMENDATION: The Secretary of Commerce ask for an immediate briefing on the case and the broader implications of the use of PMS methodology by Commerce and consider allowing attendance of the National Trade Council for this.