IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY

| | |
|---|---|
| NEXTEEL CO., LTD. ET AL.,<br><br>    Plaintiff and Consolidated Plaintiffs,<br><br>and<br><br>HUSTEEL CO., LTD. and HYUNDAI STEEL COMPANY,<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant,<br><br>and<br><br>CALIFORNIA STEEL INDUSTRIES, INC. ET AL.,<br><br>    Defendant-Intervenors and Consolidated Defendant Intervenors. | Consol. Ct. No. 20-03898 |

**PLAINTIFF-INTERVENOR HUSTEEL CO., LTD.'S COMMENTS ON REDETERMINATION PURSUANT TO COURT REMAND ORDER**

Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan

August 17, 2022

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Plaintiff-Intervenor Husteel Co., Ltd.*

1

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE THE HONORABLE CLAIRE R. KELLY

|  |  |
|---|---|
| NEXTEEL CO., LTD. ET AL., ) | |
| ) | |
| Plaintiff and Consolidated ) | |
| Plaintiffs, ) | |
| ) | |
| and ) | |
| ) | |
| HUSTEEL CO., LTD. and HYUNDAI ) | |
| STEEL COMPANY, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | Consol. Ct. No. 20-03898 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| CALIFORNIA STEEL INDUSTRIES, INC. ) | |
| ET AL., ) | |
| ) | |
| Defendant-Intervenors and ) | |
| Consolidated Defendant ) | |
| Intervenors. ) | |
| ) | |

**PLAINTIFF-INTERVENOR HUSTEEL CO., LTD.'S COMMENTS ON REDETERMINATION PURSUANT TO COURT REMAND ORDER**

On behalf of Plaintiff-Intervenor Husteel Co., Ltd. ("Husteel"), we hereby submit comments on the U.S. Department of Commerce's ("Commerce") July 15, 2022 Final Results of Redetermination Pursuant to Court Remand ("Final Remand Results") in *NEXTEEL Co., Ltd. et al. v. United States*, Slip Op. 22-37, Consol. Court No. 20-03898 (CIT 2022) ("*NEXTEEL*"). In *NEXTEEL*, this Court remanded to Commerce its, (1) particular market situation ("PMS") determination and resulting adjustment to the reported cost of production ("COP") for welded

2

line pipe ("WLP") for SeAH Steel Corporation ("SeAH") and for purposes of calculating constructed value ("CV") for NEXTEEL Co. Ltd. ("NEXTEEL"); (2) application of the PMS adjustment to SeAH for purposes of the sales-below COP test; (3) adjustment to NEXTEEL's CV to account for sales of non-prime products; (4) reclassification of NEXTEEL's reported losses relating to the suspended production of certain product lines; (5) denial of a constructed export price ("CEP") offset for SeAH; and (6) calculation of the rate assigned to the non-examined companies in light of any adjustments made to the calculations for either respondent stemming from this remand.  *See NEXTEEL* at 36.

In the Final Remand Results, Commerce recalculated the weighted-average dumping margins of the mandatory respondents with no adjustment for a PMS.  It is Husteel's position that Commerce's Final Remand Results comply with the U.S. Court of International Trade's decision regarding the PMS issue, insofar as it no longer distorts the respondents' margins pursuant to an alleged PMS.  Husteel urges the Court to affirm the Final Remand Results with respect to the PMS issue.

Further, as a non-mandatory respondent in the proceeding under litigation whose rate will be determined based on the rates of the mandatory respondents, Husteel concurs with the comments on the Final Remand Results the filed by Plaintiff NEXTEEL and Consolidated Plaintiff SeAH regarding the issues particular to those parties.

Respectfully submitted,

/s/ Brady W. Mills
Donald B. Cameron
Julie C. Mendoza
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Eugene Degnan

**MORRIS, MANNING & MARTIN LLP**
1401 Eye Street, N.W., Suite 600
Washington, D.C. 20005
(202) 408-5153

*Counsel to Plaintiff-Intervenor Husteel Co. Ltd.*

August 17, 2022

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing brief complies with the Standard Chambers Procedures of the U.S. Court of International Trade in that it contains 305 words including text, footnotes, and headings and excluding the table of contents, table of authorities and counsel's signature block, according to the word count function of Microsoft Word 2016 used to prepare this brief.

/s/ Brady Mills
Brady Mills