UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NEXTEEL CO., LTD. et al.,**<br><br>    Plaintiff and Consolidated Plaintiffs,<br><br>and<br><br>**HUSTEEL CO., LTD. and HYUNDAI STEEL COMPANY,**<br><br>    Plaintiff-Intervenors,<br><br>v.<br><br>**UNITED STATES,**<br><br>    Defendant,<br><br>and<br><br>**CALIFORNIA STEEL INDUSTRIES, INC. et al.,**<br><br>    Defendant-Intervenors and<br>    Consolidated Defendant-Intervenors. | Before:  Honorable Claire R. Kelly,<br>                Judge<br><br>Consol. Court No. 20-03898 |

**COMMENTS OF CONSOLIDATED PLAINTIFF AND
PLAINTIFF-INTERVENOR, HYUNDAI STEEL COMPANY,
ON COMMERCE'S REMAND REDETERMINATION**

                                                Robert G. Gosselink
                                                Jarrod M. Goldfeder
                                                TRADE PACIFIC PLLC
                                                700 Pennsylvania Avenue, SE
                                                Suite 500
                                                Washington, D.C.  20003
                                                (202) 223-3760

                                                *Counsel to Hyundai Steel Company*

**Dated:  August 17, 2022**               *Consolidated Plaintiff and Plaintiff-Intervenor*

**COMMENTS OF CONSOLIDATED PLAINTIFF AND
PLAINTIFF-INTERVENOR, HYUNDAI STEEL COMPANY,
ON COMMERCE'S REMAND REDETERMINATION**

These comments are submitted on behalf of Consolidated Plaintiff and Plaintiff-Intervenor, Hyundai Steel Company ("Hyundai Steel"), concerning the "Final Results of Redetermination Pursuant to Court Remand" ("*Final Remand Results*"), ECF No. 96 (July 18, 2022), filed by the U.S. Department of Commerce ("Commerce") concerning *Nexteel Co., Ltd., et al. v. United States*, Consol. Court. No. 20-03898, Slip Op. 22-37 (Ct. Int'l Trade Apr. 19, 2022).

As a non-individually investigated respondent in the underlying administrative proceeding that is the subject of this litigation, the rate assigned to Hyundai Steel is determined by the final weighted-average dumping margins calculated for the two individually investigated mandatory respondents, NEXTEEL Co., Ltd. ("NEXTEEL") and SeAH Steel Corporation ("SeAH Steel"). This means that any calculation changes made to NEXTEEL's or SeAH Steel's antidumping duty calculations in this litigation potentially and directly impact the review-specific average rate assigned to Hyundai Steel.

Hyundai Steel agrees that Commerce's decision to recalculate the weighted-average dumping margins in the *Final Remand Results* without the application of any "particular market situation" ("PMS") adjustment, and to use those recalculated weighted-average dumping margins—both for NEXTEEL and SeAH Steel—as the basis for determining the review-specific average rate assigned to Hyundai Steel as a non-examined company, complies with the Court's remand order in Slip Op. 22-37. Hyundai Steel urges the Court to affirm the *Final Remand Results* with respect to the PMS issue.

**Consol. Court No. 20-03898**
**Hyundai Steel's Comments on Remand Results**

      Hyundai Steel continues to disagree with certain aspects of Commerce's analysis in the *Final Remand Results*. In order to avoid the duplication of arguments, Hyundai Steel concurs with the comments being submitted today by NEXTEEL and SeAH Steel regarding the issues particular to those company's individual calculations.

                                        Respectfully submitted,

                                        /s/ Jarrod M. Goldfeder
                                        Robert G. Gosselink
                                        Jarrod M. Goldfeder

                                        **TRADE PACIFIC PLLC**
                                        700 Pennsylvania Avenue, SE
                                        Suite 500
                                        Washington, D.C.  20003
                                        (202) 223-3760

                                        *Counsel to Hyundai Steel Company*
Dated:  August 17, 2022                    *Consolidated Plaintiff and Plaintiff-Intervenor*

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **NEXTEEL CO., LTD. et al.,**<br><br>    **Plaintiff and Consolidated Plaintiffs,**<br><br>**and**<br><br>**HUSTEEL CO., LTD. and HYUNDAI STEEL COMPANY,**<br><br>    **Plaintiff-Intervenors,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>    **Defendant,**<br><br>**and**<br><br>**CALIFORNIA STEEL INDUSTRIES, INC. et al.,**<br><br>    **Defendant-Intervenors and Consolidated Defendant-Intervenors.** | Before:  Honorable Claire R. Kelly,<br>              Judge<br><br>Consol. Court No. 20-03898 |

**CERTIFICATE OF COMPLIANCE**

    The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments of Consolidated Plaintiff and Plaintiff-Intervenor, Hyundai Steel Company, on Commerce's Remand Redetermination, dated August 17, 2022, complies with the word-count limitation described in the Standard Chambers Procedures.  The memorandum of law contains <u>289</u> words according to the word-count function of the word-processing software used to prepare the memorandum, excluding the table of contents, table of authorities, and undersigned counsel's signature block.

**Consol. Court No. 20-03898**
**Certificate of Compliance**

                              Respectfully submitted,

                              <u>/s/ Jarrod M. Goldfeder</u>
                              Robert G. Gosselink
                              Jarrod M. Goldfeder
                              **TRADE PACIFIC PLLC**
                              700 Pennsylvania Avenue, SE
                              Suite 500
                              Washington, D.C.  20003
                              (202) 223-3760

                              *Counsel to Hyundai Steel Company*
Dated:  August 17, 2022              *Consolidated Plaintiff and Plaintiff-Intervenor*