# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE CLAIRE R. KELLY

| | |
|---|---|
| NEXTEEL CO., LTD., *et al.*, | ) |
|     Plaintiff and Consolidated, Plaintiffs, | ) |
|     and | ) |
| HUSTEEL CO., LTD and HYUNDAI STEEL COMPANY | ) |
|     *Consolidated Plaintiffs,* | ) NON-CONFIDENTIAL VERSION |
| v. | ) Court No. 20-03898 (consol.) |
| UNITED STATES, | ) |
|     *Defendant*, | ) |
|     and | ) |
| CALIFORNIA STEEL INDUSTRIES, INC., *et al.*, | ) |
|     Defendant-Intervenors and Consolidated Defendant-Intervenors | ) Dated: September 30, 2022 |

## JOINT APPENDIX

*NEXTEEL v. United States*, Consol. Ct. No. 20-03898
**NON-CONFIDENTIAL JOINT APPENDIX - INDEX**

## Joint Appendix Table of Contents

| Tab. No. | Document | Date | P.R. | C.R. | Pages Included |
|---|---|---|---|---|---|
| 1 | Initiation Notice | 3/14/2019 | 6 | - | All |
| 2 | Domestic Interested Parties' Letter re Particular Market Situation Allegation and Other Factual Information | 6/25/2019 | 95-690 | 110-339 | Cover, Narrative; Exhibits 15, 17-19, 37-40 |
| 3 | Department of Commerce Issues and Decision Memorandum | 11/23/2020 | 854 | - | All |
| 4 | Federal Register Notice - Final Results | 11/30/2020 | 860 | - | All |
| 5 | Draft Remand Determination | 6/16/2022 | RPR 1 | - | All |
| 6 | Margin Calculations for NEXTEEL Pursuant to Draft Results of Redetermination | 6/16/2022 | RPR 2 | RCR 1 | All |
| 7 | Margin Calculations for SeAH Steel Corporation Pursuant to Draft Results of Redetermination | 6/16/2022 | RPR 4 | RCR 4 | All |
| 8 | Hyundai Steel's Comments of Draft Remand Results | 6/27/2022 | RPR 8 | - | All |
| 9 | Domestic Interested Parties' Comments on Draft Results of Redetermination | 6/27/2022 | RPR 9 | - | All |
| 10 | Husteel's Comments on the Department's Draft Remand Results | 6/27/2022 | RPR 10 | - | All |
| 11 | Department of Commerce Final Remand Redetermination | 6/27/2022 | RPR 12 | - | All |