UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NEXTEEL CO., LTD. et al., <br><br>     Plaintiff and Consolidated Plaintiffs, <br><br> and <br><br> HUSTEEL CO., LTD. and HYUNDAI STEEL COMPANY, <br><br>     Plaintiff-Intervenors, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant, <br><br> and <br><br> CALIFORNIA STEEL INDUSTRIES, INC. et al., <br><br>     Defendant-Intervenors and <br>     Consolidated Defendant-Intervenors. | Before:  Honorable Claire R. Kelly, <br>               Judge <br><br> Consol. Court No. 20-03898 |

**COMMENTS OF CONSOLIDATED PLAINTIFF AND
PLAINTIFF-INTERVENOR, HYUNDAI STEEL COMPANY,
ON COMMERCE'S SECOND REMAND REDETERMINATION**

                                                          Robert G. Gosselink
                                                          Jarrod M. Goldfeder
                                                          TRADE PACIFIC PLLC
                                                          700 Pennsylvania Avenue, SE
                                                          Suite 500
                                                          Washington, D.C.  20003
                                                          (202) 223-3760

                                                          *Counsel to Hyundai Steel Company*

Dated:  April 5, 2023                               *Consolidated Plaintiff and Plaintiff-Intervenor*

**COMMENTS OF CONSOLIDATED PLAINTIFF AND
PLAINTIFF-INTERVENOR, HYUNDAI STEEL COMPANY,
ON COMMERCE'S SECOND REMAND REDETERMINATION**

These comments are submitted on behalf of Consolidated Plaintiff and Plaintiff-Intervenor, Hyundai Steel Company ("Hyundai Steel"), concerning the "Final Results of Redetermination Pursuant to Court Remand" ("*Final Second Remand Results*"), ECF No. 116 (Mar. 6, 2023), filed by the U.S. Department of Commerce ("Commerce") concerning *Nexteel Co., Ltd., et al. v. United States*, Consol. Court No. 20-03898, 601 F. Supp. 3d 1373 (Ct. Int'l Trade 2022).

As a non-individually investigated respondent in the underlying administrative proceeding that is the subject of this litigation, the rate assigned to Hyundai Steel is determined by the final weighted-average dumping margins calculated for the two individually investigated mandatory respondents, NEXTEEL Co., Ltd. ("NEXTEEL") and SeAH Steel Corporation ("SeAH Steel"). Because SeAH Steel's recalculated antidumping duty margin was zero percent, Commerce has applied only NEXTEEL's calculated weighted-average dumping margin to non-examined respondents, including Hyundai Steel. This means that any additional calculation changes made to NEXTEEL's antidumping duty calculations arising from this litigation potentially and directly impact the review-specific average rate assigned to Hyundai Steel.

The *Final Second Remand Results* involve a single respondent-specific issue that pertains to NEXTEEL's AD duty margin calculations (i.e., the reclassification of NEXTEEL's reported losses relating to the suspended production of certain product lines). In order to avoid the duplication of arguments, Hyundai Steel concurs with and hereby incorporates by reference the comments submitted today by NEXTEEL with respect to this issue impacting that company's

individual calculations because it, in turn, potentially impacts the review-specific average rate assigned to Hyundai Steel. *See* ECF No. 118.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Jarrod M. Goldfeder<br>Robert G. Gosselink<br>Jarrod M. Goldfeder |
|  | **TRADE PACIFIC PLLC**<br>700 Pennsylvania Avenue, SE<br>Suite 500<br>Washington, D.C. 20003<br>(202) 223-3760 |
| Dated: April 5, 2023 | *Counsel to Hyundai Steel Company*<br>*Consolidated Plaintiff and Plaintiff-Intervenor* |

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NEXTEEL CO., LTD. et al.,**<br><br>    **Plaintiff and Consolidated Plaintiffs,**<br><br>and<br><br>**HUSTEEL CO., LTD. and HYUNDAI STEEL COMPANY,**<br><br>    **Plaintiff-Intervenors,**<br><br>v.<br><br>**UNITED STATES,**<br><br>    **Defendant,**<br><br>and<br><br>**CALIFORNIA STEEL INDUSTRIES, INC. et al.,**<br><br>    **Defendant-Intervenors and Consolidated Defendant-Intervenors.** | Before: Honorable Claire R. Kelly, Judge<br><br>Consol. Court No. 20-03898 |

<u>**CERTIFICATE OF COMPLIANCE**</u>

The undersigned counsel at Trade Pacific PLLC hereby certifies that the Comments of Consolidated Plaintiff and Plaintiff-Intervenor, Hyundai Steel Company, on Commerce's Second Remand Redetermination, dated April 5, 2023, complies with the word-count limitation described in the Standard Chambers Procedures. The memorandum of law contains <u>268</u> words according to the word-count function of the word-processing software used to prepare the memorandum, excluding the table of contents, table of authorities, and undersigned counsel's signature block.

**Consol. Court No. 20-03898**
**Certificate of Compliance**

Respectfully submitted,

/s/ Jarrod M. Goldfeder
Robert G. Gosselink
Jarrod M. Goldfeder
**TRADE PACIFIC PLLC**
700 Pennsylvania Avenue, SE
Suite 500
Washington, D.C. 20003
(202) 223-3760

Dated: April 5, 2023

*Counsel to Hyundai Steel Company
Consolidated Plaintiff and Plaintiff-Intervenor*